# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ARMADA OIL & GAS COMPANY,**
**INC.**, a Michigan corporation,

       Plaintiff,

-v-

**EPPCO, INC.,** a Michigan corporation, and
**FUTURE FUELS OF AMERICA, LLC**, a
Michigan limited liability company,
**R&R ENTERPRISES, INC.**, a Michigan
corporation, **SPEEDY MART ENTERPRISES**
**INC**., a Michigan corporation, **CANTON**
**HOLDINGS, LLC**, a Michigan limited liability
company, **RAY FAKHOURY**, individually,
and **HAKIM FAKHOURY**, individually,

       Defendants.

CASE NO.: 2:06-cv-10269

HON. GEORGE CARAM STEEH

_____/

| SALEH & ASSOCIATES, PLC | AKEEL & VALENTINE, PLC |
|---|---|
| Alex Saleh (P56756) | Shereef H. Akeel (P54345) |
| Philip H. Kotsis (P64125) | Counsel for All Defendants |
| Counsel for Plaintiff | 401 S. Old Woodward, Suite 430 |
| 921 Howard Street, Suite One | Birmingham, Michigan 48009-6613 |
| Dearborn, Michigan 48124 | (248) 594-9595 |
| (313) 724-8080; 8180 (fax) | |

## ORDER PARTIALLY GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

This matter having come before this Court upon Counsel for Plaintiff Armada Oil & Gas Company, Inc.'s ("Plaintiff") Amended Motion for Temporary Restraining Order and Preliminary Injunction, the parties having submitted briefs, the Court being fully advised in the premises, and for the reasons stated on the record on March 30, 2006:

IT IS HEREBY ORDERED that the Plaintiff's Motion for Preliminary Injunction is granted in part as to the following:

1

1.      The Defendant(s) owning and/or operating the gasoline stations located at 2821 Fort Street, Wyandotte, Michigan; 4407 Fort Street, Trenton, Michigan; and 3860 Dix Highway, Lincoln Park, Michigan (the "Stations"), shall de-brand the Stations by removing any and all BP/Amoco trademarks, logos, signage, colors, trade names and/or identifiers from the outside and/or inside of the Stations' premises on or before April 9, 2006.

2.      The Defendant(s) owning and/or operating the gasoline station located at 41345 Ford Road, Canton, Michigan shall permit Plaintiff and/or its agent(s) to access the premises and conduct inspections as provided in the Dealer Lease and Supply Agreement in connection with said gasoline station.

IT IS SO ORDERED

          s/George Caram Steeh
          GEORGE CARAM STEEH
          UNITED STATES DISTRICT JUDGE

Dated:  April 10, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on April 10, 2006, by electronic and/or ordinary mail.

          s/Marcia Beauchemin
          Case Manager/Deputy Clerk