# EXHIBIT 3

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

| BRANCH: 1 MI S | 11:41a 25706 11/03/05 |
|---|---|
| SOLD TO: | SHIP TO: |
| | 1 |
| CANTON AMOCO, INC. | CANTON AMOCO, INC. |
| 41345 FORD ROAD | 41345 FORD ROAD |
| CANTON, MI  48187 0000 | CANTON, MI |
| | 48187 0000 |

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 11/03/05 | 25706 | BOL# 173603 | | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 3999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R | 1 1000 | REGULAR UNLEADED 87 | 3,999 | 1.66900GL | 6,674.33 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 6,674.33 |
| | | FET GASOLINE | 3999.00 | .18400EA | 735.82 |
| | | MI EXCISE GASOLINE | 3999.00 | .18905EA | 756.01 |
| | | MI MUSTFA FUND | 3999.00 | .00875EA | 34.99 |
| | | MICHIGAN STATE PRE-PAID | 3999.00 | .09900EA | 395.90 |
| | | | | | ========== |
| | | | | INVOICE AMOUNT | $8,597.05 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777      48126-0000

BRANCH:  1  MI S                                           12:10p  26515  11/15/05
SOLD TO:                           SHIP TO:
                                                                            1
CANTON AMOCO, INC.                 CANTON AMOCO, INC.
41345 FORD ROAD                    41345 FORD ROAD
CANTON, MI  48187 0000             CANTON, MI
                                                48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 11/15/05 | 26515 | BOL# 175916 | | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,001 | 1.55800GL | 10,907.56 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,001 | 1.68800GL | 1,689.69 |
| | | ** NET TOTAL | | | 12,597.25 |
| | | FET GASOLINE | 8002.00 | .18400EA | 1,472.37 |
| | | MI EXCISE GASOLINE | 8002.00 | .18905EA | 1,512.78 |
| | | MI MUSTFA FUND | 8002.00 | .00875EA | 70.02 |
| | | MICHIGAN STATE PRE-PAID | 8002.00 | .09900EA | 792.20 |
| | | INVOICE AMOUNT | | | $16,444.62 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI S                                  10:28a  27720  12/02/05
  SOLD TO:                              SHIP TO:
                                                                    1
CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                                48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | | 12/02/05 | 27720 | BOL# 179096 1 AMOCO | NET 0 DAYS | LF |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 6000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,000 | 1.60800GL | 9,648.00 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 9,648.00 |
| | | FET GASOLINE | 6000.00 | .18400EA | 1,104.00 |
| | | MI EXCISE GASOLINE | 6000.00 | .18905EA | 1,134.30 |
| | | MI MUSTFA FUND | 6000.00 | .00875EA | 52.50 |
| | | MICHIGAN STATE PRE-PAID | 6000.00 | .09900EA | 594.00 |
| | | | | | ========== |
| | | INVOICE AMOUNT | | | $12,532.80 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                              1:26p  28162  12/09/05
SOLD TO:                                 SHIP TO:

CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI  48187 0000                   CANTON, MI
                                                    48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|--------|-----|-----------|------|-------|----------------------|-------|-----|
| 696463 |     |           | 12/09/05 | 28162 | BOL# 180344 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    | 9003 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,001 | 1.63600GL | 11,453.64 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.68000GL | 1,680.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,002 | 1.76600GL | 1,769.53 |
|    |      | ** NET TOTAL | | | 14,903.17 |
|    |      | FET GASOLINE | 9003.00 | .18400EA | 1,656.55 |
|    |      | MI EXCISE GASOLINE | 9003.00 | .18905EA | 1,702.02 |
|    |      | MI MUSTFA FUND | 9003.00 | .00875EA | 78.78 |
|    |      | MICHIGAN STATE PRE-PAID | 9003.00 | .09900EA | 891.30 |
|    |      | INVOICE AMOUNT | | | $19,231.82 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH: 1 MI S                                          12:57p  29249  12/23/05
   SOLD TO:                                    SHIP TO:

CANTON AMOCO, INC.                             CANTON AMOCO, INC.
41345 FORD ROAD                                41345 FORD ROAD
CANTON, MI   48187 0000                        CANTON, MI
                                                         48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 12/23/05 | 29249 | BOL# 183482 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 4000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 1.64000GL | 6,560.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 6,560.00 |
| | | FET GASOLINE | 4000.00 | .18400EA | 736.00 |
| | | MI EXCISE GASOLINE | 4000.00 | .18905EA | 756.20 |
| | | MI MUSTFA FUND | 4000.00 | .00875EA | 35.00 |
| | | MICHIGAN STATE PRE-PAID | 4000.00 | .09900EA | 396.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $8,483.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
     SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777   48126-0000

