# EXHIBIT 4

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777        48126-0000

BRANCH: 1  MI S                                    12:10p  26521  11/15/05
  SOLD TO:                          SHIP TO:
                                                                        1
CHERRYHILL AMOCO, INC.             CHERRYHILL AMOCO, INC.
125 S. CANTON CENTER RD            125 S. CANTON CENTER RD
CANTON, MI  48187 0000             CANTON, MI
                                                48187 0000

Cust #  Smn  Cust P.O.   Date    Ref #   Hauler Truck Ld  From      Terms        TC
696496              11/15/05   26521   BOL# 175917  1 AMOCO    NET 0 DAYS    ZH

Cl  Item           Description              Qty      Price         Amount
    4600 GALLONS FLAMMABLE LIQUID, UN 1203
A 1 1000       REGULAR UNLEADED 87         4,600   1.55800GL       7,166.80
                                                                ===========
              ** NET TOTAL                                         7,166.80
           FET GASOLINE                    4600.00   .18400EA        846.40
           MI EXCISE GASOLINE              4600.00   .18905EA        869.63
           MI MUSTFA FUND                  4600.00   .00875EA         40.25
           MICHIGAN STATE PRE-PAID         4600.00   .09900EA        455.40
           ALLOWANCE DISCOUNT              4600.00   .01500EA         69.00-
                                                                ===========
                    INVOICE AMOUNT                                $9,309.48

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********
BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                         10:28a  27719  12/02/05
SOLD TO:                              SHIP TO:

CHERRYHILL AMOCO, INC.                CHERRYHILL AMOCO, INC.
125 S. CANTON CENTER RD               125 S. CANTON CENTER RD
CANTON, MI   48187 0000               CANTON, MI
                                                48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696496 | | | 12/02/05 | 27719 | BOL# 179097 | | 1 | AMOCO | NET 0 DAYS | LF |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 6404 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| A 1 | 1000 | REGULAR UNLEADED 87 | 5,002 | 1.60800GL | 8,043.22 |
| A 1 | 3000 | SUPER UNLEADED 93 | 1,402 | 1.73800GL | 2,436.68 |
| | | ** NET TOTAL | | | 10,479.90 |
| | | FET GASOLINE | 6404.00 | .18400EA | 1,178.34 |
| | | MI EXCISE GASOLINE | 6404.00 | .18905EA | 1,210.68 |
| | | MI MUSTFA FUND | 6404.00 | .00875EA | 56.04 |
| | | MICHIGAN STATE PRE-PAID | 6404.00 | .09900EA | 634.00 |
| | | ALLOWANCE DISCOUNT | 6404.00 | .01500EA | 96.06- |
| | | INVOICE AMOUNT | | | $13,462.90 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH: 1 MI S                                          10:39a  28161  12/09/05
  SOLD TO:                                  SHIP TO:

CHERRYHILL AMOCO, INC.                      CHERRYHILL AMOCO, INC.
125 S. CANTON CENTER RD                     125 S. CANTON CENTER RD
CANTON, MI  48187 0000                      CANTON, MI
                                                     48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696496 | | | 12/09/05 | 28161 | BOL# 180371 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 11410 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| A 1 | 1000 | REGULAR UNLEADED 87 | 10,007 | 1.62600GL | 16,271.38 |
| A 1 | 3000 | SUPER UNLEADED 93 | 1,403 | 1.75600GL | 2,463.67 |
| | | ** NET TOTAL | | | 18,735.05 |
| | | FET GASOLINE | 11410.00 | .18400EA | 2,099.44 |
| | | MI EXCISE GASOLINE | 11410.00 | .18905EA | 2,157.06 |
| | | MI MUSTFA FUND | 11410.00 | .00875EA | 99.84 |
| | | MICHIGAN STATE PRE-PAID | 11410.00 | .09900EA | 1,129.59 |
| | | ALLOWANCE DISCOUNT | 11410.00 | .01500EA | 171.15- |
| | | INVOICE AMOUNT | | | $24,049.83 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)           ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                           12:57p  29248  12/23/05
  SOLD TO:                                          SHIP TO:

CHERRYHILL AMOCO, INC.                              CHERRYHILL AMOCO, INC.
125 S. CANTON CENTER RD                             125 S. CANTON CENTER RD
CANTON, MI  48187 0000                              CANTON, MI
                                                              48187 0000

| Cust # | Smn | Cust P.O. | Date     | Ref # | Hauler | Truck | Ld | From  | Terms      | TC |
|--------|-----|-----------|----------|-------|--------|-------|----|-------|------------|----|
| 696496 |     |           | 12/23/05 | 29248 | BOL#   | 183481| 1  | AMOCO | NET 0 DAYS | ZH |

| Cl  | Item | Description                              | Qty      | Price      | Amount    |
|-----|------|------------------------------------------|----------|------------|-----------|
|     |      | 9390 GALLONS FLAMMABLE LIQUID, UN 1203   |          |            |           |
| A 1 | 1000 | REGULAR UNLEADED 87                      | 8,001    | 1.64000GL  | 13,121.64 |
| A 1 | 3000 | SUPER UNLEADED 93                        | 1,389    | 1.77000GL  | 2,458.53  |
|     |      | ** NET TOTAL                             |          |            | 15,580.17 |
|     |      | FET GASOLINE                             | 9390.00  | .18400EA   | 1,727.76  |
|     |      | MI EXCISE GASOLINE                       | 9390.00  | .18905EA   | 1,775.18  |
|     |      | MI MUSTFA FUND                           | 9390.00  | .00875EA   | 82.16     |
|     |      | MICHIGAN STATE PRE-PAID                  | 9390.00  | .09900EA   | 929.61    |
|     |      | ALLOWANCE DISCOUNT                       | 9390.00  | .01500EA   | 140.85-   |
|     |      | INVOICE AMOUNT                           |          |            | $19,954.03|

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)           ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

                        ARMADA OIL & GAS COMPANY
                        13530 MICHIGAN AVE. #400
                              DEARBORN, MI
                        313 582 1777    48126-0000

BRANCH: 1  MI V                               12:09p  31080   1/17/06
   SOLD TO:                       SHIP TO:
                                                                    1
CHERRYHILL AMOCO, INC.           CHERRYHILL AMOCO, INC.
125 S. CANTON CENTER RD          125 S. CANTON CENTER RD
CANTON, MI  48187 0000           CANTON, MI
                                          48187 0000

 Cust # Smn  Cust P.O.    Date    Ref #   Hauler Truck Ld  From     Terms          TC
 696496                  1/17/06  31080   BOL# 188019 1 AMOCO    NET 0 DAYS        ZH

  Cl  Item         Description            Qty       Price              Amount
         8999 GALLONS FLAMMABLE LIQUID, UN 1203
  A 1  1000     REGULAR UNLEADED 87       8,999   1.84100GL          16,567.16
                                                                   ============
                ** NET TOTAL                                         16,567.16
             FET GASOLINE                 8999.00   .18400EA          1,655.82
             MI EXCISE GASOLINE           8999.00   .18905EA          1,701.26
             MI MUSTFA FUND               8999.00   .00875EA             78.74
             MICHIGAN STATE PRE-PAID      8999.00   .09900EA            890.90
             ALLOWANCE DISCOUNT           8999.00   .01500EA            134.99-
                                                                   ============
                       INVOICE AMOUNT                               $20,758.89

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI  0  (HISTORY)                                          39221    5/04/06
  SOLD TO:                              SHIP TO:

CHERRYHILL AMOCO, INC.                 CHERRYHILL AMOCO, INC.          1
125 S. CANTON CENTER RD                125 S. CANTON CENTER RD
CANTON, MI  48187 0000
                                       CANTON, MI
                                              48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck | From | Terms |
|---|---|---|---|---|---|---|
| 696496 | | 5/04/06 | 39221 | BOL# 200452  1 | AMOCO | NET 0 DAYS   RH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
|  |  | 8998 GALLONS FLAMMABLE LIQUID, UN 1203 |  |  |  |
| R | 1 1000 | REGULAR UNLEADED 87 | 7,598 | 2.19700GL | 16,692.81 |
|  |  |  |  | 2.19700GL |  |
| R | 1 3000 | SUPER UNLEADED 93 | 1,400 | 2.32700GL | 3,257.80 |
|  |  |  |  | 2.32700GL |  |
|  |  | ** NET TOTAL |  |  | 19,950.61 |
|  |  | FET GASOLINE | 8998.00 | .18400EA | 1,655.63 |
|  |  | FET-FED ENV FEE RECOVERY | 8998.00 | .00120EA | 10.80 |
|  |  | MI EXCISE GASOLINE | 8998.00 | .18905EA | 1,701.07 |
|  |  | MI MUSTFA FUND | 8998.00 | .00875EA | 78.73 |
|  |  | MICHIGAN STATE PRE-PAID | 8998.00 | .12700EA | 1,142.75 |
|  |  | INVOICE AMOUNT |  |  | $24,539.59 |

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.  NO DELIVERIES!

BOL# _____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI 0  (HISTORY)                                         39315    5/05/06
  SOLD TO:                                 SHIP TO:
                                                CHERRYHILL AMOCO, INC.     1
CHERRYHILL AMOCO, INC.                          125 S. CANTON CENTER RD
125 S. CANTON CENTER RD
CANTON, MI    48187 0000                        CANTON, MI
                                                             48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck | From | Terms |
|---|---|---|---|---|---|---|
| 696496 | | 5/05/06 | 39315 | BOL# 200603 | 1 AMOCO | NET 0 DAYS   ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
|  | 12602 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 11,602 | 2.25200GL | 26,127.70 |
| | | | | 2.25200GL | |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.38200GL | 2,382.00 |
| | | | | 2.38200GL | |

```
                ** NET TOTAL                                   28,509.70
           FET GASOLINE                  12602.00   .18400EA    2,318.77
           FET-FED ENV FEE RECOVERY      12602.00   .00120EA       15.12
           MI EXCISE GASOLINE            12602.00   .18905EA    2,382.41
           MI MUSTFA FUND                12602.00   .00875EA      110.27
           MICHIGAN STATE PRE-PAID       12602.00   .12700EA    1,600.45
                              INVOICE AMOUNT                  $34,936.72
```

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.  NO DELIVERIES!

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI 0 (HISTORY)                                             39372    5/07/06
SOLD TO:                                    SHIP TO:
                                            CHERRYHILL AMOCO, INC.    1
CHERRYHILL AMOCO, INC.                      125 S. CANTON CENTER RD
125 S. CANTON CENTER RD
CANTON, MI 48187 0000                       CANTON, MI
                                                 48187 0000

| Cust # | Smn | Cust P.O. | Date    | Ref # | Hauler Truck   | From      | Terms           |
|--------|-----|-----------|---------|-------|----------------|-----------|-----------------|
| 696496 |     |           | 5/07/06 | 39372 | BOL# 111339    | 1 AMOCO   | NET 0 DAYS   RH |

| Cl  | Item | Description                          | Qty       | Price      | Amount    |
|-----|------|--------------------------------------|-----------|------------|-----------|
|     |      | 12004 GALLONS FLAMMABLE LIQUID, UN 1203 |        |            |           |
| R 1 | 1000 | REGULAR UNLEADED 87                  | 11,004    | 2.25200GL  | 24,781.01 |
|     |      |                                      |           | 2.25200GL  |           |
| R 1 | 3000 | SUPER UNLEADED 93                    | 1,000     | 2.38200GL  | 2,382.00  |
|     |      |                                      |           | 2.38200GL  |           |
|     |      | ** NET TOTAL                         |           |            | 27,163.01 |
|     |      | FET GASOLINE                         | 12004.00  | .18400EA   | 2,208.74  |
|     |      | FET-FED ENV FEE RECOVERY             | 12004.00  | .00120EA   | 14.40     |
|     |      | MI EXCISE GASOLINE                   | 12004.00  | .18905EA   | 2,269.36  |
|     |      | MI MUSTFA FUND                       | 12004.00  | .00875EA   | 105.04    |
|     |      | MICHIGAN STATE PRE-PAID              | 12004.00  | .12700EA   | 1,524.51  |
|     |      | INVOICE AMOUNT                       |           |            | $33,285.06 |

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH. NO DELIVERIES!

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR