# EXHIBIT 5

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S
   SOLD TO:

1:42p  25761  11/03/05

SHIP TO:
26 MILE & VAN DYKE, INC.    1
56935 VAN DYKE
586-677-1165
SHELBY TWP, MI
     48135 0000

26 MILE & VAN DYKE, INC.
56935 VAN DYKE
SHELBY TWP, MI  48135 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|----------|------|-------|-----|
| 696820 | | | 11/03/05 | 25761 | BOL# 173731 | 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 13403 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 11,602 | 1.66900GL | 19,363.74 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,801 | 1.79900GL | 3,240.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 22,603.74 |
| | | FET GASOLINE | 13403.00 | .18400EA | 2,466.15 |
| | | MI EXCISE GASOLINE | 13403.00 | .18905EA | 2,533.84 |
| | | MI MUSTFA FUND | 13403.00 | .00875EA | 117.28 |
| | | MICHIGAN STATE PRE-PAID | 13403.00 | .09900EA | 1,326.90 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $29,047.91 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********    CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                1:42p  25763  11/03/05
  SOLD TO:                              SHIP TO:
                                       WEISENBACH, INC.                    1
WEISENBACH, INC.                       11610 13 MILE ROAD
11610 13 MILE ROAD                     586-751-0580
WARREN, MI  48093 0000                 WARREN, MI
                                               48093 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696429 | | 11/03/05 | 25763 | BOL# | 173749 | 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 9000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,001 | 1.66900GL | 11,684.67 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 1.71300GL | 1,711.29 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 1.79900GL | 1,799.00 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 15,194.96 |
| | | FET GASOLINE | 9000.00 | .18400EA | 1,656.00 |
| | | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | | MICHIGAN STATE PRE-PAID | 9000.00 | .09900EA | 891.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $19,522.16 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                    I N V O I C E

              ARMADA OIL & GAS COMPANY
              13530 MICHIGAN AVE. #400
                   DEARBORN, MI
              313 582 1777    48126-0000

 BRANCH:  1  MI S                        1:42p  91450  11/03/05
    SOLD TO:                       SHIP TO:
                                   TELEGRAPH & MAPLE, INC      1
 TELEGRAPH & MAPLE, INC            6495 TELEGRAPH
 6495 TELEGRAPH ROAD               24-613-1981
 BLOOMFIELD HILLS, MI  48301 0000  BLOOMFIELD HILLS, MI
                                        48301 0000

 Cust # Smn  Cust P.O.   Date    Ref #  Hauler Truck Ld  From    Terms      TC
 696819               11/03/05  91450   BOL# 173748 1 AMOCO   NET 0 DAYS   ZE

 Cl  Item          Description           Qty     Price        Amount
       11001 GALLONS FLAMMABLE LIQUID, UN 1203
 R 1 1000    REGULAR UNLEADED 87       9,000  1.66900GL     15,021.00
 R 1 3000    SUPER UNLEADED 93         2,001  1.79900GL      3,599.80
                                                            ===========
                  ** NET TOTAL                              18,620.80
             FET GASOLINE           11001.00   .18400EA      2,024.18
             MI EXCISE GASOLINE     11001.00   .18905EA      2,079.74
             MI MUSTFA FUND         11001.00   .00875EA         96.26
             MICHIGAN STATE PRE-PAID 11001.00  .09900EA      1,089.10
                                                            ===========
                         INVOICE AMOUNT                     $23,910.08

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR
```

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S
   SOLD TO:

LAKE RIVER OIL, INC.
37410 GRAND RIVER
FARMINGTON HILLS, MI  48334 0000

                     11:41a  25710  11/03/05
SHIP TO:
LAKE RIVER OIL, INC.      1
37410 GRAND RIVER
248-943-4098
FARMINGTON HILLS, MI
          48334 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|----|
| 696296 | | | 11/03/05 | 25710 | BOL# 173614 | 1 | | AMOCO | NET 5 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 9000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,999 | 1.66900GL | 11,681.33 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 1.71300GL | 1,711.29 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,002 | 1.79900GL | 1,802.60 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 15,195.22 |
| | | FET GASOLINE | 9000.00 | .18400EA | 1,656.00 |
| | | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | | MICHIGAN STATE PRE-PAID | 9000.00 | .09900EA | 891.00 |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $19,522.42 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                      1:42p  25742  11/03/05
   SOLD TO:                                      SHIP TO:

23 & LEE, INC.                             23 & LEE, INC.
9400 LEE ROAD                              9400 LEE ROAD
BRIGHTON, MI  48116 0000                   BRIGHTON, MI
                                                 48116 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|----|-------|-----|
| 696797 | | | 11/03/05 | 25742 | BOL# | 173646 | 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 13006 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 11,600 | 1.66900GL | 19,360.40 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,406 | 1.79900GL | 2,529.39 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 21,889.79 |
| | | FET GASOLINE | 13006.00 | .18400EA | 2,393.10 |
| | | MI EXCISE GASOLINE | 13006.00 | .18905EA | 2,458.78 |
| | | MI MUSTFA FUND | 13006.00 | .00875EA | 113.80 |
| | | MICHIGAN STATE PRE-PAID | 13006.00 | .09900EA | 1,287.59 |
| | | | | | ============ |
| | | | INVOICE AMOUNT | | $28,143.06 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                  12:10p  26502  11/15/05
    SOLD TO:                                 SHIP TO:

CRANBROOK CAR CARE INC                   CRANBROOK CAR CARE INC
2483 W MAPLE RD                          2483 W MAPLE RD
BIRMINGHAM, MI  48009 0000               BIRMINGHAM, MI
                                                48009 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|----------|------|-------|-----|
| 689929 | | | 11/15/05 | 26502 | BOL# 175903 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 9001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,000 | 1.57800GL | 11,046.00 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.62200GL | 1,622.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,001 | 1.70800GL | 1,709.71 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 14,377.71 |
| | | FET GASOLINE | 9001.00 | .18400EA | 1,656.18 |
| | | MI EXCISE GASOLINE | 9001.00 | .18905EA | 1,701.64 |
| | | MI MUSTFA FUND | 9001.00 | .00875EA | 78.76 |
| | | MICHIGAN STATE PRE-PAID | 9001.00 | .09900EA | 891.10 |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $18,705.39 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

### ARMADA OIL & GAS COMPANY
### 13530 MICHIGAN AVE. #400
### DEARBORN, MI
### 313 582 1777    48126-0000

```
BRANCH:  1  MI S                          12:10p  26517  11/15/05
    SOLD TO:                          SHIP TO:
SE CORPORATION                        BALWI ENTERPRISES                 1
BALWI ENTERPRISES                     141 N. TELEGRAPH
141 N. TELEGRAPH                      248-681-9641
WATERFORD, MI  48328 0000             WATERFORD, MI
                                            48328 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 695808 | | | 11/15/05 | 26517 | BOL# 175877 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 9002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1100 | NL 87 W/ ETHANOL | 901 | 1.59800GL | 1,439.80 |
| R 1 | 1100 | NL 87 W/ ETHANOL | 8,101 | 1.59800GL | 12,945.40 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 14,385.20 |
| | | FET GASOLINE | 9002.00 | .18400EA | 1,656.37 |
| | | MI EXCISE GASOLINE | 9002.00 | .18905EA | 1,701.83 |
| | | MI MUSTFA FUND | 9002.00 | .00875EA | 78.77 |
| | | MICHIGAN STATE PRE-PAID | 9002.00 | .09900EA | 891.20 |
| | | COS - BLENDED GAS TAX CR | 9002.00 | .05100EA | 459.10- |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $18,254.27 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                         I N V O I C E

                   ARMADA OIL & GAS COMPANY
                   13530 MICHIGAN AVE. #400
                        DEARBORN, MI
                   313 582 1777    48126-0000

  BRANCH:  1  MI S                      10:28a  27505  12/02/05
      SOLD TO:                        SHIP TO:
  SE CORPORATION                                              1
  AMOCO ORMOND & M59              AMOCO ORMOND & M-59
  3685 HIGHLAND                   3685 HIGHLAND
  WHITE LAKE TWP., MI  48383 0000 WHITE LAKE TWP., MI
                                        48383 0000

  Cust # Smn  Cust P.O.   Date    Ref # Hauler Truck Ld From    Terms       TC
  695787                 12/02/05 27505 BOL# 178983 1 AMOCO  NET 0 DAYS  LF

  Cl  Item          Description          Qty     Price          Amount
     9005 GALLONS FLAMMABLE LIQUID, UN 1203
  R 1 1100          NL 87 W/ ETHANOL       904  1.62500GL       1,469.00
  R 1 1100          NL 87 W/ ETHANOL     8,101  1.62500GL      13,164.13
                                                              ===========
                    ** NET TOTAL                               14,633.13
                    FET GASOLINE        9005.00   .18400EA      1,656.92
                    MI EXCISE GASOLINE  9005.00   .18905EA      1,702.40
                    MI MUSTFA FUND      9005.00   .00875EA         78.79
                    MICHIGAN STATE PRE-PAID 9005.00 .09900EA      891.50
                    COS - BLENDED GAS TAX CR 9005.00 .05100EA     459.26-
                                                              ===========
                    INVOICE AMOUNT                            $18,503.48
```

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
\* \* \* \* \* \* \* \*       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      \* \* \* \* \* \* \* \*

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                        10:39a  28194  12/09/05
    SOLD TO:                                   SHIP TO:
                                               12 & RYAN AMOCO, INC.         1
12 & RYAN AMOCO, INC.                          28934 RYAN
28934 RYAN                                     586-575-9597
WARREN, MI  48092 0000                         WARREN, MI
                                                      48092 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696318 | | 12/09/05 | 28194 | BOL# | 180429 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 11007 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 9,001 | 1.62600GL | 14,635.63 |
| R 1 | 2000 | PLUS UNLEADED 89 | 2,006 | 1.67000GL | 3,350.02 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 17,985.65 |
| | | FET GASOLINE | 11007.00 | .18400EA | 2,025.29 |
| | | MI EXCISE GASOLINE | 11007.00 | .18905EA | 2,080.87 |
| | | MI MUSTFA FUND | 11007.00 | .00875EA | 96.31 |
| | | MICHIGAN STATE PRE-PAID | 11007.00 | .09900EA | 1,089.69 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $23,277.81 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI V                              10:39a  28235  12/09/05
  SOLD TO:                          SHIP TO:
SE CORPORATION                      SE CORPORATION
AMOCO ORMOND & M59                  AMOCO ORMOND & M59
3685 HIGHLAND                       3685 HIGHLAND
WHITE LAKE TWP., MI  48383 0000     WHITE LAKE TWP., MI
                                             48383 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 695787 | | 12/09/05 | 28235 | BOL# 180550 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1100 | NL 87 W/ ETHANOL | 8,001 | 1.69800GL | 13,585.70 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 13,585.70 |
| | | FET GASOLINE | 8001.00 | .18400EA | 1,472.18 |
| | | MI EXCISE GASOLINE | 8001.00 | .18905EA | 1,512.59 |
| | | MI MUSTFA FUND | 8001.00 | .00875EA | 70.01 |
| | | MICHIGAN STATE PRE-PAID | 8001.00 | .09900EA | 792.10 |
| | | COS - BLENDED GAS TAX CR | 8001.00 | .05100EA | 408.05- |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $17,024.53 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI V
   SOLD TO:

12:38p  28208  12/09/05
SHIP TO:
HIGH TECH PETROLEUM, INC    1
10001 W. 7 MILE ROAD
313-863-9498
DETROIT, MI
    48221 0000

HIGH TECH PETROLEUM, INC
10001 W. 7 MILE ROAD
DETROIT, MI  48221 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696374 | | | 12/09/05 | 28208 | BOL# | 180522 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 8998 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,000 | 1.63700GL | 11,459.00 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 1.68100GL | 1,679.32 |
| R 1 | 3000 | SUPER UNLEADED 93 | 999 | 1.76700GL | 1,765.23 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 14,903.55 |
| | | FET GASOLINE | 8998.00 | .18400EA | 1,655.63 |
| | | MI EXCISE GASOLINE | 8998.00 | .18905EA | 1,701.07 |
| | | MI MUSTFA FUND | 8998.00 | .00875EA | 78.73 |
| | | MICHIGAN STATE PRE-PAID | 8998.00 | .09900EA | 890.80 |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $19,229.78 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
\*\*\*\*\*\*\*\*        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        \*\*\*\*\*\*\*\*

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                          10:39a  28186  12/09/05
     SOLD TO:                              SHIP TO:
SE CORPORATION
BALWI ENTERPRISES                         BALWI ENTERPRISES
141 N. TELEGRAPH                          141 N. TELEGRAPH
WATERFORD, MI  48328 0000                 WATERFORD, MI
                                               48328 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 695808 | | 12/09/05 | 28186 | BOL# | 180417 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8998 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1100 | NL 87 W/ ETHANOL | 8,998 | 1.62600GL | 14,630.75 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 14,630.75 |
| | | FET GASOLINE | 8998.00 | .18400EA | 1,655.63 |
| | | MI EXCISE GASOLINE | 8998.00 | .18905EA | 1,701.07 |
| | | MI MUSTFA FUND | 8998.00 | .00875EA | 78.73 |
| | | MICHIGAN STATE PRE-PAID | 8998.00 | .09900EA | 890.80 |
| | | COS - BLENDED GAS TAX CR | 8998.00 | .05100EA | 458.90- |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $18,498.08 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                              12:20p  34105  12/09/05
   SOLD TO:                        SHIP TO:
                                       STERNS & SECOR, INC.          1
STERNS & SECOR, INC.                   7405 SECOR ROAD
7405 SECOR ROAD                        734-856-2610
LAMBERVILLE, MI  48144 0000            LAMBERVILLE, MI
                                                48144 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696875 | | | 12/09/05 | 34105 | BOL# 180356 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 9000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 8,000 | 1.62600GL | 13,008.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 1.75600GL | 1,756.00 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 14,764.00 |
| | | FET GASOLINE | 9000.00 | .18400EA | 1,656.00 |
| | | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | | MICHIGAN STATE PRE-PAID | 9000.00 | .09900EA | 891.00 |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $19,091.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S
    SOLD TO:

12:57p  29253  12/23/05

SHIP TO:
CRANBROOK CAR CARE INC          1
2483 W MAPLE RD
248-647-0701
BIRMINGHAM, MI
    48009 0000

CRANBROOK CAR CARE INC
2483 W MAPLE RD
BIRMINGHAM, MI  48009 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|
| 689929 | | 12/23/05 | 29253 | BOL# 183483 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 11011 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,002 | 1.66000GL | 11,623.32 |
| R 1 | 2000 | PLUS UNLEADED 89 | 2,004 | 1.70400GL | 3,414.82 |
| R 1 | 3000 | SUPER UNLEADED 93 | 2,005 | 1.79000GL | 3,588.95 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 18,627.09 |
| | | FET GASOLINE | 11011.00 | .18400EA | 2,026.02 |
| | | MI EXCISE GASOLINE | 11011.00 | .18905EA | 2,081.63 |
| | | MI MUSTFA FUND | 11011.00 | .00875EA | 96.35 |
| | | MICHIGAN STATE PRE-PAID | 11011.00 | .09900EA | 1,090.09 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $23,921.18 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                        12:57p  29251  12/23/05
    SOLD TO:                              SHIP TO:
SE CORPORATION                                                              1
AMOCO ORMOND & M59                        AMOCO ORMOND & M-59
3685 HIGHLAND                             3685 HIGHLAND
WHITE LAKE TWP., MI  48383 0000           WHITE LAKE TWP., MI
                                                  48383 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|-----|------|-------|-----|
| 695787 | | | 12/23/05 | 29251 | BOL# 183461 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 9000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1100 | NL 87 W/ ETHANOL | 8,000 | 1.69100GL | 13,528.00 |
| R 1 | 3100 | NL 93 W/ ETHANOL | 1,000 | 1.82100GL | 1,821.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 15,349.00 |
| | | FET GASOLINE | 9000.00 | .18400EA | 1,656.00 |
| | | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | | MICHIGAN STATE PRE-PAID | 9000.00 | .09900EA | 891.00 |
| | | COS - BLENDED GAS TAX CR | 9000.00 | .05100EA | 459.00- |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $19,217.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                   11:11a  31099   1/17/06
    SOLD TO:                                      SHIP TO:
                                          CRANBROOK CAR CARE INC        1
CRANBROOK CAR CARE INC                    2483 W MAPLE RD
2483 W MAPLE RD                           248-647-0701
BIRMINGHAM, MI  48009 0000                BIRMINGHAM, MI
                                                48009 0000

Cust # Smn  Cust P.O.   Date    Ref #  Hauler Truck Ld  From      Terms      TC
689929                 1/17/06  31099  BOL# 187976 1 AMOCO     NET 0 DAYS    ZH

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    | 10998 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,006 | 1.84100GL | 12,898.05 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,999 | 1.88500GL | 3,768.12 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,993 | 1.97100GL | 3,928.20 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 20,594.37 |
| | | FET GASOLINE | 10998.00 | .18400EA | 2,023.63 |
| | | MI EXCISE GASOLINE | 10998.00 | .18905EA | 2,079.17 |
| | | MI MUSTFA FUND | 10998.00 | .00875EA | 96.23 |
| | | MICHIGAN STATE PRE-PAID | 10998.00 | .09900EA | 1,088.80 |
| | | | | | ============ |
| | | | | INVOICE AMOUNT | $25,882.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

```
BRANCH:  1  MI S                          12:09p  31040   1/17/06
   SOLD TO:                            SHIP TO:
S E CORPORATION                    S E CORPORATION               1
ONE STOP OIL INC.                  ONE STOP OIL, INC.
3010 PONTIAC LAKE                  3010 PONTIAC LAKE ROAD
WATERFORD, MI  48328 0000          WATERFORD, MI
                                        48328 0000
```

```
Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck Ld  From     Terms        TC
695797                   1/17/06  31040   BOL# 187828 1 AMOCO   NET 0 DAYS    ZH
```

```
Cl  Item            Description               Qty     Price         Amount
       9003 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1100         NL 87 W/ ETHANOL           8,003  1.80100GL      14,413.40
R 1 2100         NL 89 W/ ETHANOL           1,000  1.84500GL       1,845.00
                                                                 ===========
                    ** NET TOTAL                                  16,258.40
              FET GASOLINE              9003.00    .18400EA        1,656.55
              MI EXCISE GASOLINE        9003.00    .18905EA        1,702.02
              MI MUSTFA FUND            9003.00    .00875EA           78.78
              MICHIGAN STATE PRE-PAID   9003.00    .09900EA          891.30
              COS - BLENDED GAS TAX CR  9003.00    .05100EA          459.15-
                                                                 ===========
                              INVOICE AMOUNT                     $20,127.90
```

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
                SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    12:09p  31044    1/17/06
    SOLD TO:                                        SHIP TO:
SE CORPORATION                                                          1
AMOCO ORMOND & M59                          AMOCO ORMOND & M-59
3685 HIGHLAND                               3685 HIGHLAND
WHITE LAKE TWP., MI  48383 0000             WHITE LAKE TWP., MI
                                                48383 0000

Cust # Smn  Cust P.O.     Date    Ref #  Hauler Truck Ld  From     Terms         TC
695787                   1/17/06  31044  BOL# 187858 1 AMOCO     NET 0 DAYS    ZH

Cl  Item              Description              Qty      Price           Amount
      9004 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1100              NL 87 W/ ETHANOL        9,004  1.77100GL        15,946.08
                                                                    ===========
                      ** NET TOTAL                                   15,946.08
                  FET GASOLINE             9004.00    .18400EA        1,656.74
                  MI EXCISE GASOLINE       9004.00    .18905EA        1,702.21
                  MI MUSTFA FUND           9004.00    .00875EA           78.79
                  MICHIGAN STATE PRE-PAID  9004.00    .09900EA          891.40
                  COS - BLENDED GAS TAX CR 9004.00    .05100EA          459.20-
                                                                    ===========
                          INVOICE AMOUNT                           $19,816.02

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    1:14p  39334    5/06/06
    SOLD TO:                                    SHIP TO:

CRANBROOK CAR CARE INC                      CRANBROOK CAR CARE INC
2483 W MAPLE RD                             2483 W MAPLE RD
BIRMINGHAM, MI   48009 0000                 BIRMINGHAM, MI
                                                    48009 0000

Cust # Smn   Cust P.O.     Date   Ref #  Hauler Truck Ld  From      Terms      TC
689929                    5/06/06  39334  BOL# 111185 1 AMOCO   NET 0 DAYS  ZE

Cl   Item            Description              Qty    Price            Amount
            8999 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000         REGULAR UNLEADED 87      7,998  2.25200GL        18,011.50
R 1 1000         REGULAR UNLEADED 87      1,001  2.25200GL         2,254.25
                                                             ============
                    ** NET TOTAL                              20,265.75
            FET GASOLINE                8999.00   .18400EA      1,655.82
            FET-FED ENV FEE RECOVERY 8999.00   .00120EA          10.80
            MI EXCISE GASOLINE        8999.00   .18905EA       1,701.26
            MI MUSTFA FUND            8999.00   .00875EA          78.74
            MICHIGAN STATE PRE-PAID   8999.00   .12700EA       1,142.87
                                                             ============
                            INVOICE AMOUNT                   $24,855.24

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.   NO DELIVERIES!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.   A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                     12:16p  92384   5/06/06
  SOLD TO:                                    SHIP TO:
SE CORPORATION                                                        1
AMOCO ORMOND & M59                          AMOCO ORMOND & M-59
3685 HIGHLAND                               3685 HIGHLAND
WHITE LAKE TWP., MI  48383 0000             WHITE LAKE TWP., MI
                                                   48383 0000

Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck Ld  From     Terms      TC
695787                   5/06/06  92384   BOL# 111249 1 AMOCO    NET 0 DAYS   RH

Cl  Item          Description              Qty     Price           Amount
     8997 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1100          NL 87 W/ ETHANOL       8,997  2.28300GL         20,540.15
                                                                 ============
                    ** NET TOTAL                                  20,540.15
                  FET GASOLINE           8997.00   .18400EA        1,655.15
                  FED OIL SPILL RECOVERY 8997.00   .00107EA            9.63
                  MI EXCISE GASOLINE     8997.00   .18905EA        1,700.88
                  MI MUSTFA FUND         8997.00   .00875EA           78.72
                  MICHIGAN STATE PRE-PAID 8997.00  .12700EA        1,142.62
                  COS - BLENDED GAS TAX CR 8997.00 .05100EA          458.85-
                                                                 ============
                                       INVOICE AMOUNT            $24,668.60

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.  NO DELIVERIES!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    1:04p  39626   5/10/06
    SOLD TO:                                       SHIP TO:
SE CORPORATION                              AMOCO ORMOND & M-59             1
AMOCO ORMOND & M59                          248-877-7436   (ETHANOL)
3685 HIGHLAND                               3685 HIGHLAND
WHITE LAKE TWP., MI  48383 0000             WHITE LAKE TWP., MI
                                                 48383 0000

Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck Ld  From    Terms      TC
695787                  5/10/06  39626   BOL# 112148 1 AMOCO   NET 0 DAYS   RH

Cl  Item              Description                Qty    Price           Amount
           9002 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1100             NL 87 W/ ETHANOL          9,002  2.43400GL       21,910.87
                                                                     ============
                        ** NET TOTAL                                 21,910.87
                     FET GASOLINE          9002.00   .18400EA         1,656.37
                     FED OIL SPILL RECOVERY 9002.00  .00107EA             9.63
                     MI EXCISE GASOLINE     9002.00  .18905EA         1,701.83
                     MI MUSTFA FUND         9002.00  .00875EA            78.77
                     MICHIGAN STATE PRE-PAID 9002.00 .12700EA         1,143.25
                     COS - BLENDED GAS TAX CR 9002.00 .05100EA          459.10-
                                                                     ============
                                        INVOICE AMOUNT               $26,041.62

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.  NO DELIVERIES!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S
    SOLD TO:

                                        10:50a  39668    5/11/06
                                    SHIP TO:
                                    CRANBROOK CAR CARE INC       1
CRANBROOK CAR CARE INC               2483 W MAPLE RD
2483 W MAPLE RD                       248-647-0710   {STRAIGHT}
BIRMINGHAM, MI  48009 0000            BIRMINGHAM, MI
                                         48009 0000

Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck Ld  From    Terms      TC
689929                  5/11/06  39668  BOL# 112200 1 AMOCO   NET 0 DAYS  ZH

Cl  Item          Description              Qty    Price          Amount
        8999 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000          REGULAR UNLEADED 87     7,000  2.40300GL      16,821.00
R 1 2000          PLUS UNLEADED 89          999  2.44700GL       2,444.55
R 1 3000          SUPER UNLEADED 93       1,000  2.53300GL       2,533.00
                                                             ===========
                  ** NET TOTAL                                 21,798.55
        FET GASOLINE               8999.00    .18400EA          1,655.82
        FET-FED ENV FEE RECOVERY   8999.00    .00120EA             10.80
        MI EXCISE GASOLINE         8999.00    .18905EA          1,701.26
        MI MUSTFA FUND             8999.00    .00875EA             78.74
        MICHIGAN STATE PRE-PAID    8999.00    .12700EA          1,142.87
                                                             ===========
                  INVOICE AMOUNT                              $26,388.04

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.  NO DELIVERIES!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                              I N V O I C E

                         ARMADA OIL & GAS COMPANY
                         13530 MICHIGAN AVE. #400
                              DEARBORN, MI
                         313 582 1777    48126-0000

  BRANCH:  1  MI 0  (HISTORY)                                         39915    5/13/06
     SOLD TO:                                    SHIP TO:
  SE CORPORATION                              SE CORPORATION
  AMOCO ORMOND & M59                          AMOCO ORMOND & M59
  3685 HIGHLAND                               3685 HIGHLAND
  WHITE LAKE TWP., MI  48383 0000             WHITE LAKE TWP., MI
                                                     48383 0000

  Cust # Smn  Cust P.O.    Date   Ref #  Hauler Truck      From     Terms
  695787                  5/13/06  39915  · BOL# 112666 1 AMOCO     NET 0 DAYS  ZH

  Cl  Item              Description                Qty     Price           Amount
        8998 GALLONS FLAMMABLE LIQUID, UN 1203
  R 1 1100       NL 87 W/ ETHANOL              7,998  2.40200GL        19,211.20
                                                      2.40200GL
  R 1 3100       NL 93 W/ ETHANOL              1,000  2.53200GL         2,532.00
                                                      2.53200GL
                                                                    ============
                        ** NET TOTAL                                   21,743.20
                FET GASOLINE               8998.00   .18400EA           1,655.63
                FED OIL SPILL RECOVERY      8998.00   .00107EA               9.63
                MI EXCISE GASOLINE          8998.00   .18905EA           1,701.07
                MI MUSTFA FUND              8998.00   .00875EA              78.73
                MICHIGAN STATE PRE-PAID     8998.00   .12700EA           1,142.75
                COS - BLENDED GAS TAX CR.   8998.00   .05100EA             458.90-
                                                                    ============
                                           INVOICE AMOUNT             $25,872.11

  IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
  WILL CLOSE ON MAY 29TH.  NO DELIVERIES!

  BOL#
  ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
  ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
  We hereby certify that goods covered by this invoice have been produced in
  compliance with the Fair Labor Standards Act of 1938, as amended.
  TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
  CHARGE will be added to all past due accounts computed by a periodic rate
  of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
           SUBJECT TO CORRECTION OF CLERICAL ERROR
```

PAGE 01    313582??09    10:12  05/16/2006