## SETTLEMENT REPORT

06/17/06 09:09:58  DLR# 6964639  TID 01
FORD & HAGGERTY                CANTON,MI 48187

| DATE | BH | TRN | TOTAL$ | DATE | BH | TRN | TOTAL$ |
|---|---|---|---|---|---|---|---|
| 06/16 | 49 | 15 | 296.49 | 06/16 | 43 | 25 | 543.52 |
| 06/16 | 47 | 25 | 494.32 | 06/16 | 46 | 25 | 708.36 |
| 06/16 | 45 | 25 | 697.73 | 06/16 | 44 | 25 | 948.14 |
| 06/16 | 43 | 25 | 701.80 | 06/16 | 42 | 25 | 631.31 |
| 06/16 | 41 | 6  | 103.35 |      |    |    |        |

## SETTLEMENT REPORT

06/17/06 09:09:38  DLR# 6964639  TID 01
FORD & HAGGERTY                CANTON,MI 48187

| 06/16 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| BP CARD | 13 | 436.16 | 1.69 | 434.47 |
| VMC | 157 | 3869.42 | 86.07 | 3783.35 |
| DISCOVER | 3 | 61.73 | 1.61 | 60.12 |
| BP-VISA | 1 | 5.25 | 0.13 | 5.12 |
| AMEX | 8 | 139.47 | 3.39 | 136.08 |
| BP-DISC | 7 | 193.40 | 2.22 | 191.18 |
| WEX | 5 | 256.86 | 6.51 | 250.35 |

## SETTLEMENT REPORT

06/17/06 09:09:29  DLR# 6964639  TID 01
FORD & HAGGERTY                CANTON,MI 48187

| 06/16 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| DEBIT-CRD | 6 | 38.71 | 1.30 | 37.41 |
| SVC-SALE | 2 | 35.01 | 0.10 | 34.91 |
| TOTAL | 194 | 5035.01 | 103.02 | (4931.99) |

NET AMT DEPOSITED TO YOUR JOBBER #74687
08 RECDS SENT 06/16 07:22 CALL 800-274-5401

## SETTLEMENT REPORT

06/18/06 08:09:07  DLR# 6964639  TID 01
FORD & HAGGERTY                CANTON,MI 48187

| DATE | BH | TRN | TOTAL$ | DATE | BH | TRN | TOTAL$ |
|---|---|---|---|---|---|---|---|
| 06/17 | 54 | 17 | 293.68 | 06/17 | 55 | 25 | 602.49 |
| 06/17 | 53 | 25 | 614.02 | 06/17 | 50 | 25 | 619.87 |
| 06/17 | 52 | 25 | 436.72 | 06/17 | 51 | 25 | 593.94 |
| 06/17 | 58 | 7  | 123.55 |      |    |    |        |

## SETTLEMENT REPORT

06/18/06 08:09:08  DLR# 6964639  TID 01
FORD & HAGGERTY                CANTON,MI 48187

| 06/17 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| BP CARD | 9 | 205.97 | 1.17 | 202.80 |
| VMC | 127 | 2812.24 | 64.45 | 2747.79 |
| DISCOVER | 2 | 56.29 | 1.37 | 54.92 |
| BP-VISA | 1 | 5.08 | 0.13 | 4.95 |
| AMEX | 5 | 128.07 | 2.85 | 125.22 |
| BP-DISC | 1 | 50.00 | 0.48 | 49.52 |
| DEBIT-CRD | 1 | 50.00- | 0.00 | 50.00- |
| BP-ACTV | 1 |        |      |        |

## SETTLEMENT REPORT

06/18/06 08:09:09  DLR# 6964639  TID 01
FORD & HAGGERTY                CANTON,MI 48187

| 06/17 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| SVC-SALE | 1 | 107.55 | 0.15 | 107.40 |
| TOTAL | 147 | 3317.60 | 70.60 | (3247.00) |

NET AMT DEPOSITED TO YOUR JOBBER #74687
08 RECDS SENT 06/17 07:02 CALL 800-274-5401

---

* settlements since last gas load
order 5-6-06  Received 5-9-06
total — $32,949.40 + 6-18-06 ?

p.5   313-381-8400   Mike Fakhoury   Jun 20 06 09:00a

| SETTLEMENT REPORT |
|---|
| 06/16/06 12:31:55 BLR# 6964639 TID 01 |
| FORD & HAGGERTY CANTON,MI 48187 |

| DATE | BH | TRN | TOTAL$ | DATE | BH | TRN | TOTAL$ |
|---|---|---|---|---|---|---|---|
| 0615 | 40 | 7 | 251.92 | 0615 | 39 | 25 | 469.03 |
| 0615 | 38 | 25 | 664.41 | 0615 | 37 | 25 | 490.73 |
| 0615 | 36 | 25 | 701.95 | 0615 | 35 | 25 | 506.89 |
| 0615 | 34 | 14 | 274.02 | | | | |

| SETTLEMENT REPORT |
|---|
| 06/16/06 12:31:56 BLR# 6964639 TID 01 |
| FORD & HAGGERTY CANTON,MI 48187 |

| 06/15 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| BP CARD | 12 | 339.50 | 1.56 | 337.94 |
| VMC | 122 | 2813.73 | 63.87 | 2749.86 |
| DISCOVER | 1 | 8.25 | 0.31 | 7.94 |
| BP-VISA | 1 | 14.16 | 0.13 | 14.03 |
| AMEX | 2 | 13.85 | 0.48 | 13.37 |
| BP-BUSD | 4 | 138.61 | 4.38 | 134.23 |
| MEX | | | | |
| DEBIT-CRD | 1 | 50.00 | 0.48 | 49.52 |

| SETTLEMENT REPORT |
|---|
| 06/16/06 12:31:56 BLR# 6964639 TID 02 |
| FORD & HAGGERTY CANTON,MI 48187 |

| 06/15 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| DBIT-CRD | 1 | 50.00 | 0.00 | 50.00 |
| RFC-ACTV | 2 | 50.84 | 6.10 | 56.94 |
| RFC-SALE | | | | |
| TOTAL | 146 | 3378.94 | 71.51 | 3307.63 |

---

| SETTLEMENT REPORT |
|---|
| 06/14/06 09:26:22 BLR# 6964639 TID 01 |
| FORD & HAGGERTY CANTON,MI 48187 |

| DATE | BH | TRN | TOTAL$ | DATE | BH | TRN | TOTAL$ |
|---|---|---|---|---|---|---|---|
| 0614 | 33 | 5 | 59.94 | 0614 | 32 | 25 | 746.67 |
| 0614 | 31 | 25 | 592.99 | 0614 | 30 | 25 | 609.21 |
| 0614 | 29 | 25 | 570.21 | 0614 | 28 | 15 | 376.44 |

| SETTLEMENT REPORT |
|---|
| 06/15/06 09:26:22 BLR# 6964639 TID 01 |
| FORD & HAGGERTY CANTON,MI 48187 |

| 06/14 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| BP CARD | 12 | 350.60 | 1.56 | 349.04 |
| VMC | 92 | 2771.20 | 52.54 | 2718.66 |
| DISCOVER | 3 | 74.21 | 1.85 | 72.36 |
| BP-VISA | 1 | 44.50 | 0.13 | 44.37 |
| AMEX | 4 | 113.61 | 2.47 | 111.14 |
| BP-BUSD | 1 | 53.33 | 0.74 | 52.59 |
| MEX | 2 | 45.00 | 1.88 | 43.12 |

| SETTLEMENT REPORT |
|---|
| 06/15/06 09:26:23 BLR# 6964639 TID 02 |
| FORD & HAGGERTY CANTON,MI 48187 |

| 06/14 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| DBIT-CRD | 2 | 4.07 | 0.39 | 3.68 |
| RFC-ACTV | 2 | 0.00 | 0.00 | 0.00 |
| RFC-SALE | 1 | 10.00 | 0.05 | 9.95 |
| TOTAL | 120 | 3466.52 | 61.41 | 3405.11 |

NET AMT DEPOSITED TO YOUR JOBBER: 3405.11
00 RFDS SENT 06/14 ??CALL 500-299-5501

---

| SETTLEMENT REPORT |
|---|
| 06/13/06 10:44:26 BLR# 6964639 TID 01 |
| FORD & HAGGERTY CANTON,MI 48187 |

| DATE | BH | TRN | TOTAL$ | DATE | BH | TRN | TOTAL$ |
|---|---|---|---|---|---|---|---|
| 0612 | 20 | 9 | 241.20 | 0612 | 19 | 25 | 749.37 |
| 0612 | 18 | 25 | 765.15 | 0612 | 17 | 25 | 496.77 |
| 0612 | 16 | 25 | 781.89 | 0612 | 15 | 15 | 285.48 |

| SETTLEMENT REPORT |
|---|
| 06/13/06 10:44:26 BLR# 6964639 TID 01 |
| FORD & HAGGERTY CANTON,MI 48187 |

| 06/12 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| BP CARD | 8 | 141.46 | 1.04 | 140.42 |
| VMC | 93 | 2479.43 | 54.78 | 2424.65 |
| DISCOVER | 5 | 137.66 | 3.35 | 134.31 |
| BP-VISA | 1 | 15.00 | 0.13 | 14.87 |
| AMEX | 6 | 247.88 | 5.06 | 242.82 |
| BP-BUSD | 4 | 158.11 | 2.96 | 155.15 |
| MEX | 2 | 109.04 | 2.69 | 106.35 |

| SETTLEMENT REPORT |
|---|
| 06/13/06 10:44:26 BLR# 6964639 TID 01 |
| FORD & HAGGERTY CANTON,MI 48187 |

| 06/12 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| DBIT-CRD | 1 | 6.24 | 0.22 | 6.02 |
| RFC-SALE | 1 | 25.00 | 0.05 | 24.95 |
| TOTAL | 123 | 3319.82 | 70.29 | 3249.53 |

NET AMT DEPOSITED TO YOUR JOBBER: 3249.53
00 RFDS SENT 06/13 ??CALL 500-299-5501

---

Page 1 of 2

## SETTLEMENT REPORT

05/13/06 08:10:37 DLR# 6964639 TID 01
FORD & HAGGERTY CANTON,MI 48187

| DATE | B# | TRN | TOTAL$ | DATE | B# | TRN | TOTAL$ |
|---|---|---|---|---|---|---|---|
| 0512 | 34 | 15 | 288.65 | 0512 | 33 | 25 | 715.21 |
| 0512 | 32 | 25 | 769.74 | 0512 | 31 | 25 | 869.84 |
| 0512 | 30 | 25 | 959.45 | 0512 | 29 | 25 | 490.26 |
| 0512 | 28 | 25 | 710.93 | 0512 | 27 | 25 | 755.44 |
| 0512 | 26 | 20 | 419.12 | | | | |

## SETTLEMENT REPORT

05/13/06 08:10:37 DLR# 6964639 TID 01
FORD & HAGGERTY CANTON,MI 48187

| 05/12 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| [illegible] CARD | 36 | 1493.98 | 4.68 | 1489.30 |
| [illegible]C | 155 | 3793.26 | 84.97 | 3708.29 |
| DISCOVER | 5 | 181.61 | 4.18 | 177.43 |
| [illegible]-VISA | 3 | 95.01 | 0.39 | 94.62 |
| [illegible]EX | 8 | 224.51 | 4.90 | 219.61 |
| [illegible]-BUSP | 1 | 49.30 | 0.74 | 48.56 |
| [illegible]X | 2 | 139.97 | 3.07 | 136.90 |

## SETTLEMENT REPORT

05/13/06 08:10:37 DLR# 6964639 TID 01
FORD & HAGGERTY CANTON,MI 48187

| 05/12 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| TOTAL | 210 | 5977.64 | 102.93 | 5874.71 |

NET AMT DEPOSITED TO YOUR JOBBER.R#76223
RFOOS SENT 05/12 ???CALL 800-299-5601

## SETTLEMENT REPORT

05/16/06 09:02:24 DLR# 6964639 TID 01
FORD & HAGGERTY CANTON,MI 48187

| DATE | B# | TRN | TOTAL$ | DATE | B# | TRN | TOTAL$ |
|---|---|---|---|---|---|---|---|
| 0515 | 49 | 10 | 177.14 | 0515 | [illegible] | [illegible] | [illegible] |
| 0515 | 47 | 24 | 568.5[illegible] | 0515 | [illegible] | [illegible] | [illegible] |

## SETTLEMENT REPORT

05/16/06 09:02:25 DLR# [illegible]
FORD & HAGGERTY [illegible]

| 05/15 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| BP CARD | 8 | 207.88 | [illegible] | [illegible] |
| [illegible] | 45 | 1043.5[illegible] | [illegible] | [illegible] |
| AMEX | 2 | 99.32 | [illegible] | [illegible] |
| [illegible] | 3 | 128.0[illegible] | [illegible] | [illegible] |
| DBIT-CSD | 1 | 8.38 | [illegible] | [illegible] |
| EFC-SALE | 3 | 53.10 | [illegible] | [illegible] |
| TOTAL | 62 | 1550.52 | 30.[illegible] | [illegible] |

## SETTLEMENT REPORT

05/16/06 09:02:25 DLR# 6964639 TID 01
FORD & HAGGERTY CANTON,MI 48187

| 05/15 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|

NET AMT DEPOSITED TO YOUR JOBBER.R#[illegible]
00 RFOOS SENT 05/15 ???CALL 800-299-5[illegible]

## SETTLEMENT REPORT

05/15/06 09:20:51 DLR# 6964639 TID 01
FORD & HAGGERTY CANTON,MI 48187

| DATE | B# | TRN | TOTAL$ | DATE | B# | TRN | TOTAL$ |
|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

## SETTLEMENT REPORT

05/15/06 09:20:51 DLR# 6964639 TID 01
FORD & HAGGERTY CANTON,MI 48187

| 05/14 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| BP CARD | [illegible] | 25.50 | 0.32 | 25.21 |
| [illegible] | 65 | 1395.14 | 31.80 | 1363.34 |
| DISCOVER | 4 | 97.72 | 2.49 | 95.23 |
| AMEX | [illegible] | 104.17 | 2.35 | 101.8[illegible] |
| BP-BUSP | [illegible] | 20.09 | 1.24 | 19.8[illegible] |
| DBIT-CSD | 2 | 44.86 | 0.75 | 44.11 |
| EFC-ACTV | [illegible] | 50.00 | 0.00 | 50.00 |

## SETTLEMENT REPORT

[illegible]
[illegible]

| | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | 9.08 | [illegible] |
| TOTAL | [illegible] | 1581.48 | 38.[illegible] | [illegible] |

NET AMT DEPOSITED TO YOUR JOBBER.R#[illegible]
[illegible] SENT 05/14 ???CALL 800-299-[illegible]

## SETTLEMENT REPORT

05/17/06 08:27:02 DLR# 6964639 TID [illegible]
FORD & HAGGERTY CANTON,MI 481[illegible]

| DATE | B# | TRN | TOTAL$ | DATE | B# | TRN | TOTAL$ |
|---|---|---|---|---|---|---|---|
| 0516 | 53 | 2 | 55.18 | 0516 | 52 | 25 | 475.0[illegible] |
| 0516 | 51 | 25 | 500.32 | 0516 | 50 | 5 | 62.2[illegible] |

## SETTLEMENT REPORT

05/17/06 08:27:03 DLR# 6964639 TID [illegible]
FORD & HAGGERTY CANTON,MI 481[illegible]

| 05/16 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| BP CARD | 3 | 66.30 | 0.39 | 65.9[illegible] |
| [illegible] | 45 | 841.07 | 20.12 | 820.9[illegible] |
| DISCOVER | 2 | 42.59 | 1.10 | 41.4[illegible] |
| BP-VISA | 1 | 20.00 | 0.13 | 19.8[illegible] |
| AMEX | 4 | 135.86 | 2.86 | 133.0[illegible] |
| BP-BUSP | 1 | 43.00 | 0.74 | 42.2[illegible] |
| EFC-ACTV | 1 | 25.00- | 0.00 | 25.0[illegible] |

## SETTLEMENT REPORT

05/17/06 08:27:03 DLR# 6964639 TID [illegible]
FORD & HAGGERTY CANTON,MI 481[illegible]

| 05/16 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| TOTAL | 57 | 1123.82 | 25.34 | 1098.4[illegible] |

NET AMT DEPOSITED TO YOUR JOBBER.R#763[illegible]
00 RFOOS SENT 05/16 ???CALL 800-299-56[illegible]

This is the $25,364.13 which was a total loss they said that they don't see it
– when call ccent

Page 2 of 2

Illegible settlement report receipts.

41345 FORD RD
CANTON MI

SETTLEMENT REPORT
06/09/06 12:45:59 DL## 6964639 TID 1
FORD & HAGGERTY                    CANTON,MI 48##
DATE BH TRN  TOTAL$ DATE BH TRN  TOTAL$
0609 91   8  220.80 0608 90  25   984.72
0608 89  25  836.85 0608 88  25   924.85
0608 87  25  816.40 0608 86  25   461.22
0609 85  25  634.55 0608 84  11   141.33

SETTLEMENT REPORT
06/09/06 12:45:59 DL## 6964639 TID 1
FORD & HAGGERTY                    CANTON,MI 48##
06/09   CNT      AMOUNT    FEE      NET
BP CARD  15      499.12    1.95    497.1#
VMC     127     3384.27   74.47   3309.8#
DISCOVER  3       73.41    1.84     71.5#
AMEX     10      460.10    9.25    450.8#
MEX       6      285.67    7.54    278.1#
DEBIT-CRD 5       66.25    1.30     64.9#
EFC-SALE  3       32.29    0.15     32.1#

SETTLEMENT REPORT
06/09/06 12:46:00 DL## 6964639 TID 1
FORD & HAGGERTY                    CANTON,MI 48##
06/09   CNT     AMOUNT     FEE      NET
TOTAL   169    4801.11    96.50   4704.61

NET AMT DEPOSITED TO YOUR JOBBER,RHP###
00 RFCDS SENT 06/09 ??TOTAL 800-299-5401

SETTLEMENT REPORT
06/10/06 08:49:56 DL## 6964639 TID 01
FORD & HAGGERTY                    CANTON,MI 48197
DATE BH TRN  TOTAL$ DATE BH TRN  TOTAL$
0609 99   0    0.00 0609 98  25   595.8#
0609 97  25  633.59 0609 96  25   752.2#
0609 95  25  701.05 0609 94  25   982.7#
0609 93  25  545.81 0609 92  11   233.20

SETTLEMENT REPORT
06/10/06 08:49:56 DL## 6964639 TID 01
FORD & HAGGERTY                    CANTON,MI 48197
06/09   CNT     AMOUNT     FEE      NET
BP CARD  11      419.40    1.43    417.97
VMC     124     3134.03   69.74   3064.29
DISCOVER  4       72.64    1.77     70.87
BP-VISA   2       55.03    0.26     54.77
AMEX     13      466.46    9.72    456.9#
BP-DISP   2      122.00    1.48    120.52
MEX       3      155.38    3.93    151.45

SETTLEMENT REPORT
06/10/06 09:49:56 DL## 6964639 TID 01
FORD & HAGGERTY                    CANTON,MI 48197
06/09   CNT    AMOUNT    FEE       NET
DEBIT-CRD  2    11.32    0.44      ##.##
TOTAL    161  4438.50   88.97     4349.9#

NET AMT DEPOSITED TO YOUR JOBBER,RHP###
00 RFCDS SENT 06/09 ??TOTAL 800-299-5401

SETTLEMENT REPORT
06/11/06 11:21:17 DL## 6964639 TID 01
FORD & HAGGERTY                    CANTON,MI 48197
DATE BH TRN  TOTAL$ DATE BH TRN  TOTAL$
0610 08  23  443.65 0610 07  25   595.95
0610 06  25  375.72 0610 05  25   719.34
0610 04  25  692.34 0610 03  25   745.92
0610 02  25  614.09 0610 01  24   286.83

SETTLEMENT REPORT
06/11/06 11:21:17 DL## 6964639 TID 01
FORD & HAGGERTY                    CANTON,MI 48197
06/10   CNT     AMOUNT     FEE      NET
BP CARD  17      526.33    2.21    524.12
VMC     148     3429.35   77.77   3351.58
DISCOVER  3       99.67    2.33     97.34
BP-VISA   2       95.64    0.26     95.38
AMEX      7      274.74    5.63    269.11
BP-DISP   2       91.10    1.48     89.62
DEBIT-CRD 2       64.46    0.75     63.71

SETTLEMENT REPORT
06/11/06 11:21:18 DL## 6964639 TID 01
FORD & HAGGERTY                    CANTON,MI 48197
06/10   CNT     AMOUNT     FEE      NET
RFG-ACTV  1       50.00-   0.00     50.00-
RFG-SALE  5       58.83    0.25     58.58
TOTAL   187    4688.12   20.70    4297.42

NET AMT DEPOSITED TO YOUR JOBBER,RHP###
00 RFCDS SENT 06/10 ??TOTAL 800-299-5401

SETTLEMENT REPORT
06/12/06 11:38:26 DL## 6964639 TID 01
FORD & HAGGERTY                    CANTON,MI 48197
DATE BH TRN  TOTAL$ DATE BH TRN  TOTAL$
0611 14   7  155.22 0611 13  25   460.29
0611 12  25  710.61 0611 11  25   476.55
0611 10  25  624.23 0611 09   5    60.27

SETTLEMENT REPORT
06/12/06 11:38:26 DL## 6964639 TID 01
FORD & HAGGERTY                    CANTON,MI 48197
06/11   CNT     AMOUNT     FEE      NET
BP CARD  12      297.60    1.56    296.04
VMC      85     2109.45   46.94   2062.51
DISCOVER  1        8.00    0.30      7.70
AMEX     10      205.91    4.80    201.11
MEX       2       75.67    2.24     73.43
DEBIT-CRD 2       13.06    0.44     12.62
TOTAL   112    2687.69   56.28    2631.41

SETTLEMENT REPORT
06/12/06 11:38:26 DL## 6964639 TID 01
FORD & HAGGERTY                    CANTON,MI 48197
06/11   CNT     AMOUNT     FEE      NET

NET AMT DEPOSITED TO YOUR JOBBER,RHP###
00 RFCDS SENT 06/11 ??TOTAL 800-299-5401

Mike Fakhoury
313-381-8400

Jun 20 06 09:01a

## SETTLEMENT REPORT
06/12/06 11:38:26 DLR# 696639 TID 01
FORD & HAGGERTY            CANTON,MI 48187

| DATE | B# | TRN | TOTAL$ | DATE | B# | TRN | TOTAL$ |
|---|---|---|---|---|---|---|---|
| 0611 | 14 | 7 | 158.22 | 0611 | 13 | 25 | 460.29 |
| 0611 | 12 | 25 | 710.61 | 0611 | 11 | 25 | 676.55 |
| 0611 | 10 | 25 | 624.23 | 0611 | 09 | 5 | 60.79 |

## SETTLEMENT REPORT
06/11/06 11:21:17 DLR# 696639 TID 01
FORD & HAGGERTY            CANTON,MI 48187

| DATE | B# | TRN | TOTAL$ | DATE | B# | TRN | TOTAL$ |
|---|---|---|---|---|---|---|---|
| 0610 | 08 | 25 | 443.95 | 0610 | 07 | 29 | 595.35 |
| 0610 | 06 | 25 | 575.72 | 0610 | 05 | 25 | 719.34 |
| 0610 | 04 | 25 | 606.34 | 0610 | 03 | 25 | 745.92 |
| 0610 | 02 | 25 | 614.08 | 0610 | 01 | 14 | 286.82 |

## SETTLEMENT REPORT
06/12/06 11:38:26 DLR# 696639 TID 01
FORD & HAGGERTY            CANTON,MI 48187

| 06/11 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| BP CARD | 12 | 287.60 | 1.56 | 286.04 |
| VMC | 85 | 2099.65 | 46.94 | 2052.51 |
| DISCOVER | 1 | 8.00 | 0.30 | 7.70 |
| AMEX | 10 | 205.91 | 4.80 | 201.11 |
| MEX | 2 | 73.67 | 2.24 | 71.43 |
| DBIT-CRD | 2 | 13.06 | 0.44 | 12.62 |
| TOTAL | 112 | 2687.89 | 56.28 | 2631.41 |

## SETTLEMENT REPORT
06/11/06 11:21:17 DLR# 696639 TID 01
FORD & HAGGERTY            CANTON,MI 48187

| 06/10 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| BP CARD | 17 | 526.33 | 2.21 | 524.12 |
| VMC | 148 | 3429.33 | 77.77 | 3351.56 |
| DISCOVER | 3 | 99.67 | 2.33 | 97.34 |
| BP-VISA | 2 | 95.64 | 0.26 | 95.38 |
| AMEX | 7 | 274.76 | 5.65 | 269.11 |
| BP-BUSP | 2 | 91.10 | 1.48 | 89.62 |
| DBIT-CRD | 2 | 64.46 | 0.75 | 63.71 |

## SETTLEMENT REPORT
06/12/06 11:38:26 DLR# 696639 TID 01
FORD & HAGGERTY            CANTON,MI 48187

| 06/11 | CNT | AMOUNT | FEE | NET |

## SETTLEMENT REPORT
06/11/06 11:21:18 DLR# 696639 TID 01
FORD & HAGGERTY            CANTON,MI 48187

| 06/10 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| BPC-ACTV | 1 | 50.00- | 0.00 | 50.00- |
| BPC-SALE | 5 | 5.83 | 0.25 | 5.58 |
| TOTAL | 187 | 4588.12 | 90.70 | 4497.42 |

NET AMT DEPOSITED TO YOUR JOBBER.R#76638
00 RFDS SENT 06/11 ???CALL 800-299-5601

NET AMT DEPOSITED TO YOUR JOBBER.R#76620
00 RFDS SENT 06/10 ???CALL 800-299-5601

## SETTLEMENT REPORT
06/13/06 10:44:26 DLR# 696639 TID 01
FORD & HAGGERTY            CANTON,MI 48187

| DATE | B# | TRN | TOTAL$ | DATE | B# | TRN | TOTAL$ |
|---|---|---|---|---|---|---|---|
| 0612 | 20 | 9 | 241.30 | 0612 | 19 | 25 | 749.32 |
| | | | 785.15 | 0612 | 17 | 25 | 496.77 |
| 0612 | 16 | 25 | 721.89 | 0612 | 15 | 15 | 285.49 |

## SETTLEMENT REPORT
06/13/06 10:44:26 DLR# 696639 TID 01
FORD & HAGGERTY            CANTON,MI 48187

| 06/12 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| BP CARD | 8 | 141.43 | 1.04 | 140.40 |
| VMC | 96 | 2409.43 | 84.78 | 2324.66 |
| DISCOVER | 5 | 137.66 | 3.35 | 134.31 |
| BP-VISA | 1 | 15.00 | 0.13 | 14.87 |
| AMEX | 2 | 247.88 | 5.16 | 242.72 |
| AMEX | 4 | 158.11 | 2.96 | 155.15 |
| BP-BUSP | 2 | 109.04 | 2.69 | 106.35 |

## SETTLEMENT REPORT
06/13/06 10:44:26 DLR# 696639 TID 01
FORD & HAGGERTY            CANTON,MI 48187

| 06/12 | CNT | AMOUNT | FEE | NET |
|---|---|---|---|---|
| DBIT-CRD | 1 | 6.24 | 0.22 | 6.02 |
| BPC-SALE | 1 | 25.00 | 0.05 | 24.95 |
| TOTAL | 120 | 3319.82 | 70.28 | 3249.54 |

NET AMT DEPOSITED TO YOUR JOBBER.R#76646
00 RFDS SENT 06/12 ???CALL 800-299-5601

```
                                    41345 FORD RD
                                    CANTON MI

                           Descr.          qty        amount
                                SETTLEMENT REPORT
                           06/09/06  12:45:59  DLR# 6964639  TID 01
                           FORD & HAGGERTY          CANTON,MI 48187
                           DATE B# TRN TOTAL$ DATE B# TRN TOTAL$
         SETTLEMENT REPORT         0608 91  8  230.90 0608 90 25  984.75
 06/10/06 08:49:56 DLR# 6964639 TID 01  0608 89 25  836.85 0608 88 25  594.89
 FORD & HAGGERTY       CANTON,MI 48187  0608 87 25  816.60 0608 86 25  661.29
 DATE B# TRN TOTAL$ DATE B# TRN TOTAL$  0608 85 25  634.55 0608 84 11  141.38
 0609 99  0    0.00 0609 98 25  595.81
 0609 97 25  633.59 0609 96 25  795.28
 0609 95 25  701.05 0609 94 25  882.79
 0609 93 25  545.81 0609 92 11  283.20
```

```
                                   SETTLEMENT REPORT
                            06/09/06 12:45:59 DLR# 6964639 TID 01
                            FORD & HAGGERTY        CANTON,MI 48187
                            06/09    CNT   AMOUNT    FEE     NET
         SETTLEMENT REPORT   BP CARD  15   499.12    1.95  497.17
 06/10/06 08:49:56 DLR# 6964639 TID 01  VMC     127  3384.27  74.47  3309.80
 FORD & HAGGERTY       CANTON,MI 48187  DISCOVER   3    73.41    1.84    71.57
 06/09   CNT   AMOUNT    FEE    NET    AMEX      10   460.10    9.25   450.85
 BP CARD  11   419.40    1.43  417.97  MEX        5   285.67    7.54   278.13
 VMC     124  3134.03   69.74 3064.29  DBIT-CRD   5    66.25    1.30    64.95
 DISCOVER  4    72.64    1.97   70.67  BPC-SALE   3    32.29    0.15    32.14
 BP-VISA  2    55.03    0.26   54.77
 AMEX    13   466.66    9.73  456.93
 BP-BUSP  2   122.00    1.48  120.52        SETTLEMENT REPORT
 MEX      3   156.38    3.93  152.45  06/09/06 12:46:00 DLR# 6964639 TID 01
                                       FORD & HAGGERTY        CANTON,MI 48187
                                       06/09    CNT   AMOUNT   FEE    NET
         SETTLEMENT REPORT              TOTAL   169  4801.11  96.50 (4704.61)
 06/10/06 08:49:56 DLR# 6964639 TID 01
 FORD & HAGGERTY       CANTON,MI 48187
 06/09   CNT    AMOUNT    FEE    NET   NET AMT DEPOSITED TO YOUR JOBBER.R#76604
 DBIT-CRD  2    11.39    0.43   10.96  00 RECDS SENT 06/09 ???CALL 800-299-5601
 TOTAL   161  4437.53   88.97 (4348.56)

 NET AMT DEPOSITED TO YOUR JOBBER.R#76612
 00 RECDS SENT 06/09 ???CALL 800-299-5601
```

CCards since last gas load (June 8th) *prelim*
*Rec'd June 9th*

our Rec'v  $19,431.54

Armada ≈ 4,014.—
           ─────────
Shorting   15,400
us       + 25,000   day after cowt during TRO ?
         + 58,000

*Armada saying we were on credit before...* → we were on COD since Nov '05

```
                                    4345 FORD RD
                                    CANTON MI

                            Descr.         qty        amount
                              SETTLEMENT REPORT
                          06/09/06 12:45:59 DLR# 696639 TID 01
                          FORD & HAGGERTY      CANTON,MI 48187
                          DATE B# TRN TOTAL$ DATE B# TRN TOTAL$
                          0608 91  8  230.80 0608 90 25  984.75
                          0608 89 25  836.85 0608 88 25  594.89
                          0608 87 25  816.60 0608 86 25  661.29
                          0608 85 25  634.55 0608 84 11  141.38

     SETTLEMENT REPORT
 06/10/06 08:49:56 DLR# 696639 TID 01
 FORD & HAGGERTY     CANTON,MI 48187
 DATE B# TRN TOTAL$ DATE B# TRN TOTAL$
 0609 99  0    0.00 0609 98 25  595.91
 0609 97 25  633.59 0609 96 25  795.28
 0609 95 25  701.05 0609 94 25  882.79
 0609 93 25  545.81 0609 92 11  283.20

                              SETTLEMENT REPORT
                          06/09/06 12:45:59 DLR# 696639 TID 01
                          FORD & HAGGERTY      CANTON,MI 48187
                          06/09  CNT   AMOUNT    FEE     NET
                          BP CARD 15   499.12   1.95   497.17
       SETTLEMENT REPORT   VMC    127 3384.27  74.47  3309.80
 06/10/06 08:49:56 DLR# 696639 TID 01   DISCOVER 3  73.41   1.84    71.57
 FORD & HAGGERTY     CANTON,MI 48187   AMEX    10  460.10   9.25   450.85
 06/09  CNT   AMOUNT    FEE     NET    WEX      5  285.67   7.54   278.13
 BP CARD 11   419.40   1.43   417.97   DBIT-CRD 5   66.25   1.30    64.95
 VMC    124  3134.03  69.74  3064.29   BPC-SALE 3   32.29   0.15    32.14
 DISCOVER 4   72.64   1.97    70.67
 BP-VISA  2   55.03   0.26    54.77
 AMEX    13   466.66   9.73   456.93
 BP-BUSP  2   122.00   1.48   120.52       SETTLEMENT REPORT
 WEX      3   156.38   3.93   152.45   06/09/06 12:46:00 DLR# 696639 TID 01
                                       FORD & HAGGERTY     CANTON,MI 48187
                                       06/08  CNT  AMOUNT    FEE    NET
       SETTLEMENT REPORT                TOTAL 169  4801.11  96.50 (4704.61)
 06/10/06 08:49:56 DLR# 696639 TID 01
 FORD & HAGGERTY     CANTON,MI 48187
 06/09  CNT   AMOUNT    FEE     NET
 DBIT-CRD 2   11.39   0.43    10.96   NET AMT DEPOSITED TO YOUR JOBBER.R#76604
 TOTAL  161  4437.53  88.97 (4348.56)   00 RFCDS SENT 06/09 ???CALL 800-299-5601


 NET AMT DEPOSITED TO YOUR JOBBER.R#76612
 00 RFCDS SENT 06/09 ???CALL 800-299-5601
```

CCards since last gas load (June 8th) recd June 9th

Our Rec'v $19,431.54

Armada ~ 4,014.—

Shorting us → 15,400
+ 25,000 day after count during TRO?
+ 58,000

Armada saying we were on credit before... we were on COD since NOV '05

Sub Future Fi