# EXHIBIT 2

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI 0   (HISTORY)                                          42223   6/15/06
   SOLD TO:                              SHIP TO:
                                         CANTON AMOCO, INC.                 1
CANTON AMOCO, INC.                       41345 FORD ROAD
41345 FORD ROAD                          313-477-7700    {STRAIGHT}
CANTON, MI   48187 0000                  CANTON, MI
                                                 48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck | From | Terms |
|---|---|---|---|---|---|---|---|
| 696463 | | | 6/15/06 | 42223 | BOL# 119389 | 1 AMOCO | NET 0 DAYS   ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
|  |  | 3999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,999 | 2.19300GL | 8,769.81 |
|  |  |  |  | 2.19300GL |  |
|  |  |  |  |  | ========= |
|  |  | ** NET TOTAL |  |  | 8,769.81 |
|  |  | FET GASOLINE | 3999.00 | .18400EA | 735.82 |
|  |  | FET-FED ENV FEE RECOVERY | 3999.00 | .00120EA | 4.80 |
|  |  | MI EXCISE GASOLINE | 3999.00 | .18905EA | 756.01 |
|  |  | MI MUSTFA FUND | 3999.00 | .00875EA | 34.99 |
|  |  | MICHIGAN STATE PRE-PAID | 3999.00 | .12700EA | 507.87 |
|  |  |  |  |  | ========= |
|  |  |  | INVOICE AMOUNT |  | $10,809.30 |

IN OBSERVANCE OF INDEPENDANCE DAY THE
OFFICE WILL BE CLOSED ON TUES 7/4/06.

BOL# _____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI 0  (HISTORY)                                    41894   | 6/09/06 |
SOLD TO:                              SHIP TO:                                    1
                                      CANTON AMOCO, INC.
CANTON AMOCO, INC.                    41345 FORD ROAD
41345 FORD ROAD                       313-477-7700    {STRAIGHT}
CANTON, MI  48187 0000                CANTON, MI
                                                48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck | From | Terms |
|---|---|---|---|---|---|---|
| 696463 | | 6/09/06 | 41894 | BOL# 118183 | 1 AMOCO | NET 0 DAYS  ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
|  |  | 4997 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,997 | 2.30100GL | 11,498.10 |
|  |  |  |  | 2.30100GL |  |
|  |  | ** NET TOTAL |  |  | 11,498.10 |
|  |  | FET GASOLINE | 4997.00 | .18400EA | 919.45 |
|  |  | FET-FED ENV FEE RECOVERY | 4997.00 | .00120EA | 6.00 |
|  |  | MI EXCISE GASOLINE | 4997.00 | .18905EA | 944.68 |
|  |  | MI MUSTFA FUND | 4997.00 | .00875EA | 43.72 |
|  |  | MICHIGAN STATE PRE-PAID | 4997.00 | .12700EA | 634.62 |
|  |  | INVOICE AMOUNT |  |  | $14,046.57 |

IN OBSERVANCE OF INDEPENDANCE DAY THE
OFFICE WILL BE CLOSED ON TUES 7/4/06.

BOL#  _____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI 0  (HISTORY)                                    93158  /6/05/06/
  SOLD TO:                          SHIP TO:                                1
                                    CANTON AMOCO, INC.
CANTON AMOCO, INC.                  41345 FORD ROAD
41345 FORD ROAD                     313-477-7700    {STRAIGHT}
CANTON, MI  48187 0000              CANTON, MI
                                                  48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck | From | Terms |
|---|---|---|---|---|---|---|---|
| 696463 | | | 6/05/06 | 93158 | BOL# 117154  1 | AMOCO | NET 0 DAYS  ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
|   |      | 8998 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,999 | 2.33300GL | 16,328.67 |
|     |      |                     |       | 2.33300GL |           |
| R 1 | 2000 | PLUS UNLEADED 89    | 999   | 2.37700GL | 2,374.62  |
|     |      |                     |       | 2.37700GL |           |
| R 1 | 3000 | SUPER UNLEADED 93   | 1,000 | 2.46300GL | 2,463.00  |
|     |      |                     |       | 2.46300GL |           |

```
                    ** NET TOTAL                                21,166.29
               FET GASOLINE              8998.00    .18400EA     1,655.63
               FET-FED ENV FEE RECOVERY  8998.00    .00120EA        10.80
               MI EXCISE GASOLINE        8998.00    .18905EA     1,701.07
               MI MUSTFA FUND            8998.00    .00875EA        78.73
               MICHIGAN STATE PRE-PAID   8998.00    .12700EA     1,142.75
                                                               ==========
                            INVOICE AMOUNT                     $25,755.27
```

IN OBSERVANCE OF INDEPENDANCE DAY THE
OFFICE WILL BE CLOSED ON TUES 7/4/06.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777   48126-0000

BRANCH: 1 MI 0 (HISTORY)                                  41479  6/03/06
   SOLD TO:                        SHIP TO:                              1
                                   CANTON AMOCO, INC.
CANTON AMOCO, INC.                 41345 FORD ROAD
41345 FORD ROAD                    313-477-7700   {STRAIGHT}
CANTON, MI  48187 0000             CANTON, MI
                                                 48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck | From | Terms |
|---|---|---|---|---|---|---|---|
| 696463 | | | 6/03/06 | 41479 | BOL# 116710 | 1 AMOCO | NET 0 DAYS  ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 6000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,001 | 2.33300GL | 9,334.33 |
| | | | | 2.33300GL | |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 2.37700GL | 2,377.00 |
| | | | | 2.37700GL | |
| R 1 | 3000 | SUPER UNLEADED 93 | 999 | 2.46300GL | 2,460.54 |
| | | | | 2.46300GL | |
| | | 1000 GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,000 | 2.38400GL | 2,384.00 |
| | | | | 2.38400GL | |
| | | ** NET TOTAL | | | 16,555.87 |
| | | FET GASOLINE | 6000.00 | .18400EA | 1,104.00 |
| | | FET-FED ENV FEE RECOVERY | 6000.00 | .00120EA | 7.20 |
| | | FET-FED ENV FEE RECOVERY | 1000.00 | .00120EA | 1.20 |
| | | FET DIESEL | 1000.00 | .24300EA | 243.00 |
| | | MI EXCISE GASOLINE | 6000.00 | .18905EA | 1,134.30 |
| | | MI EXCISE DIESEL | 1000.00 | .15000EA | 150.00 |
| | | MI MUSTFA FUND | 6000.00 | .00875EA | 52.50 |
| | | MI MUSTFA FUND | 1000.00 | .00875EA | 8.75 |
| | | LUST FUND | 1000.00 | .00100EA | 1.00 |
| | | MICHIGAN STATE PRE-PAID | 6000.00 | .12700EA | 762.00 |

##### CONTINUED #####

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI 0 (HISTORY)                              PAGE 2  41479    6/03/06
   SOLD TO:                                           SHIP TO:
                                                      CANTON AMOCO, INC.          1
CANTON AMOCO, INC.                                    41345 FORD ROAD
41345 FORD ROAD                                       313-477-7700    {STRAIGHT}
CANTON, MI  48187 0000                                CANTON, MI
                                                           48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck | From | Terms |
|---|---|---|---|---|---|---|---|
| 696463 | | | 6/03/06 | 41479 | BOL# 116710 | 1 AMOCO | NET 0 DAYS   ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | INVOICE AMOUNT | | | $20,019.82 |

IN OBSERVANCE OF INDEPENDANCE DAY THE
OFFICE WILL BE CLOSED ON TUES 7/4/06.

BOL# _____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR