# Exhibit 2

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI 0   (HISTORY)                                42223    6/15/06
    SOLD TO:                              SHIP TO:                      1
                                          CANTON AMOCO, INC.
CANTON AMOCO, INC.                        41345 FORD ROAD
41345 FORD ROAD                           313-477-7700    {STRAIGHT}
CANTON, MI  48187 0000                    CANTON, MI
                                                 48187 0000

```
Cust # Smn  Cust P.O.    Date     Ref #   Hauler Truck    From        Terms
696463                   6/15/06  42223   BOL# 119389 1   AMOCO       NET 0 DAYS   ZE

Cl  Item         Description                  Qty       Price         Amount
      3999 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000          REGULAR UNLEADED 87        3,999     2.19300GL      8,769.81
                                                       2.19300GL
                                                                    ===========
                  ** NET TOTAL                                        8,769.81
              FET GASOLINE                   3999.00    .18400EA        735.82
              FET-FED ENV FEE RECOVERY       3999.00    .00120EA          4.80
              MI EXCISE GASOLINE             3999.00    .18905EA        756.01
              MI MUSTFA FUND                 3999.00    .00875EA         34.99
              MICHIGAN STATE PRE-PAID        3999.00    .12700EA        507.87
                                                                    ===========
                         INVOICE AMOUNT                             $10,809.30
```

IN OBSERVANCE OF INDEPENDANCE DAY THE
OFFICE WILL BE CLOSED ON TUES 7/4/06.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
     SUBJECT TO CORRECTION OF CLERICAL ERROR