R&R Enterprises, Inc.
2021 Fort St.
Wyandotte, MI 48192

FAX TRANSMITTAL

Pages Transmitted: 1                    Date: 6-25-06

To: Allie Berry                         From: Hakim Fahoury
Phone: 582-1777                         Phone: (734) 284-3640
Fax:   582-2205                         Fax:   (734) 284-0004

Subject: <mark>Ford Rd Needs Gas</mark>

<mark>Were is My Invoices</mark>

For Gas Load & Credit Cards. How much money are you holding. Why do I have to pay rent you don't give me Gas. No Gas 6 time this month come on Allie, stop this, Ford Rd station has bill Like you.

Hakim