# EXHIBIT 26(a)(2)

Jobber of



Products





87 Jerome St., Monroe, Michigan 48161
(734) 241-6633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ......................................................................

ADDRESS ......................................................................

SHIPPER ......................................................................

ORDER NO ......................

TICKET NO. ......................

DATE SHIPPED ............   GALLONS ORDERED ......................

POINT OF ORIGIN ......................... DESTINATION ......................

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|----------|---------------------|---------------|------|-------------|
|          |                     |               |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |

DRIVER ......................... TOTAL GALLONS ......................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ......................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY ......................................................................

RDER NO.                                                                    SHIPPED DATE:                        PAGE
M FN           DANGEROUS GOODS DESCRIPTION

FOR PRODUCT EMERGENCY  Spill, Leak, Fire, Exposure, or Accident
Day or Night   Call   CHEMTREC 1-800-424-9300

SHIPMENT ORDER

CUSTOMER:        ACCOUNT

VEHICLE/PERMIT NUMBER

FREIGHT

CONSIGNEE / DELIVER TO:

LOAD START DATE                          TIME

LOAD END DATE                            TIME

TERMS:

|   | PRODUCT |   | QUANTITY/UNIT |
|---|---------|---|---------------|

SHIPPER:

| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. |
|---|

Total Collected: $                 By:

DRIVER :
CARRIER:

Carrier certifies that the container supplied for this shipment is a proper container for transportation of the Products as above described and driver acknowledges Emergency Response Guide Information received on reverse side of this document.

DRIVER/AGENT
SIGNATURE:

5084-13    (REV. 10/28/04)

  

Jobber of

Products

C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 322-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ...................................................................

ADDRESS ...................................................................

ORDER NO ...................................................................

SHIPPER ...................................................................

TICKET NO ...................................................................

DATE SHIPPED ...................................................................

GALLONS ORDERED ...................................................................

POINT OF ORIGIN ...................................................................

DESTINATION ...................................................................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER ..................................................... TOTAL GALLONS ...............................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ...................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY ...................................................................

RDER NO                                                                    SHIPPED DATE                    PAGE
IM FN                          DANGEROUS GOODS DESCRIPTION

                                                                    FOR PRODUCT EMERGENCY - Spill, Leak, Fire, Exposure, or Accident
                                                                    Day or Night - Call:    CHEMTREC 1-800-424-9300

                                                                    SHIPMENT ORIGIN

CUSTOMER:           ACCOUNT

                                                                    VEHICLE/UNIT NUMBER

                                                                    SHIPPER

CONSIGNEE / DELIVER TO:                                             LOAD START DATE                  TIME

                                                                    LOAD END DATE                    TIME

TERMS:
V                            PRODUCT                                          QUANTITY/UNIT

| SHIPPER: | This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Total Collected: $          By: |
|---|---|---|
| DRIVER : CARRIER: | | Carrier certifies that the container supplied for this shipment is a proper container for transportation of the Products as above described and driver acknowledges Emergency Response Guide Information received on reverse side of this document |
| | | DRIVER/AGENT SIGNATURE: |

6084-13    (REV. 10/28/04)

ORDER NO. | SHIPPED DATE: | PAGE:

| HM FN | DANGEROUS GOODS DESCRIPTION |
|---|---|

FOR PRODUCT EMERGENCY - Spill, Leak, Fire, Exposure, or Accident
Day or Night - Call:  CHEMTREC 1-800-424-9300

SHIPMENT ORIGIN

CUSTOMER:  ACCOUNT:

VEHICLE/UNIT NUMBER :

FREIGHT

CONSIGNEE / DELIVER TO:

LOAD START DATE  :  TIME:

LOAD END DATE  :  TIME:

TERMS:

| N | PRODUCT | QUANTITY/UNIT |
|---|---|---|

SHIPPER:

DRIVER :
CARRIER:

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Total Collected: $  By:

Carrier certifies that the container supplied for this shipment is a proper container for transportation of the Products as above described and driver acknowledges Emergency Response Guide Information received on reverse side of this document

DRIVER/AGENT
SIGNATURE:

*Jobber of*

  

*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 · 1 (800) 822-7002
AMOCO · SHELL · CONOCO · Oils and Lubricants

CONSIGNEE ...................................................................................

ADDRESS .......................................................................................

SHIPPER ...........................................................

ORDER NO.

DATE          GALLONS
SHIPPED ............ ORDERED ...........................

TICKET NO.

POINT OF
ORIGIN ................................... DESTINATION ......................

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER ................................ TOTAL GALLONS ..................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ...................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY ...................................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE - THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE THIS DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATE GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION ON THE DOCUMENTS WILL CONTROL.

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION

DRIVER SIGNATURE

| TRUCK SEAL NUMBERS | SHIPMENT RECEIVED BY |
|---|---|

For Product Emergency
Spill, Leak, Fire, Exposure or Accident CALL
1-877-MAPLINE
1-877-627-5463

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE | DATE NUMBER TIME IN TIME OUT |
|---|---|---|---|---|

| | DATE SHIPPED | SHIPPED VIA | | |
|---|---|---|---|---|

| | DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|---|

| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

  

*Jobber of*

**Products**

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 322-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ...........................................................................................

ADDRESS ...............................................................................................

SHIPPER ................................................................................................

ORDER NO ..........................

TICKET NO ..........................

DATE SHIPPED ................ GALLONS ORDERED ................

POINT OF ORIGIN ................ DESTINATION ................

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER ............................ TOTAL GALLONS ............................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ............................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY ..................................................................

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE - THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE VARIOUS DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR DIFFERENT GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION WILL CONTROL.

| DRIVER SIGNATURE | |
|---|---|
| TRUCK SEAL NUMBERS | SHIPMENT RECEIVED BY |

For Product Emergency
Spill, Leak, Fire, Exposure or Accident Call
1-877-MAPLINE
1-877-627-5463

| | | | DATE |
|---|---|---|---|
| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE | NUMBER |
| | | | TIME, IN |
| | DATE SHIPPED | SHIPPED VIA | |
| | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barron & Sons, Inc.



*Products*

37 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 321-7007
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ........................................................................................................

ADDRESS ........................................................................................................

SHIPPER ........................................................................................................

ORDER NO. ...............................

TICKET NO. ...............................

DATE SHIPPED ................. GALLONS ORDERED ................

POINT OF ORIGIN ................. DESTINATION ................

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER ................. TOTAL GALLONS .................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ........................................................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE .................

REASON FOR DELAY ........................................................................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE    THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER
DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING INFORMATION FOR
GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE PRODUCT TRANSFER,
WILL CONTROL

| DRIVER SIGNATURE | | |
|---|---|---|
| TRUCK SEAL NUMBERS | SHIPMENT RECEIVED BY | For Product Emergency Spill, Leak, Fire, Exposure or Accident Call 1-877-MSAFLINE 1-877-627-3546 |

| | | DATE NUMBER TIME IN |
|---|---|---|
| SOLD TO (CONSIGNEE) | SHIPPED FROM — LOC CODE | |
| | DATE SHIPPED — SHIPPED VIA | |
| | DESTINATION | CUSTOMER NUMBER — ITEM NUMBER |
| | DRIVER — TRAILER — COMPANY | CUSTOMER P.O. AND RELEASE NUMBER — TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

  

Jobber of

Products

C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 322-7062
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ......................................................................................

ADDRESS ........................................................................................

SHIPPER ........................................................  ORDER NO ..............

DATE .................  GALLONS  TICKET NO ..............
SHIPPED .............  ORDERED ..................

POINT OF
ORIGIN ...................................  DESTINATION ...........................

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|----------|---------------------|---------------|------|-------------|
|          |                     |               |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |

DRIVER ...................................  TOTAL GALLONS ...................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ...................................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY ...........................................................................

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IN THE EVENT OF CONFLICT, THE INFORMATION IN THE OTHER DOCUMENT WILL CONTROL.

DRIVER BOILER NO.

BRUCK SERIAL NUMBER

SHIPMENT ID NUMBER

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

| SOLD TO CONSIGNEE | SHIPPED FROM | | LOC CODE | DATE |
| --- | --- | --- | --- | --- |
| | | | | NUMBER |
| | | | | TIME IN |
| | | | | TIME OUT |

| | DATE SHIPPED | SHIPPED VIA |
| --- | --- | --- |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| --- | --- | --- |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| --- | --- | --- | --- | --- |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Jobber of*

  

*Products*

67 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7602
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ........................................................................................................................

ADDRESS ..........................................................................................................................

|  |  |
|---|---|
|  | ORDER NO. |
| SHIPPER ....................................................... | TICKET NO. |
| DATE SHIPPED ............ GALLONS ORDERED ............ |  |

POINT OF ORIGIN ...................................... DESTINATION .......................................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER ........................................ TOTAL GALLONS ........................................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ....................................................................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START |  |  |  |  |
| END |  |  |  |  |

DEMURRAGE

REASON FOR DELAY ........................................................................................................

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IS IN CONFLICT, THE INFORMATION IN THOSE DOCUMENTS WILL CONTROL.

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTICE

Form 90868-A  10/2

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CORRECTION

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

| | |
|---|---|
| SOLD TO (CONSIGNEE) | SHIPPED FROM |

LOC CODE

DATE
NUMBER
TIME- IN
TIME- OUT

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

*Jobber of*

 **C. Barron & Sons, Inc.** 

*Products*

37 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ......................................................................................

ADDRESS ..........................................................................................

| | ORDER NO |
|---|---|
| SHIPPER ................................................. | TICKET NO. |
| DATE SHIPPED ............... GALLONS ORDERED ............... | |

POINT OF
ORIGIN ........................................ DESTINATION ........................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER ................................ TOTAL GALLONS ................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY .......................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY ................................................................

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | |
| --- | --- |
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
| --- | --- | --- |

| DATE SHIPPED | SHIPPED VIA |
| --- | --- |

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
| --- | --- | --- | --- |
| for Oak | | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| --- | --- | --- | --- | --- |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
| --- | --- | --- | --- | --- |

 bp

# C. Barron & Sons, Inc. 

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 872-7002 • Fax (734) 241-XXXX
www.barronoil.com
CONOCO • 76 • SHELL • Oils and Lubricants

CONSIGNEE _____

ADDRESS _____

ORDER NO. _____

SHIPPER _____

TICKET NO. _____

DATE SHIPPED _____  GALLONS ORDERED _____

POINT OF ORIGIN _____  DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _____  TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE: THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR DIFFERENT CONTRACT TERMS AND GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE PRODUCT TRANSFER WILL CONTROL.

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION OF EACH

DRIVER SIGNATURE

ALL PRODUCT SHOULD BE GROUNDED BEFORE LOADING

TRUCK SEAL NUMBERS

SHIPMENT RECEIVED BY

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

| | | | | | DATE |
| | | | | | NUMBER |
| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC. CODE | | TIME IN |
| | | | | | TIME OUT |
| | DATE SHIPPED | SHIPPED VIA | | | |
| | DESTINATION | | CUSTOMER NUMBER | | ITEM NUMBER |
| | | | | | |
| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

  

Jobber of

AMOCO

Products

# C. Barron & Sons, Inc.

8 ½ Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 922-7007
AMOCO • SHELL • CONOCO • Sia and Lubricants

CONSIGNEE .......................................................................................

ADDRESS ..........................................................................................

| | ORDER NO. |
|---|---|

SHIPPER ............................................................

| | TICKET NO. |
|---|---|

DATE SHIPPED ............... GALLONS ORDERED ...........................

POINT OF ORIGIN ........................................... DESTINATION ..................................

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER ................................................ TOTAL GALLONS .................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY .............................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY .............................................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST.

CUSTOMER NOTICE: THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTED PROPRIETARY GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 8902-C 1/97

DRIVER SIGNATURE

TRUCK SEAL NUMBER(S)                    SHIPMENT RECEIVED BY

ALL ITEMS SUBJECT TO CONDITIONS SET BY...

For Product Emergency
Spill, Leak, Fire, Exposure or Accident
1-877-MAPLINE
1-877-627-5463

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE | DATE NUMBER TIME IN TIME OUT |
| --- | --- | --- | --- |

| DATE SHIPPED | SHIPPED VIA |
| --- | --- |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| --- | --- | --- |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| --- | --- | --- | --- | --- |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

  

Jobber of

Products

C. Burton & Sons, Inc.

37 Jerome St., Monroe, Michigan 48161
(734) 241-3632 · 1 (800) 922-7002
AMOCO · SHELL · CONOCO · Oils and Lubricants

CONSIGNEE ........................................................................................

ADDRESS ...........................................................................................
...........................................................................................

| | ORDER NO. |

SHIPPER ....................................................................................

| | TICKET NO. |

DATE SHIPPED ............. GALLONS ORDERED ...........................

POINT OF ORIGIN ....................... DESTINATION ...........................

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|----------|---------------------|---------------|------|-------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER ........................ TOTAL GALLONS ........................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ....................................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY ........................................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> -- THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

TRUCK SEAL NUMBERS:       SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| | DATE SHIPPED | SHIPPED VIA | |
| | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

  

C. Barron & Sons, Inc.

67 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-8691
www.barronoil.com
CONOCO • 76 • SHELL • Oils and Lubricants

CONSIGNEE _____

ADDRESS _____

SHIPPER _____     | ORDER NO. _____

DATE SHIPPED _____  GALLONS ORDERED _____     | TICKET NO. _____

POINT OF ORIGIN _____  DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _____  TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> — THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 60605-B  1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
|---|---|

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 4

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

 bp

# C. Barron & Sons, Inc. 

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-8635
www.barronoil.com
CONOCO • 76 • SHELL • Oils and Lubricants

CONSIGNEE ................................................................................................

ADDRESS ....................................................................................................

SHIPPER ...............................................................  ORDER NO. ..............

DATE SHIPPED ..............  GALLONS ORDERED ..............  TICKET NO. ..............

POINT OF ORIGIN ..............................  DESTINATION ..............................

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|----------|---------------------|---------------|------|-------------|
|          |                     |               |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |

DRIVER ...............................  TOTAL GALLONS ...............................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ..............................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE
REASON FOR DELAY ........................................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE - THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER
DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTIVE REFORMULATED
GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE FORMULATED BATCH
WILL CONTROL.

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTICE

Form 36905 (5/00)

DRIVER SIGNATURE

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE | DATE | | NUMBER |
|---|---|---|---|---|---|---|
| | | | | TIME IN | | |
| | | | | TIME OUT | | |
| | DATE SHIPPED | SHIPPED VIA | | | | |
| | DESTINATION | | CUSTOMER NUMBER | | ITEM NUMBER |
| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

  

**Jobber of**

**Products**

C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ......................................................................................................

ADDRESS ......................................................................................................

|  |  |
|---|---|
| SHIPPER .................................................. | ORDER NO. |
| DATE ............ GALLONS<br>SHIPPED ............ ORDERED ............ | TICKET NO. |

POINT OF
ORIGIN ....................................... DESTINATION .......................................

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER ........................................... TOTAL GALLONS ...........................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ......................................................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START |  |  |  |  |
| END |  |  |  |  |

DEMURRAGE

REASON FOR DELAY ......................................................................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
|---|---|

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

Port Oak

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|



 

**Jobber of AMOCO Products**

C. Barron & Sons, Inc.

87 Jerome St. Monroe, Michigan 48161
(734) 241-3633 · 1 (800) 322-7007
AMOCO · SHELL · CONOCO · Oils and Lubricants

CONSIGNEE Fort /lake Wa...lline

ADDRESS

SHIPPER

ORDER NO.

DATE SHIPPED 2-05-0   GALLONS ORDERED

TICKET NO. 395073
           345074

POINT OF ORIGIN _____ DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|  | Prem NL | 1001 |  |  |
|  | Reg NL | 8002 |  |  |
|  | LS#2 Diesel | 1001 |  |  |
|  | LS#1 Dyed | 1001 |  |  |

DRIVER Stan _____ TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | 34½" | 23½" | 32½" | 54⅝" 35 |
| END | 65½ | 67½ | 44" | 74" 55 |

DEMURRAGE

REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE -- THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | DATE SHIPPED | SHIPPED VIA |
| | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| | Fort Yauk | |
| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

  

Member of

AMOCO

Products

# C. Barron & Sons, Inc.

97 Jerome St, Monroe, Michigan 48161
(734) 241-8633 · 1 (800) 822-7005
AMOCO · SHELL · CONOCO · Oils and Lubricants

CONSIGNEE .......................................................................................

ADDRESS ...........................................................................................

| | ORDER NO |
|---|---|
| SHIPPER .................................... | |
| DATE SHIPPED ................ GALLONS ORDERED ................ | TICKET NO |

POINT OF ORIGIN ........................... DESTINATION ...........................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER ........................... TOTAL GALLONS ...........................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ...........................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY ...........................................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST.

CUSTOMER NOTICE   THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING INFORMATION. GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION

Form 90805-B 1/02

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, Call
1-877-MAPLINE
1-877-527-5463

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | DOC CODE |
|---|---|---|---|
| | | | |

DATE
NUMBER
TIME IN
TIME OUT

| DATE SHIPPED | SHIPPED VIA | |
|---|---|---|

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

FORT & OAK

DiX & MorciN

*Jobber of*

  

*Products*

97 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 922-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ................................................................

ADDRESS ................................................................

| | ORDER NO |
| --- | --- |
| SHIPPER ............................ | TICKET NO. |
| DATE SHIPPED ............ GALLONS ORDERED ............ | |

POINT OF
ORIGIN ........................ DESTINATION ........................

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |

DRIVER ............................ TOTAL GALLONS ............

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
| --- | --- | --- | --- | --- |
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY ................................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | DATE SHIPPED | SHIPPED VIA |
| | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
  Fax: 1-313-945-8010

Invoice No. EP7940

Delivery Date:        7/27/2005

Ship To:

R & R Enterprises
2821 Fort Street
Wyandotte, MI 48192

Date      7/28/2005             Customer# 5

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 8891 | Regular | 2.118 | 18,831.14 |
| 0 | Plus | 2.192 | 0.00 |
| 0 | Premium | 2.258 | 0.00 |
| 0 | Diesel | 2.109 | 0.00 |
| 8891 | Total Gallons | Fuel Sub Total | 18,831.14 |

| Reference | Gross | Net |
|---|---|---|
| Batch # | | |
| Location: Canton/Cherry Hill | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Batch Sub-Total | 0.00 |

Previous Balance      0
                         0
                         0
Current Balance
            $18,831.14



**E F T**

AUG 9 2005

**DRAFT DATE**

| Pay This Amount | Total Price | 18,831.14 |
|---|---|---|

T?!?!GLUE 1
INVENTORY INCREASE

INCREASE START
JUL 27, 2005  1:40 AM

VOLUME   = 3527 GALS
HEIGHT   = 44.38 INCHES
WATER    = 1.00 INCHES
TEMP     = 70.0 DEG F



**Jobber of** **Products**

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Cherryhill/Canton Centu Amoco_

ADDRESS _____

| | | ORDER NO. |
|---|---|---|
| SHIPPER _____ | | |
| DATE SHIPPED _07-27-05_ | GALLONS ORDERED | TICKET NO. 345395 |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL | 9004 | | |
| | | | | |
| | | | | |

DRIVER _Steve_ TOTAL GALLONS ____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Muhammad Bawaneh_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 17" | 45½" | | |
| END | 55" | 64½" | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

...TERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

...OMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

Form 50605-B 1/02

DRIVER SIGNATURE

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:    SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON ASHLAND PETROLEUM LLC, 539 S. MAIN STREET, FINLAY, OH 45840 LPR#4288, FCN#T-38-MI-3015
ALL GASOLINES FROM THIS FACILITY ARE 7.8# RVP AND ARE NOT SUITABLE FOR USE IN A 7.0# OR 7.2# RVP CONTROL AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
    MARATHON ASHLAND PETROLEUM LLC
MAPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 07/27/05
NUMBER 345395-208
TIME IN 0034
TIME OUT 0046

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| EPPCO INC | DETROIT TERMINAL | | 0000318100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 12726 S MUNMUN CIRCLE | DATE SHIPPED | SHIPPED VIA | |
| DEARBORN MI | | BILL FREIGHT CUSTOMER | |
| 481260000 | 07/27/05 | 4138 C BARRON & SONS | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| SIA | | |
| VARIOUS | | |
| UNKNOWN MI | 449094400101000 | |

--- PRODUCT TOTALS ---

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 204 | 9004 | 8891 | | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 29826 | 22 | 0000 | | |
| S.DAVIES-C.BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 1000 | 989 | 76.6/ 57.8* | Meter 10  Preset 1001  Code 204 |
| TTM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | |
| GASOLINE, 3, UN1203, PGII | 502 | 496 | 76.2/ 57.8 | Meter 09  Preset 501  Code 204 |
| TTM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | |
| GASOLINE, 3, UN1203, PGII | 4001 | 3951 | 78.4/ 57.8 | Meter 11  Preset 4001  Code 204 |
| TTM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | |
| GASOLINE, 3, UN1203, PGII | 1500 | 1482 | 77.9/ 57.8 | Meter 10  Preset 1501  Code 204 |
| TTM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | |
| GASOLINE, 3, UN1203, PGII | 1500 | 1479 | 80.6/ 57.8* | Meter 10  Preset 1501  Code 204 |
| TTM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | |
| GASOLINE, 3, UN1203, PGII | 501 | 494 | 80.8/ 57.8 | Meter 11  Preset 501  Code 204 |
| TTM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | |

7.8 RVP GAS / 7.8 RVP GAS 10% ETH / CLEAR LS1&2 DSL

(*=Temperature And Gravity Are Derived)

# EPPCO Inc.

**Invoice No. EP7952**

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Delivery Date:      7/30/2005

Ship To:
R & R Enterprises
2821 Fort Street
Wyandotte, MI 48192

Date     8/1/2005         Customer# 5

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 5920 | Regular | 2.152 | 12,739.84 |
| 0 | Plus | 2.226 | 0.00 |
| 0 | Premium | 2.292 | 0.00 |
| 0 | Diesel | 2.129 | 0.00 |
| 5920 | Total Gallons | Fuel Sub Total | 12,739.84 |

| Batch # | Reference | Gross | Net |
|---------|-----------|-------|-----|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | 0.00 |

Previous Balance     0
0
0

Current Balance     $12,739.84

**E F T**

AUG 8 2005

**DRAFT DATE**

| **Pay This Amount** | **Total Price** | **12,739.84** |
|----|----|----|

```
T 1:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
JUL. 30, 2005 10:45 AM

  VOLUME   =  3813 GALS
  WATER    =  0.00 INCHES
  TEMP     =  75.3 DEG F

INCREASE END
JUL. 30, 2005 11:12 AM

  VOLUME   =  7635 GALS
  WATER    =  0.00 INCHES
  TEMP     =  76.6 DEG F

  GROSS INCREASE=  3822
  TC NET INCREASE=  3767


T 2:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
JUL. 30, 2005 10:45 AM

  VOLUME   =  4236 GALS
  WATER    =  0.76 INCHES
  TEMP     =  71.5 DEG F

INCREASE END
JUL. 30, 2005 11:12 AM

  VOLUME   =  6446 GALS
  WATER    =  0.76 INCHES
  TEMP     =  75.4 DEG F

  GROSS INCREASE=  2210
  TC NET INCREASE=  2174

MANIFOLDED TANKS
INVENTORY INCREASE
T 1:NO-LEAD REG.
T 2:NO-LEAD REG.
  VOLUME   =  6032 GALS
```



*Jobber of*
**Products**



# C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort Oak_          _(apco)_

ADDRESS _Southgate MI_

SHIPPER _____     ORDER NO. _____

DATE SHIPPED _7-30-05_   GALLONS ORDERED _____     TICKET NO. _316663-21_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Regulr              | 6003          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _CO_          TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | Reg Tank 1 | Reg Tank 2 | TANK 3 | TANK 4 |
|----------------|------------|------------|--------|--------|
| START          | 49         | 51 1/4     |        |        |
| END            | 81         | 77         |        |        |

DEMURRAGE _____
REASON FOR DELAY _____

· MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON ASHLAND PETROLEUM LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4288, ICN#1-38-M1-3015
ALL GASOLINES FROM THIS FACILITY ARE 7.0# RVP AND ARE NOT SUITABLE FOR USE IN A 7.0# OR 7.2# CONTROL AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON ASHLAND PETROLEUM LLC
MAPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 07/30/05
NUMBER 346663-211
TIME IN 1056
TIME OUT 1108

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| EPPCO INC | DETROIT TERMINAL | | 0000318100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 12726 S MURRAY CIRCLE | DATE SHIPPED | SHIPPED VIA | |
| DEARBORN MI | | BILL FREIGHT CUSTOMER | |
| 481280000 | 07/30/05 | 4138 C BARRON & SONS | |

| --- PRODUCT TOTALS --- | | | | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|---|---|---|
| | | | | SIA | | |
| CODE | GROSS | NET | CODE | GROSS | NET | VARIOUS | |
| 204 | 6003 | 5920 | | | | UNKNOWN MI | 44909440010100 |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 58289 | 22 | 0600 | | |
| MALVO12-C. BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 2001 | 1974 | 80.2/ 57.8 | Meter 37  Preset 2001  Code 204 |
| TTM MILE-MAKER UNLEAD-D 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | |
| GASOLINE, 3, UN1203, PGII | 4002 | 3946 | 80.7/ 57.8 | Meter 38  Preset 4001  Code 204 |
| TTM MILE-MAKER UNLEAD-D 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | |

7.8 RVP GAS / 7.8 RVP GAS 10% ETH / CLEAR LS187 DSL

# EPPCO Inc.

**Invoice No. EP7980**

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Delivery Date:    8/5/2005

Ship To:
R & R Enterprises
2821 Fort Street
Wyandotte, MI 48192

Date    8/11/2005    Customer# 5

| Qty | Description | | Per Gallon | Extension |
|---|---|---|---|---|
| 7344 | Regular | | 2.289 | 16,810.42 |
| 0 | Plus | | 2.363 | 0.00 |
| 0 | Premium | | 2.429 | 0.00 |
| 0 | Diesel | | 2.208 | 0.00 |
| 7344 | Total Gallons | | Fuel Sub Total | 16,810.42 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | | Batch Sub-Total | 0.00 |

Previous Balance    0
0
0

Current Balance    $16,810.42

## E F T

AUG 1 5 2005

## DRAFT DATE

| **Pay This Amount** | **Total Price** | 16,810.42 |
|---|---|---|

```
T 1:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
AUG  5, 2005  5:29 AM

VOLUME   =  3109 GALS
WATER    =  0.00 INCHES
TEMP     =  73.9 DEG F

INCREASE END
AUG  5, 2005  5:57 AM

VOLUME   =  7032 GALS
WATER    =  0.00 INCHES
TEMP     =  73.4 DEG F

  GROSS INCREASE=  3923
  TC NET INCREASE=  3888

T 2:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
AUG  5, 2005  5:29 AM

VOLUME   =  3405 GALS
WATER    =  0.00 INCHES
TEMP     =  73.1 DEG F

INCREASE END
AUG  5, 2005  5:57 AM

VOLUME   =  6928 GALS
WATER    =  0.00 INCHES
TEMP     =  73.2 DEG F

  GROSS INCREASE=  3523
  TC NET INCREASE=  3490

MANIFOLDED TANKS
INVENTORY INCREASE
T 1:NO-LEAD REG.
T 2:NO-LEAD REG.
VOLUME    =  7446 GALS
```



Jobber of
AMOCO
Products

# C. Barron & Sons, Inc.



an independent franchisee of
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM ®

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort Oak_ (Zppco)

ADDRESS _Southgate MI_

ORDER NO. _____

SHIPPER _____

DATE SHIPPED _8-5-05_   GALLONS ORDERED _____

TICKET NO. _34888-217_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | Reg N/L | 7404 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _LD_   TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 43 | 43½ |  |  |
| END | 79¾ | 81 |  |  |

DEMURRAGE _____

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY 3

MARATHON ASHLAND PETROLEUM LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#84268, TCN#1-38-M1-3015
ALL GASOLINES FROM THIS FACILITY ARE 7.8 RVP AND ARE NOT SUITABLE FOR USE IN A 7.0# OR 7.2# RVP CONTROL AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON ASHLAND PETROLEUM LLC
MAPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 08/05/05
NUMBER 348808-217
TIME IN 0530
TIME OUT 0546

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| EMPCO INC | DETROIT TERMINAL | | 0000318100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 12726 S BARRON CIRCLE | DATE SHIPPED | SHIPPED VIA | |
| DEARBORN MI | | BILL FREIGHT CUSTOMER | |
| 481260000 | 08/05/05 | 4138 C BARRON & SONS | |

--- PRODUCT TOTALS ---

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 204 | 7404 | 7344 | | | |

| | | | | |
|---|---|---|---|---|
| DESTINATION | | | CUSTOMER NUMBER | ITEM NUMBER |
| 51A | | | | |
| VARIOUS | | | | |
| UNKNOWN MI | | | 449094600101000 | |
| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| 58289 | 22 | 0900 | | |
| MALVITZ-C, BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 2001 | 1985 | 71.5/ 60.3 | Meter 37   Preset  2001   Code 204 |
| 11M MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | | |
| GASOLINE, 3, UN1203, PGII | 4002 | 3969 | 71.9/ 60.3 | Meter 38   Preset  4001   Code 204 |
| 11M MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | | |
| GASOLINE, 3, UN1203, PGII | 1401 | 1390 | 71.3/ 60.3 | Meter 36   Preset  1401   Code 204 |
| 11M MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | | |

7.8 RVP GAS / 7.8 RVP GAS 10% ETH / CLEAR 15182 USL

Fort & Oak

# EPPCO Inc.

**Invoice No. EP7997**

12726 S. Morrow Cir.
Dearborn, MI 48126

Delivery Date:     8/10/2005

Ship To:

Phone: 1-313-945-8000
Fax: 1-313-945-8010

R & R Enterprises
2821 Fort Street
Wyandotte, MI 48192

Date     8/11/2005         Customer# 5

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 5945 | Regular | 2.312 | 13,744.84 |
| 0 | Plus | 2.386 | 0.00 |
| 0 | Premium | 2.452 | 0.00 |
| 0 | Diesel | 2.285 | 0.00 |
| 5945 | Total Gallons | Fuel Sub Total | 13,744.84 |

| Reference | Gross | Net |
|---|---|---|
| Batch # | | |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| | Batch Sub-Total | 0.00 |

Previous Balance     0
    0
    0

Current Balance

**$13,744.84**

**E F T**

AUG 19 2005

**DRAFT DATE**

| **Pay This Amount** | **Total Price** | **13,744.84** |
|---|---|---|

```
T 1:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
AUG 10, 2005 12:56 AM

VOLUME  = 4344 GALS
WATER   = 1.09 INCHES
TEMP    = 74.3 DEG F

INCREASE END
AUG 10, 2005  1:24 AM

VOLUME  = 8091 GALS
WATER   = 1.08 INCHES
TEMP    = 75.0 DEG F

  GROSS INCREASE= 3747
TC NET INCREASE= 3705

T 2:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
AUG 10, 2005 12:56 AM

VOLUME  = 4667 GALS
WATER   = 0.00 INCHES
TEMP    = 73.3 DEG F

INCREASE END
AUG 10, 2005  1:24 AM

VOLUME  = 6850 GALS
WATER   = 0.00 INCHES
TEMP    = 74.4 DEG F

  GROSS INCREASE= 2183
TC NET INCREASE= 2156

MANIFOLDED TANKS
INVENTORY INCREASE
T 1:NO-LEAD REG.
T 2:NO-LEAD REG.
  VOLUME  = 5930 GALS
```



Jobber of
**C. Barron & Sons, Inc.**
Products



AN INDEPENDENT FRANCHISEE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE  Fort /Oak B?

ADDRESS

ORDER NO.

SHIPPER

DATE SHIPPED  08-10-05   GALLONS ORDERED

TICKET NO.  340359

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Reg NL              | 6002          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER  Stew   TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 55"    | 56½"   |        |        |
| END            | 92½"   | 80"    |        |        |

DEMURRAGE

REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON ASHLAND PETROLEUM LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#54768, MI#1-38-MI-3015
ALL GASOLINES FROM THIS FACILITY ARE 7.8 RVP AND ARE NOT SUITABLE FUROSE IN A 7.0# OR 7.2# CONTROL AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON ASHLAND PETROLEUM LLC
MAPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 08/10/05
NUMBER 340959-222
TIME IN 0108
TIME OUT 0117

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| SPPCO INC | DETROIT TERMINAL | | 0000318100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 12736 S MORROW CIRCLE | DATE SHIPPED | SHIPPED VIA | |
| DEARBORN MI | | BILL FREIGHT CUSTOMER | |
| 481260000 | 08/10/05 | 4138 C BARKON & SONS | |

---- PRODUCT TOTALS ----

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 204 | 6002 | 5945 | | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| 318 | | |
| VARIOUS | | |
| UNKNOWN MI | 4490944001001000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 29826 | 22 | 0000 | | |
| S.DAVIES-C.BARKON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII, | 4001 | 3963 | 74.3/57.6 | Meter 38   Preset 4001   Code 204 |
| 11M MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | |
| GASOLINE, 3, UN1203, PGII, | 2001 | 1982 | 74.0/57.8 | Meter 37   Preset 2001   Code 204 |
| 11M MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | |

7.8 RVP GAS / 7.8 RVP GAS 10% ETH / CLEAR 15187 BBL

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
  Fax: 1-313-945-8010

Date    8/22/2005

## Invoice No. EP8019

Delivery Date:      8/14/2005

Ship To:
     R & R Enterprises
     2821 Fort Street
     Wyandotte, MI 48192

Customer# 5

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 5919 | Regular | 2.521 | 14,921.80 |
| 0 | Plus | 2.595 | 0.00 |
| 1086 | Premium | 2.631 | 2,857.27 |
| 0 | Diesel | 2.438 | 0.00 |
| 7005 | Total Gallons | Fuel Sub Total | 17,779.07 |

| | Reference | Gross | Net |
|--|-----------|-------|-----|
| Batch # | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | Batch Sub-Total | 0.00 |

Previous Balance

Current Balance
     **$17,779.07**

# E F T

AUG 2 3 2005

# DRAFT DATE

| **Pay This Amount** | **Total Price** | 17,779.07 |
|---------------------|-----------------|-----------|

```
T 5:PREM. NO-LEAD
INVENTORY INCREASE

INCREASE START
AUG 14, 2005 10:00 AM

  VOLUME   =  3640 GALS
  WATER    =  0.00 INCHES
  TEMP     =  72.8 DEG F

INCREASE END
AUG 14, 2005 10:17 AM

  VOLUME   =  4735 GALS
  WATER    =  0.77 INCHES
  TEMP     =  74.3 DEG F

  GROSS INCREASE=  1095
  TC NET INCREASE=  1079

T 1:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
AUG 14, 2005  9:50 AM

  VOLUME   =  3684 GALS
  WATER    =  0.00 INCHES
  TEMP     =  73.4 DEG F

INCREASE END
AUG 14, 2005 10:18 AM

  VOLUME   =  7460 GALS
  WATER    =  0.00 INCHES
  TEMP     =  77.0 DEG F

  GROSS INCREASE=  3776
  TC NET INCREASE=  3722

T 2:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
AUG 14, 2005  9:50 AM

  VOLUME   =  4000 GALS
  WATER    =  0.00 INCHES
  TEMP     =  72.8 DEG F

INCREASE END
AUG 14, 2005 10:18 AM

  VOLUME   =  6267 GALS
  WATER    =  0.00 INCHES
  TEMP     =  76.0 DEG F

  GROSS INCREASE=  2267
  TC NET INCREASE=  2232

MANIFOLDED TANKS
INVENTORY INCREASE
  T 1:NO-LEAD REG.
  T 2:NO-LEAD REG.
  VOLUME   =  6043 GALS
```



*Jobber of*

**AMOCO Products**

# C. Barron & Sons, Inc.



**PACIFIC PRIDE**
AN INDEPENDENT FRANCHISEE OF
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort Oak_

ADDRESS _Southgate Mi_

ORDER NO. _____

SHIPPER _____

DATE SHIPPED _8/14/05_   GALLONS ORDERED _____

TICKET NO. _341510-226_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Reg N/c             | 6001          |       |             |
|          | Prem N/c            | 1100          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 Prem West | TANK 2 Reg East | TANK 3 | TANK 4 |
|----------------|------|------|------|--------|
| START          | 49   | 50   | 62¼  |        |
| END            | 84   | 74½  | 66¼  |        |

DEMURRAGE _____

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON ASHLAND PETROLEUM LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 PHONE?, TERM-US-MI-3019
ALL GASOLINES FROM THIS FACILITY ARE 7.8 RVP AND ARE NOT SUITABLE FORUSE IN A 7.0# OR 7.2# RVP CONTROL AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER OF RESIDUE.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON ASHLAND PETROLEUM LLC
MAPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 08/14/05
NUMBER 341910-245
TIME IN 0953
TIME OUT 1009

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| EPTON INC | DETROIT TERMINAL | | 0000308100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 12735 S BURTON CIRCLE | DATE SHIPPED | SHIPPED VIA | |
| DEARBORN MI | | BILL FREIGHT CUSTOMER | |
| 481250000 | 08/14/05 | 4138 S BARRON & SONS | |

--- PRODUCT TOTALS ---

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 204 | 6001 | 5919 | | | |
| 207 | 1100 | 1086 | | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STA | | |
| VARIOUS | | |
| UNKNOWN MI | 34909490101000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 58289 | 22 | 0000 | | |
| MANVILLE-C. BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DESIGNED ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 4001 | 3946 | 79.9/59.2 | Meter 11  Preset 4001  Code 204 |
| 87N RUG-MAKER UNLEAD-0 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | | |
| GASOLINE, 3, UN1203, PGII | 2000 | 1973 | 79.4/59.9# | Meter 10  Preset 2001  Code 204 |
| 87N RUG-MAKER UNLEAD-0 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | | |
| GASOLINE, 3, UN1203, PGII | 1100 | 1086 | 77.9/65.7 | Meter 10  Preset 1101  Code 207 |
| 93N SUPER-M UNLEAD-0 7.8 MAX RVP/PRODUCT,PGII,93 OCTANE, NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | | |

7.8 RVP GAS / 7.8 RVP GAS RVS EBS / CLEAR LS1&2 DSL

(#-Temperature And Gravity Are Derived)

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI  48126

Phone: 1-313-945-8000
  Fax: 1-313-945-8010

Date    8/22/2005

**Invoice No. EP8041**

Delivery Date:          8/19/2005

Ship To:
        R & R Enterprises
        2821 Fort Street
        Wyandotte, MI  48192

Customer# 5

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 6911 | Regular | 2.482 | 17,153.10 |
| 0 | Plus | 2.556 | 0.00 |
| 0 | Premium | 2.622 | 0.00 |
| 1982 | Diesel | 2.308 | 4,574.46 |
| 8893 | Total Gallons | Fuel Sub Total | 21,727.56 |

| | Reference | Gross | Net |
|--|-----------|-------|-----|
| Batch # | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | Batch Sub-Total | 0.00 |

Previous Balance
                    0
                    0
                    0
Current Balance
        **$21,727.56**

# E F T

AUG 3 0 2005

# DRAFT DATE

| Pay This Amount | Total Price | 21,727.56 |
|-----------------|-------------|-----------|

T 1:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
AUG 19, 2005 11:26 PM

```
VOLUME  =  3209 GALS
WATER   =  0.00 INCHES
TEMP    =  73.9 DEG F
```

INCREASE END
AUG 19, 2005 11:55 PM

```
VOLUME  =  7464 GALS
WATER   =  0.00 INCHES
TEMP    =  77.2 DEG F
```

```
GROSS INCREASE=  4255
TC NET INCREASE=  4197
```

T 2:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
AUG 19, 2005 11:26 PM

```
VOLUME  =  3472 GALS
WATER   =  0.00 INCHES
TEMP    =  73.3 DEG F
```

INCREASE END
AUG 19, 2005 11:55 PM

```
VOLUME  =  6334 GALS
WATER   =  0.00 INCHES
TEMP    =  76.5 DEG F
```

```
GROSS INCREASE=  2862
TC NET INCREASE=  2822
```

MANIFOLDED TANKS
INVENTORY INCREASE
T 1:NO-LEAD REG.
T 2:NO-LEAD REG.
VOLUME     =  7117 GALS



*Jobber of*
*Products*

# C. Barron & Sons, Inc.



AN INDEPENDENT FRANCHISEE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort/Oak B?_

ADDRESS _____

SHIPPER _____ ORDER NO. ____

DATE SHIPPED _081905_ GALLONS ORDERED _____ TICKET NO. _343905_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | Reg NL | 7004 |  |  |
|  | LS #2 Diesel | 2001 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _Steve_ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Morgan_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 44" | 45" | 48" |  |
| END | 86" | 76" | 88½" |  |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON ASHLAND PETROLEUM LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 CPRN#538, TCN#-38-M1-2015
ALL GASOLINES FROM THIS FACILITY ARE 7.8# RVP AND ARE N1 SUITABLE FOR USE IN A 7.0# OR 7.2# RVP CONTROL AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 1 ON BACK.    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
    MARATHON ASHLAND PETROLEUM LLC
MAPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 08/19/05
NUMBER 343905-231
TIME IN 2239
TIME OUT 2247

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| SPPCO INC | DETROIT TERMINAL | | 0000318100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 1277S S. MORROW CIRCLE | | | |
| DEARBORN MI | DATE SHIPPED | SHIPPED VIA | |
| 48120000 | 08/19/05 | BILL FREIGHT CUSTOMER | |
| | | 4133 C. BARRON & SONS | |

| --- PRODUCT TOTALS --- | | | | |
|---|---|---|---|---|
| CODE | GROSS | NET | CODE | GROSS | NET |
| 204 | 7004 | 8911 | | |
| 062 | 2001 | 1982 | | |

| DESTINATION | | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|---|
| STA | | | | |
| VARIOUS | | | | |
| UNKNOWN MI | | | 48702940010100 | 4 |
| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| 29826 | 23 | 0000 | | |
| S. DAVIES-C. BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 7502 | 7468 | 79.7/ 60.0 | Meter 38  Preset 7501  Code 204 |
| LIM RULE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | | |
| GASOLINE, 3, UN1203, PGII | 7501 | 7468 | 79.3/ 60.0 | Meter 36  Preset 7501  Code 204 |
| LIM RULE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | | |
| GASOLINE, 3, UN1203, PGII | 2001 | 1975 | 79.2/ 60.0 | Meter 37  Preset 2001  Code 204 |
| LIM RULE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | | |
| FUEL OIL, 3, NA1993, PGIII | 2001 | 1982 | 81.4/ 34.7 | Meter 35  Preset 2001  Code 062 |
| 1.3 NO.2 LOW SULFUR DIESEL,.054 MAX SULFUR,40 CETANE RED DYED | | | | |

7.8 RVP GAS / 7.8 RVP GAS 10% ETH / CLEAR LS#2 DYE

# EPPCO Inc.

### Invoice No. EP8070

12726 S. Morrow Cir.
Dearborn, MI 48126

Ship To:

Delivery Date:                8/29/2005

Phone: 1-313-945-8000
Fax: 1-313-945-8010

R & R Enterprises
2821 Fort Street
Wyandotte, MI 48192

Date        8/30/2005

Customer# 5

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7312 | Regular | 2.476 | 18,104.51 |
| 0 | Plus | 2.550 | 0.00 |
| 0 | Premium | 2.586 | 0.00 |
| 0 | Diesel | 2.354 | 0.00 |
| 7312 | Total Gallons | Fuel Sub Total | 18,104.51 |

| | Reference | Gross | Net |
|---|---|---|---|
| Batch # | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | Batch Sub-Total | 0.00 |

Previous Balance
                    0
                    0
                    0
Current Balance
          $18,104.51

### E F T

SEP   7  2005

### DRAFT DATE

| Pay This Amount | Total Price | 18,104.51 |
|---|---|---|

```
T 1:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
AUG 29. 2005  9:56 AM

VOLUME   =  2176 GALS
WATER    =  0.00 INCHES
TEMP     =  72.6 DEG F


INCREASE END
AUG 29. 2005 10:22 AM

VOLUME   =  6171 GALS
WATER    =  0.00 INCHES
TEMP     =  76.6 DEG F


  GROSS INCREASE=  3995
TC NET INCREASE=  3942


T 2:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
AUG 29. 2005  9:56 AM

VOLUME   =  2441 GALS
WATER    =  0.00 INCHES
TEMP     =  71.8 DEG F


INCREASE END
AUG 29. 2005 10:22 AM

VOLUME   =  6094 GALS
WATER    =  0.00 INCHES
TEMP     =  76.3 DEG F


  GROSS INCREASE=  3653
TC NET INCREASE=  3603


MANIFOLDED TANKS
INVENTORY INCREASE
T 1:NO-LEAD REG.
T 2:NO-LEAD REG.
VOLUME     =  7648 GALS
```



*Jobber of*

*Products*

# C. Barron & Sons, Inc.



AN INDEPENDENT FRANCHISEE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM®

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _____ Fort & Oak _____

ADDRESS _____

SHIPPER _____ Eppco _____   ORDER NO. _____

DATE SHIPPED _08-29-05_  GALLONS ORDERED _6,000_ 7400   TICKET NO. _346558_

POINT OF ORIGIN _Detroit, MI_   DESTINATION _Wyandotte, MI_

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Reg NL              | 7403          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _Curt_   TOTAL GALLONS _7403_

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _A Bando Farr_

| GAUGE READINGS | NL TANK 1 | NL TANK 2 | TANK 3 | TANK 4 |
|----------------|-----------|-----------|--------|--------|
| START          | 34        | 35        |        |        |
| END            | 73 1/2    | 73        |        |        |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
|---|---|

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

| DATE | |
| NUMBER | |
| TIME IN | |
| TIME OUT | 1014 |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

# EPPCO Inc.

## Invoice No. EP8095

12726 S. Morrow Cir.
Dearborn, MI 48126

Delivery Date:      9/3/2005

Ship To:

Phone: 1-313-945-8000
Fax: 1-313-945-8010

R & R Enterprises
2821 Fort Street
Wyandotte, MI 48192

Date     9/7/2005      Customer# 5

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 5942 | Regular | 2.751 | 16,346.44 |
| 0 | Plus | 2.825 | 0.00 |
| 0 | Premium | 2.891 | 0.00 |
| 0 | Diesel | 2.649 | 0.00 |
| 5942 | Total Gallons | Fuel Sub Total | 16,346.44 |

| Reference | Gross | Net |
|---|---|---|
| Batch # - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| | Batch Sub-Total | 0.00 |

Previous Balance

0
0
0

Current Balance

$16,346.44

# E F T

SEP 1 2 2005

# DRAFT DATE

| Pay This Amount | Total Price | 16,346.44 |
|---|---|---|

T 1:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
SEP  3, 2005  1:52 AM

VOLUME   =  4678 GALS
WATER    =  0.00 INCHES
TEMP     =  73.3 DEG F


INCREASE END
SEP  3, 2005  2:20 AM

VOLUME   =  8377 GALS
WATER    =  0.00 INCHES
TEMP     =  74.2 DEG F

  GROSS INCREASE=  3699
TC NET INCREASE=  3659

T 2:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
SEP  3, 2005  1:52 AM

VOLUME   =  4949 GALS
WATER    =  0.00 INCHES
TEMP     =  73.4 DEG F

INCREASE END
SEP  3, 2005  2:20 AM

VOLUME   =  7084 GALS
WATER    =  0.00 INCHES
TEMP     =  74.1 DEG F

  GROSS INCREASE=  2135
TC NET INCREASE=  2111

MANIFOLDED TANKS
INVENTORY INCREASE
T 1:NO-LEAD REG.
T 2:NO-LEAD REG.
VOLUME    =  5834 GALS



Job!
Products

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort/Oak BP_

ADDRESS _____

SHIPPER _____          ORDER NO. _____

DATE SHIPPED _9-03-05_   GALLONS ORDERED _____   TICKET NO. 349120

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Reg NL              | 6002          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _Steve_          TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 58½    | 59½    |        |        |
| END            | 97"    | 85"    |        |        |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4368, ILN#1-38-M1-3015
GASOLINE TRANSFERRED IN ACCORDANCE WITH FEDERAL AND/OR STATE EMERGENCY FUEL WAIVERS EFFECTIVE THROUGH SEPTEMBER 15, 2005
ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C/60 DEGREES F/
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 07/03/05
NUMBER 349120-246
TIME IN 0207
TIME OUT 0215

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| EPPCO INC | DETROIT TERMINAL | | 0000318100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 12725 S MORROW CIRCLE | | | |
| DEARBORN MI | DATE SHIPPED | SHIPPED VIA | |
| 481260000 | 07/03/05 | BILL FREIGH CUSTOMER | |
| | | 4128 C BARKIN & SONS | |

| ---- PRODUCT TOTALS ---- | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|
| CODE GROSS NET   CODE GROSS NET | STA | | |
| 151  6002  5942 | VARIOUS | | |
| | UNKNOWN MI | 449094400101000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 29828 | 22 | 0000 | | |
| S.DAVIES-C.BARKIN | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 4001 | 3962 | 74.4/ 60.0 | Meter 22  Preset 4001  Code 151 |
| 10/ MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |
| GASOLINE, 3, UN1203, PGII | 2001 | 1980 | 75.1/ 60.0 | Meter 21  Preset 2001  Code 151 |
| 10/ MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |

CONVDA5 / CONVDA5 10% ETH / CLEAN 151&2 UGL

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

**Invoice No. EP8123**

Delivery Date:     9/12/2005
Ship To:
    R & R Enterprises
    2821 Fort Street
    Wyandotte, MI 48192

Date     9/27/2005        Customer# 5

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7313 | Regular | 2.469 | 18,055.80 |
| 0 | Plus | 2.643 | 0.00 |
| 0 | Premium | 2.709 | 0.00 |
| 0 | Diesel | 2.479 | 0.00 |
| 7313 | Total Gallons | Fuel Sub Total | 18,055.80 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | REDRAFT DATE: | - | - |
| | 9/28/2005 | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | 0.00 |

Previous Balance
       0
       0
       0
Current Balance
       **$18,055.80**

| **Pay This Amount** | | **Total Price** | **18,055.80** |
|---|---|---|---|

# EPPCO Inc.

**Invoice No. EP8123**

12726 S. Morrow Cir.
Dearborn, MI 48126

Delivery Date:　　　　9/12/2005

Ship To:

Phone: 1-313-945-8000
Fax: 1-313-945-8010

R & R Enterprises
2821 Fort Street
Wyandotte, MI 48192

Date　　9/19/2005　　　　　　　　　Customer# 5

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7313 | Regular | 2.469 | 18,055.80 |
| 0 | Plus | 2.643 | 0.00 |
| 0 | Premium | 2.709 | 0.00 |
| 0 | Diesel | 2.479 | 0.00 |
| 7313 | Total Gallons | Fuel Sub Total | 18,055.80 |

| Reference | Gross | Net |
|---|---|---|
| Batch # | | |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| | Batch Sub-Total | 0.00 |

Previous Balance　　　　0
　　　　　　　　　　　　0
　　　　　　　　　　　　0
Current Balance
　　　　　　$18,055.80

## E F T

SEP 2 1 2005

## DRAFT DATE

| Pay This Amount | Total Price | 18,055.80 |
|---|---|---|

```
T 1:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
SEP 12, 2005 10:54 PM

VOLUME    =  1843 GALS
WATER     =  0.00 INCHES
TEMP      =  72.4 DEG F

INCREASE END
SEP 12, 2005 11:26 PM

VOLUME    =  5416 GALS
WATER     =  0.00 INCHES
TEMP      =  76.4 DEG F

 GROSS INCREASE=  3573
TC NET INCREASE=  3527


T 2:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
SEP 12, 2005 10:54 PM

VOLUME    =  1898 GALS
WATER     =  0.00 INCHES
TEMP      =  71.6 DEG F

INCREASE END
SEP 12, 2005 11:26 PM

VOLUME    =  6122 GALS
WATER     =  0.00 INCHES
TEMP      =  76.6 DEG F

 GROSS INCREASE=  4224
TC NET INCREASE=  4168

MANIFOLDED TANKS
INVENTORY INCREASE
T 1:NO-LEAD REG.
T 2:NO-LEAD REG.
VOLUME    =  7797 GALS
```



# C. Barron & Sons, Inc.

*Jobber of* AMOCO Products


AN INDEPENDENT FRANCHISE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE Fort & Oak BP

ADDRESS _____

ORDER NO. _____

SHIPPER _____

DATE SHIPPED 09/12 ~~GALLONS ORDERED~~

TICKET NO. 342045

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | Reg NL | 7404 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER Steve _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 29½" | 28½" |  |  |
| END | 65" | 71" |  |  |

DEMURRAGE _____

REASON FOR DELAY _____

```
----- IN-TANK ALARM -----
T 4:KERO
LOW PRODUCT ALARM
SEP 12, 2005 11:40 PM
```

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 FPA02768, FLN01-03-01-3015
GASOLINE TRANSFERRED IN ACCORDANCE WITH FEDERAL AND/OR STATE EMERGENCY FUEL WAIVERS EFFECTIVE THROUGH SEPTEMBER 15, 2005
ALL GASOLINES ARE NOTE 1 ON BACK      NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
MPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 09/12/05
NUMBER 34085-255
TIME IN 2258
TIME OUT 2314

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| EPPCO INC | DETROIT TERMINAL | | 0000313100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 12726 S MARKUN CIRCLE | DATE SHIPPED | SHIPPED VIA | |
| DEARBORN MI | | BILL FREIGHT CUSTOMER | |
| 481260000 | 09/12/05 | 4128 C BARRON & SONS | |

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|
| STA | | | |
| VARIOUS | | 44909440010l000 | |
| UNKNOWN MI | | | |

--- PRODUCT TOTALS ---
CODE  GROSS   NET     CODE  GROSS   NET
151   7404    7313

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 298826 | 22 | 0000 | | |
| S.DAVIES-C.BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 1401 | 1389 | 77.9/ 60.0 | Meter 02  Preset 1401  Code 151 |
| 10% MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |
| GASOLINE, 3, UN1203, PGII | 4001 | 3952 | 77.9/ 60.0* | Meter 03  Preset 4001  Code 151 |
| 10% MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |
| GASOLINE, 3, UN1203, PGII | 1501 | 1482 | 78.1/ 60.0 | Meter 02  Preset 1501  Code 151 |
| 10% MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |
| GASOLINE, 3, UN1203, PGII | 501 | 495 | 78.0/ 60.0 | Meter 03  Preset 501  Code 151 |
| 10% MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |

CONVGAS / CONVGAS 10% ETH / CLEAN 15132 UBL

(*=Temperature and Gravity are Derived)

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Date     9/23/2005

**Invoice No. EP8135**

Delivery Date:          9/15/2005

Ship To:

R & R Enterprises
2821 Fort Street
Wyandotte, MI 48192

Customer# 5

| Qty | Description | | Per Gallon | Extension |
|---|---|---|---|---|
| 3955 | Regular | | 2.377 | 9,401.04 |
| 0 | Plus | | 2.526 | 0.00 |
| 1982 | Premium | | 2.487 | 4,929.23 |
| 0 | Diesel | | 2.478 | 0.00 |
| 5937 | Total Gallons | | Fuel Sub Total | 14,330.27 |

| | Reference | Gross | Net | |
|---|---|---|---|---|
| Batch # | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | EFT DRAFT DATE: | - | - | |
| | 9/26/2005 | - | - | |
| | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | | Batch Sub-Total | | 0.00 |

Previous Balance

0
0
0

Current Balance

**$14,330.27**

| Pay This Amount | Total Price | 14,330.27 |
|---|---|---|

```
---- IN-TANK ALARM ----
T 1:NO-LEAD REG.
OVERFILL ALARM
SEP 15, 2005 11:01 PM




T 5:PREM. NO-LEAD
INVENTORY INCREASE

INCREASE START
SEP 15, 2005 10:47 PM

VOLUME  =  1743 GALS
WATER   =  0.00 INCHES
TEMP    =  71.5 DEG F


INCREASE END
SEP 15, 2005 11:06 PM

VOLUME  =  3709 GALS
WATER   =  0.78 INCHES
TEMP    =  73.2 DEG F


 GROSS INCREASE=  1966
TC NET INCREASE=  1947

 T 1:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
SEP 15, 2005 10:47 PM

VOLUME  =  6176 GALS
WATER   =  0.00 INCHES
TEMP    =  73.5 DEG F


INCREASE END
SEP 15, 2005 11:13 PM

VOLUME  =  9577 GALS
WATER   =  0.00 INCHES
TEMP    =  74.9 DEG F


 GROSS INCREASE=  3401
TC NET INCREASE=  3359


T 2:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
SEP 15, 2005 10:47 PM

VOLUME  =  6129 GALS
WATER   =  0.00 INCHES
TEMP    =  73.0 DEG F


INCREASE END
SEP 15, 2005 11:13 PM

VOLUME  =  6637 GALS
WATER   =  0.00 INCHES
TEMP    =  73.4 DEG F


 GROSS INCREASE=   508
TC NET INCREASE=   501


MANIFOLDED TANKS
INVENTORY INCREASE
T 1:NO-LEAD REG.
T 2:NO-LEAD REG.
VOLUME    =  ---- GALS
```



*Jobber of* ·

# C. Barron & Sons, Inc.



*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE ___ Fort/Oak BP ___

ADDRESS _____

| | ORDER NO. |
|---|---|

SHIPPER _____

DATE SHIPPED _9-15-05_ GALLONS ORDERED _____  TICKET NO. 343081

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Prem NL | 200¹ | | |
| | Reg NL | 400¹ | | |
| | | | | |
| | | | | |

DRIVER ___ Steve ___ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 73½ | 72 | 30½ | |
| END | 109 | 77½ | 53½ | |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4288, ICN#1-38-M1-3015
GASOLINE TRANSFERRED IN ACCORDANCE WITH FEDERAL AND/OR STATE EMERGENCY FUEL WAIVERS EFFECTIVE THROUGH SEPTEMBER 15, 2005
ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
 DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
 ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
 SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
 #DEALER IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 09/15/05
NUMBER 903081-238
TIME IN 2210
TIME OUT 2225

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| RPPOIL INC. | DETROIT TERMINAL | 0000318100 |
| | 12700 TORONTO, DETROIT, MI 48217 | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 12728 S MORAN CIRCLE | | |
| DEARBORN MI | BILL FREIGHT CUSTOMER |
| 481260000 | 4188 C BARRON & SONS |
| 09/15/05 | |

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|
| SUB | | | |
| VARIOUS | | | |
| DEARBORN MI | | 34M0N2400101000 | |

--- PRODUCT TOTALS ---

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 081 | 2001 | 1982 | | | |
| 151 | 4001 | 3955 | | | |

| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|---|
| | 29826 | | 0000 | | |
| | B. BARRON-C, BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 2001 | 1982 | 73.7/ 65.38 | Meter 37   Preset 2001   Code 081 |
| ARCO SUPER-M UNLEADED PRODUCT, PGII, 93 OCTANE | | | | |
| GASOLINE, 3, UN1203, PGII | 4001 | 3955 | 76.8/ 62.0 | Meter 36   Preset 4001   Code 151 |
| 10/ MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |

CONVGAS / CONVGAS 10% EtH / CLEAN (5932 US)

(#=Temperature And Gravity Are Derived)

# EPPCO Inc.

**Invoice No. EP8171**

12726 S. Morrow Cir.
Dearborn, MI 48126

Delivery Date: 9/23/2005

Ship To:

Phone: 1-313-945-8000
Fax: 1-313-945-8010

R & R Enterprises
2821 Fort Street
Wyandotte, MI 48192

Date    9/27/2005       Customer# 5

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7355 | Regular | 2.524 | 18,564.02 |
| 0 | Plus | 2.598 | 0.00 |
| 0 | Premium | 2.664 | 0.00 |
| 0 | Diesel | 2.598 | 0.00 |
| 7355 | Total Gallons | Fuel Sub Total | 18,564.02 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
|  | - | - | - |
|  | - | - | - |
|  | - | - | - |
|  | - | - | - |
|  | - | - | - |
|  | - | - | - |
|  | - | - | - |
|  | - | - | - |
|  | - | - | - |
|  | - | - | - |
|  | - | - | - |
|  |  | Batch Sub-Total | 0.00 |

Previous Balance

0
0
0

Current Balance

$18,564.02

**E F T**

OCT   4   2005

**DRAFT DATE**

| **Pay This Amount** | **Total Price** | **18,564.02** |
|---|---|---|

```
T 1:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
SEP 23, 2005 12:12 PM

VOLUME   =   2548 GALS
WATER    =   0.00 INCHES
TEMP     =   72.4 DEG F

INCREASE END
SEP 23, 2005 12:38 PM

VOLUME   =   6288 GALS
WATER    =   0.00 INCHES
TEMP     =   71.9 DEG F

  GROSS INCREASE=  3740
TC NET INCREASE=  3709

T 2:NO-LEAD REG.
INVENTORY INCREASE

INCREASE START
SEP 23, 2005 12:12 PM

VOLUME   =   2955 GALS
WATER    =   1.90 INCHES
TEMP     =   72.0 DEG F

INCREASE END
SEP 23, 2005 12:38 PM

VOLUME   =   6721 GALS
WATER    =   0.00 INCHES
TEMP     =   71.9 DEG F

  GROSS INCREASE=  3766
TC NET INCREASE=  3734

MANIFOLDED TANKS
INVENTORY INCREASE
T 1:NO-LEAD REG.
T 2:NO-LEAD REG.
VOLUME   =   7506 GALS
```



Jobber of AMOCO Products

# C. Barron & Sons, Inc.

**PACIFIC PRIDE** — AN INDEPENDENT FRANCHISEE OF — THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort & Oak_

ADDRESS _____

SHIPPER _Epplo_

DATE _09-23-05_   GALLONS ORDERED _7400_

ORDER NO. _____
TICKET NO. _546919_

POINT OF ORIGIN _Romulus MI_   DESTINATION _Wyandotte, MI_

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | Reg NL | 7403 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _Hurt_   TOTAL GALLONS _7403_

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | NL TANK 1 | NL TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 37"½ | 40 |  |  |
| END | 74"½ | 78½ |  |  |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:                SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY  6

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA #1234, ICBN-35-67-3034
SHIPPED FROM:  29901 CLIPON DRIVE, ROMULUS, MICHIGAN 48174
ALL GASOLINES SEE NOTE 1 ON BACK.   NET VOLUMES DELIVERED HAVE BEEN ADJUSTED TO VOLUME AT 15 DEGREES C (60 DEGREES F).
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.

MARATHON PETROLEUM COMPANY LLC
MARATHON PETROLEUM COMPANY LLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX

DATE 07 23 05
NUMBER 304319-206
TIME IN 1131
TIME OUT 1151

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| EPPCO INC | RCF LLC ROMULUS MI | | 000210100 |
| | | | |
| 1226 S HOOVER CIRCLE | **DATE SHIPPED** | **SHIPPED VIA** | |
| DEARBORN MI | | BILL FREIGHT CUSTOMER | |
| 481250000 | 07/23/05 | GLEN C MASION & SONS | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| SIA | | |
| VARIOUS | | |
| MICHIGAN MI | 442094000000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 25850 | 21 | 0060 | | |
| GLEN C GASION SONS | | | | |

--- PRODUCT TOTALS ---
CODE  GROSS  NET  CON:  GROSS  NET
151   7903   7795

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEED EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 3702 | 3618 | 57.47 61.6 | Meter 17  Preset 3701  Code 151 |
| 10% BRAND 87 OCTANE, (RVP)/2, (SEE NOTE 1 ON BACK) | | | | |
| GASOLINE, 3, UN1203, PGII | 3701 | 3677 | 57.01 61.6 | Meter 18  Preset 3701  Code 151 |
| 10% BRAND 87 OCTANE, (RVP)/2, (SEE NOTE 1 ON BACK) | | | | |

*Fort & Oak*

UNVGAS , LRWVGAS PK RIN / CLEAR (5762 GAL / 852 FO / RECREL /
E-3