# EXHIBIT 26(b)(1)



*Jobber of*
*AMOCO*
*Products*

# C. Barron & Sons, Inc.



AN INDEPENDENT FRANCHISEE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort & ~~Gas~~ Van Horn_

ADDRESS _____

SHIPPER _____  ORDER NO. _____

DATE _06-24-05_ GALLONS ORDERED _7000_  TICKET NO. _344798_

SHIPPED

POINT OF ORIGIN _Detroit, MI_  DESTINATION _Trenton Wyandotte, MI_

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL | 6004 | | |
| | Prem NL | 1001 | | |
| | | | | |
| | | | | |

DRIVER _Curt_  TOTAL GALLONS _7005_

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _S Keele_

| GAUGE READINGS | NL TANK 1 | NL TANK 2 | Prem TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 19 | | 28 | |
| END | 64½ | | 38 | |

DEMURRAGE _____

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 5

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| | DATE SHIPPED | SHIPPED VIA | |
|---|---|---|---|

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|

| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



Products

# C. Barron & Sons, Inc.



AN INDEPENDENT FRANCHISE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _____

ADDRESS _____

SHIPPER _____

| | ORDER NO. |
|---|---|

DATE SHIPPED _____ GALLONS ORDERED _____ TICKET NO. _____

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

**EXHIBIT**
3

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:     SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| Fort Aviation | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Joe B Hamilton_

ADDRESS _____

| | ORDER NO. |
|---|---|
| SHIPPER _____ | |
| DATE SHIPPED _2305_ GALLONS ORDERED _____ | TICKET NO. _5498_ |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | _reg unl 802_ | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | _16_ | | | |
| END | _100_ | | | |

DEMURRAGE
REASON FOR DELAY ___Lynette A Kiwi___

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |
|---|---|

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

**COPY** 5

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
|---|---|

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|



# C. Barron & Sons, Inc.



*Jobber of* AMOCO *Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort & Van Horn (Cpps)_

ADDRESS _Trenton MI_

SHIPPER _____  ORDER NO. _____

DATE SHIPPED _7-30-05_  GALLONS ORDERED _____  TICKET NO. _846668-24_

POINT OF ORIGIN _____  DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|  | Regular | 6002 |  |  |
|  | LS #2 Dsl | 1401 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _Lee_  TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | 15 1/2 | 34 1/4 |  |  |
| END | 61 1/2 | 5 1 |  |  |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENT WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

 *Jobber of*

**C. Barron & Sons, Inc.**



*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Barron @ Warehouse_

ADDRESS _____

| | ORDER NO. |
|---|---|
| SHIPPER _____ | |
| DATE SHIPPED _2/10_ | TICKET NO. _375820_ |
| GALLONS ORDERED _____ | |

POINT OF
ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | _Recoil_ _6002_ | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | _50_ | | | |
| END | _75_ | | | |

DEMURRAGE _____

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

Form 50605-B 1/02

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 5

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|



*Jobber of*

*Products*

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE __Fort VanHorn Amoco__

ADDRESS _____

SHIPPER _____     ORDER NO. _____

DATE SHIPPED __2/16/0__   GALLONS ORDERED _____     TICKET NO. __341788__

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | Reg NL | 3801 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER __Stac__   TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 54 1/2" |  |  |  |
| END | 84" |  |  |  |

DEMURRAGE

REASON FOR DELAY __Kurd__

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

### SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | | |

DATE
NUMBER
TIME IN
TIME OUT

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| For Van Horn | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _____ Furr & Van Horn _____

ADDRESS _____

SHIPPER _____ Eppco _____

ORDER NO. _____

DATE SHIPPED 07-11-05   GALLONS ORDERED 5000

TICKET NO. 349884

POINT OF ORIGIN Detroit MI   DESTINATION Newtony MI

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Reg NL              | 5003          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _____ Curt _____   TOTAL GALLONS 5003

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____ X sele _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 17     |        |        |        |
| END            | 55½    |        |        |        |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| DRIVER SIGNATURE: | |
|---|---|
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 5

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barron & Sons, Inc.



AN INDEPENDENT FRANCHISEE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM

*Jobber of*

*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort/VanHorn Amoco_

ADDRESS _____

SHIPPER _____

ORDER NO. _____

DATE SHIPPED _07 07 0_  GALLONS ORDERED _____

TICKET NO. _347021_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | Reg NL | 5001 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _Steve_ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Randi_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 33" |  |  |  |
| END | 69" |  |  |  |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:                 SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| | |

| DESTINATION | | |
|---|---|---|
| Fort Van Horn | | |

| | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| | | | | |

DATE
NUMBER
TIME IN
TIME OUT

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Foct Non Hoon Amoco_

ADDRESS _____

| | |
|---|---|
| SHIPPER _____ | ORDER NO. |
| DATE SHIPPED _17.000_ GALLONS ORDERED _____ | TICKET NO. _347495_ |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL | 5602 | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _Stan_ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Lynn off Klein_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 24 | | | |
| END | 65 | | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

Form 50605-B 1/02

| DRIVER SIGNATURE: | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | | |

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|
| | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| Van Horn | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barron & Sons, Inc.



Jobber of AMOCO Products

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fart & Landknew_

ADDRESS _____

ORDER NO. _____

SHIPPER _____

DATE SHIPPED _505_  GALLONS ORDERED _____

TICKET NO. _34863_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | REG UL              | 4001          |       |             |
|          | PREM UL             | 1005          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 56     | 28     |        |        |
| END            | 63     | 34     |        |        |

DEMURRAGE _____

REASON FOR DELAY _____

**Non-Negotiable Bill of Lading**

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 5

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



*Jobber of*

*Products*

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort & VanHorn_

ADDRESS _____

SHIPPER _Eppco_

ORDER NO. _____

DATE SHIPPED _8-29-03_   GALLONS ORDERED _6000_

TICKET NO. _346853_

POINT OF ORIGIN _Detroit MI_   DESTINATION _Trenton MI_

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Reg NL              | 6001          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _Don_   TOTAL GALLONS _6001_

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | NL TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|-----------|--------|--------|--------|
| START          | 16        |        |        |        |
| END            | 03        |        |        |        |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 5

DATE
NUMBER
TIME IN
TIME OUT

SOLD TO (CONSIGNEE)

SHIPPED FROM

LOC CODE

DATE SHIPPED

SHIPPED VIA

DESTINATION

CUSTOMER NUMBER

ITEM NUMBER

DRIVER

TRAILER

COMPANY

CUSTOMER P.O. AND RELEASE NUMBER

TRANSMITTED CUSTOMER AND RELEASE NUMBER

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barron & Sons, Inc.



Jobber of

Products

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE _____ Fort/VanHorn Amoco

ADDRESS _____

SHIPPER _____

ORDER NO. _____

DATE SHIPPED ___ 08 24 05 ___ GALLONS ORDERED _____

TICKET NO. 345394

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Reg NL              | 4001          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _____ Steve _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 36½    |        |        |        |
| END            | 67½    |        |        |        |

DEMURRAGE

REASON FOR DELAY _____

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:     SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

DATE
NUMBER
TIME IN
TIME OUT

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

DESTINATION

Fort Van Horn

| | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|



*Jobber of*

*Products*

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort & Van Horn_

ADDRESS _Trenton MI_

SHIPPER _____

DATE SHIPPED _9-14-0_  GALLONS ORDERED _____

ORDER NO. _____

TICKET NO. _34191-226_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|  | Regnk | 5004 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _____ TOTAL GALLONS _____

**THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER**

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | 34/5 |  |  |  |
| END | 34/2 |  |  |  |

DEMURRAGE _____

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY **6**

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
| DATE |
| NUMBER |
| TIME IN |
| TIME OUT |

| DATE SHIPPED | SHIPPED VIA |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |

*Fort & Van Horn*



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort / Van Horn Amoco_

ADDRESS _____

SHIPPER _____    ORDER NO. _____

DATE SHIPPED _AX 8-05_  GALLONS ORDERED _____    TICKET NO. _343496_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL | 3402 | | |
| | LS #2 Diesel | 2001 | | |
| | | | | |
| | | | | |

DRIVER _Stan_    TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Rand_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 48½ | 4½ | | |
| END | 76½ | 66 | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| | | | |
| | DATE SHIPPED | SHIPPED VIA | |
| | | | |

DESTINATION — Foot Van Horn

| CUSTOMER NUMBER | ITEM NUMBER |
|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barron & Sons, Inc.

*Jobber of* AMOCO *Products*



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _____ Fort & Van Horn _____

ADDRESS _____

SHIPPER _____ Eppco _____     ORDER NO. _____

DATE SHIPPED _08-23-05_   GALLONS ORDERED _9,000_     TICKET NO. _344394_

POINT OF ORIGIN _Detroit, MI_    DESTINATION _Fenton, MI_

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL | 7003 | | |
| | Mid NL | 1001 | | |
| | Prem NL | 1001 | | |

DRIVER _Curt_      TOTAL GALLONS _9005_

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 27 | 44 | 42 | |
| END | 63 | 53 | 52 | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

Form 50605-B  1/02

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| DRIVER SIGNATURE: | |
|---|---|
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 5

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | DATE SHIPPED | SHIPPED VIA |
| | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barron & Sons, Inc.



*Jobber of*

**AMOCO**

*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort/VanHorn Amoco_

ADDRESS _____

SHIPPER _____     ORDER NO. _____

DATE SHIPPED _2v 100_  GALLONS ORDERED _____   TICKET NO. _340360_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Reg NL              | 4001          |       |             |
|          | Prem NL             | 2002          |       |             |
|          | LS #2 Diesel        | 1401          |       |             |
|          |                     |               |       |             |

DRIVER _Steve_     TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Kevin_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 33     | 39     | 39     |        |
| END            | 64     | 58     | 56     |        |

DEMURRAGE _____

REASON FOR DELAY _____

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:     SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| | | | |

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|
| | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| Fort Van Horn | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort & Van Horn        (Expee)_

ADDRESS _Trenton MI_

SHIPPER _____

| | | ORDER NO. |
|---|---|---|

DATE SHIPPED _____ GALLONS ORDERED _____    TICKET NO. _343P59-217_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Regul | 4002 | | |
| | Plus N/C | 2002 | | |
| | | | | |
| | | | | |

DRIVER _CO_    TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 41½ | 27½ | | |
| END | 71 | 47 | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY 6

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
| --- | --- | --- |

| DATE SHIPPED | SHIPPED VIA |
| --- | --- |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| --- | --- | --- |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| --- | --- | --- | --- | --- |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
| --- | --- | --- | --- | --- |

DATE
NUMBER
TIME IN
TIME OUT

*Fort + Van Horn*


# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort Vanllon Amoco_

ADDRESS _____

| | ORDER NO. |
|---|---|
| SHIPPER _____ | |
| DATE SHIPPED _____ GALLONS ORDERED _____ | TICKET NO. 547633 |

POINT OF
ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL | 4001 | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _Stan_ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 50" | | | |
| END | 84" | | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |
|---|---|

TRUCK SEAL NUMBERS:     SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

| | | DATE | |
|---|---|---|---|
| | | NUMBER | |
| | | TIME IN | |
| | | TIME OUT | |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| Fort Van Horn | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|



# C. Barron & Sons, Inc.



AN INDEPENDENT FRANCHISEE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM

*Jobber of* AMOCO *Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort & Vanhorn_

ADDRESS _____

SHIPPER _Eppco_

ORDER NO. _____

DATE SHIPPED _09-23-05_  GALLONS ORDERED _2000_

TICKET NO. _546930_

POINT OF ORIGIN _Romulus, MI_   DESTINATION _Trenton, MI_

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|--------------------|--------------| ------|-------------|
|          | Reg NL             | 2000         |       |             |
|          |                    |              |       |             |
|          |                    |              |       |             |

DRIVER _durr_   TOTAL GALLONS _2000_

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | NLT TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|------------|--------|--------|--------|
| START          | 48½        |        |        |        |
| END            | 01         |        |        |        |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

Form 50605-B  1/02

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY  5

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|





# C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE _Fort/Van Horn Amoco_

ADDRESS _____

| | | ORDER NO. |
|---|---|---|
| SHIPPER | | TICKET NO. 341203 |
| DATE SHIPPED 81005 | GALLONS ORDERED | |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL | 4002 | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _Steve_ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Kevin_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 39" | | | |
| END | 66¾ | | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

### SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:　　　　SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY　6

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

Fort
Van Horn

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

DATE
NUMBER
TIME IN
TIME OUT

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|



# C. Barron & Sons, Inc.

*Jobber of* AMOCO *Products*



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE ___ Fort & Van Horn Amoco

ADDRESS _____

SHIPPER _____

ORDER NO. _____

DATE SHIPPED 9.13.05   GALLONS ORDERED _____   TICKET NO. 342046

POINT OF ORIGIN _____   DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Reg NL              | 6003          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _____ Steve _____   TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____ Richard _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 250    |        |        |        |
| END            | 71     |        |        |        |

DEMURRAGE _____

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

Form 50605-B 1/02

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| DRIVER SIGNATURE: | | |
|---|---|---|
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: | |

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY **6**

| | SHIPPED FROM | LOC CODE |
|---|---|---|
| SOLD TO (CONSIGNEE) | | |

DATE
NUMBER
TIME IN
TIME OUT

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| For Van Horn | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort/Van Horn Amoco_

ADDRESS _____

SHIPPER _____

ORDER NO. _____

DATE SHIPPED _07-17-05_ GALLORDERED _____

TICKET NO. _343735_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Midgrade | 1102 | | |
| | Reg NL | 4002 | | |
| | | | | |
| | | | | |

DRIVER _Steve_ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Frank_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 43" | 20" | | |
| END | 75" | 31" | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

Form 50605-B 1/02

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:       SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY  6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

DESTINATION: Fort Van Horn

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|



*Jobber of*

*Products*

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort/Van Horn Amoco_

ADDRESS _____

SHIPPER _____   ORDER NO. _____

DATE SHIPPED _09.03.05_ GALLONS ORDERED _____   TICKET NO. _364921_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | Reg NL | 600 |  |  |
|  | LS #2 Diesel | 1401 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _Steve_   TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Kamal_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 43" | 34" |  |  |
| END | 105½" | 51½" |  |  |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATE___L SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOME_ NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

Form 50605-B 1/02

**DRIVER SIGNATURE:**

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| Fort/ Von Horn | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

DATE
NUMBER
TIME IN
TIME OUT

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|


# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE __Fort/Van Horn Amoco__

ADDRESS _____

| | |
|---|---|
| SHIPPER _____ | ORDER NO. _____ |
| DATE SHIPPED ____ GALLONS ORDERED ____ | TICKET NO. 348376 |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL | 7408 | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER __Steve__ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY __Kirk__

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 14½ | | | |
| END | 73 | | | |

DEMURRAGE _____

REASON FOR DELAY _____

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: | For Product Emergency<br>Spill, Leak, Fire, Exposure or Accident, CALL<br>**1-877-MAPLINE**<br>**1-877-627-5463** |

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| Fort Van Horn | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Jobber of*



*Products*

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE ___ *Fort & Vanhorn* ___

ADDRESS ___

SHIPPER ___ *Eppco* ___          ORDER NO. ___

DATE SHIPPED *4-17-05*    GALLONS ORDERED *8,000*    TICKET NO. *343600*

POINT OF ORIGIN *Detroit, MI*    DESTINATION *Trenton, MI*

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Reg NL              | 700           |       |             |
|          | Prem NL             | 1000          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER *Curt*    TOTAL GALLONS *8000*

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ___

| GAUGE READINGS | NL TANK 1 | pr TANK 2 | TANK 3 | TANK 4 |
|----------------|-----------|-----------|--------|--------|
| START          | 10        | 31        |        |        |
| END            | 64½       | 41        |        |        |

DEMURRAGE

REASON FOR DELAY ___ *Ansow*

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

Form 50605-B 1/02

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 5

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort/Van Horn Amoco_

ADDRESS _____

ORDER NO. _____

SHIPPER _____

DATE SHIPPED _10/01/05_   GALLONS ORDERED _____

TICKET NO. _347829_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|--------------------|--------------|-------|-------------|
|          | Reg NL             | 7404         |       |             |
|          |                    |              |       |             |
|          |                    |              |       |             |
|          |                    |              |       |             |

DRIVER _Steve_   TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 158    |        |        |        |
| END            | 74     |        |        |        |

DEMURRAGE _____

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

Form 50605-B  1/02

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:                SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY  6

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

DATE
NUMBER
TIME IN
TIME OUT

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| Fort Van Horn | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barron & Sons, Inc.



Jobber of
AMOCO
Products

an INDEPENDENT FRANCHISEE of
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM ®

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Jim's Warehouse_

ADDRESS _____

SHIPPER _____

ORDER NO. _____

DATE SHIPPED _5-0-_ GALLONS ORDERED _____

TICKET NO. _34699_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | LPE Gold            | 7405          | 6010  | % OTH       |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 28     |        |        |        |
| END            | 11     |        |        |        |

DEMURRAGE _____

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

Form 50605-B  1/02

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 5

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



*Jobber of*

*Products*

# C. Barron & Sons, Inc.



AN INDEPENDENT FRANCHISE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Foct/ Van Horn Marathon_

ADDRESS _____

| | ORDER NO. |
| SHIPPER _____ | |
| | TICKET NO. |
| DATE SHIPPED _11/03/05_ GALLONS ORDERED _____ | _61X3604_ |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|--------------------|--------------|-------|-------------|
| | Reg NL | 7400 | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _Steve_ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | 22¼" | | | |
| END | 82¼" | | | |

DEMURRAGE

REASON FOR DELAY _____

ORDER NO.

| ITEM FN | DANGEROUS GOODS DESCRIPTION | SEE REVERSE FOR EMERGENCY RESPONSE GUIDE AND OTHER INFORMATION |
|---|---|---|

SHIPPED DATE: PAGE:

FOR PRODUCT EMERGENCY - Spill, Leak, Fire, Exposure, or Accident
Day or Night - Call:   CHEMTREC 1-800-424-9300

SHIPMENT ORIGIN       :

CUSTOMER:      ACCOUNT:

VEHICLE/UNIT NUMBER :

FREIGHT                     :

CONSIGNEE / DELIVER TO:

LOAD START DATE       :                          TIME:

LOAD END DATE          :                          TIME:

TERMS:

| PRODUCT | QUANTITY/UNIT |
|---|---|

For+
Von Horn

| SHIPPER: | | This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Total Collected: $          By: |
|---|---|---|---|
| DRIVER : | | | Carrier certifies that the container supplied for this shipment is a proper container for transportation of the Products as above described and driver acknowledges Emergency Response Guide Information received on reverse side of this document. |
| CARRIER: | | | DRIVER/AGENT SIGNATURE: |

6084-13    (REV. 10/28/04)



# C. Barron & Sons, Inc.



*Jobber of AMOCO Products*

AN INDEPENDENT FRANCHISEE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM®

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Fort Van Horn Amoco_
_(Marathon)_

ADDRESS _____

SHIPPER _____     ORDER NO. _____

DATE SHIPPED _11-02-05_  GALLONS ORDERED _____     TICKET NO. _0182581_
_0182582_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Reg NL              | 7400          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _Stave_ _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 14"    |        |        |        |
| END            | 71"    |        |        |        |

DEMURRAGE _____

REASON FOR DELAY _____

| M FN | DANGEROUS GOODS DESCRIPTION | SEE REVERSE FOR EMERGENCY RESPONSE GUIDE AND OTHER INFORMATION |
|---|---|---|
| | | **FOR PRODUCT EMERGENCY** - Spill, Leak, Fire, Exposure, or Accident<br>Day or Night - Call:   CHEMTREC 1-800-424-9300 |

SHIPMENT ORIGIN  :

CUSTOMER:    ACCOUNT:

VEHICLE/UNIT NUMBER :

FREIGHT        :

CONSIGNEE / DELIVER TO:

LOAD START DATE  :             TIME:

LOAD END DATE    :             TIME:

TERMS:

| PRODUCT | QUANTITY/UNIT |
|---|---|

*Fort*
*Van Horn*

---

| SHIPPER: | This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Total Collected: $       By: |
|---|---|---|
| DRIVER : <br> CARRIER: | | Carrier certifies that the container supplied for this shipment is a proper container for transportation of the Products as above described and driver acknowledges Emergency Response Guide Information received on reverse side of this document. |
| | | DRIVER/AGENT<br>SIGNATURE: |


# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Amoco Station_

ADDRESS _Port of Van Horne_

SHIPPER _____

ORDER NO. _____

DATE SHIPPED _11/05_   GALLONS ORDERED _____

TICKET NO. _8265_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg Gas | 7000 | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 95 | | | |
| END | 80 | | | |

DEMURRAGE _____

REASON FOR DELAY _____

| HM/FN | DANGEROUS GOODS DESCRIPTION | | SEE REVERSE FOR EMERGENCY RESPONSE GUIDE AND OTHER INFORMATION |
|---|---|---|---|

**FOR PRODUCT EMERGENCY** - Spill, Leak, Fire, Exposure, or Accident
Day or Night - Call:   CHEMTREC 1-800-424-9300

SHIPMENT ORIGIN  :

CUSTOMER:      ACCOUNT:

VEHICLE/UNIT NUMBER :

FREIGHT       :

CONSIGNEE / DELIVER TO:

LOAD START DATE   :             TIME:

LOAD END DATE     :             TIME:

TERMS:

| N | PRODUCT | QUANTITY/UNIT |
|---|---|---|

*Amoco Starsho*
*Royal Lsus Haven*

---

SHIPPER:                                This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

DRIVER :
CARRIER:

**Total Collected: $**       **By:**

Carrier certifies that the container supplied for this shipment is a proper container for transportation of the Products as above described and driver acknowledges Emergency Response Guide Information received on reverse side of this document.

DRIVER/AGENT
SIGNATURE:



*Jobber of*

*Products*

# C. Barron & Sons, Inc.



AN INDEPENDENT FRANCHISE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _____

ADDRESS _____

| | ORDER NO. |
|---|---|
| SHIPPER _____ | TICKET NO. |
| DATE SHIPPED _____ GALLONS ORDERED _____ | 349855 |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | | 903 | (o) 10° | |
| | | 1002 | (o) 10° | |
| | LS #2 | 1000 | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 30 | 23 | 99 | |
| END | 72 | 53 | 44 | |

DEMURRAGE

REASON FOR DELAY _____

**Non-Negotiable Bill of Lading**

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:    SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY  5

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

DESTINATION

| | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barron & Sons, Inc.



**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM

Jobber of
Products

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Joe 18 VanHouten_

ADDRESS _____

| | ORDER NO. |
|---|---|
| SHIPPER _____ | |
| DATE SHIPPED _11/05_  GALLONS ORDERED ____ | TICKET NO. _54848_ |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Diesel | 800 | 60-10 | 878 |
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | 71 | | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

Form 50605-B  1/02

| DRIVER SIGNATURE: | | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |
|---|---|---|
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: | |

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 5

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |