# EXHIBIT 26(c)(1)



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

*Jobber of*
*Products*

CONSIGNEE

ADDRESS

SHIPPER

DATE SHIPPED                    GALLONS ORDERED

ORDER NO

TICKET NO

POINT OF ORIGIN                              DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER                              TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605 B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:                SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

  

# C. Barron & Sons, Inc.

Jobber of AMOCO Products

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE .......................................................................................

ADDRESS ..........................................................................................

..................................................................................| ORDER NO ................

SHIPPER .......................................................................| TICKET NO ................

DATE SHIPPED ................ GALLONS ORDERED ................

POINT OF ORIGIN ........................................ DESTINATION ........................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER ........................................ TOTAL GALLONS ........................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ........................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START |  |  |  |  |
| END |  |  |  |  |

DEMURRAGE

REASON FOR DELAY ...............................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|



# C. Barron & Sons, Inc.



*Jobber of*
AMOCO
*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE _____

ADDRESS _____

| | | | | ORDER NO |
| --- | --- | --- | --- | --- |
| SHIPPER _____ | | | | |
| DATE SHIPPED _____ | GALLONS ORDERED _____ | | | TICKET NO |

POINT OF
ORIGIN _____ DESTINATION _____

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
| --- | --- | --- | --- | --- |
| START | | | | |
| END | | | | |

DEMURRAGE _____
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL..

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:     SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE | |
|---|---|
| NUMBER | |
| TIME IN | |
| TIME OUT | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

DIX
M.J.(x.)

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|



*Jobber of*

**AMOCO**

*Products*

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE _____

ADDRESS _____

| | ORDER NO |
|---|---|
| SHIPPER _____ | |
| DATE SHIPPED _____ GALLONS ORDERED _____ | TICKET NO. |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605 B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:   SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

SOLD TO (CONSIGNEE)

SHIPPED FROM   LOC CODE

DATE SHIPPED   SHIPPED VIA

DESTINATION

DATE / NUMBER / TIME IN / TIME OUT

CUSTOMER NUMBER | ITEM NUMBER

DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP. /API GR. | COMMENTS |
|---|---|---|---|---|



Jobber of

Products

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE _____

ADDRESS _____

SHIPPER _____                ORDER NO _____

DATE                  GALLONS                                      TICKET NO _____
SHIPPED _____      ORDERED _____

POINT OF
ORIGIN _____ DESTINATION _____

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE _____

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1.02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
|---|---|

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| | DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|---|

| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



*Jobber of*

AMOCO

*Products*

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ................................

ADDRESS ................................

SHIPPER ................................                    ORDER NO

DATE SHIPPED .............. GALLONS ORDERED .............    TICKET NO

POINT OF ORIGIN ................ DESTINATION ................

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|----------|---------------------|---------------|------|-------------|
|          |                     |               |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |

DRIVER ................................ TOTAL GALLONS ................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY ................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE: |
|---|---|---|

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

  

**Jobber of** ... **AMOCO** ... **Products**

# C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ................................................................

ADDRESS ................................................................

|  | ORDER NO |
|---|---|
| SHIPPER ........................... | |
| DATE SHIPPED ........... GALLONS ORDERED | TICKET NO |

POINT OF ORIGIN ........................... DESTINATION ...........................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER ........................... TOTAL GALLONS ...........................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ...........................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START |  |  |  |  |
| END |  |  |  |  |

DEMURRAGE

REASON FOR DELAY ...........................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER
DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED
GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS
WILL CONTROL.

Form 50605 B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
|---|---|

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barton & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ....................................................

ADDRESS ....................................................

SHIPPER ....................................................

ORDER NO ..........................

DATE ............ GALLONS ............
SHIPPED ............ ORDERED ............

TICKET NO. ..........................

POINT OF
ORIGIN ............ DESTINATION ............

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER ............ TOTAL GALLONS ............

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ....................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY ....................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE - THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

TRUCK SEAL NUMBERS        SHIPMENT RECEIVED BY

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY

SOLD TO (CONSIGNEE)        SHIPPED FROM        LOC CODE

DATE
NUMBER
TIME IN
TIME OUT

DATE SHIPPED        SHIPPED VIA

DESTINATION        CUSTOMER NUMBER        ITEM NUMBER

DRIVER    TRAILER    COMPANY        CUSTOMER P.O. AND RELEASE NUMBER        TRANSMITTED CUSTOMER AND RELEASE NUMBER

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

  

**C. Barron & Sons, Inc.**

Jobber of

Products

87 Jerome St, Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE _____

ADDRESS _____

|  |  |
|---|---|
| SHIPPER _____ | ORDER NO. _____ |
| DATE SHIPPED _____ GALLONS ORDERED _____ | TICKET NO. _____ |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START |  |  |  |  |
| END |  |  |  |  |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE | DATE<br>NUMBER<br>TIME IN<br>TIME OUT |
|---|---|---|---|

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

 

**C. Barron & Sons, Inc.**

*Jobber of AMOCO Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ................................................................

ADDRESS ................................................................

ORDER NO ................................

SHIPPER ................................................................

TICKET NO ................................

DATE SHIPPED ................ GALLONS ORDERED ................

POINT OF ORIGIN ................ DESTINATION ................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START |  |  |  |  |
| END |  |  |  |  |

DEMURRAGE

REASON FOR DELAY ................................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER
DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED
GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS
WILL CONTROL.

Form 50606 B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:                    SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| | DATE SHIPPED | SHIPPED VIA | |
| | DESTINATION | | |
| | DRIVER | TRAILER | COMPANY |

| | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

  

*Jobber of*

**C. Barron & Sons, Inc.**

*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

|  | ORDER NO |
|---|---|
| SHIPPER | TICKET NO |
| DATE SHIPPED / GALLONS ORDERED | |

POINT OF ORIGIN _____ DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE    THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

Form 3860V01-162

DRIVER SIGNATURE

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

TRUCK SEAL NUMBER(S)

SHIPMENT RECEIVED BY

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877 MAPLINE
1-877-627-5463

COPY

| | | |
|---|---|---|
| SOLD TO (CONSIGNED | SHIPPED FROM | LOC CODE |

DATE
NUMBER
TIME IN
TIME OUT

| DATE SHIPPED | SHIPPED VIA |
|---|---|

DESTINATION

CUSTOMER NUMBER | ITEM NUMBER

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP. /API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

ORDER NO

SHIPPER

TICKET NO

DATE
SHIPPED                    GALLONS
                           ORDERED

POINT OF
ORIGIN                              DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER                              TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605 B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:     SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

 **C. Barron & Sons, Inc.** 



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ................................................

ADDRESS ................................................

SHIPPER ................................................     ORDER NO ........................

DATE SHIPPED _____ GALLONS ORDERED _____     TICKET NO _____

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY ................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | |
|---|---|
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

DATE
NUMBER
TIME IN
TIME OUT

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

*Dix&Moran*



*Jobber of*

# C. Barron & Sons, Inc.



*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE _____

ADDRESS _____

SHIPPER _____ | ORDER NO _____

DATE SHIPPED _____ GALLONS ORDERED _____ | TICKET NO _____

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE _____

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> -- THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:      SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

DATE
NUMBER
TIME IN
TIME OUT

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

 Jobber of

Products

# C. Barron & Sons, Inc.

 PACIFIC PRIDE

87 Jerome St. Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ........................................................

ADDRESS ........................................................

ORDER NO ........................

SHIPPER ........................................................

TICKET NO ........................

DATE SHIPPED ............ GALLONS ORDERED ............

POINT OF ORIGIN ............ DESTINATION ............

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|--------------------|--------------|------|-------------|
|         |                    |              |      |             |
|         |                    |              |      |             |
|         |                    |              |      |             |

DRIVER ................................ TOTAL GALLONS ............

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ........................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY ........................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
| --- | --- |

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | | |
| --- | --- | --- |

| SHIPPED FROM | LOC CODE |
| --- | --- |

| DATE SHIPPED | SHIPPED VIA |
| --- | --- |

| DESTINATION | | |
| --- | --- | --- |

| CUSTOMER NUMBER | ITEM NUMBER |
| --- | --- |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| --- | --- | --- | --- | --- |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP. /API GR. | COMMENTS |
| --- | --- | --- | --- | --- |
| | | | | |




CONSIGNEE ......................................................................

ADDRESS ..........................................................................

| | ORDER NO |
|---|---|
| SHIPPER ........................................... | TICKET NO |
| DATE SHIPPED ......... GALLONS ORDERED | |

POINT OF ORIGIN ........................................... DESTINATION ...........................

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER ........................................... TOTAL GALLONS ...........................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ...........................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY ...........................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50606-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:                    SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| | DATE SHIPPED | SHIPPED VIA | |
| | DESTINATION | | |

| | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

 **C. Barron & Sons, Inc.** 

*Jobber of* AMOCO Products

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ....................................................

ADDRESS ....................................................

|  |  | ORDER NO |
|--|--|----------|
| SHIPPER .................................. | | TICKET NO |

DATE SHIPPED .................. GALLONS ORDERED ..................

POINT OF ORIGIN .................................. DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER .................................. TOTAL GALLONS ..................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ..................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START |  |  |  |  |
| END |  |  |  |  |

DEMURRAGE

REASON FOR DELAY ..................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
|---|---|

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOG CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002

AMOCO • SHELL • CONOCO • Oils and Lubricants

Jobber of AMOCO Products

CONSIGNEE ........................................................

ADDRESS ........................................................

| | ORDER NO. |
|---|---|

SHIPPER ........................................................

DATE SHIPPED _____ GALLONS ORDERED _____

| | TICKET NO. |
|---|---|

POINT OF ORIGIN _____ DESTINATION

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE -- THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL..

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

Form 50605-B  1/02

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY

DATE
NUMBER
TIME IN
TIME OUT

SOLD TO (CONSIGNEE)

SHIPPED FROM              LOC CODE

| DATE SHIPPED | SHIPPED VIA |
| --- | --- |

DESTINATION

CUSTOMER NUMBER          ITEM NUMBER

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| --- | --- | --- | --- | --- |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
| --- | --- | --- | --- | --- |



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

*Jobber of*
AMOCO
*Products*

CONSIGNEE ......................................................................

ADDRESS ......................................................................

SHIPPER .................. *Gulf* ...................... | ORDER NO. ..............

DATED .................. GALLONS .................. | TICKET NO. ..............
SHIPPED .................. ORDERED ..................

POINT OF
ORIGIN .................. DESTINATION ..................

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|----------|---------------------|---------------|------|-------------|
|          |                     |               |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |

DRIVER .................. TOTAL GALLONS ..................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ..................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 48     |        |        |        |
| END            | 08     |        |        |        |

DEMURRAGE ......................................................................

REASON FOR DELAY ......................................................................

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE: THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENT WILL CONTROL.

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

Form 5685 8-1-97

DRIVER SIGNATURE

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

TRUCK SEAL NUMBERS

SHIPMENT RECEIVED BY

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE | DATE |
| | | | | NUMBER |
| | | | | TIME IN |
| | | | | TIME OUT |

| DATE SHIPPED | SHIPPED VIA |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP. /API GR. | COMMENTS |
| --- | --- | --- | --- | --- |
| | | | | |

Member of

 **AMOCO**

Products

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 · 1 (800) 822-7002
AMOCO · SHELL · CONOCO · Oils and Lubricants

CONSIGNEE .................................................................................................

ADDRESS .................................................................................................

                                                                    ORDER NO. .....................

SHIPPER .................................................................................................

DATE                      GALLONS                    TICKET NO .....................
SHIPPED .............. ORDERED ........

POINT OF
ORIGIN .......................................... DESTINATION ..........................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER ........................................ TOTAL GALLONS ..................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY .................................................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE ...................................................................

REASON FOR DELAY .................................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

Form 50605-B 1/02

| DRIVER SIGNATURE: | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |
|---|---|

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
|---|---|

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

  

Jobber of

**C. Barron & Sons, Inc.**

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ...........................................

ADDRESS ...........................................

SHIPPER ...........................................                    ORDER NO ...........

DATE            GALLONS                                              TICKET NO ...........
SHIPPED .......  ORDERED

POINT OF
ORIGIN .................... DESTINATION ....................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER ........................... TOTAL GALLONS ...........

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ...........................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE
REASON FOR DELAY ...........................................

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

**CUSTOMER NOTICE** – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

TRUCK SEAL NUMBERS:        SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

  

*Jobber of*

# C. Barron & Sons, Inc.

*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ......................................................................

ADDRESS ......................................................................

SHIPPER ......................................................................

| | | ORDER NO. |
|---|---|---|

DATE SHIPPED ..................... GALLONS ORDERED ..................... TICKET NO. .....................

POINT OF ORIGIN ..................... DESTINATION .....................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER ..................... TOTAL GALLONS .....................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ......................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY .....................

## Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

### SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |

| DATE SHIPPED | SHIPPED VIA |

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |

Dix / Morgan

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

 **C. Barron & Sons, Inc.** 

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

ORDER NO

SHIPPER

TICKET NO

DATE SHIPPED            GALLONS ORDERED

POINT OF ORIGIN            DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER            TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY

DANGEROUS GOODS DESCRIPTION

FOR PRODUCT EMERGENCY - Spill, Leak, Fire, Exposure, or Accident
Day or Night - Call     CHEMTREC 1-800-424-9300

SHIPMENT ORIGIN

CUSTOMER         ACCOUNT

VEHICLE UNIT NUMBER

FREIGHT

CONSIGNEE / DELIVER TO:

LOAD START DATE                          TIME

LOAD END DATE                            TIME

TERMS
N                    PRODUCT                              QUANTITY/UNIT

---

SHIPPER:

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

DRIVER
CARRIER:

Total Collected: $            By:

Carrier certifies that the container supplied for this shipment is a proper container for transportation of the ,Products as above described and driver acknowledge Emergency Response Guide Information received on reverse side of this document

DRIVER/AGENT
SIGNATURE:



# C. Barron & Sons, Inc.



*Jobber of* AMOCO *Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ...........................................................................................

ADDRESS ...............................................................................................

ORDER NO ..............

SHIPPER .................................................................................

TICKET NO ..............

DATE SHIPPED ............... GALLONS ORDERED ...............

POINT OF ORIGIN ........................................... DESTINATION ...............

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER ................................................ TOTAL GALLONS ...............

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ...............

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY ...............

ORDER NO                                                    SHIPPED DATE                    PAGE

HM FN |          DANGEROUS GOODS DESCRIPTION

FOR PRODUCT EMERGENCY - Spill, Leak, Fire, Exposure, or Accident
Day or Night   Call    CHEMTREC 1-800-424-9300

SHIPMENT CODE

CUSTOMER        ACCOUNT

VEHICLE UNIT NUMBER

HEIGHT

CONSIGNEE / DELIVER TO

LOAD START DATE                          TIME

LOAD END DATE                           TIME

TERMS:

FN         PRODUCT                                     QUANTITY/UNIT

---

SHIPPER:                               | This is to certify that the above | Total Collected: $          By:
                                       | named materials are properly      |
                                       | classified, described, packaged,  | Carrier certifies that the container supplied for this shipment is a proper contain
DRIVER :                               | marked and labeled, and are in    | for transportation of the Products as above described and driver acknowledge
CARRIER :                              | proper condition for transportation| Emergency Response Guide Information received on reverse side of this documen
                                       | according to the applicable       |
                                       | regulations of the Department of  | DRIVER/AGENT
                                       | Transportation.                   | SIGNATURE:

C-6084-13    (REV. 10/28/04)

 Jobber of  C. Barron & Sons, Inc. 

Products

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

ORDER NO

SHIPPER

TICKET NO

DATE SHIPPED                GALLONS ORDERED

POINT OF ORIGIN                          DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER                        TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:       SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY  6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

Jobber of



# C. Barron & Sons, Inc.



Products

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ............................................................................................

ADDRESS ............................................................................................

| | ORDER NO |
| --- | --- |

SHIPPER ............................................................................................

DATE ......................... GALLONS | TICKET NO
SHIPPED ..................... ORDERED

POINT OF
ORIGIN ........................................ DESTINATION ........................................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER ........................................ TOTAL GALLONS ........................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ............................................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
| --- | --- | --- | --- | --- |
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY ............................................................................................

Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE    THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50606 R 102

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877 MAPLINE
1-877-627-5463

COPY

DATE
NUMBER
TIME IN
TIME OUT

SOLD TO (CONSIGNEE)          SHIPPED FROM          LOC CODE

DATE SHIPPED          SHIPPED VIA

DESTINATION          CUSTOMER NUMBER          ITEM NUMBER

DRIVER     TRAILER     COMPANY          CUSTOMER P.O. AND RELEASE NUMBER          TRANSMITTED CUSTOMER AND RELEASE NUMBER

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

*Jobber of*

 C. Barron & Sons, Inc 

*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ....................

ADDRESS ....................

ORDER NO ....................

SHIPPER ....................

TICKET NO ....................

DATE SHIPPED ....................  GALLONS ORDERED ....................

POINT OF ORIGIN ....................  DESTINATION ....................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|--------------------|---------------|------|-------------|
|         |                    |               |      |             |
|         |                    |               |      |             |
|         |                    |               |      |             |

DRIVER ....................  TOTAL GALLONS ....................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ....................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY ....................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-8 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |
|---|---|

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
|---|---|

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE | DATE |
|---|---|---|---|
| | | | NUMBER |
| | | | TIME IN |
| | | | TIME OUT |

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

 Jobber of

# C. Barron & Sons, Inc.

Products

 PACIFIC PRIDE

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE _____

ADDRESS _____

ORDER NO _____

SHIPPER _____

TICKET NO. _____

DATE SHIPPED _____  GALLONS ORDERED _____

POINT OF ORIGIN _____  DESTINATION _____

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER _____  TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE _____

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:   | SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

SOLD TO (CONSIGNEE)

SHIPPED FROM          LOC CODE

DATE SHIPPED | SHIPPED VIA

DESTINATION

CUSTOMER NUMBER | ITEM NUMBER

DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

*Dix & Moran*