**EXHIBIT 26(c)(2)**



*Jobber of*

**C. Barton & Sons, Inc.**

*Products*



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

SHIPPER

| | ORDER NO. |
|---|---|

DATE SHIPPED ___ GALLONS ORDERED ___ 

TICKET NO.

POINT OF ORIGIN ___ DESTINATION ___

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER ___ TOTAL GALLONS ___

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ___

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY ___

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

**CUSTOMER NOTICE** -- THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

DATE
NUMBER
TIME IN
TIME OUT

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

*Jobber of*



**AMOCO**

*Products*

# C. Barron & Sons, Inc.


PACIFIC PRIDE

87 Jerome St., Monroe, Michigan 48161

(734) 241-8633 • 1 (800) 822-7002

AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ..............................................

ADDRESS ..............................................

SHIPPER ..............................................

| | ORDER NO. |
|---|---|

DATE SHIPPED .......... GALLONS ORDERED ..........

| | TICKET NO. |
|---|---|

POINT OF ORIGIN .......... DESTINATION ..........

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

DRIVER ........................ TOTAL GALLONS ..........

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ..............................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY ..............................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE — THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENT WILL CONTROL.

Form 30805-R-1-02

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY

DATE
NUMBER
TIME IN
TIME OUT

SOLD TO (CONSIGNEE)

SHIPPED FROM | LOC CODE

DATE SHIPPED | SHIPPED VIA

DESTINATION

CUSTOMER NUMBER | ITEM NUMBER

DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



*Jobber of*

# C. Barron & Sons, Inc.

*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants



CONSIGNEE _____

ADDRESS _____

SHIPPER _____

ORDER NO _____

DATE SHIPPED _____ GALLONS ORDERED _____

TICKET NO _____

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE _____

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 56605 B  1:02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
| --- | --- | --- | --- |
| | DATE SHIPPED | SHIPPED VIA | |
| | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
| --- | --- | --- | --- | --- |
| | | | | |

Dix 4 Moran

 *Jobber of*

 C. Barron & Sons, Inc.



*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 · 1 (800) 822-7002
AMOCO · SHELL · CONOCO · Oils and Lubricants

CONSIGNEE _____

ADDRESS _____

SHIPPER _____          ORDER NO _____

DATE _____ GALLONS _____          TICKET NO _____
SHIPPED _____ ORDERED _____

POINT OF
ORIGIN _____ DESTINATION _____

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|--------------------|--------------|------|-------------|
|         |                    |              |      |             |
|         |                    |              |      |             |
|         |                    |              |      |             |
|         |                    |              |      |             |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE: THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 58695-3 1-02

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTICE

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE | DATE |
| | | | | NUMBER |
| | | | | TIME IN |
| | | | | TIME OUT |

| | DATE SHIPPED | SHIPPED VIA | |

| | DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |

| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
| --- | --- | --- | --- | --- |
| | | | | |

 **C. Barron & Sons, Inc.** 

Jobber of

Products

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

SHIPPER

ORDER NO

TICKET NO

DATE SHIPPED _____ GALLONS ORDERED

POINT OF ORIGIN _____ DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER _____ TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE   THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENT WILL CONTROL.

Form 56505-8 (07)

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTICE

DRIVER SIGNATURE

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

TRUCK SEAL NUMBERS | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE | | DATE |
| | | | | | NUMBER |
| | | | | | TIME IN |
| | | | | | TIME OUT |

| DATE SHIPPED | SHIPPED VIA |

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP. /API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ............................................

ADDRESS ............................................

| | | ORDER NO |
|---|---|---|
| SHIPPER ............................ | | |
| DATE SHIPPED ........ GALLONS ORDERED ........ | | TICKET NO |

POINT OF ORIGIN ............ DESTINATION ............

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER ............................ TOTAL GALLONS ............

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ............................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | | | | |
| END | | | | |

DEMURRAGE ............................

REASON FOR DELAY ............................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> -- THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |

| DATE SHIPPED | SHIPPED VIA |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |


*Jobber of*


**C. Barron & Sons, Inc.**



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 ∘ 1 (800) 822-7002
AMOCO ∘ SHELL ∘ CONOCO ∘ Oils and Lubricants

CONSIGNEE

ADDRESS

| | ORDER NO |
|---|---|
| SHIPPER | |
| DATE SHIPPED / GALLONS ORDERED | TICKET NO |

POINT OF ORIGIN _____ DESTINATION

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE - THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENT WILL CONTROL.

Form 20806 R 1/02       SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION (NOTICE)

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: | For Product Emergency<br>Spill, Leak, Fire, Exposure or Accident CALL<br>**1 877-MAPLINE**<br>**1 877-627-5463** |
|---|---|---|

COPY

|  | SHIPPED FROM | LOC CODE | DATE<br>NUMBER<br>TIME IN<br>TIME OUT |
|---|---|---|---|
| SOLD TO (CONSIGNEE) | DATE<br>SHIPPED | SHIPPED VIA | |
| | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND<br>RELEASE NUMBER | TRANSMITTED CUSTOMER<br>AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

*Jobber of*

# C. Barron & Sons, Inc.



*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE .......................................................

ADDRESS .......................................................

SHIPPER .......................................................                    ORDER NO .......................

DATE .................. GALLONS                                                   TICKET NO .......................
SHIPPED .......... ORDERED

POINT OF
ORIGIN .......................... DESTINATION ..........................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER ........................................ TOTAL GALLONS ....................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ........................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY ........................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE -- THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

Form 50605-B  1/02

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

SOLD TO (CONSIGNEE)

SHIPPED FROM

LOC CODE

DATE SHIPPED

SHIPPED VIA

DESTINATION

CUSTOMER NUMBER

ITEM NUMBER

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

Jobber of
Products:

CONSIGNEE

ADDRESS

SHIPPER

ORDER NO

DATE SHIPPED        GALLONS ORDERED

TICKET NO

POINT OF ORIGIN                    DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER                              TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> -- THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | |
|---|---|
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | DATE SHIPPED | SHIPPED VIA |
| | DESTINATION | |

| | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

 **C. Barron & Sons, Inc.** 

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE _____

ADDRESS _____

| | |
|---|---|
| SHIPPER _____ | ORDER NO |
| DATE _____ GALLONS | TICKET NO |
| SHIPPED _____ ORDERED | |

POINT OF
ORIGIN _____ DESTINATION _____

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY _____



Jobber of

**C. Barron & Sons, Inc.**



Products

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

SHIPPER

ORDER NO.

DATE SHIPPED                GALLONS ORDERED

TICKET NO.

POINT OF ORIGIN                          DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER                          TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

Form 50605-B 1/02

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| | DATE SHIPPED | SHIPPED VIA | |
| | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| | bxx/moron | | |
| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Went to bxx/moron 12/3/05







Jobber of

Products

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE .....................................................................

ADDRESS .........................................................................

SHIPPER ..........................................................................

DATE .............. GALLONS
SHIPPED .............. ORDERED

ORDER NO

TICKET NO

POINT OF
ORIGIN ........................... DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER ................................ TOTAL GALLONS ..............

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY ........................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> — THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:    SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| | DATE SHIPPED | SHIPPED VIA | |
|---|---|---|---|

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |


# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ................................................................

ADDRESS ................................................................

ORDER NO ................

SHIPPER ................................................................

TICKET NO ................

DATE SHIPPED ................ GALLONS ORDERED ................

POINT OF ORIGIN ................ DESTINATION ................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER ................ TOTAL GALLONS ................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY ................................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE   THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING INFORMATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605 B  1-02

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY

| | SOLD TO (CONSIGNED) | | SHIPPED FROM | | | LOC CODE | DATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | NUMBER |
| | | | | | | | TIME IN |
| | | | | | | | TIME OUT |

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

SOLD TO (CONSIGNEE)

SHIPPED FROM          LOC CODE

DATE SHIPPED          SHIPPED VIA

DESTINATION

CUSTOMER NUMBER     ITEM NUMBER

DRIVER | TRAILER | COMPANY

CUSTOMER P.O. AND RELEASE NUMBER

TRANSMITTED CUSTOMER AND RELEASE NUMBER

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

  

**C. Barron & Sons, Inc.**

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

|  | ORDER NO. |
|---|---|
| SHIPPER | TICKET NO. |

DATE SHIPPED _____    GALLONS ORDERED _____

POINT OF ORIGIN _____    DESTINATION _____

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _____    TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START |  |  |  |  |
| END |  |  |  |  |

DEMURRAGE

REASON FOR DELAY _____




CONSIGNEE

ADDRESS

SHIPPER

ORDER NO.

DATE SHIPPED    GALLONS ORDERED

TICKET NO.

POINT OF ORIGIN     DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER     TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
| --- | --- |

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
| --- | --- | --- |

| DATE SHIPPED | SHIPPED VIA |
| --- | --- |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| --- | --- | --- |

Dix Morg

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| --- | --- | --- | --- | --- |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
| --- | --- | --- | --- | --- |
| | | | | |

 bp

# C. Barron & Sons, Inc. 

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
CONOCO • 76 • SHELL • Oils and Lubricants

CONSIGNEE

ADDRESS

| | ORDER NO. |
| SHIPPER | TICKET NO. |

DATE SHIPPED _____ GALLONS ORDERED

POINT OF ORIGIN _____ DESTINATION

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE
REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET, AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE    THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

Form 5060S-5-10?

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE | DATE |
| | | | NUMBER |
| | | | TIME IN |
| | | | TIME OUT |

| | DATE SHIPPED | SHIPPED VIA | |

| | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |

| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
| --- | --- | --- | --- | --- |
| | | | | |



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ...............................................................................

ADDRESS ...............................................................................

| | ORDER NO |
SHIPPER ....................................... | |
| | TICKET NO |
DATE ( ) GALLONS |
SHIPPED _____ ORDERED _____ |

POINT OF
ORIGIN ......................................... DESTINATION ............................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER ......................................... TOTAL GALLONS ...............

**THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER**

RECEIVED BY ...............................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | 33" | | | |
| END | | 4" | | |

DEMURRAGE

REASON FOR DELAY ...............................................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE   THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENT WILL CONTROL.

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

Form 50505 B 1-07

DRIVER SIGNATURE

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

TRUCK SEAL NUMBERS          SHIPMENT RECEIVED BY

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877 MAPLINE
1-877 627-5463

COPY

SOLD TO (CONSIGNEE)        SHIPPED FROM          LOC CODE

DATE
NUMBER
TIME IN
TIME OUT

DATE SHIPPED        SHIPPED VIA

DESTINATION        CUSTOMER NUMBER        ITEM NUMBER

DRIVER    TRAILER    COMPANY        CUSTOMER P.O. AND        TRANSMITTED CUSTOMER
                                    RELEASE NUMBER          AND RELEASE NUMBER

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |


# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

SHIPPER

| | | ORDER NO. |
|---|---|---|

DATE
SHIPPED

GALLONS
ORDERED

TICKET NO

POINT OF
ORIGIN

DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY

... SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE — THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENT WILL CONTROL.

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

Form 50605-B  1-02

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE | DATE |
| | | | | NUMBER |
| | | | | TIME IN |
| | DATE SHIPPED | SHIPPED VIA | | TIME OUT |
| | DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
| --- | --- | --- | --- | --- |
| | | | | |

*Jobber of*



# C. Barron & Sons, Inc.



*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

| | ORDER NO |
|---|---|
| SHIPPER | TICKET NO |
| DATE SHIPPED | GALLONS ORDERED |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

**CUSTOMER NOTICE** – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

 **C. Barron & Sons, Inc.** 

*Jobber of*

*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

ORDER NO.

SHIPPER

DATE _____ GALLONS          TICKET NO.
SHIPPED _____ ORDERED

POINT OF
ORIGIN _____ DESTINATION

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|----------|---------------------|---------------|------|-------------|
|          |                     |               |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |

DRIVER _____ TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> -- THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |
|---|---|

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
|---|---|

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE:
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|

| DATE SHIPPED | SHIPPED VIA | |
|---|---|---|

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |



# C. Barron & Sons, Inc. 

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
CONOCO • 76 • SHELL • Oils and Lubricants

CONSIGNEE

ADDRESS

SHIPPER

ORDER NO.

TICKET NO.

DATE SHIPPED

GALLONS ORDERED

POINT OF ORIGIN

DESTINATION

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

*Jobber of*

*Products*

CONSIGNEE ...........................................................................

ADDRESS ...............................................................................

SHIPPER ................................................................. | ORDER NO ...............

DATE .............. GALLONS
SHIPPED .......... ORDERED .............. | TICKET NO ...............

POINT OF
ORIGIN .................................. DESTINATION ..................................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER ................................... TOTAL GALLONS ...............

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ...........................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY ...................................................................



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

Jobber of
AMOCO
Products

CONSIGNEE _____

ADDRESS _____

SHIPPER _____          ORDER NO. _____

DATE _____ GALLONS                      TICKET NO _____
SHIPPED _____ ORDERED _____

POINT OF
ORIGIN _____ DESTINATION _____

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE -- THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

*Dixt Moran*



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

| | ORDER NO |
| SHIPPER | TICKET NO |

DATE SHIPPED _____ GALLONS ORDERED _____

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | | | | |
| END | | | | |

DEMURRAGE:

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 60605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | |
|---|---|
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | DATE SHIPPED | SHIPPED VIA |
| | DESTINATION | |

| | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

 

**C. Barron & Sons, Inc.**

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002

AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ...........................................................

ADDRESS ...............................................................

| | | ORDER NO |
|---|---|---|
| SHIPPER ............................ | | TICKET NO |
| DATE SHIPPED ........... | GALLONS ORDERED ........... | |
| POINT OF ORIGIN ........... | DESTINATION ........... | |

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
| | | | | |
| | | | | |
| | | | | |

DRIVER ...................................... TOTAL GALLONS ..............

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY .........................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY ..................................

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE - THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-8  1/02

SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

TRUCK SEAL NUMBERS:  SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY

SOLD TO (CONSIGNEE)

SHIPPED FROM            LOC CODE

DATE SHIPPED        SHIPPED VIA

DESTINATION

DATE
NUMBER
TIME IN
TIME OUT

CUSTOMER NUMBER     ITEM NUMBER

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

FORT & OAK

DIX & MORGAN



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

ORDER NO

SHIPPER

TICKET NO

DATE SHIPPED                GALLONS ORDERED

POINT OF ORIGIN                DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER                TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE — THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

For Vallhour

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

  

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ................................................................

ADDRESS ................................................................

| | ORDER NO |
SHIPPER ................................................................

DATE ............ GALLONS
SHIPPED ............ ORDERED | TICKET NO |

POINT OF
ORIGIN ........................... DESTINATION .....................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|--------------------|--------------|--------|-------------|
| | | | | |
| | | | | |
| | | | | |

DRIVER ........................... TOTAL GALLONS ...............

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY ................................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> -- THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | |
|---|---|
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

DATE
NUMBER
TIME IN
TIME OUT

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |







Jobber of

**C. Barron & Sons, Inc.**

Products

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

SHIPPER

DATE SHIPPED                    GALLONS ORDERED

ORDER NO

TICKET NO

POINT OF ORIGIN                    DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER                    TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE -- THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
| --- | --- | --- |

| DATE SHIPPED | SHIPPED VIA |
| --- | --- |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| --- | --- | --- |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| --- | --- | --- | --- | --- |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
| --- | --- | --- | --- | --- |
| | | | | |



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ..........................................

ADDRESS ..........................................

| | ORDER NO |
SHIPPER .......................................... | |
| | TICKET NO |
DATE ............ GALLORED | |
SHIPPED ............ ORDERED | |

POINT OF
ORIGIN .......................... DESTINATION ..........................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|--------------------|--------------:|------|-------------:|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER .......................... TOTAL GALLONS ..........................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ..........................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | | | | |
| END | | | | |

DEMURRAGE
REASON FOR DELAY ..........................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50805-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|

DATE
NUMBER
TIME IN
TIME OUT

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|

Dix
Moran

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|