# EXHIBIT 12(b)

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI V                                    11:44a  14903    5/17/05
   SOLD TO:                                    SHIP TO:
                                                                 1

R & R ENTERPRISES, INC.                 R & R ENTERPRISES, INC.
2821 FORT STREET                        2821 FORT STREET
WYANDOTTE, MI  48192 0000               WYANDOTTE, MI
                                          48192 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|----|-------|-----|
| 696208 | | | 5/17/05 | 14903 | BOL# 146836 | 1 | | AMOCO | NET 2 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 6000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,000 | 1.49900GL | 8,994.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 8,994.00 |
| | | FET GASOLINE | 6000.00 | .18400EA | 1,104.00 |
| | | MI EXCISE GASOLINE | 6000.00 | .18905EA | 1,134.30 |
| | | MI MUSTFA FUND | 6000.00 | .00875EA | 52.50 |
| | | MICHIGAN STATE PRE-PAID | 6000.00 | .09900EA | 594.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $11,878.80 |

OUR OFFICES WILL BE CLOSED ON MONDAY
MAY 30TH IN OBSERVANCE OF MEMORIAL DAY!!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

## ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                      3:07p  14971   5/19/05
SOLD TO:                                      SHIP TO:

R & R ENTERPRISES, INC.                       R & R ENTERPRISES, INC.
2821 FORT STREET                              2821 FORT STREET
WYANDOTTE, MI  48192 0000                     WYANDOTTE, MI
                                                   48192 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696208 | | 5/19/05 | 14971 | BOL# 147193 1 | AMOCO | NET 2 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 6999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,999 | 1.49500GL | 10,463.51 |
| | 2000 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 2,000 | 1.50450GL | 3,009.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,472.51 |
| | | FET GASOLINE | 6999.00 | .18400EA | 1,287.82 |
| | | FET DIESEL | 2000.00 | .24300EA | 486.00 |
| | | MI EXCISE GASOLINE | 6999.00 | .18905EA | 1,323.16 |
| | | MI EXCISE DIESEL | 2000.00 | .15000EA | 300.00 |
| | | MI MUSTFA FUND | 6999.00 | .00875EA | 61.24 |
| | | MI MUSTFA FUND | 2000.00 | .00875EA | 17.50 |
| | | LUST FUND | 2000.00 | .00100EA | 2.00 |
| | | MICHIGAN STATE PRE-PAID | 6999.00 | .09900EA | 692.90 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $17,643.13 |

OUR OFFICES WILL BE CLOSED ON MONDAY
MAY 30TH IN OBSERVANCE OF MEMORIAL DAY!!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                          12:38p  15089    5/21/05
   SOLD TO:                                         SHIP TO:
                                                                                          1

R & R ENTERPRISES, INC.                    R & R ENTERPRISES, INC.
2821 FORT STREET                           2821 FORT STREET
WYANDOTTE, MI  48192 0000                  WYANDOTTE, MI
                                                       48192 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696208 | | | 5/21/05 | 15089 | BOL# 147530 | 1 | | AMOCO | NET 1 DAY | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 9000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,000 | 1.49250GL | 10,447.50 |
| R 1 | 3000 | SUPER UNLEADED 93 | 2,000 | 1.62250GL | 3,245.00 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 13,692.50 |
| | | FET GASOLINE | 9000.00 | .18400EA | 1,656.00 |
| | | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | | MICHIGAN STATE PRE-PAID | 9000.00 | .09900EA | 891.00 |
| | | | | | ============ |
| | | | INVOICE AMOUNT | | $18,019.70 |

OUR OFFICES WILL BE CLOSED ON MONDAY
MAY 30TH IN OBSERVANCE OF MEMORIAL DAY!!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                    I N V O I C E

                ARMADA OIL & GAS COMPANY
                13530 MICHIGAN AVE. #400
                     DEARBORN, MI
                313 582 1777    48126-0000

BRANCH:  1  MI S                         12:39p  15202   5/24/05
    SOLD TO:                        SHIP TO:
                                                              1
R & R ENTERPRISES, INC.             R & R ENTERPRISES, INC.
2821 FORT STREET                    2821 FORT STREET
WYANDOTTE, MI  48192 0000           WYANDOTTE, MI
                                         48192 0000

Cust # Smn  Cust P.O.   Date    Ref # Hauler Truck Ld  From    Terms      TC
696208                 5/24/05  15202  BOL# 344701 1 AMOCO   NET 1 DAY   ZH

Cl  Item        Description              Qty     Price          Amount
       7402 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000        REGULAR UNLEADED 87      7,402  1.43350GL      10,610.77
                                                            ==========
                   ** NET TOTAL                               10,610.77
                FET GASOLINE           7402.00   .18400EA      1,361.97
                MI EXCISE GASOLINE     7402.00   .18905EA      1,399.35
                MI MUSTFA FUND         7402.00   .00875EA         64.77
                MICHIGAN STATE PRE-PAID 7402.00  .09900EA        732.80
                                                            ==========
                              INVOICE AMOUNT              $14,169.66

OUR OFFICES WILL BE CLOSED ON MONDAY
MAY 30TH IN OBSERVANCE OF MEMORIAL DAY!!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____
```

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    12:39p  89079    5/24/05
    SOLD TO:                                 SHIP TO:
                                                                         1

R & R ENTERPRISES, INC.                  R & R ENTERPRISES, INC.
2821 FORT STREET                         2821 FORT STREET
WYANDOTTE, MI  48192 0000                WYANDOTTE, MI
                                                48192 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|----- |-------|----|
| 696208 | | | 5/24/05 | 89079 | BOL# | 344700 | 1 | MARDET | NET 1 DAY | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 2901 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 2,901 | 1.43350GL | 4,158.58 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 4,158.58 |
| | | FET GASOLINE | 2901.00 | .18400EA | 533.78 |
| | | MI EXCISE GASOLINE | 2901.00 | .18905EA | 548.43 |
| | | MI MUSTFA FUND | 2901.00 | .00875EA | 25.38 |
| | | MICHIGAN STATE PRE-PAID | 2901.00 | .09900EA | 287.20 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $5,553.37 |

OUR OFFICES WILL BE CLOSED ON MONDAY
MAY 30TH IN OBSERVANCE OF MEMORIAL DAY!!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____


We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                      2:17p  15451    5/27/05
   SOLD TO:                                       SHIP TO:
                                                                        1

R & R ENTERPRISES, INC.                R & R ENTERPRISES, INC.
2821 FORT STREET                       2821 FORT STREET
WYANDOTTE, MI  48192 0000              WYANDOTTE, MI
                                                  48192 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696208 | | | 5/27/05 | 15451 | BOL# 148638 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 6999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,999 | 1.52500GL | 10,673.48 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 10,673.48 |
| | | FET GASOLINE | 6999.00 | .18400EA | 1,287.82 |
| | | MI EXCISE GASOLINE | 6999.00 | .18905EA | 1,323.16 |
| | | MI MUSTFA FUND | 6999.00 | .00875EA | 61.24 |
| | | MICHIGAN STATE PRE-PAID | 6999.00 | .09900EA | 692.90 |
| | | | | | =========== |
| | | | INVOICE AMOUNT | | $14,038.60 |

OUR OFFICES WILL BE CLOSED ON MONDAY
MAY 30TH IN OBSERVANCE OF MEMORIAL DAY!!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
               SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                              1:55p  15540    5/29/05
    SOLD TO:                                        SHIP TO:
                                                                            1

R & R ENTERPRISES, INC.                    R & R ENTERPRISES, INC.
2821 FORT STREET                           2821 FORT STREET
WYANDOTTE, MI  48192 0000                  WYANDOTTE, MI
                                                   48192 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696208 | | | 5/29/05 | 15540 | BOL# | 148804 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 5700 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,600 | 1.52100GL | 6,996.60 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,100 | 1.65100GL | 1,816.10 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 8,812.70 |
| | | FET GASOLINE | 5700.00 | .18400EA | 1,048.80 |
| | | MI EXCISE GASOLINE | 5700.00 | .18905EA | 1,077.59 |
| | | MI MUSTFA FUND | 5700.00 | .00875EA | 49.88 |
| | | MICHIGAN STATE PRE-PAID | 5700.00 | .09900EA | 564.30 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $11,553.27 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                         I N V O I C E

                  ARMADA OIL & GAS COMPANY
                  13530 MICHIGAN AVE. #400
                       DEARBORN, MI
                  313 582 1777    48126-0000
```

BRANCH:  1  MI S                          12:28p  15675   6/01/05
   SOLD TO:                        SHIP TO:
                                                              1
R & R ENTERPRISES, INC.           R & R ENTERPRISES, INC.
2821 FORT STREET                  2821 FORT STREET
WYANDOTTE, MI  48192 0000         WYANDOTTE, MI
                                        48192 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696208 | | 6/01/05 | 15675 | BOL# 347142 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| 7401 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 1000 | REGULAR UNLEADED 87 | 7,401 | 1.47250GL | 10,897.97 |
| | | | | =========== |
| | ** NET TOTAL | | | 10,897.97 |
| | FET GASOLINE | 7401.00 | .18400EA | 1,361.78 |
| | MI EXCISE GASOLINE | 7401.00 | .18905EA | 1,399.16 |
| | MI MUSTFA FUND | 7401.00 | .00875EA | 64.76 |
| | MICHIGAN STATE PRE-PAID | 7401.00 | .09900EA | 732.70 |
| | | | | =========== |
| | | | INVOICE AMOUNT | $14,456.37 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
* * * * * * * *      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      * * * * * * * *

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

## ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                  2:05p  15962    6/03/05
    SOLD TO:                                 SHIP TO:
                                                                    1
R & R ENTERPRISES, INC.              R & R ENTERPRISES, INC.
2821 FORT STREET                     2821 FORT STREET
WYANDOTTE, MI  48192 0000            WYANDOTTE, MI
                                         48192 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696208 | | 6/03/05 | 15962 | BOL# 348085 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 7416 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,416 | 1.50050GL | 11,127.71 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 11,127.71 |
| | | FET GASOLINE | 7416.00 | .18400EA | 1,364.54 |
| | | MI EXCISE GASOLINE | 7416.00 | .18905EA | 1,401.99 |
| | | MI MUSTFA FUND | 7416.00 | .00875EA | 64.89 |
| | | MICHIGAN STATE PRE-PAID | 7416.00 | .09900EA | 734.18 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $14,693.31 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
                SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                         I N V O I C E

                  ARMADA OIL & GAS COMPANY
                  13530 MICHIGAN AVE. #400
                       DEARBORN, MI
                  313 582 1777    48126-0000

BRANCH:  1  MI S                        5:16p  16142   6/05/05
   SOLD TO:                     SHIP TO:
                                                              1

R & R ENTERPRISES, INC.            R & R ENTERPRISES, INC.
2821 FORT STREET                   2821 FORT STREET
WYANDOTTE, MI  48192 0000          WYANDOTTE, MI
                                        48192 0000
```

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696208 | | 6/05/05 | 16142 | BOL# 149797 1 | AMOCO | NET 0 DAYS | LF |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8001 GALLONS FLAMMABLE LIQUID, UN 1203 | | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,001 | 1.57250GL | 11,009.07 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 1.70250GL | 1,702.50 |
| | 1000 GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,000 | 1.71000GL | 1,710.00 |

```
                                          ===========
                   ** NET TOTAL               14,421.57
            FET GASOLINE         8001.00   .18400EA   1,472.18
            FET DIESEL           1000.00   .24300EA     243.00
            MI EXCISE GASOLINE   8001.00   .18905EA   1,512.59
            MI EXCISE DIESEL     1000.00   .15000EA     150.00
            MI MUSTFA FUND       8001.00   .00875EA      70.01
            MI MUSTFA FUND       1000.00   .00875EA       8.75
            LUST FUND            1000.00   .00100EA       1.00
            MICHIGAN STATE PRE-PAID 8001.00 .09900EA    792.10
                                          ===========
                   INVOICE AMOUNT          $18,671.20
```

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                      1:21p  16247    6/08/05
  SOLD TO:                                    SHIP TO:
                                                                              1

R & R ENTERPRISES, INC.                R & R ENTERPRISES, INC.
2821 FORT STREET                       2821 FORT STREET
WYANDOTTE, MI  48192 0000              WYANDOTTE, MI
                                              48192 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696208 | | 6/08/05 | 16247 | BOL# | 150337 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,001 | 1.54000GL | 10,781.54 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 1.67000GL | 1,670.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 12,451.54 |
| | | FET GASOLINE | 8001.00 | .18400EA | 1,472.18 |
| | | MI EXCISE GASOLINE | 8001.00 | .18905EA | 1,512.59 |
| | | MI MUSTFA FUND | 8001.00 | .00875EA | 70.01 |
| | | MICHIGAN STATE PRE-PAID | 8001.00 | .09900EA | 792.10 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $16,298.42 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

### ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                          2:26p  88517    6/10/05
  SOLD TO:                                  SHIP TO:
                                                                              1

R & R ENTERPRISES, INC.              R & R ENTERPRISES, INC.
2821 FORT STREET                     2821 FORT STREET
WYANDOTTE, MI  48192 0000            WYANDOTTE, MI
                                              48192 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|-----|------|-------|-----|
| 696208 | | | 6/10/05 | 88517 | BOL# | 150681 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 6999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,000 | 1.60300GL | 9,618.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 999 | 1.73300GL | 1,731.27 |
| | 1000 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,000 | 1.74650GL | 1,746.50 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,095.77 |
| | | FET GASOLINE | 6999.00 | .18400EA | 1,287.82 |
| | | FET DIESEL | 1000.00 | .24300EA | 243.00 |
| | | MI EXCISE GASOLINE | 6999.00 | .18905EA | 1,323.16 |
| | | MI EXCISE DIESEL | 1000.00 | .15000EA | 150.00 |
| | | MI MUSTFA FUND | 6999.00 | .00875EA | 61.24 |
| | | MI MUSTFA FUND | 1000.00 | .00875EA | 8.75 |
| | | LUST FUND | 1000.00 | .00100EA | 1.00 |
| | | MICHIGAN STATE PRE-PAID | 6999.00 | .09900EA | 692.90 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $16,863.64 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    1:31p  16578    6/12/05
  SOLD TO:                             SHIP TO:
                                                        1

R & R ENTERPRISES, INC.              R & R ENTERPRISES, INC.
2821 FORT STREET                     2821 FORT STREET
WYANDOTTE, MI  48192 0000            WYANDOTTE, MI
                                        48192 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696208 | | 6/12/05 | 16578 | BOL# | 150956 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 7355 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,355 | 1.58150GL | 11,631.93 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 11,631.93 |
| | | FET GASOLINE | 7355.00 | .18400EA | 1,353.32 |
| | | MI EXCISE GASOLINE | 7355.00 | .18905EA | 1,390.46 |
| | | MI MUSTFA FUND | 7355.00 | .00875EA | 64.36 |
| | | MICHIGAN STATE PRE-PAID | 7355.00 | .09900EA | 728.15 |
| | | | | | ========== |
| | | | | INVOICE AMOUNT | $15,168.22 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                    1:00p  16713    6/15/05
  SOLD TO:                                   SHIP TO:

R & R ENTERPRISES, INC.              R & R ENTERPRISES, INC.
2821 FORT STREET                     2821 FORT STREET
WYANDOTTE, MI  48192 0000            WYANDOTTE, MI
                                              48192 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696208 | | 6/15/05 | 16713 | BOL# 151388 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,000 | 1.58950GL | 11,126.50 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 1.71950GL | 1,719.50 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 12,846.00 |
| | | FET GASOLINE | 8000.00 | .18400EA | 1,472.00 |
| | | MI EXCISE GASOLINE | 8000.00 | .18905EA | 1,512.40 |
| | | MI MUSTFA FUND | 8000.00 | .00875EA | 70.00 |
| | | MICHIGAN STATE PRE-PAID | 8000.00 | .09900EA | 792.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $16,692.40 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.   IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                          3:47p  16834   6/17/05
  SOLD TO:                                      SHIP TO:
                                                         1

R & R ENTERPRISES, INC.                  R & R ENTERPRISES, INC.
2821 FORT STREET                         2821 FORT STREET
WYANDOTTE, MI  48192 0000                WYANDOTTE, MI
                                             48192 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|----|
| 696208 | | | 6/17/05 | 16834 | BOL# | 151670 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 9000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 2,900 | 1.63850GL | 4,751.65 |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,100 | 1.63850GL | 9,994.85 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 14,746.50 |
| | | FET GASOLINE | 9000.00 | .18400EA | 1,656.00 |
| | | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | | MICHIGAN STATE PRE-PAID | 9000.00 | .09900EA | 891.00 |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $19,073.70 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.   IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI V                                          3:50p  17065    6/21/05
   SOLD TO:                                      SHIP TO:
                                                                  1

R & R ENTERPRISES, INC.                R & R ENTERPRISES, INC.
2821 FORT STREET                       2821 FORT STREET
WYANDOTTE, MI  48192 0000              WYANDOTTE, MI
                                            48192 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|-----|------|-------|-----|
| 696208 | | | 6/21/05 | 17065 | BOL# | 152238 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 6002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,002 | 1.67550GL | 6,705.35 |
| R 1 | 3000 | SUPER UNLEADED 93 | 2,000 | 1.80550GL | 3,611.00 |
| | 1395 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,395 | 1.81250GL | 2,528.44 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 12,844.79 |
| | | FET GASOLINE | 6002.00 | .18400EA | 1,104.37 |
| | | FET DIESEL | 1395.00 | .24300EA | 338.99 |
| | | MI EXCISE GASOLINE | 6002.00 | .18905EA | 1,134.68 |
| | | MI EXCISE DIESEL | 1395.00 | .15000EA | 209.25 |
| | | MI MUSTFA FUND | 6002.00 | .00875EA | 52.52 |
| | | MI MUSTFA FUND | 1395.00 | .00875EA | 12.21 |
| | | LUST FUND | 1395.00 | .00100EA | 1.40 |
| | | MICHIGAN STATE PRE-PAID | 6002.00 | .09900EA | 594.20 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $16,292.41 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                      11:25a  17128    6/22/05
   SOLD TO:                                  SHIP TO:
                                                                          1

R & R ENTERPRISES, INC.                 R & R ENTERPRISES, INC.
2821 FORT STREET                        2821 FORT STREET
WYANDOTTE, MI  48192 0000               WYANDOTTE, MI
                                              48192 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696208 | | 6/22/05 | 17128 | BOL# 152509 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 8,000 | 1.66550GL | 13,324.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,324.00 |
| | | FET GASOLINE | 8000.00 | .18400EA | 1,472.00 |
| | | MI EXCISE GASOLINE | 8000.00 | .18905EA | 1,512.40 |
| | | MI MUSTFA FUND | 8000.00 | .00875EA | 70.00 |
| | | MICHIGAN STATE PRE-PAID | 8000.00 | .09900EA | 792.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $17,170.40 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S
SOLD TO:

SHIP TO:

2:37p  17335    6/25/05

1

R & R ENTERPRISES, INC.
2821 FORT STREET
WYANDOTTE, MI  48192 0000

R & R ENTERPRISES, INC.
2821 FORT STREET
WYANDOTTE, MI
48192 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696208 | | | 6/25/05 | 17335 | BOL# 152965 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 13401 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 12,300 | 1.70400GL | 20,959.20 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,101 | 1.83400GL | 2,019.23 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 22,978.43 |
| | | FET GASOLINE | 13401.00 | .18400EA | 2,465.78 |
| | | MI EXCISE GASOLINE | 13401.00 | .18905EA | 2,533.46 |
| | | MI MUSTFA FUND | 13401.00 | .00875EA | 117.26 |
| | | MICHIGAN STATE PRE-PAID | 13401.00 | .09900EA | 1,326.70 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $29,421.63 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
* * * * * * * *      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      * * * * * * * *

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                    10:54a  17608   6/30/05
   SOLD TO:                                      SHIP TO:
                                                                              1

R & R ENTERPRISES, INC.                  R & R ENTERPRISES, INC.
2821 FORT STREET                         2821 FORT STREET
WYANDOTTE, MI  48192 0000                WYANDOTTE, MI
                                              48192 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|----|--------|----|
| 696208 | | | 6/30/05 | 17608 | BOL# | 153714 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 8074 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,004 | 1.62700GL | 9,768.51 |
| R 1 | 3000 | SUPER UNLEADED 93 | 700 | 1.75700GL | 1,229.90 |
| | 1002 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,002 | 1.72050GL | 1,723.94 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,370 | 1.75700GL | 2,407.09 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 15,129.44 |
| | | FET GASOLINE | 8074.00 | .18400EA | 1,485.62 |
| | | FET DIESEL | 1002.00 | .24300EA | 243.49 |
| | | MI EXCISE GASOLINE | 8074.00 | .18905EA | 1,526.39 |
| | | MI EXCISE DIESEL | 1002.00 | .15000EA | 150.30 |
| | | MI MUSTFA FUND | 8074.00 | .00875EA | 70.65 |
| | | MI MUSTFA FUND | 1002.00 | .00875EA | 8.77 |
| | | LUST FUND | 1002.00 | .00100EA | 1.00 |
| | | MICHIGAN STATE PRE-PAID | 8074.00 | .09900EA | 799.33 |

##### CONTINUED #####

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S
    SOLD TO:                                    SHIP TO:
                                                                        1

R & R ENTERPRISES, INC.              R & R ENTERPRISES, INC.
2821 FORT STREET                     2821 FORT STREET
WYANDOTTE, MI  48192 0000            WYANDOTTE, MI
                                            48192 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696208 | | | 6/30/05 | 17608 | BOL# | 153714 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $19,414.99 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
* * * * * * *         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        * * * * * * * *

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777      48126-0000

BRANCH:  1  MI S                                    12:44p  89784    7/01/05
    SOLD TO:                                    SHIP TO:
                                                                        1

R & R ENTERPRISES, INC.                    R & R ENTERPRISES, INC.
2821 FORT STREET                           2821 FORT STREET
WYANDOTTE, MI  48192 0000                  WYANDOTTE, MI
                                                48192 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696208 | | 7/01/05 | 89784 | BOL# 154014 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8402 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,301 | 1.63000GL | 11,900.63 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,101 | 1.76000GL | 1,937.76 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,838.39 |
| | | FET GASOLINE | 8402.00 | .18400EA | 1,545.97 |
| | | MI EXCISE GASOLINE | 8402.00 | .18905EA | 1,588.40 |
| | | MI MUSTFA FUND | 8402.00 | .00875EA | 73.52 |
| | | MICHIGAN STATE PRE-PAID | 8402.00 | .09900EA | 831.80 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $17,878.08 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.   IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                        2:07p  17939    7/07/05
SOLD TO:                                          SHIP TO:
                                                                            1

R & R ENTERPRISES, INC.                  R & R ENTERPRISES, INC.
2821 FORT STREET                         2821 FORT STREET
WYANDOTTE, MI  48192 0000                WYANDOTTE, MI
                                                 48192 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696208 | | 7/07/05 | 17939 | BOL# 348771 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 7002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,002 | 1.79500GL | 12,568.59 |
| | 1002 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,002 | 1.89450GL | 1,898.29 |

```
                                                              ===========
                          ** NET TOTAL                          14,466.88
              FET GASOLINE               7002.00   .18400EA      1,288.37
              FET DIESEL                 1002.00   .24300EA        243.49
              MI EXCISE GASOLINE         7002.00   .18905EA      1,323.73
              MI EXCISE DIESEL           1002.00   .15000EA        150.30
              MI MUSTFA FUND             7002.00   .00875EA         61.27
              MI MUSTFA FUND             1002.00   .00875EA          8.77
              LUST FUND                  1002.00   .00100EA          1.00
              MICHIGAN STATE PRE-PAID    7002.00   .09900EA        693.20
                                                              ===========
                          INVOICE AMOUNT                       $18,237.01
```

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
*******       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        *******

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                     2:18p  18251    7/12/05
    SOLD TO:                              SHIP TO:
                                                                        1
R & R ENTERPRISES, INC.                R & R ENTERPRISES, INC.
2821 FORT STREET                       2821 FORT STREET
WYANDOTTE, MI  48192 0000              WYANDOTTE, MI
                                            48192 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696208 | | 7/12/05 | 18251 | BOL# 155453 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 7399 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,399 | 1.75450GL | 12,981.55 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 12,981.55 |
| | | FET GASOLINE | 7399.00 | .18400EA | 1,361.42 |
| | | MI EXCISE GASOLINE | 7399.00 | .18905EA | 1,398.78 |
| | | MI MUSTFA FUND | 7399.00 | .00875EA | 64.74 |
| | | MICHIGAN STATE PRE-PAID | 7399.00 | .09900EA | 732.50 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $16,538.99 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    1:23p  18505   7/16/05
    SOLD TO:                                    SHIP TO:
                                                                        1

R & R ENTERPRISES, INC.              R & R ENTERPRISES, INC.
2821 FORT STREET                     2821 FORT STREET
WYANDOTTE, MI  48192 0000            WYANDOTTE, MI
                                          48192 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696208 | | 7/16/05 | 18505 | BOL# 170742 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 7001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,000 | 1.67850GL | 10,071.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,001 | 1.80850GL | 1,810.31 |
| | 1002 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,002 | 1.74200GL | 1,745.48 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,626.79 |
| | | FET GASOLINE | 7001.00 | .18400EA | 1,288.18 |
| | | FET DIESEL | 1002.00 | .24300EA | 243.49 |
| | | MI EXCISE GASOLINE | 7001.00 | .18905EA | 1,323.54 |
| | | MI EXCISE DIESEL | 1002.00 | .15000EA | 150.30 |
| | | MI MUSTFA FUND | 7001.00 | .00875EA | 61.26 |
| | | MI MUSTFA FUND | 1002.00 | .00875EA | 8.77 |
| | | LUST FUND | 1002.00 | .00100EA | 1.00 |
| | | MICHIGAN STATE PRE-PAID | 7001.00 | .09900EA | 693.10 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $17,396.43 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
* * * * * * *      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      * * * * * * *

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
                SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                          12:45p  18760    7/20/05
  SOLD TO:                                        SHIP TO:

R & R ENTERPRISES, INC.                    R & R ENTERPRISES, INC.
2821 FORT STREET                           2821 FORT STREET
WYANDOTTE, MI  48192 0000                  WYANDOTTE, MI
                                      48192 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696208 | | 7/20/05 | 18760 | BOL# 156717 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 6901 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,801 | 1.67600GL | 9,722.48 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,100 | 1.80600GL | 1,986.60 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 11,709.08 |
| | | FET GASOLINE | 6901.00 | .18400EA | 1,269.78 |
| | | MI EXCISE GASOLINE | 6901.00 | .18905EA | 1,304.63 |
| | | MI MUSTFA FUND | 6901.00 | .00875EA | 60.38 |
| | | MICHIGAN STATE PRE-PAID | 6901.00 | .09900EA | 683.20 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $15,027.07 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                11:47a  19120    7/27/05
    SOLD TO:                                SHIP TO:

R & R ENTERPRISES, INC.              R & R ENTERPRISES, INC.
2821 FORT STREET                     2821 FORT STREET
WYANDOTTE, MI  48192 0000            WYANDOTTE, MI
                                            48192 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|------------|-----------|------|-------|--------|----------|------|-------|-----|
| 696208 | | 7/27/05 | 19120 | BOL# | 157603 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 7999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,999 | 1.67050GL | 11,691.83 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 1.80050GL | 1,800.50 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,492.33 |
| | | FET GASOLINE | 7999.00 | .18400EA | 1,471.82 |
| | | MI EXCISE GASOLINE | 7999.00 | .18905EA | 1,512.21 |
| | | MI MUSTFA FUND | 7999.00 | .00875EA | 69.99 |
| | | MICHIGAN STATE PRE-PAID | 7999.00 | .09900EA | 791.90 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $17,338.25 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                         12:18p  19221    7/29/05
  SOLD TO:                                           SHIP TO:
                                                                        1

R & R ENTERPRISES, INC.                    R & R ENTERPRISES, INC.
2821 FORT STREET                           2821 FORT STREET
WYANDOTTE, MI  48192 0000                   WYANDOTTE, MI
                                                     48192 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696208 | | 7/29/05 | 19221 | BOL# | 157867 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 6001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,001 | 1.69700GL | 10,183.70 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 10,183.70 |
| | | FET GASOLINE | 6001.00 | .18400EA | 1,104.18 |
| | | MI EXCISE GASOLINE | 6001.00 | .18905EA | 1,134.49 |
| | | MI MUSTFA FUND | 6001.00 | .00875EA | 52.51 |
| | | MICHIGAN STATE PRE-PAID | 6001.00 | .09900EA | 594.10 |
| | | | | | ============ |
| | | | | INVOICE AMOUNT | $13,068.98 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                   1:55p  19402    8/02/05
SOLD TO:                              SHIP TO:
                                                              1

R & R ENTERPRISES, INC.              R & R ENTERPRISES, INC.
2821 FORT STREET                     2821 FORT STREET
WYANDOTTE, MI  48192 0000            WYANDOTTE, MI
                                        48192 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696208 | | 8/02/05 | 19402 | BOL# 478220 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 6998 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,999 | 1.74900GL | 10,492.25 |
| R 1 | 3000 | SUPER UNLEADED 93 | 999 | 1.87900GL | 1,877.12 |
| | 1000 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,000 | 1.77800GL | 1,778.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 14,147.37 |
| | | FET GASOLINE | 6998.00 | .18400EA | 1,287.63 |
| | | FET DIESEL | 1000.00 | .24300EA | 243.00 |
| | | MI EXCISE GASOLINE | 6998.00 | .18905EA | 1,322.97 |
| | | MI EXCISE DIESEL | 1000.00 | .15000EA | 150.00 |
| | | MI MUSTFA FUND | 6998.00 | .00875EA | 61.23 |
| | | MI MUSTFA FUND | 1000.00 | .00875EA | 8.75 |
| | | LUST FUND | 1000.00 | .00100EA | 1.00 |
| | | MICHIGAN STATE PRE-PAID | 6998.00 | .09900EA | 692.80 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $17,914.75 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                         4:05p  19928   8/07/05
   SOLD TO:                          SHIP TO:
                                                         1

R & R ENTERPRISES, INC.                 R & R ENTERPRISES, INC.
2821 FORT STREET                        2821 FORT STREET
WYANDOTTE, MI  48192 0000               WYANDOTTE, MI
                                             48192 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696208 | | 8/07/05 | 19928 | BOL# 159285 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 9001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 8,001 | 1.87050GL | 14,965.87 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.00050GL | 2,000.50 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 16,966.37 |
| | | FET GASOLINE | 9001.00 | .18400EA | 1,656.18 |
| | | MI EXCISE GASOLINE | 9001.00 | .18905EA | 1,701.64 |
| | | MI MUSTFA FUND | 9001.00 | .00875EA | 78.76 |
| | | MICHIGAN STATE PRE-PAID | 9001.00 | .09900EA | 891.10 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $21,294.05 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                              2:49p  20162   8/11/05
    SOLD TO:                        SHIP TO:
                                                                1

R & R ENTERPRISES, INC.          R & R ENTERPRISES, INC.
2821 FORT STREET                 2821 FORT STREET
WYANDOTTE, MI  48192 0000        WYANDOTTE, MI
                                       48192 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|----|
| 696208 | | | 8/11/05 | 20162 | BOL# 340791 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 4600 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 2,600 | 1.93050GL | 5,019.30 |
| R 1 | 3000 | SUPER UNLEADED 93 | 2,000 | 2.06050GL | 4,121.00 |
| | 1803 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,803 | 1.92300GL | 3,467.17 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 12,607.47 |
| | | FET GASOLINE | 4600.00 | .18400EA | 846.40 |
| | | FET DIESEL | 1803.00 | .24300EA | 438.13 |
| | | MI EXCISE GASOLINE | 4600.00 | .18905EA | 869.63 |
| | | MI EXCISE DIESEL | 1803.00 | .15000EA | 270.45 |
| | | MI MUSTFA FUND | 4600.00 | .00875EA | 40.25 |
| | | MI MUSTFA FUND | 1803.00 | .00875EA | 15.78 |
| | | LUST FUND | 1803.00 | .00100EA | 1.80 |
| | | MICHIGAN STATE PRE-PAID | 4600.00 | .09900EA | 455.40 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $15,545.31 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR