# EXHIBIT 12(c)

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH: 1  MI S
SOLD TO:

SPEEDY MART ENT., INC.
3860 DIX
LINCOLN PARK, MI  48146 0000

10:13a  14856   5/17/05

SHIP TO:

1

SPEEDY MART ENT., INC.
3860 DIX
LINCOLN PARK, MI
48146 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696263 | | | 5/17/05 | 14856 | BOL# 146673 | 1 | | AMOCO | NET 2 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 7000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,000 | 1.49900GL | 10,493.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 10,493.00 |
| | | FET GASOLINE | 7000.00 | .18400EA | 1,288.00 |
| | | MI EXCISE GASOLINE | 7000.00 | .18905EA | 1,323.35 |
| | | MI MUSTFA FUND | 7000.00 | .00875EA | 61.25 |
| | | MICHIGAN STATE PRE-PAID | 7000.00 | .09900EA | 693.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $13,858.60 |

OUR OFFICES WILL BE CLOSED ON MONDAY
MAY 30TH IN OBSERVANCE OF MEMORIAL DAY!!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                              11:09a  14915   5/18/05
   SOLD TO:                          SHIP TO:

                                                      1

SPEEDY MART ENT., INC.              SPEEDY MART ENT., INC.
3860 DIX                           3860 DIX
LINCOLN PARK, MI  48146 0000       LINCOLN PARK, MI
                                     48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696263 | | 5/18/05 | 14915 | BOL# 146934 | 1 | AMOCO | NET 2 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 7000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 1,000 | 1.51900GL | 1,519.00 |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,999 | 1.51900GL | 7,593.48 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,001 | 1.56300GL | 1,564.56 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 10,677.04 |
| | | FET GASOLINE | 7000.00 | .18400EA | 1,288.00 |
| | | MI EXCISE GASOLINE | 7000.00 | .18905EA | 1,323.35 |
| | | MI MUSTFA FUND | 7000.00 | .00875EA | 61.25 |
| | | MICHIGAN STATE PRE-PAID | 7000.00 | .09900EA | 693.00 |
| | | | | | ========== |
| | | INVOICE AMOUNT | | | $14,042.64 |

OUR OFFICES WILL BE CLOSED ON MONDAY
MAY 30TH IN OBSERVANCE OF MEMORIAL DAY!!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********    CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                3:07p  15010    5/19/05
    SOLD TO:                           SHIP TO:
                                                                      1
SPEEDY MART ENT., INC.              SPEEDY MART ENT., INC.
3860 DIX                            3860 DIX
LINCOLN PARK, MI  48146 0000        LINCOLN PARK, MI
                                            48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696263 | | 5/19/05 | 15010 | BOL# 147216 | 1 | AMOCO | NET 2 DAYS | ZH |

| Cl Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| | 9000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 1000 | REGULAR UNLEADED 87 | 7,000 | 1.49500GL | 10,465.00 |
| R 1 2000 | PLUS UNLEADED 89 | 1,000 | 1.53900GL | 1,539.00 |
| R 1 3000 | SUPER UNLEADED 93 | 1,000 | 1.62500GL | 1,625.00 |
| | | | | =========== |
| | ** NET TOTAL | | | 13,629.00 |
| | FET GASOLINE | 9000.00 | .18400EA | 1,656.00 |
| | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | MICHIGAN STATE PRE-PAID | 9000.00 | .09900EA | 891.00 |
| | | | | =========== |
| | | | INVOICE AMOUNT | $17,956.20 |

OUR OFFICES WILL BE CLOSED ON MONDAY
MAY 30TH IN OBSERVANCE OF MEMORIAL DAY!!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                        I N V O I C E

                  ARMADA OIL & GAS COMPANY
                  13530 MICHIGAN AVE. #400
                        DEARBORN, MI
                  313 582 1777    48126-0000

 BRANCH:  1  MI V                       12:38p  89137    5/21/05
    SOLD TO:                       SHIP TO:
                                                            1
 SPEEDY MART ENT., INC.           SPEEDY MART ENT., INC.
 3860 DIX                         3860 DIX
 LINCOLN PARK, MI  48146 0000     LINCOLN PARK, MI
                                        48146 0000

 Cust # Smn  Cust P.O.   Date    Ref #  Hauler Truck Ld  From    Terms      TC
 696263                 5/21/05  89137  BOL# 147518 1 AMOCO    NET 1 DAY    ZH

 Cl  Item       Description          Qty     Price         Amount
      4000 GALLONS FLAMMABLE LIQUID, UN 1203
 R 1 1000       REGULAR UNLEADED 87    4,000  1.49250GL     5,970.00
                                                           ===========
                 ** NET TOTAL                              5,970.00
               FET GASOLINE        4000.00   .18400EA        736.00
               MI EXCISE GASOLINE  4000.00   .18905EA        756.20
               MI MUSTFA FUND      4000.00   .00875EA         35.00
               MICHIGAN STATE PRE-PAID 4000.00 .09900EA      396.00
                                                           ===========
                              INVOICE AMOUNT              $7,893.20
```

OUR OFFICES WILL BE CLOSED ON MONDAY
MAY 30TH IN OBSERVANCE OF MEMORIAL DAY!!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

*06 45*
*10 30.*          *$ 102-30*

BRANCH:  1  MI S
  SOLD TO:

12:38p  15132    5/23/05

SHIP TO:

1

SPEEDY MART ENT., INC.
3860 DIX
LINCOLN PARK, MI  48146 0000

SPEEDY MART ENT., INC.
3860 DIX
LINCOLN PARK, MI
    48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696263 | | 5/23/05 | 15132 | BOL# 147668  1 | AMOCO | NET 1 DAY | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 4002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,002 | 1.49550GL | 5,984.99 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 5,984.99 |
| | | FET GASOLINE | 4002.00 | .18400EA | 736.37 |
| | | MI EXCISE GASOLINE | 4002.00 | .18905EA | 756.58 |
| | | MI MUSTFA FUND | 4002.00 | .00875EA | 35.02 |
| | | MICHIGAN STATE PRE-PAID | 4002.00 | .09900EA | 396.20 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $7,909.16 |

OUR OFFICES WILL BE CLOSED ON MONDAY
MAY 30TH IN OBSERVANCE OF MEMORIAL DAY!!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********    CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in compliance with the Fair Labor Standards Act of 1938, as amended. TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE CHARGE will be added to all past due accounts computed by a periodic rate of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH: 1 MI S

SOLD TO:

11:20a  15190  5/23/05

SHIP TO:

1

SPEEDY MART ENT., INC.
3860 DIX
LINCOLN PARK, MI  48146 0000

SPEEDY MART ENT., INC.
3860 DIX
LINCOLN PARK, MI
48146 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|----|
| 696263 | | | 5/23/05 | 15190 | BOL# | 147847 | 1 | AMOCO | NET 1 DAY | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 9001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,000 | 1.47350GL | 10,314.50 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.52050GL | 1,520.50 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,001 | 1.60650GL | 1,608.11 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 13,443.11 |
| | | FET GASOLINE | 9001.00 | .18400EA | 1,656.18 |
| | | MI EXCISE GASOLINE | 9001.00 | .18905EA | 1,701.64 |
| | | MI MUSTFA FUND | 9001.00 | .00875EA | 78.76 |
| | | MICHIGAN STATE PRE-PAID | 9001.00 | .09900EA | 891.10 |
| | | | | | ========== |
| | | INVOICE AMOUNT | | | $17,770.79 |

OUR OFFICES WILL BE CLOSED ON MONDAY
MAY 30TH IN OBSERVANCE OF MEMORIAL DAY!!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI V
   SOLD TO:

12:01p  89292    5/25/05

SHIP TO:

1

SPEEDY MART ENT., INC.
3860 DIX
LINCOLN PARK, MI  48146 0000

SPEEDY MART ENT., INC.
3860 DIX
LINCOLN PARK, MI
   48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696263 | | 5/25/05 | 89292 | BOL# 148154 | 1 | AMOCO | NET 1 DAY | ZH |

| Cl Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| 3000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 1000 | REGULAR UNLEADED 87 | 3,000 | 1.49350GL | 4,480.50 |
| | | | | ============ |
| | ** NET TOTAL | | | 4,480.50 |
| | FET GASOLINE | 3000.00 | .18400EA | 552.00 |
| | MI EXCISE GASOLINE | 3000.00 | .18905EA | 567.15 |
| | MI MUSTFA FUND | 3000.00 | .00875EA | 26.25 |
| | MICHIGAN STATE PRE-PAID | 3000.00 | .09900EA | 297.00 |
| | | | | ============ |
| | INVOICE AMOUNT | | | $5,922.90 |

OUR OFFICES WILL BE CLOSED ON MONDAY
MAY 30TH IN OBSERVANCE OF MEMORIAL DAY!!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********    CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                          12:37p  15366    5/26/05
  SOLD TO:                                        SHIP TO:

                                                         1

SPEEDY MART ENT., INC.                        SPEEDY MART ENT., INC.
3860 DIX                                      3860 DIX
LINCOLN PARK, MI  48146 0000                  LINCOLN PARK, MI
                                                48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696263 | | 5/26/05 | 15366 | BOL# 148434 | 1 | AMOCO | NET 1 DAY | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 5731 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,630 | 1.50950GL | 6,988.99 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,101 | 1.55350GL | 1,710.40 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 8,699.39 |
| | | FET GASOLINE | 5731.00 | .18400EA | 1,054.50 |
| | | MI EXCISE GASOLINE | 5731.00 | .18905EA | 1,083.45 |
| | | MI MUSTFA FUND | 5731.00 | .00875EA | 50.15 |
| | | MICHIGAN STATE PRE-PAID | 5731.00 | .09900EA | 567.37 |
| | | | | | =========== |
| | | | INVOICE AMOUNT | | $11,454.86 |

OUR OFFICES WILL BE CLOSED ON MONDAY
MAY 30TH IN OBSERVANCE OF MEMORIAL DAY!!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********    CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
           SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI V                                    1:55p  15514   5/29/05
   SOLD TO:                                   SHIP TO:
                                                                        1

SPEEDY MART ENT., INC.                    SPEEDY MART ENT., INC.
3860 DIX                                  3860 DIX
LINCOLN PARK, MI  48146 0000              LINCOLN PARK, MI
                                                48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696263 | | 5/29/05 | 15514 | BOL# 148791 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 9005 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,503 | 1.52100GL | 11,412.06 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,502 | 1.65100GL | 2,479.80 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,891.86 |
| | | FET GASOLINE | 9005.00 | .18400EA | 1,656.92 |
| | | MI EXCISE GASOLINE | 9005.00 | .18905EA | 1,702.40 |
| | | MI MUSTFA FUND | 9005.00 | .00875EA | 78.79 |
| | | MICHIGAN STATE PRE-PAID | 9005.00 | .09900EA | 891.50 |
| | | | | | =========== |
| | | | INVOICE AMOUNT | | $18,221.47 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                        I N V O I C E

                ARMADA OIL & GAS COMPANY
                13530 MICHIGAN AVE. #400
                      DEARBORN, MI
                313 582 1777    48126-0000

BRANCH:  1  MI S                        12:49p  15595  5/31/05
    SOLD TO:                       SHIP TO:
                                                         1
SPEEDY MART ENT., INC.          SPEEDY MART ENT., INC.
3860 DIX                        3860 DIX
LINCOLN PARK, MI  48146 0000    LINCOLN PARK, MI
                                      48146 0000

Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck Ld  From    Terms       TC
696263                 5/31/05   15595  BOL# 148934 1 AMOCO  NET 0 DAYS    ZH

Cl Item        Description           Qty    Price          Amount
   6000 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000        REGULAR UNLEADED 87   6,000  1.52100GL      9,126.00
                                                        ============
               ** NET TOTAL                                9,126.00
               FET GASOLINE         6000.00  .18400EA      1,104.00
               MI EXCISE GASOLINE   6000.00  .18905EA      1,134.30
               MI MUSTFA FUND       6000.00  .00875EA         52.50
               MICHIGAN STATE PRE-PAID 6000.00 .09900EA       594.00
                                                        ============
                            INVOICE AMOUNT            $12,010.80

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR
```

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI V                                    1:05p  15904  6/02/05
  SOLD TO:
                                 SHIP TO:
                                              1

SPEEDY MART ENT., INC.                SPEEDY MART ENT., INC.
3860 DIX                              3860 DIX
LINCOLN PARK, MI  48146 0000          LINCOLN PARK, MI
                                        48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696263 | | 6/02/05 | 15904 | BOL# 347660 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 5001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,001 | 1.53250GL | 6,131.53 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.57010GL | 1,570.10 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 7,701.63 |
| | | FET GASOLINE | 5001.00 | .18400EA | 920.18 |
| | | MI EXCISE GASOLINE | 5001.00 | .18905EA | 945.44 |
| | | MI MUSTFA FUND | 5001.00 | .00875EA | 43.76 |
| | | MICHIGAN STATE PRE-PAID | 5001.00 | .09900EA | 495.10 |
| | | | | | =========== |
| | | | INVOICE AMOUNT | | $10,106.11 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    2:05p  15963    6/03/05
   SOLD TO:                                 SHIP TO:
                                                                   1

SPEEDY MART ENT., INC.                  SPEEDY MART ENT., INC.
3860 DIX                                3860 DIX
LINCOLN PARK, MI  48146 0000            LINCOLN PARK, MI
                                                48146 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|----|--------|-----|
| 696263 |     |           | 6/03/05 | 15963 | BOL# 348086 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    | 5009 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,005 | 1.50050GL | 6,009.50 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,004 | 1.61050GL | 1,616.94 |
|     |      |                     |       |           | =========== |
|     |      | ** NET TOTAL        |       |           | 7,626.44 |
|     |      | FET GASOLINE        | 5009.00 | .18400EA | 921.66 |
|     |      | MI EXCISE GASOLINE  | 5009.00 | .18905EA | 946.95 |
|     |      | MI MUSTFA FUND      | 5009.00 | .00875EA | 43.83 |
|     |      | MICHIGAN STATE PRE-PAID | 5009.00 | .09900EA | 495.89 |
|     |      |                     |       |           | =========== |
|     |      |                     |       | INVOICE AMOUNT | $10,034.77 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
* * * * * * * *         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         * * * * * * * *

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

## ARMADA OIL & GAS COMPANY
### 13530 MICHIGAN AVE. #400
### DEARBORN, MI
### 313 582 1777    48126-0000

BRANCH:  1  MI V                                    5:16p  89485   6/04/05
SOLD TO:
                                          SHIP TO:
                                                                        1
SPEEDY MART ENT., INC.                    SPEEDY MART ENT., INC.
3860 DIX                                  3860 DIX
LINCOLN PARK, MI  48146 0000              LINCOLN PARK, MI
                                                   48146 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------------|----|------|-------|-----|
| 696263 | | | 6/04/05 | 89485 | BOL# 149648 | 1 | AMOCO | NET 0 DAYS | LF |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 11208 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 8,608 | 1.57250GL | 13,536.08 |
| R 1 | 2000 | PLUS UNLEADED 89 | 2,600 | 1.61650GL | 4,202.90 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 17,738.98 |
| | | FET GASOLINE | 11208.00 | .18400EA | 2,062.27 |
| | | MI EXCISE GASOLINE | 11208.00 | .18905EA | 2,118.87 |
| | | MI MUSTFA FUND | 11208.00 | .00875EA | 98.07 |
| | | MICHIGAN STATE PRE-PAID | 11208.00 | .09900EA | 1,109.59 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $23,127.78 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                        I N V O I C E

                  ARMADA OIL & GAS COMPANY
                  13530 MICHIGAN AVE. #400
                        DEARBORN, MI
                  313 582 1777    48126-0000

BRANCH:  1  SO V                        3:08p  16349   6/05/05
   SOLD TO:                    SHIP TO:
                                                              1
SPEEDY MART ENT., INC.            SPEEDY MART ENT., INC.
3860 DIX                          3860 DIX
LINCOLN PARK, MI  48146 0000      LINCOLN PARK, MI
                                        48146 0000

Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck Ld  From    Terms        TC
696263                  6/05/05  16349                0 1     NET 0 DAYS      ZH

Cl  Item          Description              Qty     Price           Amount
       8005 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000        REGULAR UNLEADED 87        7,004  1.54550GL      10,824.68
R 1 3000        SUPER UNLEADED 93          1,001  1.65550GL       1,657.16
                                                                ===========
                 ** NET TOTAL                                    12,481.84
              FET GASOLINE               8005.00   .18400EA       1,472.92
              MI EXCISE GASOLINE         8005.00   .18905EA       1,513.35
              MI MUSTFA FUND             8005.00   .00875EA          70.04
              MICHIGAN STATE PRE-PAID    8005.00   .09900EA         792.50
                                                                ===========
                            INVOICE AMOUNT              $16,330.65
```

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
*******         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        *******

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    2:29p  16153   6/07/05
    SOLD TO:                            SHIP TO:
                                                                        1

SPEEDY MART ENT., INC.                  SPEEDY MART ENT., INC.
3860 DIX                                3860 DIX
LINCOLN PARK, MI  48146 0000            LINCOLN PARK, MI
                                            48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696263 | | 6/07/05 | 16153 | BOL# 349109 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 7400 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,400 | 1.51450GL | 11,207.30 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 11,207.30 |
| | | FET GASOLINE | 7400.00 | .18400EA | 1,361.60 |
| | | MI EXCISE GASOLINE | 7400.00 | .18905EA | 1,398.97 |
| | | MI MUSTFA FUND | 7400.00 | .00875EA | 64.75 |
| | | MICHIGAN STATE PRE-PAID | 7400.00 | .09900EA | 732.60 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $14,765.22 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

## ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI V                              1:21p  16239   6/08/05
SOLD TO:                          SHIP TO:

                                                              1

SPEEDY MART ENT., INC.            SPEEDY MART ENT., INC.
3860 DIX                          3860 DIX
LINCOLN PARK, MI  48146 0000      LINCOLN PARK, MI
                                         48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696263 | | 6/08/05 | 16239 | BOL# 349496 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 7000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,999 | 1.51000GL | 9,058.49 |
| | 1000 GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,000 | 1.69200GL | 1,692.00 |
| R 1 | 1000 | REGULAR UNLEADED 87 | 1,001 | 1.51000GL | 1,511.51 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 12,262.00 |
| | | FET GASOLINE | 7000.00 | .18400EA | 1,288.00 |
| | | FET DIESEL | 1000.00 | .24300EA | 243.00 |
| | | MI EXCISE GASOLINE | 7000.00 | .18905EA | 1,323.35 |
| | | MI EXCISE DIESEL | 1000.00 | .15000EA | 150.00 |
| | | MI MUSTFA FUND | 7000.00 | .00875EA | 61.25 |
| | | MI MUSTFA FUND | 1000.00 | .00875EA | 8.75 |
| | | LUST FUND | 1000.00 | .00100EA | 1.00 |
| | | MICHIGAN STATE PRE-PAID | 7000.00 | .09900EA | 693.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $16,030.35 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                        I N V O I C E

                  ARMADA OIL & GAS COMPANY
                  13530 MICHIGAN AVE. #400
                       DEARBORN, MI
                  313 582 1777    48126-0000

  BRANCH:  1  MI S                        1:21p  16315   6/09/05
     SOLD TO:                    SHIP TO:
                                                           1

  SPEEDY MART ENT., INC.          SPEEDY MART ENT., INC.
  3860 DIX                        3860 DIX
  LINCOLN PARK, MI  48146 0000    LINCOLN PARK, MI
                                        48146 0000

 Cust # Smn  Cust P.O.    Date    Ref #   Hauler Truck Ld  From      Terms        TC
  696263              6/09/05   16315   BOL# 349869 1 AMOCO   NET 0 DAYS   ZH

 Cl  Item         Description            Qty    Price           Amount
       8002 GALLONS FLAMMABLE LIQUID, UN 1203
 R 1 1000          REGULAR UNLEADED 87     7,002  1.50800GL      10,559.02
 R 1 3000          SUPER UNLEADED 93       1,000  1.61800GL       1,618.00
                                                              ===========
                      ** NET TOTAL                             12,177.02
                   FET GASOLINE          8002.00  .18400EA       1,472.37
                   MI EXCISE GASOLINE    8002.00  .18905EA       1,512.78
                   MI MUSTFA FUND        8002.00  .00875EA          70.02
                   MICHIGAN STATE PRE-PAID 8002.00 .09900EA         792.20
                                                              ===========
                        INVOICE AMOUNT              $16,024.39

 OUR OFFICES WILL BE CLOSED ON MONDAY
 JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

 IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
 ********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

 BOL#_____
```

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                         I N V O I C E

                  ARMADA OIL & GAS COMPANY
                  13530 MICHIGAN AVE. #400
                       DEARBORN, MI
                  313 582 1777    48126-0000

  BRANCH:  1  MI S                          2:26p  89246    6/10/05
      SOLD TO:                         SHIP TO:
                                                                  1

  SPEEDY MART ENT., INC.              SPEEDY MART ENT., INC.
  3860 DIX                            3860 DIX
  LINCOLN PARK, MI  48146 0000        LINCOLN PARK, MI
                                           48146 0000

  Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck Ld  From      Terms        TC
  696263                  6/10/05  89246  BOL# 150622 1 AMOCO   NET 0 DAYS   ZH

  Cl Item         Description              Qty     Price          Amount
        8999 GALLONS FLAMMABLE LIQUID, UN 1203
  R 1 1000      REGULAR UNLEADED 87        7,998  1.60300GL      12,820.79
  R 1 2000      PLUS UNLEADED 89           1,001  1.64700GL       1,648.65
                                                              ===========
                  ** NET TOTAL                                  14,469.44
                FET GASOLINE              8999.00  .18400EA       1,655.82
                MI EXCISE GASOLINE        8999.00  .18905EA       1,701.26
                MI MUSTFA FUND            8999.00  .00875EA          78.74
                MICHIGAN STATE PRE-PAID   8999.00  .09900EA         890.90
                                                              ===========
                            INVOICE AMOUNT              $18,796.16

  OUR OFFICES WILL BE CLOSED ON MONDAY
  JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

  IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
  ********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

  BOL#_____
```

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    2:26p  16524   6/11/05
    SOLD TO:                                  SHIP TO:

                                                                    1

SPEEDY MART ENT., INC.                    SPEEDY MART ENT., INC.
3860 DIX                                  3860 DIX
LINCOLN PARK, MI  48146 0000              LINCOLN PARK, MI
                                                48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696263 | | 6/11/05 | 16524 | BOL# 150734 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,001 | 1.58150GL | 11,072.08 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 1.71150GL | 1,711.50 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 12,783.58 |
| | | FET GASOLINE | 8001.00 | .18400EA | 1,472.18 |
| | | MI EXCISE GASOLINE | 8001.00 | .18905EA | 1,512.59 |
| | | MI MUSTFA FUND | 8001.00 | .00875EA | 70.01 |
| | | MICHIGAN STATE PRE-PAID | 8001.00 | .09900EA | 792.10 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $16,630.46 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                    I N V O I C E

            ARMADA OIL & GAS COMPANY
            13530 MICHIGAN AVE. #400
                  DEARBORN, MI
            313 582 1777    48126-0000

BRANCH:  1  MI S                         1:31p  16554    6/11/05
   SOLD TO:                      SHIP TO:
                                                          1

SPEEDY MART ENT., INC.            SPEEDY MART ENT., INC.
3860 DIX                          3860 DIX
LINCOLN PARK, MI  48146 0000      LINCOLN PARK, MI
                                       48146 0000

Cust # Smn  Cust P.O.    Date    Ref #   Hauler Truck Ld  From      Terms       TC
696263                  6/11/05  16554   BOL# 150842 1 AMOCO   NET 0 DAYS    ZH

Cl Item        Description              Qty      Price           Amount
      8999 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000        REGULAR UNLEADED 87     3,999  1.58150GL        6,324.42
R 1 1000        REGULAR UNLEADED 87     5,000  1.58150GL        7,907.50
                                                             ===========
                      ** NET TOTAL                             14,231.92
                FET GASOLINE           8999.00   .18400EA        1,655.82
                MI EXCISE GASOLINE     8999.00   .18905EA        1,701.26
                MI MUSTFA FUND         8999.00   .00875EA           78.74
                MICHIGAN STATE PRE-PAID 8999.00  .09900EA          890.90
                                                             ===========
                         INVOICE AMOUNT            $18,558.64

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____
```

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI S                                              1:31p  16610    6/12/05
SOLD TO:                                        SHIP TO:
                                                                                    1

SPEEDY MART ENT., INC.                          SPEEDY MART ENT., INC.
3860 DIX                                        3860 DIX
LINCOLN PARK, MI  48146 0000                    LINCOLN PARK, MI
                                                        48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696263 | | 6/12/05 | 16610 | BOL# 150953 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8003 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,004 | 1.58150GL | 9,495.33 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,999 | 1.62550GL | 3,249.37 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 12,744.70 |
| | | FET GASOLINE | 8003.00 | .18400EA | 1,472.55 |
| | | MI EXCISE GASOLINE | 8003.00 | .18905EA | 1,512.97 |
| | | MI MUSTFA FUND | 8003.00 | .00875EA | 70.03 |
| | | MICHIGAN STATE PRE-PAID | 8003.00 | .09900EA | 792.30 |
| | | | | | ========== |
| | | INVOICE AMOUNT | | | $16,592.55 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

## ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S
  SOLD TO:

12:46p  16614   6/13/05

SHIP TO:

1

SPEEDY MART ENT., INC.
3860 DIX
LINCOLN PARK, MI  48146 0000

SPEEDY MART ENT., INC.
3860 DIX
LINCOLN PARK, MI
    48146 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696263 | | | 6/13/05 | 16614 | BOL# | 151083 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 7999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,999 | 1.58150GL | 11,068.92 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 1.71150GL | 1,711.50 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 12,780.42 |
| | | FET GASOLINE | 7999.00 | .18400EA | 1,471.82 |
| | | MI EXCISE GASOLINE | 7999.00 | .18905EA | 1,512.21 |
| | | MI MUSTFA FUND | 7999.00 | .00875EA | 69.99 |
| | | MICHIGAN STATE PRE-PAID | 7999.00 | .09900EA | 791.90 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $16,626.34 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                        I N V O I C E

                ARMADA OIL & GAS COMPANY
                13530 MICHIGAN AVE. #400
                     DEARBORN, MI
                313 582 1777    48126-0000

BRANCH:  1  MI S                        11:14a  89244   6/14/05
   SOLD TO:                       SHIP TO:
                                                              1
SPEEDY MART ENT., INC.           SPEEDY MART ENT., INC.
3860 DIX                         3860 DIX
LINCOLN PARK, MI  48146 0000     LINCOLN PARK, MI
                                        48146 0000

Cust # Smn  Cust P.O.   Date    Ref #  Hauler Truck Ld  From    Terms       TC
696263                6/14/05  89244   BOL# 151254 1 AMOCO  NET 0 DAYS   ZH

Cl  Item          Description              Qty    Price          Amount
      8000 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000          REGULAR UNLEADED 87    8,000  1.59450GL      12,756.00
                                                              ===========
                    ** NET TOTAL                              12,756.00
             FET GASOLINE          8000.00   .18400EA          1,472.00
             MI EXCISE GASOLINE    8000.00   .18905EA          1,512.40
             MI MUSTFA FUND        8000.00   .00875EA             70.00
             MICHIGAN STATE PRE-PAID 8000.00 .09900EA            792.00
                                                              ===========
                            INVOICE AMOUNT              $16,602.40

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
```

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
                SUBJECT TO CORRECTION OF CLERICAL ERROR

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                              1:00p  16714   6/15/05
   SOLD TO:                          SHIP TO:
                                                              1

SPEEDY MART ENT., INC.              SPEEDY MART ENT., INC.
3860 DIX                            3860 DIX
LINCOLN PARK, MI  48146 0000        LINCOLN PARK, MI
                                          48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696263 | | 6/15/05 | 16714 | BOL# 151387 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 8,000 | 1.58950GL | 12,716.00 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 12,716.00 |
| | | FET GASOLINE | 8000.00 | .18400EA | 1,472.00 |
| | | MI EXCISE GASOLINE | 8000.00 | .18905EA | 1,512.40 |
| | | MI MUSTFA FUND | 8000.00 | .00875EA | 70.00 |
| | | MICHIGAN STATE PRE-PAID | 8000.00 | .09900EA | 792.00 |
| | | | | | ========== |
| | | INVOICE AMOUNT | | | $16,562.40 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                          1:00p  16756   6/16/05
  SOLD TO:                                    SHIP TO:
                                                                              1

SPEEDY MART ENT., INC.                   SPEEDY MART ENT., INC.
3860 DIX                                 3860 DIX
LINCOLN PARK, MI  48146 0000             LINCOLN PARK, MI
                                              48146 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|----|-------|----|
| 696263 | | | 6/16/05 | 16756 | BOL# | 151481 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 8002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 2,000 | 1.59450GL | 3,189.00 |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,002 | 1.59450GL | 9,570.19 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 12,759.19 |
| | | FET GASOLINE | 8002.00 | .18400EA | 1,472.37 |
| | | MI EXCISE GASOLINE | 8002.00 | .18905EA | 1,512.78 |
| | | MI MUSTFA FUND | 8002.00 | .00875EA | 70.02 |
| | | MICHIGAN STATE PRE-PAID | 8002.00 | .09900EA | 792.20 |
| | | | | | =========== |
| | | | INVOICE AMOUNT | | $16,606.56 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.   IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    2:39p  16775   6/16/05
  SOLD TO:                                       SHIP TO:

                                                                        1

SPEEDY MART ENT., INC.                    SPEEDY MART ENT., INC.
3860 DIX                                  3860 DIX
LINCOLN PARK, MI  48146 0000              LINCOLN PARK, MI
                                                 48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696263 | | 6/16/05 | 16775 | BOL# 151590 1 | AMOCO | NET 0 DAYS | LF |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8998 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,998 | 1.59450GL | 12,752.81 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.63850GL | 1,638.50 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 14,391.31 |
| | | FET GASOLINE | 8998.00 | .18400EA | 1,655.63 |
| | | MI EXCISE GASOLINE | 8998.00 | .18905EA | 1,701.07 |
| | | MI MUSTFA FUND | 8998.00 | .00875EA | 78.73 |
| | | MICHIGAN STATE PRE-PAID | 8998.00 | .09900EA | 890.80 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $18,717.54 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    3:47p  16833    6/17/05
  SOLD TO:                                       SHIP TO:

SPEEDY MART ENT., INC.                    SPEEDY MART ENT., INC.
3860 DIX                                  3860 DIX
LINCOLN PARK, MI  48146 0000              LINCOLN PARK, MI
                                               48146 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|----------|------|-------|-----|
| 696263 | | | 6/17/05 | 16833 | BOL# 151669 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 4400 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,400 | 1.63850GL | 7,209.40 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 7,209.40 |
| | | FET GASOLINE | 4400.00 | .18400EA | 809.60 |
| | | MI EXCISE GASOLINE | 4400.00 | .18905EA | 831.82 |
| | | MI MUSTFA FUND | 4400.00 | .00875EA | 38.50 |
| | | MICHIGAN STATE PRE-PAID | 4400.00 | .09900EA | 435.60 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $9,324.92 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                      12:48p  16925   6/18/05
   SOLD TO:                                   SHIP TO:

SPEEDY MART ENT., INC.                        SPEEDY MART ENT., INC.
3860 DIX                                      3860 DIX
LINCOLN PARK, MI  48146 0000                  LINCOLN PARK, MI
                                                     48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|------------|-----------|------|-------|--------|----------|------|-------|-----|
| 696263 | | 6/18/05 | 16925 | BOL# 151931 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 8003 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,003 | 1.68100GL | 10,091.04 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.72500GL | 1,725.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 1.81100GL | 1,811.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,627.04 |
| | | FET GASOLINE | 8003.00 | .18400EA | 1,472.55 |
| | | MI EXCISE GASOLINE | 8003.00 | .18905EA | 1,512.97 |
| | | MI MUSTFA FUND | 8003.00 | .00875EA | 70.03 |
| | | MICHIGAN STATE PRE-PAID | 8003.00 | .09900EA | 792.30 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $17,474.89 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI S                          12:48p  17005   6/20/05
  SOLD TO:                          SHIP TO:
                                                              1

SPEEDY MART ENT., INC.              SPEEDY MART ENT., INC.
3860 DIX                            3860 DIX
LINCOLN PARK, MI  48146 0000        LINCOLN PARK, MI
                                        48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696263 | | 6/20/05 | 17005 | BOL# 152038 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 7299 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,299 | 1.68100GL | 12,269.62 |
| | 1099 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,099 | 1.80450GL | 1,983.15 |

```
                                                ===========
                    ** NET TOTAL                  14,252.77
                FET GASOLINE        7299.00  .18400EA   1,343.02
                FET DIESEL          1099.00  .24300EA     267.06
                MI EXCISE GASOLINE  7299.00  .18905EA   1,379.88
                MI EXCISE DIESEL    1099.00  .15000EA     164.85
                MI MUSTFA FUND      7299.00  .00875EA      63.87
                MI MUSTFA FUND      1099.00  .00875EA       9.62
                LUST FUND           1099.00  .00100EA       1.10
                MICHIGAN STATE PRE-PAID 7299.00 .09900EA   722.60
                                                ===========
                    INVOICE AMOUNT              $18,204.77
```

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

```
BRANCH:  1  MI S                              3:50p  17116   6/22/05
     SOLD TO:                          SHIP TO:
                                                              1

SPEEDY MART ENT., INC.              SPEEDY MART ENT., INC.
3860 DIX                            3860 DIX
LINCOLN PARK, MI  48146 0000        LINCOLN PARK, MI
                                         48146 0000
```

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696263 | | 6/22/05 | 17116 | BOL# 152363 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,004 | 1.67150GL | 10,035.69 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 1.71550GL | 1,713.78 |
| R 1 | 3000 | SUPER UNLEADED 93 | 999 | 1.80150GL | 1,799.70 |

```
                                                        ===========
                  ** NET TOTAL                             13,549.17
              FET GASOLINE           8002.00   .18400EA     1,472.37
              MI EXCISE GASOLINE     8002.00   .18905EA     1,512.78
              MI MUSTFA FUND         8002.00   .00875EA        70.02
              MICHIGAN STATE PRE-PAID 8002.00  .09900EA       792.20
                                                        ===========
                                   INVOICE AMOUNT       $17,396.54
```

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                              12:51p  17193    6/23/05
     SOLD TO:                             SHIP TO:

                                                                    1

SPEEDY MART ENT., INC.              SPEEDY MART ENT., INC.
3860 DIX                            3860 DIX
LINCOLN PARK, MI  48146 0000        LINCOLN PARK, MI
                                           48146 0000

Cust # Smn  Cust P.O.      Date     Ref #  Hauler Truck Ld  From      Terms        TC
696263                    6/23/05   17193  BOL# 152661 1 AMOCO    NET 0 DAYS    ZH

Cl  Item           Description              Qty     Price            Amount
    7999 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000      REGULAR UNLEADED 87        7,000  1.66550GL        11,658.50
R 1 2000      PLUS UNLEADED 89             999  1.70950GL         1,707.79
                                                              ============
              ** NET TOTAL                                      13,366.29
              FET GASOLINE         7999.00   .18400EA            1,471.82
              MI EXCISE GASOLINE   7999.00   .18905EA            1,512.21
              MI MUSTFA FUND       7999.00   .00875EA               69.99
              MICHIGAN STATE PRE-PAID 7999.00 .09900EA              791.90
                                                              ============
                              INVOICE AMOUNT               $17,212.21

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                      1:56p  17555    6/30/05
  SOLD TO:                                    SHIP TO:
                                                                    1

SPEEDY MART ENT., INC.                    SPEEDY MART ENT., INC.
3860 DIX                                  3860 DIX
LINCOLN PARK, MI  48146 0000              LINCOLN PARK, MI
                                               48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696263 | | 6/30/05 | 17555 | BOL# 153686 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8004 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,001 | 1.62700GL | 9,763.63 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,002 | 1.67100GL | 1,674.34 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,001 | 1.75700GL | 1,758.76 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 13,196.73 |
| | | FET GASOLINE | 8004.00 | .18400EA | 1,472.74 |
| | | MI EXCISE GASOLINE | 8004.00 | .18905EA | 1,513.16 |
| | | MI MUSTFA FUND | 8004.00 | .00875EA | 70.04 |
| | | MICHIGAN STATE PRE-PAID | 8004.00 | .09900EA | 792.40 |
| | | | | | ========== |
| | | | INVOICE AMOUNT | | $17,045.07 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                12:44p  89912    7/01/05
    SOLD TO:                        SHIP TO:
                                                                      1

SPEEDY MART ENT., INC.              SPEEDY MART ENT., INC.
3860 DIX                            3860 DIX
LINCOLN PARK, MI  48146 0000        LINCOLN PARK, MI
                                                48146 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696263 | | | 7/01/05 | 89912 | BOL# | 169539 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 7001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,001 | 1.67700GL | 10,063.68 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.72100GL | 1,721.00 |
| | 1000 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,000 | 1.80750GL | 1,807.50 |

```
                                                          ===========
            ** NET TOTAL                                    13,592.18
            FET GASOLINE           7001.00   .18400EA        1,288.18
            FET DIESEL             1000.00   .24300EA          243.00
            MI EXCISE GASOLINE     7001.00   .18905EA        1,323.54
            MI EXCISE DIESEL       1000.00   .15000EA          150.00
            MI MUSTFA FUND         7001.00   .00875EA           61.26
            MI MUSTFA FUND         1000.00   .00875EA            8.75
            LUST FUND              1000.00   .00100EA            1.00
            MICHIGAN STATE PRE-PAID 7001.00  .09900EA          693.10
                                                          ===========
                      INVOICE AMOUNT                      $17,361.01
```

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    2:15p  17698    7/04/05
  SOLD TO:                                 SHIP TO:
                                                                        1

SPEEDY MART ENT., INC.                   SPEEDY MART ENT., INC.
3860 DIX                                 3860 DIX
LINCOLN PARK, MI  48146 0000             LINCOLN PARK, MI
                                              48146 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696263 | | | 7/04/05 | 17698 | BOL# 154320 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 6000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,000 | 1.67700GL | 10,062.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 10,062.00 |
| | | FET GASOLINE | 6000.00 | .18400EA | 1,104.00 |
| | | MI EXCISE GASOLINE | 6000.00 | .18905EA | 1,134.30 |
| | | MI MUSTFA FUND | 6000.00 | .00875EA | 52.50 |
| | | MICHIGAN STATE PRE-PAID | 6000.00 | .09900EA | 594.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $12,946.80 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                1:46p  17938    7/07/05
   SOLD TO:                              SHIP TO:
                                                              1

SPEEDY MART ENT., INC.                 SPEEDY MART ENT., INC.
3860 DIX                               3860 DIX
LINCOLN PARK, MI  48146 0000           LINCOLN PARK, MI
                                            48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696263 | | 7/07/05 | 17938 | BOL# 154725 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 6006 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,006 | 1.79500GL | 10,780.77 |
| | | | | | ========= |
| | | ** NET TOTAL | | | 10,780.77 |
| | | FET GASOLINE | 6006.00 | .18400EA | 1,105.10 |
| | | MI EXCISE GASOLINE | 6006.00 | .18905EA | 1,135.43 |
| | | MI MUSTFA FUND | 6006.00 | .00875EA | 52.55 |
| | | MICHIGAN STATE PRE-PAID | 6006.00 | .09900EA | 594.59 |
| | | | | | ========= |
| | | INVOICE AMOUNT | | | $13,668.44 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.   IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                12:50p  18190    7/10/05
   SOLD TO:                            SHIP TO:
                                                                        1

SPEEDY MART ENT., INC.                  SPEEDY MART ENT., INC.
3860 DIX                                3860 DIX
LINCOLN PARK, MI  48146 0000            LINCOLN PARK, MI
                                             48146 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696263 | | | 7/10/05 | 18190 | BOL# | 155195 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 8006 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,802 | 1.78250GL | 10,342.07 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,104 | 1.82650GL | 2,016.46 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,100 | 1.91250GL | 2,103.75 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 14,462.28 |
| | | FET GASOLINE | 8006.00 | .18400EA | 1,473.10 |
| | | MI EXCISE GASOLINE | 8006.00 | .18905EA | 1,513.53 |
| | | MI MUSTFA FUND | 8006.00 | .00875EA | 70.05 |
| | | MICHIGAN STATE PRE-PAID | 8006.00 | .09900EA | 792.59 |
| | | | | | ============ |
| | | | INVOICE AMOUNT | | $18,311.55 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                          I N V O I C E

                    ARMADA OIL & GAS COMPANY
                    13530 MICHIGAN AVE. #400
                         DEARBORN, MI
                    313 582 1777    48126-0000

   BRANCH:  1  MI V                        11:58a  89955   7/12/05
      SOLD TO:                        SHIP TO:
                                                              1

   SPEEDY MART ENT., INC.            SPEEDY MART ENT., INC.
   3860 DIX                          3860 DIX
   LINCOLN PARK, MI  48146 0000      LINCOLN PARK, MI
                                         48146 0000

   Cust # Smn  Cust P.O.   Date    Ref #  Hauler Truck Ld  From    Terms      TC
   696263                 7/12/05  89955  BOL# 340542 1 AMOCO  NET 0 DAYS  ZH

   Cl  Item        Description          Qty    Price          Amount
        7005 GALLONS FLAMMABLE LIQUID, UN 1203
   R 1 1000        REGULAR UNLEADED 87   6,005  1.78100GL     10,694.91
   R 1 3000        SUPER UNLEADED 93     1,000  1.91100GL      1,911.00
        1001 GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993
   R 2 4000        LOW SULFER DIESEL #2  1,001  1.82550GL      1,827.33
                                                             ===========
                    ** NET TOTAL                              14,433.24
                   FET GASOLINE          7005.00   .18400EA    1,288.92
                   FET DIESEL            1001.00   .24300EA      243.24
                   MI EXCISE GASOLINE    7005.00   .18905EA    1,324.30
                   MI EXCISE DIESEL      1001.00   .15000EA      150.15
                   MI MUSTFA FUND        7005.00   .00875EA       61.29
                   MI MUSTFA FUND        1001.00   .00875EA        8.76
                   LUST FUND             1001.00   .00100EA        1.00
                   MICHIGAN STATE PRE-PAID 7005.00 .09900EA      693.50
                                                             ===========
                            INVOICE AMOUNT              $18,204.40

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
```

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                    11:19a  18486   7/15/05
  SOLD TO:                                  SHIP TO:
                                                                      1

SPEEDY MART ENT., INC.              SPEEDY MART ENT., INC.
3860 DIX                            3860 DIX
LINCOLN PARK, MI  48146 0000        LINCOLN PARK, MI
                                            48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696263 | | 7/15/05 | 18486 | BOL# 156047 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8007 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,005 | 1.67850GL | 11,757.89 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,002 | 1.72250GL | 1,725.95 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,483.84 |
| | | FET GASOLINE | 8007.00 | .18400EA | 1,473.29 |
| | | MI EXCISE GASOLINE | 8007.00 | .18905EA | 1,513.72 |
| | | MI MUSTFA FUND | 8007.00 | .00875EA | 70.06 |
| | | MICHIGAN STATE PRE-PAID | 8007.00 | .09900EA | 792.69 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $17,333.60 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    1:51p  18592    7/18/05
    SOLD TO:                         SHIP TO:
                                                                      1

SPEEDY MART ENT., INC.                SPEEDY MART ENT., INC.
3860 DIX                              3860 DIX
LINCOLN PARK, MI  48146 0000          LINCOLN PARK, MI
                                               48146 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696263 |     |           | 7/18/05 | 18592 | BOL# 156395 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    | 8002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,999 | 1.66000GL | 9,958.34 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,003 | 1.70400GL | 1,709.11 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 1.79000GL | 1,790.00 |
|    |      |                     |      |           | =========== |
|    |      | ** NET TOTAL        |      |           | 13,457.45 |
|    |      | FET GASOLINE        | 8002.00 | .18400EA | 1,472.37 |
|    |      | MI EXCISE GASOLINE  | 8002.00 | .18905EA | 1,512.78 |
|    |      | MI MUSTFA FUND      | 8002.00 | .00875EA | 70.02 |
|    |      | MICHIGAN STATE PRE-PAID | 8002.00 | .09900EA | 792.20 |
|    |      |                     |      |           | =========== |
|    |      | INVOICE AMOUNT      |      |           | $17,304.82 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    1:29p  18835    7/22/05
  SOLD TO:                              SHIP TO:

SPEEDY MART ENT., INC.                  SPEEDY MART ENT., INC.
3860 DIX                                3860 DIX
LINCOLN PARK, MI  48146 0000            LINCOLN PARK, MI
                                              48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696263 | | 7/22/05 | 18835 | BOL# 156924 | 1 | | AMOCO | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 7999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,000 | 1.66250GL | 9,975.00 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 1.70650GL | 1,704.79 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 1.79250GL | 1,792.50 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,472.29 |
| | | FET GASOLINE | 7999.00 | .18400EA | 1,471.82 |
| | | MI EXCISE GASOLINE | 7999.00 | .18905EA | 1,512.21 |
| | | MI MUSTFA FUND | 7999.00 | .00875EA | 69.99 |
| | | MICHIGAN STATE PRE-PAID | 7999.00 | .09900EA | 791.90 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $17,318.21 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____


We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI S                              11:48a  19057    7/26/05
  SOLD TO:                            SHIP TO:
                                                              1

SPEEDY MART ENT., INC.              SPEEDY MART ENT., INC.
3860 DIX                            3860 DIX
LINCOLN PARK, MI  48146 0000        LINCOLN PARK, MI
                                          48146 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696263 | | | 7/26/05 | 19057 | BOL# | 157406 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 8005 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,001 | 1.68350GL | 10,102.68 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,002 | 1.72750GL | 1,730.96 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,002 | 1.81350GL | 1,817.13 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 13,650.77 |
| | | FET GASOLINE | 8005.00 | .18400EA | 1,472.92 |
| | | MI EXCISE GASOLINE | 8005.00 | .18905EA | 1,513.35 |
| | | MI MUSTFA FUND | 8005.00 | .00875EA | 70.04 |
| | | MICHIGAN STATE PRE-PAID | 8005.00 | .09900EA | 792.50 |
| | | | | | ============ |
| | | | | INVOICE AMOUNT | $17,499.58 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    11:47a  19151    7/27/05
   SOLD TO:                                  SHIP TO:
                                                                            1

SPEEDY MART ENT., INC.              SPEEDY MART ENT., INC.
3860 DIX                            3860 DIX
LINCOLN PARK, MI  48146 0000        LINCOLN PARK, MI
                                           48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|------------|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696263 | | 7/27/05 | 19151 | BOL# | 157690 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 8199 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,198 | 1.67750GL | 12,074.65 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,001 | 1.72150GL | 1,723.22 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,797.87 |
| | | FET GASOLINE | 8199.00 | .18400EA | 1,508.62 |
| | | MI EXCISE GASOLINE | 8199.00 | .18905EA | 1,550.02 |
| | | MI MUSTFA FUND | 8199.00 | .00875EA | 71.74 |
| | | MICHIGAN STATE PRE-PAID | 8199.00 | .09900EA | 811.70 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $17,739.95 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    12:18p  19222    7/29/05
    SOLD TO:                              SHIP TO:
                                                                        1

SPEEDY MART ENT., INC.               SPEEDY MART ENT., INC.
3860 DIX                             3860 DIX
LINCOLN PARK, MI  48146 0000         LINCOLN PARK, MI
                                            48146 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696263 | | | 7/29/05 | 19222 | BOL# | 157868 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 7002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,601 | 1.69700GL | 9,504.90 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,401 | 1.82700GL | 2,559.63 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 12,064.53 |
| | | FET GASOLINE | 7002.00 | .18400EA | 1,288.37 |
| | | MI EXCISE GASOLINE | 7002.00 | .18905EA | 1,323.73 |
| | | MI MUSTFA FUND | 7002.00 | .00875EA | 61.27 |
| | | MICHIGAN STATE PRE-PAID | 7002.00 | .09900EA | 693.20 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $15,431.10 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                        1:55p  19405    8/02/05
     SOLD TO:                                   SHIP TO:
                                                                            1

SPEEDY MART ENT., INC.                  SPEEDY MART ENT., INC.
3860 DIX                                3860 DIX
LINCOLN PARK, MI  48146 0000            LINCOLN PARK, MI
                                             48146 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|----|------|----|
| 696263 | | | 8/02/05 | 19405 | BOL# 158452 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 7600 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,600 | 1.74900GL | 13,292.40 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,292.40 |
| | | FET GASOLINE | 7600.00 | .18400EA | 1,398.40 |
| | | MI EXCISE GASOLINE | 7600.00 | .18905EA | 1,436.78 |
| | | MI MUSTFA FUND | 7600.00 | .00875EA | 66.50 |
| | | MICHIGAN STATE PRE-PAID | 7600.00 | .09900EA | 752.40 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $16,946.48 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    1:15p  19757    8/04/05
    SOLD TO:                              SHIP TO:
                                                                      1

SPEEDY MART ENT., INC.                  SPEEDY MART ENT., INC.
3860 DIX                                3860 DIX
LINCOLN PARK, MI  48146 0000            LINCOLN PARK, MI
                                            48146 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696263 | | | 8/04/05 | 19757 | BOL# 158781 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 6067 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 2,816 | 1.80100GL | 5,071.62 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,452 | 1.84500GL | 2,678.94 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,799 | 1.93100GL | 3,473.87 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 11,224.43 |
| | | FET GASOLINE | 6067.00 | .18400EA | 1,116.33 |
| | | MI EXCISE GASOLINE | 6067.00 | .18905EA | 1,146.97 |
| | | MI MUSTFA FUND | 6067.00 | .00875EA | 53.09 |
| | | MICHIGAN STATE PRE-PAID | 6067.00 | .09900EA | 600.63 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $14,141.45 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    4:05p  19921   8/07/05
  SOLD TO:                                SHIP TO:
                                                              1

SPEEDY MART ENT., INC.                  SPEEDY MART ENT., INC.
3860 DIX                                3860 DIX
LINCOLN PARK, MI  48146 0000            LINCOLN PARK, MI
                                            48146 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696263 | | 8/07/05 | 19921 | BOL# 159264 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 7400 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,400 | 1.87050GL | 13,841.70 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,841.70 |
| | | FET GASOLINE | 7400.00 | .18400EA | 1,361.60 |
| | | MI EXCISE GASOLINE | 7400.00 | .18905EA | 1,398.97 |
| | | MI MUSTFA FUND | 7400.00 | .00875EA | 64.75 |
| | | MICHIGAN STATE PRE-PAID | 7400.00 | .09900EA | 732.60 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $17,399.62 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    2:49p  20163    8/11/05
SOLD TO:                            SHIP TO:
                                                              1

SPEEDY MART ENT., INC.              SPEEDY MART ENT., INC.
3860 DIX                            3860 DIX
LINCOLN PARK, MI  48146 0000        LINCOLN PARK, MI
                                          48146 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|----------|------|-------|-----|
| 696263 | | | 8/11/05 | 20163 | BOL# 173467 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 5501 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,501 | 1.93050GL | 6,758.68 |
| R 1 | 2000 | PLUS UNLEADED 89 | 2,000 | 1.97450GL | 3,949.00 |
| | 2001 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 2,001 | 1.92300GL | 3,847.92 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 14,555.60 |
| | | FET GASOLINE | 5501.00 | .18400EA | 1,012.18 |
| | | FET DIESEL | 2001.00 | .24300EA | 486.24 |
| | | MI EXCISE GASOLINE | 5501.00 | .18905EA | 1,039.96 |
| | | MI EXCISE DIESEL | 2001.00 | .15000EA | 300.15 |
| | | MI MUSTFA FUND | 5501.00 | .00875EA | 48.13 |
| | | MI MUSTFA FUND | 2001.00 | .00875EA | 17.51 |
| | | LUST FUND | 2001.00 | .00100EA | 2.00 |
| | | MICHIGAN STATE PRE-PAID | 5501.00 | .09900EA | 544.60 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $18,006.37 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
SUBJECT TO CORRECTION OF CLERICAL ERROR