# EXHIBIT 12(d)

*MARK Q* (handwritten, top right)

# DELIVERY TICKET

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH: 1  SO D                                    12:30p  16575  6/12/05
   SOLD TO:                                        SHIP TO:
                                                                        1
CHERRYHILL AMOCO, INC.                    CHERRYHILL AMOCO, INC.
125 S. CANTON CENTER RD                   125 S. CANTON CENTER RD
CANTON, MI  48187 0000                    CANTON, MI
                                                  48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | T |
|---|---|---|---|---|---|---|---|---|---|---|
| 696496 | | | 6/12/05 | 16575 | | | 0 | AMOCO | NET 0 DAYS | T |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
|  |  | 7400 GALLONS FLAMMABLE LIQUID, UN 1203 |  | 10) 1585 (handwritten) |  |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,400 | GL | 7,401 (handwritten) |
|  |  | FET GASOLINE |  | .18400EA |  |
|  |  | MI EXCISE GASOLINE |  | .18905EA |  |
|  |  | MI MUSTFA FUND |  | .00875EA |  |
|  |  | MICHIGAN STATE PRE-PAID |  | .09900EA |  |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH. IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#  150497 (handwritten)                    R.31 - 7911 (handwritten)
                                              W.O (handwritten)

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

DATE DELIVERED _____    DRUMS RETURNED _____    CASH _____

RECEIVED THE ABOVE DESCRIBED PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

DELIVERED BY _____          RECEIVED BY _Tai'sn_ (signature)


MARK ③

[illegible]

| | |
|---|---|
| [illegible] | 10) 6,000 |
| [illegible] | 11) 1,001 |
| [illegible] | 12) 1,000 |
| | 8,003 |

16885 / 16825 / 17685

[illegible]

[illegible] 51705

2.38 – 81.
?.10 – 77.
5.18 – 75.

[illegible]

Salah

# D E L I V E R Y   T I C K E T

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777      48126-0000

BRANCH: 1  SO D                                                       5:44p  17187  6/23/05
SOLD TO:                                            SHIP TO:
                                                                              1
CANTON AMOCO, INC.                          CANTON AMOCO, INC.
41345 FORD ROAD                             41345 FORD ROAD
CANTON, MI  48187 0000                      CANTON, MI
                                            48187 0000

Cust #  Smn  Cust P.O.     Date     Ref #   Hauler Truck Ld  From       Terms        TC
696463                    6/22/05   17187                0  AMOCO    NET 0 DAYS      TL

Cl  Item         Description                    Qty         Price              Amount
    6000 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000         REGULAR UNLEADED 87            6,000       G   10/ 5800
                 FET GASOLINE                              .18400EA
                 MI EXCISE GASOLINE                        .18905EA    16655
                 MI MUSTFA FUND                            .00875EA
                 MICHIGAN STATE PRE-PAID                   .09900EA

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********
BOL#  152591

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
     SUBJECT TO CORRECTION OF CLERICAL ERROR

DATE DELIVERED  6-23-05      DRUMS RETURNED _____      CASH _____

RECEIVED THE ABOVE DESCRIBED PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

DELIVERED BY  STEVE                    RECEIVED BY X Salee

NL
28
65      NO WATER

Phil (3)

# DELIVERY TICKET

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  SO D                                    12:24p  17384   6/27/05
SOLD TO:                              SHIP TO:                            1

CHERRYHILL AMOCO, INC.                CHERRYHILL AMOCO, INC.
125 S. CANTON CENTER RD               125 S. CANTON CENTER RD
CANTON, MI  48187 0000                CANTON, MI
                                                   48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | T( |
|---|---|---|---|---|---|---|---|---|---|---|
| 696496 | | | 6/27/05 | 17384 | | | 0 | AMOCO | NET 0 DAYS | R|

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| R 1 | 1000 | 7400 GALLONS FLAMMABLE LIQUID, UN 1203 REGULAR UNLEADED 87 | 7,005 NL (0) | 17040 GL | |
| | | FET GASOLINE | | .18400EA | |
| | | MI EXCISE GASOLINE | | .18905EA | |
| | | MI MUSTFA FUND | | .00875EA | |
| | | MICHIGAN STATE PRE-PAID | | .09900EA | |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#  153162

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

DATE DELIVERED  6/27/5          DRUMS RETURNED _____        CASH _____

RECEIVED THE ABOVE DESCRIBED PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

DELIVERED BY  Phil                      RECEIVED BY  Taisler

|    | B4 | AFT | WATR |
|----|----|-----|------|
| NL | 37 | 85  | 0    |

5

# DELIVERY TICKET

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  SO D                                    2:25p  18669    7/19/05
SOLD TO:                          SHIP TO:
                                                                        1
CHERRYHILL AMOCO, INC.            CHERRYHILL AMOCO, INC.
125 S. CANTON CENTER RD           125 S. CANTON CENTER RD
CANTON, MI  48187 0000            CANTON, MI
                                             48187 0000

Cust #  Smn  Cust P.O.    Date      Ref #   Hauler Truck Ld From     Terms       T
696496                   7/18/05   18669                   0 AMOCO  NET 0 DAYS   T

Cl  Item           Description                    Qty     Price     1600    Amount
      7400 GALLONS FLAMMABLE LIQUID, UN 1203                        GL
R 1 1000       REGULAR UNLEADED 87              7,400                   7399  NL
               FET GASOLINE                            .18400EA
               MI EXCISE GASOLINE                      .18905EA
               MI MUSTFA FUND                          .00875EA
               MICHIGAN STATE PRE-PAID                 .09900EA

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********
BOL#  156503

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

DATE DELIVERED  7-19-5          DRUMS RETURNED _____        CASH _____

RECEIVED THE ABOVE DESCRIBED PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
DELIVERED BY  C.M.S.              RECEIVED BY  [signature]

NL  /  18 1/2  /  65

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                          12:10p  26521  11/15/05
   SOLD TO:                          SHIP TO:
                                                                              1
CHERRYHILL AMOCO, INC.               CHERRYHILL AMOCO, INC.
125 S. CANTON CENTER RD              125 S. CANTON CENTER RD
CANTON, MI  48187 0000               CANTON, MI
                                            48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696496 | | | 11/15/05 | 26521 | BOL# 175917 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 4600 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| A | 1 1000 | REGULAR UNLEADED 87 | 4,600 | 1.55800GL | 7,166.80 |
| | | ** NET TOTAL | | | 7,166.80 |
| | | FET GASOLINE | 4600.00 | .18400EA | 846.40 |
| | | MI EXCISE GASOLINE | 4600.00 | .18905EA | 869.63 |
| | | MI MUSTFA FUND | 4600.00 | .00875EA | 40.25 |
| | | MICHIGAN STATE PRE-PAID | 4600.00 | .09900EA | 455.40 |
| | | ALLOWANCE DISCOUNT | 4600.00 | .01500EA | 69.00- |
| | | INVOICE AMOUNT | | | $9,309.48 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********
BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                          10:28a  27719  12/02/05
   SOLD TO:                              SHIP TO:

CHERRYHILL AMOCO, INC.                   CHERRYHILL AMOCO, INC.
125 S. CANTON CENTER RD                  125 S. CANTON CENTER RD
CANTON, MI  48187 0000                   CANTON, MI
                                                    48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696496 | | | 12/02/05 | 27719 | BOL# 179097 | | 1 | AMOCO | NET 0 DAYS | LF |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 6404 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| A 1 | 1000 | REGULAR UNLEADED 87 | 5,002 | 1.60800GL | 8,043.22 |
| A 1 | 3000 | SUPER UNLEADED 93 | 1,402 | 1.73800GL | 2,436.68 |
| | | ** NET TOTAL | | | 10,479.90 |
| | | FET GASOLINE | 6404.00 | .18400EA | 1,178.34 |
| | | MI EXCISE GASOLINE | 6404.00 | .18905EA | 1,210.68 |
| | | MI MUSTFA FUND | 6404.00 | .00875EA | 56.04 |
| | | MICHIGAN STATE PRE-PAID | 6404.00 | .09900EA | 634.00 |
| | | ALLOWANCE DISCOUNT | 6404.00 | .01500EA | 96.06- |
| | | INVOICE AMOUNT | | | $13,462.90 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
   SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                          10:39a  28161  12/09/05
  SOLD TO:                                 SHIP TO:

CHERRYHILL AMOCO, INC.                     CHERRYHILL AMOCO, INC.
125 S. CANTON CENTER RD                    125 S. CANTON CENTER RD
CANTON, MI  48187 0000                     CANTON, MI
                                                      48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696496 | | | 12/09/05 | 28161 | BOL# 180371 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
|  |  | 11410 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| A | 1 1000 | REGULAR UNLEADED 87 | 10,007 | 1.62600GL | 16,271.38 |
| A | 1 3000 | SUPER UNLEADED 93 | 1,403 | 1.75600GL | 2,463.67 |
|  |  | ** NET TOTAL | | | 18,735.05 |
|  |  | FET GASOLINE | 11410.00 | .18400EA | 2,099.44 |
|  |  | MI EXCISE GASOLINE | 11410.00 | .18905EA | 2,157.06 |
|  |  | MI MUSTFA FUND | 11410.00 | .00875EA | 99.84 |
|  |  | MICHIGAN STATE PRE-PAID | 11410.00 | .09900EA | 1,129.59 |
|  |  | ALLOWANCE DISCOUNT | 11410.00 | .01500EA | 171.15- |
|  |  | INVOICE AMOUNT | | | $24,049.83 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH: 1 MI S                                              12:57p  29248  12/23/05
SOLD TO:                              SHIP TO:

CHERRYHILL AMOCO, INC.                CHERRYHILL AMOCO, INC.
125 S. CANTON CENTER RD               125 S. CANTON CENTER RD
CANTON, MI   48187 0000               CANTON, MI
                                                 48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696496 | | | 12/23/05 | 29248 | BOL# 183481 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 9390 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| A 1 | 1000 | REGULAR UNLEADED 87 | 8,001 | 1.64000GL | 13,121.64 |
| A 1 | 3000 | SUPER UNLEADED 93 | 1,389 | 1.77000GL | 2,458.53 |
| | | ** NET TOTAL | | | 15,580.17 |
| | | FET GASOLINE | 9390.00 | .18400EA | 1,727.76 |
| | | MI EXCISE GASOLINE | 9390.00 | .18905EA | 1,775.18 |
| | | MI MUSTFA FUND | 9390.00 | .00875EA | 82.16 |
| | | MICHIGAN STATE PRE-PAID | 9390.00 | .09900EA | 929.61 |
| | | ALLOWANCE DISCOUNT | 9390.00 | .01500EA | 140.85- |
| | | INVOICE AMOUNT | | | $19,954.03 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR