# EXHIBIT 12(e)(1)

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI S                                    2:26p  16477   6/11/05
  SOLD TO:                              SHIP TO:

                                                                        1

CANTON AMOCO, INC.                  CANTON AMOCO, INC.
41345 FORD ROAD                     41345 FORD ROAD
CANTON, MI  48187 0000              CANTON, MI
                                              48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 6/11/05 | 16477 | BOL# | 340543 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 8004 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,002 | 1.54350GL | 9,264.09 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,001 | 1.58110GL | 1,582.68 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,001 | 1.65350GL | 1,655.15 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 12,501.92 |
| | | FET GASOLINE | 8004.00 | .18400EA | 1,472.74 |
| | | MI EXCISE GASOLINE | 8004.00 | .18905EA | 1,513.16 |
| | | MI MUSTFA FUND | 8004.00 | .00875EA | 70.04 |
| | | MICHIGAN STATE PRE-PAID | 8004.00 | .09900EA | 792.40 |
| | | | | | ========== |
| | | INVOICE AMOUNT | | | $16,350.26 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR



EXHIBIT
6
5.15.07

I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                    1:31p  16576    6/12/05
   SOLD TO:                              SHIP TO:
                                                                    1

CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI  48187 0000                   CANTON, MI
                                              48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | 6/12/05 | 16576 | BOL# 150937 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 6001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,001 | 1.58150GL | 9,490.58 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 9,490.58 |
| | | FET GASOLINE | 6001.00 | .18400EA | 1,104.18 |
| | | MI EXCISE GASOLINE | 6001.00 | .18905EA | 1,134.49 |
| | | MI MUSTFA FUND | 6001.00 | .00875EA | 52.51 |
| | | MICHIGAN STATE PRE-PAID | 6001.00 | .09900EA | 594.10 |
| | | | | | ============ |
| | | | INVOICE AMOUNT | | $12,375.86 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI V                                        11:14a  16698   6/15/05
   SOLD TO:                                    SHIP TO:
                                                                          1

CANTON AMOCO, INC.                        CANTON AMOCO, INC.
41345 FORD ROAD                           41345 FORD ROAD
CANTON, MI  48187 0000                    CANTON, MI
                                                   48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|-----|------|-------|-----|
| 696463 | | | 6/15/05 | 16698 | BOL# | 151312 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 6001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,001 | 1.58950GL | 9,538.59 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 9,538.59 |
| | | FET GASOLINE | 6001.00 | .18400EA | 1,104.18 |
| | | MI EXCISE GASOLINE | 6001.00 | .18905EA | 1,134.49 |
| | | MI MUSTFA FUND | 6001.00 | .00875EA | 52.51 |
| | | MICHIGAN STATE PRE-PAID | 6001.00 | .09900EA | 594.10 |
| | | | | | ========== |
| | | | | INVOICE AMOUNT | $12,423.87 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    2:39p  16864    6/17/05
  SOLD TO:                                     SHIP TO:
                                                                    1

CANTON AMOCO, INC.                        CANTON AMOCO, INC.
41345 FORD ROAD                           41345 FORD ROAD
CANTON, MI  48187 0000                    CANTON, MI
                                               48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|----|-------|----|
| 696463 |     |           | 6/17/05 | 16864 | BOL# 151725 | 1 | | AMOCO | NET 0 DAYS | LF |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    | 8003 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,000 | 1.63850GL | 9,831.00 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,001 | 1.68250GL | 1,684.18 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,002 | 1.76850GL | 1,772.04 |

```
                    ** NET TOTAL                          13,287.22
            FET GASOLINE           8003.00    .18400EA      1,472.55
            MI EXCISE GASOLINE     8003.00    .18905EA      1,512.97
            MI MUSTFA FUND         8003.00    .00875EA         70.03
            MICHIGAN STATE PRE-PAID 8003.00   .09900EA        792.30
                                                         ==========
                            INVOICE AMOUNT              $17,135.07
```

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                          1:26p  17019   6/20/05
  SOLD TO:                                    SHIP TO:
                                                                        1

CANTON AMOCO, INC.                          CANTON AMOCO, INC.
41345 FORD ROAD                             41345 FORD ROAD
CANTON, MI  48187 0000                      CANTON, MI
                                                        48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 6/20/05 | 17019 | BOL# 152108 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8006 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,005 | 1.68100GL | 10,094.41 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.72500GL | 1,725.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,001 | 1.81100GL | 1,812.81 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 13,632.22 |
| | | FET GASOLINE | 8006.00 | .18400EA | 1,473.10 |
| | | MI EXCISE GASOLINE | 8006.00 | .18905EA | 1,513.53 |
| | | MI MUSTFA FUND | 8006.00 | .00875EA | 70.05 |
| | | MICHIGAN STATE PRE-PAID | 8006.00 | .09900EA | 792.59 |
| | | | | | ========== |
| | | INVOICE AMOUNT | | | $17,481.49 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                   12:51p  17187   6/23/05
        SOLD TO:                          SHIP TO:
                                                                    1

CANTON AMOCO, INC.                        CANTON AMOCO, INC.
41345 FORD ROAD                           41345 FORD ROAD
CANTON, MI  48187 0000                    CANTON, MI
                                                48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 6/23/05 | 17187 | BOL# | 152591 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 5800 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,800 | 1.66550GL | 9,659.90 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 9,659.90 |
| | | FET GASOLINE | 5800.00 | .18400EA | 1,067.20 |
| | | MI EXCISE GASOLINE | 5800.00 | .18905EA | 1,096.49 |
| | | MI MUSTFA FUND | 5800.00 | .00875EA | 50.75 |
| | | MICHIGAN STATE PRE-PAID | 5800.00 | .09900EA | 574.20 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $12,448.54 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI V
SOLD TO:

1:40p   17304    6/25/05

SHIP TO:

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI
                        48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 6/25/05 | 17304 | BOL# 152918 | 1 | AMOCO | | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 8002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,001 | 1.70400GL | 10,225.70 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.74800GL | 1,748.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,001 | 1.83400GL | 1,835.83 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 13,809.53 |
| | | FET GASOLINE | 8002.00 | .18400EA | 1,472.37 |
| | | MI EXCISE GASOLINE | 8002.00 | .18905EA | 1,512.78 |
| | | MI MUSTFA FUND | 8002.00 | .00875EA | 70.02 |
| | | MICHIGAN STATE PRE-PAID | 8002.00 | .09900EA | 792.20 |
| | | | | | ========== |
| | | INVOICE AMOUNT | | | $17,656.90 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

* * * * * * *

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)
* * * * * * * *

OL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S
   SOLD TO:

12:06p  17383   6/27/05

SHIP TO:

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

1

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI
            48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 6/27/05 | 17383 | BOL# 153162 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 5999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 2,600 | 1.70400GL | 4,430.40 |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,399 | 1.70400GL | 5,791.90 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 10,222.30 |
| | | FET GASOLINE | 5999.00 | .18400EA | 1,103.82 |
| | | MI EXCISE GASOLINE | 5999.00 | .18905EA | 1,134.11 |
| | | MI MUSTFA FUND | 5999.00 | .00875EA | 52.49 |
| | | MICHIGAN STATE PRE-PAID | 5999.00 | .09900EA | 593.90 |
| | | | | | ========== |
| | | INVOICE AMOUNT | | | $13,106.62 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI V
SOLD TO:

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

10:54a  17607   6/30/05
SHIP TO:
                                      1
CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI
        48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|-----|------|-------|-----|
| 696463 |     |           | 6/30/05 | 17607 | BOL# 153788 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 8002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,001 | 1.62700GL | 9,763.63 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,001 | 1.67100GL | 1,672.67 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 1.75700GL | 1,757.00 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 13,193.30 |
| | | FET GASOLINE | 8002.00 | .18400EA | 1,472.37 |
| | | MI EXCISE GASOLINE | 8002.00 | .18905EA | 1,512.78 |
| | | MI MUSTFA FUND | 8002.00 | .00875EA | 70.02 |
| | | MICHIGAN STATE PRE-PAID | 8002.00 | .09900EA | 792.20 |
| | | | | | ========== |
| | | INVOICE AMOUNT | | | $17,040.67 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

e hereby certify that goods covered by this invoice have been produced in
ompliance with the Fair Labor Standards Act of 1938, as amended.
ERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
HARGE will be added to all past due accounts computed by a periodic rate
f 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                        12:44p  89882    7/02/05
   SOLD TO:                                         SHIP TO:

                                                                                  1

CANTON AMOCO, INC.                          CANTON AMOCO, INC.
41345 FORD ROAD                             41345 FORD ROAD
CANTON, MI  48187 0000                      CANTON, MI
                                            48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | 7/02/05 | 89882 | BOL# 347327 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 5798 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,798 | 1.67700GL | 9,723.25 |
| | 500 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 500 | 1.80750GL | 903.75 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 10,627.00 |
| | | FET GASOLINE | 5798.00 | .18400EA | 1,066.83 |
| | | FET DIESEL | 500.00 | .24300EA | 121.50 |
| | | MI EXCISE GASOLINE | 5798.00 | .18905EA | 1,096.11 |
| | | MI EXCISE DIESEL | 500.00 | .15000EA | 75.00 |
| | | MI MUSTFA FUND | 5798.00 | .00875EA | 50.73 |
| | | MI MUSTFA FUND | 500.00 | .00875EA | 4.38 |
| | | LUST FUND | 500.00 | .00100EA | 0.50 |
| | | MICHIGAN STATE PRE-PAID | 5798.00 | .09900EA | 574.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $13,616.05 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

## ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S
   SOLD TO:

SHIP TO:

1:36p  17726   7/05/05

1

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI
      48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 7/05/05 | 17726 | BOL# | 154409 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 7999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,999 | 1.67700GL | 10,060.32 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.72100GL | 1,721.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 1.80700GL | 1,807.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,588.32 |
| | | FET GASOLINE | 7999.00 | .18400EA | 1,471.82 |
| | | MI EXCISE GASOLINE | 7999.00 | .18905EA | 1,512.21 |
| | | MI MUSTFA FUND | 7999.00 | .00875EA | 69.99 |
| | | MICHIGAN STATE PRE-PAID | 7999.00 | .09900EA | 791.90 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $17,434.24 |

OUR OFFICES WILL BE CLOSED ON MONDAY
JULY 4TH.  IN OBSERVANCE OF 4TH OF JULY

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                    2:18p  18189   7/11/05
     SOLD TO:                                 SHIP TO:
                                                                    1
CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI  48187 0000                   CANTON, MI
                                                 48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|-----------------|------|-------|-----|
| 696463 | | | 7/11/05 | 18189 | BOL# 155359 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 6001 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,001 | 1.78250GL | 10,696.78 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 10,696.78 |
| | | FET GASOLINE | 6001.00 | .18400EA | 1,104.18 |
| | | MI EXCISE GASOLINE | 6001.00 | .18905EA | 1,134.49 |
| | | MI MUSTFA FUND | 6001.00 | .00875EA | 52.51 |
| | | MICHIGAN STATE PRE-PAID | 6001.00 | .09900EA | 594.10 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $13,582.06 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S
   SOLD TO:

12:41p  18368   7/14/05

SHIP TO:

1

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI
      48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|-----|------|-------|-----|
| 696463 | | | 7/14/05 | 18368 | BOL# 155791 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 8006 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,003 | 1.76150GL | 10,574.28 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,002 | 1.80550GL | 1,809.11 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,001 | 1.89150GL | 1,893.39 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 14,276.78 |
| | | FET GASOLINE | 8006.00 | .18400EA | 1,473.10 |
| | | MI EXCISE GASOLINE | 8006.00 | .18905EA | 1,513.53 |
| | | MI MUSTFA FUND | 8006.00 | .00875EA | 70.05 |
| | | MICHIGAN STATE PRE-PAID | 8006.00 | .09900EA | 792.59 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $18,126.05 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

### ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI V                                          1:23p  18516    7/16/05
   SOLD TO:                                     SHIP TO:

CANTON AMOCO, INC.                        CANTON AMOCO, INC.
41345 FORD ROAD                           41345 FORD ROAD
CANTON, MI  48187 0000                    CANTON, MI
                                                 48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 7/16/05 | 18516 | BOL# 156142 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 7101 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 1,999 | 1.67350GL | 3,345.33 |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,001 | 1.67350GL | 6,695.67 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,101 | 1.71750GL | 1,890.97 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 11,931.97 |
| | | FET GASOLINE | 7101.00 | .18400EA | 1,306.58 |
| | | MI EXCISE GASOLINE | 7101.00 | .18905EA | 1,342.44 |
| | | MI MUSTFA FUND | 7101.00 | .00875EA | 62.13 |
| | | MICHIGAN STATE PRE-PAID | 7101.00 | .09900EA | 703.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $15,346.12 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                     1:35p  18668    7/19/05
   SOLD TO:                              SHIP TO:
                                                                      1

CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                              48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 7/19/05 | 18668 | BOL# 156503 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 6000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,000 | 1.66000GL | 9,960.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 9,960.00 |
| | | FET GASOLINE | 6000.00 | .18400EA | 1,104.00 |
| | | MI EXCISE GASOLINE | 6000.00 | .18905EA | 1,134.30 |
| | | MI MUSTFA FUND | 6000.00 | .00875EA | 52.50 |
| | | MICHIGAN STATE PRE-PAID | 6000.00 | .09900EA | 594.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $12,844.80 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI S                              1:29p  18841   7/22/05
    SOLD TO:                        SHIP TO:
                                                              1

CANTON AMOCO, INC.                  CANTON AMOCO, INC.
41345 FORD ROAD                     41345 FORD ROAD
CANTON, MI  48187 0000              CANTON, MI
                                        48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 7/22/05 | 18841 | BOL# 156984 | | 1 | AMOCO | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 10998 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 8,000 | 1.66250GL | 13,300.00 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,499 | 1.70650GL | 2,558.04 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,499 | 1.79250GL | 2,686.96 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 18,545.00 |
| | | FET GASOLINE | 10998.00 | .18400EA | 2,023.63 |
| | | MI EXCISE GASOLINE | 10998.00 | .18905EA | 2,079.17 |
| | | MI MUSTFA FUND | 10998.00 | .00875EA | 96.23 |
| | | MICHIGAN STATE PRE-PAID | 10998.00 | .09900EA | 1,088.80 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $23,832.83 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S
  SOLD TO:

11:47a  19121   7/27/05

SHIP TO:
                       1

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI
       48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | 7/27/05 | 19121 | BOL# 345585 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 7507 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,507 | 1.67050GL | 12,540.44 |
| | 1002 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,002 | 1.67900GL | 1,682.36 |

```
                                                    ===========
              ** NET TOTAL                            14,222.80
              FET GASOLINE          7507.00  .18400EA   1,381.29
              FET DIESEL            1002.00  .24300EA     243.49
              MI EXCISE GASOLINE    7507.00  .18905EA   1,419.20
              MI EXCISE DIESEL      1002.00  .15000EA     150.30
              MI MUSTFA FUND        7507.00  .00875EA      65.69
              MI MUSTFA FUND        1002.00  .00875EA       8.77
              LUST FUND             1002.00  .00100EA       1.00
              MICHIGAN STATE PRE-PAID 7507.00 .09900EA    743.19
                                                    ===========
                           INVOICE AMOUNT           $18,235.73
```

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
\*\*\*\*\*\*\*\*          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          \*\*\*\*\*\*\*\*

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777   48126-0000

BRANCH:  1  MI S                                      1:17p  19296    7/30/05
   SOLD TO:                                    SHIP TO:

CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                              48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|----|
| 696463 | | | 7/30/05 | 19296 | BOL# 158155 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 8000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,001 | 1.70950GL | 10,258.71 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.75350GL | 1,753.50 |
| R 1 | 3000 | SUPER UNLEADED 93 | 999 | 1.83950GL | 1,837.66 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,849.87 |
| | | FET GASOLINE | 8000.00 | .18400EA | 1,472.00 |
| | | MI EXCISE GASOLINE | 8000.00 | .18905EA | 1,512.40 |
| | | MI MUSTFA FUND | 8000.00 | .00875EA | 70.00 |
| | | MICHIGAN STATE PRE-PAID | 8000.00 | .09900EA | 792.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $17,696.27 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                    2:38p  19857    8/05/05
    SOLD TO:                                SHIP TO:

CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                             48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|----- |-------|----|
| 696463 |     |           | 8/05/05 | 19857 | BOL# | 159095 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    | 8007 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,003 | 1.87050GL | 11,228.61 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,002 | 2.00050GL | 2,004.50 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,002 | 1.91450GL | 1,918.33 |
|    |      |                 |       |           | =========== |
|    |      | ** NET TOTAL    |       |           | 15,151.44 |
|    |      | FET GASOLINE    | 8007.00 | .18400EA | 1,473.29 |
|    |      | MI EXCISE GASOLINE | 8007.00 | .18905EA | 1,513.72 |
|    |      | MI MUSTFA FUND  | 8007.00 | .00875EA | 70.06 |
|    |      | MICHIGAN STATE PRE-PAID | 8007.00 | .09900EA | 792.69 |
|    |      |                 |       |           | =========== |
|    |      | INVOICE AMOUNT  |       |           | $19,001.20 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                    1:55p 19510    8/03/05
   SOLD TO:                                    SHIP TO:
                                                                    1

CANTON AMOCO, INC.                          CANTON AMOCO, INC.
41345 FORD ROAD                             41345 FORD ROAD
CANTON, MI  48187 0000                      CANTON, MI
                                                  48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 8/03/05 | 19510 | BOL# 158617 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 5600 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,600 | 1.80100GL | 10,085.60 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 10,085.60 |
| | | FET GASOLINE | 5600.00 | .18400EA | 1,030.40 |
| | | MI EXCISE GASOLINE | 5600.00 | .18905EA | 1,058.68 |
| | | MI MUSTFA FUND | 5600.00 | .00875EA | 49.00 |
| | | MICHIGAN STATE PRE-PAID | 5600.00 | .09900EA | 554.40 |
| | | | | | ========== |
| | | INVOICE AMOUNT | | | $12,778.08 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                    1:57p  20059   8/10/05
    SOLD TO:                              SHIP TO:

CANTON AMOCO, INC.                    CANTON AMOCO, INC.
41345 FORD ROAD                       41345 FORD ROAD
CANTON, MI  48187 0000                CANTON, MI
                                              48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|----------|------|-------|-----|
| 696463 | | | 8/10/05 | 20059 | BOL# 159697 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 8000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,000 | 1.87400GL | 11,244.00 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.91800GL | 1,918.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.00400GL | 2,004.00 |
| | | | | | ========== |
| | | | | | 15,166.00 |
| | | ** NET TOTAL | | | |
| | | FET GASOLINE | 8000.00 | .18400EA | 1,472.00 |
| | | MI EXCISE GASOLINE | 8000.00 | .18905EA | 1,512.40 |
| | | MI MUSTFA FUND | 8000.00 | .00875EA | 70.00 |
| | | MICHIGAN STATE PRE-PAID | 8000.00 | .09900EA | 792.00 |
| | | | | | ========== |
| | | | | INVOICE AMOUNT | $19,012.40 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    1:35p  20329   8/14/05
    SOLD TO:                             SHIP TO:
                                                                    1

CANTON AMOCO, INC.                   CANTON AMOCO, INC.
41345 FORD ROAD                      41345 FORD ROAD
CANTON, MI  48187 0000               CANTON, MI
                                          48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 8/14/05 | 20329 | BOL# | 160296 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 7390 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,390 | 2.10000GL | 15,519.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 15,519.00 |
| | | FET GASOLINE | 7390.00 | .18400EA | 1,359.76 |
| | | MI EXCISE GASOLINE | 7390.00 | .18905EA | 1,397.08 |
| | | MI MUSTFA FUND | 7390.00 | .00875EA | 64.66 |
| | | MICHIGAN STATE PRE-PAID | 7390.00 | .09900EA | 731.61 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $19,072.11 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

## ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S
   SOLD TO:
                                           2:36p  91025  8/19/05
SHIP TO:
                                              1

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI
      48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 8/19/05 | 91025 | BOL# | 161106 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 8999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,001 | 2.00050GL | 14,005.50 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 2.04450GL | 2,042.46 |
| R 1 | 3000 | SUPER UNLEADED 93 | 999 | 2.13050GL | 2,128.37 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 18,176.33 |
| | | FET GASOLINE | 8999.00 | .18400EA | 1,655.82 |
| | | MI EXCISE GASOLINE | 8999.00 | .18905EA | 1,701.26 |
| | | MI MUSTFA FUND | 8999.00 | .00875EA | 78.74 |
| | | MICHIGAN STATE PRE-PAID | 8999.00 | .09900EA | 890.90 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $22,503.05 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                              1:17p  20820   8/24/05
  SOLD TO:                              SHIP TO:
                                                              1

CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                            48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 8/24/05 | 20820 | BOL# 161864 | 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 4000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 2.00050GL | 8,002.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 8,002.00 |
| | | FET GASOLINE | 4000.00 | .18400EA | 736.00 |
| | | MI EXCISE GASOLINE | 4000.00 | .18905EA | 756.20 |
| | | MI MUSTFA FUND | 4000.00 | .00875EA | 35.00 |
| | | MICHIGAN STATE PRE-PAID | 4000.00 | .09900EA | 396.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $9,925.20 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    12:25p  20959    8/26/05
SOLD TO:                                 SHIP TO:
                                                                        1

CANTON AMOCO, INC.                        CANTON AMOCO, INC.
41345 FORD ROAD                           41345 FORD ROAD
CANTON, MI  48187 0000                    CANTON, MI
                                                     48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|------------|-----------|------|-------|--------|----------|------|-------|-----|
| 696463 | | 8/26/05 | 20959 | BOL# | 162199 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 8001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,001 | 2.03600GL | 12,218.04 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 2.08000GL | 2,080.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.16600GL | 2,166.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 16,464.04 |
| | | FET GASOLINE | 8001.00 | .18400EA | 1,472.18 |
| | | MI EXCISE GASOLINE | 8001.00 | .18905EA | 1,512.59 |
| | | MI MUSTFA FUND | 8001.00 | .00875EA | 70.01 |
| | | MICHIGAN STATE PRE-PAID | 8001.00 | .09900EA | 792.10 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $20,310.92 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                              3:17p  90947    8/29/05
   SOLD TO:                                         SHIP TO:
                                                                          1

CANTON AMOCO, INC.                        CANTON AMOCO, INC.
41345 FORD ROAD                           41345 FORD ROAD
CANTON, MI  48187 0000                    CANTON, MI
                                                  48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | 8/29/05 | 90947 | BOL# 162627 1 | AMOCO | NET 0 DAYS | LF |

| Cl  Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| 4003 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 1000 | REGULAR UNLEADED 87 | 4,003 | 2.03450GL | 8,144.10 |
| | | | | =========== |
| | ** NET TOTAL | | | 8,144.10 |
| | FET GASOLINE | 4003.00 | .18400EA | 736.55 |
| | MI EXCISE GASOLINE | 4003.00 | .18905EA | 756.77 |
| | MI MUSTFA FUND | 4003.00 | .00875EA | 35.03 |
| | MICHIGAN STATE PRE-PAID | 4003.00 | .09900EA | 396.30 |
| | | | | =========== |
| | | | INVOICE AMOUNT | $10,068.75 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI S                                    3:45p  90220   8/31/05
  SOLD TO:                                SHIP TO:
                                                             1

CANTON AMOCO, INC.                          CANTON AMOCO, INC.
41345 FORD ROAD                             41345 FORD ROAD
CANTON, MI  48187 0000                      CANTON, MI
                                                  48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|------------|-----------|------|-------|-----------------|------|-------|-----|
| 696463 | | 8/31/05 | 90220 | BOL# 163037 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 4000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 2.52950GL | 10,118.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 10,118.00 |
| | | FET GASOLINE | 4000.00 | .18400EA | 736.00 |
| | | MI EXCISE GASOLINE | 4000.00 | .18905EA | 756.20 |
| | | MI MUSTFA FUND | 4000.00 | .00875EA | 35.00 |
| | | MICHIGAN STATE PRE-PAID | 4000.00 | .09900EA | 396.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $12,041.20 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI S
  SOLD TO:

9:59a  90658    9/02/05

SHIP TO:

1

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI
    48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|----- |-------|-----|
| 696463 | | | 9/02/05 | 90658 | BOL# 163569 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 7000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 2.45450GL | 9,818.00 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,500 | 2.49850GL | 3,747.75 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,500 | 2.58450GL | 3,876.75 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 17,442.50 |
| | | FET GASOLINE | 7000.00 | .18400EA | 1,288.00 |
| | | MI EXCISE GASOLINE | 7000.00 | .18905EA | 1,323.35 |
| | | MI MUSTFA FUND | 7000.00 | .00875EA | 61.25 |
| | | MICHIGAN STATE PRE-PAID | 7000.00 | .09900EA | 693.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $20,808.10 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                    1:53p  21687    9/08/05
  SOLD TO:                                SHIP TO:
                                                                1

CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                               48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|-----------------|------|-------|-----|
| 696463 | | | 9/08/05 | 21687 | BOL# 164225 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 3999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,999 | 2.25450GL | 9,015.75 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 9,015.75 |
| | | FET GASOLINE | 3999.00 | .18400EA | 735.82 |
| | | MI EXCISE GASOLINE | 3999.00 | .18905EA | 756.01 |
| | | MI MUSTFA FUND | 3999.00 | .00875EA | 34.99 |
| | | MICHIGAN STATE PRE-PAID | 3999.00 | .09900EA | 395.90 |
| | | | | | =========== |
| | | | INVOICE AMOUNT | | $10,938.47 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    12:01p  21955   9/12/05
  SOLD TO:                                        SHIP TO:

CANTON AMOCO, INC.                         CANTON AMOCO, INC.
41345 FORD ROAD                            41345 FORD ROAD
CANTON, MI  48187 0000                     CANTON, MI
                                                48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 9/12/05 | 21955 | BOL# 164930 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 3599 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,599 | 2.05850GL | 7,408.54 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 7,408.54 |
| | | FET GASOLINE | 3599.00 | .18400EA | 662.22 |
| | | MI EXCISE GASOLINE | 3599.00 | .18905EA | 680.39 |
| | | MI MUSTFA FUND | 3599.00 | .00875EA | 31.49 |
| | | MICHIGAN STATE PRE-PAID | 3599.00 | .09900EA | 356.30 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $9,138.94 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____


We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                              1:30p  22103   9/15/05
  SOLD TO:                             SHIP TO:
                                                              1

CANTON AMOCO, INC.                     CANTON AMOCO, INC.
41345 FORD ROAD                        41345 FORD ROAD
CANTON, MI  48187 0000                 CANTON, MI
                                            48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 |     |           | 9/15/05 | 22103 | BOL# 165340 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    | 4002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 2,600 | 2.02250GL | 5,258.50 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,402 | 2.15250GL | 3,017.81 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 8,276.31 |
| | | FET GASOLINE | 4002.00 | .18400EA | 736.37 |
| | | MI EXCISE GASOLINE | 4002.00 | .18905EA | 756.58 |
| | | MI MUSTFA FUND | 4002.00 | .00875EA | 35.02 |
| | | MICHIGAN STATE PRE-PAID | 4002.00 | .09900EA | 396.20 |
| | | | | | =========== |
| | | | INVOICE AMOUNT | | $10,200.48 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                1:30p  22103   9/15/05
  SOLD TO:                              SHIP TO:
                                                                    1
CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                             48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|----|------|-----|
| 696463 | | | 9/15/05 | 22103 | BOL# 165340 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 4002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 2,600 | 2.02250GL | 5,258.50 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,402 | 2.15250GL | 3,017.81 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 8,276.31 |
| | | FET GASOLINE | 4002.00 | .18400EA | 736.37 |
| | | MI EXCISE GASOLINE | 4002.00 | .18905EA | 756.58 |
| | | MI MUSTFA FUND | 4002.00 | .00875EA | 35.02 |
| | | MICHIGAN STATE PRE-PAID | 4002.00 | .09900EA | 396.20 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $10,200.48 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    2:47p  68093   9/16/05
    SOLD TO:                              SHIP TO:
                                                                      1

CANTON AMOCO, INC.                   CANTON AMOCO, INC.
41345 FORD ROAD                      41345 FORD ROAD
CANTON, MI  48187 0000               CANTON, MI
                                          48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|----------|------|-------|-----|
| 696463 |     |           | 9/16/05 | 68093 | BOL# 165562 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    |  | 7999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,999 | 1.99250GL | 13,945.51 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 2.03650GL | 2,036.50 |
|    |  | 999 GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 999 | 2.09800GL | 2,095.90 |

```
                                                      ===========
                    ** NET TOTAL                        18,077.91
                FET GASOLINE          7999.00  .18400EA   1,471.82
                FET DIESEL             999.00  .24300EA     242.76
                MI EXCISE GASOLINE    7999.00  .18905EA   1,512.21
                MI EXCISE DIESEL       999.00  .15000EA     149.85
                MI MUSTFA FUND        7999.00  .00875EA      69.99
                MI MUSTFA FUND         999.00  .00875EA       8.74
                LUST FUND              999.00  .00100EA       1.00
                MICHIGAN STATE PRE-PAID 7999.00 .09900EA    791.90
                                                      ===========
                        INVOICE AMOUNT              $22,326.18
```

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    2:18p  22405   9/20/05
   SOLD TO:                                  SHIP TO:

CANTON AMOCO, INC.                          CANTON AMOCO, INC.
41345 FORD ROAD                             41345 FORD ROAD
CANTON, MI  48187 0000                      CANTON, MI
                                                  48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | 9/20/05 | 22405 | BOL# 166058 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 4400 GALLONS FLAMMABLE LIQUID, UN 1203 | | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,400 | 2.02650GL | 8,916.60 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 8,916.60 |
| | | FET GASOLINE | 4400.00 | .18400EA | 809.60 |
| | | MI EXCISE GASOLINE | 4400.00 | .18905EA | 831.82 |
| | | MI MUSTFA FUND | 4400.00 | .00875EA | 38.50 |
| | | MICHIGAN STATE PRE-PAID | 4400.00 | .09900EA | 435.60 |
| | | | | | =========== |
| | | | INVOICE AMOUNT | | $11,032.12 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

## ARMADA OIL & GAS COMPANY
### 13530 MICHIGAN AVE. #400
### DEARBORN, MI
### 313 582 1777    48126-0000

BRANCH: 1  SO V                                    2:21p  22886   9/22/05
   SOLD TO:                               SHIP TO:

                                                                            1

CANTON AMOCO, INC.                          CANTON AMOCO, INC.
41345 FORD ROAD                             41345 FORD ROAD
CANTON, MI  48187 0000                      CANTON, MI
                                              48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|----|
| 696463 |     |           | 9/22/05 | 22886 |     |       | 0 | PLANT | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    | 4000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 2.05350GL | 8,214.00 |
|    |      |                     |       |           | =========== |
|    |      | ** NET TOTAL        |       |           | 8,214.00 |
|    |      | FET GASOLINE        | 4000.00 | .18400EA | 736.00 |
|    |      | MI EXCISE GASOLINE  | 4000.00 | .18905EA | 756.20 |
|    |      | MI MUSTFA FUND      | 4000.00 | .00875EA | 35.00 |
|    |      | MICHIGAN STATE PRE-PAID | 4000.00 | .09900EA | 396.00 |
|    |      |                     |       |           | =========== |
|    |      |                     |       | INVOICE AMOUNT | $10,137.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH: 1 SO V                                    2:21p  22848   9/22/05
  SOLD TO:                              SHIP TO:
                                                                      1
CANTON AMOCO, INC.                 CANTON AMOCO, INC.
41345 FORD ROAD                    41345 FORD ROAD
CANTON, MI  48187 0000             CANTON, MI
                                        48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 9/22/05 | 22848 | | 0 | PLANT | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 4000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 2.07350GL | 8,294.00 |

```
                                                  ===========
                        ** NET TOTAL                 8,294.00
        FET GASOLINE            4000.00  .18400EA       736.00
        MI EXCISE GASOLINE      4000.00  .18905EA       756.20
        MI MUSTFA FUND          4000.00  .00875EA        35.00
        MICHIGAN STATE PRE-PAID 4000.00  .09900EA       396.00
                                                  ===========
                        CREDIT AMOUNT             $10,217.20
```

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
\*\*\*\*\*\*\*\*          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        \*\*\*\*\*\*\*\*

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR



# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    1:10p  22848   9/22/05
   SOLD TO:                                 SHIP TO:
                                                                      1

CANTON AMOCO, INC.                    CANTON AMOCO, INC.
41345 FORD ROAD                       41345 FORD ROAD
CANTON, MI  48187 0000                CANTON, MI
                                           48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | 9/22/05 | 22848 | BOL# 166441 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 4000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 2.07350GL | 8,294.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 8,294.00 |
| | | FET GASOLINE | 4000.00 | .18400EA | 736.00 |
| | | MI EXCISE GASOLINE | 4000.00 | .18905EA | 756.20 |
| | | MI MUSTFA FUND | 4000.00 | .00875EA | 35.00 |
| | | MICHIGAN STATE PRE-PAID | 4000.00 | .09900EA | 396.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $10,217.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
             SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

### ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI V                          1:10p  22662    9/23/05
SOLD TO:                          SHIP TO:
                                                          1

CANTON AMOCO, INC.                CANTON AMOCO, INC.
41345 FORD ROAD                   41345 FORD ROAD
CANTON, MI  48187 0000            CANTON, MI
                                         48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|-----|------|-------|-----|
| 696463 |     |           | 9/23/05 | 22662 | BOL# | 166716 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|-----|------|-------------|-----|-------|--------|
|     |      | 5798 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,798 | 2.07350GL | 12,022.15 |
|     |      |                     |       |           | =========== |
|     |      | ** NET TOTAL | | | 12,022.15 |
|     |      | FET GASOLINE | 5798.00 | .18400EA | 1,066.83 |
|     |      | MI EXCISE GASOLINE | 5798.00 | .18905EA | 1,096.11 |
|     |      | MI MUSTFA FUND | 5798.00 | .00875EA | 50.73 |
|     |      | MICHIGAN STATE PRE-PAID | 5798.00 | .09900EA | 574.00 |
|     |      |                     |       |           | =========== |
|     |      | INVOICE AMOUNT | | | $14,809.82 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                              12:04p  91118   9/27/05
   SOLD TO:                              SHIP TO:
                                                              1

CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI  48187 0000                   CANTON, MI
                                              48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|------------|-----------|------|-------|-----------------|------|-------|-----|
| 696463 | | 9/27/05 | 91118 | BOL# 167279 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 9000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,001 | 2.14300GL | 15,003.14 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 2.18700GL | 2,187.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 999 | 2.27300GL | 2,270.73 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 19,460.87 |
| | | FET GASOLINE | 9000.00 | .18400EA | 1,656.00 |
| | | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | | MICHIGAN STATE PRE-PAID | 9000.00 | .09900EA | 891.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $23,788.07 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                          I N V O I C E

                  ARMADA OIL & GAS COMPANY
                  13530 MICHIGAN AVE. #400
                        DEARBORN, MI
                  313 582 1777    48126-0000

     BRANCH:  1  MI S                      11:11a  23526  10/04/05
          SOLD TO:                      SHIP TO:
                                                           1
     CANTON AMOCO, INC.               CANTON AMOCO, INC.
     41345 FORD ROAD                  41345 FORD ROAD
     CANTON, MI  48187 0000           CANTON, MI
                                           48187 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|----|
| 696463 | | | 10/04/05 | 23526 | BOL# | 168382 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 9000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,000 | 2.29000GL | 16,030.00 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 2.33400GL | 2,334.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.42000GL | 2,420.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 20,784.00 |
| | | FET GASOLINE | 9000.00 | .18300EA | 1,647.00 |
| | | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | | MICHIGAN STATE PRE-PAID | 9000.00 | .09900EA | 891.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $25,102.20 |

```
IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
```

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
               SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                    I N V O I C E

              ARMADA OIL & GAS COMPANY
              13530 MICHIGAN AVE. #400
                   DEARBORN, MI
              313 582 1777    48126-0000

BRANCH:  1  MI S                        1:33p  24025  10/08/05
   SOLD TO:                      SHIP TO:
                                                           1
CANTON AMOCO, INC.              CANTON AMOCO, INC.
41345 FORD ROAD                 41345 FORD ROAD
CANTON, MI  48187 0000          CANTON, MI
                                      48187 0000

Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck Ld  From    Terms     TC
696463                 10/08/05  24025  BOL# 169166 1 AMOCO   NET 0 DAYS  ZH

Cl  Item        Description              Qty    Price         Amount
     6001 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000        REGULAR UNLEADED 87     6,001  2.03250GL     12,197.03
                                                            ===========
                  ** NET TOTAL                               12,197.03
              FET GASOLINE           6001.00   .18400EA       1,104.18
              MI EXCISE GASOLINE     6001.00   .18905EA       1,134.49
              MI MUSTFA FUND         6001.00   .00875EA          52.51
              MICHIGAN STATE PRE-PAID 6001.00  .09900EA         594.10
                                                            ===========
                              INVOICE AMOUNT               $15,082.31

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********

BOL#_____
```

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
             SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

## ARMADA OIL & GAS COMPANY
### 13530 MICHIGAN AVE. #400
### DEARBORN, MI
### 313 582 1777    48126-0000

BRANCH: 1  MI S                                    1:08p  41345  10/10/05
  SOLD TO:                                    SHIP TO:
                                                                        1

CANTON AMOCO, INC.                    CANTON AMOCO, INC.
41345 FORD ROAD                       41345 FORD ROAD
CANTON, MI  48187 0000                CANTON, MI
                                          48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 10/10/05 | 41345 | BOL# | 169629 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 8999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,998 | 2.01550GL | 14,104.47 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,001 | 2.05950GL | 2,061.56 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.14550GL | 2,145.50 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 18,311.53 |
| | | FET GASOLINE | 8999.00 | .18400EA | 1,655.82 |
| | | MI EXCISE GASOLINE | 8999.00 | .18905EA | 1,701.26 |
| | | MI MUSTFA FUND | 8999.00 | .00875EA | 78.74 |
| | | MICHIGAN STATE PRE-PAID | 8999.00 | .09900EA | 890.90 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $22,638.25 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
* * * * * * * *         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        * * * * * * * *

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI S                                   1:19p  24414  10/16/05
SOLD TO:                                   SHIP TO:
                                                                      1

CANTON AMOCO, INC.                         CANTON AMOCO, INC.
41345 FORD ROAD                            41345 FORD ROAD
CANTON, MI  48187 0000                     CANTON, MI
                                                  48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|----|-------|----|
| 696463 | | | 10/16/05 | 24414 | BOL# | 170523 | 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 3998 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,998 | 1.92950GL | 7,714.14 |

```
                                                        ===========
                       ** NET TOTAL                        7,714.14
            FET GASOLINE          3998.00   .18400EA          735.63
            MI EXCISE GASOLINE    3998.00   .18905EA          755.82
            MI MUSTFA FUND        3998.00   .00875EA           34.98
            MICHIGAN STATE PRE-PAID 3998.00 .09900EA          395.80
                                                        ===========
                            INVOICE AMOUNT               $9,636.37
```

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    3:10p  24516  10/18/05
  SOLD TO:                              SHIP TO:
                                                                          1

CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI  48187 0000                   CANTON, MI
                                               48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 10/18/05 | 24516 | BOL# 170813 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| | 6002 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 1000 | REGULAR UNLEADED 87 | 6,002 | 2.00050GL | 12,007.00 |
| | | | | =========== |
| | ** NET TOTAL | | | 12,007.00 |
| | FET GASOLINE | 6002.00 | .18400EA | 1,104.37 |
| | MI EXCISE GASOLINE | 6002.00 | .18905EA | 1,134.68 |
| | MI MUSTFA FUND | 6002.00 | .00875EA | 52.52 |
| | MICHIGAN STATE PRE-PAID | 6002.00 | .09900EA | 594.20 |
| | | | | =========== |
| | INVOICE AMOUNT | | | $14,892.77 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI 0  (HISTORY)                              24755  10/22/05
     SOLD TO:                              SHIP TO:
                                           CANTON AMOCO, INC.           1
CANTON AMOCO, INC.                         41345 FORD ROAD
41345 FORD ROAD
CANTON, MI  48187 0000                     CANTON, MI
                                                   48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck | From | Terms |
|---|---|---|---|---|---|---|
| 696463 | | 10/22/05 | 24755 | BOL# 171593 1 | AMOCO | NET 0 DAYS  ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 9014 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,004 | 1.87050GL 1.87050GL | 13,100.98 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,004 | 1.91450GL 1.91450GL | 1,922.16 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,006 | 2.00050GL 2.00050GL | 2,012.50 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 17,035.64 |
| | | FET GASOLINE | 9014.00 | .18400EA | 1,658.58 |
| | | MI EXCISE GASOLINE | 9014.00 | .18905EA | 1,704.10 |
| | | MI MUSTFA FUND | 9014.00 | .00875EA | 78.87 |
| | | MICHIGAN STATE PRE-PAID | 9014.00 | .09900EA | 892.39 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $21,369.58 |

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

## ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                          11:41a  25706  11/03/05
    SOLD TO:                          SHIP TO:
                                                              1

CANTON AMOCO, INC.                  CANTON AMOCO, INC.
41345 FORD ROAD                     41345 FORD ROAD
CANTON, MI  48187 0000              CANTON, MI
                                          48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | 11/03/05 | 25706 | BOL# 173603 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 3999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,999 | 1.66900GL | 6,674.33 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 6,674.33 |
| | | FET GASOLINE | 3999.00 | .18400EA | 735.82 |
| | | MI EXCISE GASOLINE | 3999.00 | .18905EA | 756.01 |
| | | MI MUSTFA FUND | 3999.00 | .00875EA | 34.99 |
| | | MICHIGAN STATE PRE-PAID | 3999.00 | .09900EA | 395.90 |
| | | | | | ========== |
| | | INVOICE AMOUNT | | | $8,597.05 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                          I N V O I C E

                   ARMADA OIL & GAS COMPANY
                   13530 MICHIGAN AVE. #400
                          DEARBORN, MI
                   313 582 1777    48126-0000

  BRANCH: 1  MI S                        9:52a  25786  11/04/05
     SOLD TO:                        SHIP TO:

  CANTON AMOCO, INC.                 CANTON AMOCO, INC.
  41345 FORD ROAD                    41345 FORD ROAD
  CANTON, MI  48187 0000             CANTON, MI
                                           48187 0000

 Cust # Smn  Cust P.O.   Date    Ref #  Hauler Truck Ld  From   Terms        TC
 696463                11/04/05  25786  BOL# 173844  1 AMOCO   NET 0 DAYS   ZH

 Cl  Item         Description            Qty    Price          Amount
       9004 GALLONS FLAMMABLE LIQUID, UN 1203
 R 1 1000        REGULAR UNLEADED 87    7,002  1.74800GL      12,239.50
 R 1 2000        PLUS UNLEADED 89       1,000  1.79200GL       1,792.00
 R 1 3000        SUPER UNLEADED 93      1,002  1.87800GL       1,881.76
                                                           ===========
                   ** NET TOTAL                             15,913.26
                 FET GASOLINE         9004.00   .18400EA      1,656.74
                 MI EXCISE GASOLINE   9004.00   .18905EA      1,702.21
                 MI MUSTFA FUND       9004.00   .00875EA         78.79
                 MICHIGAN STATE PRE-PAID 9004.00 .09900EA        891.40
                                                           ===========
                          INVOICE AMOUNT             $20,242.40

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR
```

I N V O I C E

                    ARMADA OIL & GAS COMPANY
                    13530 MICHIGAN AVE. #400
                         DEARBORN, MI
                    313 582 1777    48126-0000

    BRANCH:  1  MI S                      1:09p  26762  11/19/05
       SOLD TO:                        SHIP TO:
                                                              1

    CANTON AMOCO, INC.                  CANTON AMOCO, INC.
    41345 FORD ROAD                     41345 FORD ROAD
    CANTON, MI  48187 0000              CANTON, MI
                                            48187 0000

  Cust # Smn  Cust P.O.   Date    Ref #   Hauler Truck Ld  From      Terms        TC
  696463                11/19/05  26762   BOL# 176568 1 AMOCO    NET 0 DAYS   ZE

  Cl  Item          Description              Qty     Price           Amount
       9004 GALLONS FLAMMABLE LIQUID, UN 1203
  R 1 1000          REGULAR UNLEADED 87      6,998  1.54200GL        10,790.92
  R 1 2000          PLUS UNLEADED 89         1,004  1.58600GL         1,592.34
  R 1 3000          SUPER UNLEADED 93        1,002  1.67200GL         1,675.34
                                                                  ===========
                      ** NET TOTAL                                 14,058.60
                    FET GASOLINE            9004.00   .18400EA        1,656.74
                    MI EXCISE GASOLINE      9004.00   .18905EA        1,702.21
                    MI MUSTFA FUND          9004.00   .00875EA           78.79
                    MICHIGAN STATE PRE-PAID 9004.00   .09900EA          891.40
                                                                  ===========
                              INVOICE AMOUNT                      $18,387.74

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____


We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S
   SOLD TO:

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

SHIP TO:

               1

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI
      48187 0000

1:41p  27098  11/25/05

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 11/25/05 | 27098 | BOL# | 177718 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 3999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,999 | 1.52500GL | 6,098.48 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 6,098.48 |
| | | FET GASOLINE | 3999.00 | .18400EA | 735.82 |
| | | MI EXCISE GASOLINE | 3999.00 | .18905EA | 756.01 |
| | | MI MUSTFA FUND | 3999.00 | .00875EA | 34.99 |
| | | MICHIGAN STATE PRE-PAID | 3999.00 | .09900EA | 395.90 |
| | | | | | =========== |
| | | | INVOICE AMOUNT | | $8,021.20 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

### ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI S                                    1:40p  27238  11/27/05
   SOLD TO:                             SHIP TO:
                                                                           1

CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                             48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 11/27/05 | 27238 | BOL# | 177963 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 4000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 1.52500GL | 6,100.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 6,100.00 |
| | | FET GASOLINE | 4000.00 | .18400EA | 736.00 |
| | | MI EXCISE GASOLINE | 4000.00 | .18905EA | 756.20 |
| | | MI MUSTFA FUND | 4000.00 | .00875EA | 35.00 |
| | | MICHIGAN STATE PRE-PAID | 4000.00 | .09900EA | 396.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $8,023.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI S                              1:42p  27378  11/28/05
   SOLD TO:                            SHIP TO:
                                                            1
CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                               48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|------------|-----------|------|-------|--------|-------|----|----|-------|----|
| 696463 | | 11/28/05 | 27378 | BOL# | 178246 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 6004 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,004 | 1.49600GL | 8,981.98 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 8,981.98 |
| | | FET GASOLINE | 6004.00 | .18400EA | 1,104.74 |
| | | MI EXCISE GASOLINE | 6004.00 | .18905EA | 1,135.06 |
| | | MI MUSTFA FUND | 6004.00 | .00875EA | 52.54 |
| | | MICHIGAN STATE PRE-PAID | 6004.00 | .09900EA | 594.40 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $11,868.72 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

### ARMADA OIL & GAS COMPANY
### 13530 MICHIGAN AVE. #400
### DEARBORN, MI
### 313 582 1777    48126-0000

BRANCH: 1  SO V                                    10:00a  27378  11/28/05
    SOLD TO:                                    SHIP TO:
                                                                             1

CANTON AMOCO, INC.                        CANTON AMOCO, INC.
41345 FORD ROAD                           41345 FORD ROAD
CANTON, MI  48187 0000                    CANTON, MI
                                          48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | 11/28/05 | 27378 | | | 0 | PLANT | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 6004 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,004 | 1.49600GL | 8,981.98 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 8,981.98 |
| | | FET GASOLINE | 6004.00 | .18400EA | 1,104.74 |
| | | MI EXCISE GASOLINE | 6004.00 | .18905EA | 1,135.06 |
| | | MI MUSTFA FUND | 6004.00 | .00875EA | 52.54 |
| | | MICHIGAN STATE PRE-PAID | 6004.00 | .09900EA | 594.40 |
| | | | | | =========== |
| | | CREDIT AMOUNT | | | $11,868.72 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

### ARMADA OIL & GAS COMPANY
### 13530 MICHIGAN AVE. #400
### DEARBORN, MI
### 313 582 1777    48126-0000

BRANCH:  1  MI S                                    1:42p  27317  11/28/05
    SOLD TO:                             SHIP TO:

CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI  48187 0000                   CANTON, MI
                                              48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 11/28/05 | 27317 | BOL# 178246 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 2009 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,005 | 1.54000GL | 1,547.70 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,004 | 1.62600GL | 1,632.50 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 3,180.20 |
| | | FET GASOLINE | 2009.00 | .18400EA | 369.66 |
| | | MI EXCISE GASOLINE | 2009.00 | .18905EA | 379.80 |
| | | MI MUSTFA FUND | 2009.00 | .00875EA | 17.58 |
| | | MICHIGAN STATE PRE-PAID | 2009.00 | .09900EA | 198.89 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $4,146.13 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    10:28a  27720  12/02/05
    SOLD TO:                                 SHIP TO:
                                                                    1

CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                              48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 12/02/05 | 27720 | BOL# 179096 | 1 | AMOCO | NET 0 DAYS | LF |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 6000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,000 | 1.60800GL | 9,648.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 9,648.00 |
| | | FET GASOLINE | 6000.00 | .18400EA | 1,104.00 |
| | | MI EXCISE GASOLINE | 6000.00 | .18905EA | 1,134.30 |
| | | MI MUSTFA FUND | 6000.00 | .00875EA | 52.50 |
| | | MICHIGAN STATE PRE-PAID | 6000.00 | .09900EA | 594.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $12,532.80 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                    1:26p  28162  12/09/05
   SOLD TO:                               SHIP TO:

CANTON AMOCO, INC.                        CANTON AMOCO, INC.
41345 FORD ROAD                           41345 FORD ROAD
CANTON, MI  48187 0000                    CANTON, MI
                                                48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 12/09/05 | 28162 | BOL# 180344 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 9003 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,001 | 1.63600GL | 11,453.64 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.68000GL | 1,680.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,002 | 1.76600GL | 1,769.53 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 14,903.17 |
| | | FET GASOLINE | 9003.00 | .18400EA | 1,656.55 |
| | | MI EXCISE GASOLINE | 9003.00 | .18905EA | 1,702.02 |
| | | MI MUSTFA FUND | 9003.00 | .00875EA | 78.78 |
| | | MICHIGAN STATE PRE-PAID | 9003.00 | .09900EA | 891.30 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $19,231.82 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    12:49p  28492  12/14/05
    SOLD TO:                              SHIP TO:

CANTON AMOCO, INC.                     CANTON AMOCO, INC.
41345 FORD ROAD                        41345 FORD ROAD
CANTON, MI  48187 0000                 CANTON, MI
                                              48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|-----|------|-------|-----|
| 696463 |     |           | 12/14/05 | 28492 | BOL# | 181551 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|-----|------|-------------|-----|-------|--------|
|     |      | 6001 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,999 | 1.67400GL | 6,694.33 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.71800GL | 1,718.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,002 | 1.80400GL | 1,807.61 |
|     |      |                     |       |           | =========== |
|     |      | ** NET TOTAL        |       |           | 10,219.94 |
|     |      | FET GASOLINE        | 6001.00 | .18400EA | 1,104.18 |
|     |      | MI EXCISE GASOLINE  | 6001.00 | .18905EA | 1,134.49 |
|     |      | MI MUSTFA FUND      | 6001.00 | .00875EA | 52.51 |
|     |      | MICHIGAN STATE PRE-PAID | 6001.00 | .09900EA | 594.10 |
|     |      |                     |       |          | =========== |
|     |      | INVOICE AMOUNT      |       |          | $13,105.22 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                      2:25p  28762  12/16/05
    SOLD TO:                          SHIP TO:
                                                                        1

CANTON AMOCO, INC.                    CANTON AMOCO, INC.
41345 FORD ROAD                       41345 FORD ROAD
CANTON, MI  48187 0000                CANTON, MI
                                          48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|------------|-----------|------|-------|--------|----------|------|-------|-----|
| 696463 | | 12/16/05 | 28762 | BOL# 182022 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 4000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 1.63900GL | 6,556.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 6,556.00 |
| | | FET GASOLINE | 4000.00 | .18400EA | 736.00 |
| | | MI EXCISE GASOLINE | 4000.00 | .18905EA | 756.20 |
| | | MI MUSTFA FUND | 4000.00 | .00875EA | 35.00 |
| | | MICHIGAN STATE PRE-PAID | 4000.00 | .09900EA | 396.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $8,479.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI V                                      11:30a  28983   12/20/05
    SOLD TO:                                  SHIP TO:
                                                                        1

CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI  48187 0000                   CANTON, MI
                                                  48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | 12/20/05 | 28983 | BOL# | 182697 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 4999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,999 | 1.61200GL | 6,446.39 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.65600GL | 1,656.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 8,102.39 |
| | | FET GASOLINE | 4999.00 | .18400EA | 919.82 |
| | | MI EXCISE GASOLINE | 4999.00 | .18905EA | 945.06 |
| | | MI MUSTFA FUND | 4999.00 | .00875EA | 43.74 |
| | | MICHIGAN STATE PRE-PAID | 4999.00 | .09900EA | 494.90 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $10,505.91 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    12:57p  29249  12/23/05
SOLD TO:                                     SHIP TO:

CANTON AMOCO, INC.                           CANTON AMOCO, INC.
41345 FORD ROAD                              41345 FORD ROAD
CANTON, MI  48187 0000                       CANTON, MI
                                                   48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | 12/23/05 | 29249 | BOL# 183482 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 4000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 1.64000GL | 6,560.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 6,560.00 |
| | | FET GASOLINE | 4000.00 | .18400EA | 736.00 |
| | | MI EXCISE GASOLINE | 4000.00 | .18905EA | 756.20 |
| | | MI MUSTFA FUND | 4000.00 | .00875EA | 35.00 |
| | | MICHIGAN STATE PRE-PAID | 4000.00 | .09900EA | 396.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $8,483.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                          1:42p  29780  12/31/05
  SOLD TO:                        SHIP TO:
                                                              1

CANTON AMOCO, INC.                CANTON AMOCO, INC.
41345 FORD ROAD                   41345 FORD ROAD
CANTON, MI  48187 0000            CANTON, MI
                                        48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 12/31/05 | 29780 | BOL# 184656 | 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 9001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,998 | 1.78800GL | 12,512.42 |
| R 1 | 2000 | PLUS UNLEADED 89 | 998 | 1.83200GL | 1,828.34 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,005 | 1.91800GL | 1,927.59 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 16,268.35 |
| | | FET GASOLINE | 9001.00 | .18400EA | 1,656.18 |
| | | MI EXCISE GASOLINE | 9001.00 | .18905EA | 1,701.64 |
| | | MI MUSTFA FUND | 9001.00 | .00875EA | 78.76 |
| | | MICHIGAN STATE PRE-PAID | 9001.00 | .09900EA | 891.10 |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $20,596.03 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
* * * * * * * *      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      * * * * * * * *

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S
    SOLD TO:                                      2:23p   30408    1/06/06
                                    SHIP TO:
                                                                          1
CANTON AMOCO, INC.                  CANTON AMOCO, INC.
41345 FORD ROAD                     41345 FORD ROAD
CANTON, MI  48187 0000              CANTON, MI
                                         48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 1/06/06 | 30408 | BOL# | 185863 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 5999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,999 | 1.84200GL | 11,050.16 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 11,050.16 |
| | | FET GASOLINE | 5999.00 | .18400EA | 1,103.82 |
| | | MI EXCISE GASOLINE | 5999.00 | .18905EA | 1,134.11 |
| | | MI MUSTFA FUND | 5999.00 | .00875EA | 52.49 |
| | | MICHIGAN STATE PRE-PAID | 5999.00 | .09900EA | 593.90 |
| | | | | | ========== |
| | | | | INVOICE AMOUNT | $13,934.48 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH: 1  MI S
  SOLD TO:

                                          12:02p  31014   1/16/06
                                    SHIP TO:                      1

CANTON AMOCO, INC.
41345 FORD ROAD                     CANTON AMOCO, INC.
CANTON, MI  48187 0000              41345 FORD ROAD
                                    CANTON, MI
                                          48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 1/16/06 | 31014 | BOL# 187791 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 9009 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,002 | 1.77000GL | 12,393.54 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,004 | 1.81400GL | 1,821.26 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,003 | 1.90000GL | 1,905.70 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 16,120.50 |
| | | FET GASOLINE | 9009.00 | .18400EA | 1,657.66 |
| | | MI EXCISE GASOLINE | 9009.00 | .18905EA | 1,703.15 |
| | | MI MUSTFA FUND | 9009.00 | .00875EA | 78.83 |
| | | MICHIGAN STATE PRE-PAID | 9009.00 | .09900EA | 891.89 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $20,452.03 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI S
   SOLD TO:

                                                      1:04p  31420   1/22/06
                                     SHIP TO:                    1

CANTON AMOCO, INC.                 CANTON AMOCO, INC.
41345 FORD ROAD                    41345 FORD ROAD
CANTON, MI  48187 0000             CANTON, MI
                                      48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 1/22/06 | 31420 | BOL# 188892 | 1 | | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 9009 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,000 | 1.71200GL | 10,272.00 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,504 | 1.75600GL | 2,641.02 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,505 | 1.84200GL | 2,772.21 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 15,685.23 |
| | | FET GASOLINE | 9009.00 | .18400EA | 1,657.66 |
| | | MI EXCISE GASOLINE | 9009.00 | .18905EA | 1,703.15 |
| | | MI MUSTFA FUND | 9009.00 | .00875EA | 78.83 |
| | | MICHIGAN STATE PRE-PAID | 9009.00 | .09900EA | 891.89 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $20,016.76 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

                      ARMADA OIL & GAS COMPANY
                      13530 MICHIGAN AVE. #400
                            DEARBORN, MI
                      313 582 1777   48126-0000

BRANCH: 1  MI V                              12:08p  32087   1/31/06
     SOLD TO:                        SHIP TO:
                                                                    1
CANTON AMOCO, INC.                   CANTON AMOCO, INC.
41345 FORD ROAD                      41345 FORD ROAD
CANTON, MI  48187 0000               CANTON, MI
                                          48187 0000

Cust # Smn  Cust P.O.    Date    Ref #   Hauler Truck Ld  From     Terms        TC
696463                  1/31/06  32087   BOL# 909670 1 AMOCO    NET 0 DAYS      ZH

Cl  Item         Description          Qty     Price              Amount
    7597 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000         REGULAR UNLEADED 87   7,597  1.83900GL       13,970.88
                                                              ===========
                    ** NET TOTAL                              13,970.88
                 FET GASOLINE         7597.00   .18400EA       1,397.85
                 MI EXCISE GASOLINE   7597.00   .18905EA       1,436.21
                 MI MUSTFA FUND       7597.00   .00875EA          66.47
                 MICHIGAN STATE PRE-PAID 7597.00 .09900EA        752.10
                                                              ===========
                            INVOICE AMOUNT                   $17,623.51

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
           SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S
SOLD TO:

11:13a 32904   2/09/06

SHIP TO:

1

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI 48187 0000

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI
                 48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 2/09/06 | 32904 | BOL# 193030 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 9001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,055 | 1.68900GL | 11,915.90 |
| R 1 | 2000 | PLUS UNLEADED 89 | 945 | 1.73300GL | 1,637.69 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,001 | 1.81900GL | 1,820.82 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 15,374.41 |
| | | FET GASOLINE | 9001.00 | .18400EA | 1,656.18 |
| | | MI EXCISE GASOLINE | 9001.00 | .18905EA | 1,701.64 |
| | | MI MUSTFA FUND | 9001.00 | .00875EA | 78.76 |
| | | MICHIGAN STATE PRE-PAID | 9001.00 | .09900EA | 891.10 |
| | | | | | ========== |
| | | INVOICE AMOUNT | | | $19,702.09 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********    CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********

BOL#
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

## ARMADA OIL & GAS COMPANY
### 13530 MICHIGAN AVE. #400
### DEARBORN, MI
### 313 582 1777    48126-0000

BRANCH:  1  MI V                                    2:12p  33264   2/16/06
  SOLD TO:                               SHIP TO:
                                                                        1

CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                             48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|----------|------|-------|-----|
| 696463 | | | 2/16/06 | 33264 | BOL# | 194526 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 6000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,000 | 1.64900GL | 9,894.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 9,894.00 |
| | | FET GASOLINE | 6000.00 | .18400EA | 1,104.00 |
| | | MI EXCISE GASOLINE | 6000.00 | .18905EA | 1,134.30 |
| | | MI MUSTFA FUND | 6000.00 | .00875EA | 52.50 |
| | | MICHIGAN STATE PRE-PAID | 6000.00 | .09900EA | 594.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $12,778.80 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

*49.51*

BRANCH:  1  MI S                                    12:48p  33466    2/19/06
    SOLD TO:                               SHIP TO:
                                                                        1

CANTON AMOCO, INC.                    CANTON AMOCO, INC.
41345 FORD ROAD                       41345 FORD ROAD
CANTON, MI  48187 0000                CANTON, MI
                                             48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 2/19/06 | 33466 | BOL# | 195308 | 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 9002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,002 | 1.75200GL | 12,267.50 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.79600GL | 1,796.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 1.88200GL | 1,882.00 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 15,945.50 |
| | | FET GASOLINE | 9002.00 | .18400EA | 1,656.37 |
| | | MI EXCISE GASOLINE | 9002.00 | .18905EA | 1,701.83 |
| | | MI MUSTFA FUND | 9002.00 | .00875EA | 78.77 |
| | | MICHIGAN STATE PRE-PAID | 9002.00 | .09900EA | 891.20 |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $20,273.67 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  SO V                                          3:46p  33784    2/22/06
    SOLD TO:                                    SHIP TO:
                                                                        1

CANTON AMOCO, INC.                     CANTON AMOCO, INC.
41345 FORD ROAD                        41345 FORD ROAD
CANTON, MI  48187 0000                 CANTON, MI
                                              48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 |     |           | 2/22/06 | 33784 |     |       | 0 | PLANT | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    |      | CREDIT FOR INVOICE 33466 |     |       | 49.51 |

                                                CREDIT AMOUNT           $49.51

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI S
   SOLD TO:

1:13p  91542    2/22/06

SHIP TO:

1

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI
          48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 |     |           | 2/22/06 | 91542 | BOL# 195932 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 3999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,999 | 1.75100GL | 7,002.25 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 7,002.25 |
| | | FET GASOLINE | 3999.00 | .18400EA | 735.82 |
| | | MI EXCISE GASOLINE | 3999.00 | .18905EA | 756.01 |
| | | MI MUSTFA FUND | 3999.00 | .00875EA | 34.99 |
| | | MICHIGAN STATE PRE-PAID | 3999.00 | .09900EA | 395.90 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $8,924.97 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                11:32a  33905   2/25/06
    SOLD TO:                                SHIP TO:
                                                              1

CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                             48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|-----|------|-------|-----|
| 696463 | | | 2/25/06 | 33905 | BOL# | 196582 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 7400 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,400 | 1.81700GL | 13,445.80 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,445.80 |
| | | FET GASOLINE | 7400.00 | .18400EA | 1,361.60 |
| | | MI EXCISE GASOLINE | 7400.00 | .18905EA | 1,398.97 |
| | | MI MUSTFA FUND | 7400.00 | .00875EA | 64.75 |
| | | MICHIGAN STATE PRE-PAID | 7400.00 | .09900EA | 732.60 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $17,003.72 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH: 1 MI S
SOLD TO:

11:31a  34404  3/02/06
SHIP TO:

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI
              48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|----|
| 696463 | | | 3/02/06 | 34404 | BOL# | 197693 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 9018 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,010 | 1.89800GL | 13,304.98 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,004 | 1.94200GL | 1,949.77 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,004 | 2.02800GL | 2,036.11 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 17,290.86 |
| | | FET GASOLINE | 9018.00 | .18400EA | 1,659.31 |
| | | MI EXCISE GASOLINE | 9018.00 | .18905EA | 1,704.85 |
| | | MI MUSTFA FUND | 9018.00 | .00875EA | 78.91 |
| | | MICHIGAN STATE PRE-PAID | 9018.00 | .09900EA | 892.78 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $21,626.71 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777   48126-0000

BRANCH: 1  MI S                                    12:11p  34713   3/07/06
   SOLD TO:                              SHIP TO:
                                                                        1

CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI  48187 0000                   CANTON, MI
                                               48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | 3/07/06 | 34713 | BOL# | 198455 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 9008 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,999 | 1.88300GL | 13,179.12 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,004 | 1.92700GL | 1,934.71 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,005 | 2.01300GL | 2,023.07 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 17,136.90 |
| | | FET GASOLINE | 9008.00 | .18400EA | 1,657.47 |
| | | MI EXCISE GASOLINE | 9008.00 | .18905EA | 1,702.96 |
| | | MI MUSTFA FUND | 9008.00 | .00875EA | 78.82 |
| | | MICHIGAN STATE PRE-PAID | 9008.00 | .09900EA | 891.79 |
| | | | | | =========== |
| | | | INVOICE AMOUNT | | $21,467.94 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

## ARMADA OIL & GAS COMPANY
### 13530 MICHIGAN AVE. #400
### DEARBORN, MI
### 313 582 1777    48126-0000

BRANCH:  1  MI V                                          3:03p  35007   3/10/06
    SOLD TO:                            SHIP TO:
                                                                            1

CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                              48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|----|-------|-----|
| 696463 | | | 3/10/06 | 35007 | BOL# | 199460 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 8001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,001 | 1.88700GL | 13,210.89 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.93100GL | 1,931.00 |
| | 1000 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,000 | 1.90100GL | 1,901.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 17,042.89 |
| | | FET GASOLINE | 8001.00 | .18400EA | 1,472.18 |
| | | FET DIESEL | 1000.00 | .24300EA | 243.00 |
| | | MI EXCISE GASOLINE | 8001.00 | .18905EA | 1,512.59 |
| | | MI EXCISE DIESEL | 1000.00 | .15000EA | 150.00 |
| | | MI MUSTFA FUND | 8001.00 | .00875EA | 70.01 |
| | | MI MUSTFA FUND | 1000.00 | .00875EA | 8.75 |
| | | LUST FUND | 1000.00 | .00100EA | 1.00 |
| | | MICHIGAN STATE PRE-PAID | 8001.00 | .09900EA | 792.10 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $21,292.52 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    2:25p  35252    3/15/06
      SOLD TO:                              SHIP TO:
                                                                        1

CANTON AMOCO, INC.                  CANTON AMOCO, INC.
41345 FORD ROAD                     41345 FORD ROAD
CANTON, MI  48187 0000              CANTON, MI
                                            48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|----|
| 696463 | | | 3/15/06 | 35252 | BOL# | 100251 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 9001 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,002 | 2.05000GL | 14,354.10 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 2.09400GL | 2,091.91 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.18000GL | 2,180.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 18,626.01 |
| | | FET GASOLINE | 9001.00 | .18400EA | 1,656.18 |
| | | MI EXCISE GASOLINE | 9001.00 | .18905EA | 1,701.64 |
| | | MI MUSTFA FUND | 9001.00 | .00875EA | 78.76 |
| | | MICHIGAN STATE PRE-PAID | 9001.00 | .09900EA | 891.10 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $22,953.69 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********    CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                          I N V O I C E

                   ARMADA OIL & GAS COMPANY
                   13530 MICHIGAN AVE. #400
                          DEARBORN, MI
                   313 582 1777    48126-0000

  BRANCH:  1  MI S                      2:57p  35643   3/18/06
     SOLD TO:                        SHIP TO:
                                                        1
  CANTON AMOCO, INC.                 CANTON AMOCO, INC.
  41345 FORD ROAD                    41345 FORD ROAD
  CANTON, MI  48187 0000             CANTON, MI
                                          48187 0000

  Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck Ld  From      Terms        TC
  696463                 3/18/06   35643  BOL# 101099 1 AMOCO   NET 0 DAYS    ZE

  Cl  Item        Description         Qty      Price          Amount
       8999 GALLONS FLAMMABLE LIQUID, UN 1203
  R 1 1000        REGULAR UNLEADED 87    8,999  1.99600GL       17,962.00
                                                              ===========
                     ** NET TOTAL                              17,962.00
                  FET GASOLINE         8999.00   .18400EA       1,655.82
                  MI EXCISE GASOLINE   8999.00   .18905EA       1,701.26
                  MI MUSTFA FUND       8999.00   .00875EA          78.74
                  MICHIGAN STATE PRE-PAID 8999.00 .09900EA         890.90
                                                              ===========
                            INVOICE AMOUNT           $22,288.72
```

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

### ARMADA OIL & GAS COMPANY
### 13530 MICHIGAN AVE. #400
### DEARBORN, MI
### 313 582 1777    48126-0000

BRANCH:  1  MI S                          12:39p  35879   3/22/06
   SOLD TO:                              SHIP TO:
                                                   1

CANTON AMOCO, INC.                        CANTON AMOCO, INC.
41345 FORD ROAD                           41345 FORD ROAD
CANTON, MI  48187 0000                    CANTON, MI
                                       48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | 3/22/06 | 35879 | BOL# | 101894 | 1 | AMOCO | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 3998 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,998 | 1.88600GL | 7,540.23 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 7,540.23 |
| | | FET GASOLINE | 3998.00 | .18400EA | 735.63 |
| | | MI EXCISE GASOLINE | 3998.00 | .18905EA | 755.82 |
| | | MI MUSTFA FUND | 3998.00 | .00875EA | 34.98 |
| | | MICHIGAN STATE PRE-PAID | 3998.00 | .09900EA | 395.80 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $9,462.46 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  SO V                                  12:16p  36222    3/25/06
    SOLD TO:                              SHIP TO:
                                                                    1

CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI  48187 0000                   CANTON, MI
                                                 48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|-----|------|-------|-----|
| 696463 | | | 3/25/06 | 36222 | | | 0 | PLANT | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 9006 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,005 | 1.93600GL | 13,561.68 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 1.98000GL | 1,978.02 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,002 | 2.06600GL | 2,070.13 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 17,609.83 |
| | | FET GASOLINE | 9006.00 | .18400EA | 1,657.10 |
| | | MI EXCISE GASOLINE | 9006.00 | .18905EA | 1,702.58 |
| | | MI MUSTFA FUND | 9006.00 | .00875EA | 78.80 |
| | | MICHIGAN STATE PRE-PAID | 9006.00 | .09900EA | 891.59 |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $21,939.90 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI V                                    11:21a  36335    3/29/06
   SOLD TO:                                     SHIP TO:
                                                                          1

CANTON AMOCO, INC.                          CANTON AMOCO, INC.
41345 FORD ROAD                             41345 FORD ROAD
CANTON, MI  48187 0000                      CANTON, MI
                                                      48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | 3/29/06 | 36335 | BOL# 103324 | 1 | | AMOCO | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 4001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,001 | 2.04600GL | 8,186.05 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 8,186.05 |
| | | FET GASOLINE | 4001.00 | .18400EA | 736.18 |
| | | MI EXCISE GASOLINE | 4001.00 | .18905EA | 756.39 |
| | | MI MUSTFA FUND | 4001.00 | .00875EA | 35.01 |
| | | MICHIGAN STATE PRE-PAID | 4001.00 | .09900EA | 396.10 |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $10,109.73 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI I                                    11:05a  36515   4/01/06
    SOLD TO:                                SHIP TO:
                                                                        1
CANTON AMOCO, INC.                          CANTON AMOCO, INC.
41345 FORD ROAD                             41345 FORD ROAD
CANTON, MI  48187 0000                      CANTON, MI
                                                    48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 4/01/06 | 36515 | BOL# 103829 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,998 | 2.06100GL | 14,422.88 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,001 | 2.10500GL | 2,107.11 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.19100GL | 2,191.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 18,720.99 |
| | | FET GASOLINE | 8999.00 | .18400EA | 1,655.82 |
| | | FET-FED ENV FEE RECOVERY | 8999.00 | .00120EA | 10.80 |
| | | MI EXCISE GASOLINE | 8999.00 | .18905EA | 1,701.26 |
| | | MI MUSTFA FUND | 8999.00 | .00875EA | 78.74 |
| | | MICHIGAN STATE PRE-PAID | 8999.00 | .09900EA | 890.90 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $23,058.51 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR