# EXHIBIT 12(e)(2)

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                          12:00p  36966   4/04/06
   SOLD TO:                      SHIP TO:
                                                      1

CANTON AMOCO, INC.            CANTON AMOCO, INC.
41345 FORD ROAD              41345 FORD ROAD
CANTON, MI  48187 0000       CANTON, MI
                                    48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | 4/04/06 | 36966 | BOL# 104554 1 | AMOCO | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 5999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,999 | 2.07900GL | 12,471.92 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 12,471.92 |
| | | FET GASOLINE | 5999.00 | .18400EA | 1,103.82 |
| | | MI EXCISE GASOLINE | 5999.00 | .18905EA | 1,134.11 |
| | | MI MUSTFA FUND | 5999.00 | .00875EA | 52.49 |
| | | MICHIGAN STATE PRE-PAID | 5999.00 | .09900EA | 593.90 |
| | | | | | =========== |
| | | | INVOICE AMOUNT | | $15,356.24 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

## ARMADA OIL & GAS COMPANY
### 13530 MICHIGAN AVE. #400
### DEARBORN, MI
### 313 582 1777     48126-0000

BRANCH:  1  MI S                                    12:45p  37402    4/09/06
   SOLD TO:                                   SHIP TO:
                                                                   1

CANTON AMOCO, INC.                         CANTON AMOCO, INC.
41345 FORD ROAD                            41345 FORD ROAD
CANTON, MI  48187 0000                     CANTON, MI
                                             48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 4/09/06 | 37402 | BOL# | 105439 | 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 8999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,002 | 2.15500GL | 15,089.31 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 2.19900GL | 2,196.80 |
| R 1 | 3000 | SUPER UNLEADED 93 | 998 | 2.28500GL | 2,280.43 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 19,566.54 |
| | | FET GASOLINE | 8999.00 | .18400EA | 1,655.82 |
| | | MI EXCISE GASOLINE | 8999.00 | .18905EA | 1,701.26 |
| | | MI MUSTFA FUND | 8999.00 | .00875EA | 78.74 |
| | | MICHIGAN STATE PRE-PAID | 8999.00 | .09900EA | 890.90 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $23,893.26 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
               SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    1:08p  37572   4/11/06
   SOLD TO:                                 SHIP TO:
                                                                    1

CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI  48187 0000                   CANTON, MI
                                             48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 4/11/06 | 37572 | BOL# 106082 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 5999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,999 | 2.20100GL | 13,203.80 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 13,203.80 |
| | | FET GASOLINE | 5999.00 | .18400EA | 1,103.82 |
| | | MI EXCISE GASOLINE | 5999.00 | .18905EA | 1,134.11 |
| | | MI MUSTFA FUND | 5999.00 | .00875EA | 52.49 |
| | | MICHIGAN STATE PRE-PAID | 5999.00 | .09900EA | 593.90 |
| | | | | | ========== |
| | | INVOICE AMOUNT | | | $16,088.12 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********    CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
           SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    12:58p  37794    4/16/06
    SOLD TO:                                  SHIP TO:
                                                                        1

CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI  48187 0000                   CANTON, MI
                                             48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 4/16/06 | 37794 | BOL# | 106976 1 | AMOCO | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 6999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,999 | 2.24100GL | 15,684.76 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 15,684.76 |
| | | FET GASOLINE | 6999.00 | .18400EA | 1,287.82 |
| | | MI EXCISE GASOLINE | 6999.00 | .18905EA | 1,323.16 |
| | | MI MUSTFA FUND | 6999.00 | .00875EA | 61.24 |
| | | MICHIGAN STATE PRE-PAID | 6999.00 | .09900EA | 692.90 |
| | | | | | =========== |
| | | | INVOICE AMOUNT | | $19,049.88 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    4:27p  37794    4/16/06
   SOLD TO:                                      SHIP TO:
                                                                        1
CANTON AMOCO, INC.                              CANTON AMOCO, INC.
41345 FORD ROAD                                 41345 FORD ROAD
CANTON, MI  48187 0000                          CANTON, MI
                                                     48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|-----|------|-------|-----|
| 696463 | | | 4/16/06 | 37794 | BOL# 345137 | 1 | | MARDET | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 1999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 2.24540GL | 2,243.15 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.33100GL | 2,331.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 4,574.15 |
| | | FET GASOLINE | 1999.00 | .18400EA | 367.82 |
| | | FET-FED ENV FEE RECOVERY | 1999.00 | .00120EA | 2.40 |
| | | MI EXCISE GASOLINE | 1999.00 | .18905EA | 377.91 |
| | | MI MUSTFA FUND | 1999.00 | .00875EA | 17.49 |
| | | MICHIGAN STATE PRE-PAID | 1999.00 | .09900EA | 197.90 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $5,537.67 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
              SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                              11:40a  38071  4/20/06
    SOLD TO:                                     SHIP TO:
                                                                              1
CANTON AMOCO, INC.                              CANTON AMOCO, INC.
41345 FORD ROAD                                 41345 FORD ROAD
CANTON, MI  48187 0000                          CANTON, MI
                                                           48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | 4/20/06 | 38071 | BOL# 107767 1 | AMOCO | NET 0 DAYS | ZH |

| Cl Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| | 5999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 1000 | REGULAR UNLEADED 87 | 5,999 | 2.36000GL | 14,157.64 |
| | | | | =========== |
| | ** NET TOTAL | | | 14,157.64 |
| | FET GASOLINE | 5999.00 | .18400EA | 1,103.82 |
| | MI EXCISE GASOLINE | 5999.00 | .18905EA | 1,134.11 |
| | MI MUSTFA FUND | 5999.00 | .00875EA | 52.49 |
| | MICHIGAN STATE PRE-PAID | 5999.00 | .09900EA | 593.90 |
| | | | | =========== |
| | INVOICE AMOUNT | | | $17,041.96 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI S                                    11:55a  38310    4/23/06
    SOLD TO:                            SHIP TO:

                                                                  1

CANTON AMOCO, INC.                     CANTON AMOCO, INC.
41345 FORD ROAD                        41345 FORD ROAD
CANTON, MI  48187 0000                 CANTON, MI
                                              48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 4/23/06 | 38310 | BOL# 108483 | 1 | AMOCO | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 10008 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,999 | 2.34900GL | 18,789.65 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,005 | 2.39300GL | 2,404.97 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,004 | 2.47900GL | 2,488.92 |
| | 1004 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,004 | 2.38250GL | 2,392.03 |

```
                                                      ===========
                    ** NET TOTAL                        26,075.57
              FET GASOLINE       10008.00    .18400EA    1,841.47
              FET DIESEL          1004.00    .24300EA      243.97
              MI EXCISE GASOLINE 10008.00    .18905EA    1,892.01
              MI EXCISE DIESEL    1004.00    .15000EA      150.60
              MI MUSTFA FUND     10008.00    .00875EA       87.57
              MI MUSTFA FUND      1004.00    .00875EA        8.79
              LUST FUND           1004.00    .00100EA        1.00
              MICHIGAN STATE PRE-PAID 10008.00 .09900EA    990.79
           ##### CONTINUED #####
```

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S
SOLD TO:

SHIP TO:
                                                      1

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI
          48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 |     |           | 4/23/06 | 38310 | BOL# | 108483 | 1 | AMOCO | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    |      |             |     |       | =========== |
|    |      | INVOICE AMOUNT |  |    | $31,291.77 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                    12:59p  38578    4/28/06
SOLD TO:                                 SHIP TO:
                                                                      1

CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI  48187 0000                   CANTON, MI
                                               48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 696463 | | | 4/28/06 | 38578 | BOL# | 109416 | 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 9013 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,002 | 2.23900GL | 15,677.48 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,006 | 2.28300GL | 2,296.70 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,005 | 2.36900GL | 2,380.85 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 20,355.03 |
| | | FET GASOLINE | 9013.00 | .18400EA | 1,658.39 |
| | | MI EXCISE GASOLINE | 9013.00 | .18905EA | 1,703.91 |
| | | MI MUSTFA FUND | 9013.00 | .00875EA | 78.86 |
| | | MICHIGAN STATE PRE-PAID | 9013.00 | .09900EA | 892.29 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $24,688.48 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                    11:21a  38769    5/01/06
   SOLD TO:                       SHIP TO:

                                                        1

CANTON AMOCO, INC.                 CANTON AMOCO, INC.
41345 FORD ROAD                    41345 FORD ROAD
CANTON, MI  48187 0000             CANTON, MI
                                      48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|
| 696463 | | 5/01/06 | 38769 | BOL# 109978 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 5405 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,405 | 2.25400GL | 12,182.87 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 12,182.87 |
| | | FET GASOLINE | 5405.00 | .18400EA | 994.52 |
| | | FET-FED ENV FEE RECOVERY | 5405.00 | .00120EA | 6.49 |
| | | MI EXCISE GASOLINE | 5405.00 | .18905EA | 1,021.82 |
| | | MI MUSTFA FUND | 5405.00 | .00875EA | 47.29 |
| | | MICHIGAN STATE PRE-PAID | 5405.00 | .12700EA | 686.44 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $14,939.43 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
* * * * * * *        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        * * * * * * * *

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI V                                    12:11p  39220   5/04/06
   SOLD TO:                               SHIP TO:
                                                              1

CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI  48187 0000                   CANTON, MI
                                               48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | 5/04/06 | 39220 | BOL# 110921 | 1 | | AMOCO | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 3999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,999 | 2.19700GL | 8,785.80 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 8,785.80 |
| | | FET GASOLINE | 3999.00 | .18400EA | 735.82 |
| | | FET-FED ENV FEE RECOVERY | 3999.00 | .00120EA | 4.80 |
| | | MI EXCISE GASOLINE | 3999.00 | .18905EA | 756.01 |
| | | MI MUSTFA FUND | 3999.00 | .00875EA | 34.99 |
| | | MICHIGAN STATE PRE-PAID | 3999.00 | .12700EA | 507.87 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $10,825.29 |

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.  NO DELIVERIES!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                     12:22p  39595   5/10/06
   SOLD TO:                             SHIP TO:
                                        CANTON AMOCO, INC.                1
CANTON AMOCO, INC.                      41345 FORD ROAD
41345 FORD ROAD                         313-477-7700   {STRAIGHT}
CANTON, MI  48187 0000                  CANTON, MI
                                                48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 5/10/06 | 39595 | BOL# 111946 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 9000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,001 | 2.27200GL | 15,906.27 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 2.31600GL | 2,313.68 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.40200GL | 2,402.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 20,621.95 |
| | | FET GASOLINE | 9000.00 | .18400EA | 1,656.00 |
| | | FET-FED ENV FEE RECOVERY | 9000.00 | .00120EA | 10.80 |
| | | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | | MICHIGAN STATE PRE-PAID | 9000.00 | .12700EA | 1,143.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $25,211.95 |

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.  NO DELIVERIES!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL# _____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                          11:43a  93084    5/18/06
   SOLD TO:                           SHIP TO:
                                          CANTON AMOCO, INC.            1
CANTON AMOCO, INC.                        41345 FORD ROAD
41345 FORD ROAD                           313-477-7700    {STRAIGHT}
CANTON, MI  48187 0000                    CANTON, MI
                                              48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|----------|------|-------|-----|
| 696463 | | | 5/18/06 | 93084 | BOL# 113799 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 6001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,001 | 2.17800GL | 8,714.18 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 2.22200GL | 2,219.78 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,001 | 2.29800GL | 2,300.30 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 13,234.26 |
| | | FET GASOLINE | 6001.00 | .18400EA | 1,104.18 |
| | | FET-FED ENV FEE RECOVERY | 6001.00 | .00120EA | 7.20 |
| | | MI EXCISE GASOLINE | 6001.00 | .18905EA | 1,134.49 |
| | | MI MUSTFA FUND | 6001.00 | .00875EA | 52.51 |
| | | MICHIGAN STATE PRE-PAID | 6001.00 | .12700EA | 762.13 |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $16,294.77 |

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.  NO DELIVERIES!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
* * * * * * *       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      * * * * * * *

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                        I N V O I C E

                ARMADA OIL & GAS COMPANY
                13530 MICHIGAN AVE. #400
                      DEARBORN, MI
                313 582 1777    48126-0000

  BRANCH:  1  MI S                    11:39a  40410   5/20/06
     SOLD TO:                     SHIP TO:
                               CANTON AMOCO, INC.           1
  CANTON AMOCO, INC.            41345 FORD ROAD
  41345 FORD ROAD              313-477-7700   {STRAIGHT}
  CANTON, MI  48187 0000        CANTON, MI
                                    48187 0000

  Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck Ld  From    Terms      TC
  696463                  5/20/06  40410   BOL# 114199 1 AMOCO   NET 0 DAYS   RH

  Cl  Item        Description           Qty     Price          Amount
       4001 GALLONS FLAMMABLE LIQUID, UN 1203
  R 1 1000        REGULAR UNLEADED 87    4,001  2.21600GL      8,866.22
                                                             ===========
                    ** NET TOTAL                               8,866.22
                  FET GASOLINE          4001.00   .18400EA       736.18
                  FET-FED ENV FEE RECOVERY 4001.00 .00120EA        4.80
                  MI EXCISE GASOLINE    4001.00   .18905EA       756.39
                  MI MUSTFA FUND        4001.00   .00875EA        35.01
                  MICHIGAN STATE PRE-PAID 4001.00 .12700EA       508.13
                                                             ===========
                              INVOICE AMOUNT              $10,906.73

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.  NO DELIVERIES!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
           SUBJECT TO CORRECTION OF CLERICAL ERROR
```

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    12:14p  92220   5/24/06
   SOLD TO:                                    SHIP TO:
                                          CANTON AMOCO, INC.              1
CANTON AMOCO, INC.                        41345 FORD ROAD
41345 FORD ROAD                           313-477-7700    {STRAIGHT}
CANTON, MI  48187 0000                    CANTON, MI
                                               48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|----|
| 696463 | | | 5/24/06 | 92220 | BOL# 114929 | 1 | | AMOCO | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 4000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 2.26000GL | 9,040.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 9,040.00 |
| | | FET GASOLINE | 4000.00 | .18400EA | 736.00 |
| | | FET-FED ENV FEE RECOVERY | 4000.00 | .00120EA | 4.80 |
| | | MI EXCISE GASOLINE | 4000.00 | .18905EA | 756.20 |
| | | MI MUSTFA FUND | 4000.00 | .00875EA | 35.00 |
| | | MICHIGAN STATE PRE-PAID | 4000.00 | .12700EA | 508.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $11,080.00 |

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.  NO DELIVERIES!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                     1:16p  92303    5/27/06
SOLD TO:                                    SHIP TO:
                                    CANTON AMOCO, INC.                    1
CANTON AMOCO, INC.                  41345 FORD ROAD
41345 FORD ROAD                     313-477-7700    {STRAIGHT}
CANTON, MI  48187 0000              CANTON, MI
                                           48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 5/27/06 | 92303 | BOL# 115557 | 1 | AMOCO | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 6000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,001 | 2.27200GL | 9,090.27 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 2.31600GL | 2,313.68 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.40200GL | 2,402.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,805.95 |
| | | FET GASOLINE | 6000.00 | .18400EA | 1,104.00 |
| | | FET-FED ENV FEE RECOVERY | 6000.00 | .00120EA | 7.20 |
| | | MI EXCISE GASOLINE | 6000.00 | .18905EA | 1,134.30 |
| | | MI MUSTFA FUND | 6000.00 | .00875EA | 52.50 |
| | | MICHIGAN STATE PRE-PAID | 6000.00 | .12700EA | 762.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $16,865.95 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

## ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI V                                      1:07p  41479   6/03/06
   SOLD TO:                              SHIP TO:
                                   CANTON AMOCO, INC.                1
CANTON AMOCO, INC.                 41345 FORD ROAD
41345 FORD ROAD                    313-477-7700    {STRAIGHT}
CANTON, MI  48187 0000             CANTON, MI
                                           48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|----------|------|-------|-----|
| 696463 | | | 6/03/06 | 41479 | BOL# 116710 | 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 6000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,001 | 2.33300GL | 9,334.33 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 2.37700GL | 2,377.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 999 | 2.46300GL | 2,460.54 |
| | 1000 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,000 | 2.38400GL | 2,384.00 |

```
                                                         ===========
                   ** NET TOTAL                            16,555.87
            FET GASOLINE               6000.00   .18400EA    1,104.00
            FET-FED ENV FEE RECOVERY   6000.00   .00120EA        7.20
            FET-FED ENV FEE RECOVERY   1000.00   .00120EA        1.20
            FET DIESEL                 1000.00   .24300EA      243.00
            MI EXCISE GASOLINE         6000.00   .18905EA    1,134.30
            MI EXCISE DIESEL           1000.00   .15000EA      150.00
            MI MUSTFA FUND             6000.00   .00875EA       52.50
            MI MUSTFA FUND             1000.00   .00875EA        8.75
            LUST FUND                  1000.00   .00100EA        1.00
            MICHIGAN STATE PRE-PAID    6000.00   .12700EA      762.00
                                                         ===========
                        INVOICE AMOUNT                    $20,019.82
```

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

## I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI 0  (HISTORY)                                41479  | 6/03/06 |
   SOLD TO:                               SHIP TO:                    1
                                              CANTON AMOCO, INC.
CANTON AMOCO, INC.                            41345 FORD ROAD
41345 FORD ROAD                               313-477-7700   {STRAIGHT}
CANTON, MI  48187 0000                        CANTON, MI
                                                    48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck | From | Terms | |
|---|---|---|---|---|---|---|---|
| 696463 | | 6/03/06 | 41479 | BOL# 116710 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 6000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,001 | 2.33300GL | 9,334.33 |
| | | | | 2.33300GL | |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 2.37700GL | 2,377.00 |
| | | | | 2.37700GL | |
| R 1 | 3000 | SUPER UNLEADED 93 | 999 | 2.46300GL | 2,460.54 |
| | | | | 2.46300GL | |
| | 1000 GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,000 | 2.38400GL | 2,384.00 |
| | | | | 2.38400GL | |

```
                                                      ===========
                 ** NET TOTAL                           16,555.87
           FET GASOLINE              6000.00   .18400EA   1,104.00
           FET-FED ENV FEE RECOVERY  6000.00   .00120EA       7.20
           FET-FED ENV FEE RECOVERY  1000.00   .00120EA       1.20
           FET DIESEL                1000.00   .24300EA     243.00
           MI EXCISE GASOLINE        6000.00   .18905EA   1,134.30
           MI EXCISE DIESEL          1000.00   .15000EA     150.00
           MI MUSTFA FUND            6000.00   .00875EA      52.50
           MI MUSTFA FUND            1000.00   .00875EA       8.75
           LUST FUND                 1000.00   .00100EA       1.00
           MICHIGAN STATE PRE-PAID   6000.00   .12700EA     762.00
       ##### CONTINUED #####
```

I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI 0  (HISTORY)                          PAGE 2   41479   6/03/06
    SOLD TO:                                 SHIP TO:
                                         CANTON AMOCO, INC.                 1
CANTON AMOCO, INC.                       41345 FORD ROAD
41345 FORD ROAD                          313-477-7700   {STRAIGHT}
CANTON, MI  48187 0000                   CANTON, MI
                                                   48187 0000

Cust # Smn  Cust P.O.     Date    Ref #  Hauler Truck    From        Terms
696463                   6/03/06  41479  BOL# 116710 1 AMOCO   NET 0 DAYS  ZE

Cl  Item          Description                Qty    Price           Amount
                                                                 ===========
                                    INVOICE AMOUNT              $20,019.82

IN OBSERVANCE OF INDEPENDANCE DAY THE
OFFICE WILL BE CLOSED ON TUES 7/4/06.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    12:07p  93158   6/05/06
   SOLD TO:                              SHIP TO:
                                     CANTON AMOCO, INC.              1
CANTON AMOCO, INC.                   41345 FORD ROAD
41345 FORD ROAD                      313-477-7700   {STRAIGHT}
CANTON, MI  48187 0000               CANTON, MI
                                            48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | 6/05/06 | 93158 | BOL# 117154 | 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8998 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,999 | 2.33300GL | 16,328.67 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 2.37700GL | 2,374.62 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.46300GL | 2,463.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 21,166.29 |
| | | FET GASOLINE | 8998.00 | .18400EA | 1,655.63 |
| | | FET-FED ENV FEE RECOVERY | 8998.00 | .00120EA | 10.80 |
| | | MI EXCISE GASOLINE | 8998.00 | .18905EA | 1,701.07 |
| | | MI MUSTFA FUND | 8998.00 | .00875EA | 78.73 |
| | | MICHIGAN STATE PRE-PAID | 8998.00 | .12700EA | 1,142.75 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $25,755.27 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI 0  (HISTORY)                                93158   6/05/06
  SOLD TO:                          SHIP TO:                          1
            CANTON AMOCO, INC.
CANTON AMOCO, INC.                     41345 FORD ROAD
41345 FORD ROAD                        313-477-7700   {STRAIGHT}
CANTON, MI  48187 0000                 CANTON, MI
             48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck | From | Terms |
|---|---|---|---|---|---|---|
| 696463 | | 6/05/06 | 93158 | BOL# 117154 1 | AMOCO | NET 0 DAYS   ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8998 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,999 | 2.33300GL<br>2.33300GL | 16,328.67 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 2.37700GL<br>2.37700GL | 2,374.62 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.46300GL<br>2.46300GL | 2,463.00 |

|  |  |  |  |
|---|---|---|---|
| ** NET TOTAL | | | 21,166.29 |
| FET GASOLINE | 8998.00 | .18400EA | 1,655.63 |
| FET-FED ENV FEE RECOVERY | 8998.00 | .00120EA | 10.80 |
| MI EXCISE GASOLINE | 8998.00 | .18905EA | 1,701.07 |
| MI MUSTFA FUND | 8998.00 | .00875EA | 78.73 |
| MICHIGAN STATE PRE-PAID | 8998.00 | .12700EA | 1,142.75 |
| INVOICE AMOUNT | | | $25,755.27 |

IN OBSERVANCE OF INDEPENDANCE DAY THE
OFFICE WILL BE CLOSED ON TUES 7/4/06,

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
   SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI 0  (HISTORY)                                    41894   6/09/06
     SOLD TO:                          SHIP TO:                          1
                                       CANTON AMOCO, INC.
CANTON AMOCO, INC.                     41345 FORD ROAD
41345 FORD ROAD                        313-477-7700    {STRAIGHT}
CANTON, MI  48187 0000                 CANTON, MI
                                            48187 0000

| Cust #  | Smn | Cust P.O. | Date | Ref # | Hauler Truck | From | Terms | |
|---------|-----|-----------|------|-------|--------------|------|-------|--|
| 696463  |     |           | 6/09/06 | 41894 | BOL# 118183 | 1 AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    | 4997 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,997 | 2.30100GL | 11,498.10 |
|    |      |             |       | 2.30100GL | |

|  |  |  |  |
|--|--|--|--|
| ** NET TOTAL |  |  | 11,498.10 |
| FET GASOLINE | 4997.00 | .18400EA | 919.45 |
| FET-FED ENV FEE RECOVERY | 4997.00 | .00120EA | 6.00 |
| MI EXCISE GASOLINE | 4997.00 | .18905EA | 944.68 |
| MI MUSTFA FUND | 4997.00 | .00875EA | 43.72 |
| MICHIGAN STATE PRE-PAID | 4997.00 | .12700EA | 634.62 |
| INVOICE AMOUNT |  |  | $14,046.57 |

IN OBSERVANCE OF INDEPENDANCE DAY THE
OFFICE WILL BE CLOSED ON TUES 7/4/06.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                1:42p  41894   6/09/06
   SOLD TO:                             SHIP TO:
                                   CANTON AMOCO, INC.              1
CANTON AMOCO, INC.                 41345 FORD ROAD
41345 FORD ROAD                    313-477-7700    {STRAIGHT}
CANTON, MI  48187 0000             CANTON, MI
                                        48187 0000

Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck Ld  From    Terms       TC
696463                  6/09/06  41894  BOL# 118183 1 AMOCO   NET 0 DAYS   ZE

Cl  Item         Description            Qty     Price          Amount
    4997 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000        REGULAR UNLEADED 87    4,997  2.30100GL       11,498.10
                                                             ===========
                     ** NET TOTAL                             11,498.10
                FET GASOLINE           4997.00  .18400EA         919.45
                FET-FED ENV FEE RECOVERY 4997.00  .00120EA         6.00
                MI EXCISE GASOLINE     4997.00  .18905EA         944.68
                MI MUSTFA FUND         4997.00  .00875EA          43.72
                MICHIGAN STATE PRE-PAID 4997.00  .12700EA        634.62
                                                             ===========
                          INVOICE AMOUNT            $14,046.57

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                           I N V O I C E

                     ARMADA OIL & GAS COMPANY
                     13530 MICHIGAN AVE. #400
                          DEARBORN, MI
                     313 582 1777    48126-0000

BRANCH:  1  MI 0  (HISTORY)                         42223    6/15/06
     SOLD TO:                            SHIP TO:
                                   CANTON AMOCO, INC.            1
CANTON AMOCO, INC.                 41345 FORD ROAD
41345 FORD ROAD                    313-477-7700    {STRAIGHT}
CANTON, MI  48187 0000             CANTON, MI
                                        48187 0000

Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck    From    Terms
696463                  6/15/06  42223  BOL# 119389 1 AMOCO  NET 0 DAYS   ZE

Cl  Item          Description           Qty    Price          Amount
    3999 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000          REGULAR UNLEADED 87   3,999  2.19300GL      8,769.81
                                               2.19300GL
                                                            ============
                  ** NET TOTAL                                8,769.81
                  FET GASOLINE          3999.00   .18400EA      735.82
                  FET-FED ENV FEE RECOVERY 3999.00 .00120EA       4.80
                  MI EXCISE GASOLINE    3999.00   .18905EA      756.01
                  MI MUSTFA FUND        3999.00   .00875EA       34.99
                  MICHIGAN STATE PRE-PAID 3999.00 .12700EA      507.87
                                                            ============
                            INVOICE AMOUNT             $10,809.30
```

IN OBSERVANCE OF INDEPENDANCE DAY THE
OFFICE WILL BE CLOSED ON TUES 7/4/06.

BOL# _____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                          12:49p  42223  6/15/06
SOLD TO:                          SHIP TO:
                                  CANTON AMOCO, INC.              1
CANTON AMOCO, INC.                41345 FORD ROAD
41345 FORD ROAD                   313-477-7700    {STRAIGHT}
CANTON, MI  48187 0000            CANTON, MI
                                        48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | 6/15/06 | 42223 | BOL# 119389 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 3999 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,999 | 2.19300GL | 8,769.81 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 8,769.81 |
| | | FET GASOLINE | 3999.00 | .18400EA | 735.82 |
| | | FET-FED ENV FEE RECOVERY | 3999.00 | .00120EA | 4.80 |
| | | MI EXCISE GASOLINE | 3999.00 | .18905EA | 756.01 |
| | | MI MUSTFA FUND | 3999.00 | .00875EA | 34.99 |
| | | MICHIGAN STATE PRE-PAID | 3999.00 | .12700EA | 507.87 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $10,809.30 |

IN OBSERVANCE OF INDEPENDANCE DAY THE
OFFICE WILL BE CLOSED ON TUES 7/4/06.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
* * * * * * *      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      * * * * * * *

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S

1:29p  93147   6/23/06

SOLD TO:

SHIP TO:
CANTON AMOCO, INC.                    1
41345 FORD ROAD
313-477-7700    {STRAIGHT}
CANTON, MI
      48187 0000

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|------------|-----------|------|-------|-----------------|------|-------|-----|
| 696463 | | 6/23/06 | 93147 | BOL# 121053 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 5001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,001 | 2.30000GL | 6,902.30 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 2.34400GL | 2,341.66 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,001 | 2.43500GL | 2,437.44 |

```
                  ** NET TOTAL                        11,681.40
          FET GASOLINE             5001.00  .18400EA      920.18
          FET-FED ENV FEE RECOVERY 5001.00  .00120EA        6.00
          MI EXCISE GASOLINE       5001.00  .18905EA      945.44
          MI MUSTFA FUND           5001.00  .00875EA       43.76
          MICHIGAN STATE PRE-PAID  5001.00  .12700EA      635.13
                                                     ===========
                        INVOICE AMOUNT               $14,231.91
```

IN OBSERVANCE OF INDEPENDANCE DAY THE
OFFICE WILL BE CLOSED ON TUES 7/4/06.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH: 1 MI S
  SOLD TO:

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

4:46p  93212    7/01/06

SHIP TO:
CANTON AMOCO, INC.                     1
41345 FORD ROAD
313-477-7700    {STRAIGHT}
CANTON, MI
    48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | 7/01/06 | 93212 | BOL# 122712 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 5998 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | 14,671.11 |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,998 | 2.44600GL | =========== |
| | | | | | 14,671.11 |
| | | ** NET TOTAL | | | |
| | | FET GASOLINE | 5998.00 | .18400EA | 1,103.63 |
| | | FET-FED ENV FEE RECOVERY | 5998.00 | .00120EA | 7.20 |
| | | MI EXCISE GASOLINE | 5998.00 | .18905EA | 1,133.92 |
| | | MI MUSTFA FUND | 5998.00 | .00875EA | 52.48 |
| | | MICHIGAN STATE PRE-PAID | 5998.00 | .12700EA | 761.75 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $17,730.09 |

IN OBSERVANCE OF INDEPENDANCE DAY THE
OFFICE WILL BE CLOSED ON TUES 7/4/06.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

1:14p  44655   7/21/06

BRANCH:  1  MI S
  SOLD TO:

SHIP TO:
CANTON AMOCO, INC.                    1
41345 FORD ROAD

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

313-477-7700  {STRAIGHT}
CANTON, MI
        48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|----------|------|-------|-----|
| 696463 | | | 7/21/06 | 44655 | BOL# | 126349 1 | AMOCO | NET 00 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 4496 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 2,500 | 2.45600GL | 6,140.00 |
| R 1 | 2000 | PLUS UNLEADED 89 | 998 | 2.50000GL | 2,495.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 998 | 2.59100GL | 2,585.82 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 11,220.82 |
| | | FET GASOLINE | 4496.00 | .18400EA | 827.26 |
| | | FET-FED ENV FEE RECOVERY | 4496.00 | .00120EA | 5.40 |
| | | MI EXCISE GASOLINE | 4496.00 | .18905EA | 849.97 |
| | | MI MUSTFA FUND | 4496.00 | .00875EA | 39.34 |
| | | MICHIGAN STATE PRE-PAID | 4496.00 | .12700EA | 570.99 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $13,513.78 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR