# EXHIBIT 12(f)(2)

```
                    I N V O I C E

            ARMADA OIL & GAS COMPANY
            13530 MICHIGAN AVE. #400
                 DEARBORN, MI
            313 582 1777    48126-0000

  BRANCH:  1  MI O  (HISTORY)                  18294   7/12/05
         SOLD TO:                    SHIP TO:
                                     CRANBROOK CAR CARE INC      1
  CRANBROOK CAR CARE INC             2483 W MAPLE RD
  2483 W MAPLE RD                    248-647-0701
  BIRMINGHAM, MI  48009 0000         BIRMINGHAM, MI
                                        48009 0000

  Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck    From      Terms
  689929                 7/12/05   18294  BOL# 155569 1 AMOCO    NET 0 DAYS  ZH

  Cl  Item         Description            Qty     Price        Amount
       10999 GALLONS FLAMMABLE LIQUID, UN 1203
  R 1 1000         REGULAR UNLEADED 87    5,999   1.83450GL    11,005.17
                                                  1.83450GL
  R 1 2000         PLUS UNLEADED 89       1,999   1.87850GL     3,755.12
                                                  1.87850GL
  R 1 3000         SUPER UNLEADED 93      3,001   1.96450GL     5,895.46
                                                  1.96450GL
                                                             ===========
                   ** NET TOTAL                               20,655.75
                   FET GASOLINE          10999.00  .18400EA    2,023.82
                   MI EXCISE GASOLINE     10999.00  .18905EA    2,079.36
                   MI MUSTFA FUND        10999.00  .00875EA       96.24
                   MICHIGAN STATE PRE-PAID 10999.00 .09900EA    1,088.90
                                                             ===========
                              INVOICE AMOUNT               $25,944.07

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR
```

```
                    I N V O I C E

              ARMADA OIL & GAS COMPANY
              13530 MICHIGAN AVE. #400
                   DEARBORN, MI
              313 582 1777    48126-0000
```

BRANCH:  1  MI 0  (HISTORY)                        18529    7/16/05
     SOLD TO:                        SHIP TO:
                                     CRANBROOK CAR CARE INC        1
CRANBROOK CAR CARE INC               2483 W MAPLE RD
2483 W MAPLE RD                      248-647-0701
BIRMINGHAM, MI  48009 0000           BIRMINGHAM, MI
                                          48009 0000

Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck   From      Terms
689929                  7/16/05  18529  BOL# 156155 1 AMOCO   NET 0 DAYS  ZH

Cl  Item            Description            Qty     Price           Amount
       8998 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000          REGULAR UNLEADED 87      6,999  1.72850GL     12,097.77
                                                  1.72850GL
R 1 2000          PLUS UNLEADED 89           999  1.77250GL      1,770.73
                                                  1.77250GL
R 1 3000          SUPER UNLEADED 93        1,000  1.85850GL      1,858.50
                                                  1.85850GL
                                                              ===========
                   ** NET TOTAL                                 15,727.00
                 FET GASOLINE            8998.00  .18400EA       1,655.63
                 MI EXCISE GASOLINE      8998.00  .18905EA       1,701.07
                 MI MUSTFA FUND          8998.00  .00875EA          78.73
                 MICHIGAN STATE PRE-PAID 8998.00  .09900EA         890.80
                                                              ===========
                                     INVOICE AMOUNT           $20,053.23

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
             SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI 0  (HISTORY)                                      87113    7/21/05
     SOLD TO:                                    SHIP TO:
                                                 CRANBROOK CAR CARE INC        1
CRANBROOK CAR CARE INC                           2483 W MAPLE RD
2483 W MAPLE RD                                  248-647-0701
BIRMINGHAM, MI  48009 0000                       BIRMINGHAM, MI
                                                      48009 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | From | Terms |
|---|---|---|---|---|---|---|---|
| 689929 | | 7/21/05 | 87113 | BOL# 156839 | 1 | AMOCO | NET 0 DAYS  ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 11000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,001 | 1.71500GL<br>1.71500GL | 12,006.72 |
| R 1 | 2000 | PLUS UNLEADED 89 | 2,000 | 1.75900GL<br>1.75900GL | 3,518.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,999 | 1.84500GL<br>1.84500GL | 3,688.16 |

```
                                                              ===========
              ** NET TOTAL                                      19,212.88
              FET GASOLINE              11000.00   .18400EA      2,024.00
              MI EXCISE GASOLINE        11000.00   .18905EA      2,079.55
              MI MUSTFA FUND            11000.00   .00875EA         96.25
              MICHIGAN STATE PRE-PAID   11000.00   .09900EA      1,089.00
                                                              ===========
                          INVOICE AMOUNT               $24,501.68
```

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
              SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

## ARMADA OIL & GAS COMPANY
### 13530 MICHIGAN AVE. #400
### DEARBORN, MI
### 313 582 1777    48126-0000

BRANCH:  1  MI 0   (HISTORY)                                89930    7/26/05
SOLD TO:                              SHIP TO:
                                      CRANBROOK CAR CARE INC      1
CRANBROOK CAR CARE INC                2483 W MAPLE RD
2483 W MAPLE RD                       248-647-0701
BIRMINGHAM, MI  48009 0000            BIRMINGHAM, MI
                                           48009 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck | From | Terms |
|---|---|---|---|---|---|---|
| 689929 | | 7/26/05 | 89930 | BOL# 157487 1 | AMOCO | NET 0 DAYS   ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 11009 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 8,003 | 1.73350GL | 13,873.20 |
| | | | | 1.73350GL | |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,005 | 1.77750GL | 1,786.39 |
| | | | | 1.77750GL | |
| R 1 | 3000 | SUPER UNLEADED 93 | 2,001 | 1.86350GL | 3,728.86 |
| | | | | 1.86350GL | |

```
                              ** NET TOTAL                    ==========
                                                              19,388.45
                    FET GASOLINE          11009.00  .18400EA   2,025.66
                    MI EXCISE GASOLINE     11009.00  .18905EA   2,081.25
                    MI MUSTFA FUND         11009.00  .00875EA      96.33
                    MICHIGAN STATE PRE-PAID 11009.00 .09900EA   1,089.89
                                                              ==========
                              INVOICE AMOUNT               $24,681.58
```

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
                SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                    I N V O I C E

              ARMADA OIL & GAS COMPANY
               13530 MICHIGAN AVE. #400
                    DEARBORN, MI
               313 582 1777    48126-0000

  BRANCH:  1  MI 0  (HISTORY)                      19291   7/30/05
       SOLD TO:                        SHIP TO:
                                CRANBROOK CAR CARE INC        1
  CRANBROOK CAR CARE INC        2483 W MAPLE RD
  2483 W MAPLE RD               248-647-0701
  BIRMINGHAM, MI  48009 0000    BIRMINGHAM, MI
                                       48009 0000

  Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck    From      Terms
  689929                 7/30/05  19291  BOL# 158118 1 AMOCO   NET 0 DAYS  ZH

  Cl  Item        Description           Qty    Price            Amount
       8999 GALLONS FLAMMABLE LIQUID, UN 1203
  R 1 1000        REGULAR UNLEADED 87    7,000  1.75950GL      12,316.50
                                                1.75950GL
  R 1 2000        PLUS UNLEADED 89         998  1.80350GL       1,799.89
                                                1.80350GL
  R 1 3000        SUPER UNLEADED 93      1,001  1.88950GL       1,891.39
                                                1.88950GL
                                                            ===========
                    ** NET TOTAL                              16,007.78
                 FET GASOLINE          8999.00   .18400EA      1,655.82
                 MI EXCISE GASOLINE    8999.00   .18905EA      1,701.26
                 MI MUSTFA FUND        8999.00   .00875EA         78.74
                 MICHIGAN STATE PRE-PAID 8999.00 .09900EA        890.90
                                                            ===========
                            INVOICE AMOUNT                   $20,334.50
```

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                    I N V O I C E

              ARMADA OIL & GAS COMPANY
              13530 MICHIGAN AVE. #400
                   DEARBORN, MI
              313 582 1777    48126-0000

BRANCH:  1  MI 0  (HISTORY)                    19742    8/04/05
    SOLD TO:                       SHIP TO:
                                   CRANBROOK CAR CARE INC        1
CRANBROOK CAR CARE INC             2483 W MAPLE RD
2483 W MAPLE RD                    248-647-0701
BIRMINGHAM, MI  48009 0000         BIRMINGHAM, MI
                                        48009 0000

Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck    From     Terms
689929                  8/04/05  19742  BOL# 158858 1 AMOCO   NET 0 DAYS   ZH

Cl  Item          Description          Qty    Price            Amount
     9000 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000        REGULAR UNLEADED 87    6,999  1.85100GL      12,955.15
                                              1.85100GL
R 1 2000        PLUS UNLEADED 89       1,001  1.89500GL       1,896.90
                                              1.89500GL
R 1 3000        SUPER UNLEADED 93      1,000  1.98100GL       1,981.00
                                              1.98100GL
                                                           ===========
              ** NET TOTAL                                  16,833.05
              FET GASOLINE           9000.00  .18400EA       1,656.00
              MI EXCISE GASOLINE     9000.00  .18905EA       1,701.45
              MI MUSTFA FUND         9000.00  .00875EA          78.75
              MICHIGAN STATE PRE-PAID 9000.00 .09900EA         891.00
                                                           ===========
                            INVOICE AMOUNT               $21,160.25

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.


BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR
```

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI 0  (HISTORY)                                19988   8/08/05
    SOLD TO:                              SHIP TO:
                                          CRANBROOK CAR CARE INC        1
CRANBROOK CAR CARE INC                    2483 W MAPLE RD
2483 W MAPLE RD                           248-647-0701
BIRMINGHAM, MI  48009 0000                BIRMINGHAM, MI
                                               48009 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | From | Terms | |
|--------|-----|-----------|------|-------|--------|-------|------|-------|---|
| 689929 | | | 8/08/05 | 19988 | BOL# 159498 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 13002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,002 | 1.95200GL | 13,667.90 |
| | | | | 1.95200GL | |
| R 1 | 2000 | PLUS UNLEADED 89 | 2,000 | 1.99600GL | 3,992.00 |
| | | | | 1.99600GL | |
| R 1 | 3000 | SUPER UNLEADED 93 | 4,000 | 2.08200GL | 8,328.00 |
| | | | | 2.08200GL | |

```
                                                        ===========
            ** NET TOTAL                                  25,987.90
         FET GASOLINE             13002.00    .18400EA      2,392.37
         MI EXCISE GASOLINE       13002.00    .18905EA      2,458.03
         MI MUSTFA FUND           13002.00    .00875EA        113.77
         MICHIGAN STATE PRE-PAID  13002.00    .09900EA      1,287.20
                                                        ===========
                              INVOICE AMOUNT            $32,239.27
```

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.


BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                    I N V O I C E

              ARMADA OIL & GAS COMPANY
               13530 MICHIGAN AVE. #400
                    DEARBORN, MI
              313 582 1777    48126-0000

  BRANCH:  1  MI 0  (HISTORY)                      20288   8/13/05
      SOLD TO:                          SHIP TO:
                                 CRANBROOK CAR CARE INC        1
  CRANBROOK CAR CARE INC         2483 W MAPLE RD
  2483 W MAPLE RD                248-647-0701
  BIRMINGHAM, MI  48009 0000     BIRMINGHAM, MI
                                       48009 0000

  Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck    From       Terms
  689929                 8/13/05  20288   BOL# 160169 1 AMOCO   NET 0 DAYS  ZH

  Cl  Item          Description          Qty    Price            Amount
       8998 GALLONS FLAMMABLE LIQUID, UN 1203
  R 1 1000        REGULAR UNLEADED 87    6,999  2.15000GL      15,047.85
                                                2.15000GL
  R 1 2000        PLUS UNLEADED 89       1,000  2.19400GL       2,194.00
                                                2.19400GL
  R 1 3000        SUPER UNLEADED 93        999  2.28000GL       2,277.72
                                                2.28000GL
                                                            ===========
                     ** NET TOTAL                              19,519.57
                  FET GASOLINE           8998.00  .18400EA      1,655.63
                  MI EXCISE GASOLINE     8998.00  .18905EA      1,701.07
                  MI MUSTFA FUND         8998.00  .00875EA         78.73
                  MICHIGAN STATE PRE-PAID 8998.00 .09900EA        890.80
                                                            ===========
                                   INVOICE AMOUNT            $23,845.80

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR
```

```
                    I N V O I C E

              ARMADA OIL & GAS COMPANY
                13530 MICHIGAN AVE. #400
                    DEARBORN, MI
               313 582 1777    48126-0000

BRANCH:  1  MI 0  (HISTORY)                    20504   8/18/05
    SOLD TO:                         SHIP TO:
                                     CRANBROOK CAR CARE INC      1
  CRANBROOK CAR CARE INC             2483 W MAPLE RD
  2483 W MAPLE RD                    248-647-0701
  BIRMINGHAM, MI  48009 0000         BIRMINGHAM, MI
                                          48009 0000

Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck   From      Terms
689929                  8/18/05  20504  BOL# 160871 1 AMOCO   NET 0 DAYS  ZH

Cl Item          Description          Qty    Price           Amount
     11005 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000        REGULAR UNLEADED 87    7,503  2.12050GL      15,910.11
                                             2.12050GL
R 1 2000        PLUS UNLEADED 89       2,002  2.16450GL       4,333.33
                                             2.16450GL
R 1 3000        SUPER UNLEADED 93      1,500  2.25050GL       3,375.75
                                             2.25050GL
                                                          ===========
                ** NET TOTAL                                23,619.19
                FET GASOLINE        11005.00  .18400EA        2,024.92
                MI EXCISE GASOLINE  11005.00  .18905EA        2,080.50
                MI MUSTFA FUND      11005.00  .00875EA           96.29
                MICHIGAN STATE PRE-PAID 11005.00 .09900EA     1,089.50
                                                          ===========
                              INVOICE AMOUNT               $28,910.40
```

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI 0  (HISTORY)                              20735   8/22/05
SOLD TO:                                    SHIP TO:
                                            CRANBROOK CAR CARE INC       1
CRANBROOK CAR CARE INC                      2483 W MAPLE RD
2483 W MAPLE RD                             248-647-0701
BIRMINGHAM, MI  48009 0000                  BIRMINGHAM, MI
                                               48009 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | From | Terms | |
|--------|-----|-----------|------|-------|--------|-------|------|-------|--|
| 689929 | | | 8/22/05 | 20735 | BOL# 161551 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 9000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,999 | 2.07550GL | 14,526.42 |
| | | | | 2.07550GL | |
| R 1 | 3000 | SUPER UNLEADED 93 | 2,001 | 2.20550GL | 4,413.21 |
| | | | | 2.20550GL | |
| | | | | | =========== |
| | | ** NET TOTAL | | | 18,939.63 |
| | | FET GASOLINE | 9000.00 | .18400EA | 1,656.00 |
| | | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | | MICHIGAN STATE PRE-PAID | 9000.00 | .09900EA | 891.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $23,266.83 |

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

## ARMADA OIL & GAS COMPANY
### 13530 MICHIGAN AVE. #400
### DEARBORN, MI
### 313 582 1777    48126-0000

BRANCH:  1  MI 0  (HISTORY)                              20960    8/26/05
    SOLD TO:

                         SHIP TO:
                         CRANBROOK CAR CARE INC        1
CRANBROOK CAR CARE INC                 2483 W MAPLE RD
2483 W MAPLE RD                        248-647-0701
BIRMINGHAM, MI  48009 0000             BIRMINGHAM, MI
                               48009 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | From | Terms | |
|---|---|---|---|---|---|---|---|---|
| 689929 | | 8/26/05 | 20960 | BOL# 162213 | 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 9018 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,010 | 2.08600GL 2.08600GL | 14,622.86 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,003 | 2.13000GL 2.13000GL | 2,136.39 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,005 | 2.21600GL 2.21600GL | 2,227.08 |

```
                                                       ===========
                    ** NET TOTAL                        18,986.33
                 FET GASOLINE          9018.00  .18400EA  1,659.31
                 MI EXCISE GASOLINE    9018.00  .18905EA  1,704.85
                 MI MUSTFA FUND        9018.00  .00875EA     78.91
                 MICHIGAN STATE PRE-PAID 9018.00 .09900EA    892.78
                                                       ===========
                          INVOICE AMOUNT              $23,322.18
```

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                        I N V O I C E

                 ARMADA OIL & GAS COMPANY
                 13530 MICHIGAN AVE. #400
                      DEARBORN, MI
                 313 582 1777    48126-0000

  BRANCH:  1  MI 0  (HISTORY)                      90256   8/31/05
     SOLD TO:                          SHIP TO:
                                       CRANBROOK CAR CARE INC      1
  CRANBROOK CAR CARE INC               2483 W MAPLE RD
  2483 W MAPLE RD                      248-647-0701
  BIRMINGHAM, MI  48009 0000           BIRMINGHAM, MI
                                           48009 0000

 Cust # Smn  Cust P.O.   Date    Ref #  Hauler Truck   From      Terms
 689929                  8/31/05 90256  BOL# 163058 1 AMOCO   NET 0 DAYS  ZH

 Cl Item        Description           Qty     Price         Amount
     4999 GALLONS FLAMMABLE LIQUID, UN 1203
 R 1 1000        REGULAR UNLEADED 87    4,999   2.56450GL     12,819.94
                                                2.56450GL
                                                             ===========
                    ** NET TOTAL                              12,819.94
                 FET GASOLINE          4999.00  .18400EA         919.82
                 MI EXCISE GASOLINE    4999.00  .18905EA         945.06
                 MI MUSTFA FUND        4999.00  .00875EA          43.74
                 MICHIGAN STATE PRE-PAID 4999.00 .09900EA         494.90
                                                             ===========
                                 INVOICE AMOUNT            $15,223.46
```

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                    I N V O I C E

                ARMADA OIL & GAS COMPANY
                 13530 MICHIGAN AVE. #400
                     DEARBORN, MI
                 313 582 1777    48126-0000

  BRANCH:  1  MI  0  (HISTORY)                      16035   6/04/05
      SOLD TO:                        SHIP TO:
  S E CORPORATION                     S E CORPORATION               1
  ONE STOP OIL INC.                   ONE STOP OIL, INC.
  3010 PONTIAC LAKE                   3010 PONTIAC LAKE ROAD
  WATERFORD, MI  48328 0000           WATERFORD, MI
                                          48328 0000

 Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck    From      Terms
    9021                6/04/05   16035  BOL# 149667 1 AMOCO   NET 0 DAYS  LF

 Cl  Item        Description          Qty    Price            Amount
      9006 GALLONS FLAMMABLE LIQUID, UN 1203
 R 1 1000        REGULAR UNLEADED 87     7,004  1.59550GL        11,174.88
                                               1.59550GL
 R 1 2000        PLUS UNLEADED 89        1,002  1.63950GL         1,642.78
                                               1.63950GL
 R 1 3000        SUPER UNLEADED 93       1,000  1.72550GL         1,725.50
                                               1.72550GL
                                                              ===========
                 ** NET TOTAL                                   14,543.16
              FET GASOLINE            9006.00  .18400EA          1,657.10
              MI EXCISE GASOLINE      9006.00  .18905EA          1,702.58
              MI MUSTFA FUND          9006.00  .00875EA             78.80
              MICHIGAN STATE PRE-PAID 9006.00  .09900EA            891.59
                                                              ===========
                                     INVOICE AMOUNT           $18,873.23

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
              SUBJECT TO CORRECTION OF CLERICAL ERROR
```

```
                          I N V O I C E

                  ARMADA OIL & GAS COMPANY
                   13530 MICHIGAN AVE. #400
                        DEARBORN, MI
                  313 582 1777    48126-0000

 BRANCH:  1  MI 0  (HISTORY)                        16404   6/10/05
      SOLD TO:                           SHIP TO:
 S E CORPORATION                      S E CORPORATION              1
 ONE STOP OIL INC.                    ONE STOP OIL, INC.
 3010 PONTIAC LAKE                    3010 PONTIAC LAKE ROAD
 WATERFORD, MI  48328 0000            WATERFORD, MI
                                           48328 0000

 Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck   From      Terms
   9021                 6/10/05  16404   BOL# 150652 1 AMOCO   NET 0 DAYS   ZH

 Cl  Item          Description            Qty    Price           Amount
      9004 GALLONS FLAMMABLE LIQUID, UN 1203
 R 1 1000         REGULAR UNLEADED 87     8,003  1.61650GL      12,936.85
                                                 1.61650GL
 R 1 2000         PLUS UNLEADED 89        1,001  1.66050GL       1,662.16
                                                 1.66050GL
                                                              ============
                      ** NET TOTAL                              14,599.01
                  FET GASOLINE          9004.00  .18400EA        1,656.74
                  MI EXCISE GASOLINE     9004.00  .18905EA        1,702.21
                  MI MUSTFA FUND         9004.00  .00875EA           78.79
                  MICHIGAN STATE PRE-PAID 9004.00  .09900EA          891.40
                                                              ============
                                    INVOICE AMOUNT              $18,928.15

 IN OBSERVANCE OF FOURTH OF JULY,
 THE OFFICE WILL CLOSE ON JULY 4, 2007.

 BOL#_____
 ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
 ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
 We hereby certify that goods covered by this invoice have been produced in
 compliance with the Fair Labor Standards Act of 1938, as amended.
 TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
 CHARGE will be added to all past due accounts computed by a periodic rate
 of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR
```

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI 0  (HISTORY)                              16850    6/17/05
     SOLD TO:                           SHIP TO:
S E CORPORATION                    S E CORPORATION
ONE STOP OIL INC.                  ONE STOP OIL INC.
3010 PONTIAC LAKE                  3010 PONTIAC LAKE
WATERFORD, MI  48328 0000          WATERFORD, MI
                                        48328 0000

Cust # Smn   Cust P.O.    Date    Ref #  Hauler Truck   From      Terms
   9021                  6/17/05  16850   BOL# 151661 1 AMOCO  NET 0 DAYS  LF

Cl  Item          Description              Qty    Price           Amount
     9006 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000          REGULAR UNLEADED 87     7,001  1.65200GL      11,565.65
                                                 1.65200GL
R 1 2000          PLUS UNLEADED 89        1,003  1.69600GL       1,701.09
                                                 1.69600GL
R 1 3000          SUPER UNLEADED 93       1,002  1.78200GL       1,785.56
                                                 1.78200GL
                                                              ===========
                       ** NET TOTAL                             15,052.30
                  FET GASOLINE           9006.00  .18400EA       1,657.10
                  MI EXCISE GASOLINE      9006.00  .18905EA       1,702.58
                  MI MUSTFA FUND          9006.00  .00875EA          78.80
                  MICHIGAN STATE PRE-PAID 9006.00  .09900EA         891.59
                                                              ===========
                                      INVOICE AMOUNT           $19,382.37

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                    I N V O I C E

                ARMADA OIL & GAS COMPANY
                 13530 MICHIGAN AVE. #400
                       DEARBORN, MI
                 313 582 1777    48126-0000
```

BRANCH:  1  MI  0  (HISTORY)                         17175    6/23/05
  SOLD TO:                          SHIP TO:
S E CORPORATION                         S E CORPORATION                  1
ONE STOP OIL INC.                       ONE STOP OIL, INC.
3010 PONTIAC LAKE                       3010 PONTIAC LAKE ROAD
WATERFORD, MI  48328 0000               WATERFORD, MI
                                              48328 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | From | Terms | |
|--------|-----|-----------|------|-------|--------|-------|------|-------|---|
| 9021 | | | 6/23/05 | 17175 | BOL# 152560 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 9000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,999 | 1.67900GL | 13,430.32 |
| | | | | 1.67900GL | |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,001 | 1.72300GL | 1,724.72 |
| | | | | 1.72300GL | |
| | | | | | =========== |
| | | ** NET TOTAL | | | 15,155.04 |
| | | FET GASOLINE | 9000.00 | .18400EA | 1,656.00 |
| | | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | | MICHIGAN STATE PRE-PAID | 9000.00 | .09900EA | 891.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $19,482.24 |

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                    I N V O I C E

              ARMADA OIL & GAS COMPANY
              13530 MICHIGAN AVE. #400
                   DEARBORN, MI
              313 582 1777    48126-0000

BRANCH:  1  MI 0  (HISTORY)                      17612    6/30/05
    SOLD TO:                        SHIP TO:
S E CORPORATION                  S E CORPORATION                1
ONE STOP OIL INC.                ONE STOP OIL, INC.
3010 PONTIAC LAKE                3010 PONTIAC LAKE ROAD
WATERFORD, MI  48328 0000        WATERFORD, MI
                                      48328 0000

Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck    From        Terms
  9021                 6/30/05  17612   BOL# 153679 1 AMOCO   NET 0 DAYS  ZH

Cl  Item          Description           Qty     Price            Amount
      9001 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000        REGULAR UNLEADED 87    8,000   1.62700GL      13,016.00
                                               1.62700GL
R 1 3000        SUPER UNLEADED 93      1,001   1.75700GL       1,758.76
                                               1.75700GL
                                                            ===========
                   ** NET TOTAL                               14,774.76
                FET GASOLINE          9001.00   .18400EA       1,656.18
                MI EXCISE GASOLINE    9001.00   .18905EA       1,701.64
                MI MUSTFA FUND        9001.00   .00875EA          78.76
                MICHIGAN STATE PRE-PAID 9001.00 .09900EA         891.10
                                                            ===========
                              INVOICE AMOUNT               $19,102.44

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR
```

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI  0  (HISTORY)                                    18103    7/08/05
     SOLD TO:                            SHIP TO:
S E CORPORATION                     S E CORPORATION                      1
ONE STOP OIL INC.                   ONE STOP OIL, INC.
3010 PONTIAC LAKE                   3010 PONTIAC LAKE ROAD
WATERFORD, MI  48328 0000           WATERFORD, MI
                                          48328 0000

Cust # Smn  Cust P.O.    Date    Ref #   Hauler Truck    From      Terms
   9021                 7/08/05  18103   BOL# 155026 1 AMOCO    NET 0 DAYS   ZH

Cl  Item          Description            Qty     Price             Amount
     8004 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000          REGULAR UNLEADED 87    2,900  1.79600GL          5,208.40
                                                1.79600GL
R 1 1000          REGULAR UNLEADED 87    4,100  1.79600GL          7,363.60
                                                1.79600GL
R 1 2000          PLUS UNLEADED 89       1,004  1.84000GL          1,847.36
                                                1.84000GL
                                                               ===========
                  ** NET TOTAL                                    14,419.36
                  FET GASOLINE           8004.00   .18400EA        1,472.74
                  MI EXCISE GASOLINE     8004.00   .18905EA        1,513.16
                  MI MUSTFA FUND         8004.00   .00875EA           70.04
                  MICHIGAN STATE PRE-PAID 8004.00  .09900EA          792.40
                                                               ===========
                             INVOICE AMOUNT                      $18,267.70

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                       I N V O I C E

                ARMADA OIL & GAS COMPANY
                 13530 MICHIGAN AVE. #400
                      DEARBORN, MI
                 313 582 1777    48126-0000

 BRANCH:  1  MI 0  (HISTORY)                       18103   7/08/05
     SOLD TO:                          SHIP TO:
 S E CORPORATION                   S E CORPORATION              1
 ONE STOP OIL INC.                 ONE STOP OIL, INC.
 3010 PONTIAC LAKE                 3010 PONTIAC LAKE ROAD
 WATERFORD, MI  48328 0000         WATERFORD, MI
                                        48328 0000

 Cust # Smn  Cust P.O.    Date     Ref #  Hauler Truck    From       Terms
   9021                 7/08/05   18103   BOL# 155026 1 AMOCO   NET 0 DAYS  ZH

 Cl  Item        Description          Qty    Price           Amount
      8004 GALLONS FLAMMABLE LIQUID, UN 1203
 R 1 1000        REGULAR UNLEADED 87   2,900  1.79600GL        5,208.40
                                              1.79600GL

 R 1 1000        REGULAR UNLEADED 87   4,100  1.79600GL        7,363.60
                                              1.79600GL

 R 1 2000        PLUS UNLEADED 89      1,004  1.84000GL        1,847.36
                                              1.84000GL
                                                           ===========
                 ** NET TOTAL                                14,419.36
                 FET GASOLINE         8004.00   .18400EA       1,472.74
                 MI EXCISE GASOLINE   8004.00   .18905EA       1,513.16
                 MI MUSTFA FUND       8004.00   .00875EA          70.04
                 MICHIGAN STATE PRE-PAID 8004.00 .09900EA        792.40
                                                           ===========
                              INVOICE AMOUNT             $18,267.70

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR
```

```
                          I N V O I C E

                   ARMADA OIL & GAS COMPANY
                   13530 MICHIGAN AVE. #400
                        DEARBORN, MI
                   313 582 1777    48126-0000

BRANCH:  1  MI 0  (HISTORY)                          71405    7/14/05
    SOLD TO:                          SHIP TO:
  S E CORPORATION                   S E CORPORATION              1
  ONE STOP OIL INC.                 ONE STOP OIL, INC.
  3010 PONTIAC LAKE                 3010 PONTIAC LAKE ROAD
  WATERFORD, MI  48328 0000         WATERFORD, MI
                                         48328 0000

Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck   From       Terms
  9021                  7/14/05  71405  BOL# 155820 1 AMOCO   NET 0 DAYS   ZH

Cl  Item           Description          Qty     Price          Amount
     8998 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000          REGULAR UNLEADED 87    8,998  1.79650GL     16,164.91
                                                1.79650GL
                                                            ===========
                    ** NET TOTAL                              16,164.91
                  FET GASOLINE          8998.00   .18400EA     1,655.63
                  MI EXCISE GASOLINE    8998.00   .18905EA     1,701.07
                  MI MUSTFA FUND        8998.00   .00875EA        78.73
                  MICHIGAN STATE PRE-PAID 8998.00 .09900EA       890.80
                                                            ===========
                              INVOICE AMOUNT              $20,491.14

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
              SUBJECT TO CORRECTION OF CLERICAL ERROR
```

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  SO 0  (HISTORY)                                      18758    7/20/05
          SOLD TO:                              SHIP TO:
S E CORPORATION                          S E CORPORATION                    1
ONE STOP OIL INC.                        ONE STOP OIL, INC.
3010 PONTIAC LAKE                        3010 PONTIAC LAKE ROAD
WATERFORD, MI  48328 0000                WATERFORD, MI
                                                48328 0000

Cust # Smn  Cust P.O.     Date     Ref #  Hauler Truck    From       Terms
   9021                 7/20/05   18758   BOL# 000000 0  PLANT    NET 0 DAYS   ZH

Cl  Item          Description            Qty      Price              Amount
     12168 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000          REGULAR UNLEADED 87    6,802   1.51250GL         10,288.03
                                                 1.51250GL
R 1 2000          PLUS UNLEADED 89       2,820   1.55650GL          4,389.33
                                                 1.55650GL
R 1 3000          SUPER UNLEADED 93      2,546   1.64250GL          4,181.81
                                                 1.64250GL
                                                                ===========
                  ** NET TOTAL                                    18,859.17
                  FET GASOLINE         12168.00   .18400EA         2,238.91
                  MI EXCISE GASOLINE   12168.00   .18905EA         2,300.36
                  MI MUSTFA FUND       12168.00   .00875EA           106.47
                  MICHIGAN STATE PRE-PAID 12168.00 .09900EA         1,204.63
                                                                ===========
                               INVOICE AMOUNT                    $24,709.54

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI 0  (HISTORY)                                      18906    7/23/05
    SOLD TO:                                    SHIP TO:
S E CORPORATION                             S E CORPORATION                     1
ONE STOP OIL INC.                           ONE STOP OIL, INC.
3010 PONTIAC LAKE                           3010 PONTIAC LAKE ROAD
WATERFORD, MI  48328 0000                   WATERFORD, MI
                                                   48328 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck | From | Terms |
|---|---|---|---|---|---|---|
| 9021 | | 7/23/05 | 18906 | BOL# 157044 1 | AMOCO | NET 0 DAYS  LF |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 9003 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,999 | 1.73400GL | 12,136.27 |
| | | | | 1.73400GL | |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,002 | 1.77800GL | 1,781.56 |
| | | | | 1.77800GL | |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,002 | 1.86400GL | 1,867.73 |
| | | | | 1.86400GL | |

|  |  |  |  |
|---|---|---|---|
| | | | =========== |
| ** NET TOTAL | | | 15,785.56 |
| FET GASOLINE | 9003.00 | .18400EA | 1,656.55 |
| MI EXCISE GASOLINE | 9003.00 | .18905EA | 1,702.02 |
| MI MUSTFA FUND | 9003.00 | .00875EA | 78.78 |
| MICHIGAN STATE PRE-PAID | 9003.00 | .09900EA | 891.30 |
| | | | =========== |
| INVOICE AMOUNT | | | $20,114.21 |

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                    I N V O I C E

              ARMADA OIL & GAS COMPANY
                13530 MICHIGAN AVE. #400
                    DEARBORN, MI
              313 582 1777    48126-0000

 BRANCH:  1  MI  0  (HISTORY)                     19292   7/30/05
     SOLD TO:                        SHIP TO:
 S E CORPORATION                     S E CORPORATION              1
 ONE STOP OIL INC.                   ONE STOP OIL, INC.
 3010 PONTIAC LAKE                   3010 PONTIAC LAKE ROAD
 WATERFORD, MI  48328 0000           WATERFORD, MI
                                        48328 0000

 Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck    From      Terms
   9021                  7/30/05  19292   BOL# 158110 1 AMOCO   NET 0 DAYS  ZH

 Cl  Item         Description          Qty    Price           Amount
       9008 GALLONS FLAMMABLE LIQUID, UN 1203
 R 1 1000        REGULAR UNLEADED 87    7,505  1.74950GL      13,130.00
                                               1.74950GL
 R 1 2000        PLUS UNLEADED 89       1,503  1.79350GL       2,695.63
                                               1.79350GL
                                                            ===========
                    ** NET TOTAL                              15,825.63
                 FET GASOLINE         9008.00  .18400EA        1,657.47
                 MI EXCISE GASOLINE   9008.00  .18905EA        1,702.96
                 MI MUSTFA FUND       9008.00  .00875EA           78.82
                 MICHIGAN STATE PRE-PAID 9008.00 .09900EA        891.79
                                                            ===========
                                   INVOICE AMOUNT           $20,156.67

 IN OBSERVANCE OF FOURTH OF JULY,
 THE OFFICE WILL CLOSE ON JULY 4, 2007.

 BOL#_____
 ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
 ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
 We hereby certify that goods covered by this invoice have been produced in
 compliance with the Fair Labor Standards Act of 1938, as amended.
 TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
 CHARGE will be added to all past due accounts computed by a periodic rate
 of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
                 SUBJECT TO CORRECTION OF CLERICAL ERROR
```

```
                    I N V O I C E

            ARMADA OIL & GAS COMPANY
              13530 MICHIGAN AVE. #400
                    DEARBORN, MI
              313 582 1777    48126-0000
```

BRANCH:  1  MI  0   (HISTORY)                           19862    8/06/05
      SOLD TO:                          SHIP TO:
S E CORPORATION                     S E CORPORATION                      1
ONE STOP OIL INC.                   ONE STOP OIL, INC.
3010 PONTIAC LAKE                   3010 PONTIAC LAKE ROAD
WATERFORD, MI  48328 0000           WATERFORD, MI
                                          48328 0000

Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck   From      Terms
    9021                 8/06/05  19862  BOL# 159122 1 AMOCO   NET 0 DAYS  ZH

Cl Item          Description              Qty    Price            Amount
     8999 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000         REGULAR UNLEADED 87      7,999  1.91050GL     15,282.09
                                                 1.91050GL
R 1 3000         SUPER UNLEADED 93        1,000  2.04050GL      2,040.50
                                                 2.04050GL
                                                              ===========
                      ** NET TOTAL                             17,322.59
                 FET GASOLINE           8999.00  .18400EA       1,655.82
                 MI EXCISE GASOLINE     8999.00  .18905EA       1,701.26
                 MI MUSTFA FUND         8999.00  .00875EA          78.74
                 MICHIGAN STATE PRE-PAID 8999.00 .09900EA         890.90
                                                              ===========
                              INVOICE AMOUNT                  $21,649.31

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                    I N V O I C E

              ARMADA OIL & GAS COMPANY
               13530 MICHIGAN AVE. #400
                    DEARBORN, MI
               313 582 1777    48126-0000
```

```
     SOLD TO:                          SHIP TO:
S E CORPORATION                   S E CORPORATION                    1
ONE STOP OIL INC.                 ONE STOP OIL, INC.
3010 PONTIAC LAKE                 3010 PONTIAC LAKE ROAD
WATERFORD, MI  48328 0000         WATERFORD, MI
                                       48328 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | From | Terms | |
|--------|-----|-----------|------|-------|--------|-------|------|-------|---|
| 9021 | | | 8/12/05 | 20235 | BOL# 160087 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | | 8999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,999 | 2.05950GL<br>2.05950GL | 16,473.94 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 2.10350GL<br>2.10350GL | 2,103.50 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 18,577.44 |
| | | FET GASOLINE | 8999.00 | .18400EA | 1,655.82 |
| | | MI EXCISE GASOLINE | 8999.00 | .18905EA | 1,701.26 |
| | | MI MUSTFA FUND | 8999.00 | .00875EA | 78.74 |
| | | MICHIGAN STATE PRE-PAID | 8999.00 | .09900EA | 890.90 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $22,904.16 |

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI 0  (HISTORY)                                      20615    8/20/05
   SOLD TO:                                    SHIP TO:
S E CORPORATION                                S E CORPORATION
ONE STOP OIL INC.                              ONE STOP OIL INC.
3010 PONTIAC LAKE                              3010 PONTIAC LAKE
WATERFORD, MI  48328 0000                      WATERFORD, MI
                                                     48328 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck | From | Terms | |
|--------|-----|-----------|------|-------|--------------|------|-------|---|
| 9021 | | | 8/20/05 | 20615 | BOL# 161267 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 9004 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 8,001 | 2.06550GL | 16,526.07 |
| | | | | 2.06550GL | |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,003 | 2.19550GL | 2,202.09 |
| | | | | 2.19550GL | |
| | | | | | =========== |
| | | ** NET TOTAL | | | 18,728.16 |
| | | FET GASOLINE | 9004.00 | .18400EA | 1,656.74 |
| | | MI EXCISE GASOLINE | 9004.00 | .18905EA | 1,702.21 |
| | | MI MUSTFA FUND | 9004.00 | .00875EA | 78.79 |
| | | MICHIGAN STATE PRE-PAID | 9004.00 | .09900EA | 891.40 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $23,057.30 |

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                    I N V O I C E

              ARMADA OIL & GAS COMPANY
               13530 MICHIGAN AVE. #400
                    DEARBORN, MI
               313 582 1777    48126-0000

  BRANCH:  1  MI 0  (HISTORY)                    20785   8/20/05
      SOLD TO:                          SHIP TO:
  S E CORPORATION                       S E CORPORATION              1
  ONE STOP OIL INC.                     ONE STOP OIL, INC.
  3010 PONTIAC LAKE                     3010 PONTIAC LAKE ROAD
  WATERFORD, MI  48328 0000             WATERFORD, MI
                                             48328 0000

  Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck    From      Terms
     9021                 8/20/05  20785  BOL# 161369 1 AMOCO    NET 0 DAYS  ZH

  Cl  Item         Description           Qty      Price           Amount
        7000 GALLONS FLAMMABLE LIQUID, UN 1203
  R 1 1000         REGULAR UNLEADED 87    7,000   2.06550GL       14,458.50
                                                  2.06550GL
                                                              ===========
                    ** NET TOTAL                                 14,458.50
                   FET GASOLINE         7000.00   .18400EA        1,288.00
                   MI EXCISE GASOLINE   7000.00   .18905EA        1,323.35
                   MI MUSTFA FUND       7000.00   .00875EA           61.25
                   MICHIGAN STATE PRE-PAID 7000.00 .09900EA         693.00
                                                              ===========
                           INVOICE AMOUNT             $17,824.10

  IN OBSERVANCE OF FOURTH OF JULY,
  THE OFFICE WILL CLOSE ON JULY 4, 2007.

  BOL#_____
  ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
  ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
  We hereby certify that goods covered by this invoice have been produced in
  compliance with the Fair Labor Standards Act of 1938, as amended.
  TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
  CHARGE will be added to all past due accounts computed by a periodic rate
  of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR
```

```
                              I N V O I C E

                        ARMADA OIL & GAS COMPANY
                        13530 MICHIGAN AVE. #400
                              DEARBORN, MI
                        313 582 1777    48126-0000

                                                   21019   8/27/05
    BRANCH:  1  MI 0  (HISTORY)
       SOLD TO:                          SHIP TO:
    S E CORPORATION                    S E CORPORATION              1
    ONE STOP OIL INC.                  ONE STOP OIL, INC.
    3010 PONTIAC LAKE                  3010 PONTIAC LAKE ROAD
    WATERFORD, MI  48328 0000          WATERFORD, MI
                                          48328 0000

  Cust # Smn  Cust P.O.    Date    Ref #  Hauler Truck   From      Terms
    9021                  8/27/05  21019  BOL# 162363 1 AMOCO   NET 0 DAYS   ZE

  Cl  Item        Description              Qty    Price          Amount
       9008 GALLONS FLAMMABLE LIQUID, UN 1203
  R 1 1000        REGULAR UNLEADED 87      8,002  2.07450GL      16,600.15
                                                  2.07450GL
  R 1 2000        PLUS UNLEADED 89         1,006  2.11850GL       2,131.21
                                                  2.11850GL

                                                             ===========
                     ** NET TOTAL                             18,731.36
                  FET GASOLINE            9008.00  .18400EA     1,657.47
                  MI EXCISE GASOLINE      9008.00  .18905EA     1,702.96
                  MI MUSTFA FUND          9008.00  .00875EA        78.82
                  MICHIGAN STATE PRE-PAID 9008.00  .09900EA       891.79
                                                             ===========
                                         INVOICE AMOUNT       $23,062.40

IN OBSERVANCE OF FOURTH OF JULY,
THE OFFICE WILL CLOSE ON JULY 4, 2007.

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR
```

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    1:42p  25761  11/03/05
  SOLD TO:                                     SHIP TO:
                                               26 MILE & VAN DYKE, INC.    1
26 MILE & VAN DYKE, INC.                       56935 VAN DYKE
56935 VAN DYKE                                 586-677-1165
SHELBY TWP, MI  48135 0000                     SHELBY TWP, MI
                                                     48135 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|------------|-----------|------|-------|-----------------|------|-------|-----|
| 696820 | | 11/03/05 | 25761 | BOL# 173731 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 13403 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 11,602 | 1.66900GL | 19,363.74 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,801 | 1.79900GL | 3,240.00 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 22,603.74 |
| | | FET GASOLINE | 13403.00 | .18400EA | 2,466.15 |
| | | MI EXCISE GASOLINE | 13403.00 | .18905EA | 2,533.84 |
| | | MI MUSTFA FUND | 13403.00 | .00875EA | 117.28 |
| | | MICHIGAN STATE PRE-PAID | 13403.00 | .09900EA | 1,326.90 |
| | | | | | ============ |
| | | | | INVOICE AMOUNT | $29,047.91 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                          I N V O I C E

                    ARMADA OIL & GAS COMPANY
                    13530 MICHIGAN AVE. #400
                         DEARBORN, MI
                    313 582 1777    48126-0000

BRANCH:  1  MI S                        1:42p  25763  11/03/05
    SOLD TO:                        SHIP TO:
                                    WEISENBACH, INC.              1
WEISENBACH, INC.                    11610 13 MILE ROAD
11610 13 MILE ROAD                  586-751-0580
WARREN, MI  48093 0000              WARREN, MI
                                        48093 0000

Cust # Smn  Cust P.O.   Date    Ref #  Hauler Truck Ld  From       Terms        TC
696429                 11/03/05  25763  BOL# 173749 1 AMOCO    NET 0 DAYS    ZE

Cl  Item          Description           Qty     Price          Amount
       9000 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000          REGULAR UNLEADED 87   7,001  1.66900GL       11,684.67
R 1 2000          PLUS UNLEADED 89        999  1.71300GL        1,711.29
R 1 3000          SUPER UNLEADED 93     1,000  1.79900GL        1,799.00
                                                             ============
                  ** NET TOTAL                                  15,194.96
                  FET GASOLINE          9000.00   .18400EA       1,656.00
                  MI EXCISE GASOLINE    9000.00   .18905EA       1,701.45
                  MI MUSTFA FUND        9000.00   .00875EA          78.75
                  MICHIGAN STATE PRE-PAID 9000.00 .09900EA         891.00
                                                             ============
                              INVOICE AMOUNT               $19,522.16

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
              SUBJECT TO CORRECTION OF CLERICAL ERROR
```

```
                        I N V O I C E

                ARMADA OIL & GAS COMPANY
                13530 MICHIGAN AVE. #400
                       DEARBORN, MI
                313 582 1777    48126-0000

  BRANCH:  1  MI S                      1:42p  91450  11/03/05
       SOLD TO:                   SHIP TO:
                                  TELEGRAPH & MAPLE, INC        1
  TELEGRAPH & MAPLE, INC          6495 TELEGRAPH
  6495 TELEGRAPH ROAD             24-613-1981
  BLOOMFIELD HILLS, MI  48301 0000   BLOOMFIELD HILLS, MI
                                        48301 0000

  Cust # Smn  Cust P.O.    Date   Ref #  Hauler Truck Ld  From    Terms       TC
  696819                 11/03/05 91450  BOL# 173748 1 AMOCO   NET 0 DAYS  ZE

  Cl  Item         Description          Qty    Price          Amount
      11001 GALLONS FLAMMABLE LIQUID, UN 1203
  R 1 1000         REGULAR UNLEADED 87     9,000  1.66900GL      15,021.00
  R 1 3000         SUPER UNLEADED 93       2,001  1.79900GL       3,599.80
                                                              ============
                        ** NET TOTAL                            18,620.80
                   FET GASOLINE         11001.00   .18400EA       2,024.18
                   MI EXCISE GASOLINE   11001.00   .18905EA       2,079.74
                   MI MUSTFA FUND       11001.00   .00875EA          96.26
                   MICHIGAN STATE PRE-PAID 11001.00 .09900EA       1,089.10
                                                              ============
                                  INVOICE AMOUNT             $23,910.08

  IN OBERSERVANCE OF THANKSGIVING HOLIDAY
  OUR OFFICES WILL BE CLOSED ON 11/24/05.

  IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
  ********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********

  BOL#_____

  We hereby certify that goods covered by this invoice have been produced in
  compliance with the Fair Labor Standards Act of 1938, as amended.
  TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
  CHARGE will be added to all past due accounts computed by a periodic rate
  of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR
```

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777   48126-0000

BRANCH:  1  MI S                                          11:41a  25710  11/03/05
SOLD TO:                                        SHIP TO:
                                                LAKE RIVER OIL, INC.          1
LAKE RIVER OIL, INC.                            37410 GRAND RIVER
37410 GRAND RIVER                               248-943-4098
FARMINGTON HILLS, MI  48334 0000                FARMINGTON HILLS, MI
                                                        48334 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|
| 696296 | | 11/03/05 | 25710 | BOL# 173614 1 AMOCO | NET 5 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 9000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,999 | 1.66900GL | 11,681.33 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 1.71300GL | 1,711.29 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,002 | 1.79900GL | 1,802.60 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 15,195.22 |
| | | FET GASOLINE | 9000.00 | .18400EA | 1,656.00 |
| | | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | | MICHIGAN STATE PRE-PAID | 9000.00 | .09900EA | 891.00 |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $19,522.42 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                         1:42p  25742  11/03/05
SOLD TO:                                               SHIP TO:

23 & LEE, INC.                                         23 & LEE, INC.
9400 LEE ROAD                                          9400 LEE ROAD
BRIGHTON, MI  48116 0000                               BRIGHTON, MI
                                                              48116 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696797 | | 11/03/05 | 25742 | BOL# 173646 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 13006 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 11,600 | 1.66900GL | 19,360.40 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,406 | 1.79900GL | 2,529.39 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 21,889.79 |
| | | FET GASOLINE | 13006.00 | .18400EA | 2,393.10 |
| | | MI EXCISE GASOLINE | 13006.00 | .18905EA | 2,458.78 |
| | | MI MUSTFA FUND | 13006.00 | .00875EA | 113.80 |
| | | MICHIGAN STATE PRE-PAID | 13006.00 | .09900EA | 1,287.59 |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $28,143.06 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                    12:10p  26502  11/15/05
   SOLD TO:                                  SHIP TO:

CRANBROOK CAR CARE INC              CRANBROOK CAR CARE INC
2483 W MAPLE RD                     2483 W MAPLE RD
BIRMINGHAM, MI  48009 0000          BIRMINGHAM, MI
                                         48009 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 689929 | | 11/15/05 | 26502 | BOL# | 175903 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 9001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,000 | 1.57800GL | 11,046.00 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.62200GL | 1,622.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,001 | 1.70800GL | 1,709.71 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 14,377.71 |
| | | FET GASOLINE | 9001.00 | .18400EA | 1,656.18 |
| | | MI EXCISE GASOLINE | 9001.00 | .18905EA | 1,701.64 |
| | | MI MUSTFA FUND | 9001.00 | .00875EA | 78.76 |
| | | MICHIGAN STATE PRE-PAID | 9001.00 | .09900EA | 891.10 |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $18,705.39 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                    I N V O I C E

              ARMADA OIL & GAS COMPANY
              13530 MICHIGAN AVE. #400
                   DEARBORN, MI
              313 582 1777    48126-0000
```

```
BRANCH:  1  MI S                        12:10p  26517  11/15/05
     SOLD TO:                     SHIP TO:
SE CORPORATION                    BALWI ENTERPRISES              1
BALWI ENTERPRISES                 141 N. TELEGRAPH
141 N. TELEGRAPH                  248-681-9641
WATERFORD, MI  48328 0000         WATERFORD, MI
                                      48328 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|----|
| 695808 | | | 11/15/05 | 26517 | BOL# | 175877 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 9002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1100 | NL 87 W/ ETHANOL | 901 | 1.59800GL | 1,439.80 |
| R 1 | 1100 | NL 87 W/ ETHANOL | 8,101 | 1.59800GL | 12,945.40 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 14,385.20 |
| | | FET GASOLINE | 9002.00 | .18400EA | 1,656.37 |
| | | MI EXCISE GASOLINE | 9002.00 | .18905EA | 1,701.83 |
| | | MI MUSTFA FUND | 9002.00 | .00875EA | 78.77 |
| | | MICHIGAN STATE PRE-PAID | 9002.00 | .09900EA | 891.20 |
| | | COS - BLENDED GAS TAX CR | 9002.00 | .05100EA | 459.10- |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $18,254.27 |

```
IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
```

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                10:28a  27505  12/02/05
  SOLD TO:                                SHIP TO:                      1
SE CORPORATION
AMOCO ORMOND & M59                      AMOCO ORMOND & M-59
3685 HIGHLAND                           3685 HIGHLAND
WHITE LAKE TWP., MI  48383 0000         WHITE LAKE TWP., MI
                                             48383 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 695787 | | 12/02/05 | 27505 | BOL# 178983 | 1 AMOCO | NET 0 DAYS | LF |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 9005 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1100 | NL 87 W/ ETHANOL | 904 | 1.62500GL | 1,469.00 |
| R 1 | 1100 | NL 87 W/ ETHANOL | 8,101 | 1.62500GL | 13,164.13 |

| | | | |
|---|---|---|---|
| ** NET TOTAL | | | 14,633.13 |
| FET GASOLINE | 9005.00 | .18400EA | 1,656.92 |
| MI EXCISE GASOLINE | 9005.00 | .18905EA | 1,702.40 |
| MI MUSTFA FUND | 9005.00 | .00875EA | 78.79 |
| MICHIGAN STATE PRE-PAID | 9005.00 | .09900EA | 891.50 |
| COS - BLENDED GAS TAX CR | 9005.00 | .05100EA | 459.26- |

                                        INVOICE AMOUNT      $18,503.48

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********    CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                              10:39a  28194  12/09/05
  SOLD TO:                              SHIP TO:
                                        12 & RYAN AMOCO, INC.        1
12 & RYAN AMOCO, INC.                   28934 RYAN
28934 RYAN                              586-575-9597
WARREN, MI  48092 0000                  WARREN, MI
                                               48092 0000

Cust # Smn  Cust P.O.    Date   Ref #  Hauler Truck Ld  From    Terms        TC
696318                12/09/05  28194  BOL# 180429 1 AMOCO  NET 0 DAYS   ZH

Cl  Item          Description           Qty      Price           Amount
    11007 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000       REGULAR UNLEADED 87      9,001  1.62600GL        14,635.63
R 1 2000       PLUS UNLEADED 89         2,006  1.67000GL         3,350.02
                                                               ============
                    ** NET TOTAL                                17,985.65
               FET GASOLINE            11007.00   .18400EA       2,025.29
               MI EXCISE GASOLINE      11007.00   .18905EA       2,080.87
               MI MUSTFA FUND          11007.00   .00875EA          96.31
               MICHIGAN STATE PRE-PAID 11007.00   .09900EA       1,089.69
                                                               ============
                             INVOICE AMOUNT                     $23,277.81

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                        I N V O I C E

              ARMADA OIL & GAS COMPANY
              13530 MICHIGAN AVE. #400
                   DEARBORN, MI
              313 582 1777      48126-0000

                                    10:39a  28235  12/09/05
BRANCH:  1  MI V                SHIP TO:
     SOLD TO:                   SE CORPORATION
SE CORPORATION                  AMOCO ORMOND & M59
AMOCO ORMOND & M59              3685 HIGHLAND
3685 HIGHLAND                   WHITE LAKE TWP., MI
WHITE LAKE TWP., MI  48383 0000      48383 0000
```

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|
| 695787 | | 12/09/05 | 28235 | BOL# 180550 1 AMOCO | NET 0 DAYS | ZH |

| Cl Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| 8001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | 13,585.70 |
| R 1 1100 | NL 87 W/ ETHANOL | 8,001 | 1.69800GL | =========== |
| | | | | 13,585.70 |
| | ** NET TOTAL | | | |
| | FET GASOLINE | 8001.00 | .18400EA | 1,472.18 |
| | MI EXCISE GASOLINE | 8001.00 | .18905EA | 1,512.59 |
| | MI MUSTFA FUND | 8001.00 | .00875EA | 70.01 |
| | MICHIGAN STATE PRE-PAID | 8001.00 | .09900EA | 792.10 |
| | COS - BLENDED GAS TAX CR | 8001.00 | .05100EA | 408.05- |

```
                                           ===========
                         INVOICE AMOUNT     $17,024.53
```

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI V                                    12:38p  28208  12/09/05
    SOLD TO:                              SHIP TO:
                                  HIGH TECH PETROLEUM, INC      1
HIGH TECH PETROLEUM, INC          10001 W. 7 MILE ROAD
10001 W. 7 MILE ROAD              313-863-9498
DETROIT, MI  48221 0000           DETROIT, MI
                                          48221 0000

| Cl | Item | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|----|------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
|    | 696374 |   |           | 12/09/05 | 28208 | BOL# 180522 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    | 8998 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,000 | 1.63700GL | 11,459.00 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 1.68100GL | 1,679.32 |
| R 1 | 3000 | SUPER UNLEADED 93 | 999 | 1.76700GL | 1,765.23 |
|    |      |                     |     |  ========= | ========== |
|    |      | ** NET TOTAL |     | | 14,903.55 |
|    |      | FET GASOLINE | 8998.00 | .18400EA | 1,655.63 |
|    |      | MI EXCISE GASOLINE | 8998.00 | .18905EA | 1,701.07 |
|    |      | MI MUSTFA FUND | 8998.00 | .00875EA | 78.73 |
|    |      | MICHIGAN STATE PRE-PAID | 8998.00 | .09900EA | 890.80 |
|    |      |                     |     | ========= | ========== |
|    |      | INVOICE AMOUNT |     | | $19,229.78 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********    CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)    ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                          10:39a  28186  12/09/05
SOLD TO:                              SHIP TO:
SE CORPORATION
BALWI ENTERPRISES                     BALWI ENTERPRISES
141 N. TELEGRAPH                      141 N. TELEGRAPH
WATERFORD, MI  48328 0000             WATERFORD, MI
                                          48328 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|
| 695808 | | 12/09/05 | 28186 | BOL# 180417 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 8998 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1100 | NL 87 W/ ETHANOL | 8,998 | 1.62600GL | 14,630.75 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 14,630.75 |
| | | FET GASOLINE | 8998.00 | .18400EA | 1,655.63 |
| | | MI EXCISE GASOLINE | 8998.00 | .18905EA | 1,701.07 |
| | | MI MUSTFA FUND | 8998.00 | .00875EA | 78.73 |
| | | MICHIGAN STATE PRE-PAID | 8998.00 | .09900EA | 890.80 |
| | | COS - BLENDED GAS TAX CR | 8998.00 | .05100EA | 458.90- |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $18,498.08 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

```
                    I N V O I C E

             ARMADA OIL & GAS COMPANY
             13530 MICHIGAN AVE. #400
                  DEARBORN, MI
             313 582 1777     48126-0000
```

BRANCH:  1  MI S                        12:20p  34105  12/09/05
     SOLD TO:                        SHIP TO:
                                     STERNS & SECOR, INC.        1
STERNS & SECOR, INC.                 7405 SECOR ROAD
7405 SECOR ROAD                      734-856-2610
LAMBERVILLE, MI  48144 0000          LAMBERVILLE, MI
                                             48144 0000

Cust # Smn   Cust P.O.    Date    Ref #  Hauler  Truck Ld  From      Terms        TC
696875                 12/09/05  34105   BOL# 180356 1 AMOCO      NET 0 DAYS    ZH

Cl  Item           Description              Qty      Price          Amount
       9000 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000         REGULAR UNLEADED 87       8,000   1.62600GL       13,008.00
R 1 3000         SUPER UNLEADED 93         1,000   1.75600GL        1,756.00
                                                                 ============
                   ** NET TOTAL                                    14,764.00
                 FET GASOLINE            9000.00    .18400EA        1,656.00
                 MI. EXCISE GASOLINE     9000.00    .18905EA        1,701.45
                 MI MUSTFA FUND          9000.00    .00875EA           78.75
                 MICHIGAN STATE PRE-PAID 9000.00    .09900EA          891.00
                                                                 ============
                                     INVOICE AMOUNT              $19,091.20

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

## ARMADA OIL & GAS COMPANY
### 13530 MICHIGAN AVE. #400
### DEARBORN, MI
### 313 582 1777    48126-0000

BRANCH: 1  MI S                                    12:57p  29253  12/23/05
    SOLD TO:                          SHIP TO:
                               CRANBROOK CAR CARE INC          1

CRANBROOK CAR CARE INC                             2483 W MAPLE RD
2483 W MAPLE RD                                    248-647-0701
BIRMINGHAM, MI  48009 0000                         BIRMINGHAM, MI
                                          48009 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|-----|------|-------|-----|
| 689929 | | | 12/23/05 | 29253 | BOL# 183483 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 11011 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,002 | 1.66000GL | 11,623.32 |
| R 1 | 2000 | PLUS UNLEADED 89 | 2,004 | 1.70400GL | 3,414.82 |
| R 1 | 3000 | SUPER UNLEADED 93 | 2,005 | 1.79000GL | 3,588.95 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 18,627.09 |
| | | FET GASOLINE | 11011.00 | .18400EA | 2,026.02 |
| | | MI EXCISE GASOLINE | 11011.00 | .18905EA | 2,081.63 |
| | | MI MUSTFA FUND | 11011.00 | .00875EA | 96.35 |
| | | MICHIGAN STATE PRE-PAID | 11011.00 | .09900EA | 1,090.00 |
| | | | | | ============ |
| | | | | INVOICE AMOUNT | $23,921.18 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

### ARMADA OIL & GAS COMPANY
### 13530 MICHIGAN AVE. #400
### DEARBORN, MI
### 313 582 1777    48126-0000

```
BRANCH:  1  MI S                          12:57p  29251  12/23/05
    SOLD TO:                         SHIP TO:
SE CORPORATION                                              1
AMOCO ORMOND & M59              AMOCO ORMOND & M-59
3685 HIGHLAND                  3685 HIGHLAND
WHITE LAKE TWP., MI  48383 0000  WHITE LAKE TWP., MI
                                         48383 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|--------|-----|-----------|------|-------|--------|-------|----|------|-------|-----|
| 695787 | | | 12/23/05 | 29251 | BOL# 183461 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
| | 9000 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1100 | NL 87 W/ ETHANOL | 8,000 | 1.69100GL | 13,528.00 |
| R 1 | 3100 | NL 93 W/ ETHANOL | 1,000 | 1.82100GL | 1,821.00 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 15,349.00 |
| | | FET GASOLINE | 9000.00 | .18400EA | 1,656.00 |
| | | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | | MICHIGAN STATE PRE-PAID | 9000.00 | .09900EA | 891.00 |
| | | COS - BLENDED GAS TAX CR | 9000.00 | .05100EA | 459.00- |
| | | | | | ============ |
| | | INVOICE AMOUNT | | | $19,217.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********      CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR