EXHIBIT 26(c)(4)

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY 3

MARATHON ASHLAND PETROLEUM LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4268, ICN#7-38-MI-3015
ALL GASOLINES FROM THIS FACILITY ARE 7.8# RVP AND ARE NOT SUITABLE FORUSE IN A 7.0# OR 7.2# RVP CONTROL AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
   DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
   ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
   MARATHON ASHLAND PETROLEUM LLC
MAPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 07/30/05
NUMBER 343793-211
TIME IN 2016
TIME OUT 2027

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| EPPCO INC | DETROIT TERMINAL | | 0000318100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 12735 S MARKUM CIRCLE | DATE SHIPPED | SHIPPED VIA | |
| DEARBORN MI | | BILL FREIGHT CUSTOMER | |
| 481250000 | 07/30/05 | 4138 C BARRON & SONS | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STA | | |
| VARIOUS | | |
| UNKNOWN MI | 4420244001010000 | |

--- PRODUCT TOTALS ---

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 536 | 9002 | 7883 | | | |
| 537 | 1000 | 987 | | | |

| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|---|
| | 29826 | 20 | 0000 | | |
| | S.DAVIES-C.BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 3001 | 2956 | 82.2/ 56.7% | Meter 20  Preset  3001  Code 536 |
| B30 BRAND GASOHOL 87 UNL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 3000 | 2955 | 82.2/ 56.7% | Meter 22  Preset  3001  Code 536 |
| B30 BRAND GASOHOL 87 UNL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 2001 | 1972 | 81.9/ 56.7% | Meter 23  Preset  2001  Code 536 |
| B30 BRAND GASOHOL 87 UNL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 1000 | 987 | 80.1/ 57.0% | Meter 21  Preset  1001  Code 537 |
| B31 BRAND GASOHOL 89  UNL 7.8 MAX RVP | | | | |

7.8 RVP GAS / 7.8 RVP GAS 10% ETH / CLEAR LSK2 DSL

(3-Temperature and Gravity are Derived)

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Date    8/15/2005

**Invoice No. EP8017**

Delivery Date:                8/14/2005

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 4924 | Regular | 2.501 | 12,314.92 |
| 988 | Plus | 2.545 | 2,514.46 |
| 2964 | Premium | 2.611 | 7,739.00 |
| 0 | Diesel | 2.438 | 0.00 |
| 8876 | Total Gallons | Fuel Sub Total | 22,568.39 |

| Reference | Gross | Net |
|---|---|---|
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |

Batch #

Batch Sub-Total                0.00

Previous Balance                0
                                0
                                0
Current Balance

$22,568.39

# E F T

AUG 2 3 2005

# DRAFT DATE

| Pay This Amount | Total Price | 22,568.39 |
|---|---|---|

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE  Dix & Nugven

ADDRESS  Lincoln Park M1

SHIPPER _____   ORDER NO. _____

DATE SHIPPED  8-14-05  GALLONS ORDERED _____   TICKET NO.  341853-226

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|--------------------|---------------|-------|-------------|
| | 87 n/c w/E+L | 5002 | | |
| | 89 n/c w/E+L | 1001 | | |
| | 93 n/c w/E+L | 3001 | | |

DRIVER  Leo  TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY  Bill Prystup

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | 31 | 37 | 41½ | |
| END | 54 | 45 | 74¾ | |

DEMURRAGE

REASON FOR DELAY _____

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡

Midgrade Unleaded      :   934.39 gall

Start Time 08-14-05 09:19
End Time    08-14-05 09:41
Starting Height 34.96 inches
Ending Height   42.15 inches
Starting Volume 3292.05 gallons
Ending Volume   4226.44 gallons
Starting Temp. 59.02 degrees F.
Ending Temp.   62.26 degrees F.
Flowrate 41.52 gals/min
Dispensed 0.00 gallons

‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡

End of Report

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡

Prem Unleaded          :   2982.24 gal

Start Time 08-14-05 09:30
End Time   08-14-05 09:53
Starting Height 28.59 inches
Ending Height   50.46 inches
Starting Volume 2594.68 gallons
Ending Volume   5576.92 gallons
Starting Temp. 62.90 degrees F.
Ending Temp.   69.30 degrees F.
Flowrate 126.86 gals/min
Dispensed 0.00 gallons

***********************************

End of Report


Delivery Report


Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

***********************************

Regular Noleat          :  5070.88 gal

Start Time 08-14-05 09:30
End Time   08-14-05 09:53
Starting Height 38.17 inches
Ending Height   69.86 inches
Starting Volume 4706.47 gallons
Ending Volume   9777.35 gallons
Starting Temp. 66.31 degrees F.
Ending Temp.   72.30 degrees F.
Flowrate 209.33 gals/min
Dispensed 0.00 gallons

***********************************

End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON ASHLAND PETROLEUM LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#42263, TLN#T-38-MI-2015
ALL GASOLINES FROM THIS FACILITY ARE 7.8# RVP AND ARE NOT SUITABLE FORUSE IN A 7.0# OR 7.2# RVP CONTROL AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
      MARATHON ASHLAND PETROLEUM LLC
MAPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 08/14/05
NUMBER 341890-226
TIME IN 0835
TIME OUT 0847

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| EPPLO INC. | DETROIT TERMINAL | | 000938100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 12726 S TORONTO CIRCLE | DATE SHIPPED | SHIPPED VIA | |
| DEARBORN MI | | BILL FREIGHT CUSTOMER | |
| 481280000 | 08/14/05 | 4138 C BARRON & SONS | |

--- PRODUCT TOTALS ---

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 535 | 9001 | 7954 | | | |
| 536 | 5002 | 4924 | | | |
| 537 | 1001 | 988 | | | |

| | DESTINATION | | CUSTOMER NUMBER | | ITEM NUMBER |
|---|---|---|---|---|---|
| STA | | | | | |
| VARIOUS | | | 44909400101000 | | |
| UNKNOWN MI | | | | | |
| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER | |
| 58289 | 22 | 0000 | | | |
| MAL9012-C. BARRON | | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS | | |
|---|---|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | | | |
| GASOLINE, 3, UN1203, PGII | 3001 | 2954 | 77.1/ 62.2* | Meter 02 | Preset 3001 | Code 535 |
| B32 BRAND 92 OCTANE 7.8# RVP W/ 10% ETHANOL | | | | | | |
| GASOLINE, 3, UN1203, PGII | 3001 | 2954 | 83.2/ 57.2* | Meter 01 | Preset 3001 | Code 535 |
| B30 BRAND GASOHOL 87 UNL 7.8 MAX RVP | | | | | | |
| GASOLINE, 3, UN1203, PGII | 2001 | 1970 | 83.7/ 57.2* | Meter 03 | Preset 2001 | Code 536 |
| B30 BRAND GASOHOL 87 UNL 7.8 MAX RVP | | | | | | |
| GASOLINE, 3, UN1203, PGII | 1001 | 988 | 78.5/ 58.6* | Meter 03 | Preset 1001 | Code 537 |
| B31 BRAND GASOHOL 89 UNL 7.8 MAX RVP | | | | | | |

7.8 RVP GAS / 7.8 RVP GAS 10% ETH / ETHER (STD) 85L

(*-Temperature and Gravity RFG 02/17/90)

# EPPCO Inc.

**Invoice No. EP7979**

12726 S. Morrow Cir.
Dearborn, MI 48126

Delivery Date:          8/4/2005

Ship To:

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date          8/11/2005                    Customer# 8

| Qty | Description | | Per Gallon | Extension |
|---|---|---|---|---|
| 6877 | Regular | | 2.218 | 15,253.19 |
| 989 | Plus | | 2.262 | 2,237.12 |
| 0 | Premium | | 2.378 | 0.00 |
| 989 | Diesel | | 2.178 | 2,154.04 |
| 8855 | Total Gallons | | Fuel Sub Total | 19,644.35 |

| Reference | Gross | Net |
|---|---|---|
| - | - | |
| Credit | - | 177.40 |
| - | - | |
| - | - | |
| - | - | |
| - | - | |
| - | - | |
| - | - | |
| - | - | |
| - | - | |
| - | - | |
| - | - | |
| Batch Sub-Total | | -177.40 |

Batch #



Previous Balance          0
                          0
                          0

Current Balance
          **$19,466.95**

**E F T**

AUG 15 2005

**DRAFT DATE**

| **Pay This Amount** | **Total Price** | **19,466.95** |
|---|---|---|

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

```
*****************************
dgrade Unleaded      :  924.52 gall

art Time 08-04-05 23:21
d Time   08-04-05 23:33
arting Height 32.58 inches
ding Height   39.78 inches
arting Volume 2990.84 gallons
ding Volume   3915.37 gallons
arting Temp. 58.98 degrees F.
ding Temp.   61.29 degrees F.
owrate 80.04 gals/min
spensed 0.00 gallons

*****************************

        End of Report
```

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

```
*****************************
esel                 :  991.72 gall

art Time 08-04-05 23:12
d Time   08-04-05 23:28
arting Height 24.72 inches
ding Height   34.34 inches
arting Volume 1731.46 gallons
ding Volume   2723.17 gallons
arting Temp. 65.93 degrees F.
ing Temp.   73.00 degrees F.
owrate 58.23 gals/min
pensed 0.00 gallons

*****************************

        End of Report
```



Jobber of
AMOCO
Products

# C. Barron & Sons, Inc.



PACIFIC PRIDE
AN INDEPENDENT FRANCHISEE OF
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE  _Dix/moran Amoco_

ADDRESS _____

SHIPPER _____  ORDER NO. _____

DATE SHIPPED _08-04-05_  GALLONS ORDERED _____  TICKET NO. _348795_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | M.dgrade | 1001 |  |  |
|  | R=a nc | 7006 |  |  |
|  | w/1o% Eth |  |  |  |
|  | L.S.#2 Diesel | 1001 |  |  |

DRIVER  _Steve_        TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY  _Rashul Keen_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 35½ | 34 | 25 |  |
| END | 83 | 41½ | 34½ |  |

DEMURRAGE

REASON FOR DELAY _____

Alarm Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

**********************************************

08-04-05 23:52

Overfill Alarm

Regular Nolead          :   10884.00 ga

**********************************************

End of Report

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

**********************************************

Regular Nolead          :   7172.62 gal

Start Time 08-04-05 23:15
End Time   08-04-05 23:52
Starting Height 31.80 inches
Ending Height  78.04 inches
Starting Volume 3679.59 gallons
Ending Volume   10852.21 gallons
Starting Temp. 62.81 degrees F.
Ending Temp.   74.30 degrees F.
Flowrate 190.37 gals/min
Dispensed 0.00 gallons

**********************************************

End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
|---|---|

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON ASHLAND PETROLEUM LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4238, ICN#1-38-MI-3015
ALL GASOLINES FROM THIS FACILITY ARE 7.8# RVP AND ARE NOT SUITABLE FORUSE IN A 7.0# OR 7.2# RVP CONTROL AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 1 ON BACK      NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON ASHLAND PETROLEUM LLC
MAPLIE IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 08/04/05
NUMBER 348795-216
TIME IN 2225
TIME OUT 2236

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| EPPCO INC | DETROIT TERMINAL | | 0000318100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 12726 S MORROW CIRCLE | DATE SHIPPED | SHIPPED VIA | |
| DEARBORN MI | | BILL FREIGHT CUSTOMER | |
| 481250000 | 08/04/05 | 4138 C BARRON & SONS | |

| DESTINATION | | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|---|
| STA | | | | |
| VARIOUS | | | | |
| UNKNOWN MI | | | 4490944001101000 | |
| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| 29826 | 22 | 0000 | | |
| S.DAVIES-C.BARRON | | | | |

### --- PRODUCT TOTALS ---

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 062 | 1001 | 989 | | | |
| 537 | 1001 | 989 | | | |
| 536 | 7006 | 6877 | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| FUEL OIL, 3, NA1993, PGIII | 1001 | 989 | 85.6/ 33.8 | Meter 04  Preset 1001  Code 062 |
| 128 NO.2 LOW SULFUR DIESEL,.05% MAX SULFUR,40 CETANE MIN UNDYED | | | | |
| GASOLINE, 3, UN1203, PGII | 1001 | 989 | 78.5/ 58.8* | Meter 02  Preset 1001  Code 537 |
| 831 BRAND GASOHOL 89 UNL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 3003 | 2948 | 87.2/ 56.9* | Meter 01  Preset 3001  Code 536 |
| 830 BRAND GASOHOL 87 UNL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 3001 | 2945 | 87.3/ 56.9* | Meter 03  Preset 3001  Code 536 |
| 830 BRAND GASOHOL 87 UNL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 1002 | 984 | 86.3/ 56.9* | Meter 02  Preset 1001  Code 536 |
| 830 BRAND GASOHOL 87 UNL 7.8 MAX RVP | | | | |

7.8 RVP GAS / 7.8 RVP GAS 10% E1H / CLEAR LSID2 DSL                    (*=Temperature and Gravity are Derived)

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
  Fax: 1-313-945-8010

Date    8/11/2005

**Invoice No. EP7996**

Delivery Date:    8/9/2005

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7876 | Regular | 2.312 | 18,209.31 |
| 0 | Plus | 2.421 | 0.00 |
| 985 | Premium | 2.422 | 2,385.67 |
| 0 | Diesel | 2.298 | 0.00 |
| 8861 | Total Gallons | Fuel Sub Total | 20,594.98 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | Batch Sub-Total | 0.00 |

Previous Balance    0
  0
  0

Current Balance
    $20,594.98

**E F T**

AUG 18 2005

**DRAFT DATE**

| **Pay This Amount** | **Total Price** | **20,594.98** |
|---|---|---|

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

*******************************

leaded        : 1055.50 gal

ine 08-10-05 00:29
e   08-10-05 00:43
g Height 27.25 inches
Height  34.90 inches
g Volume 2410.06 gallons
Volume  3465.56 gallons
g Temp. 57.04 degrees F.
Temp.  61.82 degrees F.
e 72.65 gals/min
ed 0.00 gallons

*******************************

End of Report

Delivery Report

Speedy Mart
3860 Dix
. Lincoln Park
Michigan 48146

*******************************

r Nolead        : 7973.77 gal

Time 08-10-05 00:24
ine  08-10-05 01:06
ing Height 11.88 inches
g Height  63.81 inches
ing Volume 908.36 gallons
Volume  8882.12 gallons
ing Temp. 67.25 degrees F.
g Temp.  75.17 degrees F.
ate 184.87 gals/min
ensed 0.00 gallons

*******************************

End of Report



# C. Barron & Sons, Inc.



Jobber of AMOCO Products

AN INDEPENDENT FRANCHISE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE  Dix/Moran Amoco

ADDRESS

ORDER NO.

SHIPPER

TICKET NO. 340350

DATE SHIPPED 08.09.05    GALLONS ORDERED

POINT OF ORIGIN                    DESTINATION

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Prem NL             | 1000          |       |             |
|          | Reg NL              | 8000          |       |             |
|          | W/10 % Eth          |               |       |             |

DRIVER  Steve    TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 15½    | 29"    |        |        |
| END            | 67"    | 37½    |        |        |

DEMURRAGE
REASON FOR DELAY  Jimmy

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |
|---|---|---|
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: | For Product Emergency Spill, Leak, Fire, Exposure or Accident, CALL **1-877-MAPLINE** **1-877-627-5463** |

COPY 3

MARATHON ASHLAND PETROLEUM LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4268, TCN#-38-01-3015
ALL GASOLINES FROM THIS FACILITY ARE 7.8% RVP AND ARE NOT SUITABLE FORUSE IN A 7.0# OR 7.2# RVP CONTROL AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 1 ON BACK       NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
  DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
  ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
    MARATHON ASHLAND PETROLEUM LLC
MAPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 08/09/05
NUMBER 940650-221
TIME IN 2338
TIME OUT 2349

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| EPPCO INC | DETROIT TERMINAL | 0000313100 |
|  | 12700 TORONTO, DETROIT, MI 48217 | |

EPPCO INC

12725 S MORROW CIRCLE
DEARBORN MI
481260000

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|
| | 08/09/05 | BILL FREIGHT CUSTOMER 4438 C BARRON & SONS |

--- PRODUCT TOTALS ---

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 535 | 1000 | 985 | | | |
| 536 | 8005 | 7875 | | | |

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|
| STA | | | |
| VARIOUS | | | |
| UNKNOWN MI | | 449094000101000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 29826 | 27 | 0000 | | |
| S.DAVIES-C.BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS | | | |
|---|---|---|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS GASOLINE, 3, UN1203, PGII 93 BRAND 93 OCTANE 7.8# RVP W/ 10% ETHANOL | 1000 | 985 | 81.3/ 61.4% | Meter 10 | Preset | 1001 | Code 535 |
| GASOLINE, 3, UN1203, PGII 830 BRAND GASOHOL 87 UNL 7.8 MAX RVP | 3002 | 2953 | 83.8/ 59.4% | Meter 09 | Preset | 3001 | Code 536 |
| GASOLINE, 3, UN1203, PGII 830 BRAND GASOHOL 87 UNL 7.8 MAX RVP | 3001 | 2953 | 83.5/ 59.4% | Meter 11 | Preset | 3001 | Code 536 |
| GASOLINE, 3, UN1203, PGII 830 BRAND GASOHOL 87 UNL 7.8 MAX RVP | 2002 | 1970 | 84.0/ 59.4% | Meter 10 | Preset | 2001 | Code 536 |

7.8 RVP GAS / 7.8 RVP GAS 10% ETH / CLEAR 15182 DSL

(#-Temperature And Gravity Are Derived)

# EPPCO Inc.

**Invoice No. EP8036**

12726 S. Morrow Cir.
Dearborn, MI 46126

Delivery Date:                8/18/2005

Ship To:

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date      8/22/2005                                          Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7866 | Regular | 2.462 | 19,366.09 |
| 0 | Plus | 2.592 | 0.00 |
| 0 | Premium | 2.658 | 0.00 |
| 0 | Diesel | 2.304 | 0.00 |
| 7866 | Total Gallons | Fuel Sub Total | 19,366.09 |

| Reference | Gross | Net |
|---|---|---|
| - | - | - |
| Credit | - | 177.22 |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| | Batch Sub-Total | -177.22 |

Batch #

Previous Balance        0
                        0
                        0

Current Balance
            $19,188.87

**E F T**

AUG 2 6 2005

**DRAFT DATE**

| **Pay This Amount** | **Total Price** | **19,188.87** |
|---|---|---|

Jobber of 

Products

# C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE ___Dix/Moran Amoco___

ADDRESS _____

| | ORDER NO. |
|---|---|
| SHIPPER _____ | |
| DATE SHIPPED 08.18.05 | TICKET NO. 343435 |

GALLONS ORDERED

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | R-c NL | 8001 | | |
| | W/10% Eth | | | |
| | | | | |
| | | | | |

DRIVER ___Stan___ TOTAL GALLONS _____

**THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER**

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 23" | | | |
| END | 75'6" | | | |

DEMURRAGE

REASON FOR DELAY _____

---

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

r Nolead        : 8038.32 gal

Time 08-18-05 21:34
me   08-18-05 22:07
ng Height 19.89 inches
Height  71.07 inches
ng Volume 1908.97 gallons
Volume  9947.28 gallons
ng Temp. 84.76 degrees F.
Temp.   76.51 degrees F.
te 238.74 gals/min
sed 0.00 gallons

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:   SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON ASHLAND PETROLEUM LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4258, ILN81-38-M1-3015
ALL GASOLINES FROM THIS FACILITY ARE 7.89 RVP AND ARE NOT SUITABLE FORUSE IN A 7.0% OR 7.2% RVP CONTROL AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON ASHLAND PETROLEUM LLC
MAPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 08/18/05
NUMBER 343425-230
TIME IN 2037
TIME OUT 2049

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| EPPCO INC | DETROIT TERMINAL | 0060313100 |
|  | 12700 TORONTO, DETROIT, MI 48217 | |
| 12726 S MORGAN CIRCLE | | |
| DEARBORN MI | | |
| 48126000 | | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 08/18/05 | BILL FREIGHT CUSTOMER |
| | 4138 C BARRON & SONS |

--- PRODUCT DETAILS ---

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 536 | 8001 | 7866 | | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STA | | |
| VARIOUS | | |
| UNKNOWN MI | 44909940010100 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 29826 | 22 | 0000 | | |
| S.DAVIES-C.BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 4000 | 3933 | 84.9/ 57.08 | Meter 22  Preset 4001  Code 536 |
| 830 BRAND GASOHOL 87 UNL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 4001 | 3933 | 85.0/ 57.08 | Meter 20  Preset 4001  Code 536 |
| 830 BRAND GASOHOL 87 UNL 7.8 MAX RVP | | | | |

7.8 RVP GAS / 7.8 RVP GAS 10% EOH / CLEAR (SIGN) USE

(A-Temperature and Gravity Are Derived)

# EPPCO, Inc.

invoice No. EP8056

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
  Fax: 1-313-945-8010

Delivery Date:      8/24/2005

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date    8/30/2005        Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7208 | Regular | 2.469 | 17,796.55 |
| 1090 | Plus | 2.513 | 2,739.17 |
| 0 | Premium | 2.629 | 0.00 |
| 0 | Diesel | 2.361 | 0.00 |
| 8298 | Total Gallons | Fuel Sub Total | 20,535.72 |

| | Reference | Gross | Net |
|---|---|---|---|
| Batch # | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | 0.00 |

Previous Balance     0
                        0
                        0

Current Balance
      $20,535.72

# E F T

SEP 2 2005

# DRAFT DATE

| Pay This Amount | Total Price | 20,535.72 |
|---|---|---|



# C. Barron & Sons, Inc.

Jobber of AMOCO Products



PACIFIC PRIDE
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE — Dix/Moian Amoco

ADDRESS —

ORDER NO.

SHIPPER —

DATE SHIPPED — 03.2.0   GALLONS ORDERED —

TICKET NO. 345398

POINT OF ORIGIN — DESTINATION —

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|  | Midgrade | 1101 |  |  |
|  | R-gNL | 7306 |  |  |
|  | W/10%Eth |  |  |  |
|  |  |  |  |  |

DRIVER — Stcup   TOTAL GALLONS —

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY —

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | 33" | 35½" |  |  |
| END | 82½" | 44" |  |  |

DEMURRAGE
REASON FOR DELAY — Jimmy

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

XX3X8?X32X8?X38X87XX8X8XX8X8X8?X8X888

Midgrade Unleaded       :  1039.30 gal

Start Time 08-25-05 00:41
End Time   08-25-05 00:43
Starting Height 33.49 inches
Ending Height   41.53 inches
Starting Volume 3105.13 gallons
Ending Volume   4144.43 gallons
Starting Temp. 61.64 degrees F.
Ending Temp.   62.64 degrees F.
Flowrate 245.54 gals/min
Dispensed 0.00 gallons

XXX8X8XX8X3X8?X82X8X?X8X8X8X8X8X8X8X8X8

End of Report

Alarm Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

**********************************

08-25-05 01:00

Overfill Alarm

Regular Unlead        : 10820.00 ga

**********************************

End of Report

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

**********************************

Regular Unlead        : 7565.31 gal

Start Time 08-25-05 00:36
End Time   08-25-05 01:00
Starting Height 29.24 inches
Ending Height   77.98 inches
Starting Volume 3280.23 gallons
Ending Volume   10845.54 gallons
Starting Temp. 84.62 degrees F.
Ending Temp.   71.75 degrees F.
Flowrate 311.22 gals/min
Dispensed 0.00 gallons

**********************************

End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON ASHLAND PETROLEUM LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4258, CRN#-58-MI-3015
ALL GASOLINES FROM THIS FACILITY ARE 7.8# RVP AND ARE NOT SUITABLE FOR USE IN A 7.0# OR 7.2# RVP LIMITED AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON ASHLAND PETROLEUM LLC
MAPLIC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 08/24/05
NUMBER 0412598-256
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC. CODE |
|---|---|---|---|
| EPPCO INC | DETROIT TERMINAL | 0000310100 | |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 15726 S MORGAN CIRCLE | DATE SHIPPED | SHIPPED VIA | |
| DEARBORN MI | | BILL FREIGHT CUSTOMER | |
| 481250000 | 08/24/05 | 41554 E BARRON & SONS | |

| DESTINATION | | CUSTOMER NUMBER | | ITEM NUMBER |
|---|---|---|---|---|
| STA | | | | |
| VARIOUS | | | | |
| DEARBORN MI | | 0450084000101000 | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 29876 | | 0000 | | |
| R. DEVILLE-E. BARRON | | | | |

---- PRODUCT TOTALS ----
CODE  GROSS  NET     CODE  GROSS  NET
537   1101   1090
538   7506   7398

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 1101 | 1090 | 79.77 57.6# | Meter 37  Preset 1101  Code 537 |
| 831 BRAND GASOHOL 89 UNL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 507 | 496 | 75.77 59.1# | Meter 36  Preset 501  Code 538 |
| 830 BRAND GASOHOL 87 UNL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 4007 | 3946 | 80.37 59.1# | Meter 38  Preset 4001  Code 538 |
| 830 BRAND GASOHOL 87 UNL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 1500 | 1481 | 79.87 59.1# | Meter 37  Preset 1501  Code 538 |
| 830 BRAND GASOHOL 87 UNL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 801 | 790 | 80.17 59.1# | Meter 37  Preset 801  Code 538 |
| 830 BRAND GASOHOL 87 UNL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 501 | 495 | 80.57 59.1# | Meter 38  Preset 501  Code 538 |
| 830 BRAND GASOHOL 87 UNL 7.8 MAX RVP | | | | |

7.8 RVP GAS / 7.8 RVP GAS 10% ETH / CLEAR 15162 UBL

(A=Temperature and gravity are derived)

# EPPCO Inc.

**Invoice No. EP8114**

12726 S. Morrow Cir.
Dearborn, MI 48126

| | |
|---|---|
| Phone: 1-313-945-8000 | |
| Fax: 1-313-945-8010 | |

Delivery Date: 9/10/2005

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date 9/13/2005          Customer# 8

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 7208 | Regular | 2.569 | 18,517.35 |
| 1088 | Plus | 2.613 | 2,842.94 |
| 0 | Premium | 2.709 | 0.00 |
| 0 | Diesel | 2.479 | 0.00 |
| 8296 | Total Gallons | Fuel Sub Total | 21,360.30 |

| Batch # | Reference | Gross | Net |
|---------|-----------|-------|-----|
| | | | |

Batch Sub-Total          0.00

Previous Balance          0
                          0
                          0

Current Balance          **$21,360.30**

## E F T

SEP 19 2005

## DRAFT DATE

| **Pay This Amount** | **Total Price** | **21,360.30** |
|---|---|---|



# C. Barron & Sons, Inc.

*Jobber of*

*Products*



AN INDEPENDENT FRANCHISEE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM ®

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Dix/Moran Amoco_

ADDRESS _____

| | |
|---|---|
| SHIPPER _____ | ORDER NO. |
| DATE SHIPPED _7/10/0_ GALLONS ORDERED ___ | TICKET NO. 34130.2 |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Midgrade | 1100 | | |
| | Regular | 7301 | | |
| | | | | |
| | | | | |

DRIVER _Steve_ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 76½ | 25" | | |
| END | 74½ | 34" | | |

DEMURRAGE
REASON FOR DELAY _Jimmy_

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#42268, TCN91-38-MI-3015
GASOLINE TRANSFERRED IN ACCORDANCE WITH FEDERAL AND/OR STATE EMERGENCY FUEL WAIVERS EFFECTIVE THROUGH SEPTEMBER 15, 2005
ALL GASOLINES SEE NOTE 1 ON BACK.    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 09/10/05
NUMBER 341302-2258
TIME IN 0009
TIME OUT 0023

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| EPPCO INC | DETROIT TERMINAL | 0000918100 |
| | 12700 TORONTO, DETROIT, MI 48217 | |
| 12726 S MORROW CIRCLE | | |
| DEARBORN MI | | |
| 481260000 | | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 09/10/05 | BILL FREIGHT CUSTOMER |
| | 4138 C BARRON & SONS |

| --- PRODUCT TOTALS --- | | | |
|---|---|---|---|
| CODE | GROSS | NET | CODE | GROSS | NET |
| 079 | 1100 | 1088 | | | |
| 151 | 7301 | 7208 | | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STA | | |
| VARIOUS | | |
| UNKNOWN MI | 449094400101000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 29826 | 22 | 0000 | | |
| S.DAVIES-C.BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 1100 | 1088 | 75.5/ 61.88 | Meter 10  Preset 1101  Code 079 |
| 105 EXTRA-M UNLEADED GASOLINE - 89 OCTANE. | | (SEE NOTE 1 ON BACK) | | |
| GASOLINE, 3, UN1203, PGII | 4001 | 3951 | 78.2/ 60.0 | Meter 11  Preset 4091  Code 151 |
| 107 MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |
| GASOLINE, 3, UN1203, PGII | 1300 | 1283 | 78.9/ 60.0 | Meter 10  Preset 1301  Code 151 |
| 107 MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |
| GASOLINE, 3, UN1203, PGII | 2000 | 1974 | 79.3/ 60.0 | Meter 10  Preset 2091  Code 151 |
| 107 MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |

CONVFAS / CONVGRS 10% ETH / CLEAR LS1&2 DSL

(*-Temperature And Gravity Are Derived)

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Date    9/23/2005

## Invoice No. EP8136

Delivery Date:    9/15/2005

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 5931 | Regular | 2.377 | 14,097.99 |
| 1387 | Plus | 2.421 | 3,357.93 |
| 0 | Premium | 2.592 | 0.00 |
| 0 | Diesel | 2.478 | 0.00 |
| 7318 | Total Gallons | Fuel Sub Total | 17,455.91 |

Batch #

| Reference | Gross | Net |
|---|---|---|
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |

EFT DRAFT DATE:
9/26/2005

Batch Sub-Total    0.00

Previous Balance    0
    0
    0

Current Balance
**$17,455.91**

| Pay This Amount | Total Price | 17,455.91 |
|---|---|---|



**Jobber of**

**Products**

# C. Barron & Sons, Inc.



AN INDEPENDENT FRANCHISEE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM ®

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE  Dix/Moran Amoco

ADDRESS

|  | ORDER NO. |
|---|---|
| SHIPPER | TICKET NO. 343080 |
| DATE SHIPPED 09-15-0  GALLONS ORDERED | |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | Midgrade | 1401 |  |  |
|  | Reg NL | 6004 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 39½" | 25½" |  |  |
| END | 79½" | 35" |  |  |

DEMURRAGE

REASON FOR DELAY  Jimmy

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

**DRIVER SIGNATURE:**

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
|---|---|

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#49268, ID#31-38-MI-3015
GASOLINE TRANSFERRED IN ACCORDANCE WITH FEDERAL AND/OR STATE EMERGENCY FUEL WAIVERS EFFECTIVE THROUGH SEPTEMBER 15, 2005
ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES (160 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
(SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 09/15/05
NUMBER 943080-238
TIME IN 2210
TIME OUT 2225

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| EMPLO INC | DETROIT TERMINAL | 0000318100 |
| | 12700 TORONTO, DETROIT MI 48217 | |
| 12726 S MORROW CIRCLE | | |
| DEARBORN MI | | |
| 481260000 | | |

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|
| | 09/15/05 | BILL FREIGHT CUSTOMER 4134 C MORROW & 3005 |

--- PRODUCT TOTALS ---
CODE  GROSS    NET    CODE:  GROSS    NET
151    6004    5931
079    1401    1387

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| SIA | | |
| VARIOUS | | |
| UNKNOWN MI | 4097834010100000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 29826 | 77 | 0000 | | |
| S DAVIES-C MORROW | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 2002 | 1979 | 76.6/ 62.0 | Meter 38  Preset 2001  Code 151 |
| 10% MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |
| GASOLINE, 3, UN1203, PGII | 4002 | 3952 | 77.8/ 62.0 | Meter 38  Preset 4001  Code 151 |
| 10% MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |
| GASOLINE, 3, UN1203, PGII | 1401 | 1387 | 74.8/ 63.1% | Meter 37  Preset 1401  Code 079 |
| 10% EXTRA-M UNLEADED GASOLINE + 89 OCTANE | | (SEE NOTE 1 ON BACK) | | |

CONVO85 / CONVO85 10% FIN / CLEAR L51X2 891

(**Temperature And Gravity Are Derived)

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Date: 9/27/2005

**Invoice No. EP8145**

Delivery Date: 9/17/2005

Ship To:
Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Customer# 8

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 7225 | Regular | 2.239 | 16,176.78 |
| 0 | Plus | 2.313 | 0.00 |
| 0 | Premium | 2.379 | 0.00 |
| 0 | Diesel | 2.387 | 0.00 |
| 7225 | Total Gallons | Fuel Sub Total | 16,176.78 |

| Batch # | Reference | Gross | Net |
|---------|-----------|-------|-----|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | EFT DRAFT DATE: | - | - |
| | 9/28/2005 | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | Batch Sub-Total | | 0.00 |

Previous Balance
0
0
0
Current Balance
**$16,176.78**

| Pay This Amount | Total Price | 16,176.78 |
|-----------------|-------------|-----------|



*Jobber of*

**AMOCO**

*Products*

# C. Barron & Sons, Inc.



AN INDEPENDENT FRANCHISEE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM ®

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Dix/Moran Amoco_

ADDRESS _____

SHIPPER _____

| | ORDER NO. |
|---|---|

DATE SHIPPED _9.17.05_  GALLONS ORDERED _____

TICKET NO. _343734_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL | 7304 | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _Steve_  TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 32 | | | |
| END | 79½ | | | |

DEMURRAGE
REASON FOR DELAY _Flub Churgya_

* MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | |
|---|---|
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4288, RUN#-28-M1-2015
ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 60 DEGREES (150 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 09/17/05
NUMBER 343734-280
TIME IN 2014
TIME OUT 2023

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| ESPCO INC | DETROIT TERMINAL | 0000318100 |
| | 12700 TORONTO, DETROIT, MI 48217 | |
| 12735 S MORROW CIRCLE | | |
| DEARBORN MI | | |
| 481260000 | | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 09/17/05 | BILL FREIGHT CUSTOMER 4138 C BARRON & SONS |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| SIA VARIOUS DEARBORN MI | a49094001010000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 29826 | 22 | 0000 | | |
| S.DAVIES-C.BARRON | | | | |

--- PRODUCT TOTALS ---
| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 151 | 7304 | 7225 | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 4002 | 3959 | 75.6/ 61.3 | Meter 30  Preset 4001  Code 151 |
| 10/ MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |
| GASOLINE, 3, UN1203, PGII | 1301 | 1287 | 75.8/ 61.3 | Meter 29  Preset 1301  Code 151 |
| 10/ MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |
| GASOLINE, 3, UN1203, PGII | 2001 | 1979 | 75.9/ 61.3 | Meter 29  Preset 2001  Code 151 |
| 10/ MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |

CONVGAS / CONVGAS 10% ETH / CLEAR 151ST USA

# EPPCO Inc.

12726 S. Morrow Cir.
arborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Date      9/27/2005

**Invoice No. EP8168**

Delivery Date:          9/22/2005

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Customer# 8

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 5941 | Regular | 2.524 | 14,995.08 |
| 0 | Plus | 2.531 | 0.00 |
| 0 | Premium | 2.597 | 0.00 |
| 0 | Diesel | 2.603 | 0.00 |
| 5941 | Total Gallons | Fuel Sub Total | 14,995.08 |

| Reference | Gross | Net |
|-----------|-------|-----|
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |

Batch #

| | Batch Sub-Total | 0.00 |

Previous Balance          0
                          0
                          0
Current Balance
          $14,995.08

✓

| Pay This Amount | Total Price | 14,995.08 |



*Jobber of*
**AMOCO**
*Products*

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Dix/Moran Amoco_

ADDRESS _____

ORDER NO. _____

SHIPPER _____

TICKET NO. **345375**

DATE SHIPPED _9-22-05_  GALLONS ORDERED _____

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | Reg NL | 6005 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _Steve_  TOTAL GALLONS _____

**THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER**

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 27" |  |  |  |
| END | 65" |  |  |  |

DEMURRAGE
REASON FOR DELAY _Jimmy_

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST
CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER
DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED
GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS
WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |
|---|---|

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
|---|---|

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4268, ICN#1-38-MI-3015
ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 09/22/05
NUMBER 3403/5-153
TIME IN 2316
TIME OUT 2350

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| SPEED INC | DETROIT TERMINAL | 0000039100 |
| | 12700 TORONTO, DETROIT, MI 48217 | |
| 12725 S MORGAN CIRCLE | | |
| DEARBORN MI | | |
| 381360000 | | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 09/22/05 | BILL FREIGHT CUSTOMER |
| | 4128 C BARRON & SONS |

| --- PRODUCT TOTALS --- | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|
| CODE 90025  NET | SIA | | |
| CODE  GROSS  NET | VARIOUS | | |
| 151  6005  5941 | UNKNOWN MI | 48709400101000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 29826 | 27 | 0000 | | |
| S.DAVIES-C.BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 4002 | 3960 | 75.3/ 59.8 | Meter 30   Preset 4001   Code 151 |
| 10/ MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |
| GASOLINE, 3, UN1203, PGII | 1501 | 1485 | 75.7/ 59.8 | Meter 29   Preset 1501   Code 151 |
| 10/ MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |
| GASOLINE, 3, UN1203, PGII | 502 | 496 | 75.7/ 59.8 | Meter 30   Preset 501   Code 151 |
| 10/ MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |

CONVGAS / CONVGAS 10% ETH / CLEAN 13(E) USL

# EPPCO Inc.

**Invoice No. EP8173**

12726 S. Morrow Cir.
Dearborn, MI 48126

Delivery Date:  9/23/2005

Ship To:

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date   9/27/2005

Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 1988 | Regular | 2.524 | 5,017.71 |
| 0 | Plus | 2.598 | 0.00 |
| 0 | Premium | 2.664 | 0.00 |
| 0 | Diesel | 2.598 | 0.00 |
| 1988 | Total Gallons | Fuel Sub Total | 5,017.71 |

| Reference | Gross | Net |
|---|---|---|
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | Batch Sub-Total | 0.00 |

Batch #

Previous Balance     0
0
0

Current Balance   $5,017.71

**E F T**

OCT  4 2005

**DRAFT DATE**

| **Pay This Amount** | **Total Price** | **5,017.71** |
|---|---|---|



*Jobber of8*

*Products*

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Dix & Moran_

ADDRESS _____

SHIPPER _Eppcc_

| | |
|---|---|
| ORDER NO. | |

DATE _07-23-05_  GALLONS ORDERED _2000_   TICKET NO. _546918_

POINT OF ORIGIN _Romulus, MI_   DESTINATION _Lincoln Park, MI_

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL | 2001 | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _Curt_   TOTAL GALLONS _2001_

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Bill Prytup_

| GAUGE READINGS | NL TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 48 | | | |
| END | 60 | | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:        SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

| | DATE | |
|---|---|---|
| | NUMBER | 549910-700 |
| | TIME IN | 13:31 |
| | TIME OUT | 13:51 |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|---|
| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | 200 | 198 | 57.0/61.0 | |

Dix & Moran

# EPPCO Inc.

12726 S. Morrow Clr.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Date    10/3/2005

Invoice No. EP8192

Delivery Date:        9/28/2005

Ship To:
Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 0 | Regular | 2.792 | 0.00 |
| 1984 | Plus | 2.735 | 5,426.24 |
| 1392 | Premium | 2.902 | 4,039.58 |
| 0 | Diesel | 2.932 | 0.00 |
| 3376 | Total Gallons | Fuel Sub Total | 9,465.82 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | 0.00 |

Previous Balance        0
                        0
                        0
Current Balance     $9,465.82

# E F T

OCT 1 1 2005

# DRAFT DATE

| Pay This Amount | Total Price | 9,465.82 |
|---|---|---|



# C. Barron & Sons, Inc.



AN INDEPENDENT FRANCHISEE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM ®

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Dix/moran Amoco_

ADDRESS _____

SHIPPER _____ | ORDER NO. _____

DATE SHIPPED _9/28_ GALLONS ORDERED _____ | TICKET NO. _547651_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Prem NL             | 1401          |       |             |
|          | Midgrade            | 2001          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _Steve_ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Jo Hop_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 25"    | 31½    |        |        |
| END            | 40"    | 33"    |        |        |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST.

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
| --- | --- |

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA-84558, FEIN1-38-41-9034

SHIPPED FROM:  28001 CITRIN DRIVE, ROMULUS, MICHIGAN 48174

ALL GASOLINE SEE NOTE 1 ON BACK.   NET VOLUMES DELIVERED HAVE BEEN ADJUSTED TO VOLUME AT 15 DEGREES C (60 DEGREES F).

DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.

ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.

MARATHON PETROLEUM COMPANY LLC
MARATHON PETROLEUM COMPANY LLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX

| | | | |
| --- | --- | --- | --- |
| DATE | 09/28/05 | | |
| NUMBER | 947651-275 2021 | | |
| TIME IN | 2038 | | |
| TIME OUT | | | |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
| --- | --- | --- |
| EPPCO INC | MPC LLC ROMULUS MI | 0007 |
| 12726 S MORROW CIRCLE | | |
| DEARBORN MI | | |
| 481260009 | | |

| DATE SHIPPED | BILL FREIGHT | SHIPPED VIA |
| --- | --- | --- |
| 09/28/05 | | 4138 C BARADA & SONS |

| --- PRODUCT TOTALS --- | | |
| --- | --- | --- |
| CODE | GROSS | NET |
| 079 | 2001 | 1984 |
| 081 | 1401 | 1392 |

| STA | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| --- | --- | --- | --- |
| VARIOUS | | 3420949001016000 | |
| UNKNOWN MI | | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| --- | --- | --- | --- | --- |
| 27020 | 20 | 9620 | | |
| S.DAVIES-C.WARREN | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
| --- | --- | --- | --- | --- |
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 2001 | 1984 | 70.17 57.5% | Meter 25  Preset  2001  Code 079 |
| 105 BRAND 89 OCTANE, (R+M)/2, (SEE NOTE 1 ON BACK) | | | | |
| GASOLINE, 3, UN1203, PGII | 1401 | 1392 | 70.17 49.7% | Meter 25  Preset  1401  Code 081 |
| 62N BRAND 93 OCTANE, (R+M)/2, (SEE NOTE 1 ON BACK) | | | | |

CONTAINS 2 GRAMS LEAD OR LESS GROSS GAL. (RG2V)  (RG2)

K-1

At temperature and quantity are part 2017

# EPPCO Inc.

**Invoice No. EP8203**

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Delivery Date:        10/1/2005

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Customer# 8

Date        10/3/2005

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 5962 | Regular | 2.715 | 16,186.83 |
| 0 | Plus | 2.789 | 0.00 |
| 0 | Premium | 2.855 | 0.00 |
| 0 | Diesel | 2.918 | 0.00 |
| 5962 | Total Gallons | Fuel Sub Total | 16,186.83 |

| Reference | Gross | Net |
|---|---|---|
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| | Batch Sub-Total | 0.00 |

Batch #

Previous Balance
            0
            0
            0

Current Balance
      $16,186.83

## E F T

OCT 1 3 2005

## DRAFT DATE

| Pay This Amount | Total Price | 16,186.83 |
|---|---|---|



# C. Barron & Sons, Inc.

*Jobber of* **AMOCO** *Products*



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Dix/Moran Amoco_

ADDRESS _____

SHIPPER _____ ORDER NO. _____

DATE SHIPPED _10-01-05_ GALLONS ORDERED _____ TICKET NO. 347628

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Reg NL              | 6002          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _Steve_ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 77     |        |        |        |
| END            | 61     |        |        |        |

DEMURRAGE
REASON FOR DELAY _Jimmy_

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4268, TCN#T-33-MI-3015
ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.
APOLLO IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 10/01/05
NUMBER 347823-274
TIME IN 0203
TIME OUT 0218

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| EPSCO INC. | DETROIT TERMINAL | | 0000ST5100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 12726 S MARKUM CIRCLE | | | |
| DEARBORN MI | DATE SHIPPED | SHIPPED VIA | |
| 481260000 | 10/01/05 | BILL FREIGHT CUSTOMER | |
| | | 4138 C BARKUM & SONS | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| DTN | | |
| VARIOUS | | |
| UNKNOWN MI | 44909400101000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 29828 | 22 | 0000 | | |
| B.DAVIES-C.BARKUM | | | | |

--- PRODUCT TOTALS ---
CODE   GROSS   NET    CODE   GROSS   NET
151    6002    5962

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 4001 | 3975 | 69.5/ 61.5 | Meter 11   Preset 4001   Code 151 |
| 10% MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |
| GASOLINE, 3, UN1203, PGII | 1500 | 1490 | 69.7/ 61.5* | Meter 10   Preset 1501   Code 151 |
| 10% MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |
| GASOLINE, 3, UN1203, PGII | 501 | 497 | 69.5/ 61.5 | Meter 11   Preset 501   Code 151 |
| 10% MILE-MAKER UNLEADED PRODUCT, PGII, 87 OCTANE. | | | | |

CONVGAS / CONVGAS 10% ETH / CLEAR ESTR2 USL.

(*=Temperature and Gravity Are Derived)

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Invoice No. EP8233

Delivery Date:       10/11/2005

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI  48192

Date    10/21/2005                          Customer# 8

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 8009 | Regular | 2.421 | 19,389.79 |
| 0 | Plus | 2.515 | 0.00 |
| 0 | Premium | 2.581 | 0.00 |
| 1068 | Diesel | 2.902 | 3,099.34 |
| 9077 | Total Gallons | Fuel Sub Total | 22,489.13 |

| | Reference | Gross | Net |
|--|-----------|-------|-----|
| Batch # | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | 0.00 |

Previous Balance        0
                        0
                        0
Current Balance

   **$22,489.13**

## E F T

OCT 2 4 2005

## DRAFT DATE

| Pay This Amount | Total Price | 22,489.13 |
|-----------------|-------------|-----------|

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

### Invoice No. EP8282

Delivery Date:          10/21/2005

Ship To:
Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date     11/7/2005                          Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 0 | Regular | 2.292 | 0.00 |
| 0 | Plus | 2.336 | 0.00 |
| 0 | Premium | 2.402 | 0.00 |
| 2001 | Diesel | 3.029 | 6,061.03 |
| 2001 | Total Gallons | Fuel Sub Total | 6,061.03 |

Batch #

| Reference | Gross | Net |
|---|---|---|
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| | Batch Sub-Total | 0.00 |

Previous Balance          0
                          0
                          0
Current Balance
          $6,061.03

**E F T**

NOV  8  2005

**DRAFT DATE**

| Pay This Amount | Total Price | 6,061.03 |
|---|---|---|



**Jobber of** **Products**

# C. Barron & Sons, Inc.



AN INDEPENDENT FRANCHISEE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE _Dix & Moran_

ADDRESS _____  ORDER NO. ____

SHIPPER _Eppco_  TICKET NO. _14175_

DATE SHIPPED _10-21-05_  GALLONS ORDERED _2000_

POINT OF ORIGIN _Toledo, OH_  DESTINATION _Lincoln Park, MI_

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | # 2 LSD | 2001 |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _Curt_  TOTAL GALLONS _2001_

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | 20'4 |       |        |        |
| END | 40'4 |       |        |        |

DEMURRAGE
REASON FOR DELAY _____



**Sunoco Logistics**

SAB Toledo - 74701
1601 WOODVILLE ROAD
TOLEDO OH 43605
(419)698-6978 TCN: 734CH3161

For Product Emergency – Spill, Leak,
Fire or Exposure, Call CHEMTREC
800-424-9300 Day or Night

Date: 10/21/05
BOL #: 0014179

## See Reverse Side for Hazard Warnings, Initial Emergency Response Guide, and Other Information

| Bill To: | Ship To: | Supplier: |
|---|---|---|
| 000000045 | 0008209900 | 000000450 |
| Sunoco Whsl Reseller Gas/Dist | C. BARRON & SONS - 521494 | SUNOCO R&S |
| | VARIOUS MI DESTINATIONS | 1735 MARKET STREET |
| | VARIOUS | PHILADELPHIA |
| | MI 00000 | PA 19103 |

| | | |
|---|---|---|
| | P.O.# 1: | Terminal #: 0074701 |
| Freight Terms: COLLECT | Order #: 0000000000 | Folio #: 10/021 |

| PRODUCT | MATERIALS DESCRIPTION | API | UOM | GROSS | TEMP | GRAV | NET |
|---|---|---|---|---|---|---|---|
| | Fuel Oil, (Combustible Liquid) | | | | | | |
| | 3, NA1993, PG III, ERG 128 | | | | | | |
| 04600 | HIGHWAY #2 DIESEL | | gls | 2001 | 82.3 | 35.3 | 1981 |

Diesel 1 and diesel 2 conform to state and federal highway vehicle use require-
ments. Diesel sulfur content is maximum 0.05 wt%.

Meter(s): 040301

Tank(s): 0013

*Dix & Moran*

| | |
|---|---|
| Carrier: CBSZ C. BARRON & SONS, INC. | Carrier has loaded and accepted the above-named materials and certifies that the container supplied for this shipment is a proper container for the transportation of this commodity under DOT regulations and driver acknowledges Emergency Response Guide Information received on reverse side of this document. We, the undersigned company, are in compliance with the requirements specified in 49CFR172, and Specifically the new requirements outlined in the Federal Register, Vol. 68, No. 57 dated Tuesday, March 25, 2003 regarding security and related employee training. We further understand that compliance with the Department of Transportation security regulations is mandatory for continued access to Sunoco Partners Marketing and Terminals L.P. properties. |
| 87 Jerome Street | |
| Monroe | |
| MI 48161 | |
| 7342418635 | |

| | |
|---|---|
| Tractor #: | Trailer #: 000001 |

Seal(s):

Load Start: 10/21/05 11:52  Stop: 10/21/05 11:57

This is to certify that the here-in named materials are properly classified, described,
packaged, marked and labeled, and are in proper condition for transportation according
to the applicable regulations of the department of transportation.

Vehicle Insurance Expires: 07/19/06

Signature: _____ Date _____

Vapor Tightness Test Due: 07/31/06

Liability Insurance Expires: 07/19/06

Driver: CURTICE HARE

Workers Comp. Expires: 07/19/06

Driver #: 00006297

Sun-42069-20-A

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

**Invoice No. EP8294**

Delivery Date:       10/25/2005

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date       11/7/2005                    Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7000 | Regular | 2.275 | 15,925.00 |
| 1000 | Plus | 2.319 | 2,319.00 |
| 1001 | Premium | 2.385 | 2,387.39 |
| 0 | Diesel | 2.968 | 0.00 |
| 9001 | Total Gallons | Fuel Sub Total | 20,631.39 |

Batch #

| Reference | Gross | Net |
|---|---|---|
| 10/29/2005 | 2,586.25 | 2,527.30 |
| 10/30/2005 | 2,827.61 | 2,762.58 |
| 10/31/2005 | 3,907.56 | 3,818.41 |
| 11/2/2005 | 5,180.39 | 5,031.78 |
| 11/3/2005 | 6,875.69 | 6,708.10 |
| 11/4/2005 | 5,938.80 | 5,791.10 |
| 11/4/2005 | -75.00 | -75.00 |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| | Batch Sub-Total | -26,584.31 |

Previous Balance
    0
    0
    0
Current Balance
    **-$5,952.93**

| **Pay This Amount** | **Total Price** | **-5,952.93** |
|---|---|---|

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

*******************************
ade Unleaded      : 946.69 gall

 Time 10-25-05 22:35
 ine   10-25-05 23:00
ng Height 25.97 inches
 Height  33.70 inches
ng Volume 2184.81 gallons
 Volume  3131.49 gallons
ng Temp. 65.28 degrees F.
 Temp.   60.69 degrees F.
te 36.89 gals/min
ed 0.00 gallons

*******************************

End of Report

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

*******************************
r Nolead       : 7199.98 gal

 Time 10-25-05 22:46
 me   10-25-05 23:20
ng Height 27.48 inches
 Height  72.98 inches
ng Volume 3009.53 gallons
 Volume  10209.51 gallons
ng Temp. 68.87 degrees F.
 Temp.   66.18 degrees F.
te 210.63 gals/min
ased 0.00 gallons

*******************************

End of Report

---

Jobber of


AMOCO
Products

# C. Barron & Sons, Inc.

**PACIFIC PRIDE**
AN INDEPENDENT FRANCHISE OF
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE  Dix/moran Amoco

ADDRESS

SHIPPER                                    ORDER NO.

POINT OF
ORIGIN _____ DESTINATION _____

DATE SHIPPED 10-25-05   GALLONS ORDERED   TICKET NO. 0181295
                                                      0181297

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | Prem NL | 1001 |  |  |
|  | Midgrade | 1000 |  |  |
|  | Reg NL | 7000 |  |  |

DRIVER  Steve        TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 31" | 28" | 26" |  |
| END | 75½" | 36" | 34½" |  |

DEMURRAGE

REASON FOR DELAY

| M FN | DANGEROUS GOODS DESCRIPTION | | SEE REVERSE FOR EMERGENCY RESPONSE GUIDE AND OTHER INFORMATION |
|---|---|---|---|

X 1    GASOLINE, 3, UN1203, II          914 GAL
    1 - T/T

**FOR PRODUCT EMERGENCY** - Spill, Leak, Fire, Exposure, or Accident
Day or Night - Call:   CHEMTREC 1-800-424-9300

SHIPMENT ORIGIN   :

CHEMTREC   1-800-424-9300
Buckeye Detroit
700 S. Deacon
Detroit, Michigan 48217   MI

B I L L   O F   L A D I N G   0181295
FOLIO NUMBER: 10018
USTOMER:   0000027        0000123

VEHICLE/UNIT NUMBER :

22
EXPIRATION DATE: 06/30/06

MARATHON ASHLAND PETROLEUM
P.O. BOX 31

FREIGHT   :

FINDLAY                OH 46839
ONSIGNEE / DELIVER TO:

EPPCO INC
VARIOUS MI DESTINATIONS
                           MI
ERMS:  SUPPLIER:  MARATHON ASHLAND PETROLEUM

| LOAD START DATE | : | | TIME: | |
|---|---|---|---|---|
| | | 10/25/05 | | 21:49 |
| LOAD END DATE | : | 10/25/05 | TIME: | 21:53 |

| PRODUCT | QUANTITY/UNIT |
|---|---|

1  RUL 87 CG                    802 GAL GROSS          802 GAL *
    802 GAL @   61.1 F 61.4 GRAV   802 GAL NET VOLUME CORRECTED TO 60 F

1  PUL 93 CG                    112 GAL GROSS          112 GAL *
    112 GAL @   56.8 F 53.5 GRAV   112 GAL NET VOLUME CORRECTED TO 60 F

---

TOTAL                         914 GAL GROSS       914 GAL NET

---

EPA Registration # - 4294 For complete Health and Physical Safety
hazard information, please refer to the MSDS.

3rd Party Ref. #: 23046150010100

| SHIPPER: MARATHON ASHLAND PETROLEU | This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Total Collected: $        By: |
|---|---|---|
| DRIVER : DAVIES STEVEN | | Carrier certifies that the container supplied for this shipment is a proper container for transportation of the Products as above described and driver acknowledges Emergency Response Guide Information received on reverse side of this document |
| CARRIER: C BARRON & SONS INC MONROE   MI 4 | | DRIVER/AGENT SIGNATURE: |

84-13   (REV. 10/28/04)

| FN | DANGEROUS GOODS DESCRIPTION | | SEE REVERSE FOR EMERGENCY RESPONSE GUIDE AND OTHER INFORMATION |
|----|----|----|----|

SHIPPED DATE: 10/25/05    PAGE: 1

X 1    GASOLINE, 3, UN1203, II              8087 GAL
       1 - T/T

FOR PRODUCT EMERGENCY - Spill, Leak, Fire, Exposure, or Accident
Day or Night - Call:  CHEMTREC 1-800-424-9300

CHEMTREC   1-800-424-9300
Buckeye Detroit
700 S. Deacon
Detroit, Michigan 48217    MI

SHIPMENT ORIGIN    :

**B I L L   O F   L A D I N G**    0181297
CUSTOMER: FOLIO NUMBER: 10018
0000029    0000123    ACCOUNT:

MARATHON ASHLAND PETROLEUM
P.O. BOX 31

FINDLAY                        OH 46839
CONSIGNEE / DELIVER TO:

EPPCO INC
VARIOUS MI DESTINATIONS
                          MI
SUPPLIER: MARATHON ASHLAND PETROLEUM
TERMS:

VEHICLE/UNIT NUMBER :

22
EXPIRATION DATE: 06/30/06

FREIGHT    :

LOAD START DATE    :    10/25/05    TIME:    21:54

LOAD END DATE    :    10/25/05    TIME:    22:01

| PRODUCT | QUANTITY/UNIT |
|---------|---------------|

RUL 87 CG                         6848 GAL GROSS         6844 GAL *
   6848 GAL @   61.1 F 61.4 GRAV   6844 GAL NET VOLUME CORRECTED TO 60 F

PUL 93 CG                         1239 GAL GROSS         1241 GAL *
   1239 GAL @   57.6 F 53.5 GRAV   1241 GAL NET VOLUME CORRECTED TO 60 F

--------------------------------------------------------------------

TOTAL                             8087 GAL GROSS         8085 GAL NET

EPA Registration # - 4294 For complete Health and Physical Safety
hazard information, please refer to the MSDS.

3rd Party Ref. #: 23046150010100

SHIPPER:    MARATHON ASHLAND PETROLEUM

DRIVER :    DAVIES STEVEN
CARRIER:    C BARRON & SONS INC
            MONROE            MI 48

This is to certify that the above
named materials are properly
classified, described, packaged,
marked and labeled, and are in
proper condition for transportation
according to the applicable
regulations of the Department of
Transportation.

Total Collected: $        By:

Carrier certifies that the container supplied for this shipment is a proper container
for transportation of the Products as above described and driver acknowledges
Emergency Response Guide Information received on reverse side of this document

DRIVER/AGENT
SIGNATURE:

84-13   (REV. 10/28/04)                    **1 – CUSTOMER**

# EPPCO Inc.

**Invoice No. EP8329**

12726 S. Morrow Cir.
Dearborn, MI 48126

Delivery Date:    11/3/2005

Ship To:

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date    11/7/2005    Customer# 8

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 8005 | Regular | 2.151 | 17,218.76 |
| 0 | Plus | 2.225 | 0.00 |
| 1002 | Premium | 2.291 | 2,295.58 |
| 0 | Diesel | 2.548 | 0.00 |
| 9007 | Total Gallons | Fuel Sub Total | 19,514.34 |

.0075

| Batch # | Reference | Gross | Net |
|---------|-----------|-------|-----|
| | 11/5/2005 | 6,565.93 | 6,399.48 |
| | 11/6/2005 | 5,694.41 | 5,553.58 |
| | 11/8/2005 | -5.00 | -5.00 |
| | 11/7/2005 | 4,850.32 | 4,731.42 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | -16,679.48 |

Previous Balance    0
0
0

Current Balance
**$2,834.86**

**E F T**

NOV  9 2005

**DRAFT DATE**

| Pay This Amount | Total Price | 2,834.86 |
|-----------------|-------------|----------|

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

*********************************

nleaded        : 985.98 gall

Time 11-03-05 20:45
ne   11-03-05 20:54
ng Height 15.04 inches
Height   24.18 inches
ng Volume 1017.48 gallons
Volume 2003.47 gallons
ng Temp. 68.00 degrees F.
Temp.   56.14 degrees F.
te 116.83 gals/min
ed 0.00 gallons

*********************************

End of Report

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

*********************************

Nolead        : 8020.67 gal

ine 11-03-05 20:45
e   11-03-05 21:20
g Height 16.31 inches
Height   67.65 inches
Volume 1437.07 gallons
Volume 9457.75 gallons
Temp. 67.24 degrees F.
emp.   63.19 degrees F.
232.89 gals/min
d 0.00 gallons

*********************************

End of Report

*Jobber of*

AMOCO
Products

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _____ Dix/Moran Amoco

ADDRESS _____ (Marathon)

SHIPPER _____

ORDER NO. _____

DATE SHIPPED 1-03-05  GALLONS ORDERED _____

TICKET NO. 346593

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Prem NL | 1002 | | |
| | R-g NL | 8005 | | |
| | 10% Eth | | | |
| | | | | |

DRIVER _____ Steve _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____ Ed Hoff

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 17½" | 17½" | | |
| END | 73" | 26" | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

**CUSTOMER NOTICE** – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |
|---|---|
| TRUCK SEAL NUMBERS: SHIPMENT RECEIVED BY: | For Product Emergency Spill, Leak, Fire, Exposure or Accident, CALL **1-877-MAPLINE** **1-877-627-5463**   COPY 3 |

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 FF4#84268, TCN#1-38-M1-3015
ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.
APPLCO IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 11/03/05
NUMBER 348393-307
TIME IN 1950
TIME OUT 2005

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| APPLCO INC  12725 S MONROE CIRCLE DEARBORN MI 481280000 | DETROIT TERMINAL   0000313100  12700 TORONTO, DETROIT, MI 48217 | |

| | SHIPPED VIA |
|---|---|
| DATE SHIPPED | BILL FREIGHT CUSTOMER |
| 11/03/05 | 4139 C BARGAN & SONS |

|  | DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|---|
| | SIA VARIOUS UNKNOWN MI | | 44909440010100 | |

------ PRODUCT TOTALS ------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00351/351 | 1002 | 1005 | | | |
| 00154/154 | 8005 | 8019 | | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 79826 | 22 | 0000 | | |
| S.DAVIES-C.BARGAN | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII ADV CODE # 161-BRANDED 93 W/ 10% ETHANOL | 1002 | 1005 | 56.9/ 58.98 | Meter 10 Preset 1001 Code 00351/351 |
| GASOLINE, 3, UN1203, PGII 110 CODE #15/ - BRAND 87 OCTANE W/10% ETHANOL | 3002 | 3007 | 57.3/ 59.48 | Meter 09 Preset 3001 Code 00154/154 |
| GASOLINE, 3, UN1203, PGII 110 CODE #15/ - BRAND 87 OCTANE W/10% ETHANOL | 3001 | 3006 | 57.1/ 59.48 | Meter 11 Preset 3001 Code 00154/154 |
| GASOLINE, 3, UN1203, PGII 110 CODE #15/ - BRAND 87 OCTANE W/10% ETHANOL | 7002 | 2006 | 56.8/ 59.48 | Meter 10 Preset 2001 Code 00154/154 |

CONTAINS 10% ETH / CLEAR UNLEADED FUEL

*(Temperature and Gravity are Derived)*

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Date    11/9/2005

**Invoice No. EP8347**

Delivery Date:                11/5/2005

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Customer# 8

| Qty | Description | | Per Gallon | Extension |
|-----|-------------|--|------------|-----------|
| 5001 | Regular | | 2.138 | 10,692.14 |
| 0 | Plus | | 2.212 | 0.00 |
| 0 | Premium | | 2.278 | 0.00 |
| 0 | Diesel | | 2.505 | 0.00 |
| 5001 | Total Gallons | | Fuel Sub Total | 10,692.14 |

| Batch # | Reference | Gross | Net |
|---------|-----------|-------|-----|
| | 11/8/2005 | 5,042.76 | 4,919.21 |
| | 11/8/2005 | -100.00 | -100.00 |
| | 11/9/2005 | 4,951.42 | 4,827.23 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | Batch Sub-Total | | -9,646.44 |

Previous Balance          0
                          0
                          0
Current Balance
                    **$1,045.70**

```
      E F T
   NOV 1 0 2005
  DRAFT DATE
```

| **Pay This Amount** | **Total Price** | **1,045.70** |
|---------------------|-----------------|--------------|

# PETROLEUM TRANSPORT, INC.

675 E. BIG BEAVER, STE 103
TROY, MI 48083
PHONE: (248) 524-4922
DISPATCH: (313) 299-9480

**EXPOSURE OR ACCIDENT CALL**
**CHEMTREC**
**(24 HOURS 1-800-424-9300)**

☐ FLAMMABLE
☐ COMBUSTIBLE

PRO ~~5U191~~

SHIPPER B/L NO.
3~~9901~~ / 391102

| SHIPPER | TRACTOR # | TRAILER # | DATE SHIPPED |
|---|---|---|---|
| EPPLO oil c/o Marathon Bld | 704 | 826 | 11 5 ?? |

ON EXCHANGE OF

| | | BILL TO | NAME | EPPLO |
|---|---|---|---|---|
| QUANTITY ORDERED | LEGAL CAPACITY | | ADDRESS | |
| TIME LOADING | TIME UNLOADING | | | |

| DELIVER TO | | | GALLONS ORDERED | | | | | |
|---|---|---|---|---|---|---|---|---|
| CONSIGNEE | STREET | CITY/STATE | NO LEAD | MID GRADE | PREMIUM NO LEAD | K-1 | NO. 2 | NO. 1 |
| Speedy mart | 3800 Dix | Lincoln Park MI | 5001 | | | | | |
| Am Pm | 4407 Fort St | Trenton MI | 8002 | | | | | |

| STICK READINGS | | | | | | CUSTOMER SIGNATURE |
|---|---|---|---|---|---|---|
| GAL/PROD | BEFORE | AFTER | PRODUCT | BEFORE | AFTER | |
| NL | 38 | 70 | NL | | | Jimmy S |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| COMMODITY | | | NLEH | | NLEH | NLEH | NLEH | |
|---|---|---|---|---|---|---|---|---|
| LOAD TOTAL 12002 | MARKER # 1 | MARKER # 2 | MARKER # 3 1000 | MARKER # 4 | MARKER # 5 4001 | MARKER # 1 | MARKER # 2 | MARKER # 3 | MARKER # 4 |

| EXPLANATION OF EXCESS CHARGES | BILLING QUANTITIES | RATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | STOP CHARGES | | |
| | EXCESS TIME | | |
| | SPECIAL SERVICE CHG. | | |
| DRIVER SIGNATURE X Chris ____ | **TOTAL CHARGES** | $ | |

Regular Nolead

Start Time 11-05-05 22:54
End Time 11-05-05 22:13
Starting Height 65.05 inches
Ending Height 65.42 inches
Starting Volume 4193.77 gallons
Ending Volume 2927.32 gallons
Starting Temp 60.90 degrees F.
Ending Temp 64.70 degrees F.
Flowrate 282.57 gals/min
Dispensed 0.00 gallons

Speedy Mart
3800 Dix
Lincoln Park
Michigan 48146

Delivery Report

: 5078.62 gal

End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

**CUSTOMER NOTICE** – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:  SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 4

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 REMARKS, ...

ALL GASOLINES SEE NOTE 1 ON BACK. ...

ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RCFG REGULATIONS.

SHIPPED FROM: 12700 OAKWOOD, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.

... IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE: ...

NUMBER: ...

TIME IN: ...

TIME OUT: ...

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| | DETROIT TERMINAL | | 0000313100 |
| | 12700 OAKWOOD, DETROIT, MI 48217 | | |

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|
| | 11/03/05 | BULK FREIGHT CUSTOMER |
| | | SMX PETROLEUM TRANSPORT INC |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 58353 | 825 | 0900 | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| GASOLINE, 3, UN1203, PGII | 4001 | 3998 | 62.37/57.48 | Meter 39 Preset  4000 Code 00154/154 |
| GASOLINE, 3, UN1203, PGII | 1000 | 998 | 62.37/57.48 | Meter 29 Preset  1000 Code 00154/154 |