EXHIBIT 26(c)(5)

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

**Invoice No. EP8341**

Delivery Date:              11/5/2005

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date      11/7/2005                     Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 6004 | Regular | 2.138 | 12,836.55 |
| 0 | Plus | 2.212 | 0.00 |
| 0 | Premium | 2.278 | 0.00 |
| 0 | Diesel | 2.505 | 0.00 |
| 6004 | Total Gallons | Fuel Sub Total | 12,836.55 |

.0075

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | 0.00 |

Previous Balance

EP08329              $2,834.86
-                       0
-                       0

Current Balance

**$15,671.41**

## E F T

NOV  9 2005

## DRAFT DATE

| Pay This Amount | Total Price | 12,836.55 |
|---|---|---|



# C. Barron & Sons, Inc.

**Jobber of AMOCO Products**

**PACIFIC PRIDE**
AN INDEPENDENT FRANCHISE OF
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Dix & hours ar_

ADDRESS _____

SHIPPER _____  ORDER NO. _____

DATE SHIPPED _11-5-05_  GALLONS ORDERED _____  TICKET NO. _34698-28_

POINT OF ORIGIN _____  DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | PREC IR             | 6004          | @ 10  | 95E 74      |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _____  TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 30     |        |        |        |
| END            | 65     |        |        |        |

DEMURRAGE _____
REASON FOR DELAY _____

---

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

*********************************

lar Nolead        : 5944.68 gal

t Time 11-05-05 08:02
Time   11-05-05 08:28
ting Height 24.04 inches
ng Height  60.97 inches
ting Volume 2496.60 gallons
ng Volume  3441.28 gallons
ting Temp. 65.20 degrees F.
ng Temp.  62.98 degrees F.
rate 228.62 gals/min
ensed 0.00 gallons

*********************************

End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
| --- | --- | --- |

| DATE SHIPPED | SHIPPED VIA |
| --- | --- |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| --- | --- | --- |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| --- | --- | --- | --- | --- |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
| --- | --- | --- | --- | --- |
| | | | | |

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

**Invoice No. EP8351**

Delivery Date: 11/7/2005

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date  11/10/2005

Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7400 | Regular | 2.104 | 15,569.60 |
| 0 | Plus | 2.212 | 0.00 |
| 0 | Premium | 2.214 | 0.00 |
| 0 | Diesel | 2.505 | 0.00 |
| 7400 | Total Gallons | Fuel Sub Total | 15,569.60 |

| | Reference | Gross | Net |
|---|---|---|---|
| Batch # | 11/10/2005 | 3,832.80 | 3,737.28 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | Batch Sub-Total | -3,737.28 |

Previous Balance

0
0
0

Current Balance

**$11,832.32**

**E F T**

NOV 1 4 2005

**DRAFT DATE**

| Pay This Amount | Total Price | 11,832.32 |
|---|---|---|

**PETROLEUM TRANSPORT, INC.**
675 E. BIG BEAVER, STE 103
TROY, MI 48083
PHONE: (248) 524-4922
DISPATCH: (313) 299-9480

EXPOSURE OR ACCIDENT CALL
CHEMTREC
(24 HOURS 1-800-424-9300)

☐ FLAMMABLE
☐ COMBUSTIBLE

PRO 33403

| | TRACTOR # | TRAILER # | DATE SHIPPED |
|---|---|---|---|
| SHIPPER B/L NO. | 640 | 760 | 11 / 7 / 05 |

SHIPPER: EPPCo/Marathon Bil

SHIPPER B/L NO.: 347462 / 347463

ON EXCHANGE OF

BILL TO: EPPCo

NAME

ADDRESS

| QUANTITY ORDERED | | LEGAL CAPACITY | |
|---|---|---|---|
| TIME LOADING | | TIME UNLOADING | |

## DELIVER TO | GALLONS ORDERED

| CONSIGNEE | STREET | CITY/STATE | NO LEAD | MID GRADE | PREMIUM NO LEAD | K-1 | NO. 2 | NO. 1 |
|---|---|---|---|---|---|---|---|---|
| Speedy mart | Dix + manor | | 7400 | | | | | |
| | Lincoln Park MI | | | | | | | |
| Am Pm | Fort + Van Horn | | 6000 | | | | | |
| | Trenton MI | | | | | | | |

## STICK READINGS | | | | | CUSTOMER SIGNATURE

| GAL/PROD | BEFORE | AFTER | PRODUCT | BEFORE | AFTER | | | |
|---|---|---|---|---|---|---|---|---|
| nl | 11 | 65 | nl | | | | | |
| | | | | | | | | |
| | | | | | | | | |

COMMODITY: Gas

LOAD TOTAL: 13400

| | MARKER # 1 | MARKER # 2 | MARKER # 3 | MARKER # 4 | MARKER # 5 | MARKER # 1 | MARKER # 2 | MARKER # 3 | MARKER # 4 |
|---|---|---|---|---|---|---|---|---|---|
| | | | nlEth | nlEth | nlEth | nlEth | nlEth | | |

| EXPLANATION OF EXCESS CHARGES | BILLING QUANTITIES | RATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | STOP CHARGES | | |
| | EXCESS TIME | | |
| | SPECIAL SERVICE CHG. | | |

DRIVER SIGNATURE X _Chris Conrad_

**TOTAL CHARGES** $

CUSTOMER COPY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |
| --- | --- |

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: | For Product Emergency<br>Spill, Leak, Fire, Exposure or Accident, CALL<br>**1-877-MAPLINE**<br>**1-877-627-5463** | COPY 4 |
| --- | --- | --- | --- |

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EMERGENCY, READ THIS SIDE & BACK. NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 60 DEGREES F/60 DEGREES F. DESTINATION STATE TAX PAID BY SHIPPER OR IS REQUIRED. ALL DEALINGS FROM THIS FACILITY WILL FOLLOW. FRP NUMBER 0205. SHIPPER FROM 1200 HOWARD, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC,
APPLIED IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 07/07/05
NUMBER 29/082-511
TIME IN 0331
TIME OUT 0347

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE | | |
| --- | --- | --- | --- | --- | --- |
| SPEED INC. | DETROIT TERMINAL | | 000078100 | | |
| | 1200 HOWARD, IN DRU2, MI 48217 | | | | |
| 1295 S MUNROE CIRCLE | DATE SHIPPED | | SHIPPED VIA | | |
| DEARBORN MI | | | BILL FREIGHT CUSTOMER | | |
| 481250000 | 07/07/05 | | 3902 PETROLEUM TRANSPORT INC | | |
| | DESTINATION | | CUSTOMER NUMBER | | ITEM NUMBER |
| ------- PRODUCT TOTALS ------- | 518 | | | | |
| CODE INVOICE QTY TAXES AMT | VARIOUS | | | | |
| 0015471S 7000 7291 | UNKNOWN MI | | 444449400101000 | | |
| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| | 3832J | 760 | 3900 | | |
| | CHRIS ANGELO-PETRO | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
| --- | --- | --- | --- | --- |
| BELOW ADDITIVE FOLLOWS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 4000 | 3975 | 61.95 59.48 | Meter 03 Preset  4000 Code 0015471? |
| TAX CODE 9137 - BRAND 87 OCTANE 0/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 1000 | 1000 | 61.97 59.49 | Meter 03 Preset  1000 Code 0015471? |
| TAX CODE 9137 - BRAND 87 OCTANE 0/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 2000 | 1997 | 61.97 59.48 | Meter 03 Preset  2000 Code 0015471? |
| TAX CODE 9137 - BRAND 87 OCTANE 0/10% ETHANOL | | | | |

# EPPCO Inc.

**Invoice No. EP8391**

12726 S. Morrow Cir.
Dearborn, MI 48126

Delivery Date:　　　　11/11/2005

Ship To:

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date　　11/14/2005　　　　　　　　　　Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 6999 | Regular | 2.013 | 14,088.99 |
| 999 | Plus | 2.057 | 2,054.94 |
| 1000 | Premium | 2.123 | 2,123.00 |
| 0 | Diesel | 2.381 | 0.00 |
| 8998 | Total Gallons | Fuel Sub Total | 18,266.93 |

| | Reference | Gross | Net |
|---|---|---|---|
| Batch # | 11/14/2005 | 5,876.50 | 5,730.17 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | -5,730.17 |

Previous Balance
0
0
0

Current Balance
**$12,536.76**

```
  E F T
 NOV 1 5 2005
DRAFT DATE
```

| **Pay This Amount** | **Total Price** | **12,536.76** |
|---|---|---|



# C. Barron & Sons, Inc.

Jobber of's

Products



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE _Dix@ wdrgnc_

ADDRESS _____

ORDER NO. _____

SHIPPER _____

DATE SHIPPED _1/11/___  GALLONS ORDERED _____

TICKET NO. _348486_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | REGuL | 5402 | 60 | 10% E74 |
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 26 | | | |
| END | 53 | | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

n 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

VER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

CK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY 6

| SOLD TO (CONSIGNEE) | | SHIPPED FROM | | LOC CODE | DATE | |
|---|---|---|---|---|---|---|
| | | | | | NUMBER | |
| | | | | | TIME IN | |
| | | DATE SHIPPED | SHIPPED VIA | | TIME OUT | |
| | | | | | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| | | | | |

5402

| O TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |
| | | | | |

5402

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

**Invoice No. EP8364**

Delivery Date: 11/9/2005

Ship To:
Speedy Mart
3660 Dix
Lincoln Park, MI 48192

Customer# 8

| Date | 11/13/2005 | | Per Gallon | Extension |
|---|---|---|---|---|
| Qty | Description | | | |
| 8004 | Regular | | 2.089 | 16,720.36 |
| 0 | Plus | | 2.163 | 0.00 |
| 1000 | Premium | | 2.199 | 2,199.00 |
| 0 | Diesel | | 2.459 | 0.00 |
| 9004 | Total Gallons | | Fuel Sub Total | 18,919.36 |

| | Reference | Gross | Net |
|---|---|---|---|
| Batch # | 11/11/2005 | 5,217.30 | 5,085.80 |
| | 11/12/2005 | 8,345.03 | 8,137.32 |
| | 11/13/2005 | 7,520.69 | 7,338.03 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | -20,561.15 |

Previous Balance       0
0
0

Current Balance   -$1,641.79

| **Pay This Amount** | | **Total Price** | **-1,641.79** |
|---|---|---|---|

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

*********************************
Nolead          : 8189.31 gal

Time 11-09-05 14:41
ne   11-09-05 15:12
ng Height 24.91 inches
Height   77.71 inches
ng Volume 2624.45 gallons
Volume   10813.76 gallons
ng Temp. 68.29 degrees F.
Temp.   67.36 degrees F.
te 253.20 gals/min
sed 0.00 gallons

*********************************

End of Report


Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

*********************************
Unleaded        : 917.93 gall

Time 11-09-05 14:35
Time   11-09-05 14:52
ting Height 12.41 inches
ng Height  21.72 inches
ting Volume 784.95 gallons
ng Volume  1702.88 gallons
ting Temp. 60.94 degrees F.
ng Temp.   59.70 degrees F.
rate 53.57 gals/min
ensed 0.00 gallons

*********************************

End of Report

---



Jobber of
AMOCO
Products

# C. Barron & Sons, Inc.



PACIFIC PRIDE
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE _Speedy M_      (C/fco)

ADDRESS _Dix+Mora_

ORDER NO.

SHIPPER

DATE SHIPPED _11-9-0_   GALLONS ORDERED

TICKET NO. _34,189.31_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Pias 87 w/eth | 8004 | | |
| | Pias 93 w/eth | 1000 | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | Reg | Prem | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 27½ | 14½ | | |
| END | 81 | 24½ | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4258, ICN#-38-MI-3015
ALL GASOLINES SEE NOTE 1 OR BACK      NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.
MPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE: 11/09/05
NUMBER: 34/084-313
TIME IN: 1347
TIME OUT: 1357

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| GTPLD INC. | DETROIT TERMINAL | | 0000318160 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 15725 S MORGAN CIRCLE | DATE SHIPPED | SHIPPED VIA | |
| DEARBORN MI | | BIT FREIGHT CARRIER | |
| 481260000 | 11/09/05 | 4133 E. BARRON & SONS | |

------ PRODUCT TOTALS ------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00154/154 | 8004 | 7994 | | | |
| 00161/161 | 1000 | 999 | | | |

DESTINATION

STA
VARIOUS
UNKNOWN MI

| DRIVER | TRAILER | COMPANY | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|---|
| 58289 | 22 | 0000 | 4490/4400101000 | |

MALVITZ-D, BARRON

CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 3501 | 3496 | 62.1/ 59.48 | Meter 09 Preset 3501 Code 00154/154 |
| TIN CODE 8157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 3501 | 3497 | 61.6/ 59.48 | Meter 11 Preset 3501 Code 00154/154 |
| TIN CODE 8157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 1000 | 999 | 62.1/ 58.28 | Meter 10 Preset 1001 Code 00161/161 |
| ABV CODE # 161-UNBRAND 93 W/ 10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 1002 | 1001 | 61.0/ 59.48 | Meter 10 Preset 1001 Code 00154/154 |
| TIN CODE 8157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |

CONVGAS 10% E10 / CLEAR USLD DSL                      (Temperature and Gravity are Derived)

*Dix & Moran*

# EPPCO Inc.

12726 S. Morrow Cir.
arborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

**Invoice No. EP8382**

Delivery Date: 11/11/2005

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Customer# 8

Date 11/13/2005

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| | | 2.024 | 12,148.05 |
| 6002 | Regular | 2.068 | 0.00 |
| 0 | Plus | 2.134 | 0.00 |
| 0 | Premium | 2.398 | 0.00 |
| 0 | Diesel | Fuel Sub Total | 12,148.05 |
| 6002 | Total Gallons | | |

| Reference | Gross | Net |
|---|---|---|
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | Batch Sub-Total | 0.00 |

Batch #

EP08364

Previous Balance
-$1,641.79
0

Current Balance
$10,506.26

| Pay This Amount | Total Price | 12,148.05 |
|---|---|---|

NO gas ticket for this

# EPPCO Inc.

Invoice No. EP8391

12726 S. Morrow Cir.
arborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Delivery Date: 11/11/2005

Ship To:
Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date 11/14/2005                    Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 6999 | Regular | 2.013 | 14,088.99 |
| 999 | Plus | 2.057 | 2,054.94 |
| 1000 | Premium | 2.123 | 2,123.00 |
| 0 | Diesel | 2.381 | 0.00 |
| 8998 | Total Gallons | Fuel Sub Total | 18,266.93 |

| Reference | Gross | Net |
|---|---|---|
| 11/14/2005 | 5,876.50 | 5,730.17 |
| · | · | · |
| · | · | · |
| · | · | · |
| · | · | · |
| · | · | · |
| · | · | · |
| · | · | · |
| · | · | · |
| · | · | · |
| · | · | · |
| Batch Sub-Total | | -5,730.17 |

Batch #

Previous Balance       0
                       0
                       0
Current Balance
         **$12,536.76**

| **Pay This Amount** | **Total Price** | **12,536.76** |
|---|---|---|

**PETROLEUM TRANSPORT, INC.**
675 E. BIG BEAVER, STE 103
TROY, MI 48083
PHONE: (248) 524-4922
DISPATCH: (313) 299-9480

**FOR SPILLS, LEAKS, FIRE EXPOSURE OR ACCIDENT CALL CHEMTREC (24 HOURS 1-800-424-9300)**

☐ FLAMMABLE
☐ COMBUSTIBLE

# PRO 33672

SHIPPER B/L NO.
348 695 316

| | TRACTOR # | TRAILER # | DATE SHIPPED |
|---|---|---|---|
| SHIPPER | 704 | 826 | 11 11 0? |

EPRO ℅ Marathon Bld

IN EXCHANGE OF

BILL TO:
NAME  EPRo
ADDRESS

| QUANTITY ORDERED | | LEGAL CAPACITY | |
|---|---|---|---|
| TIME LOADING | | TIME UNLOADING | |

| DELIVER TO | | | GALLONS ORDERED | | | | | |
|---|---|---|---|---|---|---|---|---|
| CONSIGNEE | STREET | CITY/STATE | NO LEAD | MID GRADE | PREMIUM NO LEAD | K-1 | NO. 2 | NO. 1 |
| | | | 644 | 944 | 100 | | | |

| STICK READINGS | | | | | | CUSTOMER SIGNATURE |
|---|---|---|---|---|---|---|
| AL/PROD | BEFORE | AFTER | PRODUCT | BEFORE | AFTER | Jimmy |
| | 34 | 77 | | | | |
| | 21 | 31 | | | | |
| | 22 | 32 | | | | |

| COMMODITY | | MARKER # 1 | MARKER # 2 | MARKER # 3 | MARKER # 4 | | MARKER # 5 | MARKER # 1 | MARKER # 2 | MARKER # 3 | MARKER # 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOAD TOTAL | | 1 34aa | 944 | 1 2aa | | VLoa | 25aa | | | | |

| EXPLANATION OF EXCESS CHARGES | | BILLING QUANTITIES | | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | STOP CHARGES | | | |
| | | EXCESS TIME | | | |
| | | SPECIAL SERVICE CHG. | | | |
| DRIVER SIGNATURE X | | **TOTAL CHARGES** | | **$** | |

CUSTOMER COPY



Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

**************************************************

Midgrade Unleaded        :  946.34 gall

Start Time 11-12-05 02:25
End Time   11-12-05 02:58
Starting Height 20.20 inches
Ending Height   28.42 inches
Starting Volume 1530.67 gallons
Ending Volume   2477.02 gallons
Starting Temp. 62.91 degrees F.
Ending Temp.   58.61 degrees F.
Flowrate 29.06 gals/min
Dispensed 0.00 gallons

**************************************************

End of Report

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

**************************************************

Prem Unleaded        :  938.21 gall

Start Time 11-12-05 02:32
End Time   11-12-05 03:01
Starting Height 15.22 inches
Ending Height   23.94 inches
Starting Volume 1034.64 gallons
Ending Volume   1972.85 gallons
Starting Temp. 60.65 degrees F.
Ending Temp.   55.92 degrees F.
Flowrate 32.32 gals/min
Dispensed 0.00 gallons

**************************************************

End of Report

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

**********************************

Regular Nolead        :  7210.65 gal

Start Time 11-12-05 02:15
End Time   11-12-05 03:08
Starting Height 28.13 inches
Ending Height   73.31 inches
Starting Volume 3109.47 gallons
Ending Volume   10320.12 gallons
Starting Temp. 63.13 degrees F.
Ending Temp.   58.27 degrees F.
Flowrate 137.92 gals/min
Dispensed 0.00 gallons

**********************************

End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY 4

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 1-800-???-????
ALL GASOLINES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C/60 DEGREES F

| SOLD TO (CONSIGNEE) | | SHIPPED FROM | LOC CODE |
|---|---|---|---|
| | | DETROIT TERMINAL | 0000083100 |
| | | 12700 TORONTO, DETROIT, MI 48217 | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 11/14/05 | |

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|
| | | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

DATE
NUMBER
TIME IN
TIME OUT 0154

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| GASOLINE, 3, UN1203, PGII | 3500 | 3520 | | Meter 23 Preset  Code 0014/154 |
| GASOLINE, 3, UN1203, PGII | 3500 | 3520 | | Meter 22 Preset  Code 0014/154 |
| GASOLINE, 3, UN1203, PGII | 999 | 1004 | | Meter 21 Preset  Code 0015/163 |
| GASOLINE, 3, UN1203, PGII | 1000 | 1004 | | Meter 21 Preset  Code 0015/163 |

# EPPCO Inc.

**Invoice No. EP8401**

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Delivery Date: 11/13/2005

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date  11/15/2005                              Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 6005 | Regular | 2.013 | 12,088.07 |
| 0 | Plus | 2.087 | 0.00 |
| 0 | Premium | 2.153 | 0.00 |
| 0 | Diesel | 2.381 | 0.00 |
| 6005 | Total Gallons | Fuel Sub Total | 12,088.07 |

| Reference | Gross | Net |
|---|---|---|
| - | - | - |
| - | - | - |
| Split Load | - | -50.00 |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | Batch Sub-Total | 50.00 |

Batch #

Previous Balance      $3,864.85

EP08399                      0
-                            0
Current Balance

**$16,002.92**

## E F T

NOV 17 2005

## DRAFT DATE

| **Pay This Amount** | **Total Price** | **12,138.07** |
|---|---|---|

**PETROLEUM TRANSPORT, INC.**
675 E. BIG BEAVER, STE 103
TROY, MI 48083
PHONE: (248) 524-4922
DISPATCH: (313) 299-9480

**EXPOSURE OR ACCIDENT CALL**
**CHEMTREC**
**(24 HOURS 1-800-424-9300)**

☐ FLAMMABLE
☐ COMBUSTIBLE

SHIPPER B/L NO.
348999-317

| SHIPPER | | | TRACTOR # | TRAILER # | DATE SHIPPED |
|---|---|---|---|---|---|
| MARATHON / EPPCO | | | 79978 | 421 | 11 13 05 |

IN EXCHANGE OF

| | | | BILL TO | NAME | |
| QUANTITY ORDERED | | LEGAL CAPACITY | | | |
| TIME LOADING | | TIME UNLOADING | | ADDRESS | |

| | DELIVER TO | | | GALLONS ORDERED | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CONSIGNEE | STREET | CITY/STATE | NO LEAD | MID GRADE | PREMIUM NO LEAD | K-1 | NO. 2 | NO. 1 | |
| MARATHON | FORT + VAN HORN | | 7,400 | | | | | | |
| MARATHON | DIX + MORAN | | 6,000 | 6,002 | | | | | |

| STICK READINGS | | | | | | CUSTOMER SIGNATURE | |
|---|---|---|---|---|---|---|---|
| TANK/PROD | BEFORE | AFTER | PRODUCT | BEFORE | AFTER | | |
| FORT + VAN HORN | | | N/L | 12½ | 70½ | | |
| DIX + MORAN | | | N/L | 37" | 76½ | | |

| COMMODITY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| LOAD TOTAL | MARKER # 4002 | MARKER # 2000 | MARKER # 1401 | MARKER # 2000 | MARKER # 4002 | MARKER # 1 | MARKER # 2 | MARKER # 3 | MARKER # 4 |

| EXPLANATION OF EXCESS CHARGES | BILLING QUANTITIES | RATE | AMOUNT |
|---|---|---|---|
| | STOP CHARGES | | |
| | EXCESS TIME | | |
| | SPECIAL SERVICE CHG. | | |
| DRIVER SIGNATURE X | **TOTAL CHARGES** | **$** | |

**SHIPPER COPY 2**

Delivery Report

Speedy Mart
3060 Dix
Lincoln Park
Michigan 48146

Regular Unlead

Date Time 11.13.05 20:35
Start Time 11.13.05 20:35
Starting Height 33.49 inches
Ending Height 70.94 inches
Starting Volume 7158 gallons
Ending Volume 0876.22 gallons
Starting Temp. 60.42 degrees F.
Ending Temp. 60.42 degrees F.
Net Volume 0876.22 gallons
Temp Compensated 0.00 gallons

Dispensed 0.00 gallons

End of Report

* 4126.24 08

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |
|---|---|---|
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: | For Product Emergency<br>Spill, Leak, Fire, Exposure or Accident, CALL<br>**1-877-MAPLINE**<br>**1-877-627-5463**  COPY 5 |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | | |

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|
| | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

DATE

NUMBER

TIME IN

TIME OUT

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Invoice No. EP8411

Delivery Date:          11/14/2005
Ship To:
Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date    11/17/2005                          Customer# 8

| Qty | Description | Per Gallon | Extension |
|-----|-------------|------------|-----------|
| 6002 | Regular | 2.008 | 12,052.02 |
| 0 | Plus | 2.067 | 0.00 |
| 0 | Premium | 2.153 | 0.00 |
| 0 | Diesel | 2.361 | 0.00 |
| 6002 | Total Gallons | Fuel Sub Total | 12,052.02 |

| Reference | Gross | Net |
|-----------|-------|-----|
| Batch # | | |
| 11/16/2005 | 5,831.87 | 5,685.92 |
| 11/17/2005 | 8,011.39 | 7,815.35 |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| | Batch Sub-Total | -13,500.87 |

Previous Balance          0
                          0
                          0
Current Balance
         -$1,448.85

| Pay This Amount | Total Price | -1,448.85 |

**PETROLEUM TRANSPORT, INC.**
675 E. BIG BEAVER, STE 103
TROY, MI 48083
PHONE: (248) 524-4922
DISPATCH: (313) 299-9480

**EXPOSURE OR ACCIDENT CALL**
**CHEMTREC**
**(24 HOURS 1-800-424-9300)**

☐ FLAMMABLE
☐ COMBUSTIBLE

PTI PO 31921

SHIPPER B/L NO.
349288 / 3492

| | | | |
|---|---|---|---|
| | TRACTOR # | TRAILER # | DATE SHIPPED |
| SHIPPER  EPCO c/o Marathon Bcd | 696 | 760 | 11 14 04 |

ON EXCHANGE OF

| | | BILL TO | NAME  EPCO |
|---|---|---|---|
| | | | ADDRESS |

| QUANTITY ORDERED | | LEGAL CAPACITY | |
|---|---|---|---|
| TIME LOADING | | TIME UNLOADING | |

| DELIVER TO | | | GALLONS ORDERED | | | | | |
|---|---|---|---|---|---|---|---|---|
| CONSIGNEE | STREET | CITY/STATE | NO LEAD | MID GRADE | PREMIUM NO LEAD | K-1 | NO. 2 | NO. 1 |
| tm Pn | Fort + Van Horn | | 7401 | | | | | |
| | Trenton, MI | | | | | | | |
| ety mprs | Dix + Moran | | | | | | | |
| | Southgate, MI | | 6002 | | | | | |

| STICK READINGS | | | | | | CUSTOMER SIGNATURE |
|---|---|---|---|---|---|---|
| AL/PROD | BEFORE | AFTER | PRODUCT | BEFORE | AFTER | |
| NL | 28 | 69 | NL | 30 | 78 | |

| COMMODITY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | NL ETH | NL ETH | NL ETH | NL ETH | NL ETH | |
| AD TOTAL | MARKER # 1 | MARKER # 2 | MARKER # 3  1401 | MARKER # 4  2000 | MARKER # 5  4000 | MARKER # 4  7002 | MARKER # 2  2000 | MARKER # 3 | MARKER # 4 |

| EXPLANATION OF EXCESS CHARGES | BILLING QUANTITIES | RATE | AMOUNT |
|---|---|---|---|
| | | | |
| | STOP CHARGES | | |
| | EXCESS TIME | | |
| | SPECIAL SERVICE CHG. | | |
| DRIVER SIGNATURE X | TOTAL CHARGES | $ | |

**SHIPPER COPY 2**

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

**CUSTOMER NOTICE** – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 4

| | |
|---|---|
| DATE | 11/15/05 |
| NUMBER | |
| TIME IN | |
| TIME OUT | |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | DETROIT TERMINAL | |
| | 12700 TOLEDO, DETROIT, MI 48217 | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 11/14/05 | BILL FREIGHT CARRIER |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| GASOLINE | | | | |
| GASOLINE | | | | |

# EPPCO Inc.

**Invoice No. EP8419**

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Date   11/18/2005

Delivery Date:        11/16/2005

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Customer# 8

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 7005 | Regular | 1.969 | 13,792.85 |
| 1002 | Plus | 2.013 | 2,017.03 |
| 1002 | Premium | 2.079 | 2,083.16 |
| 0 | Diesel | 2.379 | 0.00 |
| 9009 | Total Gallons | Fuel Sub Total | 17,893.03 |

| | Reference | Gross | Net |
|---|-----------|-------|-----|
| Batch # | 11/16/2005 | 9,989.84 | 9,741.85 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | -9,741.85 |

Previous Balance

EP08411          -$1,448.85
-                      0
-                      0

Current Balance

$6,702.33

**E F T**

NOV 21 2005

**DRAFT DATE**

| **Pay This Amount** | **Total Price** | 8,151.18 |
|---|---|---|

**PETROLEUM**
**TRANSPORT, INC.**

675 E. BIG BEAVER, STE 103
TROY, MI 48083
PHONE: (248) 524-4922
DISPATCH: (313) 299-9480

FOR SPILLS, LEAKS, FIRE
EXPOSURE OR ACCIDENT CALL
**CHEMTREC**
(24 HOURS 1-800-424-9300)

☒ FLAMMABLE
☐ COMBUSTIBLE

**PRO 31362**

SHIPPER B/L NO.
349717

| SHIPPER | | | TRACTOR # | TRAILER # | DATE SHIPPED | | |
|---|---|---|---|---|---|---|---|
| EPPCO (% MARATHON BRAND) | | | 99041 | 421 | 11 | 16 | 05 |

IN EXCHANGE OF

| | | B I L L T O | NAME EPPCO |
|---|---|---|---|
| QUANTITY ORDERED | | | |
| LEGAL CAPACITY | | | ADDRESS |
| TIME LOADING | | | |
| TIME UNLOADING | | | |

**DELIVER TO**

**GALLONS ORDERED**

| CONSIGNEE | STREET | CITY/STATE | NO LEAD | MID GRADE | PREMIUM NO LEAD | K-1 | NO. 2 | NO. 1 |
|---|---|---|---|---|---|---|---|---|
| | Speedy Mart (Marathon) | | 7205 | 1002 | 1002 | — | — | — |
| | 2600 Dix & Moran | | | | | | | |
| | Lincoln Park MI | | | | | | | |

**STICK READINGS**

| /PROD | BEFORE | AFTER | PRODUCT | BEFORE | AFTER | | | CUSTOMER SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| | 52¾ | 78¾ | | | | | | |
| | 80 | 29 | | | | | | |
| | 18 | 86 | | | | | | |

| MODITY | | | PREM | | | | |
|---|---|---|---|---|---|---|---|
| | R/L | MID GRADE | | | R/L | | |

| TOTAL | MARKER # 1 3501 | MARKER # 2 1002 | MARKER # 3 1002 | MARKER # 4 | MARKER # 5 3509 | MARKER # 1 | MARKER # 2 | MARKER # 3 | MARKER # 4 |
|---|---|---|---|---|---|---|---|---|---|
| 59 | | | | | | | | | |

| EXPLANATION OF EXCESS CHARGES | BILLING QUANTITIES | RATE | AMOUNT |
|---|---|---|---|
| | | | |
| | STOP CHARGES | | |
| | EXCESS TIME | | |
| | SPECIAL SERVICE CHG. | | |
| VER SIGNATURE X _(signature)_ | **TOTAL CHARGES** | $ | |

CUSTOMER COPY

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:              SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 PRESENTS QUANTITIES THE 2015
ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO NET VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM 12700 OAKWOOD, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.
MPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 1/18/05
NUMBER 24741/7-520
TIME IN 1205
TIME OUT 1213

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| SPEED WAY | DETROIT TERMINAL | 0000010100 | |
| | 12700 OAKWOOD, DETROIT, MI 48217 | | |

| | DATE SHIPPED | SHIPPED VIA | |
|---|---|---|---|
| 15375 S MICHIGAN CIRCLE | 1/18/05 | BILL FREIGHT CUSTOMER | |
| DEARBORN MI | | 3903 PETROLEUM TRANSPORT INC | |
| 481269000 | | | |

| ----- PRODUCT TOTALS ----- | | | | | | DESTINATION | | | CUSTOMER NUMBER | | ITEM NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CODE | GROSS | NET | | | | MIA | | | | | |
| | | | | | | DEARBORN | | | | | |
| 00154/154 | 7000 | 7043 | | | | UNKNOWN MI | | | 3890944000101000 | | |
| 00161/161 | 1007 | 1010 | | | | | | | | | |
| 00155/155 | 1002 | 1008 | | | | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| | | | | | | 53207 | 421 | 3000 | | |
| | | | | | | JENKINS | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE FOLLOWS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 3501 | 3527 | 51.5/ 59.48 | Meter 3P Preset  3500 Code 00154/154 |
| UN CODE 315/ - BRAND B/ OCTANE B/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 1007 | 1010 | 47.5/ 55.58 | Meter 2N Preset  1000 Code 00161/161 |
| 87V CODE B 151-BRANDED 93 B/ 10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 3504 | 3523 | 51.5/ 59.58 | Meter 3P Preset  3500 Code 00154/154 |
| UN CODE 315/ - BRAND B/ OCTANE B/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 1002 | 1008 | 50.5/ 59.58 | Meter 2N Preset  1000 Code 00155/155 |
| UN CODE 3 157-BRANDED 87 OCTANE B/ 10% ETHANOL | | | | |

(N=Temperature Job Driver, And Derived)

# EPPCO Inc.

Invoice No. EP8425

12726 S. Morrow Cir.
Dearborn, MI 48126

Delivery Date:      11/17/2005

Ship To:

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date   11/21/2005        Customer# 8

| Qty | Description | | Per Gallon | Extension |
|---|---|---|---|---|
| 8001 | Regular | | 1.976 | 15,809.98 |
| 0 | Plus | | 2.050 | 0.00 |
| 1002 | Premium | | 2.086 | 2,090.17 |
| 0 | Diesel | | 2.297 | 0.00 |
| 9003 | Total Gallons | | Fuel Sub-Total | 17,900.15 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | 11/19/2005 | 9,001.94 | 8,782.05 |
| | 11/20/2005 | 6,079.83 | 5,926.86 |
| | 11/21/2005 | 5,087.26 | 4,960.76 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | -19,669.46 |

Previous Balance
     0
     0
     0

Current Balance
     -$1,769.33

| Pay This Amount | Total Price | -1,769.33 |
|---|---|---|

Jobber of
AMOCO
Products

# C. Barron & Sons, Inc.


PACIFIC PRIDE
THE COMMERCIAL FUELING SYSTEM
AN INDEPENDENT FRANCHISEE OF

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE _Dix Dinnagss_

ADDRESS _____

ORDER NO. _____

SHIPPER _____

DATE SHIPPED _11/17_   GALLONS ORDERED _____

TICKET NO. _549850_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Regul | 1801 | 6-10 | %ETH |
| | Alter nc | 1802 | 6-10 | %ETH |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 53 | 24 | | |
| END | 87 | 32 | | |

DEMURRAGE

REASON FOR DELAY _____

---

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

****************************

r Noload        : 7382.26 gal

Time 11-17-05 12:45
l   11-17-05 12:37
ng Height 29.03 inches
Height   76.27 inches
ng Volume 3254.38 gallons
Volume   10636.95 gallons
ng Temp. 60.61 degrees F.
Temp.   54.15 degrees F.
te 66.03 gals/min
sed 0.30 gallons

****************************

End of Report


Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

****************************

nloaded        : 1099.65 gal

Time 11-17-05 10:20
me   11-17-05 10:51
ng Height 21.75 inches
Height   20.10 inches
ay Volume 1704.14 gallons
Volume   2805.79 gallons
ng Temp. 57.52 degrees F.
Temp.   50.65 degrees F.
te 66.14 gals/min
used 0.30 gallons

****************************

End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:         SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY **6**

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | | |

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

# EPPCO Inc.

12728 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
  Fax: 1-313-945-8010

**Invoice No. EP8433**

Delivery Date:  11/18/2005

Ship To:
Speedy Mart
3860 Dix
Lincoln Park, MI 48192

| Date | 11/21/2005 | | Customer# 8 | | |
|------|------------|---|---|---|---|
| **Qty** | **Description** | | | **Per Gallon** | **Extension** |
| 7003 | Regular | | | 1.954 | 13,683.86 |
| 1002 | Plus | | | 1.998 | 2,002.00 |
| 0 | Premium | | | 2.064 | 0.00 |
| 1001 | Diesel | | | 2.244 | 2,246.24 |
| 9006 | Total Gallons | | | Fuel Sub Total | 17,932.10 |
| | | Reference | Gross | Net | |
| Batch # | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | | Batch Sub-Total | | 0.00 |

Previous Balance

EP08425    -$1,769.33
                  0
                  0
Current Balance
        $16,162.77

# E F T

NOV 2 2 2005

# DRAFT DATE

| | **Pay This Amount** | **Total Price** | 17,932.10 |
|---|---|---|---|



*Jobber of*

**AMOCO**

*Products*

# C. Barron & Sons, Inc.



IN INDEPENDENT FRANCHISEE OF

**PACIFIC PRIDE**

THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _____

ADDRESS _____

SHIPPER _____   ORDER NO. _____

DATE _____   GALLONS
SHIPPED _____  ORDERED _____  TICKET NO. 340215

POINT OF
ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Reg un              | 7003          | W-10% ETH |         |
|          |                     | 1007          | W-10% ETH |         |
|          | LS.#2               | 1007          |       |             |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 27     | 24     | 24     |        |
| END            | 69     | 32     | 43     |        |

DEMURRAGE

REASON FOR DELAY _____

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

*********************************

Midgrade Unleaded      :  922.42 gall

Start Time 11-18-05 11:25
End Time   11-18-05 11:31
Starting Height 21.87 inches
Ending Height  29.73 inches
Starting Volume 1713.89 gallons
Ending Volume  2636.31 gallons
Starting Temp. 50.58 degrees F.
Ending Temp.   57.92 degrees F.
Flowrate 155.74 gals/min
Dispensed 0.00 gallons

*********************************

End of Report

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

*********************************

Regular Nolead        :  6849.12 gal

Start Time 11-18-05 11:54
End Time    11-18-05 11:50
Starting Height 23.07 inches
Ending Height   65.25 inches
Starting Volume 2356.74 gallons
Ending Volume   9205.86 gallons
Starting Temp. 53.50 degrees F.
Ending Temp.   50.28 degrees F.
Flowrate 261.15 gals/min
Dispensed 0.00 gallons

‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡

                End of Report




                Delivery Report


                Speedy Mart
                3860 Dix
                Lincoln Park
                Michigan 48146

‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡

Diesel                    :  1010.45 gal

Start Time 11-18-05 11:54
End Time    11-18-05 12:19
Starting Height 23.47 inches
Ending Height   30.37 inches
Starting Volume 1609.01 gallons
Ending Volume   2619.46 gallons
Starting Temp. 56.63 degrees F.
Ending Temp.   54.21 degrees F.
Flowrate 44.41 gals/min
Dispensed 0.00 gallons

‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡

                End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |
|---|---|

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: | For Product Emergency Spill, Leak, Fire, Exposure or Accident, CALL **1-877-MAPLINE** **1-877-627-5463** | COPY 6 |
|---|---|---|---|

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

DATE
NUMBER
TIME IN
TIME OUT

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Date    11/23/2005

### Invoice No. EP8450

Delivery Date:    11/19/2005

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 5000 | Regular | 1.959 | 9,795.00 |
| 0 | Plus | 2.033 | 0.00 |
| 1000 | Premium | 2.069 | 2,069.00 |
| 0 | Diesel | 2.248 | 0.00 |
| 6000 | Total Gallons | Fuel Sub Total | 11,864.00 |

| Reference | Gross | Net |
|---|---|---|
| 11/23/2005 | 8,169.91 | 7,963.95 |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| | Batch Sub-Total | -7,963.95 |

Batch #

Previous Balance    0
0
0

Current Balance    $3,900.05

## E F T

NOV 2 5 2005

## DRAFT DATE

| Pay This Amount | Total Price | 3,900.05 |
|---|---|---|

# MTK

**McKINLEY TRUCKING CO., INC.**
**A&C CARRIERS, INC.**
652 North Williams Street
Carson City, Michigan 48811
1-800-589-4427

| DATE SHIPPED | TRACTOR | SEMI | TRAILER | LOAD NO. |
|---|---|---|---|---|
| 11/10/05 | 12 | | 310 | 132100 |

SHIPPER'S B/L NO. 340590

CUSTOMER'S NO.

ORIGIN: corp Oil

**NAME** Eppco

**ADDRESS**

**CITY** **STATE** **ZIP**

**CONSIGNEE**

NAME: Speedy Mart E-t

ADDRESS: 3500 Dixie Hwy

CITY: Leeds Mi idel  **STATE** **ZIP**

| LOAD SEMI- 6000 | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 1000 | COMPARTMENT 4 2500 | COMPARTMENT 5 2500 |
|---|---|---|---|---|---|

| GALLONS/LBS. | PRODUCT | | |
|---|---|---|---|
| 5000 | ul | | |
| 1000 | MCe | | |

| | TANK #1  10 | | TANK #3 |
|---|---|---|---|
| PRODUCT | Nce | PRODUCT | |
| INCHES BEFORE | INCHES AFTER | INCHES BEFORE | INCHES AFTER |
| 20 | 37 | | |
| GALLONS 123 | 3195 | GALLONS | |

| | TANK #2  12 | | TANK #4 |
|---|---|---|---|
| PRODUCT | Nce | PRODUCT | |
| INCHES BEFORE | INCHES AFTER | INCHES BEFORE | INCHES AFTER |
| 18 | 84 | | |
| GALLONS 6170 | 11072 | GALLONS | |

## EXPLANATION OF ACCESSORIAL CHARGES

WAS TRUCK'S PRODUCT PUMP USED?  YES ☐  NO ☑  EXTRA STOPS 1

Split 2 2722

| LOADING TIME | | EXCESS TIME |
|---|---|---|
| IN 2105 | ☐ A.M. ☐ P.M. | |
| OUT 2155 | ☐ A.M. ☐ P.M. | |

| UNLOADING TIME | | SPECIAL SERVICE CHARGE |
|---|---|---|
| IN 2215 | ☐ A.M. ☐ P.M. | |
| OUT 2256 | ☐ A.M. ☐ P.M. | |

FOR SPILLS, LEAKS, FIRE, EXPOSURE, OR ACCIDENT CALL  **CHEMTREC 1-800-424-9300**

THE PROPERTY DESCRIBED ABOVE RECEIVED IN GOOD CONDITION. (EXCEPT AS NOTED)

RECEIVED BY: _____

DRIVER'S SIGNATURE: _____

CUSTOMER COPY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDAY, OH 45840 EPA00258, TCN81-38-01-3015
ALL GASOLINES NET NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C/60 DEGREES F.
DESTINATION STATE TAX PAID BY SUPPLIER OF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 11/19/05
NUMBER 340598-323
TIME IN 2103
TIME OUT 2147

340598

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| APLO INC | DETROIT TERMINAL | | 0000318100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 12725 S AUBURN CIRCLE | DATE SHIPPED | SHIPPED VIA | |
| DEARBORN MI | | BILL FREIGHT CUSTOMER | |
| 481260000 | 11/19/05 | 10172 MCKINLEY, DEARBORN CO IN | |

------ PRODUCT TOTALS ------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00154/154 | 5000 | 5032 | | | |
| 00155/155 | 1000 | 1007 | | | |

| DESTINATION | | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|---|
| 518 | | | | |
| VARIOUS | | | | |
| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| 53125 | 518 | 0000 | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 2500 | 2516 | 50.5/ 59.9% | Meter 02 Preset  2500 Code 00154/15 |
| UN CODE 315/ - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 2500 | 2516 | 50.5/ 59.9% | Meter 03 Preset  2500 Code 00154/15 |
| UN CODE 315/ - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 1000 | 1007 | 49.4/ 59.8% | Meter 02 Preset  1000 Code 00155/15 |
| UN CODE # 157/-BRANDED 89 OCTANE W/ 10% ETHANOL | | | | |

14-Temperature and Gravity are derived

# EPPCO Inc.

**Invoice No. EP8441**

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Delivery Date: 11/19/2005

Ship To:
Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date 11/22/2005

Customer# 8

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 8004 | Regular | 1.959 | 15,679.84 |
| 0 | Plus | 2.033 | 0.00 |
| 0 | Premium | 2.099 | 0.00 |
| 0 | Diesel | 2.248 | 0.00 |
| 8004 | Total Gallons | Fuel Sub Total | 15,679.84 |

Batch #

| Reference | Gross | Net |
|-----------|-------|-----|
| 11/22/2005 | 1,068.96 | 2,441.30 |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| | Batch Sub-Total | 2,441.30 |

Previous Balance
0
0
0

Current Balance
$13,238.54

# E F T
NOV 2 3 2005
# DRAFT DATE

| **Pay This Amount** | **Total Price** | **13,238.54** |
|---|---|---|

Jobber of

**AMOCO**
Products

# C. Barron & Sons, Inc.



AN INDEPENDENT FRANCHISEE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM ®

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Dix & Moran (Eppco)_

ADDRESS _Lincoln Park MI_

SHIPPER _____

DATE SHIPPED _11-15-05_   GALLONS ORDERED _____

ORDER NO. _____

TICKET NO. _74067-323_

POINT OF ORIGIN _____  DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | Brand 87 w/Eth | 8004 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _____   TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | Reg | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 24 |  |  |  |
| END | 75⅛ |  |  |  |

DEMURRAGE _____

REASON FOR DELAY _____

Delivery Report

Speedy Mart
3360 Dix
Lincoln Park
Michigan 48141

*****************************

Regular Unleaded        : 8044.69 gal

Start Time  11-19-05 09:46
End Time    11-19-05 10:17
Starting Height 20.75 inches
Ending Height  72.12 inches
Starting Volume 2023.01 gallons
Ending Volume  10092.70 gallons
Starting Temp. 53.22 degrees F.
Ending Temp.   55.72 degrees F.
Flowrate 261.35 gals/min
Dispensed 0.00 gallons

*****************************

End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA #4283, TCN #-33-MI-3015
ALL BASED PRES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C/60 DEGREES F
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REQUIREMENTS.
SHIPPED FROM 12200 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.
SELLER IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 11/17/05
NUMBER 9006374324
TIME IN 0811
TIME OUT 0827

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| 24440 INC. | DETROIT TERMINAL | 00005181D0 |
| 10775 S SHERON CIRCLE | 12200 TORONTO, DETROIT, MI 48217 | |
| DEARBORN MI | | |
| 48120U000 | | |

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|
| | 11/17/05 | BILL FREIGHT CUSTOMER |
| | | ALEX C BARRON & SONS |

------ PRODUCT ITEMS ------

| LINE | GROSS | NET | LINE | GROSS | NET |
|---|---|---|---|---|---|
| 00154/154 | 8004 | 8066 | | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STH | | |
| NDRDIG | | |
| DEARBORN MI | 44930490101000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| DEDDY | 2 | 0000 | | |
| SILVIZ-C. BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1703, PGII | 4003 | 4054 | 48.6/ 59.9% | Meter 09 Preset 4001 Code 00154/154 |
| 10% CODE 915/ - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1703, PGII | 4001 | 4062 | 48.7/ 59.9% | Meter 11 Preset 4001 Code 00154/154 |
| 10% CODE 915/ - BRAND 87 OCTANE W/10% ETHANOL | | | | |

GROSS / GROSS 10% F N / CLEAR 1516/ BEL                    (a=separate and gravity are derived)

Dix & Moran

# EPPCO Inc.

12726 S. Morrow Clr.
Dearborn, MI 48126

Phone: 1-313-945-8000
   Fax: 1-313-945-8010

**Invoice No. EP8456**

Delivery Date:     11/21/2005

Ship To:   Speedy Mart
           3860 Dix
           Lincoln Park, MI 48192

Customer# 8

| Date | 11/25/2005 | | | |
|---|---|---|---|---|
| **Qty** | **Description** | | **Per Gallon** | **Extension** |
| 7004 | Regular | | 1.959 | 13,720.84 |
| 0 | Plus | | 2.033 | 0.00 |
| 1002 | Premium | | 2.069 | 2,073.14 |
| 0 | Diesel | | 2.248 | 0.00 |
| 8006 | Total Gallons | Missed fuel | Fuel Sub Total | 15,793.97 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | 11/24/2005 | 6,558.75 | 6,392.33 |
| | 11/24/2005 | -100.00 | -100.00 |
| | 11/25/2005 | 4,948.52 | 4,824.19 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | -11,116.52 |

Previous Balance      0
                      0
                      0

Current Balance

   **$4,677.45**

# E F T

NOV 2 8 2005

# DRAFT DATE

| **Pay This Amount** | **Total Price** | **4,677.45** |
|---|---|---|

Delivery Report

Speedy Mart
6360 Dix
Lincoln Park
Michigan 48146

*****************************

...oaded          : 1049.39 gal

...ane 11-21-05 17:05
...e   11-21-05 14:46
...g Height 33.79 inches
...eight   33.57 inches
...g Volume 1822.07 gallons
...Volume  2871.46 gallons
...g Temp. 53.09 degrees F.
...Temp.  56.43 degrees F.
...e 72.09 gals/min
...w 0.00 gallons

*****************************

    End of Report

Jobber of
## C. Barron & Sons, Inc.
AMOCO
Products


PACIFIC PRIDE
AN INDEPENDENT FRANCHISE OF
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE Dix + Moron (EPPCO)

ADDRESS Lincoln Park MI

ORDER NO.

SHIPPER

DATE SHIPPED 11-21-05    GALLONS ORDERED

TICKET NO. 340593-20

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Brand 87 w/ETH | 7004 | | |
| | Brand 93 w/ETH | 1002 | | |
| | | | | |
| | | | | |

DRIVER _Leo_    TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | Reg | Prem | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 37½ | 25 | | |
| END | 85 | 32½ | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 AMERICA, TERMINAL 38-ML-0015
ALL GASOLINES SEE NOTE 2 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.
MPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 11/21/05
NUMBER 340945-255
TIME IN 1331
TIME OUT 1344

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| SPEED INC | DETROIT TERMINAL | 0000918100 |
|  | 12700 TORONTO, DETROIT, MI 48217 | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 11/21/05 | BILL FREIGHT CUSTOMER |
|  | 4138 C. BARKUN & SONS |

SPEED INC
62726 S MORROW CIRCLE
DEARBORN MI
481260000

------ PRODUCT TOTALS ------

| CODE | GROSS | NET | COMP. | GROSS | NET |
|---|---|---|---|---|---|
| 00154/154 | 7004 | 7046 | | | |
| 00161/161 | 1002 | 1011 | | | |

| DESTINATION |
|---|
| BIA |
| VARIOUS |
| DEARBORN MI |

| DRIVER | TRAILER | COMPANY | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|---|
| 58289 | 112 | 0000 | 46509400101000 | |
| MALVITZ-H. BARRON | | | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, U, UNL203, PG11 | 3001 | 3020 | 20.7/ 60.58 | Meter 3/ Preset  3001 Code 00154/154 |
| TIU CODE #15/ - BRAND 87 OCTANE 87/10% ETHANOL | | | | |
| GASOLINE, U, UNL203, PG11 | 4003 | 4026 | 21.4/ 60.58 | Meter 3S Preset  4001 Code 00154/154 |
| TIU CODE #15/ - BRAND 87 OCTANE 87/10% ETHANOL | | | | |
| GASOLINE, U, UNL203, PG11 | 1002 | 1011 | 46.9/ 54.68 | Meter 3/ Preset  1001 Code 00161/161 |
| ASV CODE # 161-BRANDED 93 87/ 10% ETHANOL | | | | |

GROSS / GROSS TAX ECT / CLEAR ESTEF USE.            Temperature and Gravity are derived)

# EPPCO Inc.

**Invoice No. EP8483**

12726 S. Morrow Clr.
Dearborn, MI 48126

Delivery Date: 11/23/2005

Ship To:

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date 11/28/2005          Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 6001 | Regular | 1.943 | 11,659.94 |
| 0 | Plus | 2.035 | 0.00 |
| 0 | Premium | 2.101 | 0.00 |
| 0 | Diesel | 2.289 | 0.00 |
| 6001 | Total Gallons | Fuel Sub Total | 11,659.94 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | 0.00 |

EP08475    Previous Balance    $74.44
                                0
                                0
           Current Balance    $11,734.38

**E F T**

NOV 29 2005

**DRAFT DATE**

| **Pay This Amount** | **Total Price** | **11,659.94** |
|---|---|---|

**PETROLEUM TRANSPORT, INC.**

675 E. BIG BEAVER, STE 103
TROY, MI 48083
PHONE: (248) 524-4922
DISPATCH: (313) 299-9480

FOR SPILLS, LEAKS, FIRE
EXPOSURE OR ACCIDENT CALL
**CHEMTREC**
(24 HOURS 1-800-424-9300)

☐ FLAMMABLE
☐ COMBUSTIBLE

SHIPPER B/L NO.
34855 / 37856

| SHIPPER | TRACTOR # | TRAILER # | DATE SHIPPED |
|---|---|---|---|
| EPPCO Somarathon Bul | 704 | 826 | 11 23 05 |

ON EXCHANGE OF

BILL TO: EPPCO

NAME

ADDRESS

| QUANTITY ORDERED | | LEGAL CAPACITY | |
|---|---|---|---|
| TIME LOADING | | TIME UNLOADING | |

| | DELIVER TO | | | GALLONS ORDERED | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CONSIGNEE | STREET | CITY/STATE | NO LEAD | MID GRADE | PREMIUM NO LEAD | K-1 | NO. 2 | NO. 1 |
| m Day | Fort + Van buru | | 6000 | | | | | |
| | Trenton MI | | | | | | | |
| Peoity mart | Dix & mecan | | 6001 | | | | | |
| | Lincoln Park MI | | | | | | | |

| | STICK READINGS | | | | | CUSTOMER SIGNATURE |
|---|---|---|---|---|---|---|
| GAL/PROD | BEFORE | AFTER | PRODUCT | BEFORE | AFTER | |
| NL | 36 | 96 | NL | 38 | 77 | |
| | | | | | | Jimmy |

| COMMODITY | MARKER # 1 | MARKER # 2 | MARKER # 3 | MARKER # 4 | MARKER # 5 | MARKER # 1 | MARKER # 2 | MARKER # 3 | MARKER # 4 |
|---|---|---|---|---|---|---|---|---|---|
| LOAD TOTAL 7001 | | | | 7000 | 4000 | 7001 | | | |

| EXPLANATION OF EXCESS CHARGES | BILLING QUANTITIES | RATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | STOP CHARGES | | |
| | EXCESS TIME | | |
| | SPECIAL SERVICE CHG. | | |
| DRIVER SIGNATURE X | **TOTAL CHARGES** | $ | |

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 4

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

# EPPCO Inc.

## Invoice No. EP8475

12726 S. Morrow Cir.
Dearborn, MI 48126

Delivery Date:          11/23/2005

Ship To:

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

| Date | 11/28/2005 | | Customer# 8 | | |
|------|------------|--|-------------|--|--|

| Qty | Description | | Per Gallon | Extension |
|-----|-------------|--|------------|-----------|
| 6003 | Regular | | 1.961 | 11,771.88 |
| 0 | Plus | | 2.035 | 0.00 |
| 0 | Premium | | 2.101 | 0.00 |
| 0 | Diesel | | 2.289 | 0.00 |
| 6003 | Total Gallons | | Fuel Sub Total | 11,771.88 |

| Batch # | Reference | Gross | Net |
|---------|-----------|-------|-----|
| | 11/26/2005 | 4,856.22 | 4,734.12 |
| | 11/26/2005 | -100.00 | -100.00 |
| | 11/27/2005 | 3,473.39 | 3,384.79 |
| | 11/28/2005 | 3,757.15 | 3,662.53 |
| | Credit | - | 66.00 |
| | Split Load | - | -50.00 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | -11,697.44 |

Previous Balance
0
0
0

Current Balance
$74.44

| **Pay This Amount** | | **Total Price** | 74.44 |
|---------------------|--|-----------------|-------|

 *Jobber of*
**AMOCO**
*Products*

# C. Barron & Sons, Inc.


AN INDEPENDENT FRANCHISEE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM ®

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Dix/moran Marathon_

ADDRESS _____

SHIPPER _____    ORDER NO. _____

DATE SHIPPED _11·23·05_ GALLONS ORDERED _____    TICKET NO. _341497_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|  | Reg NL 10% Eth | 6003 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _St cup_    TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | 36½" |  |  |  |
| END | 75½" |  |  |  |

DEMURRAGE
REASON FOR DELAY _Jimmy_

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4288, IRSN#38-04-9012
ALL GASOLINES SPECODE 1 OR GREX   NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREE F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINE FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM 12700 LUMBARD, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.
APPLIC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| | DETROIT TERMINAL | | 0000318100 |
| | 12700 LUMBARD, DETROIT, MI 48217 | | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 1/23/05 | BILL FREIGHT CUSTOMER  MRSR: C WARNER & SONS |

| DESTINATION |
|---|
| VIA |
| VARIOUS |
| UNKNOWN MI |

| CUSTOMER NUMBER | ITEM NUMBER |
|---|---|
| 489054000101000 | |

| DRIVER | TRAILER | COMPANY |
|---|---|---|
| 28826 | | 0000 |

| CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| GASOLINE, 3, UN1203, PGII | 4001 | 4029 | 49.77 60.58 | Meter 11 Preset 4001 Code 00154/154 |
| TTU CODE 8157 - BRAND 37 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 1501 | 1511 | 49.37 60.68 | Meter 10 Preset 1501 Code 00154/154 |
| TTU CODE 8157 - BRAND 37 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 501 | 505 | 49.77 60.58 | Meter 11 Preset 501 Code 00154/154 |
| TTU CODE 8157 - BRAND 37 OCTANE W/10% ETHANOL | | | | |