EXHIBIT 26(d)

 **C. Barron & Sons, Inc.** 

Jobber of
AMOCO
Products

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

SHIPPER

ORDER NO.

DATE SHIPPED               GALLONS ORDERED

TICKET NO.

POINT OF ORIGIN                DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER                          TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |
|---|---|---|
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: | For Product Emergency<br>Spill, Leak, Fire, Exposure or Accident, CALL<br>**1-877-MAPLINE**<br>**1-877-627-5463** |

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

*Jobber of*

 **C. Barron & Sons, Inc.** 

*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE _____

ADDRESS _____

| | ORDER NO |
|---|---|
| SHIPPER _____ | TICKET NO |
| DATE SHIPPED _____ GALLONS ORDERED | |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE: | | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |
|---|---|---|
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: | For Product Emergency<br>Spill, Leak, Fire, Exposure or Accident, CALL<br>**1-877-MAPLINE**<br>**1-877-627-5463**   COPY |

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | DATE SHIPPED | SHIPPED VIA |
| | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |


# C. BARRON & SONS, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

SHIPPER

ORDER NO.

DATE
SHIPPED ............ GALLONS
ORDERED

TICKET NO.

POINT OF
ORIGIN ............ DESTINATION

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|----------|---------------------|---------------|------|-------------|
|          |                     |               |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |

DRIVER ............ TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> -- THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

### SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:                SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY ⑥

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | DATE SHIPPED | SHIPPED VIA |

DATE
NUMBER
TIME IN
TIME OUT

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

Jobber of



AMOCO

Products





87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

SHIPPER

ORDER NO

TICKET NO

DATE SHIPPED _____    GALLONS ORDERED

POINT OF ORIGIN _____ DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         | Reg 11              | 9007          |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER _____ Leo _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 60 1/4 | 3 1/4  |        |        |
| END            | 80     | 83 1/4 |        |        |

DEMURRAGE

REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE — THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
|  |  |  |  |  |

  

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ........................................................................

ADDRESS ........................................................................

........................................................................

SHIPPER ........................................................................

DATE SHIPPED ............ GALLONS ORDERED ............

ORDER NO ............

TICKET NO ............

POINT OF ORIGIN ........................ DESTINATION ........................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER ........................ TOTAL GALLONS ............

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ........................................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY ........................................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST
CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER
DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED
GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS
WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|


# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE ........................................................

ADDRESS ...........................................................

SHIPPER ............................................................ ORDER NO ............

DATE SHIPPED ...................... GALLONS ORDERED ............ TICKET NO. ............

POINT OF ORIGIN ........................ DESTINATION ........................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER ............................. TOTAL GALLONS ............

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ...........................................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY ...........................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> -- THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:     SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

  

Jobber of

Products

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE .................................................................

ADDRESS .....................................................................

SHIPPER .....................................................................

DATE SHIPPED ...................... GALLONS ORDERED ......................

ORDER NO ........................

TICKET NO .......................

POINT OF ORIGIN ........................... DESTINATION ....................

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER .......................... TOTAL GALLONS ......................

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY ..........................................

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY ..................................................

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> -- THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

### SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HERFOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|



# C. Barron & Sons, Inc.



Jobber of

Products

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE _____

ADDRESS _____

| | |
|---|---|
| SHIPPER _____ | ORDER NO. _____ |
| DATE SHIPPED _____ GALLONS ORDERED _____ | TICKET NO. _____ |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _____ TOTAL GALLONS _____

### THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | | | | |
| END | | | | |

DEMURRAGE _____

REASON FOR DELAY _____

FOR PRODUCT EMERGENCY - Spill, Leak, Fire, Exposure, or Accident
Day or Night - Call   CHEMTREC 1-800-424-9300

SHIPMENT ORIGIN

CUSTOMER      ACCOUNT

VEHICLE DRD NUMBER

FREIGHT

CONSIGNEE / DELIVER TO:

LOAD START DATE                    TIME

LOAD END DATE                      TIME

TERMS

FN              PRODUCT                        QUANTITY/UNIT

---

SHIPPER:

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

DRIVER :
CARRIER:

Total Collected: $          By:

Carrier certifies that the container supplied for this shipment is a proper container for transportation of the Products as above described and driver acknowledges Emergency Response Guide Information received on reverse side of this document

DRIVER/AGENT
SIGNATURE:

C6084-13   (REV. 10/28/04)

  

Jobber of
Products

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

SHIPPER

ORDER NO

DATE              GALLONS
SHIPPED           ORDERED

TICKET NO

POINT OF
ORIGIN                          DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER                                    TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY

DANGEROUS GOODS DESCRIPTION

FOR PRODUCT EMERGENCY - Spill, Leak, Fire, Exposure, or Accident
Day or Night - Call    CHEMTREC 1-800-424-9300

CUSTOMER        ACCOUNT

CONSIGNEE / DELIVER TO

TERMS                                              QUANTITY/UNIT
N                PRODUCT

| SHIPPER: | | This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Total Collected: $          By: |
| DRIVER : | | | Carrier certifies that the container supplied for this shipment is a proper container for transportation of the Products as above described and driver acknowledg Emergency Response Guide Information received on reverse side of this docume |
| CARRIER: | | | |
| | | | DRIVER/AGENT SIGNATURE: |

*Jobber of* 

**C. Barron & Sons, Inc.** 

*Products*

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 ° 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE

ADDRESS

ORDER NO

SHIPPER

DATE SHIPPED            GALLONS ORDERED            TICKET NO

POINT OF ORIGIN                          DESTINATION

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

__CUSTOMER NOTICE__ -- THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER
DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED
GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS
WILL CONTROL.

Form 50805-B  1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
|---|---|

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 6

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|



**Jobber of**

## C. Barron & Sons, Inc.

**Products**



AN INDEPENDENT FRANCHISEE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**



PAID

CONSIGNEE _Canton Center/Cherryhill Amoco_

ADDRESS _____

SHIPPER _____   ORDER NO. _____

DATE SHIPPED _07-08-05_   GALLONS ORDERED _____   TICKET NO. _349321_

POINT OF ORIGIN _____  DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Reg NL              | 7003          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _Stan_   TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Bozed_ _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 19"    |        |        |        |
| END            | 63"    |        |        |        |

DEMURRAGE

REASON FOR DELAY _____

---

T  IBUL
INVENT  INCREASE

INCR  SE START
JUL   2005  6:03 PM

VOLUME    =  1547 GALS
HEIGHT    =  18.17 INCHES
WATER     =  1.01 INCHES
TEMP      =  69.5 DEG F

INCREASE END
JUL  8  2005  6:40 PM

VOLUME    =  8357 GALS
HEIGHT    =  62.18 INCHES
WATER     =  0.98 INCHES
TEMP      =  77.1 DEG F

# Non-Negotiable Bill of Lading

TERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY 3

MARATHON ASHLAND PETROLEUM LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4238, TCN#1-38-M1-3015
ALL GASOLINES FROM THIS FACILITY ARE 7.8% RVP AND ARE NOT SUITABLE FOR USE IN A 7.0# OR 7.2# RVP CONTROL AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
    MARATHON ASHLAND PETROLEUM LLC
MAPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 07/08/05
NUMBER 349321-109
TIME IN 1/13
TIME OUT 1/20

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| EPPCO INC | DETROIT TERMINAL | 0000318100 |
| | 12700 TORONTO, DETROIT, MI 48217 | |
| 12726 S MORGAN CIRCLE | | |
| DEARBORN MI | DATE SHIPPED | SHIPPED VIA |
| 481260009 | 07/08/05 | BILL FREIGHT CUSTOMER |
| | | 4138 C DARBUN & SONS |

| --- PRODUCT TOTALS --- | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|
| CODE GROSS NET  CODE GROSS NET | STA | | |
| 204  7003   6915 | VARIOUS | | |
| | UNKNOWN MI | 44902400101000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 29826 | 32 | 0000 | | |
| S.DAVIES-C.DARBUN | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 2502 | 2470 | 78.7/ 57.7 | Meter 09  Preset 2501  Code 204 |
| TIM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | |
| GASOLINE, 3, UN1203, PGII | 2501 | 2470 | 78.7/ 57.7 | Meter 11  Preset 2501  Code 204 |
| TIM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | |
| GASOLINE, 3, UN1203, PGII | 2000 | 1975 | 78.9/ 57.7 | Meter 10  Preset 2001  Code 204 |
| TIM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | |

7.8 RVP GAS / 7.8 RVP GAS 10% ETH / CLEAR LS1S2 DSL

# PPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Date      8/15/2005

**Invoice No. EP7971**

Delivery Date:          8/4/2005

Ship To:

Cherry Hill
125 S. Canton Center Rd.
Canton, MI 48188

Customer# 2

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------:|----------:|
| 8875 | Regular | 2.238 | 19,862.25 |
| 0 | Plus | 2.312 | 0.00 |
| 0 | Premium | 2.378 | 0.00 |
| 0 | Diesel | 2.178 | 0.00 |
| 8875 | Total Gallons | Fuel Sub Total | 19,862.25 |

| Reference | Gross | Net |
|-----------|-------|-----|
| Batch # - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| Batch Sub-Total | | 0.00 |

Previous Balance
      0
      0
      0

Current Balance
**$19,862.25**

**E F T**

AUG 16 2005

**DRAFT DATE**

| **Pay This Amount** | **Total Price** | 19,862.25 |

T 1:BLUE 1
INVENTORY INCREASE

INCREASE START
AUG  4, 2005 12:47 AM

VOLUME   =  5982 GALS
HEIGHT   = 63.40 INCHES
WATER    =  1.01 INCHES
TEMP     = 79.2 DEG F

INCREASE END
AUG  4  2005  1:13 AM

VOLUME   =  ____ GALS
HEIGHT   =  ____ INCHES
WATER    =  ____ INCHES
TEMP     =  ____ DEG F

____ INCREASE= ____
____ INCREASE= ____


T 2:BLUE 2
INVENTORY INCREASE

INCREASE START
AUG  4, 2005 12:47 AM

VOLUME   =  ____ GALS
HEIGHT   =  ____ INCHES
WATER    =  ____ INCHES
TEMP     = 81.7 DEG F

INCREASE END
AUG  4  2005  1:13 AM

VOLUME   =  8240 GALS
HEIGHT   = 61.40 INCHES
WATER    =  0.00 INCHES
TEMP     = 76.8 DEG F

GROSS INCREASE= 5068
NET  INCREASE= 4986

PACIFIC PRIDE THRU:
INVENTORY INCREASE
T 1:BLUE 1
T 2:BLUE 2
VOLUME   =  ____ GALS



Jobber of
Products

# C. Barron & Sons, Inc.



AN INDEPENDENT FRANCHISEE OF
**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM®

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Canton Center/Cherry hill Amoco_

ADDRESS _____

SHIPPER _____

| | ORDER NO. |
|---|---|
| DATE SHIPPED _08/04/05_ GALLONS ORDERED ____ | TICKET NO. 348551 |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL | 9004 | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _Steve_  TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 31" | 44½ | | |
| END | 61½" | 69½ | | |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

...RIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

...MER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:     SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON ASHLAND PETROLEUM LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4268. TCN#1-38-81-3015
ALL GASOLINES FROM THIS FACILITY ARE 7.8% RVP AND ARE NOT SUITABLE FOR USE IN A 7.0% OR 7.2% CONTROL AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
  DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
  ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
  MARATHON ASHLAND PETROLEUM LLC
MAPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 08/04/05
NUMBER 348951-216
TIME IN 2351
TIME OUT 0002

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE | | |
|---|---|---|---|---|
| EPPCO INC | DETROIT TERMINAL | 0000318100 | | |
| | 12700 TORONTO, DETROIT, MI 48217 | | | |
| 12726 S MORROW CIRCLE | DATE SHIPPED | SHIPPED VIA | | |
| DEARBORN MI | | BILL FREIGHT CUSTOMER | | |
| 481260000 | 08/04/05 | 4138 E BARRON & SONS | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| SIA | | |
| VARIOUS | | |
| UNKNOWN MI | 389694001D1000 | |

--- PRODUCT TOTALS ---
| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 204 | 9004 | 8875 | | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 29826 | -13 | 0000 | | |
| S.DAVIES-C.BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII, | 1001 | 986 | 81.4/ 60.0 | Meter 37  Preset 1001  Code 204 |
| TTM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | NOT TO BE MARKETED IN 7.0% OR 7.2% CONTROLLED AREAS AFTER JUNE 1 | | | |
| GASOLINE, 3, UN1203, PGII, | 3001 | 2958 | 80.9/ 60.0 | Meter 36  Preset 3001  Code 204 |
| TTM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | NOT TO BE MARKETED IN 7.0% OR 7.2% CONTROLLED AREAS AFTER JUNE 1 | | | |
| GASOLINE, 3, UN1203, PGII, | 3001 | 2958 | 81.3/ 60.0% | Meter 38  Preset 3001  Code 204 |
| TTM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | NOT TO BE MARKETED IN 7.0% OR 7.2% CONTROLLED AREAS AFTER JUNE 1 | | | |
| GASOLINE, 3, UN1203, PGII, | 2001 | 1973 | 80.6/ 60.0 | Meter 37  Preset 2001  Code 204 |
| TTM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | NOT TO BE MARKETED IN 7.0% OR 7.2% CONTROLLED AREAS AFTER JUNE 1 | | | |

7.8 RVP GAS / 7.8 RVP GAS 10% ETH / CLEAR 15167 DSL

(*-Temperature And Gravity Are Derived)

# CO Inc.

**Invoice No. EP8018**

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

**Delivery Date:**          8/14/2005

Ship To:

Cherry Hill
125 S. Canton Center Rd.
Canton, MI 48188

| Date | 8/15/2005 | | | Customer# 2 | | |
|---|---|---|---|---|---|---|
| **Qty** | **Description** | | | | **Per Gallon** | **Extension** |
| 8891 | Regular | | | | 2.521 | 22,414.21 |
| 0 | Plus | | | | 2.595 | 0.00 |
| 0 | Premium | | | | 2.661 | 0.00 |
| 0 | Diesel | | | | 2.438 | 0.00 |
| 8891 | Total Gallons | | | | Fuel Sub Total | 22,414.21 |
| | | Reference | | Gross | Net | |
| Batch # | | - | | - | - | |
| | | - | | - | - | |
| | | - | | - | - | |
| | | - | | - | - | |
| | | - | | - | - | |
| | | - | | - | - | |
| | | - | | - | - | |
| | | - | | - | - | |
| | | - | | - | - | |
| | | - | | - | - | |
| | | - | | - | - | |
| | | - | | - | | |
| | | | | | Batch Sub-Total | 0.00 |

Previous Balance
          0
          0
          0
Current Balance
          **$22,414.21**

## E F T

AUG 2 6 2005

## DRAFT DATE

| **Pay This Amount** | **Total Price** | **22,414.21** |
|---|---|---|

T 1:BLUE 1
INVENTORY INCREASE

INCREASE START
AUG 1      6:44 AM

VOLUME       .0 GALS
HEIGHT      .49 INCHES
WATER       .97 INCHES
TEMP       75.1 DEG F

INCREASE END
AUG 14,      7:16 AM

VOLUME    = 10673 GALS
HEIGHT    = 75.52 INCHES
WATER     = 1.02 INCHES
TEMP      = 75.9 DEG F

GROSS INCREASE
TO NET INCREASE=

T 2:BLUE 2
INVENTORY INCREASE

INCREASE START
AUG 14, 2005  6:44 AM

VOLUME    = 4127 GALS
HEIGHT    = 35.76 INCHES
WATER     = 0.76 INCHES
TEMP      = 72.7 DEG F

INCREASE END
AUG 14, 2005  7:16 AM

VOLUME    = 10757 GALS
HEIGHT    = 80.25 INCHES
WATER     = 0.00 INCHES
TEMP      = 75.7 DEG F

GROSS INCREASE
NET INCREASE=

MANIFOLDED TANKS
INVENTORY INCREASE
T 1:BLUE 1
T 2:BLUE 2
VOLUME    = 9207 GALS





Jobber of
Products

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _Cherry hill a Canton Center (EPPCO)_

ADDRESS _Canton MI_

SHIPPER _____

ORDER NO. _____

DATE SHIPPED _8-14-05_  GALLONS ORDERED _____

TICKET NO. _34/875-226_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | _Reg N/L_ | _9004_ |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _Leo_     TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED/ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Mohammed Bawaneh_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | _60¼_ | _37¼_ |  |  |
| END | _80_ | _82¾_ |  |  |

DEMURRAGE
REASON FOR DELAY _____

_1.50_

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:     SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY 3

MARATHON ASHLAND PETROLEUM LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 FPA43268, TGNBT-38-MI-3035
ALL GASOLINES FROM THIS FACILITY ARE 7.8# RVP AND ARE NOT SUITABLE FORUSE IN A 7.0# OR 7.2# RVP CONTROL AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 7 ON BACK      NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
  DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
  ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM 12700 TORONTO, DETROIT, MICHIGAN 48217
    MARATHON ASHLAND PETROLEUM LLC
MAPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 08/14/05
NUMBER 9418/5-728
TIME IN 0939
TIME OUT 0952

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| SPPCO INC | DETROIT TERMINAL | 9000918100 |
| 12726 S MORROW CIRCLE | 12700 TORONTO, DETROIT, MI 48217 | |
| DEARBORN MI | | |
| 481250000 | | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 08/14/05 | BILL FREIGHT CUSTOMER |
| | 4138 C BARRON & SONS |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| SIA | | |
| VARIOUS | | |
| UNKNOWN MI | 4490/4400101000 | |

--- PRODUCT TOTALS ---
CODE  GROSS  NET      CODE  GROSS  NET
204   9004   8891

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 58239 | 72 | 0000 | | |
| MALVIZ-C, WARREN | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 4001 | 3952 | 78.1/ 59.9 | Meter 03  Preset 4001  Code 204 |
| TIM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | |
| GASOLINE, 3, UN1203, PGII | 2001 | 1977 | 77.3/ 59.9 | Meter 02  Preset 2001  Code 204 |
| TIM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | |
| GASOLINE, 3, UN1203, PGII | 2001 | 1974 | 80.0/ 59.9 | Meter 02  Preset 2001  Code 204 |
| TIM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | |
| GASOLINE, 3, UN1203, PGII | 1001 | 988 | 78.9/ 59.9 | Meter 01  Preset 1001  Code 204 |
| TIM MILE-MAKER UNLEADED 7.8 MAX. RVP/PRODUCT, PGII, 87 OCTANE, | NOT TO BE MARKETED IN 7.0# OR 7.2# CONTROLLED AREAS AFTER JUNE 1 | | | |

7.8 RVP GAS / 7.8 RVP GAS 10% ETH / CLEAR (5X&7 UG)

Cherry Hill + Canton Center

# EPPCO INC.
12726 S. Morn Cir.
Dearborn, MI 48126

Phone: 313-945-8000
Fax: -313-945-8010

**Invoice No. EP8090**

| Date | 9/8/2005 |
| --- | --- |

Ship To:

Delivery Date: 9/2/2005

Cherry Hill
125 S. Canton Center Rd.
Canton, MI 48188

Customer# 2

| Qty | Description | | | Per Gallon | Extension |
| --- | --- | --- | --- | --- | --- |
| 6898 | Regular | | | 2.907 | 19,362.6 |
| 0 | Plus | | | 2.881 | 0.00 |
| 1983 | Premium | | | 2.947 | 5,843.90 |
| 0 | Diesel | | | 2.741 | 0.00 |
| 8881 | Total Gallons | | | | 25,206.59 |
| Batch # | | Reference | Gross | Fuel Sub Total | |
| | | | | Net | |
| | | | | Batch Sub-Total | 0.00 |

Previous Balance           0
                           0
Current Balance            0

$25,206.59

## E F T
### SEP 1 2 2005
## DRAFT DATE

| Pay This Amount | | Total Price | 25,206.59 |
| --- | --- | --- | --- |

# EPPCO Inc.

12726 S. Morrow Cir.
Dearborn, MI 48126

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Date     10/3/2005

Invoice No. EP8201

Delivery Date:          9/30/2005

Ship To:

Cherry Hill
125 S. Cantor Center Rd.
Canton, MI  48188

Customer# 2

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 8945 | Regular | 2.715 | 24,285.68 |
| 0 | Plus | 2.808 | 0.00 |
| 0 | Premium | 2.870 | 0.00 |
| 0 | Diesel | 2.919 | 0.00 |
| 8945 | Total Gallons | Fuel Sub Total | 24,285.68 |

| Batch # | Reference | Gross | Net |
|---------|-----------|-------|-----|
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | · | · | · |
| | | Batch Sub-Total | 0.00 |

Previous Balance          0
                          0
                          0

Current Balance
$24,285.68

# E F T

OCT 11 2005

# DRAFT DATE

| Pay This Amount | | Total Price | 24,285.68 |



# C. Barron & Sons, Inc.

*Jobber of AMOCO Products*



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _____

ADDRESS _____

SHIPPER _____                    ORDER NO _____

DATE SHIPPED _____ GALLONS ORDERED _____    TICKET NO _____

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|---------|---------------------|---------------|------|-------------|
|         | 2-a PC              |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |
|         |                     |               |      |             |

DRIVER _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE

REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

Form 60606-B 1/02

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY

MARATHON PETROLEUM COMPANY LLC
BUYER IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE | DATE NUMBER TIME IN TIME OUT |
|---|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 07/01/05 | |

DESTINATION

CUSTOMER NUMBER

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| GASOLINE, 87 UNLEAD, FUEL | 2500 | | | |
| GASOLINE, 87 UNLEAD, FUEL | 3000 | | | |
| GASOLINE, 87 UNLEAD, FUEL | 3000 | | | |
| GASOLINE, 87 UNLEAD, FUEL | 2500 | | | |

# EPPCO Inc.

**Invoice No. EP8243**

12726 S. Morrow Cir.
Dearborn, MI 48126

Delivery Date:          10/13/2005

Ship To:

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Cherry Hill
125 S. Canton Center Rd.
Canton, MI 48188

Date     10/21/2005                          Customer# 2

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 9003 | Regular | 2.418 | 21,769.25 |
| 0 | Plus | 2.512 | 0.00 |
| 0 | Premium | 2.578 | 0.00 |
| 0 | Diesel | 2.969 | 0.00 |
| 9003 | Total Gallons | Fuel Sub-Total | 21,769.25 |

| Reference | Gross | Net |
|---|---|---|
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | Batch Sub-Total | 0.00 |

Batch #

Previous Balance
0
0
0

Current Balance
**$21,769.25**

**E F T**

OCT 2 4 2005

**DRAFT DATE**

| **Pay This Amount** | **Total Price** | 21,769.25 |

*Need Credit Affin 5900*

T 1 BLUE 1
INVENTORY INCREASE

INCREASE START
OCT 14, 2005 12:17

VOLUME    = 
HEIGHT    = 
WATER     = 
TEMP      = 

INCREASE END
OCT 14, 2005

VOLUME    = 
HEIGHT    = 
WATER     = 
TEMP      = 

GROSS
NET

T 1 BLUE 1
INVENT

VOLUME
HEIGHT
WATER
TEMP

OCT 14,

VOLUME
HEIGHT
WATER
TEMP

GROSS
NET

INVENTORY
T 1 BLUE
T 1 BLUE

*Jobber of*



**C. Barron & Sons, Inc.**

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE _____ Cherryhill/Canton St. _____

ADDRESS _____

|  |  |
|--|--|
| SHIPPER _____ | ORDER NO. _____ |
| DATE SHIPPED _10-3-05_  GALLONS ORDERED _____ | TICKET NO. _____ |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|----------|---------------------|---------------|------|-------------|
|          | Reg. NL             | 9003          |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |

DRIVER _____ Steve _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 37     | 37½    |        |        |
| END            | 67½    | 63     |        |        |

DEMURRAGE

REASON FOR DELAY _____



*RKA PETROLEUM*
*COMPANIES*
*Visit us on the web at http://www.rkapetroleum.com*

## LOADING ORDER-TRUCK BILL OF LADING AND MANIFEST

### EMERGENCY NUMBER CHEMTREC 1-800-424-9300

"THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION."

THIS IS TO ALSO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY, CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED ACCORDING TO THE APPLICABLE REGULATIONS OF THE FEDERAL TRADE COMMISSION AND THE ENVIRONMENTAL PROTECTION AGENCY."

SHIPPER'S IMPRINT IN LIEU OF STAMP: NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SELLER REPRESENTS THAT IN THE PRODUCTION AND MANUFACTURE OF THE GOODS AND/OR SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH ALL THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED

INSERT THE FOLLOWING WHEN REQUIRED BY FEDERAL OR STATE LAWS OF REGULATIONS

ICC PERMIT _____ STATE PERMIT OR LICENSE _____ VEHICLE LICENSE NO _____ STATE MRT FUEL TAX RATE _____

RECEIVED BY _____   GOODS RECEIVED: _____

TRUCK NO _____   TRLR NO _____

Steven    Davies    DATE

IF THIS SHIPMENT MOVES IN OTHER THAN SHIPPER'S VEHICLE, IT SHALL BE GOVERNED BY (A) THE CONTRACT BETWEEN SHIPPER AND CARRIER, IF CARRIER IS A CONTRACT CARRIER OR (B) THE TERMS OF THE APPLICABLE UNIFORM BILL OF LADING FORM PRESCRIBED IN THE CURRENT NATIONAL MOTOR FREIGHT CLASSIFICATION, IF CARRIER IS A COMMON CARRIER, PROVIDED THAT, IF THIS IS INTRASTATE SHIPMENT BY COMMON CARRIER IN A STATE WHERE BILLS OF LADING HAVE BEEN LEGALLY PRESCRIBED, THIS SHIPMENT SHALL BE GOVERNED BY THE TERMS OF APPLICABLE BILLS OF LADING.

RAIL SHIPMENTS REQUIRE BILL OF LADING

SPECIAL TRUCK MARKINGS, LABELS OR PLACARDS OFFERED/APPLIED AS REQUIRED BY DEPARTMENT OF TRANSPORTATION

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY

| Customer | Contract | Terminal Name | Stop Date | Start Time | Stop Time | Carrier | Bill of Lading |
|----------|----------|---------------|-----------|------------|-----------|---------|----------------|
| : | 0000 | RKA Petroleum, LLC | 10/13/2005 | 23.00.21 | 23.09.59 | BACS | 161308 |

Carrier: C Barron & Sons, Inc.

Card Reference Number

| Shipper | Customer | Carrier | Issue | Card |
|---------|----------|---------|-------|------|
| 330 | 330023 | 84 | | 258 |

Customer

Bill to: Premcor Refining Group

Ship to: Growmark Inc.

P.O. :

Various    MI

| Product | Description | Gross | Temp. | A.P.I. | Net |
|---------|-------------|-------|-------|--------|-----|
| 300 | UNLEADED 87 | 9,003 | 64.5 | 57.40 | 8975 |

This gas is additized per the Reg Spec in Section 211(1) of the Clean Air Act for Conventional gas. This product does not meet the requirements for Reformulated Gasoline and may not be not be used in any RFC covered area.

RKA Petroleum, LLC Terminal (T-38-MI-3037)

28120 Wick Road, Romulus, MI 48174

Phone: 734-947-1811, Fax: 734-946-1920

Please address    Premcor Refining Group

correpondence to: 1700 East Putnam Avenue

Old Greenwich    CT    06870

# EPPCO Inc.

**Invoice No. EP8284**

2726 S. Morrow Cir.
Dearborn, MI 48126

Delivery Date:        10/22/2005

Ship To:

Phone: 1-313-945-8000
Fax: 1-313-945-8010

Cherry Hill
125 S. Canton Center Rd.
Canton, MI 48188

Date    10/28/2005

Customer# 2

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 9000 | Regular | 2.279 | 20,511.00 |
| 0 | Plus | 2.353 | 0.00 |
| 0 | Premium | 2.419 | 0.00 |
| 0 | Diesel | 3.088 | 0.00 |
| 8000 | Total Gallons | Fuel Sub Total | 20,511.00 |

| Batch # | Reference | Gross | Net |
|---------|-----------|-------|-----|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | Batch Sub-Total | 0.00 |

Previous Balance
0
0
0

Current Balance
**$20,511.00**

## E F T

OCT 3 1 2005

## DRAFT DATE

| **Pay This Amount** | **Total Price** | 20,511.00 |
|---|---|---|

T 1:BLUE 1
INVENTORY INCREASE

INCREASE END
WATER
TEMP

INCREASE END
OCT

VOLUME       = 1007
HEIGHT       =
WATER        =
TEMP         =

GROSS INCREASE
TO NET INCREASE=

T 2:BLUE 2
INVENTORY INCREASE

INCREASE START
OCT

VOLUME       =
HEIGHT       = 46.12
WATER        = 0.9
TEMP         = 61.4

INCREASE END
OCT

VOLUME       = 817
HEIGHT       = 62.08
WATER        = 0.8
TEMP         = 61.7

GROSS INCREASE=
TO NET INCREASE=

MANIFOLDED THREE
INVENTORY INCREASE
T 1:BLUE 1
T 2:BLUE 2
VOLUME       =



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002
AMOCO • SHELL • CONOCO • Oils and Lubricants

CONSIGNEE _Cherryhill Canton Center_____

ADDRESS _____

SHIPPER _____

ORDER NO. _____

DATE SHIPPED _0.32.0_  GALLONS ORDERED _____   TICKET NO. _1.38.37_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP | NET GALLONS |
|----------|---------------------|---------------|------|-------------|
|          | R-2 NL              | 9000          |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |
|          |                     |               |      |             |

DRIVER _Stave_ _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 41/4   | 42     |        |        |
| END            | 77     | 64     |        |        |

DEMURRAGE _____
REASON FOR DELAY _____

| | DANGEROUS GOODS DESCRIPTION | | SEE REVERSE FOR EMERGENCY RESPONSE GUIDE AND OTHER INFORMATION |
|---|---|---|---|

X | GASOLINE, 3, UN1203, II                9000 GAL
  | 1 - T/T

FOR PRODUCT EMERGENCY - Spill, Leak, Fire, Exposure, or Accident
Day or Night - Call   CHEMTREC 1-800-424-9300

CHEMTREC   1-800-424-9300
Buckeye Detroit
700 S. Deacon
Detroit, Michigan 48217   MI

SHIPMENT ORIGIN

B I L L   O F   L A D I N G      0180986
FOLIO NUMBER: 10016
CUSTOMER  000002COUNT:   0000123

MARATHON ASHLAND PETROLEUM
P.O. BOX 31

VEHICLE/UNIT NUMBER   20
EXPIRATION DATE: 06/30/06

FINDLAY                  OH 46839
CONSIGNEE  DELIVER TO
EPPCO INC
VARIOUS MI DESTINATIONS
                      MI
SUPPLIER: MARATHON ASHLAND PETROLEUM

FREIGHT

LOAD START DATE    10/22/05    TIME   20:15

LOAD END DATE      10/22/05    TIME   20:24

| TERMS | PRODUCT | | QUANTITY/UNIT | |
|---|---|---|---|---|

: FUL 87 CG                   9000 GAL GROSS        8988 GAL *
  9000 GAL @   62.2 F 62.0 GRAV   8988 GAL NET VOLUME CORRECTED TO 60 F

| TOTAL | 9000 GAL GROSS | 8988 GAL NET |
|---|---|---|

EPA Registration # - 4294 For complete Health and Physical Safety
hazard information, please refer to the MSDS.

3rd Party Ref. #: 23046150010100

SHIPPER:  MARATHON ASHLAND PETROLEUM

This is to certify that the above
named materials are properly
classified, described, packaged,
marked and labeled, and are in
proper condition for transportation
according to the applicable
regulations of the Department of
Transportation.

Total Collected: $        By:

Carrier certifies that the container supplied for this shipment is a proper container
for transportation of the Products as above described and driver acknowledges
Emergency Response Guide Information received on reverse side of this document.

DRIVER
CARRIER   DAVIES STEVEN
          C BARRON & SONS INC
          MONROE           MI 4

DRIVER/AGENT
SIGNATURE