# EXHIBIT 27(a)

## Part 2

```
T 1:REG MOTOR 1
INVENTORY INCREASE

INCREASE START
MAY  1. 2006   5:15 PM

VOLUME      -  1856 GALS
HEIGHT      = 23.33 INCHES
WATER       =  0.76 INCHES
TEMP        =  58.7 DEG F

INCREASE END
MAY  1. 2006   5:41 PM

VOLUME      =  6340 GALS
HEIGHT      = 56.65 INCHES
WATER       =  0.78 INCHES
TEMP        =  62.4 DEG F

 GROSS INCREASE=   4484
TC NET INCREASE=   4472

T 2:REG MOTOR 2
INVENTORY INCREASE

INCREASE START
MAY  1. 2006   5:15 PM

VOLUME      =  1880 GALS
HEIGHT      = 27.45 INCHES
WATER       =  0.80 INCHES
TEMP        =  58.8 DEG F

INCREASE END
MAY  1  2006   5:41 PM

VOLUME      =  5454 GALS
HEIGHT      = 59.80 INCHES
WATER       =  0.77 INCHES
TEMP        =  62.3 DEG F

 GROSS INCREASE=  3574
TC NET INCREASE=  3564

MANIFOLDED TANKS
INVENTORY INCREASE
T 1:REG MOTOR 1
T 2:REG MOTOR 2
VOLUME   =   8058 GALS
```

T 1:PREMIUM
INVENTORY INCREASE

INCREASE START
MAY 1, 2006 5:16 PM

VOLUME = 1948 GALS
HEIGHT = 28.11 INCHES
WATER = 0.00 INCHES
TEMP = 53.9 DEG F

INCREASE END
MAY 1, 2006 5:26 PM

VOLUME = 2065 GALS
HEIGHT = [illegible] INCHES
WATER = 0.00 INCHES
TEMP = [illegible] DEG F

GROSS INCREASE= 117
TC NET INCREASE= 116

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

| DRIVER SIGNATURE: [signature] | |
|---|---|
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 [illegible], TCN T-38-MI-3015
ALL GASOLINES FROM THIS FACILITY ARE 9.0# RVP AND ARE NOT SUITABLE FOR USE IN 7.0#,7.2#,7.8#, OR 8.3# RVP CONTROL AREA AFTER MAY
ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/01/06
NUMBER 340465-121
TIME IN 1631
TIME OUT 1645

**SOLD TO (CONSIGNEE)**

FUTURE FUELS OF AMERICA LLC

[illegible]
LINCOLN PARK MI
48146[illegible]

------ PRODUCT TOTALS ------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00154/154 | 7998 | 7956 | | | |
| 00651/351 | 998 | 994 | | | |

| SHIPPED FROM | LOC CODE |
|---|---|
| DETROIT TERMINAL<br>12700 TORONTO, DETROIT, MI 48217 | 0000310100 |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 05/01/06 | BILL FREIGHT CUSTOMER<br>4138 C BARRON & SONS |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| 310<br>VARIOUS<br>UNKNOWN MI | 44917[illegible] | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 62177<br>MARK MULELLA-[illegible] | 23 | 6090 | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE [illegible] EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 3500 | 3481 | 67.[illegible]/ 59.74 | Meter 21 Preset 3500 Code 00154/15[illegible] |
| TID Code 4157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 999 | 993 | 67.5/ 59.74 | Meter 21 Preset 1000 Code 00154/15[illegible] |
| TID Code 4157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 998 | 994 | 66.8/ 57.5[illegible] | Meter 22 Preset 1000 Code 00651/35[illegible] |
| [illegible] Code [illegible] -GRADED 93 W/ [illegible] ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 3499 | 3481 | [illegible]/ 59.7[illegible] | Meter 22 Preset 3500 Code 00154/15[illegible] |
| TID Code [illegible] - BRAND 87 OCTANE W/10% ETHANOL | | | | |

CONVGAS / 7.8 RVP GAS / CONVGAS 10% ETH / 7.8 RVP GAS 10% ETH /
CLEAR LSDIESEL OSL / DYED LSDIESEL OSL / K-1

(*-Temperature and Gravity Are Derived)

FORT & VAN HORN

# Future Fuels, LLC / Empco Inc.

3822 Dix
Lincoln Park, MI 48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Invoice No. EP9423

Delivery Date: 5/2/2006

Ship To:
AM/PM Enterprises
4407 Fort St.
Trenton, MI 48183

Date 5/8/2006

Customer# 6

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7976 | Regular | 2.756 | 21,981.86 |
| 0 | Plus | 2.809 | 0.00 |
| 0 | Premium | 2.887 | 0.00 |
| 999 | Diesel | 2.762 | 2,758.99 |
| 8975 | Total Gallons | Fuel Sub Total | 24,740.84 |

Batch #

| Reference | Gross | Net |
|---|---|---|
| 5/6/2006 | 11,421.57 | 11,157.58 |
| 5/7/2006 | 11,559.35 | 11,291.93 |
| 5/8/2006 | 9,857.10 | 9,638.50 |
| 5/8/2006 | -50.00 | -50.00 |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |

Batch Sub-Total -32,038.01

Previous Balance

| | |
|---|---|
| EP09409 | -$6,315.35 |
| - | 0 |
| - | 0 |

Current Balance
-$13,612.52

Pay This Amount | Total Price | -7,297.17


# C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com

**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE Fort Iron Horn Marathon

ADDRESS

SHIPPER

ORDER NO.

DATE SHIPPED 05-02-06 GALLONS ORDERED

TICKET NO. 340943

POINT OF ORIGIN DESTINATION

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL | 8005 | | |
| | 10% | | | |
| | L.S. #2 Diesel | 1002 | | |
| | | | | |

DRIVER Stan TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY [signature]

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 36½ | 42" | 32" | |
| END | 69½ | 76" | 40" | |

DEMURRAGE
REASON FOR DELAY

T 1:REG MOTOR 1
INVENTORY INCREASE

INCREASE START
MAY 2, 2006 6:32 PM

VOLUME = 3721 GALS
HEIGHT = 37.79 INCHES
WATER = 0.78 INCHES
TEMP = 60.5 DEG F

INCREASE END
MAY 2, 2006 6:55 PM

VOLUME = 8272 GALS
HEIGHT = 72.20 INCHES
WATER = 0.76 INCHES
TEMP = 61.1 DEG F

GROSS INCREASE= 4551
TC NET INCREASE= 4546

T 2:REG MOTOR 2
INVENTORY INCREASE

INCREASE START
MAY 2, 2006 6:32 PM

VOLUME = 3670 GALS
HEIGHT = 40.86 INCHES
WATER = 0.77 INCHES
TEMP = 60.6 DEG F

INCREASE END
MAY 2, 2006 6:55 PM

VOLUME = 7100 GALS
HEIGHT = 77.39 INCHES
WATER = 0.75 INCHES
TEMP = 60.7 DEG F

GROSS INCREASE= 3430
TC NET INCREASE= 3428

MANIFOLDED TANKS
INVENTORY INCREASE
T 1:REG MOTOR 1
T 2:REG MOTOR 2
VOLUME = 7981 GALS

T 4:DIESEL
INVENTORY INCREASE

INCREASE START
MAY 2. 2006 6:35 PM

VOLUME = 1850 GALS
HEIGHT = 33.02 INCHES
WATER = 1.36 INCHES
TEMP = 54.9 DEG F

INCREASE END
MAY 2. 2006 6:44 PM

VOLUME = 2881 GALS
HEIGHT = 45.04 INCHES
WATER = 1.36 INCHES
TEMP = 57.7 DEG F

GROSS INCREASE= 1031
TC NET INCREASE= 1029

----- IN TANK ALARM -----
T 2:REG MOTOR 2
OVERFILL ALARM
MAY 2. 2006 6:50 PM

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

| DRIVER SIGNATURE | |
|---|---|
| [signature] | |
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4268, TCN#T-38-MI-3015
ALL GASOLINES FROM THIS FACILITY ARE 9.00 RVP AND ARE NOT SUITABLE FOR USE IN 7.00,7.20,7.80, OR 8.30 RVP CONTROL AREA AFTER MAY
ALL GASOLINES SEE NOTE 1 ON BACK NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/02/06
NUMBER 340943-122
TIME IN 1752
TIME OUT 1803

| SOLD TO (CONSIGNEE) |
|---|
| FUTURE FUELS OF AMERICA LLC |
| 3822 DIX ROAD |
| LINCOLN PARK MI |
| 481460000 |

------- PRODUCT TOTALS -------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00154/154 | 8005 | 7976 | | | |
| 00817/817 | 1002 | 999 | | | |

| SHIPPED FROM | LOC CODE |
|---|---|
| DETROIT TERMINAL<br>12700 TORONTO, DETROIT, MI 48217 | 0000310100 |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 05/02/06 | BILL FREIGHT CUSTOMER<br>4138 C BARRON & SONS |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| 91A<br>VARIOUS<br>UNKNOWN MI | 9491/2600101000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| s2214<br>S.DAVIES-C.BARRON | 10 | 0000 | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS<br>GASOLINE, 3, UN1203, PGII | 4002 | 3986 | 66.0 / 59.7* | Meter 09 Preset 4001 Code 00154/15 |
| TID CODE 8157 - BRAND 87 OCTANE W/10% ETHANOL<br>GASOLINE, 3, UN1203, PGII | 2001 | 1994 | 64.6 / 59.7* | Meter 10 Preset 2001 Code 00154/15 |
| TID CODE 8157 - BRAND 87 OCTANE W/10% ETHANOL<br>GASOLINE, 3, UN1203, PGII | 1001 | 996 | [illegible] 59.7* | Meter 11 Preset 1001 Code 00817/[illegible] |
| TID CODE 8157 - BRAND 87 OCTANE W/10% ETHANOL<br>GASOLINE, 3, UN1203, PGII | [illegible] | [illegible] | [illegible] | Meter 11 Preset [illegible] Code [illegible] |
| [illegible]<br>[illegible] | [illegible] | | [illegible] | [illegible] |
| [illegible] | | | | |

CONVGAS / 7.8 RVP GAS / CONVGAS 10% ETH / 7.8 RVP GAS 10% ETH /
CLEAR LS1S2 DSL / DYED LS1S2 DSL / K-1

(*--Temperature And Gravity Are Derived)

# Future Fuels, LLC / Enmco Inc.

3822 Dix
Lincoln Park, MI 48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Date 5/8/2006

Invoice No. EP9436

Delivery Date: 5/4/2006

Ship To:
AM/PM Enterprises
4407 Fort St.
Trenton, MI 48183

Customer# 6

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7942 | Regular | 2.624 | 20,839.81 |
| 0 | Plus | 2.677 | 0.00 |
| 994 | Premium | 2.755 | 2,738.77 |
| 994 | Diesel | 2.614 | 2,598.66 |
| 9930 | Total Gallons | Fuel Sub Total | 26,177.24 |

Batch #

| Reference | Gross | Net |
|---|---|---|
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |

Batch Sub-Total 0.00

Previous Balance

| | |
|---|---|
| EP09409 | -$6,315.35 |
| EP09423 | -7,297.17 |
| - | 0 |

Current Balance
$12,564.72

DRAFT DATE
5/9/2006
EFT

Pay This Amount

Total Price 26,177.24

 bp

# C. Barron & Sons, Inc.

M
MARATHON

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com

CONOCO • 76 • SHELL • Oils and Lubricants

CONSIGNEE Fort Van Horn Marathon

ADDRESS

ORDER NO.

SHIPPER

TICKET NO. 341719

DATE SHIPPED 05-04-06 GALLONS ORDERED

POINT OF ORIGIN DESTINATION

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Prem NL | 1001 | | |
| | Reg NL | 8008 | | |
| | 10% | | | |
| | L.S. #2 Diesel | 1001 | | |

DRIVER Steve TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 21" | 24½ | 29" | 39" |
| END | 58½" | 52" | 38" | 50½" |

DEMURRAGE
REASON FOR DELAY

T 4:DIESEL
INVENTORY INCREASE

INCREASE START
MAY 4. 2006 8:38 PM

VOLUME = 2397 GALS
HEIGHT = 39.50 INCHES
WATER = 1.06 INCHES
TEMP = 56.2 DEG F

INCREASE END
MAY 4. 2006 8:46 PM

VOLUME = 3432 GALS
HEIGHT = 51.30 INCHES
WATER = 1.06 INCHES
TEMP = 59.7 DEG F

GROSS INCREASE= 1035
TC NET INCREASE= 1030

T 3:PREMIUM
INVENTORY INCREASE

INCREASE START
MAY 4. 2006 8:50 PM

VOLUME = 2070 GALS
HEIGHT = 29.31 INCHES
WATER = 0.00 INCHES
TEMP = 54.8 DEG F

INCREASE END
MAY 4. 2006 8:59 PM

VOLUME = [illegible] GALS
HEIGHT = [illegible] INCHES
WATER = [illegible] INCHES
TEMP = [illegible] DEG F

GROSS INCREASE= [illegible]
TC NET INCREASE= [illegible]

T 1:REG MOTOR 1
INVENTORY INCREASE

INCREASE START
MAY 4, 2006 8:37 PM

VOLUME = 1818 GALS
HEIGHT = 23.00 INCHES
WATER = 0.76 INCHES
TEMP = 59.5 DEG F

INCREASE END
MAY 4, 2006 9:01 PM

VOLUME = 6835 GALS
HEIGHT = 60.36 INCHES
WATER = 0.77 INCHES
TEMP = 64.5 DEG F

GROSS INCREASE= 5017
TC NET INCREASE= 4995

T 2:REG MOTOR 2
INVENTORY INCREASE

INCREASE START
MAY 4, 2006 8:[illegible] PM

VOLUME = 1815 GALS
HEIGHT = 26.79 INCHES
WATER = 0.00 INCHES
TEMP = 59.6 DEG F

INCREASE END
MAY 4, 2006 9:01 PM

VOLUME = 4887 GALS
HEIGHT = 54.60 INCHES
WATER = 0.75 INCHES
TEMP = 64.1 DEG F

GROSS INCREASE= 3072
TC NET INCREASE= 3057

MANIFOLDED TANKS
INVENTORY INCREASE
T 1:REG MOTOR 1
T 2:REG MOTOR 2
VOLUME = [illegible] GALS

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE: [signature]

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency Spill, Leak, Fire, Exposure or Accident, CALL **1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#A268, TCN#I-38-MI-3015
ALL GASOLINES FROM THIS FACILITY ARE 9.0# RVP AND ARE NOT SUITABLE FOR USE IN 7.0#,7.2#,7.8#, OR 8.3# RVP CONTROL AREA AFTER MAY
ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.
MPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/04/06
NUMBER 341/19-124
TIME IN 1959
TIME OUT 2010

**SOLD TO (CONSIGNEE)**

FUTURE FUELS OF AMERICA LLC

7822 DIX ROAD
LINCOLN PARK MI
48146000

------ PRODUCT TOTALS ------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00154/154 | 8008 | 7942 | | | |
| 00351/351 | 1001 | 994 | | | |
| 00817/817 | 1001 | 994 | | | |

**SHIPPED FROM** — DETROIT TERMINAL, 12700 TORONTO, DETROIT, MI 48217 — **LOC CODE** 0000318100

**DATE SHIPPED** 05/04/06

**SHIPPED VIA** BILL FREIGHT CUSTOMER, 4138 C SAMRON & SONS

**DESTINATION** STA, VARIOUS, UNKNOWN MI

**CUSTOMER NUMBER** 3491/2600161000

**ITEM NUMBER**

| DRIVER | TRAILER | COMPANY |
|---|---|---|
| 62214 | 20 | 0000 |

S.DAVIES-C.SAMRON

**CUSTOMER P.O. AND RELEASE NUMBER**

**TRANSMITTED CUSTOMER AND RELEASE NUMBER**

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| 110 CODE #157 - BRAND 87 OCTANE 9/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 4003 ** | 3971 ** | | Meter 38 Preset 3001 Code 00154/15 |
| BLEND COMPONENT | 3602 | 3572 | 72.0/060.7 | 90.0% |
| BLEND COMPONENT | 401 | 399 | 66.2/051.5 | 10.0% |
| 110 CODE #157 - BRAND 87 OCTANE 9/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | [illegible] ** | [illegible] ** | | Meter [illegible] Preset [illegible] Code [illegible] |
| BLEND COMPONENT | [illegible] | [illegible] | [illegible] | [illegible] |
| BLEND COMPONENT | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | | | |
| [illegible] | [illegible] | [illegible] | | [illegible] |
| BLEND COMPONENT | [illegible] | [illegible] | [illegible] | [illegible] |
| BLEND COMPONENT | [illegible] | [illegible] | [illegible] | [illegible] |
| BLEND COMPONENT | 100 | 100 | 57.4/051.3 | 10.0% |
| 219 #2 M#500 PPM SULFUR (MAXIMUM) UNDYED LOW SULFUR DIESEL FUEL, NO CETANE MIN | | | | |
| FUEL OIL, 3, NA1993, PGIII | 1001 ** | 994 ** | | Meter 27 Preset 1001 Code 00817/81 |
| BLEND COMPONENT | 1001 | 994 | 74.6/035.2 | 100.0% |
| 110 CODE #157 - BRAND 87 OCTANE 9/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 3000 ** | 2978 ** | | Meter 30 Preset 3001 Code 00154/15 |
| BLEND COMPONENT | 2702 | 2679 | 72.3/060.7 | 90.0% |
| BLEND COMPONENT | 301 | 299 | 66.7/051.5 | 10.0% |

CONVGAS / 7.8 RVP GAS / CONVGAS 10% ETH / 7.8 RVP GAS 10% ETH /
CLEAR LS#2 DSL / DYED LS#2 DSL / K-1

(** - Batch Total)

# Future Fuels, LLC / Enmco Inc.

Invoice No. EP9443

3822 Dix
Lincoln Park, MI 48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Delivery Date: 5/5/2006

Ship To:
AM/PM Enterprises
4407 Fort St.
Trenton, MI 48183

Date 5/10/2006
Customer# 6

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 8943 | Regular | 2.680 | 23,967.24 |
| 0 | Plus | 2.733 | 0.00 |
| 0 | Premium | 2.811 | 0.00 |
| 0 | Diesel | 2.634 | 0.00 |
| 8943 | Total Gallons | Fuel Sub Total | 23,967.24 |

Batch #

| Reference | Gross | Net |
|---|---|---|
| 5/9/2006 | 10,651.00 | 10,419.74 |
| 5/10/2006 | 9,164.05 | 8,957.52 |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |

Batch Sub-Total -19,377.26

Previous Balance
- 0
- 0
- 0

Current Balance
$4,589.98

**DRAFT DATE**
5/11/2006
**EFT**

| Pay This Amount | Total Price | 4,589.98 |
|---|---|---|



1:REG MOTOR 1
VENTORY INCREASE

CREASE START
Y 5. 2006 8:45 PM

LUME = 2712 GALS
IGHT = 30.25 INCHES
TER = 0.77 INCHES
MP = 62.0 DEG F

CREASE END
Y 5. 2006 9:11 PM

LUME = 7713 GALS
IGHT = 67.34 INCHES
TER = 0.76 INCHES
MP = 64.5 DEG F

OSS INCREASE= 5001
NET INCREASE= 4900

2:REG MOTOR 2
VENTORY INCREASE

CREASE START
Y 5. 2006 8:45 PM

LUME = 2714 GALS
IGHT = 35.34 INCHES
TER = 0.75 INCHES
MP = 62.1 DEG F

CREASE END
Y 5. 2006 9:11 PM

LUME = 6773 GALS
IGHT = 70.35 INCHES
TER = 0.75 INCHES
MP = 64.1 DEG F

OSS INCREASE= 4059
NET INCREASE= [illegible]

# C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com

**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE Fort Van Horn Marathon

ADDRESS

SHIPPER

ORDER NO.

TICKET NO. 342122

DATE SHIPPED 05 05 06 GALLONS ORDERED

POINT OF ORIGIN DESTINATION

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL 10% | 9008 | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER Steve TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY [signature]

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 29½" | 34" | | |
| END | 66½" | 71" | | |

DEMURRAGE
REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| DRIVER SIGNATURE | |
|---|---|
| [signature] | |
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 SPAN4268, TCNMT-38-MI-3015
ALL GASOLINES FROM THIS FACILITY ARE 9.0# RVP AND ARE NOT SUITABLE FOR USE IN 7.0#, 7.2#, 7.8#, OR 8.2# RVP CONTROL AREA OF [illegible]
ALL GASOLINES SEE NOTE 1 ON BACK NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/05/06
NUMBER 342122-125
TIME IN 2008
TIME OUT 2018

**SOLD TO (CONSIGNEE)**

FUTURE FUELS OF AMERICA LLC

3022 DIX ROAD
LINCOLN PARK MI
491460000

------ PRODUCT TOTALS ------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00154/154 | 9008 | 8943 | | | |

| SHIPPED FROM | LOC CODE |
|---|---|
| DETROIT TERMINAL<br>12700 TORONTO, DETROIT, MI 48217 | 000018100 |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 05/05/06 | BILL FREIGHT CUSTOMER<br>4138 C BARRON & SONS |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| 5TA<br>VARIOUS<br>UNKNOWN MI | 4491/260010000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 62219<br>3.DAVIES-L.BARRON | 22 | 0000 | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| LD CODE 0157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 3003 ** | 2981 ** | | Meter 10 Preset 3001 Code 00154/15 |
| BLEND COMPONENT | 2702 | 2681 | 71.4/063.7 | 90.0% |
| BLEND COMPONENT | 301 | 300 | 62.4/051.5 | 10.0% |
| LD CODE 0157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 3001 ** | [illegible] ** | | Meter 10 Preset 3001 Code 00154/15 |
| BLEND COMPONENT | [illegible] | [illegible] | [illegible] | 90.0% |
| BLEND COMPONENT | [illegible] | [illegible] | [illegible] | 10.0% |
| [illegible] BRAND [illegible] | | | | |
| [illegible] | [illegible] ** | [illegible] ** | | [illegible] |
| BLEND COMPONENT | [illegible] | [illegible] | [illegible] | [illegible] |
| BLEND COMPONENT | [illegible] | [illegible] | [illegible] | 10.0% |
| LD CODE 0157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 3003 ** | 2981 ** | | Meter 10 Preset 3001 Code 00154/15 |
| BLEND COMPONENT | 2702 | 2681 | 71.7/063.7 | 90.0% |
| BLEND COMPONENT | 301 | 300 | 63.5/051.5 | 10.0% |

CONVGAS / 7.8 RVP GAS / CONVGAS 10% ETH / 7.8 RVP GAS 10% ETH /
CLEAR LS[illegible] DSL / DYED LS[illegible] DSL / K-1

(** - Batch Total)

# Future Fuels, LLC / Empco Inc.

Invoice No. EP9449

3822 Dix
Lincoln Park, MI 48146

Delivery Date: 5/6/2006

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Ship To:
AM/PM Enterprises
4407 Fort St.
Trenton, MI 48183

Date 5/17/2006

Customer# 6

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 5967 | Regular | 2.680 | 15,991.56 |
| 0 | Plus | 2.733 | 0.00 |
| 0 | Premium | 2.811 | 0.00 |
| 0 | Diesel | 2.634 | 0.00 |
| 5967 | Total Gallons | Fuel Sub Total | 15,991.56 |

Batch #

| Reference | Gross | Net |
|---|---|---|
| 5/16/2006 | 9,089.48 | 8,882.82 |
| 5/16/2006 | -10.00 | -10.00 |
| 5/17/2006 | 8,485.04 | 8,296.51 |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |

Batch Sub-Total -17,169.33

Previous Balance

- 0
- 0
- 0

Current Balance
-$1,177.77

**Pay This Amount** | **Total Price** | **-1,177.77**

 ```
T 1 [illegible] MOTOR 1
INVENTORY INCREASE

INCREASE START
MAY  6, 2006   7:34 PM

VOLUME      =   4472 GALS
HEIGHT      =  43.20 INCHES
WATER       =   0.76 INCHES
TEMP        =   62.8 DEG F

INCREASE END
MAY  6, 2006   7:52 PM

VOLUME      =   8476 GALS
HEIGHT      =  74.11 INCHES
WATER       =   0.77 INCHES
TEMP        =   63.5 DEG F

GROSS INCREASE=  4004
TC NET INCREASE=  3992

T [illegible] MOTOR 2
[illegible] INCREASE

INCREASE START
MAY  6, [illegible]   7:34 PM

VOLUME      =  [illegible] GALS
HEIGHT      =  [illegible] INCHES
WATER       =   0.00 INCHES
TEMP        =  [illegible] DEG F

INCREASE END
MAY  6, 2006   7:52 PM

VOLUME      =  [illegible] GALS
HEIGHT      =  71.33 INCHES
WATER       =   0.79 INCHES
TEMP        =  [illegible] DEG F

GROSS INCREASE=  [illegible]
TC NET INCREASE=  2126

[illegible] TANKS
INVENTORY INCREASE
[illegible] MOTOR 1
[illegible] MOTOR 2
VOLUME      =   [illegible] GALS
```

# C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com

CONOCO • 76 • SHELL • Oils and Lubricants

CONSIGNEE Fort/Van Horn Marathon

ADDRESS

SHIPPER

ORDER NO.

DATE SHIPPED 05-06-06 GALLONS ORDERED

TICKET NO. 342370

POINT OF ORIGIN DESTINATION

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL | 6004 | | |
| | 10% | | | |
| | | | | |
| | | | | |

DRIVER Stan TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY [signature]

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 43 | 50½ | | |
| END | 73 | 69½ | | |

DEMURRAGE
REASON FOR DELAY

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST.

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| DRIVER SIGNATURE | |
|---|---|
| [signature] | |
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#[illegible], ICN#1-38-MI-3015
ALL GASOLINES FROM THIS FACILITY ARE 9.0# RVP AND ARE NOT SUITABLE FOR USE IN 7.0#,7.2#,7.8#, OR 8.3# RVP CONTROL AREA AFTER MAY
ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/06/06
NUMBER 342370-126
TIME IN 1800
TIME OUT 1819

**SOLD TO (CONSIGNEE)**

FUTURE FUELS OF AMERICA LLC

3822 DIX ROAD
LINCOLN PARK MI
48146[illegible]

-------- PRODUCT TOTALS --------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00154/154 | 6004 | 5967 | | | |

| SHIPPED FROM | LOC CODE |
|---|---|
| DETROIT TERMINAL<br>12700 TORONTO, DETROIT, MI 48217 | 000031[illegible] |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 05/06/06 | BILL FREIGHT CUSTOMER<br>4138 C BARRON & SONS |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STA<br>VARIOUS<br>UNKNOWN MI | 4491/2600[illegible] | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 42214<br>B.DAVIES-L.BARRON | 27 | 0000 | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| LID CODE 4157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | [illegible] | [illegible] | | Meter xx Preset 4001 Code 00154/15 |
| BLEND COMPONENT | 3603 | 3578 | 70.1/[illegible] | 90.0% |
| BLEND COMPONENT | 401 | 400 | [illegible] | 10.0% |
| LID CODE 4157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | [illegible] | [illegible] | | [illegible] |
| BLEND COMPONENT | [illegible] | [illegible] | [illegible] | [illegible] |
| BLEND COMPONENT | [illegible] | [illegible] | [illegible] | [illegible] |

CONVGAS / 7.8 RVP GAS / CONVGAS 10% ETH / 7.8 RVP GAS 10% ETH /
CLEAR LS1K2 DSL / DYED LS1K2 DSL / K-1

[illegible] - BATCH [illegible]

# Future Fuels, LLC / Emmco Inc.

3822 Dix
Lincoln Park, MI 48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Invoice No. EP9468

Delivery Date: 5/9/2006

Ship To:
AM/PM Enterprises
4407 Fort St.
Trenton, MI 48183

Date 5/11/2006

Customer# 6

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 10937 | Regular | 2.664 | 29,136.17 |
| 0 | Plus | 2.717 | 0.00 |
| 1996 | Premium | 2.795 | 5,579.42 |
| 0 | Diesel | 2.636 | 0.00 |
| 12933 | Total Gallons | Fuel Sub Total | 34,715.59 |

Batch #

| Reference | Gross | Net |
|---|---|---|
| 5/11/2006 | 13,272.82 | 12,975.95 |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |

Batch Sub-Total -12,975.95

Previous Balance

- 0
- 0
- 0

Current Balance
$21,739.64

DRAFT DATE
5/12/2006
EFT

| Pay This Amount | Total Price | 21,739.64 |
|---|---|---|



# C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE Yarr & Van Horn

ADDRESS

SHIPPER

ORDER NO.

DATE SHIPPED 5-9-06 GALLONS ORDERED

TICKET NO. 343158

POINT OF ORIGIN

DESTINATION

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Regular | 11,002 | w-10% ETH | |
| | Premium | 2001 | w-10% ETH | |
| | | | | |
| | | | | |

DRIVER [signature]

TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY S. Keelo

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 24 | 27 | 21 | |
| END | 78 | 63 | 46 | |

DEMURRAGE
REASON FOR DELAY

T [illegible] MOTOR 1
INVENTORY INCREASE

INCREASE START
MAY [illegible] 2006 6:35 AM

VOLUME = 1976 GALS
HEIGHT = 24.34 INCHES
WATER = 0.76 INCHES
TEMP = 61.0 DEG F

INCREASE END
MAY 9, 2006 7:06 AM

VOLUME = 8994 GALS
HEIGHT = 79.45 INCHES
WATER = 0.76 INCHES
TEMP = 63.6 DEG F

[illegible] INCREASE= [illegible]
[illegible] INCREASE= [illegible]

T [illegible]
[illegible]

INCREASE START
MAY [illegible] AM

VOLUME = [illegible] GALS
HEIGHT = [illegible].05 INCHES
WATER = 0.78 INCHES
TEMP = 61.1 DEG F

INCREASE END
MAY [illegible] 7:06 AM

VOLUME = [illegible]22 GALS
HEIGHT = 65.28 INCHES
WATER = 0.00 INCHES
TEMP = 62.9 DEG F

[illegible] INCREASE= [illegible]
[illegible] INCREASE= [illegible]

MANIFOLDED TANKS
INVENTORY INCREASE
T 1:REG MOTOR 1
T 2:REG MOTOR 2
VOLUME = 11068 GALS

T [illegible]
IN [illegible]

INCREASE START
MAY 5, 2006 6:55 AM

VOLUME = 1276 GALS
HEIGHT = 21.14 INCHES
WATER = 0.00 INCHES
TEMP = 56.0 DEG F

INCREASE END
MAY 5, 2006 7:07 AM

VOLUME = 3294 GALS
HEIGHT = 40.55 INCHES
WATER = 0.00 INCHES
TEMP = 58.2 DEG F

GROSS INCREASE= 2018
TC NET INCREASE= 2019

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

m 50605-B 9/05

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

RIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

UCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 4

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4283, TERM T-38-MI-3013
LL GASOLINES FROM THIS FACILITY ARE 9.0# RVP AND ARE NOT SUITABLE FOR USE IN 7.0#,7.2#,7.8#, OR 8.3# RVP CONTROL AREA AFTER MAY 1
LL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
HIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
PCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/07/06
NUMBER 349158-127
TIME IN 0542
TIME OUT 0601

***************
* PAGE 2 OF 2 *
***************

| SOLD TO (CONSIGNEE) |
|---|
| FUTURE FUELS OF AMERICA LLC |
| 3812 DIX ROAD |
| LINCOLN PARK MI |
| 481460000 |

------ PRODUCT TOTALS ------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 134/159 | 11002 | 10927 | | | |
| 151/251 | 3001 | 2976 | | | |

| SHIPPED FROM | LOC CODE |
|---|---|
| DETROIT TERMINAL | 0000318100 |
| 12700 TORONTO, DETROIT, MI 48217 | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 05/07/06 | BILL FOREIGN CUSTOMER<br>4139 C GARRON & SONS |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| 9TH<br>VARIOUS<br>UNKNOWN MI | 4491/2600104000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 53191<br>G. VARTINE C.GARRON | 20 | 0000 | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| @ CODE 915? - BRAND 87 BLEND W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 4001 ** | 3977 ** | | Nectar A2 Present 4001 Code 915?/15? |
| BLEND COMPONENT | 3601 | 3577 | 60.0/058.8 | 90.0% |
| BLEND COMPONENT | 400 | 400 | 60.0/051.5 | 10.0% |

UNLEADED / 9.0 RVP GAS / CONVENTIONAL GAS [illegible] / [illegible] RVP GAS [illegible] /
[illegible] DSL / [illegible] DSL / K-1

(** - Batch Total)

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

50605-B 9/05

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| [DRIV]ER SIGNATURE: | |
|---|---|
| [TRU]CK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-627-5463

COPY 4

[M]ARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH [illegible]
[ALL] GASOLINES FROM THIS FACILITY ARE 9.0# RVP AND ARE NOT SUITABLE FOR USE IN 7.0#,7.2#,7.8#, OR 8.2# RVP CONTROL AREA AFTER MAY 1
[FOR] GASOLINES SEE NOTE 1 ON BACK NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
[DE]STINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
[AL]L GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
[SHI]PPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
[M]ARATHON PETROLEUM COMPANY LLC.
LLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE [illegible]
NUMBER [illegible]
TIME IN [illegible]
TIME OUT [illegible]
PAGE 1 OF 2

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| [illegible] OF AMERICA LLC | DETROIT TERMINAL<br>12700 TORONTO, DETROIT, MI 48217 | [illegible] |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| [illegible] | BILL FREIGHT CUSTOMER<br>[illegible] |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| [illegible] | [illegible] | [illegible] |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| [illegible] | | | | |
| [illegible] BRAND 87 [illegible] | | | | |
| GASOLINE, 3, UN1203, PGII | [illegible] | [illegible] | | [illegible] |
| BLEND COMPONENT | [illegible] | [illegible] | [illegible] | 90.0% |
| BLEND COMPONENT | 400 | [illegible] | [illegible] | 10.0% |
| [illegible] | | | | |
| GASOLINE, 3, UN1203, PGII | [illegible] | [illegible] | | [illegible] |
| BLEND COMPONENT | [illegible] | [illegible] | [illegible] | [illegible] |
| BLEND COMPONENT | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | | | |
| [illegible] | | | | [illegible] |
| BLEND COMPONENT | [illegible] | [illegible] | [illegible] | [illegible] |
| BLEND COMPONENT | [illegible] | [illegible] | [illegible] | 50.0% |
| [illegible] | | | | |
| GASOLINE, 3, UN1203, PGII | [illegible] | [illegible] | | [illegible] |
| BLEND COMPONENT | 1801 | [illegible] | [illegible] | 90.0% |
| BLEND COMPONENT | 200 | 200 | [illegible] | 10.0% |

[illegible]

# Future Fuels, LLC / Eqaco Inc.

Invoice No. EP9487

3822 Dix
Lincoln Park, MI 48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Delivery Date: 5/10/2006

Ship To:
AM/PM Enterprises
4407 Fort St.
Trenton, MI 48183

Date 5/15/2006 Customer# 6

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 5953 | Regular | 2.792 | 16,620.78 |
| 0 | Plus | 2.845 | 0.00 |
| 0 | Premium | 2.923 | 0.00 |
| 994 | Diesel | 2.772 | 2,755.82 |
| 6947 | Total Gallons | Fuel Sub Total | 19,376.59 |

Batch #

| Reference | Gross | Net |
|---|---|---|
| 5/13/2006 | 8,934.67 | 8,730.23 |
| 5/14/2006 | 7,242.91 | 7,082.88 |
| 5/15/2006 | 8,907.89 | 8,702.74 |
| 5/15/2006 | -75.00 | -75.00 |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |

Batch Sub-Total -24,440.85

Previous Balance

- 0
- 0
- 0

Current Balance

-$5,064.26

**Pay This Amount** | **Total Price** | **-5,064.26**