# EXHIBIT 27(a)

## Part 3

# Future Fuels, LLC / Enpco Inc.

**Invoice No. EP9479**

3822 Dix
Lincoln Park, MI  48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Delivery Date:          5/10/2006

Ship To:

AM/PM Enterprises
4407 Fort St.
Trenton, MI 48183

Date     5/12/2006

Customer# 6

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 3964 | Regular | 2.693 | 10,675.05 |
| 0 | Plus | 2.746 | 0.00 |
| 0 | Premium | 2.824 | 0.00 |
| 0 | Diesel | 2.689 | 0.00 |
| 3964 | Total Gallons | Fuel Sub Total | 10,675.05 |

| Batch # | Reference | Gross | Net |
|---------|-----------|-------|-----|
| | 5/12/2006 | 8,998.67 | 8,791.07 |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | | Batch Sub-Total | -8,791.07 |

Previous Balance
0
0
0
Current Balance
$1,883.98

```
DRAFT DATE
5/15/2006
EFT
```

| Pay This Amount | Total Price | 1,883.98 |
|-----------------|-------------|----------|



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
CONOCO • 76 • SHELL • Oils and Lubricants

CONSIGNEE _Fort Van Horn Marathon_

ADDRESS _____

SHIPPER _____

ORDER NO. _____

DATE SHIPPED _05-10-06_  GALLONS ORDERED _____

TICKET NO. _343916_
_343966_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|  | Reg NL 10% | 10012 |  |  |
|  | L.S. #2 Diesel | 1001 |  |  |

DRIVER _Steve_  TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | 26 | 30 | 36 |  |
| END | 7 | 66 | 47.5 |  |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

### SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-627-5463

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4262, FEIN-38-01-5013
ALL GASOLINES FROM THIS FACILITY ARE 9.0# RVP AND ARE NOT SUITABLE FOR USE IN 7.0#,7.2#,7.8#, OR 8.1# RVP CONTROL AREA AFTER MAY
ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/10/06
NUMBER 343966-100
TIME IN 1940
TIME OUT 1947

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | | 0000313100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 3822 DIX ROAD | DATE SHIPPED | SHIPPED VIA | |
| LINCOLN PARK MI | | BILL FREIGHT CUSTOMER | |
| 481460000 | 05/10/06 | 4138 C BROWN & SONS | |

| | | | | | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|---|---|---|---|
| ------ PRODUCT CODES ------ | | | | | SIM | | |
| | | | | | VARIOUS | | |
| CODE | GROSS | NET | CODE | GROSS | NET | UNKNOWN MI | 4421726000101000 |
| 50154/154 | 6009 | 5952 | | | | | |
| 90617/617 | 1001 | 994 | | DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| | | | | BLAIR | 22 | 0000 | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE CONTAINS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| MIN CODE #157 - BRAND 87 OCTANE 9.0# E-BRAND | | | | |
| GASOLINE, 3, UN1203, PGII | 7009 | 1985 | | Meter 26 Preset   Prod Code 50154/15 |
| BLEND COMPONENT | 5302 | 1785 | 75.5/050.7 | 90.0% |
| BLEND COMPONENT | 301 | 200 | 59.5/051.5 | 10.0% |
| MIN #2 UN500 RFG SULFUR (MARATHON) 500 LB LOW SULFUR | | | | |
| FUEL OIL, 3, UN1272, PGII | 1001 | 994 | | Meter 27 Preset   Prod Code 90617/61 |
| BLEND COMPONENT | 1001 | 994 | | 100% |
| GASOLINE, 3, UN1203, PGII | 5054 | 1985 | | Meter 30 Preset   Prod Code 50154/15 |
| BLEND COMPONENT | 5302 | 1785 | 75.5/050.7 | 90.0% |
| BLEND COMPONENT | 301 | 200 | 59.5/051.5 | 10.0% |

CONV#85 / 7.8 RVP GAS / CONV#85 10% ETH / 7.8 RVP GAS 10% ETH /
CLEAR LS7A2 DSL / DYED LS7A2 DSL / E-1     (44 - Batch #0201)

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-627-5463

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 E. MAIN STREET, FINDLAY, OH 45840 SHIPPER, TIN91-28-01-3015
ALL GASOLINES FROM THIS FACILITY ARE 9.0# RVP AND ARE NOT SUITABLE FOR USE IN 7.0#,7.2#,7.8#, OR 9.0# RVP CONTROL AREA AT LOW RVP
ALL GASOLINES SEE NOTE 1 ON BACK       NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 25 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
APPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/10/06
NUMBER 345916-130
TIME IN 1709
TIME OUT 1724

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | 000038100 |
| | 12700 TORONTO, DETROIT, MI 48217 | |
| 3822 DIX ROAD | | |
| LINCOLN PARK MI | | |
| 481460000 | | |

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|
| | 05/10/06 | BILL FREIGHT CUSTOMER 4120 E DRAGON & SONS |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STA VARIOUS UNKNOWN MI | 4971760001010000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 32214 | 22 | 0000 | | |
| S. DAVILLE/L. BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE INCLUDED AND DETERGENT ADDITIVE REQUIREMENTS | | | | |
| ITM CODE 917- - REGRD 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, E.ON1203, PGII | 3703 | 3761 | 24.3/60.07 | Meter or Preset 4001 Code 00184/18 90.0% |
| BLEND COMPONENT | 3302 | 3366 | | 90.0% |
| BLEND COMPONENT | 401 | 395 | 40.1/60.53 | 10.02 |

CONFORMS / 7.8 RVP GAS / CONFORMS 10% ETH / 7.8 RVP GAS 10% ETH /
BLEND CODE2 DEL / DYED 15182 DEL / E-1                                    TOR - BATCH 182397

# Future Fuels, LLC / Eppco Inc.

### Invoice No. EP9498

3822 Dix...
Lincoln Park, MI  48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Delivery Date:          5/13/2006

Ship To:

AM/PM Enterprises
4407 Fort St.
Trenton, MI 48183

Date      5/15/2006                          Customer# 6

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7998 | Regular | 2.819 | 22,546.36 |
| 0 | Plus | 2.872 | 0.00 |
| 1002 | Premium | 2.950 | 2,956.20 |
| 0 | Diesel | 2.772 | 0.00 |
| 9000 | Total Gallons | Fuel Sub Total | 25,502.56 |

| | Reference | Gross | Net |
|---|---|---|---|
| Batch # | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | 0.00 |

Previous Balance

EP09487           -$5,064.26
-                      0
                       0
Current Balance
            $20,438.30

## DRAFT DATE
### 5/16/2006
## EFT

| Pay This Amount | | Total Price | 25,502.56 |
|---|---|---|---|

T 3:PREMIUM
INVENTORY INCREASE

INCREASE START
MAY 13, 2006  2:35 AM

VOLUME   =  2222 GALS
HEIGHT   = 30.76 INCHES
WATER    =  0.00 INCHES
TEMP     =  56.2 DEG F


INCREASE END
MAY 13, 2006  2:42 AM

VOLUME   =  3230 GALS
HEIGHT   = 39.98 INCHES
WATER    =  0.00 INCHES
TEMP     =  57.6 DEG F


GROSS INCREASE=  1008
TC NET INCREASE= 1008

. MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

50605-B 9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

VER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

UCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 5

| | |
|---|---|
| DATE | |
| NUMBER | |
| TIME IN | |
| TIME OUT | |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| | DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

# Future Fuels, LLC / Enpco Inc.

**Invoice No. EP9520**

3822 Dix
Lincoln Park, MI  48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Date    5/22/2006

Delivery Date:        5/16/2006

Ship To:

AM/PM Enterprises
4407 Fort St.
Trenton, MI 48183

Customer# 6

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 8968 | Regular | 2.703 | 24,240.50 |
| 0 | Plus | 2.756 | 0.00 |
| 0 | Premium | 2.834 | 0.00 |
| 0 | Diesel | 2.625 | 0.00 |
| 8968 | Total Gallons | Fuel Sub Total | 24,240.50 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | 5/18/2006 | 14,039.33 | 13,718.28 |
| | 5/19/2006 | 11,425.50 | 11,171.35 |
| | 5/19/2006 | -50.00 | -50.00 |
| | 5/20/2006 | 11,050.21 | 10,789.81 |
| | 5/21/2006 | 12,852.61 | 12,558.74 |
| | 5/22/2006 | 9,945.15 | 9,718.99 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | Batch Sub-Total | | -57,915.16 |

Previous Balance
0
0
0

Current Balance
-$33,674.65

| **Pay This Amount** | **Total Price** | **-33,674.65** |
|---|---|---|



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE _FuTuR Fues maRaThon  BRanded_

ADDRESS _Fort/maRathon  TRenton_

SHIPPER _____   ORDER NO. _____

DATE SHIPPED _5-16-04_  GALLONS ORDERED _9,000_   TICKET NO. _34565 1_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
| 1,25 | Regular 87 | 9,000 | | |
| | | | | |
| | | | | |

DRIVER _Roger Relm_   TOTAL GALLONS _9,000_

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _S. Keele_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | 26 1/4 | 23 | | |
| END | 61 1/2 | 59 | | |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 5

DATE
NUMBER
TIME IN
TIME OUT

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| | | | |

| DATE SHIPPED | SHIPPED VIA | |
|---|---|---|
| | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

# Future Fuels, LLC / Eppco Inc.

**Invoice No. EP9537**

3822 Dix
Lincoln Park, MI  48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Delivery Date:          5/17/2006

Ship To:

AM/PM Enterprises
4407 Fort St.
Trenton, MI 48183

Date     5/22/2006                          Customer# 6

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 6953 | Regular | 2.604 | 18,105.61 |
| 0 | Plus | 2.657 | 0.00 |
| 998 | Premium | 2.735 | 2,729.83 |
| 998 | Diesel | 2.592 | 2,586.97 |
| 8949 | Total Gallons | Fuel Sub Total | 23,422.41 |

| Reference | Gross | Net |
|---|---|---|
| Batch # | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| | Batch Sub-Total | 0.00 |

Previous Balance

EP09520          -$33,674.65
                            0
                            0
Current Balance
          -$10,252.24

| **Pay This Amount** | | **Total Price** | 23,422.41 |
|---|---|---|---|

 bp

# C. Barron & Sons, Inc.  MARATHON

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE __Fort/Van Horn Marathon__

ADDRESS _____

SHIPPER _____     ORDER NO. _____

DATE SHIPPED _05 17_   GALLONS ORDERED _____     TICKET NO. _346251_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Prem NL | 1000 | | |
| | Reg NL | 7004 | | |
| | 10% | | | |
| | L.S. #2 Diesel | 1001 | | |

DRIVER __Steve__     TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 18½ | 31 | 35½ | 31 |
| END | 50½ | 40 | 35 | 43½ |

DEMURRAGE
REASON FOR DELAY _____

T 1:REG MOTOR 1
INVENTORY INCREASE

INCREASE START
MAY 17, 2006 10:47 PM

VOLUME   =  1372 GALS
HEIGHT   = 19.02 INCHES
WATER    =  0.75 INCHES
TEMP     =  59.9 DEG F


INCREASE END
MAY 17, 2006 11:12 PM

VOLUME   =  6420 GALS
HEIGHT   = 57.23 INCHES
WATER    =  0.78 INCHES
TEMP     =  63.3 DEG F


  GROSS INCREASE= 5048
TC NET INCREASE= 5033

T 2:REG MOTOR 2
INVENTORY INCREASE

INCREASE START
MAY 17, 2006 10:47 PM

VOLUME   =  1352 GALS
HEIGHT   = 21.73 INCHES
WATER    =  0.76 INCHES
TEMP     =  60.5 DEG F


INCREASE END
MAY 17, 2006 11:12 PM

VOLUME   =  3394 GALS
HEIGHT   = 41.43 INCHES
WATER    =  0.75 INCHES
TEMP     =  62.9 DEG F


  GROSS INCREASE= 2042
TC NET INCREASE= 2036


MANIFOLDED TANKS
INVENTORY INCREASE
T 1:REG MOTOR 1
T 2:REG MOTOR 2
VOLUME       7090 GALS

```
T 4:DIESEL
INVENTORY INCREASE

INCREASE START
MAY 17, 2006 10:49 PM

VOLUME    =   1740 GALS
HEIGHT    =  31.68 INCHES
WATER     =   1.31 INCHES
TEMP      =   58.2 DEG F


INCREASE END
MAY 17, 2006 10:59 PM

VOLUME    =   2774 GALS
HEIGHT    =  43.83 INCHES
WATER     =   1.39 INCHES
TEMP      =   60.8 DEG F


  GROSS INCREASE=  1034
TC NET INCREASE=  1022




T 3:PREMIUM
INVENTORY INCREASE

INCREASE START
MAY 17, 2006 10:58 PM

VOLUME    =   1727 GALS
HEIGHT    =  25.91 INCHES
WATER     =   0.00 INCHES
TEMP      =   56.7 DEG F


INCREASE END
MAY 17, 2006 11:07 PM

VOLUME    =   2741 GALS
HEIGHT    =  35.59 INCHES
WATER     =   0.00 INCHES
TEMP      =   56.5 DEG F


  GROSS INCREASE=  1014
TC NET INCREASE=  1013
```

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-627-5463

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 1-800-???-????

ALL GASOLINES FROM THIS FACILITY ARE 7.?? RVP AND ARE NOT SUITABLE FUELS IN A 7.?? OR 7.?? RVP CONTROL AREA AFTER JUNE 1.

ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)

DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.

ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.

SHIPPED FROM 12700 BAGROG, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.

APPLIC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/17/06
NUMBER 34625?-13?
TIME IN 2205
TIME OUT 2218

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | | 0000018500 |
| | 12700 BAGROG, DETROIT, MI 48217 | | |
| 3822 DIX HWY | DATE SHIPPED | SHIPPED VIA | |
| LINCOLN PARK MI | 05/17/06 | BILL FREIGHT CUSTOMER | |
| 48146000 | | 4178 S BAGROG & SONS | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| 918 | | |
| VARIOUS | | |
| UNKNOWN MI | 4991?::0001850? | |

| PRODUCT TOTALS | | | | | |
|---|---|---|---|---|---|
| CODE | GROSS | NET | CODE | GROSS | NET |
| 00536/536 | 7904 | 5753 | | | |
| 00543/543 | 1001 | 999 | | | |
| 00817/817 | 1001 | 998 | | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 47214 | 26 | 0090 | | |
| S.DAVIS-COMPANY | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE CALLED CPA DETERGENT ADDITIVE AND REGENTS | | | | |
| 830 BRAND GASOHOL 87 OBL 7.8 RVP RFP | | | | |
| GASOLINE, J. 091203, RBII | ???? | ???? | | Meter 10 Preset  5001 Code 00536/53? |
| BLEND COMPONENT | 3241 | ??15 | ?1.?/803.? | ?0.9% |
| BLEND COMPONENT | ?6? | ??9 | ?1.?/811.? | 10.0% |
| 830 BRAND 92 OCTANE ???? RVP 9? ??? ?????? | | | | |
| GASOLINE, J. 091203, RBII | ??? | ??? | | Meter 10 Preset  5001 Code 00536/53? |
| BLEND COMPONENT | ??? | ??? | | |
| BLEND COMPONENT | ??? | ??? | | |
| GRADE ??????? | ??? | ??? | | |
| | | | | Meter 10 Preset  5001 Code 00543/5? |
| BLEND COMPONENT | ??41 | ??? | ?1.?/???.? | |
| BLEND COMPONENT | ?00 | ??? | ?1.?/808.? | 10.0% |
| 830 BRAND GASOHOL 87 OBL 7.8 RVP RFP | | | | |
| GASOLINE, J. 091203, RBII | 2901 | ?? | 2?5? ?? | Meter 10 Preset  5001 Code 00536/53? |
| BLEND COMPONENT | 1001 | 100? | ?1.?/802.? | ?0.0% |
| BLEND COMPONENT | ?00 | ??? | ?1.?/801.? | 10.0% |
| ??? ?? ??500 PPM SULFUR (MAXIMUM) UNDYED LOW SULFUR DIESEL FUEL, N? ?????? MIX | | | | |
| FUEL OIL, J. 001???, RBII | 1001 | ?? | ??? ?? | Meter 10 Preset  5001 Code 00817/81 |
| BLEND COMPONENT | 1001 | ??? | ?1.?/820.? | 10.0% |

7.8 RVP GAS / 7.8 RVP GAS LOW SUL / CLEAR DIE? DSL
87EO ?5192 DEL 7 ?-1                          (## = BATCH TOTAL)

# Future Fuels, LLC /Ennco Inc.

**Invoice No. EP9539**

3822 Dix
Lincoln Park, MI  48146

Delivery Date:        5/18/2006

Ship To:

Phone: 1-313-381-9900
Fax: 1-313-381-9400

AM/PM Enterprises
4407 Fort St.
Trenton, MI 48183

Date    5/22/2006                    Customer# 6

| Qty | Description | | Per Gallon | Extension |
|---|---|---|---|---|
| 9347 | Regular | | 2.604 | 24,339.59 |
| 0 | Plus | | 2.657 | 0.00 |
| 0 | Premium | | 2.735 | 0.00 |
| 0 | Diesel | | 2.592 | 0.00 |
| 9347 | Total Gallons | | Fuel Sub Total | 24,339.59 |

| | Reference | Gross | Net | |
|---|---|---|---|---|
| Batch # | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | Split Load | -50.00 | -50.00 | |
| | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | - | - | - | |
| | | Batch Sub-Total | | 50.00 |

Previous Balance

EP09520          -$33,674.65
EP09537          23,422.41
                 0

Current Balance
                 $14,137.35

---

## DRAFT DATE

### 5/23/2006

### EFT

---

**Pay This Amount** | **Total Price** | 24,389.59

.bp

# C. Barron & Sons, Inc. 

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE _Fort Van Horn Marathon_

ADDRESS _____

| | ORDER NO. |
|---|---|

SHIPPER _____

DATE SHIPPED _05 18 06_  GALLONS ORDERED _____

TICKET NO. _346523_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL 10% | 9406 | | |
| | | | | |
| | | | | |

DRIVER _Steve_  TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 37 0 | 39" | | |
| END | 69 1/2 | 0" | | |

DEMURRAGE
REASON FOR DELAY _____

---

1:REG MOTOR 1
INVENTORY INCREASE

INCREASE START
MAY 18, 2006  5:51 PM

VOLUME   =   2655 GALS
HEIGHT   =  29.81 INCHES
WATER    =   0.78 INCHES
TEMP     =  61.9 DEG F

INCREASE END
MAY 18, 2006  6:19 PM

VOLUME   =   7874 GALS
HEIGHT   =  68.69 INCHES
WATER    =   0.76 INCHES
TEMP     =  63.2 DEG F

GROSS INCREASE=   5219
NET INCREASE=    5205

2:REG MOTOR 2
INVENTORY INCREASE

INCREASE START
MAY 18, 2006  5:51 PM

VOLUME   =   2533 GALS
HEIGHT   =  33.68 INCHES
WATER    =   0.75 INCHES
TEMP     =  61.8 DEG F

INCREASE END
MAY 18, 2006  6:19 PM

VOLUME   =   6595 GALS
HEIGHT   =  71.32 INCHES
WATER    =   0.76 INCHES
TEMP     =  63.0 DEG F

GROSS INCREASE=   4062
NET INCREASE=    4052

MANIFOLDED TANKS
INVENTORY INCREASE
 1:REG MOTOR 1
 2:REG MOTOR 2
VOLUME   =   9281 GALS

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

| DRIVER SIGNATURE | ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF. |
|---|---|
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-627-5463

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 [illegible]

ALL GASOLINES FROM THIS FACILITY ARE 7.0# RVP AND ARE NOT SUITABLE [illegible] IN A 7.0# OR 7.2# RVP CONTROL AREA AFTER JUNE 1.

ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C (60 DEGREES F)

DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.

ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.

SHIPPED FROM: 12700 TOEPFER, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.

[illegible] IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/13/06
NUMBER 34c521-125
TIME IN 1708
TIME OUT 1723

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | | 000038800 |
| | 12700 TOEPFER, DETROIT, MI 48217 | | |

| | DATE SHIPPED | SHIPPED VIA | |
|---|---|---|---|
| 3822 DIX HWY | 05/13/06 | BILL FREIGHT CUSTOMER | |
| LINCOLN PARK MI | | #128 C BARGON & SONS | |
| 481460000 | | | |

|  ------ PRODUCT TOTALS ------ | DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|
| | 810 | | |

| CODE | GROSS | NET | CODE | GROSS | NET | | |
|---|---|---|---|---|---|---|---|
| 095357556 | 9906 | 9347 | | | | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |
| GASOLINE, 3, UN1203, PGII | | | | |
| BLEND COMPONENT | | | | |
| BLEND COMPONENT | | | | |
| GASOLINE, 3, UN1203, PGII | | | | |
| BLEND COMPONENT | | | | |
| BLEND COMPONENT | | | | |
| GASOLINE, 3, UN1203, PGII | | | | |

7.0 RVP GAS , 7.0 RVP GAS 102.31% / CLEAR REG GAL /
DYED DIESEL GAL / X-1

# Future Fuels, LLC / Eppco Inc.

**Invoice No. EP9565**

3822 Dix
Lincoln Park, MI 48146

Delivery Date:            5/20/2006

Ship To:

Phone: 1-313-381-9900
Fax: 1-313-381-9400

AM/PM Enterprises
4407 Fort St.
Trenton, MI 48183

Date    5/23/2006                          Customer# 6

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 8944 | Regular | 2.624 | 23,469.06 |
| 0 | Plus | 2.677 | 0.00 |
| 998 | Premium | 2.755 | 2,749.79 |
| 998 | Diesel | 2.581 | 2,575.79 |
| 10940 | Total Gallons | Fuel Sub Total | 28,794.63 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | 5/23/2006 | 6,818.14 | 6,657.75 |
| | 5/23/2006 | -10.00 | -10.00 |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | | Batch Sub-Total | -6,647.75 |

Previous Balance
        0
        0
        0
Current Balance
        $22,146.88

```
DRAFT DATE
5/24/2006
EFT
```

| | Pay This Amount | Total Price | 22,146.88 |

 

# C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE _Fort/Van Horn Marathon_

ADDRESS _____

SHIPPER_____ ORDER NO. _____

DATE SHIPPED _5-20-0_ GALLONS ORDERED _____ TICKET NO. _347-265_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | Prem NL | 1001 |  |  |
|  | Reg NL | 9006 |  |  |
|  | 10% |  |  |  |
|  | L.S. #2 Diesel | 1001 |  |  |

DRIVER _Steve_ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY_____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 13" | 16" | 24" | 37" |
| END | 55 | 48 | 33½ | 51½ |

DEMURRAGE
REASON FOR DELAY _____



```
T 1:REG DIESEL
INVENTORY INCREASE

INCREASE START
MAY 20, 2006  4:55 PM

VOLUME   =  2351 GALS
HEIGHT   = 38.96 INCHES
WATER    =  1.33 INCHES
TEMP     = 58.8 DEG F

INCREASE END
MAY 20, 2006  5:06 PM

VOLUME   =  3386 GALS
HEIGHT   = 50.81 INCHES
WATER    =  1.33 INCHES
TEMP     = 61.9 DEG F


  GROSS INCREASE= 1035
TC NET INCREASE= 1031
```

```
T 1:REG MOTOR 1
INVENTORY INCREASE

INCREASE START
MAY 20, 2006  4:44 PM

VOLUME   =   842 GALS
HEIGHT   = 13.74 INCHES
WATER    =  0.76 INCHES
TEMP     = 61.2 DEG F

INCREASE END
MAY 20, 2006  5:09 PM

VOLUME   =  6359 GALS
HEIGHT   = 56.78 INCHES
WATER    =  0.76 INCHES
TEMP     = 65.0 DEG F


  GROSS INCREASE= 5517
TC NET INCREASE= 5495
```

```
T 2:REG MOTOR 2
INVENTORY INCREASE

INCREASE START
MAY 20, 2006  4:44 PM

VOLUME   =   840 GALS
HEIGHT   = 13.97 INCHES
WATER    =  0.76 INCHES
TEMP     = 61.2 DEG F

INCREASE END
MAY 20, 2006  5:09 PM

VOLUME   =  4425 GALS
HEIGHT   = 50.52 INCHES
WATER    =  0.77 INCHES
TEMP     = 65.0 DEG F


  GROSS INCREASE= 3585
TC NET INCREASE= 3571
```

```
MANIFOLDED TANKS
INVENTORY INCREASE
T 1:REG MOTOR 1
T 2:REG MOTOR 2
VOLUME   =  9102 GALS
```

T 3:PREMIUM
INVENTORY INCREASE

INCREASE START
MAY 20, 2006  5:05 PM

VOLUME    =  1552 GALS
HEIGHT    =  24.11 INCHES
WATER     =  0.00 INCHES
TEMP      =  57.6 DEG F

INCREASE END
MAY 20, 2006  5:13 PM

VOLUME    =  2568 GALS
HEIGHT    =  34.00 INCHES
WATER     =  0.00 INCHES
TEMP      =  59.5 DEG F

GROSS INCREASE=  1016
TC NET INCREASE=  1015

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

TRUCK SEAL NUMBERS:                SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY **3**

DATE
NUMBER  34/265-140
TIME IN  1601
TIME OUT  1613

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| FUTURE FUELS OF ... LLC | DETROIT TERMINAL | |
| | 12700 TORONTO, DETROIT, MI 48217 | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 05/30/08 | BILL FREIGHT CUSTOMER |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STA | | |
| VARIOUS | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

# Future Fuels, LLC / Epsco inc.

### Invoice No. EP9582

3822 Dix
Lincoln Park, MI  48146

Delivery Date:           5/23/2006

Ship To:

Phone: 1-313-381-9900
Fax: 1-313-381-9400

AM/PM Enterprises
4407 Fort St.
Trenton, MI 48183

Date       5/25/2006                          Customer# 6

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7960 | Regular | 2.635 | 20,974.60 |
| 0 | Plus | 2.688 | 0.00 |
| 0 | Premium | 2.766 | 0.00 |
| 0 | Diesel | 2.631 | 0.00 |
| 7960 | Total Gallons | Fuel Sub Total | 20,974.60 |

| | Reference | Gross | Net |
|---|---|---|---|
| Batch # | 5/25/2006 | 16,855.58 | 16,468.84 |
| | 5/25/2006 | -500.00 | -500.00 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | -15,968.84 |

Previous Balance              0
                              0
                              0
Current Balance
              $5,005.76

## DRAFT DATE

### 5/26/2006

## EFT

| Pay This Amount | | Total Price | 5,005.76 |
|---|---|---|---|

1:REG MOTOR 1
VENTORY INCREASE

CREASE START
Y 23, 2006  6:08 PM

LUME    = 3152 GALS
IGHT    = 33.60 INCHES
TER     = 0.78 INCHES
MP      = 60.4 DEG F

CREASE END
Y 23, 2006  6:31 PM

LUME    = 7541 GALS
IGHT    = 65.91 INCHES
TER     = 0.77 INCHES
MP      = 62.8 DEG F

OSS INCREASE= 4389
NET INCREASE= 4375

:REG MOTOR 2
ENTORY INCREASE

CREASE START
23, 2006  6:08 PM

UME     = 3157 GALS
GHT     = 39.33 INCHES
ER      = 0.76 INCHES
P       = 60.6 DEG F

CREASE END
23, 2006  6:31 PM

UME     = 6820 GALS
GHT     = 73.91 INCHES
ER      = 0.79 INCHES
        = 62.8 DEG F

OSS INCREASE= 3663
NET INCREASE= 3650

OLDED TANKS
ENTORY INCREASE
REG MOTOR 1
REG MOTOR 2
UME     = 5052 GALS



bp

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE _Fort Van Horn Marathon_

ADDRESS _____

SHIPPER _____    ORDER NO. ____

DATE SHIPPED _052306_ GALLONS ORDERED ____   TICKET NO. **348307**

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | Reg NL 10% | 8005 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _Stacy_  TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 33 | 38 |  |  |
| END | 0 | 73 |  |  |

DEMURRAGE
REASON FOR DELAY _____

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05          **SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 3

|  |  |
|---|---|
| DATE | |
| NUMBER | |
| TIME IN | 1/19 |
| TIME OUT | 1/24 |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |