# EXHIBIT 27(b)

## Part 1

# Future Fuels, LLC / Eupco Inc.

3822 Dix
Lincoln Park, MI 48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Invoice No. EP9324

Delivery Date: 4/18/2006

Ship To:
Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date 4/25/2006

Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 8002 | Regular | 2.748 | 21,989.50 |
| 0 | Plus | 2.792 | 0.00 |
| 0 | Premium | 2.858 | 0.00 |
| 0 | Diesel | 2.701 | 0.00 |
| 8002 | Total Gallons | Fuel Sub Total | 21,989.50 |

Batch #

| Reference | Gross | Net |
|---|---|---|
| 4/22/2006 | 9,163.13 | 8,944.04 |
| 4/22/2006 | -50.00 | -50.00 |
| 4/23/2006 | 8,215.42 | 8,025.54 |
| 4/23/2006 | -25.00 | -25.00 |
| 4/24/2006 | 7,430.96 | 7,258.30 |
| - | - | - |
| - | - | - |
| Split Load | -50.00 | -50.00 |
| - | - | - |
| - | - | - |
| Pre-Pay | 15,000.00 | 15,000.00 |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| | - | - |

Batch Sub-Total -39,102.88

Previous Balance
0
0
0
Current Balance
-$17,113.38

| Pay This Amount | Total Price | -17,113.38 |
|---|---|---|



# C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com

**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE Dix/Moran Marathon

ADDRESS

SHIPPER

ORDER NO.

DATE SHIPPED 04.18.06 GALLONS ORDERED

TICKET NO. 346058

POINT OF ORIGIN DESTINATION 346059

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL | 8002 | | |
| | 10% | | | |
| | | | | |
| | | | | |

DRIVER Stan TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY [signature]

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 12" | | | |
| END | 63" | | | |

DEMURRAGE
REASON FOR DELAY

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

************************************

Regular Nolead : 7650.62 gal

Start Time 04-18-06 20:55
End Time 04-18-06 21:24
Starting Height 9.36 inches
Ending Height 60.01 inches
Starting Volume 640.33 gallons
Ending Volume 8290.95 gallons
Starting Temp. 58.78 degrees F.
Ending Temp. 64.09 degrees F.
Flowrate 256.67 gals/min
Dispensed 0.00 gallons

************************************

End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

orm 50605-B 9/05

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE: [signature]

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

RUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 3

ARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4259, TCN#1-38-MI-3015
LL GASOLINES SEE NOTE 1 ON BACK NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C/60 DEGREES F
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
HIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

ARATHON PETROLEUM COMPANY LLC.
PCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 04/18/06
NUMBER [illegible]-108
TIME IN 1957
TIME OUT 2011

SOLD TO (CONSIGNEE)
FUTURE FUELS OF AMERICA LLC
3822 [illegible] ROAD
LINCOLN PARK MI
081460000

------ PRODUCT TOTALS ------

| ODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00/159 | 7405 | 7387 | | | |

SHIPPED FROM: DETROIT TERMINAL — LOC CODE: 0000310100
12700 TORONTO, DETROIT, MI 48217

DATE SHIPPED: 04/18/06

SHIPPED VIA: BILL FREIGHT CUSTOMER
4138 C BARRON & SONS

DESTINATION: ETA
VARIOUS
UNKNOWN MI

CUSTOMER NUMBER: 449173600101000

ITEM NUMBER:

| DRIVER | TRAILER | COMPANY |
|---|---|---|
| 62214 | 22 | 0000 |

J.DAVIES-C.BARRON

CUSTOMER P.O. AND RELEASE NUMBER:

TRANSMITTED CUSTOMER AND RELEASE NUMBER:

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| OLINE, 3, UN1203, PGII | 4002 | 3992 | 63.5/ 58.* | Meter 09 Preset 4001 Code 00154/154 |
| D CODE 0157 - BRAND 87 OCTANE 0/10% ETHANOL | | | | |
| OLINE, 3, UN1203, PGII | 2001 | 1996 | 63.3/ 58.* | Meter 10 Preset 2001 Code 00154/154 |
| D CODE 0157 - BRAND 87 OCTANE 0/10% ETHANOL | | | | |
| OLINE, 3, UN1203, PGII | 1402 | 1399 | 63.8/ 58.* | Meter 09 Preset 1401 Code 00154/154 |
| D CODE 0157 - BRAND 87 OCTANE 0/10% ETHANOL | | | | |

RAND / CONVGAS 10% ETH / CLEAR LS1&2 OSL / DYED LS1&2 DSL / K-1

(*=Temperature And Gravity Are Derived)

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

rm 50605-B 9/05

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

RIVER SIGNATURE: [signature]

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

RUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 3

RATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#A268, TCN#T-38-MI-3015A
L GASOLINES SEE NOTE 1 ON BACK NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
ESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
LL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
IPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

RATHON PETROLEUM COMPANY LLC.
LLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 04/18/06
NUMBER 346058-108
TIME IN 1957
TIME OUT 2011

SOLD TO (CONSIGNEE)

FUTURE FUELS OF AMERICA LLC

3822 DIX ROAD
LINCOLN PARK MI
481460000

------ PRODUCT TOTALS ------

| DE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 4/154 | 6001 | 5985 | | | |

| SHIPPED FROM | LOC CODE |
|---|---|
| DETROIT TERMINAL | 0000318100 |
| 12700 TORONTO, DETROIT, MI 48217 | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 04/18/06 | BILL FREIGHT CUSTOMER<br>4109 C BARRON & SONS |

DESTINATION
STA -
VARIOUS
UNKNOWN MI

| DRIVER | TRAILER | COMPANY |
|---|---|---|
| 62214 | | 0000 |

S.DAVIES-C.BARRON

| CUSTOMER NUMBER | ITEM NUMBER |
|---|---|
| 449172400101000 | |

| CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|
| | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| OLINE, 3, UN1203, PGII | 2001 | 1996 | 60.8/ 58.2* | Meter 10 Preset 2001 Code 00154/154 |
| D CODE #157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| OLINE, 3, UN1203, PGII | 4000 | 3989 | 60.0/ 58.2* | Meter 11 Preset 4001 Code 00154/154 |
| D CODE #157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |

RB / CONVGAS 10% ETH / CLEAR LS162 DSL / DYED LS162 DSL / K-1

(*=Temperature And Gravity Are Derived)

**Future Fuels, LLC** / Empco Inc.

Invoice No. EP9331

3822 Dix
Lincoln Park, MI 48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Delivery Date: 4/19/2006

Ship To:
Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date 4/25/2006

Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7002 | Regular | 2.757 | 19,304.51 |
| 1001 | Plus | 2.801 | 2,803.80 |
| 0 | Premium | 2.867 | 0.00 |
| 1002 | Diesel | 2.714 | 2,719.58 |
| 9005 | Total Gallons | Fuel Sub Total | 24,827.89 |

Batch #

| Reference | Gross | Net |
|---|---|---|
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| | Batch Sub-Total | 0.00 |

Previous Balance

EP09324 -$17,113.38

- 0

- 0

Current Balance

$7,714.51

NO [illegible] [illegible]

| | Pay This Amount | Total Price | 24,827.89 |
|---|---|---|---|

DATE: 5.27.06

LOTTERY COUNT

| | AMOUNT | MORN START | MORN END | T | AFTER END | T | NIGHT END | T |
|---|---|---|---|---|---|---|---|---|
| 1 | $ | 1 | 1 | 1 | | | 71 | |
| 2 | $ | 5 | 5 | 5 | | | 157 | |
| 3 | $ | 8 | 8 | 8 | | | 10 | |
| 4 | $ | 25 | 25 | 25 | | | 16 | |
| 5 | $ | 13 | 10 | 10 | | | 10 | |
| 6 | $ | 79 | 74 | 74 | | | 60 | |
| 7 | $ | 88 | 80 | 80 | | | 85 | |
| 8 | $ | 115 | 88 | 79 | | | 71 | |
| 9 | $ | 142 | 136 | 136 | | | 25 | |
| 10 | $ | 75 | 69 | 69 | | | 130 | |
| 11 | $ | 79 | 67 | 65 | | | 19 | |
| 12 | $ | 163 | 158 | 157 | | | 8 | |
| 13 | $ | 45 | 45 | 41 | | | 135 | |
| 14 | $ | 95 | 88 | 88 | | | 120 | |
| 15 | $ | 27 | 21 | 17 | | | 5 | |
| 16 | $ | 141 | 139 | 130 | | | 75 | |
| 17 | $ | 88 | 87 | 87 | | | 88 | |
| 18 | $ | 11 | 11 | 11 | | | 91 | |
| 19 | $ | 19 | 14 | 14 | | | 1 | |
| 20 | $ | 93 | 92/3 | 91/3 | | | 39 | |
| 21 | $ | 147 | 137 | 122 | | | 14 | |
| 22 | $ | 19 | 19 | 19 | | | [illegible] | |
| 23 | $ | 34 | 34 | 34 | | | [illegible] | |
| 24 | $ | 22 | 18 | 16 | | | [illegible] | |

| | AMOUNT | MORN START | MORN END | T | AFTER END | T | NIGHT END | T |
|---|---|---|---|---|---|---|---|---|
| 1 | $ | 72 | 72 | 72 | | | 45 | |
| 2 | $ | 241 | 229 | 229 | | | 84 | |
| 3 | $ | 88 | 86 | 86 | | | 37 | |
| 4 | $ | 16 | 16 | 16 | | | 36 | |
| 5 | $ | 23 | 23 | 23 | | | 22 | |
| 6 | $ | 46 | 46 | 46 | | | 10 | |
| 7 | $ | 5 | 5 | 5 | | | 75 | |
| 8 | $ | 217 | 213 | 213 | | | 45 | |
| 9 | $ | 56 | 54 | 53 | | | 16 | |
| 10 | $ | 17 | 17 | 17 | | | 17 | |
| 11 | $ | 12 | 12 | 10 | | | 29 | |
| 12 | $ | 84 | 84 | 84 | | | 2 | |
| 13 | $ | 114 | 114 | 107 | | | 47 | |
| 14 | $ | 80 | 80 | 80 | | | 86 | |
| 15 | $ | 120 | 115 | 115 | | | 53 | |
| 16 | $ | 32 | 30 | 30 | | | 115 | |
| 17 | $ | 75 | 75 | 75 | | | 187 | |
| 18 | $ | 37 | 37 | 36 | | | 228 | |
| 19 | $ | 210 | 210 | 210 | | | 213 | |
| 20 | $ | 209 | 203 | 198 | | | 80 | |
| 21 | $ | 195 | 187 | 187 | | | 198 | |
| 22 | $ | 60 | 2/57 | 2/47 | | | 12 | |
| 23 | $ | 46 | 45 | 45 | | | 4 | |
| 24 | $ | 39 | 37 | 36 | | | 107 | |

REGISTER 1

PHONE CARDS

| AMOUNT | START | MORN END | AFTER END | NIGHT END |
|---|---|---|---|---|
| $5 | 102 | 102 | 102 | 122 |
| $10 | 20 | 15 | 15 | 17 |
| $15 | 7 | 7 | 7 | 8 |
| $20 | 7 | 7 | 7 | 8 |
| $25 | 10 | 9 | 9 | 9 |
| $50 | 3 | 3 | 3 | 3 |
| SHIFT TOTAL $ | | | | |
| 30 | 5 | 5 | 5 | 5 |

CHANGE DRAWER

| CHANGE | START | MORN END | AFTER END | NIGHT END |
|---|---|---|---|---|
| QUARTERS | 100 | 60 | 10 | |
| DIMES | 35 | 25 | 8 | |
| NICKELS | 14 | 10 | 25 | |
| PENNIES | 5.5 | 2.5 | .50 | |
| CASH | | 57 | 111 | |
| TOTAL $ | 154.5 | 154.5 | 154.5 | |

LOTTO MACHINE

| | MORN | AFTER | NIGHT |
|---|---|---|---|
| TOTAL $ | | 329.50 | |

*** EVERY SHIFT MUST DO A LOTTO MACHINE PRINTOUT**

*** REPORT # 1 AND SEND**



# C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE Dix/Moran Marathon

ADDRESS

SHIPPER

ORDER NO.

DATE SHIPPED 04.19.06 GALLONS ORDERED

TICKET NO. 346452

POINT OF ORIGIN DESTINATION

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Midgrade | 1001 | | |
| | Reg. NL | 7002 | | |
| | 10% | | | |
| | L.S. #2 Diesel | 1002 | | |

DRIVER Stan TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY [signature]

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 39½" | 27" | 24½" | |
| END | 76" | 34" | 34½" | |

DEMURRAGE
REASON FOR DELAY

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

************************************

Diesel : 1010.84 gal

Start Time 04-19-06 23:26
End Time 04-19-06 23:37
Starting Height 24.47 inches
Ending Height 34.29 inches
Starting Volume 1706.51 gallons
Ending Volume 2717.34 gallons
Starting Temp. 45.42 degrees F.
Ending Temp. 53.34 degrees F.
Flowrate 92.88 gals/min
Dispensed 0.00 gallons

************************************

End of Report

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

************************************

Midgrade Unleaded : 938.74 gall

Start Time 04-19-06 23:24
End Time 04-19-06 23:59
Starting Height 24.67 inches
Ending Height 32.43 inches
Starting Volume 2032.55 gallons
Ending Volume 2971.29 gallons
Starting Temp. 50.82 degrees F.
Ending Temp. 53.89 degrees F.
Flowrate 27.02 gals/min
Dispensed 0.00 gallons

************************************

End of Report

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

************************************

Regular Nolead : 7149.87 gal

Start Time 04-19-06 23:41
End Time 04-20-06 00:14
Starting Height 26.95 inches
Ending Height 72.03 inches
Starting Volume 2929.50 gallons
Ending Volume 10079.37 gallons
Starting Temp. 61.53 degrees F.
Ending Temp. 63.65 degrees F.
Flowrate 214.60 gals/min
Dispensed 0.00 gallons

************************************

End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENT WILL CONTROL.

Form 50605-B 9/05

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE: [signature]

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 [illegible]
ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C (60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 04/19/06
NUMBER [illegible]
TIME IN 2224
TIME OUT 2237

**SOLD TO (CONSIGNEE)**

FUTURE FUELS OF AMERICA LLC

[illegible] ROAD
LINCOLN PARK MI
[illegible]

| SHIPPED FROM | LOC CODE |
|---|---|
| DETROIT TERMINAL<br>12700 TORONTO, DETROIT, MI 48217 | [illegible] |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 04/19/06 | BILL FREIGHT CUSTOMER<br>4139 C BARRON & SONS |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STA<br>VARIOUS<br>UNKNOWN MI | [illegible] | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 82214<br>S.DAVIES-C.BARRON | 22 | 0060 | | |

------ PRODUCT TOTALS ------

| CODE | GROSS | NET | GROSS | NET |
|---|---|---|---|---|
| 00154/154 | 7002 | 6997 | | |
| 00817/817 | 1002 | 996 | | |
| 00350/350 | 1001 | 999 | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 4001 | [illegible] | [illegible] | Meter 01 Preset 4001 Code 00154/154 |
| 110 CODE #157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| FUEL OIL, 3, NA1993, PGIII | 1002 | 996 | [illegible] | Meter 04 Preset 1001 Code 00817/817 |
| 520 ML MAX500 PPM SULFUR (MAXIMUM) [illegible] DIESEL FUEL [illegible] | | | | |
| GASOLINE, 3, UN1203, PGII | 1001 | 999 | [illegible] | Meter 07 Preset 1001 Code 00350/350 |
| 110 CODE #157 - BRANDED 87 OCTANE [illegible] | | | | |
| GASOLINE, 3, UN1203, PGII | [illegible] | [illegible] | [illegible] | [illegible] |
| 110 CODE #157 - BRAND 87 OCTANE [illegible] | | | | |

CONVERS / CONVERS 10% ETH / CLEAR LS/ULS DSL / DYED LS/ULS DSL / K-1

(*-Temperature And Gravity Are Derived)

**Future Fuels, LLC / Enpco Inc.**

3822 Dix
Lincoln Park, MI 48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Invoice No. EP9351

Delivery Date: 4/22/2006

Ship To:
Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date 4/27/2006

Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 8003 | Regular | 2.753 | 22,032.26 |
| 0 | Plus | 2.806 | 0.00 |
| 1001 | Premium | 2.884 | 2,887.18 |
| 0 | Diesel | 2.739 | 0.00 |
| 9004 | Total Gallons | Fuel Sub Total | 24,919.44 |

Batch #

| Reference | Gross | Net |
|---|---|---|
| 4/25/2006 | 8,346.65 | 8,152.92 ✓ |
| 4/26/2006 | 9,436.81 | 9,215.52 ✓ |
| 4/27/2006 | 9,338.96 | 9,119.86 ✓ |
| 4/27/2006 | -140.00 | -140.00 ✓ |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |

Batch Sub-Total -26,348.30

Previous Balance
- 0
- 0
- 0

Current Balance
-$1,428.86

| Pay This Amount | Total Price | -1,428.86 |
|---|---|---|

 bp

# C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com

**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE Dix/Moran Marathon

ADDRESS

SHIPPER

ORDER NO.

DATE SHIPPED 09/22/06 GALLONS ORDERED

TICKET NO. 347423

POINT OF ORIGIN

DESTINATION

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Prem NL | 1001 | | |
| | Reg NL | 8003 | | |
| | 10% | | | |
| | | | | |

DRIVER Stan

TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY [signature]

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 2" | 22" | | |
| END | 79" | 30½" | | |

DEMURRAGE
REASON FOR DELAY

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

**************************************

Regular Nolead : 7989.14 gal

Start Time 04-22-06 19:45
End Time 04-22-06 20:19
Starting Height 23.46 inches
Ending Height 74.43 inches
Starting Volume 2411.79 gallons
Ending Volume 10400.93 gallons
Starting Temp. 61.28 degrees F.
Ending Temp. 68.31 degrees F.
Flowrate 233.79 gals/min
Dispensed 0.00 gallons

**************************************

End of Report

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

**************************************

Prem Unleaded : 1047.68 gal

Start Time 04-22-06 19:47
End Time 04-22-06 19:57
Starting Height 20.62 inches
Ending Height 28.80 inches
Starting Volume 1576.46 gallons
Ending Volume 2624.15 gallons
Starting Temp. 51.13 degrees F.
Ending Temp. 52.59 degrees F.
Flowrate 112.66 gals/min
Dispensed 0.00 gallons

**************************************

End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENT WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

| DRIVER SIGNATURE: [signature] | |
|---|---|
| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA04268, TLNBT-38-MI-3015
ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C (60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 04/22/06
NUMBER 347420-112
TIME IN 1852
TIME OUT 1903

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | 0000318100 |
| 3022 DIX ROAD | 12700 TORONTO, DETROIT, MI 48217 | |
| LINCOLN PARK MI | | |
| 481460000 | | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 04/22/06 | BILL FREIGHT CUSTOMER<br>4138 C BARRON & SONS |

------ PRODUCT TOTALS ------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00154/154 | 8003 | 7956 | | | |
| 00351/351 | 1001 | 996 | | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STA<br>VARIOUS<br>UNKNOWN MI | 0491726001010000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 62214 | 22 | 1909 | | |
| S.DAVIES-C.BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 3001 | 2983 | 62.7/ 56.49 | Meter 01 Preset 3001 Code 00154/15 |
| 110 CODE #157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 2001 | 1990 | 63.0/ 56.48 | Meter 02 Preset 2001 Code 00154/15 |
| 110 CODE #157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 1001 | 996 | 60.4/ 55.69 | Meter 02 Preset 1001 Code 00351/35 |
| MSV CODE # 161-BRANDED 93 W/ 10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 3001 | [illegible] | [illegible] | Meter 03 Preset 3001 Code 00[illegible] |
| 110 CODE #157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |

CONVGAS / CONVGAS 10% ETH / CLEAR 15PPM DSL / DYED 15PPM DSL / K-1

(*)-Temperature And Gravity Are Derived)

# Future Fuels, LLC / Ennco Inc.

3822 Dix
Lincoln Park, MI 48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Invoice No. EP9343

Delivery Date: 4/21/2006

Ship To:
Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date 4/25/2006
Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7399 | Regular | 2.736 | 20,243.66 |
| 0 | Plus | 2.780 | 0.00 |
| 0 | Premium | 2.846 | 0.00 |
| 0 | Diesel | 2.716 | 0.00 |
| 7399 | Total Gallons | Fuel Sub Total | 20,243.66 |

Batch #

| Reference | Gross | Net |
|---|---|---|
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| Split Load | -50.00 | -50.00 |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |

Batch Sub-Total 50.00

Previous Balance

| | |
|---|---|
| EP09324 | -$17,113.38 |
| EP09331 | 24,827.89 |
| - | 0 |

Current Balance
$28,008.17

DRAFT DATE
4/26/2006
EFT

Pay This Amount | Total Price 20,293.66

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENT WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE: [signature]

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA#4268, TCN#T-38-MI-3015
ALL GASOLINES SEE NOTE 1 ON BACK NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 04/21/06
NUMBER 347015-111
TIME IN 1044
TIME OUT 1059

SOLD TO (CONSIGNEE)
FUTURE FUELS OF AMERICA LLC
3822 DIX ROAD
LINCOLN PARK MI
481460000

SHIPPED FROM: DETROIT TERMINAL, 12700 TORONTO, DETROIT, MI 48217 — LOC CODE 0000318100

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 04/21/06 | BILL FREIGHT CUSTOMER<br>4138 C BARRON & SONS |

------ PRODUCT TOTALS ------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00154/154 | 7399 | 7344 | | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STA<br>VARIOUS<br>UNKNOWN MI | 449172600101000 | |

| DRIVER | TRAILER | COMPANY |
|---|---|---|
| 62177 | 23 | 0000 |
| MARK MCCELLA-C.BAR | | |

CUSTOMER P.O. AND RELEASE NUMBER:

TRANSMITTED CUSTOMER AND RELEASE NUMBER:

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII<br>110 CODE 8157 - BRAND 87 OCTANE W/10% ETHANOL | 4000 | 3970 | 71.4/ 56.4* | Meter 01 Preset 4000 Code 00154/15 |
| GASOLINE, 3, UN1203, PGII<br>110 CODE 8157 - BRAND 87 OCTANE W/10% ETHANOL | 2000 | 1985 | 71.3/ 56.1* | Meter 02 Preset 2000 Code 00154/15 |
| GASOLINE, 3, UN1203, PGII<br>110 CODE 8157 - BRAND 87 OCTANE W/10% ETHANOL | 1399 | 1389 | 71.2/ 56.1* | Meter 03 Preset 1400 Code 00154/15 |

CONVGAS / CONVGAS 10% ETH / CLEAR LS1&2 DSL / DYED LS1&2 DSL / K-1

(*-Temperature And Gravity Are Derived)

Dix & Moran



Jobber of

Products

# C. Barron & Sons, Inc.

AN INDEPENDENT FRANCHISEE OF
PACIFIC PRIDE
THE COMMERCIAL FUELING SYSTEM

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • 1 (800) 822-7002

**AMOCO • SHELL • CONOCO • Oils and Lubricants**

CONSIGNEE Dix & Moran

ADDRESS

SHIPPER

ORDER NO.

DATE SHIPPED 4-21-6 GALLONS ORDERED

TICKET NO. 347015

POINT OF ORIGIN

DESTINATION

| TANK. NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | REG w/CTW DR | 7399 | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER Mark TOTAL GALLONS 7399

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY [signature]

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 33" | | | |
| END | 83" | | | |

DEMURRAGE

REASON FOR DELAY

**Future Fuels, LLC** / Emmco Inc.

Invoice No. EP9358

3822 Dix
Lincoln Park, MI 48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Delivery Date: 4/24/2006

Ship To:
Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date 4/27/2006

Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7004 | Regular | 2.753 | 19,282.01 |
| 1001 | Plus | 2.806 | 2,808.33 |
| 1002 | Premium | 2.884 | 2,890.07 |
| 0 | Diesel | 2.739 | 0.00 |
| 9007 | Total Gallons | Fuel Sub Total | 24,980.41 |

Batch #

| Reference | Gross | Net |
|---|---|---|
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |

Batch Sub-Total 0.00

Previous Balance

| | |
|---|---|
| EP09351 | -$1,428.86 |
| - | 0 |
| - | 0 |

Current Balance
$23,551.55

DRAFT DATE
4/28/2006
EFT

**Pay This Amount** **Total Price** **24,980.41**



# C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com

CONOCO • 76 • SHELL • Oils and Lubricants

CONSIGNEE Dix & Moran (Future Fuels)

ADDRESS Lincoln Park MI

SHIPPER

ORDER NO.

DATE SHIPPED 4-24-06 GALLONS ORDERED

TICKET NO. 347799-114

POINT OF ORIGIN DESTINATION

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL w/EtL | 7004 | | |
| | Plus NL w/EtL | 1001 | | |
| | Prem NL w/EtL | 1002 | | |
| | | | | |

DRIVER TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY [signature]

| GAUGE READINGS | TANK 1 Reg | TANK 2 Plus | TANK 3 Prem | TANK 4 |
|---|---|---|---|---|
| START | 35 | 27½ | 29½ | |
| END | 82 | 35½ | 37½ | |

DEMURRAGE
REASON FOR DELAY

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

**************************************

Regular Nolead : 7199.26 gal

Start Time 04-24-06 11:15
End Time 04-24-06 11:51
Starting Height 31.44 inches
Ending Height 77.79 inches
Starting Volume 3623.40 gallons
Ending Volume 10822.66 gallons
Starting Temp. 63.32 degrees F.
Ending Temp. 66.79 degrees F.
Flowrate 196.83 gals/min
Dispensed 0.00 gallons

**************************************

End of Report

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

**************************************

Midgrade Unleaded : 945.03 gall

Start Time 04-24-06 11:04
End Time 04-24-06 11:34
Starting Height 25.58 inches
Ending Height 33.31 inches
Starting Volume 2138.21 gallons
Ending Volume 3083.24 gallons
Starting Temp. 53.94 degrees F.
Ending Temp. 54.05 degrees F.
Flowrate 32.25 gals/min
Dispensed 0.00 gallons

**************************************

End of Report

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

**************************************

Prem Unleaded : 1092.69 gal

Start Time 04-24-06 11:34
End Time 04-24-06 11:39
Starting Height 27.08 inches
Ending Height 35.02 inches
Starting Volume 2386.76 gallons
Ending Volume 3479.45 gallons
Starting Temp. 51.52 degrees F.
Ending Temp. 51.30 degrees F.
Flowrate 261.81 gals/min
Dispensed 0.00 gallons

**************************************

End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

Form 50605-B 9/05

DRIVER SIGNATURE: [signature]

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 [illegible]
ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES (60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.
APOLLO IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 04/24/06
NUMBER 347/99-114
TIME IN 1011
TIME OUT 1026

SOLD TO (CONSIGNEE)
FUTURE FUELS OF AMERICA LLC

3822 DIX ROAD
LINCOLN PARK MI
481460000

SHIPPED FROM: DETROIT TERMINAL — LOC CODE [illegible]
12700 TORONTO, DETROIT, MI 48217

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 04/24/06 | BILL FREIGHT CUSTOMER<br>4125 C BARRON & SONS |

------ PRODUCT TOTALS ------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00154/154 | 7004 | 6984 | | | |
| 00350/350 | 1001 | 999 | | | |
| 00351/351 | 1002 | 1002 | | | |

DESTINATION
[illegible]
VARIOUS
UNKNOWN MI

| CUSTOMER NUMBER | ITEM NUMBER |
|---|---|
| 4491726000[illegible] | |

| DRIVER | TRAILER | COMPANY |
|---|---|---|
| 36287 | 22 | 0000 |

MALVITZ-C. BARRON

| CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|
| | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 3501 | 3492 | 63.6/ 59.7 | Meter 1 Preset 3501 Code 00154/15 |
| 10 CODE 4157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 1001 | 999 | 65.3/ 58.9 | Meter 3 Preset 1001 Code 00350/35 |
| 10 CODE 4157-BRANDED 93 OCTANE W/ 10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 1002 | 1002 | [illegible] | Meter 2 Preset 1001 Code 00351/35 |
| [illegible] | | | | |
| GASOLINE, 3, UN1203, PGII | [illegible] | [illegible] | [illegible] | Meter [illegible] Preset [illegible] |
| [illegible] BRAND 87 OCTANE [illegible] | | | | |

[illegible] , GROSS [illegible] , CLEAR [illegible] , [illegible]

[illegible] Temperature And Gravity Are Derived)

[signature]

# Future Fuels, LLC / Eppco Inc.

Invoice No. EP9362

3822 Dix
Lincoln Park, MI 48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Delivery Date: 4/25/2006

Ship To:
Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date 4/28/2006

Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 4003 | Regular | 2.713 | 10,860.14 |
| 0 | Plus | 2.766 | 0.00 |
| 0 | Premium | 2.844 | 0.00 |
| 0 | Diesel | 2.707 | 0.00 |
| 4003 | Total Gallons | Fuel Sub Total | 10,860.14 |

Batch #

| Reference | Gross | Net |
|---|---|---|
| 4/28/2006 | 8,248.70 | ~~8,057.55~~ |
| 4/28/2006 | -450.00 | -450.00 |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |

Batch Sub-Total -7,607.55

Previous Balance

- 0
- 0
- 0

Current Balance
$3,252.59

DRAFT DATE
5/1/2006
EFT

Pay This Amount | Total Price | 3,252.59



# C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com

**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE [handwritten, illegible]

ADDRESS

SHIPPER

ORDER NO.

DATE SHIPPED 4-25-06 GALLONS ORDERED

TICKET NO. 348161

POINT OF ORIGIN

DESTINATION

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | ULB Gas | 4803 | W - 10% ETH | |
| | | | | |
| | | | | |
| | | | | |

DRIVER [signature]

TOTAL GALLONS

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 24 | | | |
| END | 68 | | | |

DEMURRAGE
REASON FOR DELAY [signature]

# Non-Negotiable Bill of Lading

- MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST
- CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

n 50605-B 9/05

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

IVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

UCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 4

[illegible]
L GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C (60 DEGREES F)
ESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
LL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
IPPED FROM 1,700 [illegible], DETROIT, MICHIGAN 48217

RATHON PETROLEUM COMPANY LLC.
LLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE [illegible]
NUMBER [illegible]
TIME IN [illegible]
TIME OUT [illegible]

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| [illegible] | DETROIT TERMINAL<br>1,700 [illegible], DETROIT, MI 48217 | [illegible] |
| [illegible]<br>LINCOLN PARK MI<br>[illegible] | DATE SHIPPED: [illegible] | SHIPPED VIA: BILL FREIGHT CUSTOMER<br>4130 C [illegible] & SONS |

---- PRODUCT TOTALS ----

| [illegible] | GROSS | NET | [illegible] | GROSS | NET |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| [illegible]<br>[illegible] MI | [illegible] | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| [illegible]<br>D. [illegible] | [illegible] | [illegible] | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| [illegible] ADDITIVE [illegible] | | | | |
| GASOLINE, 3, UN1203, PGII | [illegible] | [illegible] | [illegible] | Meter [illegible] Preset [illegible] Code [illegible] |
| [illegible] - BRAND 87 [illegible] ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | [illegible] | [illegible] | [illegible] | Meter [illegible] Preset [illegible] Code [illegible] |
| [illegible] - BRAND 87 [illegible] ETHANOL | | | | |

[illegible]

(*-Temperature and Gravity Are Derived)