# EXHIBIT 27(b)

Part 2

# Future Fuels, LLC /Eunoo Inc.

**Invoice No. EP9402**

3822 Dix
Lincoln Park, MI 48146

Delivery Date:          4/30/2006

Ship To:

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

| Date | 5/3/2006 | | Customer# 8 | | |
|------|----------|--|-------------|--|--|

| Qty | Description | | | Per Gallon | Extension |
|-----|-------------|--|--|------------|-----------|
| 7957 | Regular | | | 2.644 | 21,038.31 |
| 995 | Plus | | | 2.697 | 2,683.04 |
| 0 | Premium | | | 2.775 | 0.00 |
| 0 | Diesel | | | 2.661 | 0.00 |
| 8952 | Total Gallons | | | Fuel Sub Total | 23,721.35 |

| | Reference | Gross | Net |
|--|-----------|-------|-----|
| Batch # | 5/2/2006 | 10,242.66 | 10,005.14 |
| | 5/3/2006 | 6,588.33 | 6,435.77 |
| | 5/3/2006 | 14.50 | 14.50 |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | | Batch Sub-Total | -16,455.41 |

Previous Balance    0
                    0
                    0

Current Balance    $7,265.94

```
DRAFT DATE
 5/4/2006
   EFT
```

| Pay This Amount | Total Price | 7,265.94 |
|-----------------|-------------|----------|

McKINLEY TRUCKING CO., INC.
A&C CARRIERS, INC.
652 North Williams Street
Carson City, Michigan 48811
1-800-589-4427

SHIPPER
NAME FUTURE FUELS OF AMERICA
ADDRESS
CITY                STATE        ZIP

4-30-06    162    1235    724-0063

SHIPPER'S B/L NO. 340067
ORIGIN

CONSIGNEE
NAME MCARTHER OIL - BOISE I (MARATHON)
ADDRESS FUTURE FUELS OF AMERICA
CITY 3860 DIX    STATE        ZIP

| GALLONS/LBS. | PRODUCT | COMPARTMENT | COMPARTMENT | COMPARTMENT | COMPARTMENT | COMPARTMENT |
|---|---|---|---|---|---|---|
| LOAD 8798 | | | | | | |
| SEMI | | | | | | |
| 7998 | BCL W/14M 8700 | | | | | |
| 1800 | MIDGRADE W/14M 8765 | | | | | |

TANK #1
PRODUCT BCL 4M
INCHES BEFORE 23
INCHES AFTER 74
GALLONS 478  8765

TANK #2
PRODUCT MID 4M
INCHES BEFORE 23
INCHES AFTER 31
GALLONS 569

TANK #3
PRODUCT
INCHES BEFORE
INCHES AFTER
GALLONS

TANK #4
PRODUCT
INCHES BEFORE
INCHES AFTER
GALLONS

EXPLANATION OF ACCESSORIAL CHARGES
WAS TRUCK'S PRODUCT PUMP USED? YES ☐ NO ☒   EXTRA STOPS ☒

LOADING TIME
IN 16:35 ☐ A.M. ☒ P.M.
OUT 17:02 ☐ A.M. ☒ P.M.

UNLOADING TIME
IN 1715 ☒ A.M. ☐ P.M.
OUT 1846 ☒ A.M. ☐ P.M.

EXCESS TIME

SPECIAL SERVICE CHARGE

CHEMTREC 1-800-424-9300

FOR SPILLS, LEAKS, FIRE, EXPOSURE, OR ACCIDENT CALL

THE PROPERTY DESCRIBED ABOVE RECEIVED IN GOOD CONDITION. (EXCEPT AS NOTED)

RECEIVED BY:

DRIVER'S SIGNATURE:

CUSTOMER'S NO.

CUSTOMER COPY

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Midgrade Unleaded     : 945.78 gall

Start Time 04-30-06 18:08
End Time   04-30-06 18:37
Starting Height 20.52 inches
Ending Height   28.70 inches
Starting Volume 1565.32 gallons
Ending Volume   2511.11 gallons
Starting Temp. 55.90 degrees F.
Ending Temp.   55.01 degrees F.
Flowrate 33.56 gals/min
Dispensed 0.00 gallons

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

End of Report


Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Regular NoLead     : 7854.97 gal

Start Time 04-30-06 18:20
End Time   04-30-06 18:58
Starting Height 21.40 inches
Ending Height   71.54 inches
Starting Volume 2157.96 gallons
Ending Volume   10012.93 gallons
Starting Temp. 59.14 degrees F.
Ending Temp.   62.21 degrees F.
Flowrate 203.43 gals/min
Dispensed 0.00 gallons

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENT WILL CONTROL.

Form 50605-B 9/05          **SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 #PA#4250, (CINT-28-MI-2010)
ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 75 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.
APOLLO IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 04/30/08
NUMBER 34008?-120
TIME IN 1542
TIME OUT 1605

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | | C00031B000 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 3822 DIX ROAD | DATE SHIPPED | SHIPPED VIA | |
| LINCOLN PARK MI | | BILL FREIGHT CUSTOMER | |
| 481460000 | 04/30/08 | 00/3 MCKINLEY TRUCKING CO IN | |

------ PRODUCT CODES ------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00150/150 | 7298 | 7297 | 027 | | |
| 00350/350 | 1000 | 999 | | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| 31A MANDATTHEW | | |
| MARATHON 3820 DIX | | |
| LINCOLN PK Lincoln Park, MI | 48317200010000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 63120 | 122 | 0080 | | |
| P. MICHA-MCKINLEY | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UN1203, PGII | 901 | 901 | 67.3/ 59.3 | Meter 09 Preset  3000 Code 00150/15 |
| (ID CODE 3157 - BRAND 87 OCTANE 9/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 909 | 909 | 67.4/ 59.3 | Meter 11 Preset  1000 Code 00150/15 |
| (ID CODE 3157 - BRAND 87 OCTANE 9/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 1000 | 999 | 59.3/ 59.1? | Meter 10 Preset  1000 Code 00350/35 |
| (ID CODE 3157 - BRAND 93 OCTANE 9/10% ETHANOL | | | | |

LICENSE # EXPIRES
CALLED FUTURE FUELS WILL BE FAXED COPY



CONV0AS / CONV0AS 10% E10 , CLEAR LS15? DSL / DYED LS15? DSL / K-1

(*-Temperature and Gravity are Derived)

# Future Fuels, LLC /Ennco Inc.

### Invoice No. EP9416

3822 Dix
Lincoln Park, MI  48146

Delivery Date:          5/2/2006

Ship To:

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Speedy Mart
3860 Dix
Lincoln Park, MI  48192

Date      5/5/2006                                  Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7363 | Regular | 2.713 | 19,975.82 |
| 0 | Plus | 2.766 | 0.00 |
| 0 | Premium | 2.844 | 0.00 |
| 0 | Diesel | 2.739 | 0.00 |
| 7363 | Total Gallons | Fuel Sub Total | 19,975.82 |

| | Reference | Gross | Net |
|---|---|---|---|
| Batch # | 5/4/2006 | 7,744.07 | 7,566.78 |
| | 5/5/2006 | 8,301.83 | 8,111.95 |
| | 5/5/2006 | -90.00 | -90.00 |
| | . | . | . |
| | Split Load | -50.00 | -50.00 |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | Batch Sub-Total | | -15,538.73 |

Previous Balance
    0
    0
    0
Current Balance
    $4,437.09

## DRAFT DATE
### 5/8/2006
## EFT

| Pay This Amount | Total Price | 4,437.09 |
|---|---|---|



bp

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE Dix & Moran (Future Fuels)

ADDRESS Lincoln Park MI

SHIPPER _____

ORDER NO. _____

DATE SHIPPED 5-2-06   GALLONS ORDERED _____

TICKET NO. 340690-122

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Regul w/ EtL        | 7403          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER Leo   TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          |        |        |        |        |
| END            |        |        |        |        |

DEMURRAGE
REASON FOR DELAY _____



Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Regular NoLead        : 7209.49 gal

Start Time 05-02-06 07:41
End Time   05-02-06 08:11
Starting Height 16.42 inches
Ending Height  62.37 inches
Starting Volume 1451.50 gallons
Ending Volume  8660.99 gallons
Starting Temp. 58.60 degrees F.
Ending Temp.   64.03 degrees F.
Flowrate 241.64 gals/min
Dispensed 0.30 gallons

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:       SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 &419-422-2263, PHONE 38-PH-3015

ALL GASOLINES FROM THIS FACILITY ARE 9.0% RVP AND ARE NOT SUITABLE FOR USE IN 7.0%,7.2%,7.8%, OR 8.3% RVP CONTROL AREA AFTER MAY

ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)

DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.

ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.

SHIPPED FROM 12700 TOWNLINE, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.

MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/02/08
NUMBER 300850-122
TIME IN 0554
TIME OUT 0610

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | | 0800025109 |
| | 12700 TOWNLINE, DETROIT, MI 48217 | | |

FUTURE FUELS OF AMERICA LLC

3822 DIX HWY
LINCOLN PARK MI
481460000

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 05/02/08 | BILL FREIGHT CUSTOMER |
| | 4138 C BARRON & SONS |

| ------- PRODUCT TOTALS ------- | | | | | |
|---|---|---|---|---|---|
| CODE | GROSS | NET | CODE | GROSS | NET |
| 00154/154 | 7403 | 7353 | | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STA | | |
| VARIOUS | | |
| UNKNOWN MI | 4917260010000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 58289 | | 0660 | | |
| SALVITE C. BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| GASOLINE, 3, UNL193, PGII | 4001 | 3990 | 61.7, 58.7* | Meets MI Preset Fuel Code 00154/15 |
| 100 CODE #157 - BRANDED OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UNL193, PGII | 1401 | 1376 | 67.7, 59.7* | Meets MI Preset Fuel Code 00154/15 |
| 100 CODE #157 - GRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UNL193, PGII | 2001 | 1987 | 66.9, 59.7* | Meets MI Preset Fuel Code 00154/15 |
| 100 CODE #157 - GRAND 87 OCTANE W/10% ETHANOL | | | | |

CONV093 / 9.0 RVP E85 / CONV093 10% E10 / 7.0 RVP E85 10% E85 /
CLEAR DIESEL DSL / DYED DIESEL DSL / *(*temperature and gravity are derived)

# Future Fuels, LLC /Emco Inc.

**Invoice No. EP9427**

3822 Dix
Lincoln Park, MI 48146

Delivery Date:        5/3/2006

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date    5/8/2006                          Customer# 8

| Qty | Description | | | Per Gallon | Extension |
|---|---|---|---|---|---|
| 7944 | Regular | | | 2.685 | 21,329.64 |
| 0 | Plus | | | 2.738 | 0.00 |
| 994 | Premium | | | 2.816 | 2,799.40 |
| 994 | Diesel | | | 2.676 | 2,659.89 |
| 9932 | Total Gallons | | | Fuel Sub Total | 26,788.94 |
| | | Reference | Gross | Net | |
| Batch # | | 5/6/2006 | 7,690.42 | 7,509.01 | |
| | | 5/6/2006 | -25.00 | -25.00 | |
| | | 5/7/2006 | 7,285.14 | 7,119.47 | |
| | | 5/7/2006 | -50.00 | -50.00 | |
| | | 5/8/2006 | 8,167.77 | 7,977.66 | |
| | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | - | - | - | |
| | | | Batch Sub-Total | | -22,531.14 |

Previous Balance
              0
              0
              0
Current Balance
       $4,257.80

| Pay This Amount | Total Price | 4,257.80 |
|---|---|---|


bp

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
CONOCO • 76 • SHELL • Oils and Lubricants

CONSIGNEE _Dix/Moran Marathon_

ADDRESS _____

SHIPPER _____   ORDER NO. _____

DATE SHIPPED _5 08 06_  GALLONS ORDERED _____   TICKET NO. _341318_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | Prem NL | 1001 |  |  |
|  | Keg NL 10% | 8004 |  |  |
|  | L.S. #2 Diesel | 1001 |  |  |

DRIVER _Steve_   TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Tegan Gadette_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 22" | 22" | 34" |  |
| END | 74½" | 31" | 34" |  |

DEMURRAGE
REASON FOR DELAY _____

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 EPA0008, PLANT-38-MI-0015
ALL GASOLINES FROM THIS FACILITY ARE LOW RVP AND ARE NOT SUITABLE FOR USE IN 7.0#,7.2#,7.8#, OR 8.0# RVP CONTROL AREAS IF ARE NOT
ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES (60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
MPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/03/06
NUMBER 341318-123
TIME IN 1611
TIME OUT 1622

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | | 0000438100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 3911 DIX ROAD | | | |
| LINCOLN PARK MI | DATE SHIPPED | SHIPPED VIA | |
| 481460000 | 05/03/06 | BILL FREIGHT CUSTOMER | |
| | | 4138 C. DARROW & SONS | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| MI | | |
| VARIOUS | | |
| UNKNOWN MI | 0031 2000160000 | |

| PRODUCT DETAIL | | | | | |
|---|---|---|---|---|---|
| CODE | GROSS | NET | CODE | GROSS | NET |
| 00154/154 | 8000 | 7494 | | | |
| 0951/951 | 1001 | 994 | | | |
| 00951/951 | 1001 | 994 | | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 62114 | 22 | 0000 | | |
| H.DAVIES-C.DARROW | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| TID CODE #157 - BRAND 87 OCTANE 87/10% E-BLEND | | | | |
| GASOLINE, 3, UN1203, PGII | 8002 | 8572 | | Meter 76 Preset  1001 CODE 00154/154 |
| BLEND COMPONENT | 7558 | 7573 | 71.2/59.7 | 90.0% |
| BLEND COMPONENT | 801 | 800 | 60.2/59.8 | 10.0% |
| TID #157 BRAND 87 OCTANE 87/10% E-BLEND LOW SULFUR MIDGRADE FUEL | | | | |
| FUEL OIL, 2, UN1202, PGII | 1011 | 1001 | | Meter 76 Preset  1001 CODE 00951/951 |
| BLEND COMPONENT | 1000 | 1000 | 78.3/59.9 | |
| TID CODE #157 BRAND 87 OCTANE 87/10% E-BLEND | | | | |
| GASOLINE, 3, UN1203, PGII | 1000 | 1000 | | Meter 76 Preset  1001 CODE 00951/951 |
| BLEND COMPONENT | 900 | 900 | 71.3/59.7 | 90.0% |
| BLEND COMPONENT | 100 | 100 | 60.1/59.8 | 10.0% |
| TID CODE #157 - BRAND 87 OCTANE 87/10% E-BLEND | | | | |
| GASOLINE, 3, UN1203, PGII | 1001 | 1001 | | Meter 76 Preset  1001 CODE 00951/951 |
| BLEND COMPONENT | 900 | 901 | 71.3/59.7 | 90.0% |
| BLEND COMPONENT | 400 | 400 | 60.7/59.8 | 10.0% |

CONTAINS / 7.0 RVP GAS / CONTAINS 10% ETH / 7.0 RVP GAS 10% ETH /
CLEAR LS1&2 DSL / DYED LS1&2 DSL / E-1                          Net = Meter Total

# Future Fuels, LLC /Esmco Inc.

**Invoice No. EP9438**

3822 Dix
Lincoln Park, MI  48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Delivery Date:    5/5/2006

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI  48192

Date    5/8/2006          Customer# 8

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 7951 | Regular | 2.624 | 20,863.42 |
| 995 | Plus | 2.677 | 2,663.14 |
| 0 | Premium | 2.755 | 0.00 |
| 0 | Diesel | 2.614 | 0.00 |
| 8946 | Total Gallons | Fuel Sub Total | 23,526.56 |

| Batch # | Reference | Gross | Net |
|---------|-----------|-------|-----|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | Batch Sub-Total | 0.00 |

Previous Balance

EP09427        $4,257.80
                0
                0

Current Balance
        $27,784.36

### DRAFT DATE

5/9/2006

**EFT**

| Pay This Amount | Total Price | 23,526.56 |
|-----------------|-------------|-----------|



bp

# C. Barron & Sons, Inc.



MARATHON

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com

**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE DIX & MORAN

ADDRESS _____

ORDER NO. _____

SHIPPER _____

DATE SHIPPED 5-5-6   GALLONS ORDERED _____

TICKET NO. 341893

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | REL w/cru | 8000 | | |
| | MID w/crd | 1001 | | |
| | | | | |
| | | | | |

DRIVER MARK   TOTAL GALLONS 9001

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 28½ | 28½ | | |
| END | 34½ | 42½ | | |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:              SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-627-5463

COPY **3**

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 ...

ALL GASOLINES FROM THIS FACILITY ARE ... AND SUITABLE FOR USE IN ...

ALL GASOLINES SEE NOTE 1 ON BACK      NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 60 DEGREES ...

DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.

ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.

SHIPPED FROM 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.

MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/05/08
NUMBER ...
TIME IN 0940
TIME OUT 0951

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | | 0000918100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 1842 DIX ROAD | DATE SHIPPED | SHIPPED VIA | |
| LINCOLN PARK MI | | BILL FREIGHT CUSTOMER | |
| 48146 | 05/05/08 | 4138 C BARKON & SONS | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| SDB VARIOUS UNKNOWN MI | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 62177 | 23 | 0000 | | |
| MARK MCCLELLAND | | | | |

------- PRODUCT TOTALS -------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00158/154 | 4400 | 7951 | | | |
| 00090/350 | 8001 | 299 | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

# Future Fuels, LLC /Empco Inc.

Invoice No. EP9448

3822 Dix
Lincoln Park, MI. 48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Date        5/10/2006

Delivery Date:            5/6/2006

Ship To:
Speedy Mart
3860 Dix
Lincoln Park, MI  48192

Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7359 | Regular | 2.680 | 19,722.12 |
| 0 | Plus | 2.733 | 0.00 |
| 0 | Premium | 2.811 | 0.00 |
| 0 | Diesel | 2.634 | 0.00 |
| 7359 | Total Gallons | Fuel Sub Total | 19,722.12 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | 5/9/2006 | 8,690.73 | 8,494.84 |
| | 5/9/2006 | -15.00 | -15.00 |
| | 5/10/2006 | 8,861.05 | 8,654.10 |
| | 5/10/2006 | -40.00 | -40.00 |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | Split Load | . | -50.00 |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | | Batch Sub-Total | -17,043.94 |

Previous Balance

0
0
0

Current Balance

$2,678.18

| Pay This Amount | Total Price | 2,678.18 |
|---|---|---|



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE _Dix/Moran Marathon_

ADDRESS _____

SHIPPER _____     ORDER NO. _____

DATE SHIPPED _5-06-06_  GALLONS ORDERED _____     TICKET NO. _342369_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Reg NL 10%          | 7406          |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |
|          |                     |               |       |             |

DRIVER _Steve_     TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER.

RECEIVED BY _W. Stef_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 35     |        |        |        |
| END            | 85.5   |        |        |        |

DEMURRAGE
REASON FOR DELAY _____



Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

**********************************

Regular Noleadd        :  7014.77 gal

Start Time 05-06-06 19:00
End Time   05-06-06 21:32
Starting Height 31.63 inches
Ending Height   78.52 inches
Starting Volume 3653.28 gallons
Ending Volume   10668.05 gallons
Starting Temp. 58.72 degrees F.
Ending Temp.   63.15 degrees F.
Flowrate 46.01 gals/min
Dispensed 0.00 gallons

**********************************

End of Report

# Future Fuels, LLC /Ennco Inc.

**Invoice No. EP9460**

3822 Dix
Lincoln Park, MI 48146

Delivery Date: 5/8/2006

Ship To:

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date    5/10/2006

Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 5960 | Regular | 2.680 | 15,972.80 |
| 993 | Plus | 2.733 | 2,713.39 |
| 995 | Premium | 2.811 | 2,797.24 |
| 0 | Diesel | 2.634 | 0.00 |
| 7948 | Total Gallons | Fuel Sub Total | 21,483.44 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | 0.00 |

Previous Balance

EP09448          $2,678.18
                      0
                      0
Current Balance

           $24,161.62

**DRAFT DATE**

**5/11/2006**

**EFT**

| **Pay This Amount** | | **Total Price** | 21,483.44 |
|---|---|---|---|



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE _MARATHON DETROIT_

ADDRESS _DIX & MORANE_

SHIPPER _C BARRONS & SON_          ORDER NO. _____

DATE SHIPPED _5-8-06_  GALLONS ORDERED _____     TICKET NO. _342761_

POINT OF ORIGIN _DETROIT MARATHON_ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| 1 - | BRAND 87 | 3002 | | |
| 2 - | BRAND 93 | 1000 | | |
| 3 - | BRAND 89 | 999 | | |
| 4 - | BRAND 87 | 3000 | | |

DRIVER _Roy Tula_          TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 33 1/2" | 27" | 24" | |
| END | 73" | 32" | 32" | |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

m 50605-B, 9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

IVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

UCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-627-5463

COPY 5

| DATE |
| NUMBER |
| TIME IN |
| TIME OUT |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | | |

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|
| | | |

| | DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|---|
| | | | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP. /API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

# Future Fuels, LLC / Empco Inc.

**Invoice No. EP9471**

3822 Dix
Lincoln Park, MI 48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Date    5/11/2006

Delivery Date:    5/9/2006

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 3970 | Regular | 2.664 | 10,576.08 |
| 0 | Plus | 2.717 | 0.00 |
| 0 | Premium | 2.795 | 0.00 |
| 0 | Diesel | 2.636 | 0.00 |
| 3970 | Total Gallons | Fuel Sub Total | 10,576.08 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | 5/11/2006 | 9,366.62 | 9,147.65 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | Short Load | - | -100.00 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | -9,047.65 |

Previous Balance
0
0
0

Current Balance
$1,528.43

```
DRAFT DATE
5/12/2006
EFT
```

| Pay This Amount | Total Price | 1,528.43 |
|---|---|---|

 bp

# C. Barron & Sons, Inc. 

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE ___DIX & MORAN___

ADDRESS _____

SHIPPER _____          ORDER NO. _____

DATE SHIPPED _5.9.6_   GALLONS ORDERED ____          TICKET NO. _343370_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|--------------------|--------------|-------|------------|
|          | REG w/54 RP        | 4001         |       |            |
|          |                    |              |       |            |
|          |                    |              |       |            |
|          |                    |              |       |            |

DRIVER _MARK_   TOTAL GALLONS _4001_

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Tegan Godette_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 33     |        |        |        |
| END            | 58     |        |        |        |

DEMURRAGE
REASON FOR DELAY _____

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL.NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-627-5463

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 ...

ALL GASOLINES FROM THIS FACILITY ARE 9.0# RVP AND ARE NOT SUITABLE FOR USE IN ...

ALL GASOLINES SEE NOTE 1 ON BACK.  NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 60 DEGREES (150 DEGREES F)

DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.

ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.

SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.

APOLLO IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

| | |
|---|---|
| DATE | 05/09/06 |
| NUMBER | 34337C-129 |
| TIME IN | 1302 |
| TIME OUT | 1317 |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | 000038100 |
| 3841 DIX ROAD | 12700 TORONTO DETROIT MI 48217 | |
| LINCOLN PARK MI | | |
| 481460000 | | |

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|
| | 05/09/06 | BILL FREIGHT CUSTOMER |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STD VARIOUS | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE ... | | | | |
| GASOLINE 2, UN1203, PGII | 4001 | | | |
| BLEND COMPARTMENT | 3400 | | | |
| BLEND COMPARTMENT | 901 | | | |