# EXHIBIT 27(b)

## Part 3

# Future Fuels, LLC / Empco inc.

Invoice No. EP9476

3822 Dix
Lincoln Park, MI 48146

| | |
|---|---|
| Delivery Date: | 5/10/2006 |

Ship To:

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

| Date | 5/15/2006 | Customer# 8 |
|---|---|---|

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7935 | Regular | 2.693 | 21,368.96 |
| 993 | Plus | 2.746 | 2,726.34 |
| 0 | Premium | 2.824 | 0.00 |
| 0 | Diesel | 2.689 | 0.00 |
| 8928 | Total Gallons | Fuel Sub Total | 24,095.30 |

| | Reference | Gross | Net |
|---|---|---|---|
| Batch # | 5/12/2006 | 8,578.52 | 8,379.21 |
| | 5/13/2006 | 7,343.58 | 7,171.98 |
| | 5/13/2006 | -615.00 | -615.00 |
| | 5/14/2006 | 7,282.41 | 7,125.14 |
| | 5/14/2006 | -130.00 | -130.00 |
| | 5/15/2006 | 8,414.73 | 8,219.36 |
| | 5/15/2006 | -20.00 | -20.00 |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | . | . | . |
| | Batch Sub-Total | | -30,130.89 |

Previous Balance
0
0
0
Current Balance
-$6,035.39

| Pay This Amount | Total Price | -6,035.39 |
|---|---|---|



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE _Marathon / Speedy Mart_
ADDRESS _3860 Dix + Mean_ _Lincoln Park MI_
SHIPPER _Marathon / Future Fuels_     ORDER NO. _____
DATE SHIPPED _5-10-06_  GALLONS ORDERED _9000_     TICKET NO. _343755_
POINT OF ORIGIN _Detroit MI_  DESTINATION _Lincoln Park MI_

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
| 1-2-4 | 87 NCE | 8002 | | |
| 3 | 89 NCE | 1000 | | |
| | | | | |
| | | | | |

DRIVER _____     TOTAL GALLONS _9002_

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | 24.5 | 27.0 | | |
| END | 80.0 | 38.5 | | |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:                SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 6

| | |
|---|---|
| DATE | |
| NUMBER | |
| TIME IN | |
| TIME OUT | |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

# Future Fuels, LLC / Epmco Inc.

**Invoice No. EP9495**

3822 Dix
Lincoln Park, MI 48146

Delivery Date:          5/11/2006

Ship To:

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date      5/15/2006                          Customer# 8

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 7964 | Regular | 2.840 | 22,617.76 |
| 0 | Plus | 2.893 | 0.00 |
| 997 | Premium | 2.971 | 2,962.39 |
| 0 | Diesel | 2.825 | 0.00 |
| 8961 | Total Gallons | Fuel Sub Total | 25,580.15 |

Batch #

| Reference | Gross | Net |
|-----------|-------|-----|
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| | Batch Sub-Total | 0.00 |

EP09476

Previous Balance
          -$6,035.39
          0
          0
Current Balance
          $19,544.75

**DRAFT DATE**

**5/16/2006**

**EFT**

| Pay This Amount | Total Price | 25,580.15 |
|-----------------|-------------|-----------|



bp

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE _Dix/Moran Marathon_

ADDRESS _____

SHIPPER _____

ORDER NO. _____

DATE SHIPPED _05 11 06_ GALLONS ORDERED _____

TICKET NO. _344438_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Rcm NL | 1000 | | |
| | Reg NL | 8005 | | |
| | 10% | | | |
| | | | | |

DRIVER _Stew_ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 23½ | 37" | | |
| END | 76½ | 35" | | |

DEMURRAGE
REASON FOR DELAY _____



Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

############################################

Prem Unleaded          # 1112.15 gal

Start Time 05-11-06 23:44
End Time   05-12-06 00:04
Starting Height 25.15 inches
Ending Height   32.94 inches
Starting Volume 2127.95 gallons
Ending Volume   3240.09 gallons
Starting Temp. 51.37 degrees F.
Ending Temp.   52.16 degrees F.
Flowrate 56.13 gals/min
Dispensed 0.00 gallons

############################################

End of Report


Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

############################################

Regular Unleaded        8049.50 gal

Start Time 05-11-06 23:49
End Time   05-12-06 00:20
Starting Height 20.89 inches
Ending Height   71.18 inches
Starting Volume 2047.86 gallons
Ending Volume   10097.38 gallons
Starting Temp. 63.13 degrees F.
Ending Temp.   63.51 degrees F.
Flowrate 253.77 gals/min
Dispensed 0.00 gallons

############################################

End of Report

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:      SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-627-5463

COPY 3

DATE 05/11/06
NUMBER 344438-131
TIME IN 2236
TIME OUT 2308

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | 0000310100 |
| | 12700 TORONTO, DETROIT, MI 48217 | |

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|
| | 05/11/06 | BILL FROM CUSTOMER |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STR | | |
| VARIOUS | | |
| UNKNOWN MI | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 62114 | 20 | 9005 | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

# Future Fuels, LLC /Enpco Inc.

### Invoice No. EP9500

3822 Dix
Lincoln Park, MI  48146

Delivery Date:          5/13/2006

Ship To:

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Speedy Mart
3860 Dix
Lincoln Park, MI  48192

Date          5/17/2006                                   Customer# 8

| Qty | Description | | | Per Gallon | Extension |
|-----|-------------|---|---|-----------|-----------|
| 7972 | Regular | | | 2.819 | 22,473.07 |
| 0 | Plus | | | 2.872 | 0.00 |
| 0 | Premium | | | 2.950 | 0.00 |
| 0 | Diesel | | | 2.772 | 0.00 |
| 7972 | Total Gallons | | | Fuel Sub Total | 22,473.07 |

| | Reference | Gross | Net | |
|---|-----------|-------|-----|---|
| Batch # | | | | |
| | 5/16/2006 | 9,717.27 | 9,600.56 | |
| | 5/17/2006 | 7,972.12 | 7,792.16 | |
| | . | . | . | |
| | . | . | . | |
| | . | . | . | |
| | . | . | . | |
| | Split Load | -50.00 | -50.00 | |
| | . | . | . | |
| | . | . | . | |
| | . | . | . | |
| | . | . | . | |
| | . | . | . | |
| | . | . | . | |
| | . | . | . | |
| | | Batch Sub-Total | | -17,242.72 |

Previous Balance

0
0
0

Current Balance

$5,230.35

### DRAFT DATE

#### 5/18/2006

### EFT

| Pay This Amount | | Total Price | 5,230.35 |
|-----------------|---|-------------|----------|



bp

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE MARAThon OET Future Fuels BRAnded

ADDRESS DIX/mORAN LincoN PARK

SHIPPER _____

| | | ORDER NO. |
|---|---|---|

DATE SHIPPED 5-13-06 GALLONS ORDERED 8000

| | | TICKET NO. |
|---|---|---|

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| 1-4 | Regular 87 | 7999 | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _Roger_ _____ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 26 1/2 | | | |
| END | 79 1/2 | | | |

DEMURRAGE
REASON FOR DELAY _____

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

****************************************

Regular Nolead          :  8114.26 gal

Start Time 05-13-06 18:26
End Time   05-13-06 19:11
Starting Height 23.32 inches
Ending Height  75.24 inches
Starting Volume 2391.77 gallons
Ending Volume  10506.03 gallons
Starting Temp. 62.16 degrees F.
Ending Temp.   62.31 degrees F.
Flowrate 179.35 gals/min
Dispensed 0.00 gallons

****************************************

End of Report

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

n 50605-B, 9/05

### SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

IVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

UCK SEAL NUMBERS:                    SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-627-5463

COPY  5

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | | |

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|
| | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

DATE
NUMBER
TIME IN
TIME OUT

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

# Future Fuels, LLC /Epoco inc.

### Invoice No. EP9513

3822 Dix
Lincoln Park, MI  48146

Delivery Date:              5/15/2006

Ship To:

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Speedy Mart
3860 Dix
Lincoln Park, MI  48192

Date     5/18/2006                                    Customer# 8

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------:|----------:|
| 8981 | Regular | 2.819 | 25,317.44 |
| 0 | Plus | 2.872 | 0.00 |
| 0 | Premium | 2.950 | 0.00 |
| 0 | Diesel | 2.772 | 0.00 |
| 8981 | Total Gallons | Fuel Sub Total | 25,317.44 |

| Batch # | Reference | Gross | Net |
|---------|-----------|-------|-----|
| | 5/18/2006 | 6,557.78 | 6,403.53 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | -6,403.53 |

Previous Balance
    0
    0
    0
Current Balance
    $18,913.91

### DRAFT DATE

5/19/2006

### EFT

| Pay This Amount | Total Price | 18,913.91 |
|-----------------|-------------|-----------|

 **bp**

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE _Dx8Moran Marathon Au_

ADDRESS _____

SHIPPER _____

ORDER NO. _____

DATE SHIPPED _5/6 M_  GALLONS ORDERED _9000_

TICKET NO. _345801-135_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|  | Reg NL87 4/10 Shell 8998 |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER _Scott_         TOTAL GALLONS _8999_

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | 12" |  |  |  |
| END | 76" |  |  |  |

DEMURRAGE
REASON FOR DELAY _____

Delivery Report

Speedy Mart
3886 Dix
Lincoln Park
Michigan 48146

*******************************

Regular Holzed        :  8962.01 gal

Start Time 05-15-08 16:31
End Time   05-15-08 17:02
Starting Height 17.07 inches
Ending Height  75.79 inches
Starting Volume 1812.80 gallons
Ending Volume  10575.81 gallons
Starting Temp. 60.98 degrees F.
Ending Temp.   61.14 degrees F.
Flowrate 286.46 gals/min
Dispensed 0.00 gallons

*******************************

End of Report

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY 4

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| | DATE | |
| | NUMBER | |
| | TIME IN | |
| | TIME OUT | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|



# Future Fuels, LLC /Eppco Inc.

## Invoice No. EP9524

3822 Dix
Lincoln Park, MI  48146

Delivery Date:          5/16/2006

Ship To:

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Speedy Mart
3860 Dix
Lincoln Park, MI  48192

Date          5/22/2006                                    Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 6972 | Regular | 2.670 | 18,615.24 |
| 996 | Plus | 2.723 | 2,711.63 |
| 0 | Premium | 2.801 | 0.00 |
| 999 | Diesel | 2.616 | 2,613.73 |
| 8967 | Total Gallons | Fuel Sub Total | 23,940.60 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | 5/19/2006 | 9,228.11 | 9,016.93 |
| | 5/20/2006 | 11,572.53 | 11,304.86 |
| | 5/20/2006 | -220.00 | -220.00 |
| | 5/21/2006 | 8,976.96 | 8,730.64 |
| | 5/22/2006 | 6,732.11 | 6,574.49 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | -35,446.02 |

Previous Balance
                    0
                    0
                    0
Current Balance
          -$11,505.42

| Pay This Amount | Total Price | -11,505.42 |
|---|---|---|



bp

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE ___Dix/Moran Marathon___

ADDRESS _____

SHIPPER _____    ORDER NO. _____

DATE SHIPPED _05/16/0_ GALLONS ORDERED _____    TICKET NO. **345897**

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Midgrade            | 1000          |       |             |
|          | Reg NL 10%          | 7002          |       |             |
|          | L.S. #2 Diesel      | 1001          |       |             |

DRIVER ___Stone___ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 36"    | 26½    | 26½    |        |
| END            | 84½    | 55½    | 37     |        |

DEMURRAGE
REASON FOR DELAY _____

Delivery Report

Speedy Mart
3880 Dix
Lincoln Park
Michigan 48146

**********************************

Regular Nolead              :  7262.15 gal

Start Time  05-18-06 22:11
End Time    05-18-06 22:43
Starting Height  02.38 inches
Ending Height    80.31 inches
Starting Volume 3850.96 gallons
Ending Volume   11114.11 gallons
Starting Temp.  80.97 degrees F.
Ending Temp.    62.35 degrees F.
Flowrate 224.57 gals/min
Dispensed 0.00 gallons

**********************************

End of Report

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-MAPLINE
1-877-627-5463

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 SPARKS, JOHN-28-MI-2013
ALL GASOLINES FROM THIS FACILITY ARE 7.80 RVP AND ARE NOT SUITABLE FOR USE IN A 7.0# OR 7.2# RVP CONTROL AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C/60 DEGREES F.
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/16/06
NUMBER 34367-126
TIME IN 2106
TIME OUT 2116

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | | 0000319199 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 3827 DIX ROAD | | | |
| LINCOLN PARK MI | DATE SHIPPED | SHIPPED VIA | |
| 481460000 | 05/16/06 | BILL FREIGHT CUSTOMER | |
| | | 4133 C BARRON & SONS | |

| ------ PRODUCT TOTALS ------ | | | | | | |
|---|---|---|---|---|---|---|
| CODE | GROSS | NET | CODE | GROSS | NET | |
| 00336/336 | 7002 | 6972 | | | | |
| 00317/317 | 1001 | 999 | | | | |
| 00342/342 | 1000 | 998 | | | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STA | | |
| VARIOUS | | |
| LINCOLN MI | 4491/2599161000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 52214 | 20 | 0036 | | |
| C. DAVIDSON-C. BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| A30 BRAND GASOLINE 87 UNL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 7501 ** | 7486 ** | | RECAP 40 PRESET  ROL CODE 00336/33 |
| BLEND COMPONENT | 7151 | 7136 | 5628.6800.7 | 89.6% |
| BLEND COMPONENT | 350 | 350 | 909.3701.6 | 10.3% |
| FOR 15 PPM500 PPM SULFUR (MAXIMUM) LOW SULFUR DIESEL FUEL/NO SULFUR DIE | | | | |
| FUEL OIL, 3, NA1993, PGI.I | 1001 ** | 999 ** | | RECAP 40 PRESET  ROL CODE 00317/31 |
| BLEND COMPONENT | 1001 | 999 | 41.7521.2 | 100.0% |
| A30 BRAND GASOLINE 89 UNL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 1001 ** | 999 ** | | ROL CODE 00336/336 |
| BLEND COMPONENT | 751 | 751 | | |
| BLEND COMPONENT | 250 | 250 | | |
| BLEND COMPONENT | 250 | 250 | 31.7701.3 | 10.5% |
| A30 BRAND GASOLINE 87 UNL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 1001 ** | 999 ** | | RECAP 40 PRESET  ROL CODE 00336/33 |
| BLEND COMPONENT | 751 | 756 | 31.7700.7 | 79.5% |
| BLEND COMPONENT | 250 | 250 | 39.3701.3 | 10.5% |

7.8 RVP GAS / 7.0 RVP RBG 10% ETH / CLEAR LSID2 DSL /
UTBD LSID2 DGL / K-1                                          (** = Batch Total)

# Future Fuels, LLC /Epuco inc.

**Invoice No. EP9548**

3822 Dix
Lincoln Park, MI 48146

Delivery Date: 5/19/2006

Ship To:

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Speedy Mart
3860 Dix
Lincoln Park, MI 48192

Date  5/22/2006          Customer# 8

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------:|----------:|
| 5972 | Regular | 2.604 | 15,551.09 |
| 0 | Plus | 2.657 | 0.00 |
| 0 | Premium | 2.735 | 0.00 |
| 0 | Diesel | 2.611 | 0.00 |
| 5972 | Total Gallons | Fuel Sub Total | 15,551.09 |

| Batch # | Reference | Gross | Net |
|---------|-----------|-------|-----|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | Split Load | -50.00 | -50.00 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | 50.00 |

Previous Balance        -$11,505.42

EP09524        -$11,505.42
EP09538        10,361.32
EP09543        13,088.67
Current Balance
        $27,545.66

**DRAFT DATE**

**5/23/2006**

**EFT**

| | | | |
|--|--|--|--|
| **Pay This Amount** | | **Total Price** | **15,601.09** |

Delivery Report

Speedy Mart
3330 Dix
Lincoln Park
Michigan 48146

****************************************

Regular Unlead         :  5804.59 gal

Start Time  05-17-06 10:36
End Time    05-17-06 10:01
Starting Height  31.83 inches
Ending Height    46.37 inches
Starting Volume  3935.40 gallons
Ending Volume    7517.92 gallons
Starting Temp.  52.07 degrees F.
Ending Temp.    54.09 degrees F.
Flowrate 232.22 gals/min
Dispensed 0.00 gallons

****************************************

        End of Report

# Future Fuels, LLC / Eupco Inc.

**Invoice No. EP9543**

3822 Dix
Lincoln Park, MI  48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Delivery Date:          5/19/2006

Ship To:

Speedy Mart
3860 Dix
Lincoln Park, MI  48192

Date     5/22/2006                              Customer# 8

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 3977 | Regular | 2.604 | 10,356.11 |
| 0 | Plus | 2.657 | 0.00 |
| 999 | Premium | 2.735 | 2,732.56 |
| 0 | Diesel | 2.611 | 0.00 |
| 4976 | Total Gallons | Fuel Sub Total | 13,088.67 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | 0.00 |

Previous Balance

EP09524          -$11,505.42
EP09538           10,361.32
                        0

Current Balance

          $11,944.57

| **Pay This Amount** | **Total Price** | 13,088.67 |
|---|---|---|

# Future Fuels, LLC /Enpco Inc.

### Invoice No. EP9562

3822 Dix
Lincoln Park, MI 48146

| | |
|---|---|
| | Delivery Date:            5/20/2006 |
| | Ship To: |
| Phone: 1-313-381-9900 | Speedy Mart |
| Fax: 1-313-381-9400 | 3860 Dix |
| | Lincoln Park, MI 48192 |

Date    5/24/2006                          Customer# 8

| Qty | Description | Per Gallon | Extension |
|-----|-------------|------------|-----------|
| 7953 | Regular | 2.624 | 20,868.67 |
| 996 | Plus | 2.677 | 2,665.81 |
| 0 | Premium | 2.755 | 0.00 |
| 0 | Diesel | 2.581 | 0.00 |
| 8949 | Total Gallons | Fuel Sub Total | 23,534.49 |

| | Reference | Gross | Net |
|---|-----------|-------|-----|
| Batch # | 5/23/2006 | 7,704.49 | 7,530.70 |
| | 5/23/2006 | -100.00 | -100.00 |
| | 5/24/2006 | 7,106.78 | 6,942.11 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | -14,372.81 |

Previous Balance
          0
          0
          0
Current Balance
          $9,161.68

```
┌─────────────────────────────┐
│                             │
│     DRAFT DATE              │
│                             │
│       5/25/2006             │
│                             │
│         EFT                 │
│                             │
└─────────────────────────────┘
```

| Pay This Amount | Total Price | 9,161.68 |
|-----------------|-------------|----------|


bp

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com

**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE _Dix/Moran Marathon_

ADDRESS _____

SHIPPER _____           ORDER NO. _____

DATE SHIPPED _5·20·06_  GALLONS ORDERED _____    TICKET NO. _347310_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | M. dy rade          | 1001          |       |             |
|          | Reg NL              | 8005          |       |             |
|          | 10%                 |               |       |             |
|          |                     |               |       |             |

DRIVER _Steve_    TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Wendi Bob_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 31     | 28     |        |        |
| END            | 85     | 36     |        |        |

DEMURRAGE
REASON FOR DELAY _____

Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

*****************************************

Regular Unlead : 8238.19 gal

Start Time 05-28-06 22:36
End Time   05-29-06 23:00
Starting Height 28.75 inches
Ending Height   80.93 inches
Starting Volume 2899.17 gallons
Ending Volume   11187.36 gallons
Starting Temp. 61.60 degrees F.
Ending Temp.   57.56 degrees F.
Flowrate 242.38 gals/min
Dispensed 0.00 gallons

*****************************************

End of Report


Delivery Report

Speedy Mart
3860 Dix
Lincoln Park
Michigan 48146

*****************************************

Midgrade Unleaded : 819.67 gall

Start Time 05-26-06 22:21
End Time   05-26-06 22:25
Starting Height 15.21 inches
Ending Height   23.43 inches
Starting Volume 2275.84 gallons
Ending Volume   3097.50 gallons
Starting Temp. 51.11 degrees F.
Ending Temp.   50.09 degrees F.
Flowrate 68.14 gals/min
Dispensed 0.00 gallons

*****************************************

End of Report

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

| TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY: |
|---|---|

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-627-5463

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN Street, FINDLAY, OH 45840 419-422-2121, 1-800-25-0-2012
ALL GASOLINES FROM THIS FACILITY ARE 7.8# RVP AND ARE NOT SUITABLE FOR USE IN A 7.0# OR 7.2# RVP CONTROL AREA AFTER JUNE 1.
ALL GASOLINES ARE NOTE 1 ON BACK.    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 60 DEGREES (150 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
APOLLO IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

| | |
|---|---|
| DATE | 05/30/06 |
| NUMBER | 147310-140 |
| TIME IN | 2127 |
| TIME OUT | 2138 |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | 000031310U |
| 3922 DIX ROAD | 12700 TORONTO, DETROIT, MI 48217 | |
| LINCOLN PARK MI | | |
| 481460000 | | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 05/30/06 | BILL FREIGHT CUSTOMER |
| | 4138 S GORDON & SONS |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| MI | | |
| VARIOUS | | |
| UNKNOWN MI | 0491/2690101000 | |

----- PRODUCT TOTALS -----

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00528/528 | 9903 | 7853 | | | |
| 00542/542 | 1007 | 996 | | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 4221 | 73 | 9000 | | |
| J. DAVISON & GORDON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE CONTAINS EPA DETERGENT CONTROL REQUIREMENTS | | | | |
| ECO BRAND GASOHOL E/ URL 7.8 RVP RCP | | | | |
| GASOLINE, 3, UN1203, PGII | 3002 | 1793 | | Meter is Preset  9001 Comp 00528/528 |
| BLEND COMPONENT | 1301 | 2031 | 79.0/080.5 | 90.0% |
| BLEND COMPONENT | 201 | 201 | 81.7/051.5 | 10.0% |
| ECO BRAND GASOHOL E/ URL 7.8 RVP RCP | | | | |
| GASOLINE, 3, UN1203, PGII | 3002 | 1793 | | Meter is Preset  9001 Comp 00528/528 |
| BLEND COMPONENT | 1301 | 2031 | 79.0/080.5 | 90.0% |
| BLEND COMPONENT | 201 | 201 | 81.7/051.5 | 10.0% |
| ECO BRAND GASOHOL E/ URL 7.8 RVP RCP | | | | |
| GASOLINE, 3, UN1203, PGII | 3002 | 1793 | | Meter is Preset |
| BLEND COMPONENT | 1301 | 2031 | 79.0/080.5 | 90.0% |
| BLEND COMPONENT | 201 | 201 | 81.7/051.5 | 10.0% |
| ECO BRAND GASOHOL E/ URL 7.8 RVP RCP | | | | |
| GASOLINE, 3, UN1203, PGII | 3002 | 1793 | | Meter is Preset  9001 Comp 00528/528 |
| BLEND COMPONENT | 301 | 2031 | 79.0/080.5 | 90.0% |
| BLEND COMPONENT | 201 | 201 | 81.7/051.5 | 10.0% |

7.0 RVP GAS / 7.8 RVP GAS 02.8## / CLEAR DIESEL DSL /
DYED DIESEL DSL / K-1                                                        (** = BELOW 10%??)