# EXHIBIT 27(c)

Part 2

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form-50605-B, 9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 5

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

DATE
NUMBER
TIME IN
TIME OUT

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

# Future Fuels, LLC / Eppco Inc.

3822 Dix
Lincoln Park, MI 48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Date    5/26/2006

**Invoice No. EP9585**

Delivery Date:          5/23/2006
Ship To:
Cherry Hill
                        0
                        0

Customer# 12

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 7959 | Regular | 2.635 | 20,971.97 |
| 0 | Plus | 2.688 | 0.00 |
| 1393 | Premium | 2.766 | 3,853.46 |
| 0 | Diesel | 2.631 | 0.00 |
| 9352 | Total Gallons | Fuel Sub Total | 24,825.42 |

| Batch # | Reference | Gross | Net |
|---------|-----------|-------|-----|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | Batch Sub-Total | 0.00 |

Previous Balance
                        0
                        0
                        0
Current Balance
        $24,825.42

**DRAFT DATE**

**5/30/2006**

**EFT**

| Pay This Amount | Total Price | 24,825.42 |
|-----------------|-------------|-----------|



bp

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
CONOCO • 76 • SHELL • Oils and Lubricants

CONSIGNEE _Fulton Fuel St BR_

ADDRESS _Cherry Hill & Canton CTR_

SHIPPER _____

| | ORDER NO. |
|---|---|

DATE SHIPPED _5-22-06_  GALLONS ORDERED _8000/1400_

TICKET NO. _348316_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| 245 | Regular 87- | 8003 | | |
| 3 - | Super 93- | 1400 | | |
| | | | | |

DRIVER _Roger Ribure_   TOTAL GALLONS _9403_

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Mohamed Bouvenich_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 49 1/2 | 50 | 31 | |
| END | 78 | 99 | 40 | |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

m 50505-B 9/05

### SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:

SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 5

|  | DATE | |
|---|---|---|
|  | NUMBER | |
|  | TIME IN | |
|  | TIME OUT | |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
|  | | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
|  | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
|  | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
|  | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
|  | | | | |

# Future Fuels, LLC /Enpco Inc.

Invoice No. EP9576

3822 Dix
Lincoln Park, MI  48146

Ship To:

Delivery Date:          5/22/2006

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Cherry Hill
                            0
                            0

Date      5/24/2006                          Customer# 12

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 11949 | Regular | 2.635 | 31,485.62 |
| 0 | Plus | 2.688 | 0.00 |
| 1399 | Premium | 2.766 | 3,870.05 |
| 0 | Diesel | 2.631 | 0.00 |
| 13348 | Total Gallons | Fuel Sub Total | 35,355.67 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | Batch Sub-Total | 0.00 |

Previous Balance

EP09563          $28,677.70
-                           0
-                           0
Current Balance
          $64,033.36

## DRAFT DATE

### 5/25/2006

### EFT

| Pay This Amount | Total Price | 35,355.67 |
|---|---|---|



bp

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
CONOCO • 76 • SHELL • Oils and Lubricants

CONSIGNEE _Futur Fuels_

ADDRESS _Cherry Hill & Canton Ctr_

SHIPPER _____

ORDER NO. _____

DATE SHIPPED _5-22-0_  GALLONS ORDERED _12,000 / 1400_

TICKET NO. _347946_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| 1-2-4-5 | Regular 87 - | 12004 | | |
| 3 | Super 93 - | 1401 | | |

DRIVER _____  TOTAL GALLONS _12004 / 1400_

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Mohamed Bazzoun_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 25 | 26½ | 26½ | |
| END | 34 | 64 | 64½ | |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

m 50605-B 9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:     SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 5

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|

DATE
NUMBER
TIME IN
TIME OUT

| | DATE SHIPPED | SHIPPED VIA |
|---|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B, 9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 5

| DATE | |
| NUMBER | |
| TIME IN | |
| TIME OUT | |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
| --- | --- | --- |

| DATE SHIPPED | SHIPPED VIA | |
| --- | --- | --- |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
| --- | --- | --- |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
| --- | --- | --- | --- | --- |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
| --- | --- | --- | --- | --- |

# Future Fuels, LLC /Eppco Inc.

## Invoice No. EP9563

3822 Dix
Lincoln Park, MI  48146

Delivery Date:           5/20/2006
Ship To:

Phone: 1-313-381-9900          Cherry Hill
Fax: 1-313-381-9400                          0
                                             0

Date    5/24/2006                  Customer# 12

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 10929 | Regular | 2.624 | 28,677.70 |
| 0 | Plus | 2.677 | 0.00 |
| 0 | Premium | 2.755 | 0.00 |
| 0 | Diesel | 2.581 | 0.00 |
| 10929 | Total Gallons | Fuel Sub Total | 28,677.70 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | 0.00 |

Previous Balance
                    0
                    0
                    0
Current Balance
        $28,677.70

| Pay This Amount | Total Price | 28,677.70 |
|---|---|---|




# C. Barron & Sons, Inc.

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE _Cherryhill/Canton Center Marathon_

ADDRESS _____

SHIPPER _____ ORDER NO. _____

DATE SHIPPED _5-20-06_ GALLONS ORDERED _____ TICKET NO. _34296_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg NL 10% | 11006 | | |
| | | | | |
| | | | | |

DRIVER _Stan_ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Muhamad Awanch_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 33½ | 33½ | | |
| END | 68" | 68" | | |

DEMURRAGE
REASON FOR DELAY _____

---

1:BLUE 1
INVENTORY INCREASE

INCREASE START
MAY 20, 2006  8:23 PM

VOLUME   = 3867 GALS
HEIGHT   = 34.14 INCHES
WATER    = 1.92 INCHES
TEMP     = 59.3 DEG F

INCREASE END
MAY 20, 2006  8:46 PM

VOLUME   = 9334 GALS
HEIGHT   = 69.06 INCHES
WATER    = 1.01 INCHES
TEMP     = 62.1 DEG F

GROSS INCREASE= 5467
NET INCREASE= 5445

2:BLUE 2
INVENTORY INCREASE

INCREASE START
MAY 20, 2006  8:23 PM

VOLUME   = 3862 GALS
HEIGHT   = 34.11 INCHES
WATER    = 1.18 INCHES
TEMP     = 59.3 DEG F

INCREASE END
MAY 20, 2006  8:46 PM

VOLUME   = 9374 GALS
HEIGHT   = 69.19 INCHES
WATER    = 0.98 INCHES
TEMP     = 62.9 DEG F

GROSS INCREASE= 5512
NET INCREASE= 5492

ANIFOLDED TANKS
INVENTORY INCREASE
1:BLUE 1
2:BLUE 2
VOLUME   = 10979 GALS

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:     SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 CPHONE280, (CNO)-88-MI-5015
ALL GASOLINES FROM THIS FACILITY ARE 7.8M RVP AND ARE NOT SUITABLE FORUSE IN A 7.0M OR 7.2M RVP CONTROL AREA AFTER JUNE 1.
ALL GASOLINES SEE NOTE 1 ON BACK     NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
MPLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/20/06
NUMBER 347296-140
TIME IN 1921
TIME OUT 1934

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | 0000813100 |
| | 12700 TORONTO, DETROIT, MI 48217 | |

FUTURE FUELS OF AMERICA LLC

3522 DIX ROAD
LINCOLN PARK MI
481460000

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 05/20/06 | BILL FREIGHT CUSTOMER / 4138 C. BERGGON & SONS |

------- PRODUCT TOTALS -------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00536/536 | 17006 | 10922 | | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| MI VARIOUS UNKNOWN MI | 4971/260010000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 82214 | | 9900 | | |
| S.DAVIES-C.BERGON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EXCEEDS EPA DETERGED ADDITIVE REQUIREMENTS | | | | |
| 93U BRAND GASOHOL 87 OBL 7.8 MAX RVP | | | | |
| GASOLINE, S, UNL00, RULI | 3002 ** | 3473 ** | | Meter 3o Preset  3901 Code 00536/5. |
| BLEND COMPONENT | 3151 | 3129 | 78.9/060.7 | 90.0% |
| BLEND COMPONENT | 351 | 350 | 53.9/061.5 | 10.0% |
| 23U BRAND GASOHOL 87 OBL 7.8 MAX RVP | | | | |
| GASOLINE, S, UNL00, RULI | 3091 ** | 3001 ** | | Meter 37 Preset  3901 Code 00536/5. |
| BLEND COMPONENT | 3001 | 1390 | 78.9/060.7 | 90.0% |
| BLEND COMPONENT | 355 | 350 | 53.9/061.5 | 10.0% |
| 2U BRAND GASOHOL 87 OBL 7.8 MAX RVP | | | | |
| GASOLINE, S, UNL00, RULI | 3091 ** | 3001 ** | | Meter 37 Preset  3901 Code 00536/5. |
| BLEND COMPONENT | 3001 | 1390 | 78.9/060.7 | 90.0% |
| BLEND COMPONENT | 355 | 350 | 53.9/061.5 | 10.0% |
| 93U BRAND GASOHOL 87 OBL 7.8 MAX RVP | | | | |
| GASOLINE, S, UNL00, RULI | 3002 ** | 3473 ** | | Meter 3o Preset  3901 Code 00536/5. |
| BLEND COMPONENT | 3151 | 3129 | 78.9/060.7 | 90.0% |
| BLEND COMPONENT | 351 | 350 | 53.9/061.5 | 10.0% |

7.8 RVP GAS / 7.8 RVP GAS 10% ETH / CLEAR (ULSD) DSL /
DYED (ULSD) DSL / K-1                                  (** - Batch Total)

# Future Fuels, LLC /Eppco Inc.

Invoice No. EP9560

3822 Dix
Lincoln Park, MI  48146

Delivery Date:          5/19/2006

Ship To:

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Cherry Hill
0
0

Date      5/22/2006                              Customer# 12

| Qty | Description | | Per Gallon | Extension |
|---|---|---|---|---|
| 11952 | Regular | | 2.624 | 31,362.06 |
| 0 | Plus | | 2.677 | 0.00 |
| 1399 | Premium | | 2.755 | 3,854.66 |
| 0 | Diesel | | 2.581 | 0.00 |
| 13351 | Total Gallons | | Fuel Sub Total | 35,216.71 |

| | Reference | Gross | Net |
|---|---|---|---|
| Batch # | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | Batch Sub-Total | 0.00 |

Previous Balance

EP09535          $24,385.42
                        0
                        0
Current Balance
                   $59,602.13

```
┌─────────────────────────┐
│                         │
│     DRAFT DATE          │
│                         │
│      5/23/2006          │
│                         │
│        EFT              │
│                         │
└─────────────────────────┘
```

| Pay This Amount | | Total Price | 35,216.71 |


bp

# C. Barron & Sons, Inc.


M MARATHON

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE Cherryhill/Canton Center Marathon

ADDRESS _____

SHIPPER _____

ORDER NO. _____

DATE SHIPPED 05·17·06   GALLONS ORDERED _____

TICKET NO. 347043

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Prem NL | 1401 | | |
| | Reg NL | 12003 | | |
| | 10% | | | |
| | | | | |

DRIVER Steve   TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY Mohammed Fawzyah

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 16½" | 16" | 37½" | |
| END | 54½" | 55½" | 37" | |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-627-5463

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 GPA88298, ICR01-38-01-2015

ALL GASOLINES FROM THIS FACILITY ARE 7.8# RVP AND ARE NOT SUITABLE FURUEL IN A 7.0# OR 7.2# RVP CONTROL AREA AFTER JUNE 1.

ALL GASOLINES SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES C(60 DEGREES F)

DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.

ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.

SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217

MARATHON PETROLEUM COMPANY LLC.

MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/19/06
NUMBER 347003-109
TIME IN 2113
TIME OUT 2129

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* PAGE 1 OF 1 \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | | 0000318100 |
| | 12700 TORONTO, DETROIT, MI 48217 | | |
| 3622 DIX ROAD | DATE SHIPPED | SHIPPED VIA | |
| LINCOLN PARK MI | | BILL FREIGHT CUSTOMER | |
| 481460000 | 05/19/06 | 4139 C BARRON & SONS | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STD | | |
| 48146LP8 | | |
| UNKNOWN MI | 4891/250010%000 | |

------- PRODUCT TOTALS -------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 0536/536 | 12003 | 11952 | | | |
| 0543/543 | 1401 | 1394 | | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 53214 | 22 | 4000 | | |
| C.BARRON-C.BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE SATISFIES EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| 330 BRAND GASOHOL 87 URL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 4002 ** | 3792 ** | | Meter 09 Preset  4001 Code 10536/536 |
| BLEND COMPONENT | 3602 | 3393 | 86.3/060.7 | 90.0% |
| BLEND COMPONENT | 401 | 401 | 27.7/051.0 | 10.0% |
| 330 BRAND GASOHOL 87 URL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 4001 ** | 3793 ** | | Meter 09 Preset  3991 Code 10536/536 |
| BLEND COMPONENT | 3600 | | | 90.0% |
| BLEND COMPONENT | 401 | 401 | | 10.0% |
| 330 BRAND GASOHOL 87 URL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | | | | Meter 09 Preset  1001 Code 10543/543 |
| BLEND COMPONENT | | | | 90.0% |
| BLEND COMPONENT | 140 | 140 | 27.7/051.0 | 10.0% |
| 330 BRAND GASOHOL 87 URL 7.8 MAX RVP | | | | |
| GASOLINE, 3, UN1203, PGII | 2001 ** | 1972 ** | | Meter 09 Preset  1001 Code 10536/536 |
| BLEND COMPONENT | 1800 | 1791 | 87.1/060.7 | 90.0% |
| BLEND COMPONENT | 201 | 201 | 59.2/051.0 | 10.0% |

E-10 RVP BAD / 7.8 RVP GAS 10% ETH / CLEAR USLD2 DEL /

DYED USLD2 DEL / K-1                                                 (** - Batch Total)

# Future Fuels, LLC /Enuco Inc.

### Invoice No. EP9624

3822 Dix
Lincoln Park, MI  48146

Delivery Date:          5/18/2006

Ship To:

Phone: 1-313-381-9900
 Fax: 1-313-381-9400

Cherry Hill
                    0
                    0

Date     5/31/2006

Customer# 12

| Qty | Description | | | | | Per Gallon | Extension |
|---|---|---|---|---|---|---|---|
| 8001 | Regular | | | | | 2.577 | 20,619.38 |
| 0 | Plus | | | | | 0.000 | 0.00 |
| 1001 | Premium | | | | | 2.677 | 2,679.78 |
| 0 | Diesel | | | | | 0.000 | 0.00 |
| 9002 | Total Gallons | | | | | Fuel Sub Total | 23,299.15 |
| Batch # | | Reference | | | Gross | Net | |
| | | - | | | - | - | |
| | | - | | | - | - | |
| | | - | | | - | - | |
| | | - | | | - | - | |
| | | - | | | - | - | |
| | | - | | | - | - | |
| | | - | | | - | - | |
| | | - | | | - | - | |
| | | - | | | - | - | |
| | | - | | | - | - | |
| | | - | | | - | - | |
| | | - | | | - | - | |
| | | | | | Batch Sub-Total | | 0.00 |

Previous Balance

EP09601              -$211.09
-                        0
-                        0
Current Balance
                    $23,088.06

## DRAFT DATE

### 6/1/2006

## EFT

| Pay This Amount | Total Price | 23,299.15 |
|---|---|---|

 bp

# C. Barron & Sons, Inc. 

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE _Cherryhill/Canton Center Marathon_

ADDRESS _____

| | ORDER NO. |
|---|---|
| SHIPPER _____ | |
| DATE SHIPPED _05-18-06_ GALLONS ORDERED ___ | TICKET NO. _190687_ |

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Prem NL | 1001 | | |
| | Reg NL | 8001 | | |
| | | | | |
| | | | | |

DRIVER _Steve_ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 35 | 35 | 27½ | |
| END | 53½ | 59½ | 34 | |

DEMURRAGE
REASON FOR DELAY _____



*Visit us on the web at http://www.rkapetroleum.com*

## LOADING ORDER-TRUCK BILL OF LADING AND MANIFEST

### EMERGENCY NUMBER CHEMTREC 1-800-424-9300

"THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION."
"THIS IS TO ALSO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY, CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED ACCORDING TO THE APPLICABLE REGULATIONS OF THE FEDERAL TRADE COMMISSION AND THE ENVIRONMENTAL PROTECTION AGENCY."
SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.
SELLER REPRESENTS THAT IN THE PRODUCTION AND MANUFACTURE OF THE GOODS AND/OR SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH ALL THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

| INSERT THE FOLLOWING WHEN REQUIRED BY FEDERAL OR STATE LAWS OF REGULATIONS | | | |
|---|---|---|---|
| ICC PERMIT | STATE PERMIT OR LICENSE | VEHICLE LICENSE NO. | STATE MRT FUEL TAX RATE |

RECEIVED BY: _____

GOODS RECEIVED: _____

TRUCK NO. _____     TRLR NO. _____

Steven     Davies                         DATE

IF THIS SHIPMENT MOVES IN OTHER THAN SHIPPER'S VEHICLE, IT SHALL BE GOVERNED BY (A) THE CONTRACT BETWEEN SHIPPER AND CARRIER, IF CARRIER IS A CONTRACT CARRIER OR (B) THE TERMS OF THE APPLICABLE UNIFORM BILL OF LADING FORM PRESCRIBED IN THE CURRENT NATIONAL MOTOR FREIGHT CLASSIFICATION, IF CARRIER IS A COMMON CARRIER, PROVIDED THAT, IF THIS IS INTRASTATE SHIPMENT BY COMMON CARRIER IN A STATE WHERE BILLS OF LADING HAVE BEEN LEGALLY PRESCRIBED, THIS SHIPMENT SHALL BE GOVERNED BY THE TERMS OF APPLICABLE BILLS OF LADING.

RAIL SHIPMENTS REQUIRE BILL OF LADING

SPECIAL TRUCK MARKINGS, LABELS OR PLACARDS OFFERED/APPLIED AS REQUIRED BY DEPARTMENT OF TRANSPORTATION
CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY

| Customer | Contract | Terminal Name | Stop Date | Start Time | Stop Time | Carrier | Bill of Lading |
|---|---|---|---|---|---|---|---|
| 1 | 330 | RKA Petroleum, LLC | 5/18/2006 | 23.56.07 | 00.06.28 | BACS | **190687** |

**Carrier:**   C Barron & Sons, Inc.

Card Reference Number

| Shipper | Customer | Carrier | Issue | Driver |
|---|---|---|---|---|
| 330 | 330009 | 84 | | 258 |

### Customer

**Bill to:**   Valero Energy Corp.

**Ship to:**   C. Barron & Sons Inc.

P.O. :

Various           MI

| Product | Description | Gross | Temp. | A.P.I. | Net |
|---|---|---|---|---|---|
| GASOLINE, 3 UN1203, PG II | | | | | |
| 300 | UNLEADED 87 | 8,001 | 56.8 | 57.90 | 8018 |

This gas is additized per the Req. Spec in Section 211(1) of the Clean Air Act for Conventional gas. This product does not meet the requirements for Reformulated Gasoline and may not be not be used in any RFG covered area. This product 7.8 RVP maximum.

| GASOLINE, 3 UN1203, PG II | | | | | |
|---|---|---|---|---|---|
| 302 | UNLEADED 93 | 1,001 | 61.2 | 51.30 | 1000 |

This gas is additized per the Req. Spec in Section 211(1) of the Clean Air Act for Conventional gas. This product does not meet the requirements for Reformulated Gasoline and may not be not be used in any RFG covered area. This product 7.8 RVP maximum.

---

RKA Petroleum, LLC Terminal (T-38-MI-3037)
29120 Wick Road, Romulus, MI 48174
Phone: 734-947-1811, Fax: 734-946-1920

Please address      **Valero Energy Corp.**
correpondence to: P.O. Box 69600
San Antonio     TX     78269

1

# Future Fuels, LLC /Enpco Inc.

### Invoice No. EP9528

3822 Dix
Lincoln Park, MI  48146

Phone: 1-313-381-9900
Fax: 1-313-381-9400

Delivery Date:          5/17/2006

Ship To:
Cherry Hill
0
0

Date     5/19/2006                    Customer# 12

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 8966 | Regular | 2.670 | 23,939.22 |
| 0 | Plus | 2.723 | 0.00 |
| 0 | Premium | 2.801 | 0.00 |
| 0 | Diesel | 2.616 | 0.00 |
| 8966 | Total Gallons | Fuel Sub Total | 23,939.22 |

Batch #

| Reference | Gross | Net |
|---|---|---|
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| Split Load  - REFUND | 50.00 | 50.00 |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| | Batch Sub-Total | -50.00 |

Previous Balance
0
0
0
Current Balance
$23,889.22

### DRAFT DATE

**5/22/2006**

### EFT

| Pay This Amount | Total Price | 23,889.22 |
|---|---|---|