# EXHIBIT 27(c)

Part 3

# Non-Negotiable Bill of Lading

- MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

50605-B 1/02

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

VER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

CK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 5

| DATE | |
| NUMBER | |
| TIME IN | |
| TIME OUT | |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| | | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| | |

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|
| | | | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| | | | | |

# Future Fuels, LLC /Eppco Inc.

## Invoice No. EP9535

3822 Dix
Lincoln Park, MI  48146

Delivery Date:          5/16/2006

Ship To:

Phone: 1-313-381-9900                    Cherry Hill
  Fax: 1-313-381-9400                                        0
                                                             0

Date        5/22/2006                    Customer# 12

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7973 | Regular | 2.703 | 21,551.02 |
| 0 | Plus | 2.756 | 0.00 |
| 1000 | Premium | 2.834 | 2,834.40 |
| 0 | Diesel | 2.625 | 0.00 |
| 8973 | Total Gallons | Fuel Sub Total | 24,385.42 |

| Reference | Gross | Net |
|---|---|---|
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| - | - | - |
| Batch Sub-Total | | 0.00 |

Batch #

Previous Balance
                0
                0
                0
Current Balance
$24,385.42

| Pay This Amount | Total Price | 24,385.42 |
|---|---|---|



bp

# C. Barron & Sons, Inc.



MARATHON

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
CONOCO • 76 • SHELL • Oils and Lubricants

CONSIGNEE _Futur fuels BRANDed_

ADDRESS _CHeRRy Hill & CANTon CTR & CANTON MI_

SHIPPER _____

ORDER NO. _____

DATE SHIPPED _5/16/06_ GALLONS ORDERED _8000/1000_

TICKET NO. _3/5538_

POINT OF ORIGIN _DeTRoit_    DESTINATION _CANToN_

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| 1-4 | Regular 87 | 8003 | | |
| 3 | Super 93 | 1001 | | |
| | | | | |
| | | | | |

DRIVER _Roger Palum_    TOTAL GALLONS _9001_

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Target_    _SupeR_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 20 | 20 | 26 | |
| END | 45 | 46 | 33 | |

DEMURRAGE
REASON FOR DELAY _____

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

50605-B 1/02

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-MAPLINE**
**1-877-627-5463**

COPY 5

| | DATE | |
| | NUMBER | |
| | TIME IN | |
| | TIME OUT | |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

# Future Fuels, LLC /Ranco Inc.

### Invoice No. EP9502

3822 Dix
Lincoln Park, MI  48146

Phone: 1-313-381-9900
Fax: 1-313-381-9900

Date    5/18/2006

Delivery Date:        5/13/2006

Ship To:
Cherry Hill                    0
                               0

Customer# 12

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 7980 | Regular | 2.819 | 22,495.62 |
| 0 | Plus | 2.872 | 0.00 |
| 999 | Premium | 2.950 | 2,947.35 |
| 0 | Diesel | 2.772 | 0.00 |
| 8979 | Total Gallons | Fuel Sub Total | 25,442.97 |

| Batch # | Reference | Gross | Net |
|---------|-----------|-------|-----|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | 0.00 |

Previous Balance

EP09497          $30,901.88
-                     0
-                     0
Current Balance
                 $56,344.85

## DRAFT DATE

### 5/19/2006

## EFT

| Pay This Amount | | Total Price | 25,442.97 |
|-----------------|--|-------------|-----------|

 bp

# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE _Marathon Det  Futur fuels_

ADDRESS _Cherry-Hill / Canton Ctr   Canton MI_

SHIPPER _____

| | | ORDER NO. |
|---|---|---|

DATE SHIPPED _5-13-06_   GALLONS ORDERED _8000/1000_   TICKET NO. _344919_

POINT OF ORIGIN _Detroit_   DESTINATION _Canton MI_

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| 1 2 4 5 | Regular 87 | 7998 | | |
| 3 | Super 93 | 999 | | |

DRIVER _Ryan Solum_   TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Muhammad Brwari_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 40 1/2 | 41 | 28 1/2 | |
| END | 65 | 66 | 34 | |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-627-5463

COPY 5

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE | 05/13/05 |
|---|---|
| NUMBER | |
| TIME IN | |
| TIME OUT | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

# Future Fuels, LLC /Kenco Inc.

**Invoice No. EP9497**

3822 Dix
Lincoln Park, MI  48146

Delivery Date:          5/12/2006

Ship To:

Phone: 1-313-381-9900          Cherry Hill
Fax: 1-313-381-9400                                    0
                                                       0
Date     5/18/2006                    Customer# 12

| Qty | Description | Per Gallon | Extension |
|-----|-------------|-----------|-----------|
| 10962 | Regular | 2.819 | 30,901.88 |
| 0 | Plus | 2.872 | 0.00 |
| 0 | Premium | 2.950 | 0.00 |
| 0 | Diesel | 2.772 | 0.00 |
| 10962 | Total Gallons | Fuel Sub Total | 30,901.88 |

| Batch # | Reference | Gross | Net |
|---------|-----------|-------|-----|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | 0.00 |

Previous Balance
                    0
                    0
                    0
Current Balance

$30,901.88

| **Pay This Amount** | **Total Price** | **30,901.88** |
|---|---|---|



# C. Barron & Sons, Inc.

bp    MARATHON

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE _Marathon Detroit Future Fuels Branded_

ADDRESS _Cherry Hills & Canton Center   Canton MI_

ORDER NO. _____

SHIPPER _____

DATE SHIPPED _5-12-06_   GALLONS ORDERED _____   TICKET NO. _344753_

POINT OF ORIGIN _____   DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
| 1-5 | Regular 87 | 11,001 | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER _Roy Rahm_   TOTAL GALLONS _11001_

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START | 26 | 26 1/2 | | |
| END | 58 | 63 1/2 | | |

DEMURRAGE
REASON FOR DELAY _____

---

*Left margin (partial carbon print):*

T 1:BLUE 1
INVENTORY INCREASE

INCREASE START
MAY 12, 2006 10:06 PM

VOLUME   = 2769 GALS
HEIGHT   = 27.02 INCHES
WATER    = 1.52 INCHES
TEMP     = 59.7 DEG F

INCREASE END
MAY 12, 2006 10:34 PM

VOLUME   = 8749 GALS
HEIGHT   = 64.82 INCHES
WATER    = 1.00 INCHES
TEMP     = 59.3 DEG F

GROSS INCREASE= 5980
NET INCREASE= 5984

2:BLUE 2
INVENTORY INCREASE

INCREASE START
MAY 12, 2006 10:06 PM

VOLUME   = 2804 GALS
HEIGHT   = 27.26 INCHES
WATER    = 0.96 INCHES
TEMP     = 59.8 DEG F

INCREASE END
MAY 12, 2006 10:34 PM

VOLUME   = 7848 GALS
HEIGHT   = 58.84 INCHES
WATER    = 0.92 INCHES
TEMP     = 59.3 DEG F

GROSS INCREASE= 5044
NET INCREASE= 5047

MANIFOLDED TANKS
INVENTORY INCREASE
  1:BLUE 1
  2:BLUE 2
VOLUME   = 11024 GALS

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

50605-B  9/05

### SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

...ER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

...CK SEAL NUMBERS:    SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 5

| | DATE | |
| | NUMBER | |
| | TIME IN | |
| | TIME OUT | |

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|

# Future Fuels, LLC /Eppco Inc.

**Invoice No. EP9478**

3822 Dix
Lincoln Park, MI  48146

Phone: 1-313-381-9900
  Fax: 1-313-381-9400

Delivery Date:    5/10/2006

Ship To:

Cherry Hill
     0
     0

Date   5/17/2006         Customer# 12

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 8919 | Regular | 2.693 | 24,018.87 |
| 0 | Plus | 2.746 | 0.00 |
| 0 | Premium | 2.824 | 0.00 |
| 0 | Diesel | 2.689 | 0.00 |
| 8919 | Total Gallons | Fuel Sub Total | 24,018.87 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | Split Load | -50.00 | -50.00 |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | | |
| | | Batch Sub-Total | 50.00 |

Previous Balance
     0
     0
     0
Current Balance
    $24,068.87

## DRAFT DATE

### 5/18/2006

## EFT

| Pay This Amount | Total Price | 24,068.87 |
|---|---|---|



## C. Barron & Sons, Inc.

bp

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE Cherryhill/Canton Ctr. Marathon

ADDRESS _____

SHIPPER _____

ORDER NO. _____

DATE SHIPPED 05/10/06  GALLONS ORDERED _____

TICKET NO. 343915

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
|  | Reg NL 10% | 9006 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DRIVER Steve  TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _____

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 45½ | 45½ |  |  |
| END | 70 | 78 |  |  |

DEMURRAGE
REASON FOR DELAY _____

---

T 1:BLUE 1
INVENTORY INCREASE

INCREASE START
MAY 10, 2006  6:26 PM

VOLUME    = 5769 GALS
HEIGHT    = 45.73 INCHES
WATER     = 0.99 INCHES
TEMP      = 60.2 DEG F

INCREASE END
MAY 10, 2006  6:47 PM

VOLUME    = 10623 GALS
HEIGHT    = 79.03 INCHES
WATER     = 1.01 INCHES
TEMP      = 64.6 DEG F

GROSS INCREASE=  4854
TC NET INCREASE=  4820

T 2:BLUE 2
INVENTORY INCREASE

INCREASE START
MAY 10, 2006  6:26 PM

VOLUME    = 5925 GALS
HEIGHT    = 46.69 INCHES
WATER     = 0.91 INCHES
TEMP      = 59.5 DEG F

INCREASE END
MAY 10, 2006  6:47 PM

VOLUME    = 9779 GALS
HEIGHT    = 72.17 INCHES
WATER     = 0.94 INCHES
TEMP      = 63.7 DEG F

GROSS INCREASE=  3854
TC NET INCREASE=  3826

MANIFOLDED TANKS
INVENTORY INCREASE
T 1:BLUE 1
T 2:BLUE 2
VOLUME    = 8708 GALS

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  9/05

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS: | SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
1-877-627-5463

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 419-422-2121, (LRN-3-MI-3015)
ALL GASOLINES FROM THIS FACILITY ARE 9.0# RVP AND ARE NOT SUITABLE FOR USE IN 7.0#,7.2#,7.8#, OR 9.2# RVP CONTROL AREA AFTER MAY
ALL GASOLINES-SEE NOTE 1 ON BACK    NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES 60 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/10/06
NUMBER 343915-156
TIME IN 1709
TIME OUT 1724

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | 0000218109 |
| | 12700 TORONTO, DETROIT, MI 48217 | |
| 3822 VIA ROAD | | |
| LINCOLN PARK MI | | |
| 481460000 | | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 05/10/06 | BILL FREIGHT CUSTOMER |
| | 4138 C BARRON & SONS |

------ PRODUCT TOTALS ------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00156/154 | 9906 | 8917 | | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| VIA | | |
| VARIOUS | | |
| LINCOLN PARK MI | 0471260010100U | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 62177 | | 0600 | | |
| S. DAVIES-C. BARRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EQUALS SPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| PRD CODE 0157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 9, UN1203, PGII | 1991 | 1982 | 74.4/060.1 | Meter 10 Preset 2001 Code 00156/15 |
| BLEND COMPONENT | 1800 | 1782 | 74.4/060.1 | 90.0% |
| BLEND COMPONENT | 201 | 200 | 69.8/051.5 | 10.0% |
| PRD CODE 0157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 9, UN1203, PGII | 991 | 992 | | Meter 09 Preset 1001 Code 00156/15 |
| BLEND COMPONENT | 900 | 891 | | 90.0% |
| BLEND COMPONENT | 101 | 100 | | 10.0% |
| PRD CODE 0157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 9, UN1203, PGII | | | | Meter 09 Preset 1001 Code 00156/15 |
| BLEND COMPONENT | 900 | 891 | | 90.0% |
| BLEND COMPONENT | 101 | 100 | 69.8/051.5 | 10.0% |
| PRD CODE 0157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 9, UN1203, PGII | 4001 | 3962 | 74.4/060.1 | Meter 01 Preset 4001 Code 00156/15 |
| BLEND COMPONENT | 3601 | 3565 | 74.4/060.1 | 90.0% |
| BLEND COMPONENT | 400 | 397 | 69.8/051.5 | 10.0% |

CONVENS / 7.8 RVP GAS ; CONVONS 10% ETH / 7.8 RVP GAS 10% ETH /
CLEAR USLD? UGL / DYED US182 UGL / R+1

(** = Batch Total)

# Future Fuels, LLC /Eppco Inc.

3822 Dix
Lincoln Park, MI  48146

Phone: 1-313-381-9900
  Fax: 1-313-381-9400

Date     5/11/2006

### Invoice No. EP9474

Delivery Date:          5/9/2006
Ship To:
          Cherry Hill
                              0
                              0

Customer# 12

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7945 | Regular | 2.693 | 21,395.89 |
| 0 | Plus | 2.746 | 0.00 |
| 998 | Premium | 2.824 | 2,818.75 |
| 0 | Diesel | 2.689 | 0.00 |
| 8943 | Total Gallons | Fuel Sub Total | 24,214.64 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | 0.00 |

Previous Balance
EP09467          $23,992.62
                              0
                              0
Current Balance
          $48,207.25

```
┌─────────────────────────┐
│                         │
│       DRAFT DATE        │
│                         │
│        5/12/2006        │
│                         │
│          EFT            │
│                         │
└─────────────────────────┘
```

| | Pay This Amount | Total Price | 24,214.64 |
|---|---|---|---|


bp

# C. Barron & Sons, Inc.


**M** MARATHON

87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE _Cherryhill/Canton Ctr. Marathon_

ADDRESS _____

SHIPPER _____

ORDER NO. _____

DATE SHIPPED _35 07 06_ GALLONS ORDERED _____

TICKET NO. _343539_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|----------|---------------------|---------------|-------|-------------|
|          | Prem NL             | 1002          |       |             |
|          | Reg NL              | 8005          |       |             |
|          | 10%                 |               |       |             |
|          |                     |               |       |             |

DRIVER _Stowe_ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Al Noss_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|----------------|--------|--------|--------|--------|
| START          | 34½    | 34½    | 34     |        |
| END            | 64     | 53     | 40     |        |

DEMURRAGE
REASON FOR DELAY _____

# Non-Negotiable Bill of Lading

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B  9/05

## SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 3

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 CUSTOMER, (800)-30-41-3013
ALL GASOLINES FROM THIS FACILITY ARE 9.0# RVP AND ARE NOT SUITABLE FOR USE IN 7.0#,7.2#,7.8#, OR 9.0# CONTROL AREA AFTER MAY
ALL GASOLINES ARE MADE 1 ON BACK    Net VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES (160 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
MPC/LLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/09/06
NUMBER 3838594-15
TIME IN 2214
TIME OUT 2225

| SOLD TO (CONSIGNEE) | SHIPPED FROM | | LOC CODE |
|---|---|---|---|
| POWER FUELS OF AMERICA LLC | DETROIT TERMINAL 12700 TORONTO, DETROIT, MI 48217 | | 0000218100 |

3321 DIX ROAD
LINCOLN PARK MI
481460000

| | DATE SHIPPED | SHIPPED VIA | |
|---|---|---|---|
| | 05/09/06 | BILL FREIGHT CUSTOMER 4138 C BARRON & SONS | |

| | PRODUCT TOTALS | | | | |
|---|---|---|---|---|---|
| CODE | GROSS | NET | CODE | GROSS | NET |
| 00154/154 | 8005 | 7985 | | | |
| 00351/351 | 1002 | 998 | | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STA VARIOUS UNKNOWN MI | 0021720000101000 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 2214 | 13 | 0000 | | |
| S.DAVIS-CJ3800# | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE CONTAINS EPA DETERGENT ADDITIVE REQUIREMENTS | | | | |
| LIQ CODE 8157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 300. | 1200 | | Meter 16 Preset  3001 Code 00154/1. |
| BLEND COMPONENT | 2701 | 2680 | 81.7/0053.9 | 90.0% |
| BLEND COMPONENT | 301 | 300 | 65.2/0053.5 | 10.0% |
| LIQ CODE 8157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 1701 | 1201 | | Meter 17 Preset  3001 Code 00154. . |
| BLEND COMPONENT | 1001 | 1007 | 81.7/0053.9 | 90.0% |
| BLEND COMPONENT | 201 | 200 | 65.2/0053.5 | 10.0% |
| LIQ CODE 8157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 3001 | 3001 | | Meter 18 Preset  3001 Code 00154/1. |
| BLEND COMPONENT | 2701 | 2680 | 81.7/0053.9 | 90.0% |
| BLEND COMPONENT | 301 | 300 | 65.2/0053.5 | 10.0% |
| LIQ CODE 8157 - BRAND 87 OCTANE W/10% ETHANOL | | | | |
| GASOLINE, 3, UN1203, PGII | 3002 | 3298 | | Meter 18 Preset  3001 Code 00154/1. |
| BLEND COMPONENT | 2701 | 2680 | 81.7/0053.9 | 90.0% |
| BLEND COMPONENT | 301 | 300 | 65.2/0053.5 | 10.0% |

CONTAINS / 7.8 RVP GAS / CONTAINS 10% ETH / 7.8 RVP GAS 10% ETH /
CLEAN LS1&2 DSL / DYED LS1&2 DSL / K-1          (** = Batch Total)

# Future Fuels, LLC /Eppco Inc.

### Invoice No. EP9467

3822 Dix
Lincoln Park, MI  48146

Delivery Date:                5/9/2006

Ship To:

Phone: 1-313-381-9900
   Fax: 1-313-381-9400

Cherry Hill
                                        0
                                        0

Date     5/11/2006                              Customer# 12

| Qty | Description | Per Gallon | Extension |
|---|---|---|---|
| 7958 | Regular | 2.664 | 21,200.11 |
| 0 | Plus | 2.717 | 0.00 |
| 999 | Premium | 2.795 | 2,792.50 |
| 0 | Diesel | 2.636 | 0.00 |
| 8957 | Total Gallons | Fuel Sub Total | 23,992.62 |

| Batch # | Reference | Gross | Net |
|---|---|---|---|
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | | Batch Sub-Total | 0.00 |

Previous Balance
                              0
                              0
                              0
Current Balance
        $23,992.62

| Pay This Amount | Total Price | 23,992.62 |
|---|---|---|



# C. Barron & Sons, Inc.



87 Jerome St., Monroe, Michigan 48161
(734) 241-8633 • (800) 822-7002 • Fax (734) 241-5031
www.barronoil.com
**CONOCO • 76 • SHELL • Oils and Lubricants**

CONSIGNEE _Cherry Hill & Canton Center    (Future Fuels)_

ADDRESS _Canton MI_

SHIPPER _____

DATE SHIPPED _5-9-06_ GALLONS ORDERED _____

ORDER NO. _____

TICKET NO. _343156-129_

POINT OF ORIGIN _____ DESTINATION _____

| TANK NO. | DESCRIPTION OF LOAD | GROSS GALLONS | TEMP. | NET GALLONS |
|---|---|---|---|---|
| | Reg nk w/E+L | 8004 | | |
| | Prem nk w/E+L | 1001 | | |
| | | | | |
| | | | | |

DRIVER _Leo_ TOTAL GALLONS _____

THE MERCHANDISE DESCRIBED ABOVE RECEIVED IN GOOD ORDER

RECEIVED BY _Taisto_

| GAUGE READINGS | TANK 1 | TANK 2 | TANK 3 | TANK 4 |
|---|---|---|---|---|
| START | 28 | 38 | 30¾ | |
| END | 49¾ | 5-6 | 36½ | |

DEMURRAGE
REASON FOR DELAY _____

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

CUSTOMER NOTICE – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY **3**

MARATHON PETROLEUM COMPANY LLC, 539 S. MAIN STREET, FINDLAY, OH 45840 GFAMLEG, FONDT-38-41-9012
ALL GASOLINES FROM THIS FACILITY ARE 9.0# RVP AND ARE NOT SUITABLE FOR USE IN 7.0#,7.2#,7.8#, OR 8.5# RVP CONTROL AREA AFTER 2??
ALL GASOLINES SEE NOTE 1 ON BACK      NET VOLUMES HAVE BEEN ADJUSTED TO THE VOLUME AT 15 DEGREES (160 DEGREES F)
DESTINATION STATE TAX PAID BY SUPPLIER IF REQUIRED.
ALL GASOLINES FROM THIS FACILITY MEET FEDERAL RVP REGULATIONS.
SHIPPED FROM: 12700 TORONTO, DETROIT, MICHIGAN 48217
MARATHON PETROLEUM COMPANY LLC.
MPCLLC IS RESPONSIBLE FOR MICHIGAN MOTOR FUEL TAX.

DATE 05/09/06
NUMBER 343165-129
TIME IN 0542
TIME OUT 0556

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|
| FUTURE FUELS OF AMERICA LLC | DETROIT TERMINAL | 0000253200 |
| 2822 DIX ROAD | 12700 TORONTO, DETROIT, MI 48217 | |
| LINCOLN PARK MI | | |
| 48146/000 | | |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 05/09/06 | BILL FREIGHD CUSTOMER / 9138 C BAGRON & SONS |

------ PRODUCT TOTALS ------

| CODE | GROSS | NET | CODE | GROSS | NET |
|---|---|---|---|---|---|
| 00194/154 | 8004 | 7958 | | | |
| 00351/351 | 1001 | 990 | | | |

| DESTINATION | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|
| STD | | |
| VARIOUS | | |
| DEARBORN MI | 0497360010100 | |

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|
| 56259 | | 9069 | | |
| BALT/215-C. BAGRON | | | | |

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|
| BRAND ADDITIVE EOE420-EPA DETERGENT ADDITIVE AEED REMARKS | | | | |
| FIR CODE 415 - BRAND-87(OCTANE 8/10% ETHANOL | | | | |
| GASOLINE, C, UN1203, PGII | 3500 | 3482 | | Motor 02 Frost ; EDI Code 00194/1? |
| BLEND COMPONENT | 3151 | 3137 | 69.0/000.9 | 90.0% |
| BLEND COMPONENT | 351 | 351 | 59.5/061.5 | 10.0% |
| RSV CODE ? 161-BRAND 87 TO 0/ 10% ETHANOL | | | | |
| GASOLINE, C, UN1203, PGII | 1000 | 995 | | Motor 02 Frost ; EDI Code 00194/1? |
| BLEND COMPONENT | 700 | 700 | 69/000.? | 0.00 |
| BLEND COMPONENT | 099 | 099 | | ?.?0 |
| BLEND COMPONENT | 099 | 099 | | ?.?0 |
| ?? SRG CODE ?15 - BRAND ? TO 0/ 10% ?? | | | | |
| GASOLINE, C, UN1203, PGII | | | | Motor ? Frost ; EDI Code ??? |
| BLEND COMPONENT | | | 69/000.? | ?.?0 |
| BLEND COMPONENT | 107 | 100 | 593.5/061.5 | 13.0% |
| FIR CODE 8517 - BRAND 87 OCTANE 8/10% ETHANOL | | | | |
| GASOLINE, C, UN1203, PGII | 3501 | 3481 | | Motor 02 Frost ; EDI Code 00194/1? |
| BLEND COMPONENT | 3151 | 3151 | 69.7/000.? | 90.0% |
| BLEND COMPONENT | 350 | 350 | 59.5/061.5 | 10.0% |

CONVGAS / 7.8 RVP GAS / CONVGAS 10% ETH / 7.8 RVP GAS 10% ETH /
CLEAR LS1&2 DSL / DYED LS1&2 DSL / K-1

Cherry Hill & Dearborn Center

MATERIAL SAFETY DATA SHEET AVAILABLE FROM THE TERMINAL FOR THESE PRODUCTS ON REQUEST

<u>CUSTOMER NOTICE</u> – THE PRODUCT TRANSFER DOCUMENTS FOR THIS TRANSACTION INCLUDE OTHER DOCUMENTS WHICH MAY CONTAIN ADDITIONAL AND/OR CORRECTING REFORMULATED GASOLINE INFORMATION. IF IN CONFLICT, THE INFORMATION IN THE OTHER DOCUMENTS WILL CONTROL.

Form 50605-B 9/05

**SEE REVERSE SIDE FOR HAZARD WARNING INFORMATION & NOTES**

DRIVER SIGNATURE:

ALL ITEMS SUBJECT TO CONDITIONS ON REVERSE SIDE HEREOF.

TRUCK SEAL NUMBERS:          SHIPMENT RECEIVED BY:

For Product Emergency
Spill, Leak, Fire, Exposure or Accident, CALL
**1-877-627-5463**

COPY 3

DATE 05/23/05
NUMBER ▓▓▓▓▓-▓▓▓
TIME IN 1/19
TIME OUT 1/24

| SOLD TO (CONSIGNEE) | SHIPPED FROM | LOC CODE |
|---|---|---|

| DATE SHIPPED | SHIPPED VIA |
|---|---|

| DESTINATION | | CUSTOMER NUMBER | ITEM NUMBER |
|---|---|---|---|

| DRIVER | TRAILER | COMPANY | CUSTOMER P.O. AND RELEASE NUMBER | TRANSMITTED CUSTOMER AND RELEASE NUMBER |
|---|---|---|---|---|

| CARGO TANK COMPARTMENT PRODUCT DESCRIPTIONS | GROSS GAL. | NET GAL. | TEMP./API GR. | COMMENTS |
|---|---|---|---|---|