# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

```
BRANCH:  1  MI S                              2:18p  18189    7/11/05
  SOLD TO:                         SHIP TO:
                                                                  1
CANTON AMOCO, INC.                 CANTON AMOCO, INC.
41345 FORD ROAD                    41345 FORD ROAD
CANTON, MI   48187 0000            CANTON, MI
                                                48187 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 7/11/05 | 18189 | BOL# | 155359 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 6001 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R | 1 1000 | REGULAR UNLEADED 87 | 6,001 | 1.78250GL | 10,696.78 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 10,696.78 |
| | | FET GASOLINE | 6001.00 | .18400EA | 1,104.18 |
| | | MI EXCISE GASOLINE | 6001.00 | .18905EA | 1,134.49 |
| | | MI MUSTFA FUND | 6001.00 | .00875EA | 52.51 |
| | | MICHIGAN STATE PRE-PAID | 6001.00 | .09900EA | 594.10 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $13,582.06 |

```
IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********
BOL#_____
```

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
     SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777   48126-0000

```
BRANCH:  1  MI S                                  12:41p  18368    7/14/05
   SOLD TO:                              SHIP TO:
                                                                      1
CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI   48187 0000                  CANTON, MI
                                                      48187 0000

Cust # Smn  Cust P.O.   Date     Ref #   Hauler Truck Ld  From    Terms        TC
696463                  7/14/05  18368   BOL# 155791  1  AMOCO   NET 0 DAYS    ZH

Cl  Item         Description               Qty       Price           Amount
      8006 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000         REGULAR UNLEADED 87       6,003    1.76150GL       10,574.28
R 1 2000         PLUS UNLEADED 89          1,002    1.80550GL        1,809.11
R 1 3000         SUPER UNLEADED 93         1,001    1.89150GL        1,893.39
                                                                  ============
                 ** NET TOTAL                                       14,276.78
              FET GASOLINE                 8006.00   .18400EA        1,473.10
              MI EXCISE GASOLINE           8006.00   .18905EA        1,513.53
              MI MUSTFA FUND               8006.00   .00875EA           70.05
              MICHIGAN STATE PRE-PAID      8006.00   .09900EA          792.59
                                                                  ============
                              INVOICE AMOUNT                       $18,126.05
```

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH: 1 MI V                                          1:23p  18516   7/16/05
  SOLD TO:                                    SHIP TO:

CANTON AMOCO, INC.                            CANTON AMOCO, INC.
41345 FORD ROAD                               41345 FORD ROAD
CANTON, MI  48187 0000                        CANTON, MI
                                                       48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 7/16/05 | 18516 | BOL# 156142 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 7101 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 1,999 | 1.67350GL | 3,345.33 |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,001 | 1.67350GL | 6,695.67 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,101 | 1.71750GL | 1,890.97 |
| | | ** NET TOTAL | | | 11,931.97 |
| | | FET GASOLINE | 7101.00 | .18400EA | 1,306.58 |
| | | MI EXCISE GASOLINE | 7101.00 | .18905EA | 1,342.44 |
| | | MI MUSTFA FUND | 7101.00 | .00875EA | 62.13 |
| | | MICHIGAN STATE PRE-PAID | 7101.00 | .09900EA | 703.00 |
| | | INVOICE AMOUNT | | | $15,346.12 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777      48126-0000

BRANCH: 1 MI S                                     1:35p  18668   7/19/05
  SOLD TO:                          SHIP TO:
                                                                       1
CANTON AMOCO, INC.                  CANTON AMOCO, INC.
41345 FORD ROAD                     41345 FORD ROAD
CANTON, MI  48187 0000              CANTON, MI
                                              48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | | 7/19/05 | 18668 | BOL# 156503  1  AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 6000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,000 | 1.66000GL | 9,960.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 9,960.00 |
| | | FET GASOLINE | 6000.00 | .18400EA | 1,104.00 |
| | | MI EXCISE GASOLINE | 6000.00 | .18905EA | 1,134.30 |
| | | MI MUSTFA FUND | 6000.00 | .00875EA | 52.50 |
| | | MICHIGAN STATE PRE-PAID | 6000.00 | .09900EA | 594.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $12,844.80 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1 MI S                                            1:29p  18841   7/22/05
  SOLD TO:                           SHIP TO:
                                                                           1
CANTON AMOCO, INC.                   CANTON AMOCO, INC.
41345 FORD ROAD                      41345 FORD ROAD
CANTON, MI  48187 0000               CANTON, MI
                                              48187 0000

| Cust # | Smn | Cust P.O. | Date    | Ref # | Hauler     | Truck | Ld | From  | Terms      | TC |
|--------|-----|-----------|---------|-------|------------|-------|----|-------|------------|----|
| 696463 |     |           | 7/22/05 | 18841 | BOL# 156984| 1     |    | AMOCO | NET 0 DAYS | RH |

| Cl  | Item | Description                          | Qty      | Price      | Amount    |
|-----|------|--------------------------------------|----------|------------|-----------|
|     |      | 10998 GALLONS FLAMMABLE LIQUID, UN 1203 |       |            |           |
| R 1 | 1000 | REGULAR UNLEADED 87                  | 8,000    | 1.66250GL  | 13,300.00 |
| R 1 | 2000 | PLUS UNLEADED 89                     | 1,499    | 1.70650GL  |  2,558.04 |
| R 1 | 3000 | SUPER UNLEADED 93                    | 1,499    | 1.79250GL  |  2,686.96 |
|     |      |                                      |          |            | =========== |
|     |      | ** NET TOTAL                         |          |            | 18,545.00 |
|     |      | FET GASOLINE                         | 10998.00 | .18400EA   |  2,023.63 |
|     |      | MI EXCISE GASOLINE                   | 10998.00 | .18905EA   |  2,079.17 |
|     |      | MI MUSTFA FUND                       | 10998.00 | .00875EA   |     96.23 |
|     |      | MICHIGAN STATE PRE-PAID              | 10998.00 | .09900EA   |  1,088.80 |
|     |      |                                      |          |            | =========== |
|     |      | INVOICE AMOUNT                       |          |            | $23,832.83 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)            ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI S                                    11:47a  19121    7/27/05
  SOLD TO:                           SHIP TO:
                                                                          1
CANTON AMOCO, INC.                   CANTON AMOCO, INC.
41345 FORD ROAD                      41345 FORD ROAD
CANTON, MI  48187 0000               CANTON, MI
                                              48187 0000

Cust # Smn  Cust P.O.    Date     Ref #   Hauler Truck Ld  From    Terms          TC
696463                  7/27/05   19121   BOL# 345585  1  AMOCO   NET 0 DAYS      ZH

Cl  Item         Description              Qty        Price           Amount

      7507 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000         REGULAR UNLEADED 87      7,507     1.67050GL      12,540.44
      1002 GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993
R 2 4000         LOW SULFER DIESEL #2     1,002     1.67900GL       1,682.36
                                                                 ============
              ** NET TOTAL                                         14,222.80
           FET GASOLINE                   7507.00    .18400EA       1,381.29
           FET DIESEL                     1002.00    .24300EA         243.49
           MI EXCISE GASOLINE             7507.00    .18905EA       1,419.20
           MI EXCISE DIESEL               1002.00    .15000EA         150.30
           MI MUSTFA FUND                 7507.00    .00875EA          65.69
           MI MUSTFA FUND                 1002.00    .00875EA           8.77
           LUST FUND                      1002.00    .00100EA           1.00
           MICHIGAN STATE PRE-PAID        7507.00    .09900EA         743.19
                                                                 ============
                        INVOICE AMOUNT                            $18,235.73

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********
BOL#_____


We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                           1:17p  19296    7/30/05
  SOLD TO:                                         SHIP TO:

CANTON AMOCO, INC.                                 CANTON AMOCO, INC.
41345 FORD ROAD                                    41345 FORD ROAD
CANTON, MI  48187 0000                             CANTON, MI
                                                              48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|--------|-----|-----------|---------|-------|-----------|----------|-------|-------------|----|
| 696463 |     |           | 7/30/05 | 19296 | BOL# 158155 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    |      | 8000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,001 | 1.70950GL | 10,258.71 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.75350GL | 1,753.50 |
| R 1 | 3000 | SUPER UNLEADED 93 | 999 | 1.83950GL | 1,837.66 |
|    |      |             |     |       | =========== |
|    |      | ** NET TOTAL |     |       | 13,849.87 |
|    |      | FET GASOLINE | 8000.00 | .18400EA | 1,472.00 |
|    |      | MI EXCISE GASOLINE | 8000.00 | .18905EA | 1,512.40 |
|    |      | MI MUSTFA FUND | 8000.00 | .00875EA | 70.00 |
|    |      | MICHIGAN STATE PRE-PAID | 8000.00 | .09900EA | 792.00 |
|    |      |             |     |       | =========== |
|    |      |             |     | INVOICE AMOUNT | $17,696.27 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH: 1 MI S                                          2:38p  19857    8/05/05
  SOLD TO:                                          SHIP TO:

CANTON AMOCO, INC.                                  CANTON AMOCO, INC.
41345 FORD ROAD                                     41345 FORD ROAD
CANTON, MI  48187 0000                              CANTON, MI
                                                         48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 8/05/05 | 19857 | BOL# | 159095 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 8007 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,003 | 1.87050GL | 11,228.61 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,002 | 2.00050GL | 2,004.50 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,002 | 1.91450GL | 1,918.33 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 15,151.44 |
| | | FET GASOLINE | 8007.00 | .18400EA | 1,473.29 |
| | | MI EXCISE GASOLINE | 8007.00 | .18905EA | 1,513.72 |
| | | MI MUSTFA FUND | 8007.00 | .00875EA | 70.06 |
| | | MICHIGAN STATE PRE-PAID | 8007.00 | .09900EA | 792.69 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $19,001.20 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)           ********

BOL#_____


We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                              1:55p  19510   8/03/05
  SOLD TO:                         SHIP TO:
                                                                              1
CANTON AMOCO, INC.                 CANTON AMOCO, INC.
41345 FORD ROAD                    41345 FORD ROAD
CANTON, MI  48187 0000             CANTON, MI
                                              48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | | 8/03/05 | 19510 | BOL# 158617 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
|   |      | 5600 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,600 | 1.80100GL | 10,085.60 |
|   |      |                     |       |           | =========== |
|   |      | ** NET TOTAL        |       |           | 10,085.60 |
|   |      | FET GASOLINE        | 5600.00 | .18400EA | 1,030.40 |
|   |      | MI EXCISE GASOLINE  | 5600.00 | .18905EA | 1,058.68 |
|   |      | MI MUSTFA FUND      | 5600.00 | .00875EA | 49.00 |
|   |      | MICHIGAN STATE PRE-PAID | 5600.00 | .09900EA | 554.40 |
|   |      |                     |       |           | =========== |
|   |      |                     | INVOICE AMOUNT |  | $12,778.08 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
  SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                      1:57p  20059   8/10/05
   SOLD TO:                                    SHIP TO:

CANTON AMOCO, INC.                             CANTON AMOCO, INC.
41345 FORD ROAD                                41345 FORD ROAD
CANTON, MI  48187 0000                         CANTON, MI
                                                         48187 0000

| Cust # | Smn | Cust P.O. | Date    | Ref # | Hauler Truck Ld From | Terms       | TC |
|--------|-----|-----------|---------|-------|----------------------|-------------|----|
| 696463 |     |           | 8/10/05 | 20059 | BOL# 159697 1 AMOCO  | NET 0 DAYS  | ZH |

| Cl    | Item | Description                        | Qty      | Price     | Amount    |
|-------|------|------------------------------------|----------|-----------|-----------|
|       |      | 8000 GALLONS FLAMMABLE LIQUID, UN 1203 |      |           |           |
| R 1   | 1000 | REGULAR UNLEADED 87                | 6,000    | 1.87400GL | 11,244.00 |
| R 1   | 2000 | PLUS UNLEADED 89                   | 1,000    | 1.91800GL |  1,918.00 |
| R 1   | 3000 | SUPER UNLEADED 93                  | 1,000    | 2.00400GL |  2,004.00 |
|       |      |                                    |          |           | ========== |
|       |      | ** NET TOTAL                       |          |           | 15,166.00 |
|       |      | FET GASOLINE                       | 8000.00  | .18400EA  |  1,472.00 |
|       |      | MI EXCISE GASOLINE                 | 8000.00  | .18905EA  |  1,512.40 |
|       |      | MI MUSTFA FUND                     | 8000.00  | .00875EA  |     70.00 |
|       |      | MICHIGAN STATE PRE-PAID            | 8000.00  | .09900EA  |    792.00 |
|       |      |                                    |          |           | ========== |
|       |      | INVOICE AMOUNT                     |          |           | $19,012.40 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____


We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777   48126-0000

```
BRANCH:  1  MI S                              1:35p  20329   8/14/05
    SOLD TO:                              SHIP TO:
                                                                    1
CANTON AMOCO, INC.                        CANTON AMOCO, INC.
41345 FORD ROAD                           41345 FORD ROAD
CANTON, MI  48187 0000                    CANTON, MI
                                                    48187 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | | 8/14/05 | 20329 | BOL# 160296 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 7390 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,390 | 2.10000GL | 15,519.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 15,519.00 |
| | | FET GASOLINE | 7390.00 | .18400EA | 1,359.76 |
| | | MI EXCISE GASOLINE | 7390.00 | .18905EA | 1,397.08 |
| | | MI MUSTFA FUND | 7390.00 | .00875EA | 64.66 |
| | | MICHIGAN STATE PRE-PAID | 7390.00 | .09900EA | 731.61 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $19,072.11 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                           2:36p  91025   8/19/05
   SOLD TO:                           SHIP TO:
                                                                         1
CANTON AMOCO, INC.                    CANTON AMOCO, INC.
41345 FORD ROAD                       41345 FORD ROAD
CANTON, MI  48187 0000                CANTON, MI
                                                48187 0000

| Cust # | Smn | Cust P.O. | Date    | Ref # | Hauler Truck Ld From | Terms      | TC |
|--------|-----|-----------|---------|-------|----------------------|------------|----|
| 696463 |     |           | 8/19/05 | 91025 | BOL# 161106 1 AMOCO  | NET 0 DAYS | ZH |

| Cl  | Item | Description                        | Qty      | Price     | Amount    |
|-----|------|------------------------------------|----------|-----------|-----------|
|     | 8999 | GALLONS FLAMMABLE LIQUID, UN 1203  |          |           |           |
| R 1 | 1000 | REGULAR UNLEADED 87                | 7,001    | 2.00050GL | 14,005.50 |
| R 1 | 2000 | PLUS UNLEADED 89                   | 999      | 2.04450GL | 2,042.46  |
| R 1 | 3000 | SUPER UNLEADED 93                  | 999      | 2.13050GL | 2,128.37  |
|     |      | ** NET TOTAL                       |          |           | 18,176.33 |
|     |      | FET GASOLINE                       | 8999.00  | .18400EA  | 1,655.82  |
|     |      | MI EXCISE GASOLINE                 | 8999.00  | .18905EA  | 1,701.26  |
|     |      | MI MUSTFA FUND                     | 8999.00  | .00875EA  | 78.74     |
|     |      | MICHIGAN STATE PRE-PAID            | 8999.00  | .09900EA  | 890.90    |
|     |      | INVOICE AMOUNT                     |          |           | $22,503.05|

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR