# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

```
                                              1:17p  20820    8/24/05
BRANCH: 1 MI S                     SHIP TO:
   SOLD TO:                                                        1

CANTON AMOCO, INC.                 CANTON AMOCO, INC.
41345 FORD ROAD                    41345 FORD ROAD
CANTON, MI  48187 0000             CANTON, MI
                                              48187 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | | 8/24/05 | 20820 | BOL# 161864 1 AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 4000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 2.00050GL | 8,002.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 8,002.00 |
| | | FET GASOLINE | 4000.00 | .18400EA | 736.00 |
| | | MI EXCISE GASOLINE | 4000.00 | .18905EA | 756.20 |
| | | MI MUSTFA FUND | 4000.00 | .00875EA | 35.00 |
| | | MICHIGAN STATE PRE-PAID | 4000.00 | .09900EA | 396.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $9,925.20 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE CHARGE will be added to all past due accounts computed by a periodic rate of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777        48126-0000

```
                                                          12:25p  20959   8/26/05
BRANCH: 1 MI S                              SHIP TO:
   SOLD TO:                                                                   1

CANTON AMOCO, INC.                          CANTON AMOCO, INC.
41345 FORD ROAD                             41345 FORD ROAD
CANTON, MI  48187 0000                      CANTON, MI
                                                     48187 0000
```

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|
| 696463 | | 8/26/05 | 20959 | BOL# 162199 1 AMOCO | NET 0 DAYS | ZE |

```
                                               Qty        Price         Amount
Cl  Item         Description
      8001 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000           REGULAR UNLEADED 87       6,001    2.03600GL       12,218.04
R 1 2000           PLUS UNLEADED 89          1,000    2.08000GL        2,080.00
R 1 3000           SUPER UNLEADED 93         1,000    2.16600GL        2,166.00
                                                                  ============
                  ** NET TOTAL                                        16,464.04
              FET GASOLINE                   8001.00    .18400EA       1,472.18
              MI EXCISE GASOLINE             8001.00    .18905EA       1,512.59
              MI MUSTFA FUND                 8001.00    .00875EA           70.01
              MICHIGAN STATE PRE-PAID        8001.00    .09900EA          792.10
                                                                  ============
                                         INVOICE AMOUNT              $20,310.92
```

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

3:17p   90947   8/29/05

BRANCH: 1 MI S
SOLD TO:

SHIP TO:                              1

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI 48187 0000

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI
                48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | | 8/29/05 | 90947 | BOL# 162627 1 AMOCO | NET 0 DAYS | LF |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| R 1 | 1000 | 4003 GALLONS FLAMMABLE LIQUID, UN 1203 REGULAR UNLEADED 87 | 4,003 | 2.03450GL | 8,144.10 |
| | | ** NET TOTAL | | | 8,144.10 |
| | | FET GASOLINE | 4003.00 | .18400EA | 736.55 |
| | | MI EXCISE GASOLINE | 4003.00 | .18905EA | 756.77 |
| | | MI MUSTFA FUND | 4003.00 | .00875EA | 35.03 |
| | | MICHIGAN STATE PRE-PAID | 4003.00 | .09900EA | 396.30 |
| | | INVOICE AMOUNT | | | $10,068.75 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)           ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE CHARGE will be added to all past due accounts computed by a periodic rate of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                  3:45p  90220  8/31/05
  SOLD TO:                                  SHIP TO:
                                                                    1
CANTON AMOCO, INC.                          CANTON AMOCO, INC.
41345 FORD ROAD                             41345 FORD ROAD
CANTON, MI  48187 0000                      CANTON, MI
                                                        48187 0000

| Cust # | Smn | Cust P.O. | Date    | Ref # | Hauler Truck Ld From | Terms       | TC |
|--------|-----|-----------|---------|-------|----------------------|-------------|----|
| 696463 |     |           | 8/31/05 | 90220 | BOL# 163037 1 AMOCO  | NET 0 DAYS  | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    |      | 4000 GALLONS FLAMMABLE LIQUID, UN 1203 |  |  |  |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 2.52950GL | 10,118.00 |
|    |      |                     |       |           | ============ |
|    |      | ** NET TOTAL        |       |           | 10,118.00 |
|    |      | FET GASOLINE        | 4000.00 | .18400EA | 736.00 |
|    |      | MI EXCISE GASOLINE  | 4000.00 | .18905EA | 756.20 |
|    |      | MI MUSTFA FUND      | 4000.00 | .00875EA | 35.00 |
|    |      | MICHIGAN STATE PRE-PAID | 4000.00 | .09900EA | 396.00 |
|    |      |                     |       |           | ============ |
|    |      |                     | INVOICE AMOUNT |    | $12,041.20 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S
 SOLD TO:

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

9:59a  90658  9/02/05
SHIP TO:
                                          1

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI
           48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 9/02/05 | 90658 | BOL# | 163569 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 7000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 2.45450GL | 9,818.00 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,500 | 2.49850GL | 3,747.75 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,500 | 2.58450GL | 3,876.75 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 17,442.50 |
| | | FET GASOLINE | 7000.00 | .18400EA | 1,288.00 |
| | | MI EXCISE GASOLINE | 7000.00 | .18905EA | 1,323.35 |
| | | MI MUSTFA FUND | 7000.00 | .00875EA | 61.25 |
| | | MICHIGAN STATE PRE-PAID | 7000.00 | .09900EA | 693.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $20,808.10 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
*******       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        *******

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777      48126-0000

BRANCH: 1 MI S                                                1:53p 21687   9/08/05
SOLD TO:                                   SHIP TO:
                                                                              1
CANTON AMOCO, INC.                         CANTON AMOCO, INC.
41345 FORD ROAD                            41345 FORD ROAD
CANTON, MI  48187 0000                     CANTON, MI
                                                   48187 0000

| Cust # | Smn | Cust P.O. | Date    | Ref # | Hauler    | Truck Ld | From  | Terms       | TC |
|--------|-----|-----------|---------|-------|-----------|----------|-------|-------------|----|
| 696463 |     |           | 9/08/05 | 21687 | BOL# 164225 | 1      | AMOCO | NET 0 DAYS  | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    |      | 3999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,999 | 2.25450GL | 9,015.75 |
|    |      | ** NET TOTAL |  |  | 9,015.75 |
|    |      | FET GASOLINE | 3999.00 | .18400EA | 735.82 |
|    |      | MI EXCISE GASOLINE | 3999.00 | .18905EA | 756.01 |
|    |      | MI MUSTFA FUND | 3999.00 | .00875EA | 34.99 |
|    |      | MICHIGAN STATE PRE-PAID | 3999.00 | .09900EA | 395.90 |
|    |      | INVOICE AMOUNT |  |  | $10,938.47 |

IN OBSERVANCE OF LABOR DAY THE OFFICE
WILL BE CLOSED ON SEPT., 05, 2005

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
*******         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        *******

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                              12:01p  21955   9/12/05
  SOLD TO:                                 SHIP TO:

CANTON AMOCO, INC.                         CANTON AMOCO, INC.
41345 FORD ROAD                            41345 FORD ROAD
CANTON, MI  48187 0000                     CANTON, MI
                                                     48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 9/12/05 | 21955 | BOL# | 164930 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 3599 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R | 1 1000 | REGULAR UNLEADED 87 | 3,599 | 2.05850GL | 7,408.54 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 7,408.54 |
| | | FET GASOLINE | 3599.00 | .18400EA | 662.22 |
| | | MI EXCISE GASOLINE | 3599.00 | .18905EA | 680.39 |
| | | MI MUSTFA FUND | 3599.00 | .00875EA | 31.49 |
| | | MICHIGAN STATE PRE-PAID | 3599.00 | .09900EA | 356.30 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $9,138.94 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

```
BRANCH:  1 MI S                                    1:30p   22103    9/15/05
  SOLD TO:                       SHIP TO:
                                                                        1
CANTON AMOCO, INC.              CANTON AMOCO, INC.
41345 FORD ROAD                 41345 FORD ROAD
CANTON, MI  48187 0000          CANTON, MI
                                              48187 0000

Cust # Smn  Cust P.O.    Date    Ref #   Hauler Truck Ld  From    Terms         TC
696463                  9/15/05  22103   BOL# 165340 1 AMOCO    NET 0 DAYS      ZH

Cl Item            Description             Qty      Price            Amount
       4002 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000      REGULAR UNLEADED 87         2,600    2.02250GL         5,258.50
R 1 3000      SUPER UNLEADED 93           1,402    2.15250GL         3,017.81
                                                                  ===========
              ** NET TOTAL                                           8,276.31
              FET GASOLINE                4002.00   .18400EA           736.37
              MI EXCISE GASOLINE          4002.00   .18905EA           756.58
              MI MUSTFA FUND              4002.00   .00875EA            35.02
              MICHIGAN STATE PRE-PAID     4002.00   .09900EA           396.20
                                                                  ===========
                            INVOICE AMOUNT                         $10,200.48
```

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                          2:47p  68093   9/16/05
  SOLD TO:                              SHIP TO:                              1

CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI   48187 0000                 CANTON, MI
                                                     48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 9/16/05 | 68093 | BOL# 165562 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 7999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,999 | 1.99250GL | 13,945.51 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 2.03650GL | 2,036.50 |
| | | 999 GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 999 | 2.09800GL | 2,095.90 |

```
                    ** NET TOTAL                                  18,077.91
              FET GASOLINE                7999.00    .18400EA      1,471.82
              FET DIESEL                   999.00    .24300EA        242.76
              MI EXCISE GASOLINE          7999.00    .18905EA      1,512.21
              MI EXCISE DIESEL             999.00    .15000EA        149.85
              MI MUSTFA FUND              7999.00    .00875EA         69.99
              MI MUSTFA FUND               999.00    .00875EA          8.74
              LUST FUND                    999.00    .00100EA          1.00
              MICHIGAN STATE PRE-PAID     7999.00    .09900EA        791.90
                                                                ===========
                             INVOICE AMOUNT                      $22,326.18
```

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                           2:18p  22405    9/20/05
  SOLD TO:                              SHIP TO:

CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                                  48187 0000

| Cust # | Smn | Cust P.O. | Date    | Ref #  | Hauler | Truck Ld | From  | Terms      | TC |
|--------|-----|-----------|---------|--------|--------|----------|-------|------------|----|
| 696463 |     |           | 9/20/05 | 22405  | BOL# 166058 | 1   | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    |      | 4400 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,400 | 2.02650GL | 8,916.60 |
|    |      |                     |       |           | =========== |
|    |      | ** NET TOTAL        |       |           | 8,916.60 |
|    |      | FET GASOLINE        | 4400.00 | .18400EA | 809.60 |
|    |      | MI EXCISE GASOLINE  | 4400.00 | .18905EA | 831.82 |
|    |      | MI MUSTFA FUND      | 4400.00 | .00875EA | 38.50 |
|    |      | MICHIGAN STATE PRE-PAID | 4400.00 | .09900EA | 435.60 |
|    |      |                     |       |           | =========== |
|    |      | INVOICE AMOUNT      |       |           | $11,032.12 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  SO V                                  2:21p  22886   9/22/05
   SOLD TO:                          SHIP TO:
                                                                    1
CANTON AMOCO, INC.                   CANTON AMOCO, INC.
41345 FORD ROAD                      41345 FORD ROAD
CANTON, MI  48187 0000               CANTON, MI
                                             48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | 9/22/05 | 22886 | | | 0 | PLANT | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 4000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 2.05350GL | 8,214.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 8,214.00 |
| | | FET GASOLINE | 4000.00 | .18400EA | 736.00 |
| | | MI EXCISE GASOLINE | 4000.00 | .18905EA | 756.20 |
| | | MI MUSTFA FUND | 4000.00 | .00875EA | 35.00 |
| | | MICHIGAN STATE PRE-PAID | 4000.00 | .09900EA | 396.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $10,137.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
     SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

2:21p   22848   9/22/05

BRANCH: 1  SO V
SOLD TO:

SHIP TO:
                                                                   1

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI
        48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | 9/22/05 | 22848 | | | 0 | PLANT | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| R 1 | 1000 | 4000 GALLONS FLAMMABLE LIQUID, UN 1203 REGULAR UNLEADED 87 | 4,000 | 2.07350GL | 8,294.00 |
| | | ** NET TOTAL | | | 8,294.00 |
| | | FET GASOLINE | 4000.00 | .18400EA | 736.00 |
| | | MI EXCISE GASOLINE | 4000.00 | .18905EA | 756.20 |
| | | MI MUSTFA FUND | 4000.00 | .00875EA | 35.00 |
| | | MICHIGAN STATE PRE-PAID | 4000.00 | .09900EA | 396.00 |
| | | CREDIT AMOUNT | | | $10,217.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
\*\*\*\*\*\*\*\*         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         \*\*\*\*\*\*\*\*

BOL#_____

We hereby certify that goods covered by this invoice have been produced in compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE CHARGE will be added to all past due accounts computed by a periodic rate of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
SUBJECT TO CORRECTION OF CLERICAL ERROR