INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                         1:10p  22848   9/22/05
   SOLD TO:                              SHIP TO:
                                                                         1
CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI  48187 0000                   CANTON, MI
                                                      48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | | 9/22/05 | 22848 | BOL# 166441 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 4000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 2.07350GL | 8,294.00 |
| | | | | | ========== |
| | | ** NET TOTAL | | | 8,294.00 |
| | | FET GASOLINE | 4000.00 | .18400EA | 736.00 |
| | | MI EXCISE GASOLINE | 4000.00 | .18905EA | 756.20 |
| | | MI MUSTFA FUND | 4000.00 | .00875EA | 35.00 |
| | | MICHIGAN STATE PRE-PAID | 4000.00 | .09900EA | 396.00 |
| | | | | | ========== |
| | | | | INVOICE AMOUNT | $10,217.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777      48126-0000

BRANCH: 1 MI V                                      1:10p  22662   9/23/05
   SOLD TO:                          SHIP TO:                            1

CANTON AMOCO, INC.                   CANTON AMOCO, INC.
41345 FORD ROAD                      41345 FORD ROAD
CANTON, MI   48187 0000              CANTON, MI
                                                   48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|
| 696463 | | 9/23/05 | 22662 | BOL# 166716 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
|    | 5798 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,798 | 2.07350GL | 12,022.15 |
|    |      |                     |       |           | =========== |
|    |      | ** NET TOTAL        |       |           | 12,022.15 |
|    |      | FET GASOLINE        | 5798.00 | .18400EA | 1,066.83 |
|    |      | MI EXCISE GASOLINE  | 5798.00 | .18905EA | 1,096.11 |
|    |      | MI MUSTFA FUND      | 5798.00 | .00875EA |    50.73 |
|    |      | MICHIGAN STATE PRE-PAID | 5798.00 | .09900EA | 574.00 |
|    |      |                     |       |           | =========== |
|    |      |                     | INVOICE AMOUNT |  | $14,809.82 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                12:04p  91118   9/27/05
   SOLD TO:                           SHIP TO:
                                                                    1
CANTON AMOCO, INC.                    CANTON AMOCO, INC.
41345 FORD ROAD                       41345 FORD ROAD
CANTON, MI   48187 0000               CANTON, MI
                                                48187 0000

| Cust # | Smn | Cust P.O. | Date    | Ref # | Hauler Truck Ld From   | Terms       | TC |
|--------|-----|-----------|---------|-------|------------------------|-------------|----|
| 696463 |     |           | 9/27/05 | 91118 | BOL# 167279 1 AMOCO    | NET 0 DAYS  | ZH |

| Cl    | Item | Description                       | Qty      | Price      | Amount    |
|-------|------|-----------------------------------|----------|------------|-----------|
|       |      | 9000 GALLONS FLAMMABLE LIQUID, UN 1203 |      |            |           |
| R 1   | 1000 | REGULAR UNLEADED 87               | 7,001    | 2.14300GL  | 15,003.14 |
| R 1   | 2000 | PLUS UNLEADED 89                  | 1,000    | 2.18700GL  | 2,187.00  |
| R 1   | 3000 | SUPER UNLEADED 93                 | 999      | 2.27300GL  | 2,270.73  |
|       |      | ** NET TOTAL                      |          |            | 19,460.87 |
|       |      | FET GASOLINE                      | 9000.00  | .18400EA   | 1,656.00  |
|       |      | MI EXCISE GASOLINE                | 9000.00  | .18905EA   | 1,701.45  |
|       |      | MI MUSTFA FUND                    | 9000.00  | .00875EA   | 78.75     |
|       |      | MICHIGAN STATE PRE-PAID           | 9000.00  | .09900EA   | 891.00    |
|       |      | INVOICE AMOUNT                    |          |            | $23,788.07|

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)           ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

```
BRANCH:  1  MI S                                    11:11a  23526  10/04/05
    SOLD TO:                        SHIP TO:
                                                                       1
CANTON AMOCO, INC.                  CANTON AMOCO, INC.
41345 FORD ROAD                     41345 FORD ROAD
CANTON, MI   48187 0000             CANTON, MI
                                              48187 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | | 10/04/05 | 23526 | BOL# 168382 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 9000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,000 | 2.29000GL | 16,030.00 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 2.33400GL | 2,334.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.42000GL | 2,420.00 |
| | | ** NET TOTAL | | | 20,784.00 |
| | | FET GASOLINE | 9000.00 | .18300EA | 1,647.00 |
| | | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | | MICHIGAN STATE PRE-PAID | 9000.00 | .09900EA | 891.00 |
| | | INVOICE AMOUNT | | | $25,102.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********           CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)           ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE CHARGE will be added to all past due accounts computed by a periodic rate of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777      48126-0000

BRANCH: 1 MI S                                    1:08p  41345  10/10/05
  SOLD TO:                                    SHIP TO:
                                                                           1
CANTON AMOCO, INC.                                CANTON AMOCO, INC.
41345 FORD ROAD                                   41345 FORD ROAD
CANTON, MI  48187 0000                            CANTON, MI
                                                    48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | | 10/10/05 | 41345 | BOL# 169629 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 8999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,998 | 2.01550GL | 14,104.47 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,001 | 2.05950GL | 2,061.56 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.14550GL | 2,145.50 |
| | | ** NET TOTAL | | | 18,311.53 |
| | | FET GASOLINE | 8999.00 | .18400EA | 1,655.82 |
| | | MI EXCISE GASOLINE | 8999.00 | .18905EA | 1,701.26 |
| | | MI MUSTFA FUND | 8999.00 | .00875EA | 78.74 |
| | | MICHIGAN STATE PRE-PAID | 8999.00 | .09900EA | 890.90 |
| | | INVOICE AMOUNT | | | $22,638.25 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)           ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

```
                                                         3:10p  24516  10/18/05
BRANCH:  1  MI S                    SHIP TO:
   SOLD TO:                                                                 1

CANTON AMOCO, INC.                  CANTON AMOCO, INC.
41345 FORD ROAD                     41345 FORD ROAD
CANTON, MI  48187 0000              CANTON, MI
                                         48187 0000

Cust # Smn   Cust P.O.      Date      Ref #   Hauler Truck Ld   From   Terms         TC
696463                    10/18/05    24516   BOL# 170813  1   AMOCO   NET 0 DAYS   ZH

 Cl  Item         Description                   Qty      Price        Amount
          6002 GALLONS FLAMMABLE LIQUID, UN 1203
R 1  1000         REGULAR UNLEADED 87          6,002    2.00050GL    12,007.00
                                                                   ============
                     ** NET TOTAL                                    12,007.00
                  FET GASOLINE                 6002.00   .18400EA     1,104.37
                  MI EXCISE GASOLINE           6002.00   .18905EA     1,134.68
                  MI MUSTFA FUND               6002.00   .00875EA        52.52
                  MICHIGAN STATE PRE-PAID      6002.00   .09900EA       594.20
                                                                   ============
                                           INVOICE AMOUNT           $14,892.77
```

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1 MI S                                            11:41a  25706  11/03/05
   SOLD TO:                              SHIP TO:
                                                                                1
CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI  48187 0000                   CANTON, MI
                                                    48187 0000

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|
| 696463 | | 11/03/05 | 25706 | BOL# 173603 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 3999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,999 | 1.66900GL | 6,674.33 |
| | | | | | ========== |
| | | | | | 6,674.33 |
| | | ** NET TOTAL | | | |
| | | FET GASOLINE | 3999.00 | .18400EA | 735.82 |
| | | MI EXCISE GASOLINE | 3999.00 | .18905EA | 756.01 |
| | | MI MUSTFA FUND | 3999.00 | .00875EA | 34.99 |
| | | MICHIGAN STATE PRE-PAID | 3999.00 | .09900EA | 395.90 |
| | | | | | ========== |
| | | | | INVOICE AMOUNT | $8,597.05 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____


We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

```
BRANCH:  1  MI S                              1:09p  26762  11/19/05
    SOLD TO:                        SHIP TO:
                                                              1
CANTON AMOCO, INC.                  CANTON AMOCO, INC.
41345 FORD ROAD                     41345 FORD ROAD
CANTON, MI  48187 0000              CANTON, MI
                                             48187 0000

Cust # Smn  Cust P.O.    Date      Ref #   Hauler Truck Ld From    Terms         TC
 696463                 11/19/05   26762   BOL# 176568 1 AMOCO     NET 0 DAYS    ZE

Cl  Item         Description                Qty       Price            Amount
        9004 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000        REGULAR UNLEADED 87        6,998   1.54200GL       10,790.92
R 1 2000        PLUS UNLEADED 89           1,004   1.58600GL        1,592.34
R 1 3000        SUPER UNLEADED 93          1,002   1.67200GL        1,675.34
                                                                 ============
                ** NET TOTAL                                       14,058.60
             FET GASOLINE                  9004.00   .18400EA       1,656.74
             MI EXCISE GASOLINE            9004.00   .18905EA       1,702.21
             MI MUSTFA FUND                9004.00   .00875EA          78.79
             MICHIGAN STATE PRE-PAID       9004.00   .09900EA         891.40
                                                                 ============
                                 INVOICE AMOUNT                   $18,387.74
```

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)           ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
            SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777      48126-0000

BRANCH:  1  MI S                                                    1:41p  27098  11/25/05
  SOLD TO:                                    SHIP TO:
                                                                                    1
CANTON AMOCO, INC.                            CANTON AMOCO, INC.
41345 FORD ROAD                               41345 FORD ROAD
CANTON, MI  48187 0000                        CANTON, MI
                                                          48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 11/25/05 | 27098 | BOL# 177718 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 3999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,999 | 1.52500GL | 6,098.48 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 6,098.48 |
| | | FET GASOLINE | 3999.00 | .18400EA | 735.82 |
| | | MI EXCISE GASOLINE | 3999.00 | .18905EA | 756.01 |
| | | MI MUSTFA FUND | 3999.00 | .00875EA | 34.99 |
| | | MICHIGAN STATE PRE-PAID | 3999.00 | .09900EA | 395.90 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $8,021.20 |

IN OBERSERVANCE OF THANKSGIVING HOLIDAY
OUR OFFICES WILL BE CLOSED ON 11/24/05.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                              1:40p   27238   11/27/05
SOLD TO:                          SHIP TO:
                                                                                1
CANTON AMOCO, INC.                CANTON AMOCO, INC.
41345 FORD ROAD                   41345 FORD ROAD
CANTON, MI  48187 0000            CANTON, MI
                                   48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | | 11/27/05 | 27238 | BOL# 177963 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 4000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 1.52500GL | 6,100.00 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 6,100.00 |
| | | FET GASOLINE | 4000.00 | .18400EA | 736.00 |
| | | MI EXCISE GASOLINE | 4000.00 | .18905EA | 756.20 |
| | | MI MUSTFA FUND | 4000.00 | .00875EA | 35.00 |
| | | MICHIGAN STATE PRE-PAID | 4000.00 | .09900EA | 396.00 |
| | | | | | ============ |
| | | | | INVOICE AMOUNT | $8,023.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)              ********

BOL#_____

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

```
BRANCH:  1  SO V                              10:00a   27378   11/28/05
   SOLD TO:                         SHIP TO:
                                                                      1
CANTON AMOCO, INC.                  CANTON AMOCO, INC.
41345 FORD ROAD                     41345 FORD ROAD
CANTON, MI   48187 0000             CANTON, MI
                                               48187 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 11/28/05 | 27378 | | 0 | PLANT | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
|   |      | 6004 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,004 | 1.49600GL | 8,981.98 |
|    |      |                     |       |           | ========== |
|    |      | ** NET TOTAL        |       |           | 8,981.98 |
|    |      | FET GASOLINE        | 6004.00 | .18400EA | 1,104.74 |
|    |      | MI EXCISE GASOLINE  | 6004.00 | .18905EA | 1,135.06 |
|    |      | MI MUSTFA FUND      | 6004.00 | .00875EA | 52.54 |
|    |      | MICHIGAN STATE PRE-PAID | 6004.00 | .09900EA | 594.40 |
|    |      |                     |       |           | ========== |
|    |      |                     | CREDIT AMOUNT |     | $11,868.72 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
     SUBJECT TO CORRECTION OF CLERICAL ERROR