# INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                           10:28a  27720  12/02/05
   SOLD TO:                          SHIP TO:                              1

CANTON AMOCO, INC.                   CANTON AMOCO, INC.
41345 FORD ROAD                      41345 FORD ROAD
CANTON, MI  48187 0000               CANTON, MI
                                              48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|
| 696463 | | | 12/02/05 | 27720 | BOL# 179096 1 | AMOCO | NET 0 DAYS | LF |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 6000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,000 | 1.60800GL | 9,648.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 9,648.00 |
| | | FET GASOLINE | 6000.00 | .18400EA | 1,104.00 |
| | | MI EXCISE GASOLINE | 6000.00 | .18905EA | 1,134.30 |
| | | MI MUSTFA FUND | 6000.00 | .00875EA | 52.50 |
| | | MICHIGAN STATE PRE-PAID | 6000.00 | .09900EA | 594.00 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $12,532.80 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
     SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777      48126-0000

BRANCH: 1 MI S                                            1:26p  28162  12/09/05
   SOLD TO:                                  SHIP TO:

CANTON AMOCO, INC.                           CANTON AMOCO, INC.
41345 FORD ROAD                              41345 FORD ROAD
CANTON, MI  48187 0000                       CANTON, MI
                                                  48187 0000

| Cust # | Smn | Cust P.O. | Date     | Ref # | Hauler Truck Ld From | Terms      | TC |
|--------|-----|-----------|----------|-------|----------------------|------------|----|
| 696463 |     |           | 12/09/05 | 28162 | BOL# 180344 1 AMOCO  | NET 0 DAYS | ZH |

| Cl  | Item | Description                          | Qty      | Price      | Amount    |
|-----|------|--------------------------------------|----------|------------|-----------|
|     |      | 9003 GALLONS FLAMMABLE LIQUID, UN 1203 |         |            |           |
| R 1 | 1000 | REGULAR UNLEADED 87                  | 7,001    | 1.63600GL  | 11,453.64 |
| R 1 | 2000 | PLUS UNLEADED 89                     | 1,000    | 1.68000GL  | 1,680.00  |
| R 1 | 3000 | SUPER UNLEADED 93                    | 1,002    | 1.76600GL  | 1,769.53  |
|     |      |                                      |          |            | =========== |
|     |      | ** NET TOTAL                         |          |            | 14,903.17 |
|     |      | FET GASOLINE                         | 9003.00  | .18400EA   | 1,656.55  |
|     |      | MI EXCISE GASOLINE                   | 9003.00  | .18905EA   | 1,702.02  |
|     |      | MI MUSTFA FUND                       | 9003.00  | .00875EA   | 78.78     |
|     |      | MICHIGAN STATE PRE-PAID              | 9003.00  | .09900EA   | 891.30    |
|     |      |                                      |          |            | =========== |
|     |      |                                      | INVOICE AMOUNT |      | $19,231.82 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777      48126-0000

BRANCH: 1 MI S                                                12:49p  28492  12/14/05
  SOLD TO:                                    SHIP TO:

CANTON AMOCO, INC.                            CANTON AMOCO, INC.
41345 FORD ROAD                               41345 FORD ROAD
CANTON, MI  48187 0000                        CANTON, MI
                                                          48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | | 12/14/05 | 28492 | BOL# 181551 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 6001 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,999 | 1.67400GL | 6,694.33 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.71800GL | 1,718.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,002 | 1.80400GL | 1,807.61 |
| | | ** NET TOTAL | | | 10,219.94 |
| | | FET GASOLINE | 6001.00 | .18400EA | 1,104.18 |
| | | MI EXCISE GASOLINE | 6001.00 | .18905EA | 1,134.49 |
| | | MI MUSTFA FUND | 6001.00 | .00875EA | 52.51 |
| | | MICHIGAN STATE PRE-PAID | 6001.00 | .09900EA | 594.10 |
| | | **INVOICE AMOUNT** | | | **$13,105.22** |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH:  1  MI S                                           2:25p  28762  12/16/05
  SOLD TO:                           SHIP TO:
                                                                              1
CANTON AMOCO, INC.                   CANTON AMOCO, INC.
41345 FORD ROAD                      41345 FORD ROAD
CANTON, MI  48187 0000               CANTON, MI
                                                48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 12/16/05 | 28762 | BOL# 182022 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 4000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 1.63900GL | 6,556.00 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 6,556.00 |
| | | FET GASOLINE | 4000.00 | .18400EA | 736.00 |
| | | MI EXCISE GASOLINE | 4000.00 | .18905EA | 756.20 |
| | | MI MUSTFA FUND | 4000.00 | .00875EA | 35.00 |
| | | MICHIGAN STATE PRE-PAID | 4000.00 | .09900EA | 396.00 |
| | | | | | ============ |
| | | | | INVOICE AMOUNT | $8,479.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH: 1 MI V                                      11:30a  28983  12/20/05
SOLD TO:                                            SHIP TO:
                                                                           1
CANTON AMOCO, INC.                                  CANTON AMOCO, INC.
41345 FORD ROAD                                     41345 FORD ROAD
CANTON, MI  48187 0000                              CANTON, MI
                                                           48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 12/20/05 | 28983 | BOL# 182697 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 4999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,999 | 1.61200GL | 6,446.39 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.65600GL | 1,656.00 |
| | | ** NET TOTAL | | | 8,102.39 |
| | | FET GASOLINE | 4999.00 | .18400EA | 919.82 |
| | | MI EXCISE GASOLINE | 4999.00 | .18905EA | 945.06 |
| | | MI MUSTFA FUND | 4999.00 | .00875EA | 43.74 |
| | | MICHIGAN STATE PRE-PAID | 4999.00 | .09900EA | 494.90 |
| | | INVOICE AMOUNT | | | $10,505.91 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********           CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**  
13530 MICHIGAN AVE. #400  
DEARBORN, MI  
313 582 1777     48126-0000

BRANCH: 1  MI S                                             12:57p  29249  12/23/05
  SOLD TO:                                                  SHIP TO:

CANTON AMOCO, INC.                                          CANTON AMOCO, INC.
41345 FORD ROAD                                             41345 FORD ROAD
CANTON, MI  48187 0000                                      CANTON, MI
                                                                       48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 12/23/05 | 29249 | BOL# 183482 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 4000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 1.64000GL | 6,560.00 |
| | | | | | ============ |
| | | ** NET TOTAL | | | 6,560.00 |
| | | FET GASOLINE | 4000.00 | .18400EA | 736.00 |
| | | MI EXCISE GASOLINE | 4000.00 | .18905EA | 756.20 |
| | | MI MUSTFA FUND | 4000.00 | .00875EA | 35.00 |
| | | MICHIGAN STATE PRE-PAID | 4000.00 | .09900EA | 396.00 |
| | | | | | ============ |
| | | | | INVOICE AMOUNT | $8,483.20 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

```
BRANCH:  1  MI S                                    1:42p  29780  12/31/05
   SOLD TO:                           SHIP TO:
                                                                      1
CANTON AMOCO, INC.                 CANTON AMOCO, INC.
41345 FORD ROAD                    41345 FORD ROAD
CANTON, MI  48187 0000             CANTON, MI
                                           48187 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 12/31/05 | 29780 | BOL# 184656 | 1 | | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 9001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 6,998 | 1.78800GL | 12,512.42 |
| R 1 | 2000 | PLUS UNLEADED 89 | 998 | 1.83200GL | 1,828.34 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,005 | 1.91800GL | 1,927.59 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 16,268.35 |
| | | FET GASOLINE | 9001.00 | .18400EA | 1,656.18 |
| | | MI EXCISE GASOLINE | 9001.00 | .18905EA | 1,701.64 |
| | | MI MUSTFA FUND | 9001.00 | .00875EA | 78.76 |
| | | MICHIGAN STATE PRE-PAID | 9001.00 | .09900EA | 891.10 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $20,596.03 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL# _____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.

We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777      48126-0000

BRANCH: 1 MI S                                              1:04p   31420    1/22/06
  SOLD TO:                         SHIP TO:
                                                                       1
CANTON AMOCO, INC.                 CANTON AMOCO, INC.
41345 FORD ROAD                    41345 FORD ROAD
CANTON, MI  48187 0000             CANTON, MI
                                              48187 0000

| Cust # | Smn | Cust P.O. | Date    | Ref # | Hauler Truck Ld From | Terms       | TC |
|--------|-----|-----------|---------|-------|----------------------|-------------|----|
| 696463 |     |           | 1/22/06 | 31420 | BOL# 188892 1 AMOCO  | NET 0 DAYS  | ZE |

| Cl  | Item | Description                         | Qty     | Price      | Amount    |
|-----|------|-------------------------------------|---------|------------|-----------|
|     |      | 9009 GALLONS FLAMMABLE LIQUID, UN 1203 |         |            |           |
| R 1 | 1000 | REGULAR UNLEADED 87                 | 6,000   | 1.71200GL  | 10,272.00 |
| R 1 | 2000 | PLUS UNLEADED 89                    | 1,504   | 1.75600GL  | 2,641.02  |
| R 1 | 3000 | SUPER UNLEADED 93                   | 1,505   | 1.84200GL  | 2,772.21  |
|     |      | ** NET TOTAL                        |         |            | 15,685.23 |
|     |      | FET GASOLINE                        | 9009.00 | .18400EA   | 1,657.66  |
|     |      | MI EXCISE GASOLINE                  | 9009.00 | .18905EA   | 1,703.15  |
|     |      | MI MUSTFA FUND                      | 9009.00 | .00875EA   | 78.83     |
|     |      | MICHIGAN STATE PRE-PAID             | 9009.00 | .09900EA   | 891.89    |
|     |      | INVOICE AMOUNT                      |         |            | $20,016.76 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI V                                    12:08p  32087   1/31/06
   SOLD TO:                                SHIP TO:
                                                                      1
CANTON AMOCO, INC.                         CANTON AMOCO, INC.
41345 FORD ROAD                            41345 FORD ROAD
CANTON, MI  48187 0000                     CANTON, MI
                                                   48187 0000

Cust # Smn  Cust P.O.    Date    Ref #   Hauler Truck Ld  From    Terms        TC
696463                  1/31/06  32087   BOL# 909670 1 AMOCO     NET 0 DAYS    ZH

 Cl   Item        Description              Qty      Price         Amount
        7597 GALLONS FLAMMABLE LIQUID, UN 1203
 R 1  1000       REGULAR UNLEADED 87      7,597    1.83900GL     13,970.88
                                                                 ===========
              ** NET TOTAL                                       13,970.88
              FET GASOLINE               7597.00    .18400EA      1,397.85
              MI EXCISE GASOLINE         7597.00    .18905EA      1,436.21
              MI MUSTFA FUND             7597.00    .00875EA         66.47
              MICHIGAN STATE PRE-PAID    7597.00    .09900EA        752.10
                                                                 ===========
                                         INVOICE AMOUNT         $17,623.51

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777        48126-0000

```
BRANCH:  1  MI S                                    11:13a  32904   2/09/06
   SOLD TO:                                 SHIP TO:
                                                                        1
CANTON AMOCO, INC.                         CANTON AMOCO, INC.
41345 FORD ROAD                            41345 FORD ROAD
CANTON, MI  48187 0000                     CANTON, MI
                                                       48187 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 2/09/06 | 32904 | BOL# 193030 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 9001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,055 | 1.68900GL | 11,915.90 |
| R 1 | 2000 | PLUS UNLEADED 89 | 945 | 1.73300GL | 1,637.69 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,001 | 1.81900GL | 1,820.82 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 15,374.41 |
| | | FET GASOLINE | 9001.00 | .18400EA | 1,656.18 |
| | | MI EXCISE GASOLINE | 9001.00 | .18905EA | 1,701.64 |
| | | MI MUSTFA FUND | 9001.00 | .00875EA | 78.76 |
| | | MICHIGAN STATE PRE-PAID | 9001.00 | .09900EA | 891.10 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $19,702.09 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI V                                          2:12p  33264  2/16/06
  SOLD TO:                           SHIP TO:
                                                                          1
CANTON AMOCO, INC.                  CANTON AMOCO, INC.
41345 FORD ROAD                     41345 FORD ROAD
CANTON, MI  48187 0000              CANTON, MI
                                                48187 0000

Cust #  Smn   Cust P.O.      Date      Ref #    Hauler Truck Ld  From     Terms          TC
696463                       2/16/06   33264    BOL# 194526  1   AMOCO    NET 0 DAYS     ZH

Cl  Item          Description                Qty        Price             Amount
        6000 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000          REGULAR UNLEADED 87        6,000    1.64900GL          9,894.00
                                                                       ===========
              ** NET TOTAL                                               9,894.00
          FET GASOLINE                    6000.00      .18400EA          1,104.00
          MI EXCISE GASOLINE              6000.00      .18905EA          1,134.30
          MI MUSTFA FUND                  6000.00      .00875EA             52.50
          MICHIGAN STATE PRE-PAID         6000.00      .09900EA            594.00
                                                                       ===========
                              INVOICE AMOUNT                           $12,778.80

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

49.51

BRANCH: 1  MI S                                    12:48p  33466   2/19/06
  SOLD TO:                            SHIP TO:
                                                                  1
CANTON AMOCO, INC.                    CANTON AMOCO, INC.
41345 FORD ROAD                       41345 FORD ROAD
CANTON, MI  48187 0000                CANTON, MI
                                              48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 2/19/06 | 33466 | BOL# 195308 | | 1 | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 9002 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,002 | 1.75200GL | 12,267.50 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 1.79600GL | 1,796.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 1.88200GL | 1,882.00 |
| | | ** NET TOTAL | | | 15,945.50 |
| | | FET GASOLINE | 9002.00 | .18400EA | 1,656.37 |
| | | MI EXCISE GASOLINE | 9002.00 | .18905EA | 1,701.83 |
| | | MI MUSTFA FUND | 9002.00 | .00875EA | 78.77 |
| | | MICHIGAN STATE PRE-PAID | 9002.00 | .09900EA | 891.20 |
| | | INVOICE AMOUNT | | | $20,273.67 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

```
BRANCH:  1  SO V                              3:46p  33784    2/22/06
   SOLD TO:                        SHIP TO:
                                                                    1
CANTON AMOCO, INC.              CANTON AMOCO, INC.
41345 FORD ROAD                 41345 FORD ROAD
CANTON, MI  48187 0000          CANTON, MI
                                             48187 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 2/22/06 | 33784 | | | 0 | PLANT | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | CREDIT FOR INVOICE 33466 | | | 49.51 |

CREDIT AMOUNT                $49.51

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
    SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

```
BRANCH:  1  MI S                                    1:13p   91542    2/22/06
  SOLD TO:                              SHIP TO:
                                                                        1
 CANTON AMOCO, INC.                    CANTON AMOCO, INC.
 41345 FORD ROAD                       41345 FORD ROAD
 CANTON, MI  48187 0000                CANTON, MI
                                                 48187 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 2/22/06 | 91542 | BOL# 195932 | 1 | | AMOCO | NET 0 DAYS | ZH |

```
 Cl  Item              Description                  Qty       Price           Amount
       3999 GALLONS FLAMMABLE LIQUID, UN 1203
 R 1  1000      REGULAR UNLEADED 87             3,999    1.75100GL          7,002.25
                                                                           ===========
                   ** NET TOTAL                                              7,002.25
                   FET GASOLINE                3999.00    .18400EA             735.82
                   MI EXCISE GASOLINE          3999.00    .18905EA             756.01
                   MI MUSTFA FUND              3999.00    .00875EA              34.99
                   MICHIGAN STATE PRE-PAID     3999.00    .09900EA             395.90
                                                                           ===========
                              INVOICE AMOUNT                               $8,924.97
```

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777      48126-0000

BRANCH:  1  MI S                                    11:32a   33905    2/25/06
   SOLD TO:                          SHIP TO:
                                                                            1
CANTON AMOCO, INC.                   CANTON AMOCO, INC.
41345 FORD ROAD                      41345 FORD ROAD
CANTON, MI  48187 0000               CANTON, MI
                                                 48187 0000

Cust # Smn  Cust P.O.    Date     Ref #   Hauler Truck Ld  From    Terms         TC
696463                   2/25/06  33905   BOL# 196582  1  AMOCO   NET 0 DAYS     ZH

Cl  Item           Description              Qty       Price         Amount
       7400 GALLONS FLAMMABLE LIQUID, UN 1203
R 1  1000     REGULAR UNLEADED 87         7,400    1.81700GL      13,445.80
                                                                 ===========
              ** NET TOTAL                                        13,445.80
              FET GASOLINE               7400.00    .18400EA       1,361.60
              MI EXCISE GASOLINE         7400.00    .18905EA       1,398.97
              MI MUSTFA FUND             7400.00    .00875EA          64.75
              MICHIGAN STATE PRE-PAID    7400.00    .09900EA         732.60
                                                                 ===========
                                         INVOICE AMOUNT          $17,003.72

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)           ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR