I N V O I C E

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI V                                                3:03p   35007    3/10/06
   SOLD TO:                               SHIP TO:
                                                                                  1
CANTON AMOCO, INC.                        CANTON AMOCO, INC.
41345 FORD ROAD                           41345 FORD ROAD
CANTON, MI  48187 0000                    CANTON, MI
                                                   48187 0000

Cust # Smn  Cust P.O.    Date     Ref #   Hauler Truck Ld  From       Terms         TC
696463                   3/10/06  35007   BOL# 199460 1    AMOCO      NET 0 DAYS    ZH

Cl  Item         Description                 Qty       Price            Amount

     8001 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000         REGULAR UNLEADED 87        7,001    1.88700GL         13,210.89
R 1 2000         PLUS UNLEADED 89           1,000    1.93100GL          1,931.00
     1000 GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993
R 2 4000         LOW SULFER DIESEL #2       1,000    1.90100GL          1,901.00
                                                                      ============
                  ** NET TOTAL                                         17,042.89
                 FET GASOLINE               8001.00    .18400EA         1,472.18
                 FET DIESEL                 1000.00    .24300EA           243.00
                 MI EXCISE GASOLINE         8001.00    .18905EA         1,512.59
                 MI EXCISE DIESEL           1000.00    .15000EA           150.00
                 MI MUSTFA FUND             8001.00    .00875EA            70.01
                 MI MUSTFA FUND             1000.00    .00875EA             8.75
                 LUST FUND                  1000.00    .00100EA             1.00
                 MICHIGAN STATE PRE-PAID    8001.00    .09900EA           792.10
                                                                      ============
                           INVOICE AMOUNT                              $21,292.52

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

```
BRANCH:  1 MI S                                    2:25p  35252    3/15/06
  SOLD TO:                                 SHIP TO:
                                                                        1
CANTON AMOCO, INC.                         CANTON AMOCO, INC.
41345 FORD ROAD                            41345 FORD ROAD
CANTON, MI  48187 0000                     CANTON, MI
                                                     48187 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 3/15/06 | 35252 | BOL# | 100251 | 1 | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 9001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,002 | 2.05000GL | 14,354.10 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 2.09400GL | 2,091.91 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.18000GL | 2,180.00 |
| | | ** NET TOTAL | | | 18,626.01 |
| | | FET GASOLINE | 9001.00 | .18400EA | 1,656.18 |
| | | MI EXCISE GASOLINE | 9001.00 | .18905EA | 1,701.64 |
| | | MI MUSTFA FUND | 9001.00 | .00875EA | 78.76 |
| | | MICHIGAN STATE PRE-PAID | 9001.00 | .09900EA | 891.10 |
| | | INVOICE AMOUNT | | | $22,953.69 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)          ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
     SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH: 1 MI S                                                    2:57p  35643   3/18/06
  SOLD TO:                                                SHIP TO:
                                                                                     1
CANTON AMOCO, INC.                                        CANTON AMOCO, INC.
41345 FORD ROAD                                           41345 FORD ROAD
CANTON, MI  48187 0000                                    CANTON, MI
                                                                    48187 0000

Cust #  Smn   Cust P.O.   Date      Ref #   Hauler Truck Ld  From     Terms        TC
696463                    3/18/06   35643   BOL# 101099  1   AMOCO    NET 0 DAYS   ZE

Cl  Item         Description                      Qty       Price           Amount
    8999 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000         REGULAR UNLEADED 87              8,999     1.99600GL       17,962.00
                                                                            ===========
            ** NET TOTAL                                                    17,962.00
                 FET GASOLINE                     8999.00   .18400EA         1,655.82
                 MI EXCISE GASOLINE               8999.00   .18905EA         1,701.26
                 MI MUSTFA FUND                   8999.00   .00875EA            78.74
                 MICHIGAN STATE PRE-PAID          8999.00   .09900EA           890.90
                                                                            ===========
                        INVOICE AMOUNT                                      $22,288.72

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)           ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  MI S                                12:39p  35879   3/22/06
   SOLD TO:                             SHIP TO:
                                                                    1
CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                                   48187 0000

Cust # Smn  Cust P.O.     Date    Ref #   Hauler Truck Ld  From      Terms         TC
696463                   3/22/06  35879   BOL# 101894  1 AMOCO      NET 0 DAYS    RH

Cl  Item         Description               Qty       Price           Amount
     3998 GALLONS FLAMMABLE LIQUID, UN 1203
R 1  1000       REGULAR UNLEADED 87        3,998   1.88600GL        7,540.23
                                                                   ============
              ** NET TOTAL                                          7,540.23
         FET GASOLINE                    3998.00    .18400EA          735.63
         MI EXCISE GASOLINE              3998.00    .18905EA          755.82
         MI MUSTFA FUND                  3998.00    .00875EA           34.98
         MICHIGAN STATE PRE-PAID         3998.00    .09900EA          395.80
                                                                   ============
                                      INVOICE AMOUNT                $9,462.46

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1  SO V                                   12:16p  36222   3/25/06
  SOLD TO:                          SHIP TO:
                                                                      1
CANTON AMOCO, INC.                  CANTON AMOCO, INC.
41345 FORD ROAD                     41345 FORD ROAD
CANTON, MI  48187 0000              CANTON, MI
                                             48187 0000

Cust # Smn  Cust P.O.     Date    Ref #   Hauler Truck Ld  From     Terms         TC
696463                   3/25/06  36222                 0  PLANT    NET 0 DAYS    ZH

Cl  Item            Description              Qty      Price            Amount
      9006 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000        REGULAR UNLEADED 87        7,005   1.93600GL        13,561.68
R 1 2000        PLUS UNLEADED 89             999   1.98000GL         1,978.02
R 1 3000        SUPER UNLEADED 93          1,002   2.06600GL         2,070.13
                                                                 ===========
                ** NET TOTAL                                        17,609.83
            FET GASOLINE                   9006.00   .18400EA        1,657.10
            MI EXCISE GASOLINE             9006.00   .18905EA        1,702.58
            MI MUSTFA FUND                 9006.00   .00875EA           78.80
            MICHIGAN STATE PRE-PAID        9006.00   .09900EA          891.59
                                                                 ===========
                            INVOICE AMOUNT                         $21,939.90

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI V                                         11:21a  36335   3/29/06
   SOLD TO:                              SHIP TO:
                                                                            1
CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI   48187 0000                  CANTON, MI
                                                      48187 0000

Cust # Smn   Cust P.O.    Date     Ref #   Hauler Truck Ld  From    Terms        TC
696463                    3/29/06  36335   BOL# 103324  1   AMOCO   NET 0 DAYS   RH

Cl  Item         Description                    Qty      Price         Amount
      4001 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000         REGULAR UNLEADED 87           4,001    2.04600GL     8,186.05
                                                                     ===========
              ** NET TOTAL                                            8,186.05
                 FET GASOLINE                  4001.00  .18400EA        736.18
                 MI EXCISE GASOLINE            4001.00  .18905EA        756.39
                 MI MUSTFA FUND                4001.00  .00875EA         35.01
                 MICHIGAN STATE PRE-PAID       4001.00  .09900EA        396.10
                                                                     ===========
                                              INVOICE AMOUNT         $10,109.73

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI I                                    11:05a  36515  4/01/06
  SOLD TO:                         SHIP TO:
                                                                      1
CANTON AMOCO, INC.                 CANTON AMOCO, INC.
41345 FORD ROAD                    41345 FORD ROAD
CANTON, MI  48187 0000             CANTON, MI
                                        48187 0000

| Cust # | Smn | Cust P.O. | Date    | Ref # | Hauler | Truck | Ld | From  | Terms       | TC |
|--------|-----|-----------|---------|-------|--------|-------|----|-------|-------------|----|
| 696463 |     |           | 4/01/06 | 36515 | BOL#   | 103829| 1  | AMOCO | NET 0 DAYS  | ZH |

| Cl  | Item | Description                          | Qty      | Price      | Amount    |
|-----|------|--------------------------------------|----------|------------|-----------|
|     |      | 8999 GALLONS FLAMMABLE LIQUID, UN 1203 |        |            |           |
| R 1 | 1000 | REGULAR UNLEADED 87                  | 6,998    | 2.06100GL  | 14,422.88 |
| R 1 | 2000 | PLUS UNLEADED 89                     | 1,001    | 2.10500GL  | 2,107.11  |
| R 1 | 3000 | SUPER UNLEADED 93                    | 1,000    | 2.19100GL  | 2,191.00  |
|     |      | ** NET TOTAL                         |          |            | 18,720.99 |
|     |      | FET GASOLINE                         | 8999.00  | .18400EA   | 1,655.82  |
|     |      | FET-FED ENV FEE RECOVERY             | 8999.00  | .00120EA   | 10.80     |
|     |      | MI EXCISE GASOLINE                   | 8999.00  | .18905EA   | 1,701.26  |
|     |      | MI MUSTFA FUND                       | 8999.00  | .00875EA   | 78.74     |
|     |      | MICHIGAN STATE PRE-PAID              | 8999.00  | .09900EA   | 890.90    |
|     |      | INVOICE AMOUNT                       |          |            | $23,058.51|

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                          12:00p  36966   4/04/06
SOLD TO:                                   SHIP TO:
                                                                              1
CANTON AMOCO, INC.                         CANTON AMOCO, INC.
41345 FORD ROAD                            41345 FORD ROAD
CANTON, MI  48187 0000                     CANTON, MI
                                                    48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 4/04/06 | 36966 | BOL# 104554 | 1 | AMOCO | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 5999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,999 | 2.07900GL | 12,471.92 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 12,471.92 |
| | | FET GASOLINE | 5999.00 | .18400EA | 1,103.82 |
| | | MI EXCISE GASOLINE | 5999.00 | .18905EA | 1,134.11 |
| | | MI MUSTFA FUND | 5999.00 | .00875EA | 52.49 |
| | | MICHIGAN STATE PRE-PAID | 5999.00 | .09900EA | 593.90 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $15,356.24 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                          12:45p  37402   4/09/06
  SOLD TO:                              SHIP TO:
                                                                              1
CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                                   48187 0000

| Cust # | Smn | Cust P.O. | Date    | Ref #  | Hauler | Truck Ld | From  | Terms       | TC |
|--------|-----|-----------|---------|--------|--------|----------|-------|-------------|----|
| 696463 |     |           | 4/09/06 | 37402  | BOL#   | 105439 1 | AMOCO | NET 0 DAYS  | ZE |

| Cl  | Item | Description                          | Qty   | Price      | Amount    |
|-----|------|--------------------------------------|-------|------------|-----------|
|     |      | 8999 GALLONS FLAMMABLE LIQUID, UN 1203 |       |            |           |
| R 1 | 1000 | REGULAR UNLEADED 87                  | 7,002 | 2.15500GL  | 15,089.31 |
| R 1 | 2000 | PLUS UNLEADED 89                     |   999 | 2.19900GL  |  2,196.80 |
| R 1 | 3000 | SUPER UNLEADED 93                    |   998 | 2.28500GL  |  2,280.43 |

                      ** NET TOTAL                               19,566.54
           FET GASOLINE              8999.00   .18400EA           1,655.82
           MI EXCISE GASOLINE        8999.00   .18905EA           1,701.26
           MI MUSTFA FUND            8999.00   .00875EA              78.74
           MICHIGAN STATE PRE-PAID   8999.00   .09900EA             890.90
                                                                ==========
                              INVOICE AMOUNT                   $23,893.26

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777        48126-0000

BRANCH: 1 MI S                                      1:08p  37572   4/11/06
  SOLD TO:                              SHIP TO:
                                                                    1
CANTON AMOCO, INC.                      CANTON AMOCO, INC.
41345 FORD ROAD                         41345 FORD ROAD
CANTON, MI  48187 0000                  CANTON, MI
                                                    48187 0000

Cust # Smn  Cust P.O.   Date    Ref #  Hauler Truck Ld  From    Terms       TC
696463                  4/11/06 37572  BOL# 106082 1    AMOCO   NET 0 DAYS  ZH

Cl  Item        Description              Qty       Price          Amount
    5999 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000        REGULAR UNLEADED 87     5,999   2.20100GL       13,203.80
                                                                ===========
            ** NET TOTAL                                         13,203.80
            FET GASOLINE                5999.00   .18400EA        1,103.82
            MI EXCISE GASOLINE          5999.00   .18905EA        1,134.11
            MI MUSTFA FUND              5999.00   .00875EA           52.49
            MICHIGAN STATE PRE-PAID     5999.00   .09900EA          593.90
                                                                ===========
                        INVOICE AMOUNT                         $16,088.12

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                       12:58p  37794   4/16/06
   SOLD TO:                          SHIP TO:
                                                                         1
CANTON AMOCO, INC.                   CANTON AMOCO, INC.
41345 FORD ROAD                      41345 FORD ROAD
CANTON, MI  48187 0000               CANTON, MI
                                                48187 0000

Cust #  Smn  Cust P.O.    Date     Ref #   Hauler Truck Ld  From    Terms         TC
696463                   4/16/06   37794   BOL# 106976 1 AMOCO    NET 0 DAYS      RH

Cl  Item         Description                Qty      Price         Amount
       6999 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000        REGULAR UNLEADED 87       6,999    2.24100GL      15,684.76
                                                                 ============
                  ** NET TOTAL                                    15,684.76
             FET GASOLINE                 6999.00   .18400EA       1,287.82
             MI EXCISE GASOLINE           6999.00   .18905EA       1,323.16
             MI MUSTFA FUND               6999.00   .00875EA          61.24
             MICHIGAN STATE PRE-PAID      6999.00   .09900EA         692.90
                                                                 ============
                                      INVOICE AMOUNT             $19,049.88

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR