# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                           PAGE 2   38310    4/23/06
  SOLD TO:                                         SHIP TO:
                                                                              1
CANTON AMOCO, INC.                                 CANTON AMOCO, INC.
41345 FORD ROAD                                    41345 FORD ROAD
CANTON, MI   48187 0000                            CANTON, MI
                                                             48187 0000

| Cust # | Smn | Cust P.O. | Date    | Ref # | Hauler Truck Ld From | Terms      | TC |
|--------|-----|-----------|---------|-------|----------------------|------------|----|
| 696463 |     |           | 4/23/06 | 38310 | BOL# 108483 1 AMOCO  | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    |      | INVOICE AMOUNT |  |       | $31,291.77 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

BRANCH: 1 MI S                                   12:59p  38578    4/28/06
  SOLD TO:                                 SHIP TO:
                                                                        1
CANTON AMOCO, INC.                          CANTON AMOCO, INC.
41345 FORD ROAD                             41345 FORD ROAD
CANTON, MI  48187 0000                      CANTON, MI
                                                     48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 4/28/06 | 38578 | BOL# 109416 | 1 | | AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
|  |  | 9013 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,002 | 2.23900GL | 15,677.48 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,006 | 2.28300GL | 2,296.70 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,005 | 2.36900GL | 2,380.85 |
|  |  |  |  |  | ============ |
|  |  | ** NET TOTAL |  |  | 20,355.03 |
|  |  | FET GASOLINE | 9013.00 | .18400EA | 1,658.39 |
|  |  | MI EXCISE GASOLINE | 9013.00 | .18905EA | 1,703.91 |
|  |  | MI MUSTFA FUND | 9013.00 | .00875EA | 78.86 |
|  |  | MICHIGAN STATE PRE-PAID | 9013.00 | .09900EA | 892.29 |
|  |  |  |  |  | ============ |
|  |  | INVOICE AMOUNT |  |  | $24,688.48 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********          CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
      SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                          11:21a  38769   5/01/06
SOLD TO:                         SHIP TO:                                      1

CANTON AMOCO, INC.               CANTON AMOCO, INC.
41345 FORD ROAD                  41345 FORD ROAD
CANTON, MI  48187 0000           CANTON, MI
                                          48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler | Truck | Ld | From | Terms | TC |
|---|---|---|---|---|---|---|---|---|---|---|
| 696463 | | | 5/01/06 | 38769 | BOL# 109978 | 1 | | AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
|  |  | 5405 GALLONS FLAMMABLE LIQUID, UN 1203 |  |  |  |
| R 1 | 1000 | REGULAR UNLEADED 87 | 5,405 | 2.25400GL | 12,182.87 |
|  |  | ** NET TOTAL |  |  | 12,182.87 |
|  |  | FET GASOLINE | 5405.00 | .18400EA | 994.52 |
|  |  | FET-FED ENV FEE RECOVERY | 5405.00 | .00120EA | 6.49 |
|  |  | MI EXCISE GASOLINE | 5405.00 | .18905EA | 1,021.82 |
|  |  | MI MUSTFA FUND | 5405.00 | .00875EA | 47.29 |
|  |  | MICHIGAN STATE PRE-PAID | 5405.00 | .12700EA | 686.44 |
|  |  | INVOICE AMOUNT |  |  | $14,939.43 |

EFFECTIVE MAY 1, 2006 THE NEW PREPAID
GASOLINE SALES TAX RATE IS 12.7 CENTS.

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********       CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)       ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

```
BRANCH:  1  MI V                                       12:11p  39220    5/04/06
   SOLD TO:                              SHIP TO:
                                                                            1
CANTON AMOCO, INC.                       CANTON AMOCO, INC.
41345 FORD ROAD                          41345 FORD ROAD
CANTON, MI   48187 0000                  CANTON, MI
                                                    48187 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | | 5/04/06 | 39220 | BOL# 110921 1 AMOCO | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
|  |  | 3999 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 3,999 | 2.19700GL | 8,785.80 |
|  |  | ** NET TOTAL | | | 8,785.80 |
|  |  | FET GASOLINE | 3999.00 | .18400EA | 735.82 |
|  |  | FET-FED ENV FEE RECOVERY | 3999.00 | .00120EA | 4.80 |
|  |  | MI EXCISE GASOLINE | 3999.00 | .18905EA | 756.01 |
|  |  | MI MUSTFA FUND | 3999.00 | .00875EA | 34.99 |
|  |  | MICHIGAN STATE PRE-PAID | 3999.00 | .12700EA | 507.87 |
|  |  | INVOICE AMOUNT | | | $10,825.29 |

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.  NO DELIVERIES!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

```
BRANCH:  1 MI S                                    12:22p  39595    5/10/06
   SOLD TO:                              SHIP TO:
                                         CANTON AMOCO, INC.              1
CANTON AMOCO, INC.                       41345 FORD ROAD
41345 FORD ROAD                          313-477-7700    {STRAIGHT}
CANTON, MI   48187 0000                  CANTON, MI
                                                     48187 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | | 5/10/06 | 39595 | BOL# 111946  1  AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 9000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 7,001 | 2.27200GL | 15,906.27 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 2.31600GL | 2,313.68 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,000 | 2.40200GL | 2,402.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 20,621.95 |
| | | FET GASOLINE | 9000.00 | .18400EA | 1,656.00 |
| | | FET-FED ENV FEE RECOVERY | 9000.00 | .00120EA | 10.80 |
| | | MI EXCISE GASOLINE | 9000.00 | .18905EA | 1,701.45 |
| | | MI MUSTFA FUND | 9000.00 | .00875EA | 78.75 |
| | | MICHIGAN STATE PRE-PAID | 9000.00 | .12700EA | 1,143.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $25,211.95 |

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.   NO DELIVERIES!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)        ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

```
                                            11:43a  93084   5/18/06
BRANCH:  1 MI S                     SHIP TO:
    SOLD TO:                        CANTON AMOCO, INC.            1
                                    41345 FORD ROAD
CANTON AMOCO, INC.                  313-477-7700      {STRAIGHT}
41345 FORD ROAD                     CANTON, MI
CANTON, MI  48187 0000                           48187 0000
```

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | | 5/18/06 | 93084 | BOL# 113799 1 AMOCO | NET 0 DAYS | ZH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | 6001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,001 | 2.17800GL | 8,714.18 |
| R 1 | 2000 | PLUS UNLEADED 89 | 999 | 2.22200GL | 2,219.78 |
| R 1 | 3000 | SUPER UNLEADED 93 | 1,001 | 2.29800GL | 2,300.30 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 13,234.26 |
| | | FET GASOLINE | 6001.00 | .18400EA | 1,104.18 |
| | | FET-FED ENV FEE RECOVERY | 6001.00 | .00120EA | 7.20 |
| | | MI EXCISE GASOLINE | 6001.00 | .18905EA | 1,134.49 |
| | | MI MUSTFA FUND | 6001.00 | .00875EA | 52.51 |
| | | MICHIGAN STATE PRE-PAID | 6001.00 | .12700EA | 762.13 |
| | | | | | =========== |
| | | INVOICE AMOUNT | | | $16,294.77 |

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.  NO DELIVERIES!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********         CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
         SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH: 1 MI S                                          11:39a  40410   5/20/06
  SOLD TO:                                              SHIP TO:
                                                        CANTON AMOCO, INC.           1
CANTON AMOCO, INC.                                      41345 FORD ROAD
41345 FORD ROAD                                         313-477-7700   {STRAIGHT}
CANTON, MI  48187 0000                                  CANTON, MI
                                                                    48187 0000

| Cust # Smn | Cust P.O. | Date    | Ref #  | Hauler Truck Ld From   | Terms      | TC |
|------------|-----------|---------|--------|------------------------|------------|----|
| 696463     |           | 5/20/06 | 40410  | BOL# 114199 1 AMOCO    | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|----|------|-------------|-----|-------|--------|
|    | 4001 | GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,001 | 2.21600GL | 8,866.22 |
|    |      |                     |       |           | ========== |
|    |      | ** NET TOTAL        |       |           | 8,866.22 |
|    |      | FET GASOLINE        | 4001.00 | .18400EA | 736.18 |
|    |      | FET-FED ENV FEE RECOVERY | 4001.00 | .00120EA | 4.80 |
|    |      | MI EXCISE GASOLINE  | 4001.00 | .18905EA | 756.39 |
|    |      | MI MUSTFA FUND      | 4001.00 | .00875EA | 35.01 |
|    |      | MICHIGAN STATE PRE-PAID | 4001.00 | .12700EA | 508.13 |
|    |      |                     |       |           | ========== |
|    |      |                     | INVOICE AMOUNT |  | $10,906.73 |

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.   NO DELIVERIES!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL# _____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777     48126-0000

```
BRANCH:  1 MI S                              12:14p  92220    5/24/06
   SOLD TO:                          SHIP TO:
                                     CANTON AMOCO, INC.            1
CANTON AMOCO, INC.                   41345 FORD ROAD
41345 FORD ROAD                      313-477-7700    {STRAIGHT}
CANTON, MI  48187 0000               CANTON, MI
                                                48187 0000
```

| Cust # Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|
| 696463 | | 5/24/06 | 92220 | BOL# 114929 1 AMOCO | NET 0 DAYS | RH |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 4000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,000 | 2.26000GL | 9,040.00 |
| | | | | | =========== |
| | | ** NET TOTAL | | | 9,040.00 |
| | | FET GASOLINE | 4000.00 | .18400EA | 736.00 |
| | | FET-FED ENV FEE RECOVERY | 4000.00 | .00120EA | 4.80 |
| | | MI EXCISE GASOLINE | 4000.00 | .18905EA | 756.20 |
| | | MI MUSTFA FUND | 4000.00 | .00875EA | 35.00 |
| | | MICHIGAN STATE PRE-PAID | 4000.00 | .12700EA | 508.00 |
| | | | | | =========== |
| | | | | INVOICE AMOUNT | $11,080.00 |

IN OBSERVANCE OF MEMORIAL DAY THE OFFICE
WILL CLOSE ON MAY 29TH.  NO DELIVERIES!

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********     CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice. A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
     SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI S                                 1:16p  92303   5/27/06
   SOLD TO:                           SHIP TO:
                                      CANTON AMOCO, INC.          1
CANTON AMOCO, INC.                    41345 FORD ROAD
41345 FORD ROAD                       313-477-7700   {STRAIGHT}
CANTON, MI   48187 0000               CANTON, MI
                                                 48187 0000

Cust # Smn   Cust P.O.    Date    Ref #   Hauler Truck Ld  From    Terms        TC
696463                   5/27/06  92303   BOL# 115557 1 AMOCO    NET 0 DAYS     RH

Cl  Item           Description              Qty       Price        Amount
       6000 GALLONS FLAMMABLE LIQUID, UN 1203
R 1 1000           REGULAR UNLEADED 87     4,001    2.27200GL      9,090.27
R 1 2000           PLUS UNLEADED 89          999    2.31600GL      2,313.68
R 1 3000           SUPER UNLEADED 93       1,000    2.40200GL      2,402.00
                                                                 ============
                      ** NET TOTAL                                13,805.95
                   FET GASOLINE            6000.00    .18400EA     1,104.00
                   FET-FED ENV FEE RECOVERY 6000.00   .00120EA         7.20
                   MI EXCISE GASOLINE      6000.00    .18905EA     1,134.30
                   MI MUSTFA FUND          6000.00    .00875EA        52.50
                   MICHIGAN STATE PRE-PAID 6000.00    .12700EA       762.00
                                                                 ============
                              INVOICE AMOUNT                     $16,865.95

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)     ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
       SUBJECT TO CORRECTION OF CLERICAL ERROR

# INVOICE

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777    48126-0000

BRANCH:  1  MI V
SOLD TO:

CANTON AMOCO, INC.
41345 FORD ROAD
CANTON, MI  48187 0000

1:07p  41479  6/03/06
SHIP TO:
CANTON AMOCO, INC.    1
41345 FORD ROAD
313-477-7700  {STRAIGHT}
CANTON, MI
48187 0000

| Cust # | Smn | Cust P.O. | Date | Ref # | Hauler Truck Ld From | Terms | TC |
|---|---|---|---|---|---|---|---|
| 696463 | | | 6/03/06 | 41479 | BOL# 116710 1 AMOCO | NET 0 DAYS | ZE |

| Cl | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 6000 GALLONS FLAMMABLE LIQUID, UN 1203 | | | |
| R 1 | 1000 | REGULAR UNLEADED 87 | 4,001 | 2.33300GL | 9,334.33 |
| R 1 | 2000 | PLUS UNLEADED 89 | 1,000 | 2.37700GL | 2,377.00 |
| R 1 | 3000 | SUPER UNLEADED 93 | 999 | 2.46300GL | 2,460.54 |
| | | 1000 GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993 | | | |
| R 2 | 4000 | LOW SULFER DIESEL #2 | 1,000 | 2.38400GL | 2,384.00 |
| | | ** NET TOTAL | | | 16,555.87 |
| | | FET GASOLINE | 6000.00 | .18400EA | 1,104.00 |
| | | FET-FED ENV FEE RECOVERY | 6000.00 | .00120EA | 7.20 |
| | | FET-FED ENV FEE RECOVERY | 1000.00 | .00120EA | 1.20 |
| | | FET DIESEL | 1000.00 | .24300EA | 243.00 |
| | | MI EXCISE GASOLINE | 6000.00 | .18905EA | 1,134.30 |
| | | MI EXCISE DIESEL | 1000.00 | .15000EA | 150.00 |
| | | MI MUSTFA FUND | 6000.00 | .00875EA | 52.50 |
| | | MI MUSTFA FUND | 1000.00 | .00875EA | 8.75 |
| | | LUST FUND | 1000.00 | .00100EA | 1.00 |
| | | MICHIGAN STATE PRE-PAID | 6000.00 | .12700EA | 762.00 |
| | | INVOICE AMOUNT | | | $20,019.82 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)         ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

I N V O I C E

**ARMADA OIL & GAS COMPANY**
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777      48126-0000

BRANCH:  1  MI 0   (HISTORY)                                      41479    6/03/06
   SOLD TO:                           SHIP TO:                                  1
                                      CANTON AMOCO, INC.
CANTON AMOCO, INC.                    41345 FORD ROAD
41345 FORD ROAD                       313-477-7700    {STRAIGHT}
CANTON, MI   48187 0000               CANTON, MI
                                             48187 0000

| Cust # | Smn | Cust P.O. | Date    | Ref #  | Hauler Truck      | From    | Terms         |
|--------|-----|-----------|---------|--------|-------------------|---------|---------------|
| 696463 |     |           | 6/03/06 | 41479  | BOL# 116710 1     | AMOCO   | NET 0 DAYS ZE |

| Cl  | Item | Description                                  | Qty   | Price      | Amount    |
|-----|------|----------------------------------------------|-------|------------|-----------|
|     | 6000 | GALLONS FLAMMABLE LIQUID, UN 1203            |       |            |           |
| R 1 | 1000 | REGULAR UNLEADED 87                          | 4,001 | 2.33300GL  | 9,334.33  |
|     |      |                                              |       | 2.33300GL  |           |
| R 1 | 2000 | PLUS UNLEADED 89                             | 1,000 | 2.37700GL  | 2,377.00  |
|     |      |                                              |       | 2.37700GL  |           |
| R 1 | 3000 | SUPER UNLEADED 93                            | 999   | 2.46300GL  | 2,460.54  |
|     |      |                                              |       | 2.46300GL  |           |
|     | 1000 | GALLONS FUEL OIL, COMBUSTIBLE LIQUID, NA 1993|       |            |           |
| R 2 | 4000 | LOW SULFER DIESEL #2                         | 1,000 | 2.38400GL  | 2,384.00  |
|     |      |                                              |       | 2.38400GL  |           |

```
              ** NET TOTAL                                              16,555.87
              FET GASOLINE                  6000.00    .18400EA         1,104.00
              FET-FED ENV FEE RECOVERY      6000.00    .00120EA             7.20
              FET-FED ENV FEE RECOVERY      1000.00    .00120EA             1.20
              FET DIESEL                    1000.00    .24300EA           243.00
              MI EXCISE GASOLINE            6000.00    .18905EA         1,134.30
              MI EXCISE DIESEL              1000.00    .15000EA           150.00
              MI MUSTFA FUND                6000.00    .00875EA            52.50
              MI MUSTFA FUND                1000.00    .00875EA             8.75
              LUST FUND                     1000.00    .00100EA             1.00
              MICHIGAN STATE PRE-PAID       6000.00    .12700EA           762.00
       ##### CONTINUED #####
```

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777      48126-0000

BRANCH: 1 MI 0 (HISTORY)                                    PAGE 2   41479    6/03/06
  SOLD TO:                                                  SHIP TO:                    1
                                                            CANTON AMOCO, INC.
CANTON AMOCO, INC.                                          41345 FORD ROAD
41345 FORD ROAD                                             313-477-7700   {STRAIGHT}
CANTON, MI  48187 0000                                      CANTON, MI
                                                                 48187 0000

Cust #  Smn    Cust P.O.      Date       Ref #    Hauler Truck     From        Terms
696463                       6/03/06     41479    BOL# 116710  1 AMOCO         NET 0 DAYS   ZE

Cl  Item          Description                     Qty      Price              Amount
                                                                             ===========
                                                  INVOICE AMOUNT             $20,019.82

IN OBSERVANCE OF INDEPENDANCE DAY THE
OFFICE WILL BE CLOSED ON TUES 7/4/06.

BOL# _____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
        SUBJECT TO CORRECTION OF CLERICAL ERROR

INVOICE

ARMADA OIL & GAS COMPANY
13530 MICHIGAN AVE. #400
DEARBORN, MI
313 582 1777   48126-0000

BRANCH: 1 MI S                                    12:07p  93158   6/05/06
  SOLD TO:                                       SHIP TO:
                                                 CANTON AMOCO, INC.            1
CANTON AMOCO, INC.                               41345 FORD ROAD
41345 FORD ROAD                                  313-477-7700   {STRAIGHT}
CANTON, MI  48187 0000                           CANTON, MI
                                                              48187 0000

| Cust # | Smn | Cust P.O. | Date    | Ref # | Hauler Truck Ld From | Terms       | TC |
|--------|-----|-----------|---------|-------|----------------------|-------------|----|
| 696463 |     |           | 6/05/06 | 93158 | BOL# 117154 1 AMOCO  | NET 0 DAYS  | ZE |

| Cl    | Item | Description                          | Qty     | Price      | Amount    |
|-------|------|--------------------------------------|---------|------------|-----------|
|       |      | 8998 GALLONS FLAMMABLE LIQUID, UN 1203 |       |            |           |
| R 1   | 1000 | REGULAR UNLEADED 87                  | 6,999   | 2.33300GL  | 16,328.67 |
| R 1   | 2000 | PLUS UNLEADED 89                     | 999     | 2.37700GL  | 2,374.62  |
| R 1   | 3000 | SUPER UNLEADED 93                    | 1,000   | 2.46300GL  | 2,463.00  |
|       |      |                                      |         |            | ========= |
|       |      | ** NET TOTAL                         |         |            | 21,166.29 |
|       |      | FET GASOLINE                         | 8998.00 | .18400EA   | 1,655.63  |
|       |      | FET-FED ENV FEE RECOVERY             | 8998.00 | .00120EA   | 10.80     |
|       |      | MI EXCISE GASOLINE                   | 8998.00 | .18905EA   | 1,701.07  |
|       |      | MI MUSTFA FUND                       | 8998.00 | .00875EA   | 78.73     |
|       |      | MICHIGAN STATE PRE-PAID              | 8998.00 | .12700EA   | 1,142.75  |
|       |      |                                      |         |            | ========= |
|       |      |                                      | INVOICE AMOUNT |     | $25,755.27 |

IN ANY EMERGENCY INVOLVING THIS SHIPMENT, WHICH ENDANGERS LIFE OR PROPERTY.
********        CALL 1-800-728-2482 DAY OR NIGHT (TOLL FREE)      ********

BOL#_____
ANY DELIVERIES CANCELLED ON SHIFT WILL BE CHARGED $250.00.
ANY SWITCHING BETWEEN AM & PM SHIFTS WILL RESULT IN A $250.00 CHARGE.
We hereby certify that goods covered by this invoice have been produced in
compliance with the Fair Labor Standards Act of 1938, as amended.
TERMS: This invoice is due and payable on Receipt of invoice.  A FINANCE
CHARGE will be added to all past due accounts computed by a periodic rate
of 1-1/2% per month which is an ANNUAL PERCENTAGE rate of 18%.
          SUBJECT TO CORRECTION OF CLERICAL ERROR