BRANCH: 1 MI S                                    11:21a  38769   5/01/06
  SOLD TO:                         SHIP TO:
                                                                          1
CANTON AMOCO, INC.                CANTON AMOCO, INC.
41345 FORD ROAD                   41345 FORD ROAD
CANTON, MI  48187 0000            CANTON, MI
                                      48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 5/01/06 | 38769 | BOL# | 109978 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 5405 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,405 | 2.25400GL | 12,182.87 |
| | | ** NET TOTAL | | | 12,182.87 |
| | | FET GASOLINE | 5405.00 | .18400EA | 994.52 |
| | | FET-FED ENV FEE RECOVERY | 5405.00 | .00120EA | 6.49 |
| | | MI EXCISE GASOLINE | 5405.00 | .18905EA | 1,021.82 |
| | | MI MUSTFA FUND | 5405.00 | .00875EA | 47.29 |
| | | MICHIGAN STATE PRE-PAID | 5405.00 | .12700EA | 686.44 |
| | | INVOICE AMOUNT | | | $14,939.43 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1 MI 0  (HISTORY)                                          39220   5/04/06
  SOLD TO:                              SHIP TO:

CANTON AMOCO, INC.                      CANTON AMOCO, INC.            1
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI   48187 0000
                                        CANTON, MI
                                                   48187 0000

| Cust # Smn | Cust P.O. | Date    | Ref #  | Hauler Truck  | From    | Terms            |
|------------|-----------|---------|--------|---------------|---------|------------------|
| 696463     |           | 5/04/06 | 39220  | BOL# 110921 1 | AMOCO   | NET 0 DAYS   RH  |

| Cl | Item | Description                            | Qty   | Price      | Amount    |
|----|------|----------------------------------------|-------|------------|-----------|
|    |      | 3999 GALLONS FLAMMABLE LIQUID, UN 1203 |       |            |           |
| R 1| 1000 | REGULAR UNLEADED 87                    | 3,999 | 2.19700GL  | 8,785.80  |
|    |      |                                        |       | 2.19700GL  |           |
|    |      |                                        |       |            | ========= |
|    |      | ** NET TOTAL                           |       |            | 8,785.80  |
|    |      | FET GASOLINE                           | 3999.00 | .18400EA | 735.82    |
|    |      | FET-FED ENV FEE RECOVERY               | 3999.00 | .00120EA |    4.80   |
|    |      | MI EXCISE GASOLINE                     | 3999.00 | .18905EA |  756.01   |
|    |      | MI MUSTFA FUND                         | 3999.00 | .00875EA |   34.99   |
|    |      | MICHIGAN STATE PRE-PAID                | 3999.00 | .12700EA |  507.87   |
|    |      |                                        |       |            | ========= |
|    |      | INVOICE AMOUNT                         |       |            | $10,825.29|

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.  NO DELIVERIES!

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH: 1 MI 0 (HISTORY)                                      39595    5/10/06
SOLD TO:                         SHIP TO:
                                 CANTON AMOCO, INC.                    1
CANTON AMOCO, INC.               41345 FORD ROAD
41345 FORD ROAD                  313-477-7700    {STRAIGHT}
CANTON, MI 48187 0000            CANTON, MI
                                              48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck | From | Terms |
|---|---|---|---|---|---|---|---|
| 696463 | | | 5/10/06 | 39595 | BOL# 111946  1 | AMOCO | NET 0 DAYS ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 9000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,001 | 2.27200GL | 15,906.27 |
| | | | | 2.27200GL | |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 2.31600GL | 2,313.68 |
| | | | | 2.31600GL | |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.40200GL | 2,402.00 |
| | | | | 2.40200GL | |
| | | ** NET TOTAL | | | 20,621.95 |
| | | FET GASOLINE | 9000.00 | .18400EA | 1,656.00 |
| | | FET-FED ENV FEE RECOVERY | 9000.00 | .00120EA | 10.80 |
| | | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | | MICHIGAN STATE PRE-PAID | 9000.00 | .12700EA | 1,143.00 |
| | | INVOICE AMOUNT | | | $25,211.95 |

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH. NO DELIVERIES!

BOL# _____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR